**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**KANSAS CITY, KANSAS DIVISION**

| | |
|---|---|
| D.M., a minor, by and through ) | |
| his next friend and natural guardian, ) | |
| KELLI MORGAN, ) | |
| ) | Case No. 2:18-CV-02158 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| WESLEY MEDICAL CENTER LLC d/b/a ) | |
| WESLEY MEDICAL CENTER -WOODLAWN; ) | |
| WESLEY-WOODLAWN CAMPUS; ) | |
| BRIDGET GROVER, PA-C; ) | |
| DR. GREGORY FAIMON ) | |
| LISA JUDD, RN; ) | |
| VIA CHRISTI HOSPITALS WICHITA, INC.; ) | |
| JENNIFER CHAMBERS-DANEY, ARNP; ) | |
| DR. BALA BHASKAR REDDY BHIMAVARAPU; ) | |
| CEP AMERICA-KS LLC; DR. CONNOR HARTPENCE; ) | |
| DR. STEFANIE WHITE; ) | |
| DR. JAMIE BORICK; ) | |
| and AARON KENT, RN. ) | |
| ) | |
| Defendants. | |

## <u>NOTICE TO TAKE DEPOSITION DUCES TECUM</u>

PLEASE TAKE NOTICE that the deposition of William Banner, M.D. will be taken at the offices of Rodolf & Todd, 15 East 5th Street, Suite 600, in Tulsa, OK on the 21st day of February, 2020 beginning at 1:00 p.m.

Deponent is asked to bring the following:

1.      Your complete file, including all records or materials sent to you for review in the captioned matter, on D.M., excluding any work product/attorney client privileged information;

2.      Your report provided in this matter;

1

3.      Your current Curriculum Vitae or Resume;

4.      Copies of all documents or other materials you have prepared, taken, or reviewed to formulate your opinion in the matter;

5.      Any books, articles, treatises, statutes, manuals, or other documents you considered or rely upon in forming your opinions in the matter;

6.      Any notes of your report requested in Paragraph 2;

7.      Copies of all billings you have prepared and submitted for payment for your work related to the matter;

8.      Copies of all correspondence, electronic or written, exchanged between yourself and counsel for Defendant;

9.      All records, documents, correspondence, memoranda, reports or other written materials evidencing, referencing or emodying communications by you with any person or by any other person (excluding any work product/attorney client privileged information) to you about the medical condition, diagnosis and treatment of D.M.

Said deposition will be before a certified shorthand reporter and will continue until thereafter until completed.

2

Respectfully submitted,


/s/ Daniel B. Giroux
Daniel B. Giroux, #19375
DUGAN & GIROUX LAW, INC.
940 N. Tyler, Suite 206
Wichita, Kansas 67212
Telephone: (316) 721-5500
Facsimile: (316) 722-7510
Email: dan@dgwichitalaw.com


and


/s/ Stephen J. Torline
Stephen Torline               KS #18292
Michael J. Kuckelman          KS #14587
Benjamin T. Friesen           KS#26655
KUCKELMAN TORLINE KIRKLAND
10740 Nall, Suite 250
Overland Park, Kansas 66211
Direct dial: 913-948-8615
Fax: 913-948-8611
storline@ktk-law.com
mkuckelman@ktk-law.com
bfriesen@ktk-law.com

*Attorneys for Plaintiff*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of January, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> Dustin J. Denning
> Clark, Mize & Linville, Chtd.
> djdenning@cml-law.com
> *Attorneys for CEP America-KS LLC*

> Gregory S. Young
> Brian L. White, #20767
> Hinkle Law Firm, LLC
> gyoung@hinklaw.com
> bwhite@hinklaw.com
> *Attorneys for Defendant Jennifer Chambers-Daney, APRN*

> Don D. Gribble, II
> Hite, Fanning & Honeyman, LLP
> gribble@hitefanning.com
> *Attorneys for Defendant Dr. Bala Bhaskar Reddy Bhimavarapu*

> Steven C. Day
> Christ S. Cole
> Woodard, Hernandez, Roth & Day, LLC
> scday@woodard-law.com
> ccole@woodard-law.com
> *Attorneys for Defendants Dr. Stefanie White, Dr. Connor Hartpence and Dr. Jamie Borick*

> Tracy A. Cole
> Gilliland Green, LLC
> tcole@gglawks.com
> *Attorneys for Defendants Bridget Grover, PA-C and Dr. Gregory Faimon*

And that I have sent a copy by Electronic Mail to:

Professional Reporters
800-376-1006

By /s/ Daniel B. Giroux
       Daniel B. Giroux, #19375