# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## KANSAS CITY, KANSAS DIVISION

| | |
|---|---|
| D.M., a minor, by and through his next friend and natural guardian, KELLI MORGAN, ) ) ) ) | Case No. 2:18-CV-02158 |
| Plaintiff, ) ) | |
| v. ) | |
| WESLEY MEDICAL CENTER LLC d/b/a ) WESLEY MEDICAL CENTER -WOODLAWN; ) WESLEY-WOODLAWN CAMPUS; ) BRIDGET GROVER, PA-C; ) DR. GREGORY FAIMON ) LISA JUDD, RN; ) VIA CHRISTI HOSPITALS WICHITA, INC.; ) JENNIFER CHAMBERS-DANEY, ARNP; ) DR. BALA BHASKAR REDDY BHIMAVARAPU; ) CEP AMERICA-KS LLC; DR. CONNOR HARTPENCE; ) DR. STEFANIE WHITE; ) DR. JAMIE BORICK; ) and AARON KENT, RN. ) ) | |
| Defendants. | |

## FIRST AMENDED
## NOTICE TO TAKE DEPOSITION DUCES TECUM

PLEASE TAKE NOTICE that the deposition of William Banner, M.D. will be taken at the offices of Verbatim Reporting, L.L.C., 914 N. Broadway Ave, Suite #210, in Oklahoma City, OK on the 21st day of February, 2020 beginning at 1:00 p.m.

Deponent is asked to bring the following:

1. Your complete file, including all records or materials sent to you for review in the captioned matter, on D.M., excluding any work product/attorney client privileged information;

2. Your report provided in this matter;

1

3. Your current Curriculum Vitae or Resume;

4. Copies of all documents or other materials you have prepared, taken, or reviewed to formulate your opinion in the matter;

5. Any books, articles, treatises, statutes, manuals, or other documents you considered or rely upon in forming your opinions in the matter;

6. Any notes of your report requested in Paragraph 2;

7. Copies of all billings you have prepared and submitted for payment for your work related to the matter;

8. Copies of all correspondence, electronic or written, exchanged between yourself and counsel for Defendant;

9. All records, documents, correspondence, memoranda, reports or other written materials evidencing, referencing or emodying communications by you with any person or by any other person (excluding any work product/attorney client privileged information) to you about the medical condition, diagnosis and treatment of D.M.

Said deposition will be before a certified shorthand reporter and will continue until thereafter until completed.

       Respectfully submitted,

       /s/ Daniel B. Giroux
       Daniel B. Giroux, #19375
       DUGAN & GIROUX LAW, INC.
       940 N. Tyler, Suite 206
       Wichita, Kansas 67212
       Telephone: (316) 721-5500
       Facsimile: (316) 722-7510
       Email: dan@dgwichitalaw.com

       and

       /s/ Stephen J. Torline
       Stephen Torline       KS #18292
       Michael J. Kuckelman  KS #14587
       Benjamin T. Friesen    KS#26655
       KUCKELMAN TORLINE KIRKLAND
       10740 Nall, Suite 250
       Overland Park, Kansas 66211
       Direct dial: 913-948-8615
       Fax: 913-948-8611
       storline@ktk-law.com
       mkuckelman@ktk-law.com
       bfriesen@ktk-law.com

      *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of February, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Dustin J. Denning
>Clark, Mize & Linville, Chtd.
>djdenning@cml-law.com
>   *Attorneys for CEP America-KS LLC*
>
>Gregory S. Young
>Brian L. White, #20767
>Hinkle Law Firm, LLC
>gyoung@hinklaw.com
>bwhite@hinklaw.com
>   *Attorneys for Defendant Jennifer Chambers-Daney, APRN*
>
>Don D. Gribble, II
>Hite, Fanning & Honeyman, LLP
>gribble@hitefanning.com
>   *Attorneys for Defendant Dr. Bala Bhaskar Reddy Bhimavarapu*
>
>Steven C. Day
>Christ S. Cole
>Woodard, Hernandez, Roth & Day, LLC
>scday@woodard-law.com
>ccole@woodard-law.com
>   *Attorneys for Defendants Dr. Stefanie White, Dr. Connor Hartpence and Dr. Jamie Borick*
>
>Tracy A. Cole
>Gilliland Green, LLC
>tcole@gglawks.com
>   *Attorneys for Defendants Bridget Grover, PA-C and Dr. Gregory Faimon*

And that I have sent a copy by Electronic Mail to:

Verbatim Reporting
Verbatim_reporting@cox.net

                                            By /s/ Daniel B. Giroux
                                                 Daniel B. Giroux, #19375