# Wesley Woodlawn Hospital

**Service/Location:** EMERGENCY DEPARTMENT   Acct #: **E00009412379**

**Status:** REG ER   **Date:** 03/05/17   MR #: **E000135095**

| Patient's Legal Name | | Language | Sex | Race | DOB | Age | MS | Religion | | URN#: E90475 |
|---|---|---|---|---|---|---|---|---|---|---|
| M▇▇▇, D▇▇▇ J▇▇ | | ENG | M | W | /11 | 5Y 02M | S | NON-DENOMINATIONAL | | SS# xxx-xx-5387 |

| Prior Stay | Occupation | Patient's Legal Address | | County | Home Phone |
|---|---|---|---|---|---|
| | | 8463 S SPRUCE ST, WICHITA, KS 67060 | | SEDGWICK | 785-766-0337 |
| EM Employer | | Employer's Address | | Other Phone | Work Phone |
| MINOR/CHILD | | NA, WICHITA, KS 67214 | | | NONE |

| PR Guarantor's Name | Address | County | Home Phone |
|---|---|---|---|
| MO MORGAN, KELLI | 8463 S SPRUCE ST, WICHITA, KS 67060 | SEDGWICK | 785-766-0337 |
| Guarantor's Employer | Employer Address | | Work Phone |
| SELF EMPLOYED | 8463 S SPRUCE ST, HAYSVILLE, KS 67060 | | 785-766-0337 |
| Social Security # | Occupation | | |
| xxx-xx-8898 | | | |

| PR Other Guarantor's Name | Address | | Home Phone |
|---|---|---|---|
| MORGAN, KEVIN | 8463 S SPRUCE ST, WICHITA, KS 67060 | | 785-766-0827 |
| Employer | Employer Address | | Work Phone |
| SPIRIT SPIRIT AEROSYSTEMS | 3801 S OLIVER, WICHITA, KS 67210 | | 316-526-2121 |
| Social Security # | Occupation | | |
| xxx-xx-7777 | ENGINEER | | |

| Insurance #1 | | Address | | | Phone | OCCURRENCES |
|---|---|---|---|---|---|---|
| W.AETSPRCH  AETNA SPIRIT CHOICE PO | | PO BOX 981106,, EL PASO, TX 79998-1106 | | | 800-693-3643 | Code Date Time |
| Insured Name | Rel Asg | Policy # | Group Name | Group Number | | 11  03/01/17 |
| MORGAN, KEVIN R | Y  Y | W228233202 | | 086810901100001 | | |
| Coverage | | | Birthdate | Authorization | | |
| Call | | | /88 | | | |

| Insurance #2 | Address | | | Phone | CONDITIONS |
|---|---|---|---|---|---|
| | | | | | Code Type |
| Insured Name | Rel Asg | Policy # | Group Name | Group Number | |
| Coverage | | | Birthdate | Authorization | |

| Insurance #3 | Address | | | Phone | Special Program |
|---|---|---|---|---|---|
| Insured Name | Rel Asg | Policy # | Group Name | Group Number | |
| Coverage | | | Birthdate | Authorization | |

| PR Notify in Emergency | Home Phone | Work Phone | Visit Diagnoses |
|---|---|---|---|
| FA MORGAN, KEVIN | 785-766-0827 | | |
| MO MORGAN, KELLI | 785-766-0337 | | |

| Attending Physician | Admitting Physician | Family Physician | ER Physician |
|---|---|---|---|
| EDDOC - Generic MD for EDM | | | EDDOC - Generic MD for EDM |
| | | PCP: Urgent | |

**PRINCIPAL ADMITTING DIAGNOSIS**   **ADMISSION/REGISTRATION**

| Reason for Visit | Date | Time | Type | Source | Rm/Bed | Service | Arrival |
|---|---|---|---|---|---|---|---|
| HEADACHE NAUSEA | 03/05/17 | 1819 | ER | PR | | | WI |
| Reservation Taken: | URN: E90475 | Discharged: 03/05/17 1819 | | | | | |

| ACCIDENT | | PATIENT REQUEST | | BLOG Est. Charges | OCCURRENCE | | Entered |
|---|---|---|---|---|---|---|---|
| Type  Date | | Accom  Smoke | | | CD  From  Thru | | By |
| ONSET OF SYMPTOMS 03/01/17 | | | | | 11  03/01/17 | | KT |
| Printed 03/05/17 1911 KADM.KT | | | | | | | EDP |




WMC 0001

```
RUN DATE: 03/08/17              Wesley-Galichia Heart Hospital ABS LIVE                    PAGE 1
RUN TIME: 0146                            CODING SUMMARY
RUN USER: HPF.FEED

    NAME:   N███,D███ J███              ACCT#:      E00009412379
                                        FORM:
    ADM DATE:   03/05/17 1819
    ATTEND PHYS: Faimon,Gregory G  MD   UNIT#:      Z000135095
    DIS DT/TM:  03/05/17 1920           SEX:        M
    DIS DISP:   01 ROUTINE HOME/SELF CARE AGE:      5Y 02M
         LOS:  :          1             DOB:        ██/██/11
    PT CLASS:   OP.OTH                  FIN CLASS:  08
                                        ABS STATUS: FINAL

    DIAGNOSES                                                        POA INDICATOR   CODESET

    REASON FOR VISIT DX
         R51        HEADACHE                                                         ICD10
         J02.9      ACUTE PHARYNGITIS, UNSPECIFIED                                   ICD10
         R50.9      FEVER, UNSPECIFIED                                               ICD10

    PRIMARY CODESET
    PRINC DX    J02.0      STREPTOCOCCAL PHARYNGITIS                                 ICD10
    OTHER DX

    OTHER CODESET
    PRINC DX
    OTHER DX

    PROCEDURE
    PRIMARY CODESET
    DATE        PROC CODE & NAME                 SURGEON        ANESTHESIOLOGIST
    OTHER CODESET

    PRIMARY CODESET
    DRG I-10
    OTHER CODESET
    DRG I-9

         STATUS    $REIMB    MIN-LOS   STD-LOS   COST WT   GRP VERS    GRP FC
                                                             34          08


    DRG STATUS DATE:                    ABS STATUS DATE: 03/07/17
    CODER: HCKYL1211                    ABSTRACTOR: HCKYL1211


    **This form will be maintained as a permanent part of the medical record**
```

Patient:M███ D███ J███   MRN:E000135095   Encounter:E00009412379   Page 1 of 1

WMC 0002

## PART A — PATIENT INFORMATION — PLEASE COMPLETE PART A AND PART B

Today's Date: ___/___/___   Have you received care at this Facility before? ☐ Yes ☐ No

I came to the Emergency Department today because: _headache_
_nausea_

TIME STAMP (Facility Use): CHHJ 03/05/2017 15:19

Last Name: M___   First Name: D___   Middle Initial: J   Check one: ☒ Male ☐ Female

Address: _____ (Number/Street) _____ (City) _____ (State) _____ (Zip)   Date of Birth: ___/___/11

Phone: (___) _____   Soc Sec Number: ___-___-___   Family Physician: _____

**FOR FEMALE PATIENTS ONLY:** Are you pregnant? ☐ Yes ☐ No
Last menstrual period: ___/___/___   Have you had a baby within the past 6 weeks? ☐ Yes ☐ No

Form completed by: ☐ Self   ☐ Other: _____   Relationship: _____   _2 days_

### PART B — CURRENT SYMPTOMS
_Head Nausea dizzy unbalance_

Please check any of the following symptoms you currently have:
- ☐ Persistent cough greater than 3 weeks
- ☐ Fever greater than 100.4°F
- ☐ Night Sweats
- ☐ Cough with blood production
- ☐ Fatigue
- ☐ History of TB or Positive TB Skin Test
- ☐ Close contact with person who has TB
- ☐ Sore Throat
- ☐ Body aches
- ☐ Cough (not related to allergies or COPD)
- ☐ Rash
- ☐ Nasal congestion (not related to allergies or sinus infections)
- ☐ Close contact with person who has influenza-like illness
- ☐ Unexplained weight loss

_Dad les mig___ 18.6 kg_

### PART C — TRIAGE INFORMATION   (For Facility Use Only)

| 1st Call for Triage at: | 2nd Call for Triage at: | 3rd Call for Triage at: | 4th Call for Triage at: |
|---|---|---|---|
| __:__ AM PM | __:__ AM PM | __:__ AM PM | __:__ AM PM |

Triage Nurse Notes: _____

### PART D — RAPID (INITIAL) TRIAGE (For Facility Use Only)

Time: _____   First Point of Contact Screening Positive: Y N   Patient requested to mask? Y N

AIRWAY: ☐ Patent ☐ Impaired   BREATHING – Respiratory Distress: ☐ None ☐ Mild ☐ Moderate ☐ Severe

CIRCULATION: ☐ Warm/Dry/Normal Color ☐ Pale ☐ Diaphoretic
Pulse Rate: ☐ WNL ☐ Rapid   Capillary Refill: ☐ <2 seconds ☐ >2 seconds

DEFORMITY/DISABILITY – Loss of Consciousness: ☐ Yes ☐ No ☐ No Neuro Deficits ☐ Neuro Changes

Extremity: Neurovascular Integrity Intact: ☐ Yes ☐ No ☐ N/A

CHIEF COMPLAINT: _97.2   98   85   18_

| TRIAGE ACUITY: | 1 Resuscitation | 2 Emergent | 3 Urgent | 4 Semi Urgent | 5 Non Urgent |
|---|---|---|---|---|---|

DISPOSITION: ☐ Immediate Bed   ☐ Stable – To Waiting Area after Instructions

Comments: _____

Triage Nurse Signature: _____

_to ROOM 1828_

**WESLEY** Medical Center
Sign-In and Waiver – Emergency Services - English

MR1228 (R11.12)

E000 0941 2379  03/05/17 ED
MR# E000135095  DOB: __/11
WESLEY WOODLAWN  AGE:5Y 02M/H ER

Patient: M___ D___ J   MRN: E000135095   Encounter: E00009412379   Page 1 of 2

WMC 0003

## ☐ *WAIVER OF RIGHT TO MEDICAL SCREENING EXAMINATION*

SECTION 1: This section is only applicable for those individuals who leave prior to Triage (LPT) or who leave prior to Medical Screening Examination (LPMSE). Check either LPT to LPMSE to indicate the individual's status at the time the individual leaves the ED.

○ Patient LPT    ○ Patient LPMSE

I, _____, came to the Emergency Department (ED) at Wesley Medical Center asking for examination and treatment for a medical problem, but I have now decided against being examined or treated and waive my right to receive a medical screening examination.

I understand that if I am pregnant, the waiver of my right to a medical screening examination and any necessary stabilizing treatment applies to both me and my unborn child.

I understand that a medical screening examination would benefit me and let me know whether or not I have an emergency medical condition and that a determination as to the seriousness of any medical problem I may be experiencing cannot be made if I do not have a medical screening examination.

I understand that if I have an emergency medical condition and do not receive a medical screening examination, my health, or the health of my unborn child, may get worse which could cause serious harm to my body, organs or even result in my death.

I know that I have a right to receive a medical screening examination to determine if I have an emergency medical condition and necessary stabilizing treatment regardless of my ability to pay for it.

I also understand that I may come back to the hospital at any time if I change my mind.

If this form was provided to me by a non-clinical staff member I acknowledge that I was provided the opportunity to discuss the risks and benefits related to my decision with a clinical staff member.

Finally, I am aware of the possible risks of waiving my right to a medical screening and any necessary stabilizing treatment. I accept these risks, accept the responsibility of my decision and release the hospital, its personnel, physicians and others who would participate in my care, from any responsibility whatsoever should I experience a bad outcome related to these risks.

SIGNATURE OF INDIVIDUAL Waiving a medical screening examination and treatment:

_____  _____  _____
Individual                            Date            Time  AM / PM

_____  _____  _____
Witness                               Date            Time  AM / PM

CLINICAL SIGNATURES:

_____  _____  _____
Health Care Personnel or Registration Personnel   Date    Time  AM / PM

_____  _____  _____
Physician    (if applicable)          Date            Time  AM / PM

**CERTIFICATION OF INTERPRETATION:**

I certify that I have read the foregoing to the signor hereof in the _____ language.

_____
Interpreter

_____
Date            Time  AM / PM

**WESLEY** Medical Center
Sign-In and Waiver – Emergency Services – English

*ADMIN*

MR1228 (R11.12)

E000 0941 2379    03/05/17   ED
M█████, I████ J
MR# E000135095                DOB ███/11
                              AGE:5Y 02M/M
WESLEY WOODLAWN               ER

```
RUN DATE: 03/07/17                          EDM **LIVE**
RUN TIME: 0258                         EMERGENCY PATIENT RECORD
RUN USER: HPF.FEED
```

Patient: M[REDACTED], D[REDACTED] J[REDACTED]        Age/Sex: 5Y CCN/M      Acct No: E00009412379
EDM Provider: Faimon,Gregory G MD, ZhcaActive                               Unit No: E000135095

## DEMOGRAPHICS

ED Physician: Faimon,Gregory G MD, ZhcaActive    Arrival Date/Time: 03/05/17 - 1819
Practitioner: Grower,Bridget C, ZhcaPrvNON       Triage Date/Time: 03/05/17 - 1829
Nurse: JUDD,LISA K, RN                           Date of Birth: [REDACTED]/2011    Priority: 4

Stated Complaint: HEADACHE NAUSEA
Chief Complaint: Non-Urgent General Care
Status Event History:
  03/05/17  1819 Reception
            1838 Triaged
            1819 Registration
            1902 Disposition
            1905 DPS-D
            1924 Off Tracker

MODE OF ARRIVAL

WALK IN

OB/GYN History: (if noted below)
See next page
Onset of Symptoms Date: 03/03/17
See next page
Chief Complaint: Non-Urgent General Care
Priority: 4/SEMI-URGENT
ESP? Y
Facility ESP status:
Not ESP Enabled
Last page
Is patient present and able to complete the screening for infection: Yes
Have you or a close contact traveled outside the US in the last 3 weeks: No
Have you ever had TB or a positive TB skin test: No
Recent close contact with a person who has TB or influenza like illness: No
Fever greater than 100.4 F or 38.0 C: Not in the last 7 days
Cough not related to allergy or COPD: Not in the last 7 days
Sore throat: Not in the last 7 days
Night sweats: Not in the last 7 days
Unexplained weight loss: Not in the last 7 days
Fatigue: Not in the last 7 days
Body aches: Not in the last 7 days
Rash: Not in the last 7 days
Nasal congestion unrelated to allergies/sinus infections: Not in the last 7 days
Point of entry screening status:
Negative TB Risk
Negative Respiratory Risk
===SEVERE SEPSIS SCREENING===
==INFECTION==
==NEW ORGAN DYSFUNCTION within past 48 hours==

## ALLERGIES

| Allergy/Adverse Reaction | Type/Category Allergy/Drug | Severity | Date | Ver |
|---|---|---|---|---|
| No Known Allergies | | | | |

Recorded
Date      Time  User
03/05/17  1838  JUDD,LISA K, RN

## ASSESSMENTS

Rapid Initial Assessment

Occurred                                Recorded
Date      Time  User                    Date      Time  User
03/05/17  1835  JUDD,LISA K, RN         03/05/17  1838  JUDD,LISA K, RN

First Point of Contact: Yes
Enter/Edit Allergies? No
Arrived By: WI
Subjective Assessment:
MOM REPORTS ON FRIDAY PT SAID HE WAS NAUSEA AND WANTED
SOMETHING TO EAT, AFTER HE ATE, NAUSEA WAS GONE. ON SAT
SAME SCENARIO AND TODAY WHEN HE WOKE UP HE WANTED TO EAT
AGAIN SO HE WOULDN'T GET NAUSEATED. SHE DENIES VOMITING, SHE
STATES HE HAS BEEN AFEBRILE, NO EAR COMPLAINTS, NO COUGH,
NO COLD SX, SHE STATES THAT SHE THINKS HIS THROAT MIGHT
BE RED. TODAY AT CHURCH HE WASN'T ABLE TO STAPLE SOMETHING
BECAUSE THEY WOULDN'T LET HIM AND HE GOT A HEADACHE. SHE
ALSO STATES HE HAS BEEN DIZZY. NO OTHER COMPLAINTS.
Objective Assessment:
PT ALERT AND ORIENTED. HE IS WITHOUT DISTRESS, SKIN
PWD, HE IS PERRL. ORAL MUCOSA IS MOIST.
See next page
Neuro WDP? Yes
Cardiovascular WDP? Yes
Respiratory WDP? Yes
Pain scale utilized: Non-verbal WONG-BAKER
See next page

Pediatric Fall Risk Assessment

Occurred                                Recorded
Date      Time  User                    Date      Time  User
03/05/17  1839  JUDD,LISA K, RN         03/05/17  1839  JUDD,LISA K, RN

=== Pediatric Fall Risk Screening/Interventions ===
** ED High Fall Risk Indicators **
(Answer Yes to any that apply)
Weakness, dizziness, syncope, seizure? N
History of falling within the last 30 days? N
Moderate to severe head injury? N
Altered LOC, including drug &/or alcohol impairment? N
Lower extremity neurovascular impairment or inability to bear weight? N
Any behavioral related complaint (anxiety,depression,agression,suicide...)? N
Assistive Device (cane,walker,crutches,wheelchair...)? N
Lack of safety awareness, forgets limitations? (Always Yes for ages < 5yrs) N
Is patient at high risk for falling? N
see next page
~~~ Infant/Toddler 0-4 yrs ~~~
~~~ School Age 5-17 yrs ~~~
see next page
Comments:
IN LOCKED READY CARE CHAIR
Age appropriate Fall Risk Education provided? Y
last page

RUN DATE: 03/07/17
RUN TIME: 0258
RUN USER: HPF.FEED

EDM **LIVE**
EMERGENCY PATIENT RECORD

PAGE 2

Patient: M████, D████ J████
EDM Provider: Faimon,Gregory G. MD, 2hrs Active

Age/Sex: 5Y 02M/M

Acct No: E00009412379
Unit No: E000135095

## Non-Urgent General Focus

Occurred
Date     Time  User
03/05/17 1839 JUDD,LISA K, RN

Recorded
Date     Time  User
03/05/17 1845 JUDD,LISA K, RN

Suicide screening: No
Evidence of physical and/or psychological abuse: No
Are you frequently being bullied: No
Do you currently think your safety is being threatened by anyone you know: No
See next page
Previous Medical History: NONE
Previous Surgeries: NONE
Last Tetanus Shot: Under 5 Years
See next page
Are there cultural,religious,language,developmental or behavioral factors
to consider in planning care: No
Any barriers to learning identified: No
Readiness to learn: Cooperative
Preferred method of learning: Discussion, Printed material
See next page
Immunizations Current: No
Exposure To Communicable Diseases: Unknown
See next page
Is this a wound re-check: No
Is this a lab check or prescription refill: No
Dental pain or injury: No
** Complete Physical Assessment Deferred **
Select System for Focused Nursing Assessment:
Neurological Assessment: No
Musculoskeletal Assessment: No
Respiratory Assessment: No
Integumentary Assessment: No
Eye Assessment: No
Gastrointestinal Assessment: No
ENT Assessment: No
Genitourinary Assessment: No
See next page
ED plan of care
Chief Complaint: Non-Urgent General Care
Expected outcome of chief complaint: Stabilized/Maintained
Last page
See next page
In the past few days have you been having
I want to ask you if your child attempted suicide
See next page
In the past week have you been having
See next page
Last page
Recheck Lab -->
Med Refill -->
Injection -->
Tooth Avulsion Questions -->
****** EAR ******
****** NOSE ******
****** THROAT ******
See next page

General Medicine <POC>

See next page
See next page
See next page
See next page
See next page

Occurred
Date     Time  User
03/05/17 1900 JUDD,LISA K, RN

Recorded
Date     Time  User                    Priority
03/05/17 1931 JUDD,LISA K, RN

Problem / Goals
Impaired Physical Mobility:
 : 2
 - Pt will demonstrate improvement or ability to maintain current
   level of mobility.
Impaired Nutrition / Hydration:
 : 1
 - Pt able to tolerate fluid replacement, either by IV or oral intake.
 - Pt will have no vomiting of oral intake;
   vital signs return to baseline for patient.
Pain:
 : 2
 - Pt will verbalize a decrease or tolerable level of pain.
 - Comfort measures and/or medications for home will be provided
   in collaboration with physician.
Education:
 : 2
 - Pt will demonstrate an adequate knowledge level of follow-up
   care/resources.
Problem / Goals                                        Priority
Anxiety:
 : 2
 - Pt will verbalize a decrease or relief of tension.
 - Patient will verbalize use of appropriate coping mechanisms.
High Risk for Falls/Injury:
 : 2
 - Pt will not have any falls and/or injuries during hospital stay.

Disposition-DC,TX,ADM,LPT

Occurred
Date     Time  User
03/05/17 1920 JUDD,LISA K, RN

Recorded
Date     Time  User
03/05/17 1934 JUDD,LISA K, RN

Patient Disposition: Discharge
Disposition Category: Discharged
ED plan of care
Chief Complaint: Non-Urgent General Care
Expected outcome of chief complaint: Stabilized/Maintained
Actual outcome of chief complaint: Stabilized/Maintained
Question below will only be answered if patient is LPMSE:
Last page
For lookup by name, enter N\name then press <Lookup>
Patient left



```
RUN DATE: 03/07/17                    EDM **LIVE**                                    Acct No: E00009412379
RUN TIME: 0258                    EMERGENCY PATIENT RECORD                            Unit No: E000135095
RUN USER: HPF.FED

Patient:                                      Age/Sex: 5Y 00M/M
EDM Provider: Faimon, Gregory G. MD, 2hca Active
```

Discharge Information provided: Instructions/Prescription
Discharge instructions given to and verbalized understanding by: MOM
Patient discharged from ED by Provider and not seen by RN: No
To: Home
With: Parent/guardian
Mode: Carried
Via: Private Vehicle
Driver: Parent/Guardian
Plan of Care Goal met? Yes
See next page
See next page
See next page

Pain Assessment/ Reassessment

| Occurred | | |
|---|---|---|
| Date | Time | User |
| 03/05/17 | 1920 | JUDD,LISA K, RN |

| | Recorded | |
|---|---|---|
| Date | Time | User |
| 03/05/17 | 1920 | JUDD,LISA K, RN |

Acceptable pain level: 1
Assessment Type: Ongoing Monitoring
Intensity: 2
See next page
See next page
Last page

Flowsheet - Detail

| Occurred | | |
|---|---|---|
| Date | Time | User |
| 03/05/17 | 1834 | JUDD,LISA K, RN |

| | Recorded | |
|---|---|---|
| Date | Time | User |
| 03/05/17 | 1834 | JUDD,LISA K, RN |

Temperature F: 97.2
Pulse: 85
See next page
Respiratory rate: 18
See next page
SPO2 %: 98
See next page
Weight kg: 18.60
See next page
Orthostatic Vital Signs: (if noted below)
See next page
See next page
Evaluate Glasgow Coma Scale: Yes
Glasgow Coma Scale:
Eye Opening: 4
Best Verbal Response: 5
Best Motor Response: 6
GCS Total: 15
Last page

Specimen Collection

| Occurred | | |
|---|---|---|
| Date | Time | User |
| 03/05/17 | 1839 | JUDD,LISA K, RN |

| | Recorded | |
|---|---|---|
| Date | Time | User |
| 03/05/17 | 1931 | JUDD,LISA K, RN |

Specimen Collected #1: Throat
Specimen #1 Sent To: Lab
See next page
See next page
Last page

Teaching Education

| Occurred | | |
|---|---|---|
| Date | Time | User |
| 03/05/17 | 1920 | JUDD,LISA K, RN |

| | Recorded | |
|---|---|---|
| Date | Time | User |
| 03/05/17 | 1933 | JUDD,LISA K, RN |

Learner: Mother
Readiness to Learn: Cooperative, Eager to Learn
Barriers to Learning: None
Patient Rating of Current Knowledge Level: Good
Teaching Method: Verbal, Printed
Patient/Family Education Subject Items: Medications, Disease Process,
See next page
ED After Care & Follow Up
Learner(s) Verbalized Understanding and/or Return Demonstration of Items: Yes
Pt/Family Encouraged Verbalize Anxieties & Reassurance Given: Yes
Pt/Family/Significant Other Informed of Condition & Treatment Plan: Yes
Pt/Family/Significant Other Encouraged Give Input & Participate in Tx: Yes
Last page

| Occurred | | | | Recorded | | | Departure Date/Time: 03/05/17 - 1920 |
|---|---|---|---|---|---|---|---|
| Date | Time | User | | Date | Time | User | |
| 03/05/17 | 1920 | JUDD,LISA K, RN | | 03/05/17 | 1934 | JUDD,LISA K, RN | |

PT VOMITED WHEN I OBTAINED HIS THROAT SWAB. HOUSEKEEPING WAS CALLED AND CAME DOWN IMMEDIATELY TO CLEAN ROOM.

Primary Impression: Strep throat
Disposition: 01 ROUTINE HOME/SELF CARE
Comment: RM3778
Condition: STABLE

Referrals:
Urgent

Pt Instructions:

Departure Forms:

RUN DATE: 03/07/17
RUN TIME: 0258
RUN USER: HPF.FEED

EDM **LIVE**
EMERGENCY PATIENT RECORD

Patient: M[redacted] D[redacted] M[redacted]   Age/Sex: 5Y 02M/M   Acct No: E00009412379
EDM Provider: Fatinon,Gregory G  MD, 2:Inactive                    Unit No: E000135095

story changes, Defensive about injuries, Undernourished despite good appetite, Recurrent/Suspicious injuries, Fear of return to previous arrangements, Injuries do not match event history.

| Ordered | Order | Ordering Provider | E-Signed |
|---|---|---|---|
| 03/05/17 1840 | STREP A THROAT SCREEN | Grover,Bridget C PA-C | Yes |

~~ ASSESSMENT PARAMETERS ~~

These are the definitions of Within Defined Parameters by Body System

**NEUROLOGICAL**
- Alert & Oriented X 4
- Pupils equal
- Speech clear and appropriate for age
- Moves all extremities
- No paralysis
- Steady gait
- Ambulates independently

**RESPIRATORY**
- No respiratory distress
- No cough
- No O2 or assistive devices
- No nasal flaring or pursed lip breathing
- Respirations even & unlabored
- Skin pink & warm to touch

**CIRCULATORY**
- Oral mucosa pink and moist
- Skin color appropriate to ethnic color
- Denies sensory complaints
- No edema noted

**GASTROINTESTINAL**
- Denies GI complaints

**INTEGUMENTARY**
- Skin warm, dry & intact
- No complaints of lesions, rash, wounds, bruises, petechiae or abrasions

**ENT**
- Eyes - Clear, no tearing or redness
- Ears - No complaint of hearing difficulty, loss of hearing, or change in hearing, pain free, no drainage
- Nasal - Breathes freely through both nares
- Throat - No hoarseness or stated soreness, no cough

**CARDIAC**
- No stated calf tenderness
- No history of pacemaker or implanted defibrillator
- Denies current cardiac complaint
- Skin pink & warm to touch - no cyanosis, mottling, diaphoresis or flushing of skin

**MUSCULOSKELETAL**
- Moves all extremities
- Ambulates independently

**GENITO-URINARY**
- Denies GU complaints

**PSYCHOSOCIAL**
- With regards to cultural influences: mood/affect is appropriate
- Patient demonstrates effective coping skills/patterns for situation

These are the definitions of Within Defined Parameters for the Nutritional and Functional Screenings:

**NUTRITIONAL**
- No swallowing/chewing impairments
- No nausea and/or vomiting and/or diarrhea for 5 or more days
- No reported unintentional weight loss > 15 lbs in last 3 months
- No reported decrease in intake > 25% of usual in last two weeks

**FUNCTIONAL**
- No unexplained alteration in movement/mobility in last four weeks
- No recent limitation performance of ADLs
- No recent alteration in ADLs that require assistance

This is the definition for the evidence of Physical and/or Psychological Abuse question:

ABUSE HISTORY TO INCLUDE, BUT NOT LIMITED TO:
PT DOES NOT REPORT/NO EVIDENCE OF ANY OF THE FOLLOWING: abuse/neglect, Hx. of abuse/neglect, withdrawn/fearful behavior, Unexplained or suspicious bruises/wounds, Patient/Caregiver

```
Wesley Woodlawn Hospital (COCGHA) ED WOODLAWN
EMERGENCY PROVIDER REPORT
REPORT#:0305-0998      REPORT STATUS: FSign
DATE:03/05/17  TIME: 1832

PATIENT: M█████,D█████ J█████        UNIT #: E000135095
ACCOUNT#: E00009412379               ROOM/BED: E.ED
DOB: ███/11    AGE: 5Y 02   SEX:     PCP PHYS: Urgent
ADM DATE: 03/05/17                   INI AUTH: Grover,Bridget C  PA-C
ED ADMIT DT: 03/05/17                LAST SIG: Faimon,Gregory G  MD
REP SERV DT: 03/05/17                REP SERV TM: 1832
    * ALL edits or amendments must be made on the electronic/computer document *
```

## Grover,Bridget C 03/05/17 1832:
### HPI-Headache Peds

### General
**Confirmed Patient** Yes

### Presentation
**Chief Complaint** Headache, sore throat

### Free Text HPI Notes
**Free Text HPI Notes**
5-year-old male presents with his mother complaining of headache along with a sore throat over the past 24 hours. Had one bout of vomiting today. He has complained of some generalized abdominal pain. He has no other medical problems and is not on any medications. He has had increased fatigue today. Mom denies any rash.

### Risk-Headache Peds

### Risk Stratification
**Subarachnoid Hemorrhage** Risk factors reviewed

### Review of Systems

### ROS Statements
All systems rev & neg except as marked.

### Basic Review of Systems
**Basic ROS** RESP: No SOB, CV: No chest pain, GU: No dysuria/frequency

### Focused Review of Systems
**Constitutional**
Reports: Fever, Irritability.
**Ears/Nose/Throat**
Reports: Sore throat. Denies: Earache R, Earache L, Toothache.

Page 1 of 5



**GI**
Reports: Abdominal pain.  Denies: Constipation, Diarrhea, Nausea, Vomiting.
**Musculoskeletal**
Denies: Extremity pain.
**Skin**
Denies: Rash.
**Neurologic**
Reports: Headache.  Denies: Dizziness, Focal weakness.

## Past Medical History - Peds
**Stated Complaint** HEADACHE NAUSEA
**Allergies**
**Coded Allergies:**
No Known Allergies (03/05/17)

**Home Medications**
**Reported Medications**
No Known Home Medications


)( **Review of Nursing Notes** Rev avail, and agree

## Physical Exam

### Initial Vital Signs
**Vital Signs**
First Documented:

|         | Result | Date Time  |
|---------|--------|------------|
| Pulse Ox | 98    | 03/05 1834 |
| Temp    | 97.2   | 03/05 1834 |
| Pulse   | 85     | 03/05 1834 |
| Resp    | 18     | 03/05 1834 |

Last Documented:

|         | Result | Date Time  |
|---------|--------|------------|
| Pulse Ox | 98    | 03/05 1834 |
| Temp    | 97.2   | 03/05 1834 |
| Pulse   | 85     | 03/05 1834 |
| Resp    | 18     | 03/05 1834 |

**Initial VS** Reviewed

### Basic Physical Exam
**Basic** PE HEAD: Atraumatic/NC, EYES: PERRL, conj clear, ENT: Membranes moist, RESP: No resp distress, CV: Reg rate & rhythm, ABD: Soft/non-tender, EXT: No gross abnormality, SKIN: No rashes, Warm/dry, PSYCH: ment status NL/age

Page 2 of 5



## Focused PE
**General/Const** **
  **General/Const** Awake, Alert, No apparent distress
**Ears/Nose/Throat**
  **Ears/Nose/Throat** mild pharyngeal erythema bilaterally no exudates
**Neck** **
  **Neck** Atraumatic, Supple, mild bilateral submandibular adenopathy movable less than 2 cm
**Resp/Chest**
  **Respiratory/Chest** Atraumatic, Breath sounds NL, Breath sounds = bilat
**Cardiovascular**
  **Cardiovascular** Heart rate NL, Regular rhythm, Heart sounds NL
**Abdomen/GI**
  **Abdomen/GI** Atraumatic, Soft, Non-tender, No guarding, No rebound
**Skin**
  **Skin** Atraumatic, Color NL, No rash
**Neurologic** **
  **Neurologic** Orientation NL for age, Speech NL for age, No motor deficits, No sensory deficits, CN II - XII intact, Reflexes equal bilat, Cerebellar NL, Memory NL

## Interpretation & Diagnostics

### Lab Results Interpretation
**Results**
Microbiology:

| Date/Time Source | Procedure - Status Growth |
|---|---|
| 03/05 1839 THROAT | Group A Streptococcus Screen (MIC) - COMP |

**Lab Statement**
Laboratory studies reviewed and considered in the medical decision-making.

## Procedures

### Free Text Proc Notes
**Free Text Proc Notes**
Positive strep

## Patient Discharge & Departure

### Vital Signs/Condition
**Vital Signs**

First Documented:

|  | Result | Date Time |
|---|---|---|
| Pulse Ox | 98 | 03/05 1834 |
| Temp | 97.2 | 03/05 1834 |
| Pulse | 85 | 03/05 1834 |
| Resp | 18 | 03/05 1834 |

Last Documented:

|  | Result | Date Time |
|---|---|---|
| Pulse Ox | 98 | 03/05 1834 |
| Temp | 97.2 | 03/05 1834 |
| Pulse | 85 | 03/05 1834 |
| Resp | 18 | 03/05 1834 |

All vital signs available at the time of this entry have been reviewed.

## Clinical Impression
Clinical Impression
**Primary Impression:** Strep throat

## Disposition Decision
**Discharge**
 )( **Discharged to Home** Yes
 )( **Time** 1906
 )( **Date** 03/05/17

## Discharge/Care Plan
**Counseled Regarding** Diagnosis, Lab results, When to return to ED
**Prescriptions**
amoxil
 **Discharge Note**
I have spoken with the patient and/or caregivers. I have explained the patient's condition, diagnoses and treatment plan based on the information available to me at this time. I have answered the patient's and/or caregiver's questions and addressed any concerns. The patient and/or caregivers have as good an understanding of the patient's diagnosis, condition and treatment plan as can be expected at this point. The vital signs have been stable. The patient's condition is stable and appropriate for discharge from the emergency department.

The patient will pursue further outpatient evaluation with the primary care physician or other designated or consulting physician as outlined in the discharge instructions. The patient and/or caregivers are agreeable to this plan of care and follow-up instructions have been explained in detail. The patient and/or caregivers have received these instructions in written format and have expressed an understanding of the discharge instructions. The patient and/or caregivers are aware that any significant change in condition or worsening of symptoms should prompt an immediate return to this or the closest emergency department or a call to 911.



## FAIMON,GREGORY G 03/05/17 2215:
### HPI-Headache Peds

### General
Initial Greet Date/Time 03/05/17 1824

### Physical Exam

### Initial Vital Signs
Vital Signs

### Interpretation & Diagnostics

### Lab Results Interpretation
Results

### Patient Discharge & Departure

### Vital Signs/Condition
Vital Signs

### Supervising Physician Note
MidLv Saw Pt Alone
I have reviewed the PA/NP's note and plan of care. I was available for consultation as needed at all times during the patient's visit in the emergency department. I agree with the clinical impression, plan and disposition.

Electronically Signed by Grover,Bridget C  PA-C on 03/05/17 at 2157
Electronically Signed by Faimon,Gregory G  MD on 03/05/17 at 2215

RPT #: 0305-0998
***END OF REPORT***



```
RUN DATE: 03/07/17                    MEDITECH FACILITY: COCGHA                          PAGE 1
RUN TIME: 0105                          IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:    [REDACTED]            A/S: 5Y 02M M      ADMIT:      03/05/17
ACCOUNT NO: E00009412379          LOC: E.ED          DISCH/DEP:  03/05/17
                                  RM:                STATUS:     ER
ATTEND DR: Faimon,Gregory G  MD   BD:                UNIT NO:    E000135095
REPORT STATUS: FINAL
```

```
Order Date: 03/05/17                              ----Service----
Category   Procedure Name          Order Number   Date     Time Pri Qty Ord Source Status   Ordered By
MIC        STREP A THROAT SCREEN   20170305-0157  03/05/17 1840 S       E           CMP      GROVBRC
Other Provider :            Sig Lvl Provider :

   ** IF NEGATIVE, INCLUDES CULTURE FOR GROUP A STREP. **

COMMENT

Order's Audit Trail of Events
 1   03/05/17 1840 ENON.BCG    Order ENTER in EDM/POM
 2   03/05/17 1840 ENON.BCG    Ordering Doctor: Grover,Bridget C  PA-C
 3   03/05/17 1840 ENON.BCG    Order Source: EPOM
 4   03/05/17 1840 ENON.BCG    Signed by Grover,Bridget C  PA-C
 5   03/05/17 1840 interface   order's status changed from TRANS to LOGGED by LAB
 6   03/05/17 1843 interface   order's status changed from LOGGED to IN PRO by LAB
 7   03/05/17 1843 interface   order's specimen number changed from 17:WY:X0012251S to 17:WY:B0009093S
 8   03/05/17 1856 interface   order's status changed from IN PRO to COMP by LAB

         Electronically signed by Grover,Bridget C  PA-C on 03/05/17 at 1840
```

\*\* IDEV END OF REPORT \*\*

PERMANENT MEDICAL RECORD COPY

Patient:M[REDACTED], D[REDACTED] J[REDACTED]    MRN:E000135095   Encounter:E00009412379    Page 1 of 1

WMC 0014

```
RUN DATE: 03/06/17              Galichia Heart Hospital Laboratory              Page: 1
RUN TIME: 0215          2610 N. Woodlawn Boulevard, Wichita, KS 67214 * 316-858-2990
                             HPF LAB Discharge Summary Report w/o Pathology
-------------------------------------------------------------------------------------
PATIENT: M█████,D████ J█████       ACCT #: E00009412379 LOC:  E.ED      U #: E000135095
                                   AGE/SX: 5Y 02M/M    ROOM:            REG: 03/05/17
REG DR:  Faimon,Gregory G  MD      STATUS: DEP ER      BED:             DIS:
-------------------------------------------------------------------------------------
                  ************ MICROBIOLOGY SPECIMEN SUMMARY ************

  Col Date Time Specimen #         Source      Sp Desc   P/F Organisms ...
  -------- ---- ------------------ ----------- --------- --- --------------------------
> 03/05/17 1839 17:WY:B00090935    THROAT                 F  <none>

                    ------ RESPIRATORY CULTURES AND TESTS ------
-------------------------------------------------------------------------------------
Specimen: 17:WY:B00090935  COMP   Collected: 03/05/17-1839    Received:   03/05/17-1843
  Source: THROAT
  STREP THROAT SCREEN (GROUP A)         Final 03/05/17
                                      POSITIVE
```

** END OF REPORT **

```
WESLEY MEDICAL CENTER/GALICHIA HEART HOSPITAL   (COCGHA     )
DISCHARGE INSTRUCTIONS (ED)
REPORT #: 0305-0468   REPORT STATUS: Draft
DATE: 03/05/17 TIME: 1908

PATIENT: M████,D████ J████             UNIT #: E000135095
ACCOUNT #: E00009412379                ROOM/BED:
DOB: ███/11  AGE: 5Y 02M  SEX: M       ATTEND: EDDOC - Generic MD for EDM
ADM DT:                                AUTHOR: Grover,Bridget C  PA-C

* ALL edits or amendments must be made on the electronic/computer document *

Current patient of record information for this document is:
D████ J████ M████
PatID: E000135095   Age: 5
Acct#: E00009412379  DOB: ███/2011

Report including patient information as it appeared at the time this document
was generated and provided to the patient is as follows below.
------------------------------------------------------------------------

DORIAN JAYDON MORGAN
PatID: E000135095   Age: 5
Acct#: E00009412379  DOB: 12/26/2011
Printed: 03/05/2017 7:08 PM
By: Grover, Bridget

General Emergency Department Discharge Instructions

The exam and treatment you received in the Emergency Department were for an
urgent problem and are not intended as complete care. It is important that you
follow up with a doctor, nurse practitioner, or physician assistant for ongoing
care. If your symptoms become worse or you do not improve as expected and you
are unable to reach your usual health care provider, you should return to the
Emergency Department. We are available 24 hours a day.

You were treated in the Emergency Department by:
Primary Provider: Bridget Grover, PA

The Following Instructions Were Selected for You Today: Pharyngitis, Strep

Pharyngitis, Strep

You have been diagnosed with strep pharyngitis.

Strep pharyngitis (strep throat) is an infection in the back of the throat and
tonsils. It is caused by bacteria called Streptococcus pyogenes. The word
"pharyngitis" means "sore throat." The doctor might use a test to find out
whether your child's sore throat was caused by strep bacteria or a virus. If a
virus caused the sore throat, antibiotics will not help. Taking antibiotics
when they are not needed is dangerous because it leads to resistance. This
means the drugs will not work as well when they are needed the next time.

PATIENT'S NAME: M████,D████ J████              ACCOUNT NO: E00009412379


Symptoms of strep pharyngitis include fever (temperature higher than 100.4 F /
```

38 C), sore throat, painful swallowing, headache, abdominal pain and vomiting. You might see a rash that feels like sandpaper. You might have swollen tender neck glands. There are usually white spots on the tonsils.

Most people with cold symptoms (runny or stuffy nose or cough) do NOT have strep throat, even if their throats are sore. The doctor might not test you for strep throat. Some people have strep bacteria in the throat all the time but don't get sick. We call these people "carriers." A carrier will always test positive for strep, even though the strep didn't cause your sore throat. If all 4 of the following are true, it is likely your sore throat was caused by strep bacteria:
* You have a fever (temperature higher than 100.4 F / 38 C), either here or at home.
* There are white spots in the back of your throat.
* Your lymph nodes (glands) are swollen.
* You have NO other cold symptoms, like a stuffy nose, runny nose, or cough.

Strep pharyngitis is treated with antibiotics, medicine for pain and fever (temperature higher than 100.4 F / 38 C), and fluids. It is VERY IMPORTANT that you take all of the antibiotics as directed, even if you are feeling better before the antibiotics are finished.

YOU SHOULD SEEK MEDICAL ATTENTION IMMEDIATELY, EITHER HERE OR AT THE NEAREST EMERGENCY DEPARTMENT, IF ANY OF THE FOLLOWING OCCURS:
* You have trouble breathing.
* You are hoarse or your voice changes.
* You drool or have difficulty swallowing.
* Your sore throat gets worse or you start to have neck pain.
* You are unable to take liquids or medicine.
* You get worse at any time or do not get better in 2 to 3 days.

Follow Up Information:

Follow up with Your Physician in 1-2 days. Call as soon as possible to arrange.

What To Do:
* Take this sheet with you when you go to your follow-up visit.
* If you have any problem arranging the follow-up visit, contact the Emergency Department immediately.
* Take all medications as directed.

Additional Information:

* There are occasions where additional lab tests return u2013 such as a culture
   result or an X-ray or EKG - is further reviewed after you are discharged. If a change in your diagnosis or treatment is indicated, we will attempt to contact you. It is critical that we have a current phone number for you.

* If you had X-rays done, we can provide you a CD with those X-rays for your review and follow-up.

PATIENT'S NAME: M████ D████ J████        ACCOUNT NO: E00009412379

* Culture results may take 2-3 days. We review many culture results and will attempt to contact you if the results are significant or may change your treatment.



Patient: M████ D████ J████    MRN:E000135095   Encounter:E00009412379    Page 2 of 3    WMC 0017

Prescriptions Written:
Amoxicillin 400 mg/5 mL Suspension, Take 6cc po bid x 10 days .    Dispense qs.
Prescriber: Grover, Bridget
Paper Prescription given to patient

If side effects develop, such as a rash, difficulty breathing, or a severe upset stomach,
stop the medication and call your doctor or the Emergency Department.

Preventative Health Instructions:

The care you received in the emergency department has been done on an emergency basis only and is not intended to be a substitute for regular medical care.  If your condition or symptoms persist or get worse at any time, you should return to the emergency department if you're unable to contact your own physician.  Please understand that although we may not have determined a specific cause of your symptoms today, further evaluation may be necessary.  It is important to get a primary care provider (doctor, PA, or nurse practitioner) for follow up as well as ongoing healthcare needs.

The following information is provided for you as education regarding preventative health care and follow up from your emergency department visit:

Regular exercise, good diet and adequate fluid intake are very important for general health maintenance.  Please discuss these with your primary care doctor to develop a plan specific to your needs.

Tobacco use is a risk factor for multiple serious illnesses.  If you use tobacco, please contact the QuitLine at 1-800-QUITNOW (1-800-784-8669) or www.KSquit.org to assist in your efforts to stop using tobacco products.

During your visit today your blood pressure may have been higher than normal.  If it was high you should have this rechecked.  Follow up with your physician or the referral provider for a recheck within 4 weeks.

Hypertension is a common but serious illness that should be monitored closely.

I, D M, understand the instructions and will arrange for follow-up care.

_____
PATIENT/REPRESENTATIVE SIGNATURE

_____
STAFF SIGNATURE

PATIENT'S NAME: M████,D████ J████          ACCOUNT NO: E00009412379

Today's Date: 03/05/2017                                              Patient: D█████ M█████ 
                                                                      Account #: E00009412379

The care you received in the emergency department has been done on an emergency basis only and is not intended to be a substitute for regular medical care. If your condition or symptoms persist or get worse at any time, you should return to the emergency department if you're unable to contact your own physician. Please understand that although we may not have determined a specific cause of your symptoms today, further evaluation may be necessary. It is important to get a primary care provider (doctor, PA, or nurse practitioner) for follow up as well as ongoing healthcare needs.

The following information is provided for you as education regarding preventative health care and follow up from your emergency department visit:

Regular exercise, good diet and adequate fluid intake are very important for general health maintenance. Please discuss these with your primary care doctor to develop a plan specific to your needs.

Tobacco use is a risk factor for multiple serious illnesses. If you use tobacco, please contact the QuitLine at 1-800-QUITNOW (1-800-784-8669) or www.KSquit.org to assist in your efforts to stop using tobacco products.

During your visit today your blood pressure may have been higher than normal. If it was high you should have this rechecked. Follow up with your physician or the referral provider for a recheck within 4 weeks.

Hypertension is a common but serious illness that should be monitored closely.

I, DORIAN MORGAN, understand the instructions and will arrange for follow-up care.

_____
PATIENT/REPRESENTATIVE SIGNATURE

_____
STAFF SIGNATURE



E000 0941 2379   03/05/17  ED
M█████, D█████ J
MR# E000135095          DOB: ██/██/11
WESLEY WOODLAWN         AGE:5Y 02M/H
                                    ER

PINS

03/05/2017 7:08 PM
Page: 3 of 3

Patient: M█████ D█████ J    MRN:E000135095   Encounter:E00009412379   Page 1 of 1     WMC 0019