Via Christi Hospital St Francis

Patient Name: M████ D████ J
MRN: 1003092224
FIN: 100005687784
DOB/Age/Sex: ███/2011   6 years   Male

Admit: 3/6/2017
Disch: 3/15/2017
Admitting: Bhimavarapu,Bala Bhaskar Reddy MD

## Emergency Documentation

Document Type:                ED Note-Physician
Service Date/Time:            3/6/2017 04:48 CST
Result Status:                Modified
Document Subject:             Throat Pain *ED
Sign Information:             Chambers Daney,Jennifer M APRN (5/1/2017 20:04 CDT);
                              Chambers Daney,Jennifer M APRN (3/6/2017 05:12 CST)

**Throat Pain *ED**

Patient: M████, D████ J      MRN: 1003092224      FIN: 100005687784
Age: 5 years   Sex: Male   DOB: ███/2011
Associated Diagnoses:   Headache; Vomiting; Strep throat
Author:   Chambers Daney, Jennifer M APRN

### Basic Information
Additional information: Chief Complaint from Nursing Triage Note : Chief Complaint
    3/6/2017 2:31 CST    Chief Complaint    nausea and vomiting, was just diagnosed with
    strep tonight at wesley, mom concerned unable to keep meds down to treat it. .

### History of Present Illness
The patient presents with sore throat and PT HAS HAD A SORE THROAT FOR UNKNOWN TIME. SISTER JUST HAD TONSILS OUT AND THE MOM WORRIES THAT HE HE WAS TOO AFRAID TO TELL THEM THAT HE MAY NEED HIS OUT TOO.
   SEEN AT WESLEY THIS EVE 6PM DX STREP. PT SENT HOME AND THEN MOM STATES HE HAS BEEN VOMITING EVERY HOUR AND NOT ABLE TO KEEP DOWN PAIN MEDS . The onset was unknown. The course/duration of symptoms is constant. Location: Pharynx throat. The character of symptoms is pain and redness. The relieving factor is none. Prior episodes: none. Associated symptoms: vomiting.

### Review of Systems
    Constitutional symptoms:  No fever,
    Skin symptoms:  No rash,
    ENMT symptoms:  Sore throat, No nasal congestion,
    Respiratory symptoms:  No shortness of breath,
    Cardiovascular symptoms:  No chest pain,
    Gastrointestinal symptoms:  Vomiting.
       Additional review of systems information: All systems reviewed as documented in chart.

### Health Status
  Allergies: Include allergy profile
    Allergic Reactions (Selected)

Report Request ID:  112182885          Page 6 of 1,894


EXHIBIT C

23/2018 11:04 CDT
VC000006

Via Christi Hospital St Francis

Patient Name: M█████ D████ J
MRN: 1003092224  Admit: 3/6/2017
FIN: 100005687784  Disch: 3/15/2017
DOB/Age/Sex: ███/2011  6 years  Male  Admitting: Bhimavarapu,Bala Bhaskar Reddy MD

### Emergency Documentation

No Known Allergies
.
Medications: Per nurse's notes.
Immunizations: Per nurse's notes.

Past Medical/ Family/ Social History
   Medical history: Reviewed as documented in chart.
   Surgical history:
      Craniotomy Tumor Resection on 3/6/2017 at 5 Years.
         Comments:
         3/6/2017 16:04 - Powers, Janell M RN
         auto-populated from documented surgical case
, Reviewed as documented in chart.
Family history:
    No family history items have been selected or recorded.
, Reviewed as documented in chart.
Social history: Include Social Hx
Alcohol
Details: Household alcohol concerns: No.
Tobacco
Details: Exposure to Secondhand Smoke: No.

, Reviewed as documented in chart.

Physical Examination

    Vital Signs
   Vital Signs

| Date/Time | Measurement | Value |
|---|---|---|
| 3/6/2017 4:01 CST | Peripheral Pulse Rate | 67 bpm  LOW |
|  | Respiratory Rate | 16 br/min  LOW |
|  | SpO2 | 99 % |
| 3/6/2017 2:31 CST | Temperature Oral | 36.5 degC |
|  | Peripheral Pulse Rate | 93 bpm |
|  | Respiratory Rate | 20 br/min |
|  | Systolic Blood Pressure | 124 mmHg  HI |
|  | Diastolic Blood Pressure | 69 mmHg |
|  | SpO2 | 97 % |

.
Measurements

Via Christi Hospital St Francis

Patient Name:  M████ D████ J
MRN:           1003092224                          Admit:      3/6/2017
FIN:           100005687784                        Disch:      3/15/2017
DOB/Age/Sex:   ████/2011   6 years    Male         Admitting:  Bhimavarapu,Bala Bhaskar Reddy MD

## Emergency Documentation

   3/6/2017 2:31 CST    Weight Dosing    16.9 kg .
Include O2 sat from flowsheet : Oxygen Therapy & Oxygenation Information
   3/6/2017 4:01 CST    Oxygen Therapy    Room air
   3/6/2017 2:31 CST    Oxygen Therapy    Room air

Within normal limits, non-hypoxic.
   **General:** Alert, no acute distress, ill-appearing.
   **Skin:** Warm, dry, intact, no rash, pale.
   **Head:** Normocephalic, atraumatic.
   **Neck:** Full range of motion.
   **Eye:** Extraocular movements are intact.
   **Ears, nose, mouth and throat:** Oral mucosa moist, ERYTHEMA .
   **Cardiovascular:** Regular rate and rhythm.
   **Respiratory:** Respirations are non-labored.
   **Gastrointestinal:** Non distended.
   **Musculoskeletal:** Normal ROM.
   **Neurological:** SLEEPY .
   **Psychiatric:** Cooperative.

**Medical Decision Making**
   Differential Diagnosis: Viral pharyngitis, streptococcal pharyngitis, viral syndrome, upper respiratory
      infection, FAILED OUT PATIENT .
   Documents reviewed: Emergency department nurses' notes.
   Orders  Include Orders Previously Placed (Selected)
     Documented Medications
     Documented
       Boudreaux Butt Paste: 1 app, Topical, QID, PRN: Diaper Rash, 0 Refill(s)
       Normal Saline Flush: 10 mL, IV Push, BID, 0 Refill(s)
       Normal Saline Flush: 10 mL, IV Push, BID, 0 Refill(s)
       Normal Saline Flush: 10 mL, IV Push, q3min, PRN: Other (See Comment), 0 Refill(s)
       Normal Saline Flush: 20 mL, IV Push, q3min, PRN: Other (See Comment), 0 Refill(s)
       acetaminophen 120 mg rectal suppository: 180 mg = 1.5 supp, Rectal, q4hr, PRN: Other
         (See Comment), 0 Refill(s)
       dexamethasone 1 mg/mL oral concentrate: 4 mg = 4 mL, Dobhoff Tube, q8hr, 0 Refill(s)
       fentaNYL 50 mcg/mL injectable solution: 15 mcg = 0.3 mL, IV Push, q30min, PRN:
         Agitation, 0 Refill(s)
       fentaNYL 50 mcg/mL injectable solution: 15 mcg = 0.3 mL, IV Push, q4hr, PRN: Pain, 0
         Refill(s)
       glycerin: Rectal, Daily, 0 Refill(s)

Via Christi Hospital St Francis

Patient Name: M████, D████ J
MRN: 1003092224
FIN: 100005687784
DOB/Age/Sex: ███/2011  6 years   Male
Admit: 3/6/2017
Disch: 3/15/2017
Admitting: Bhimavarapu,Bala Bhaskar Reddy MD

## Emergency Documentation

ibuprofen 100 mg/5 mL oral suspension: 150 mg = 7.5 mL, Oral, q6hr, PRN: Pain Mild (1-3), 0 Refill(s)
levETIRAcetam 100 mg/mL oral solution: 170 mg = 1.7 mL, Dobhoff Tube, BID, 0 Refill(s)
morphine 2 mg/mL-NaCl 0.9% intravenous solution: 0.8 mg = 0.4 mL, IV Push, q2hr, PRN: Pain Severe (7-10), 0 Refill(s)
ocular lubricant: Eye-Both, q4hr-WA, PRN: Dry Eyes, 0 Refill(s)
omeprazole: G-Tube, Daily, 0 Refill(s)
ondansetron 2 mg/mL injectable solution: 2.5 mg = 1.25 mL, IV Push, q6hr, PRN: Nausea or Vomiting, 0 Refill(s)
sodium chloride 0.65% nasal solution: 1 sprays, Nasal, q2hr, PRN: Other (See Comment), 0 Refill(s)
vitamin A & D topical ointment: Topical, q1hr, PRN: Other (See Comment), 0 Refill(s)

Results review: Lab results : Lab View

| 3/6/2017 3:50 CST | | |
|---|---|---|
| | WBC | 21.6 10*3/uL  HI |
| | RBC | 4.72 |
| | Hgb | 12.0 gm/dL |
| | Hct | 34.9 % |
| | MCV | 73.9 fL  LOW |
| | MCH | 25.4 pg |
| | MCHC | 34.4 gm/dL |
| | RDW | 13.1 % |
| | Platelet | 483 10*3/uL  HI |
| | MPV | 9.2 fL  LOW |
| | Neutrophils | 93 %  HI |
| | Lymphocytes | 5 %  LOW |
| | Monocytes | 2 %  LOW |
| | Eosinophils | 0 % |
| | Basophils | 0 % |
| | Neutro Absolute | 20.09  HI |
| | Lymph Absolute | 1.08  LOW |
| | Mono Absolute | 0.43 |
| | Eos Absolute | 0.00 |
| | Baso Absolute | 0.02 |
| | Microcyte | Present |
| | Nucleated RBC Automated | 0.0 /100 WBC |
| | Differential | Reviewed |
| | Sodium Lvl | 138 mEq/L |
| | Potassium Lvl | 3.7 mEq/L |

Via Christi Hospital St Francis

| | | | |
|---|---|---|---|
| Patient Name: | M██████ D██████ J | | |
| MRN: | 1003092224 | Admit: | 3/6/2017 |
| FIN: | 100005687784 | Disch: | 3/15/2017 |
| DOB/Age/Sex: | ████/2011  6 years  Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

### Emergency Documentation

| | |
|---|---|
| Chloride | 104 mEq/L |
| CO2 | 21 mEq/L  LOW |
| AGAP | 13 |
| BUN | 17 mg/dL |
| Glucose Lvl | 189 mg/dL  HI |
| Creatinine Lvl | 0.45 mg/dL  LOW |
| Calcium Lvl | 10.1 mg/dL  HI |
| Albumin Lvl | 4.2 gm/dL |
| Total Protein | 6.8 gm/dL |
| Globulin | 2.6 gm/dL |
| ALT | 13 U/L  LOW |
| AST | 30 U/L |
| Alk Phos | 134 U/L |
| Bili Total | 0.5 mg/dL |

Impression and Plan
   Headache (ICD10-CM R51, Discharge, Emergency medicine, Interdisciplinary)
   Vomiting (ICD10-CM R11.10, Discharge, Emergency medicine, Interdisciplinary)
   Strep throat (ICD10-CM J02.0, Discharge, Emergency medicine, Interdisciplinary)

Calls-Consults
   - 3/6/2017 04:52:00 , Sarraf, Chady MD, recommends PAGED, HE DOES NOT SEE PEDS .
      - 3/6/2017 05:02:00 , Bhimavarapu, Bala Bhaskar Reddy MD.
Plan
Condition: Unchanged.
   Disposition: Admit: Time  3/6/2017 05:04:00, to Observation Unit, Bhimavarapu, Bala Bhaskar Reddy MD.
   Notes: Seen independently by APRN/PA. No physician signature required, Discussed results and findings with patient. Recommend admit. Patient understands and agrees with plan of care..

Via Christi Hospital St Francis

Patient Name:  M████ D████ J
MRN:           1003092224                                  Admit:      3/6/2017
FIN:           100005687784                                Disch:      3/15/2017
DOB/Age/Sex:   ███/2011   6 years    Male                 Admitting:  Bhimavarapu,Bala Bhaskar Reddy MD

## Emergency Documentation

```
Electronically Signed on 03/06/2017 05:12 AM CST
_____
Jennifer Chambers Daney, APRN

Electronically Signed on 05/01/2017 08:04 PM CDT
_____
Jennifer Chambers Daney, APRN



Modified by: Jennifer Chambers Daney, APRN on 03/06/2017 04:52 AM CST

Modified by: Jennifer Chambers Daney, APRN on 03/06/2017 04:57 AM CST

Modified by: Jennifer Chambers Daney, APRN on 03/06/2017 05:11 AM CST

Modified by: Jennifer Chambers Daney, APRN on 05/01/2017 08:04 PM CDT

Reviewed by: Jennifer Chambers Daney, APRN
```

Document Type:          ED Triage Note
Service Date/Time:      3/6/2017 04:29 CST
Result Status:          Auth (Verified)
Document Subject:       ED Triage Part 2 - Pediatrics
Sign Information:       Whillock,Summer D RN (3/6/2017 04:29 CST)

ED Triage Part 2 - Pediatrics Entered On: 3/6/2017 4:30 CST
Performed On: 3/6/2017 4:29 CST by Whillock, Summer D RN

**General Assessment**
Document Falls Risk :   Not a fall risk
Open Social History Documentation :   Open Social History Documentation
Immunizations Current :   Unknown
Last Tetanus :   Unknown
Document Glasgow Coma Assessment Peds :   Open glasgow coma assessment
ED Allergies/Med Hx Section :   Document assessment
Pregnancy Status :   N/A
Unable to Obtain Current Visit Info :   None
Languages :   English
Preferred Language :   English

                                                              Whillock, Summer D RN - 3/6/2017 4:29 CST

**Advance Directive**
*Advance Directive :   Unable to obtain

                                                              Whillock, Summer D RN - 3/6/2017 4:29 CST

**Social History**

Via Christi Hospital St Francis

Patient Name:   M█████ D█████ J
MRN:   1003092224                                  Admit:    3/6/2017
FIN:   100005687784                                Disch:    3/15/2017
DOB/Age/Sex:   ███/2011   6 years   Male          Admitting: Bhimavarapu,Bala Bhaskar Reddy MD

## Emergency Documentation

Domestic Concerns :   Unable to obtain

Whillock, Summer D RN - 3/6/2017 4:29 CST

Social History

(As Of: 3/6/2017 04:30:45 CST)

Tobacco:

Exposure to Secondhand Smoke: No.   (Last Updated: 3/6/2017 04:30:07 CST by Whillock, Summer D RN)

Alcohol:

Household alcohol concerns: No.   (Last Updated: 3/6/2017 04:30:11 CST by Whillock, Summer D RN)

Allergies/Medications
Allergy Information :   Reviewed and updated

Whillock, Summer D RN - 3/6/2017 4:29 CST
(As Of: 3/6/2017 04:30:45 CST)

Allergies (Active)
No Known Allergies              Estimated Onset Date:   Unspecified ; Created By:   Kent, Aaron
                                D RN; Reaction Status:   Active ; Category:   Drug ; Substance:
                                No Known Allergies ; Type:   Allergy ; Updated By:   Kent,
                                Aaron D RN; Reviewed Date:   3/6/2017 2:35 CST

Medication List

(As Of: 3/6/2017 04:30:45 CST)

Normal Order
acetaminophen 160 mg/5 mL       :   acetaminophen 160 mg/5 mL soln-oral CUP ; Status:
soln-oral CUP                   Ordered ; Ordered As Mnemonic:   acetaminophen ; Simple
                                Display Line:   250 mg = 7.81 mL, Oral, Once ; Ordering
                                Provider:   Chambers Daney, Jennifer M APRN; Catalog Code:
                                acetaminophen ; Order Dt/Tm:   3/6/2017 03:22:53 ; Comment:
                                Target Dose: acetaminophen 15 mg/kg  3/6/2017 03:22:56

ondansetron 2 mg/mL vial; 2     :   ondansetron 2 mg/mL vial; 2 mL ; Status:   Completed ;
mL                              Ordered As Mnemonic:   Zofran ; Simple Display Line:   4 mg =
                                2 mL, IV Push, Once ; Ordering Provider:   Chambers Daney,
                                Jennifer M APRN; Catalog Code:   ondansetron ; Order Dt/Tm:
                                3/6/2017 03:22:02 ; Comment:   Administer over: 2 Minutes

sodium chloride 0.9% bolus      :   sodium chloride 0.9% bolus soln iv; 1000 mL ; Status:
soln iv; 1000 mL                Completed ; Ordered As Mnemonic:   NS Bolus ; Simple Display
                                Line:   320 mL, Bolus IV, Once ; Ordering Provider:   Chambers
                                Daney, Jennifer M APRN; Catalog Code:   Sodium Chloride
                                0.9% ; Order Dt/Tm:   3/6/2017 03:21:52

Via Christi Hospital St Francis

Patient Name: M▮▮▮▮ D▮▮▮▮ J
MRN: 1003092224
FIN: 100005687784
DOB/Age/Sex: ▮▮/2011  6 years  Male

Admit: 3/6/2017
Disch: 3/15/2017
Admitting: Bhimavarapu, Bala Bhaskar Reddy MD

## Emergency Documentation

acetaminophen 320 mg/10 mL susp-oral CUP : acetaminophen 320 mg/10 mL susp-oral CUP ; Status: Ordered ; Ordered As Mnemonic: acetaminophen ; Simple Display Line: 250 mg = 7.81 mL, Oral, Once ; Ordering Provider: Chambers Daney, Jennifer M APRN; Catalog Code: acetaminophen ; Order Dt/Tm: 3/6/2017 03:08:53 ; Comment: Target Dose: acetaminophen 15 mg/kg  3/6/2017 03:08:57

Glasgow Coma Scale Peds
Eye Opening Response Peds Coma : Spontaneously
Best Verbal Response Peds Coma : Appropriate words/phrases
Best Motor Response Peds Coma : Obeys
Pediatric Coma Score : 15

Whillock, Summer D RN - 3/6/2017 4:29 CST

---

Document Type:              ED Triage Note
Service Date/Time:          3/6/2017 02:31 CST
Result Status:              Auth (Verified)
Document Subject:           ED Triage Part 1 - Pediatric
Sign Information:           Kent, Aaron D RN (3/6/2017 02:31 CST)

ED Triage Part 1 - Pediatric Entered On: 3/6/2017 2:36 CST
Performed On: 3/6/2017 2:31 CST by Kent, Aaron D RN

Infectious Disease Risk Screening
Recent Travel History : No recent travel

Kent, Aaron D RN - 3/6/2017 2:31 CST

ED Triage Part 1 - Pediatric
Chief Complaint : nausea and vomiting, was just diagnosed with strep tonight at wesley, mom concerned unable to keep meds down to treat it.
Lynx Mode of Arrival : Private vehicle
History Obtained From : Parent
Document Pain Assessment : Document Pain Assessment
Temperature Oral : 36.5 degC(Converted to: 97.7 degF)
Systolic Blood Pressure : 124 mmHg (HI)
Diastolic Blood Pressure : 69 mmHg
Peripheral Pulse Rate : 93 bpm
Respiratory Rate : 20 br/min
SpO2 : 97 %
Oxygen Therapy : Room air
Weight Dosing : 16.9 kg(Converted to: 37 lb 4 oz)

Kent, Aaron D RN - 3/6/2017 2:31 CST

---

Via Christi Hospital St Francis

Patient Name:  M█████ D█████ J
MRN:          1003092224                          Admit:      3/6/2017
FIN:          100005687784                        Disch:      3/15/2017
DOB/Age/Sex:  ███/2011   6 years      Male        Admitting:  Bhimavarapu,Bala Bhaskar Reddy MD

## Emergency Documentation

DCP GENERIC CODE
Tracking Acuity :  4
Tracking Group :  VCHF ED

Kent, Aaron D RN - 3/6/2017 2:31 CST

ED Allergies/Med Hx Section :  Document assessment
Hallucinations/Delusions :  Unable to obtain
Assault/Homicidal Tendencies :  Unable to obtain
Behavioral Health Concern :  Unable to obtain
General Appearance :  Alert, Oriented, Sleepy
Respirations :  Unlabored, Quiet
Skin Color :  Normal for ethnicity

Kent, Aaron D RN - 3/6/2017 2:31 CST
(As Of: 3/6/2017 02:36:41 CST)

Diagnoses(Active)
 Nausea                       Date:  3/6/2017 ; Diagnosis Type:  Reason For Visit ;
                              Confirmation:  Complaint of ; Clinical Dx:  Nausea ;
                              Classification:  Medical ; Clinical Service:  Emergency
                              medicine ; Code:  PNED ; Probability:  0 ; Diagnosis Code:
                              AHi9DQD9cNvfGolOn4waeg

Allergies/Medications
Allergy Information :  Reviewed and updated

Kent, Aaron D RN - 3/6/2017 2:31 CST
(As Of: 3/6/2017 02:36:41 CST)

Allergies (Active)
 No Known Allergies           Estimated Onset Date:  Unspecified ; Created By:  Kent, Aaron
                              D RN; Reaction Status:  Active ; Category:  Drug ; Substance:
                               No Known Allergies ; Type:  Allergy ; Updated By:  Kent,
                              Aaron D RN; Reviewed Date:  3/6/2017 2:35 CST

Medication List

(As Of: 3/6/2017 02:36:41 CST)

Pain Assessment Tools Pediatric
Recent Assessment Pertinent to Pain Management :  No qualifying data available
Preferred Pain Tool :  FACES pain scale

Kent, Aaron D RN - 3/6/2017 2:31 CST

Numeric/FACES Pain Scale
FACES Pain Scale :  0

Kent, Aaron D RN - 3/6/2017 2:31 CST

Image 2 -  Images currently included in the form version of this document have not been included in the text rendition version of the form.