Via Christi Hospital St Francis

Patient Name: M███ D███ J
MRN: 1003092224                                Admit:      3/6/2017
FIN: 100005687784                              Disch:      3/15/2017
DOB/Age/Sex: ███/2011   6 years   Male         Admitting:  Bhimavarapu,Bala Bhaskar Reddy MD

## Consultation Notes

S1 S2 app without murmur
Abd - Nl non tender , no masses
GU male with Foley cath
Ext Nl Passive FROM
Neuro - GCS 3

I spoke with Dr. Grundmeyer about CT findings and clinical exam. Dr. Grundmeyer
requests child be prepared for OR at this time.

Family Discussion; Dr. Bala / DES / Dr. Borig/ Chaplin
discussed above finding and ned for immediate therapy. Initially was
going to MRI for study, however Dr. Grundmeyer now called back and
requests pt be made ready for OR and OK to place PICC line.

Impression:
1. Increased intracranial pressure
2. mass lesion 4.2 cm posterior fossa with some probable bleeding adjacent to or part of the 4th ventricle
   leading to hydrocephalus
Suggestions:
1. Dr. Grundmeyer coming to go to OR now
2. Start Propofol Drip for sedation, Keppra, IV antibiotics (ACV/Meropenem/Vancomycin)
3. NS drip , Foley, check glucose Q1-2h.


ATTENDING ATTESTATION:
I have examined the patient; have reviewed the interval history and pertinent laboratory and radiographic data; have spoken with mom
father; have discussed and supervised medical care plans with the ICU team; and have personally directed and titrated medical
management and care. I was physically present in the rendering of critical care services to this patient which was necessary due to Sta
epilepticus, Respiratory Failure,  and now need for emergent operation for increased Intracranial Pressure

Electronically Signed on 03/06/2017 12:26 PM CST

Dimitrios Stephanopoulos, MD

Document Type:                          Consultation Note - Generic
Service Date/Time:                      3/6/2017 11:13 CST
Result Status:                          Auth (Verified)
Document Subject:                       3-6-27 DES PCCM
Sign Information:                       Stephanopoulos,Dimitrios E MD (3/6/2017 11:33 CST)

**Date and Time of Consult**
3-6-17   10:04 - 11:30AM

**Reason for Consultation**
Rapid response and then Code Blue called on Peds Floor

**History of Present Illness**
See Resident's Note. 5 yo with strep throat admitted for vomiting unable to take antibiotics
at home. No hx of trauma. Episode of hypertonic stiffening
with decreased to absent respirations, BVM ventilated and Intubated with 5.0 cuffed ETT at
bedside per anesthesia with Propofol and rocuronium. Ativan

**Past Medical History**
Ongoing
    No qualifying data
Historical
    No qualifying data

**Medications**
Inpatient
    *Vancomycin Communication, *Pharmacy
        to Dose, Daily

Report Request ID:   112182885            Page 45 of 1,894      3/2018 11:04 CDT



EXHIBIT D

VC000045

Via Christi Hospital St Francis

Patient Name: M█████ D████ J  
MRN: 1003092224  Admit: 3/6/2017  
FIN: 100005687784  Disch: 3/15/2017  
DOB/Age/Sex: ██/2011  6 years  Male  Admitting: Bhimavarapu,Bala Bhaskar Reddy MD

## Consultation Notes

was also given. Taken to CT scan of head prior to PICu admit.

**Review of Systems**
See HPI, No allergies or past hospital admissions per parents at bedside

**Physical Exam**
  Vitals & Measurements
**T:** 37.8 °C (Axillary) **T:** 36.5 °C (Oral) **TMIN:** 36.5 °C (Oral) **TMAX:** 37.8 °C (Axillary) **HR:** 135 (Monitored) **HR:** 78 (Peripheral) **RR:** 20 **BP:** 154/107 **SpO2:** 100% **WT:** 16.9 kg **WT:** 16.9 kg
**Respiratory:**
BS clear intubated with equal BS bilaterally. No rales, Rhonchi or wheezing
SRR 20 on Vent 15/5 PC/AC Ti -0.7, FiO2 100% sats 100% Peep 3
CXRay - OK ETT placement, small perihilar streaky infiltrate

Dr. Michelson, anesthesia, states airway looked normal without pus or redness upon intubation

**Cardiovascular:**
S1S2 app without murmur, gallop or thrill
Warm well perfused, Cap refill < 2 sec
HR 67 - 93 NSR  EKG - NSR
SBP 124-124
DBP 69 - 61

CK 44

**Renal:**
U/O = none since admission at 3 AM
**Cl**   103  (MAR 06)   104  (MAR 06)
**Cr**   L **0.47**  (MAR 06)   L **0.45**  (MAR 06)

**FEN:**
I/O = 322/0 = +322
**Na**   L **135**  (MAR 06)   138  (MAR 06)
**K**    4.2  (MAR 06)   3.7  (MAR 06)
**CO2**  L **21**  (MAR 06)   L **21**  (MAR 06)
**Cl**   103  (MAR 06)   104  (MAR 06)
**Glucose Random**    H **200**  (MAR 06)   H **189**  (MAR 06)
**Ca**   9.5  (MAR 06)   H **10.1**  (MAR 06)
Alb 4.3  TP 6.9  Glob 2.6  ALT (L) 13  AST 25

**GI:**
+ BS , non tender
unable to palp L/S margins

**Heme**
**WBC**   13.9  (MAR 06)   H **21.6**  (MAR 06)
**Hgb**   11.8  (MAR 06)   12.0  (MAR 06)
**Hct**   34.5  (MAR 06)   34.9  (MAR 06)

acetaminophen, 169.6 mg, 5.3 mL, 10 mg/kg, Oral, q4hr, PRN
acetaminophen, 180 mg, 1.5 supp, 10 mg/kg, Rectal, q4hr, PRN
acyclovir, 169 mg, 10 mg/kg, IV Piggyback, q8hr
Ativan, 2 mg, 1 mL, IV Push, Once
Ativan, 1.6 mg, 0.8 mL, IV Push, Once
Desitin, 1 app, Topical, q1hr, PRN
famotidine, 20 mg, 2 mL, IV Push, BID
fentaNYL, 20 mcg, 0.4 mL, IV Push, Once, PRN
fentaNYL IV additive 2,500 mcg [0.05 mcg/kg/hr] + Premix NS 250 mL
Lacri-Lube S.O.P. ophthalmic ointment, 3.5 g, 1 app, Eye-Both, q4hr-WA
ondansetron (PEDS), 2.5 mg, 1.25 mL, 0.15 mg/kg, IV Push, q6hr, PRN
propofol, 10 mg, 1 mL, IV Push, q3min, PRN
Rocephin, 850 mg, 8.5 mL, IV Piggyback, q12hr
rocuronium, 10 mg, 1 mL, IV Push, Once, PRN
sodium chloride 0.65% nasal solution, 1 sprays, Nasal, q2hr, PRN
vitamin A & D topical ointment, 1 app, Topical, q1hr, PRN
Home
  amoxicillin 400 mg/5 mL oral liquid, 480 mg, 6 mL, Oral, q12hr
  gummy probiotic
  multivitamin, 1 gummy, Chewed, Daily

**Allergies**
No Known Allergies

**Social History**
  Alcohol
    Household alcohol concerns: No.
  Tobacco
    Exposure to Secondhand Smoke: No.

Via Christi Hospital St Francis

| | | | | |
|---|---|---|---|---|
| Patient Name: | M█████ D█████ J | | | |
| MRN: | 1003092224 | | Admit: | 3/6/2017 |
| FIN: | 100005687784 | | Disch: | 3/15/2017 |
| DOB/Age/Sex: | ███/2011   6 years   Male | | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

### Consultation Notes

**Plt**   369   (MAR 06)   H **483**   (MAR 06)

**ID:**
Temp 37.3 Ax

**Neuro:**
GCS 3 after intubation
decerebrate posturing prior to intubation
PERRLA 2/2 brisk after meds

**Social:**
Mother and family member at bedside no further questions

**Assessment/Plan**
Nausea

   **Impression:**

   1. Status Epilepticus - >10 minutes, with decerebrate posturing
   2. Respiratory Failure - requiring endotracheal intubation and mechanical ventilation
   3. Strep Throat - Suspect Sepsis - meningitis

   **Suggestions:**

   1. Head CT scan
   2. LP, Blood culture, lactate, Antibiotics for meningitis, Resp Viral screen , encephalitis
   Panel
   3. Ventilate for now
   4. Neurology Consultation with EEG and choice of AEMs

   ATTENDING ATTESTATION:
   I have examined the patient; have reviewed the interval history and pertinent laboratory
   and radiographic data; have spoken with mom; have discussed and supervised medical
   care plans with the ICU team; and have personally directed and titrated medical
   management and care and Peds resident Dr. Boric and attending Dr. Bala. I was physically
   present in the rendering of critical care services to this patient which was necessary due
   to ongoing respiratory failure from Status epilepticus and need for endotracheal intubation
   and mechanical ventilation. Treatment and management included provision of mechanical
   vent support, provision of vasoactive infusions if needed, provision of IVF.


Electronically Signed on 03/06/2017 11:33 AM CST
_____
Dimitrios Stephanopoulos, MD