Via Christi Hospital St Francis

| | | | | |
|---|---|---|---|---|
| Patient Name: | M█████ D█████ J | | Admit: | 3/6/2017 |
| MRN: | 1003092224 | | Disch: | 3/15/2017 |
| FIN: | 100005687784 | | | |
| DOB/Age/Sex: | ███/2011   6 years | Male | Admitting: | Bhimavarapu, Bala Bhaskar Reddy MD |

## Computed Tomography

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 001-CT-17-012146 | 3/6/2017 11:26 CST | CT Head or Brain w/o Contrast | Stephanopoulos, Dimitrios E MD | 5 years |

**Reason for Exam**
(CT Head or Brain w/o Contrast) Altered level of Consciousness

**Report**
PROCEDURE: CT head without contrast.

TECHNIQUE: Multiple contiguous axial images were obtained through the brain without the use of intravenous contrast.

INDICATION: Unresponsive.

COMPARISON: No priors.

FINDINGS: There is a hyperdense midline posterior fossa mass effect measuring 4.1 cm AP by 3.8 cm transverse. I am unable to identify the fourth ventricle. It is unclear if this is intraventricular mass or if it is a mass posterior to the ventricle compressing that structure. This results in lateral and third ventriculomegaly. The body of the right lateral ventricle is 2 cm maximal. The third ventricle is about 0.9 cm. The temporal horns are dilated bilaterally to about 9 mm. No obvious periventricular edema. There is questionable hyperdense material layering within the occipital horns of both lateral ventricles versus choroid plexus. The midline posterior fossa mass has its superior component inseparable from some hyperdensity which is believed to be within the lumen of the third ventricle posteriorly. The midline structures are nondisplaced. No bony destructive process. There may be a cystic component to the mass effect along its posterior right lateral wall measuring 6 mm. It is heterogeneously hyperdense which may reflect some early calcifications. Elements of hemorrhage however could not be excluded and further characterization with pre-and post-IV contrast-enhanced brain MRI recommended.

There was no calvarial pathology. There is no mastoid effusion. No abnormal tissue in the middle ear cavities. The visualized and developed paranasal sinuses unremarkable. The visualized orbits are unremarkable.

IMPRESSION:
Hyperdense heterogeneous midline posterior fossa mass effect results in lateral and third ventricular hydrocephalus and obliterates from identification the fourth ventricle. I am uncertain if this is a intra-axial mass versus an intraventricular mass. Correlation with multiplanar pre-and post-IV contrast-enhanced brain MRI recommended. Its hyperdensity may reflect its dense hypercellular composition and/or elements of intratumoral blood/calcification. Differential considerations would likely be substantially narrowed based upon assessment of its intra-versus extraventricular origin which will hopefully be

Via Christi Hospital St Francis

| | | | | |
|---|---|---|---|---|
| Patient Name: | M█████ D█████ J | | | |
| MRN: | 1003092224 | | Admit: | 3/6/2017 |
| FIN: | 100005687784 | | Disch: | 3/15/2017 |
| DOB/Age/Sex: | ████2011   6 years | Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

## Computed Tomography

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 001-CT-17-012146 | 3/6/2017 11:26 CST | CT Head or Brain w/o Contrast | Stephanopoulos, Dimitrios E MD | 5 years |

**Report**
more clear at multiplanar MRI. Findings are suspicious for neoplasm with or without elements of intratumoral hemorrhage.

The critical findings were discussed by phone with the ordering physician prior to this dictation.

Dictated on workstation:HT148597

***** Final *****

Dictated by:    Cox, Thomas D MD
Dictated DT/TM: 03/06/2017 11:30 am
Signed by:    Cox, Thomas D MD
Signed ( Electronic Signature):   03/07/2017 12:15 pm

Technologist:   Martin, Nancy S LRT

## Magnetic Resonance Imaging

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 001-MR-17-005184 | 3/13/2017 18:47 CDT | MRI/MRA Brain w/o Contrast | El-Nabbout,Bassem H MD | 5 years |

**Reason for Exam**
(MRI/MRA Brain w/o Contrast) Follow up from previous scans;Other, (Free text in Reason for Exam field)

**Report**
PROCEDURE: MRI, MRA brain without contrast.

TECHNIQUE: Multiplanar, multisequence MRI of the brain was performed without contrast. 3D time-of-flight MR angiography of the head was then acquired. The source axial data was reformatted into rotating MIP projections.

Indication: Altered mental status, followup previous intracranial mass resection.

Comparison: 3/7/2017.

Discussion: No adverse interval change. Abnormal restricted diffusion is again noted within the left aspect of the pons and within the corpus callosum, primarily the splenium. Right transfrontal ventriculostomy catheter is stable. Asymmetry in the ventricular sizes, left greater than right, is stable which contributes to mild rightward midline shift, also stable. Resection cavity