**Via Christi Hospital St Francis**

| | | | |
|---|---|---|---|
| Patient Name: | M███ D███ | | |
| MRN: | ███ | Admit: | 3/6/2017 |
| FIN: | ███ | Disch: | 3/15/2017 |
| DOB/Age/Sex: | ███ 2011  6 years  Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

## History and Physical Reports

Document Type:          History and Physical
Service Date/Time:      3/6/2017 05:18 CST
Result Status:          Auth (Verified)
Document Subject:       HWB H&P
Sign Information:       Bhimavarapu,Bala Bhaskar Reddy MD (3/6/2017 14:25 CST); White,Stefanie R MD (3/6/2017 07:22 CST); Hartpence, Connor W MD (3/6/2017 07:11 CST)

**PCP**: Dr. Jonathan Lane

**Outpatient Specialists**
None

**Attending**: Dr. Bala

**Chief Complaint**: Strep throat, vomiting

**Information Source**: Pt's mother

**HISTORY OF PRESENT ILLNESS**
D███ M███ is a previously healthy 5 year old male who presented to the ED with nausea and vomiting. Pt was diagnosed with group A strep pharyngitis at Wesley ED at 6PM on Sunday and sent home with Amoxicillin 480 mg BID x10 days. Pt took one dose but was unable to keep it down, mother states he vomited 3 or 4 times after leaving Wesley. She was worried about him getting treatment for his strep and thought that he might be dehydrated, so she brought him to St. Francis ED. Pt's mother states that she is unsure when symptoms started because pt's sister recently had a tonsillectomy and she thinks pt was afraid that if he told his mom that his throat hurt that he would have to have surgery as well. Nausea and vomiting started on Friday, intermittent throughout the weekend. On Sunday, pt complained of headache, dizziness, and worsening nausea and several episodes of emesis. Denies fevers, chills, weight loss, abdominal pain, or rash. Per mother, pt did complain of bilateral knee pain prior to arrival, but she did not notice any joint swelling or redness. Mother states pt has seemed weak, and he looked pale until getting fluids in the ED.

**ED Course**: 20 cc/kg bolus, CMP, CBC, Zofran 4 mg

**Review of Systems**
**General**: no fever, no chills, no weight change, no insomnia, +decreased appetite
**Eyes/Ears/Nose/Throat**: no vision changes, no hearing changes, no rhinorrhea, no dysphagia, no odynophagia
**Cardiovascular**: no chest pain, no palpitations, no lightheadedness, no syncope
**Pulmonary**: no dyspnea, no cough, no wheezing
**Gastrointestinal**: no abdominal pain, no constipation, no diarrhea, no bleeding, +nausea, +vomiting
**Genitourinary**: no dysuria, no polyuria, no hematuria
**Endocrine**: no heat intolerance, no cold intolerance, no polydipsia
**Skin**: no pruritus, no rash
**Musculoskeletal**: no back pain, no joint swelling, +bilateral knee pain
**Hematologic/Immunologic**: no lymphadenopathy, no bleeding, no bruising
**Neurologic**: ambulating, no numbness, no weakness, +headache
All other systems negative

**Past Medical History**
None

**Birth History**
C-section, emergent for peripartum cardiomyopathy

EXHIBIT C

Via Christi Hospital St Francis

| | | | |
|---|---|---|---|
| Patient Name: | M█████, D█████ | Admit: | 3/6/2017 |
| MRN: | ███████ | Disch: | 3/15/2017 |
| FIN: | ███████ | | |
| DOB/Age/Sex: | ███/2011  6 years  Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

## History and Physical Reports

**Development**
meeting all milestones per mother

**Diet**
"normal kid diet", "eats healthier than most kids"

**Past Surgical History**
None

**Home Medications (3) Active**
amoxicillin 400 mg/5 mL oral liquid 480 mg = 6 mL, Oral, q12hr
gummy probiotic
multivitamin 1 gummy, Chewed, Daily

**Immunizations**
Has not had MMR per mother, otherwise up to date

**Allergies**
No Known Allergies

**Family History**
Mother: Asthma and Type 1 Diabetes

**Social History**
Tobacco Exposure: none
Home Environment: mother, father, 1 brother, and 2 sisters
School/Daycare: home-schooled

**OBJECTIVE**
**Vital Signs (last 24 hrs)Last Charted**
**Temp Oral**            36.5 degC (MAR 06 02:31)
**Heart Rate Peripheral**        76 bpm (MAR 06 05:10)
**Resp Rate**           L 16br/min (MAR 06 05:10)
**SBP**         H 124mmHg (MAR 06 02:31)
**DBP**          69 mmHg (MAR 06 02:31)
**SpO2**           98 % (MAR 06 05:10)

**Physical Exam**
**General**: Sleeping in ED bed, arousable, appropriately responds to stimuli
**HEENT**: NCAT. MMM. Nares clear. Posterior oropharynx mildly erythematous, midline uvula, no palatal petechia. TMs not examined because pt sleeping, will examine on the floor.
**Neck**: Supple. No palpable LAD.
**Cardiovascular**: RRR, no murmurs
**Respiratory**: CTAB, no increased work of breathing
**Abdomen**: +BS, soft, nondistended, pt did not wake to palpation
**Genitourinary**: Deferred.
**Rectal**: Deferred.
**Extremities**: No cyanosis. Radial pulses 2+. No edema. Cap refill < 2 sec.
**Musculoskeletal**: No gross deformities. Bilateral knees non-erythematous, no effusions.
**Skin**: Warm & dry. No rashes. No jaundice.
**Neurologic**: deferred, pt sleeping, will re-evaluate on the floor

___

Via Christi Hospital St Francis

| | | | |
|---|---|---|---|
| Patient Name: | M_____, D_____ | | |
| MRN: | _____ | Admit: | 3/6/2017 |
| FIN: | _____ | Disch: | 3/15/2017 |
| DOB/Age/Sex: | ___/2011   6 years   Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

## History and Physical Reports

**Labs** (Last four charted values)
**WBC**    H **21.6**   (MAR 06)
**Hgb**    12.0   (MAR 06)
**Hct**    34.9   (MAR 06)
**Plt**    H **483**   (MAR 06)
**Na**    138   (MAR 06)
**K**    3.7   (MAR 06)
**CO2**    L **21**   (MAR 06)
**Cl**    104   (MAR 06)
**Cr**    L **0.45**   (MAR 06)
**BUN**    17   (MAR 06)
**Glucose Random**    H **189**   (MAR 06)
**Ca**    H **10.1**   (MAR 06)

**Radiology/Diagnostics**
None

**ASSESSMENT & PLAN**
5 year old male with:

**Group A Strep Pharyngitis**
- Diagnosed at Wesley ED at 6PM last night, sent home with amoxicillin but unable to keep anything down due to nausea/vomiting
- Afebrile, non-toxic appearing
- Leukocytosis of 21.6 and likely reactive thrombocytosis of 483
- Will continue antibiotic treatment with amoxicillin 25 mg/kg BID for total of 10 days (start date 3/6, end date 3/15)
- Zofran prn nausea
- Tylenol prn pain
- Peds diet as tolerated

**Hyperglycemia**
- 189 on CMP
- Likely reactive due to infection, no further w/u necessary

**Fluids**: PO, as tolerated
**Electrolytes**: wnl
**Nutrition**: Peds diet
**DVT Prophylaxis**: NI
**GI Prophylaxis**: NI
**Lines**: PIV

**Disposition**: obs
**Code Status**: full code

Patient discussed with: Dr. Bala


**Supervisor Resident Note**

I personally interviewed the caregivers and examined patient. I reviewed the patient's chart including labs, imaging, and multidisciplinary notes. I agree with the intern resident plan and note as described above. Caregivers were updated to patient's condition and to any changes in patient's discharge goals. Caregivers' questions answered and they state understanding and agreement with the care teams'

_____