Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Civil Action No:  2:19-CV-02158-KHV-KGG

D.M., a minor, by and through his next friend and
natural guardian, KELLI MORGAN,

    Plaintiff,

vs.

WESLEY MEDICAL CENTER, LLC d/b/a WESLEY MEDICAL
CENTER - WOODLAWN; WESLEY-WOODLAWN CAMPUS; BRIDGET
GROVER, PA-C; DR. GREGORY FAIMON; LISA JUDD, RN; VIA
CHRISTI HEALTH SYSTEMS d/b/a VIA CHRISTI - ST.
FRANCIS; JENNIFER CHAMBERS-DANEY, ARNP; DR. BALA
BHASKAR REDDY BHIMAVARAPU; DR. CONNOR HARTPENCE;
DR. STEFANIE WHITE; DR. JAMIE BORICK; and AARON KENT,
RN,

    Defendants.

VIDEO DEPOSITION OF KELLI MORGAN

October 4, 2018

    PURSUANT TO WRITTEN NOTICE and the
appropriate rules of civil procedure, the video
deposition of KELLI MORGAN, called for examination by
the Defendants, was taken at Renaissance Boulder
Flatiron Hotel, 500 Flatiron Boulevard, Boardroom,
Broomfield, Colorado, commencing at 9:04 a.m. on
October 4, 2018, before Carmen Murphy, a Registered
Professional Reporter and Notary Public in and for
the State of Colorado.

DausterMurphy
www.daustermurphy.com
303.522.1604

---

Page 2

1  APPEARANCES:

2  ON BEHALF OF THE PLAINTIFF:

3    STEPHEN J. TORLINE, ESQ.
    Kuckelman Torline Kirkland
4    10740 Nall Avenue, Suite 250
    Overland Park, Kansas  66211
5    913-948-8613
    storline@ktk-law.com
6    and
    DANIEL B. GIROUX, ESQ.
7    Dugan Giroux Law, Inc.
    940 North Tyler Road, Suite 206
8    Wichita, Kansas  67212
    316-721-5500
9    dan@dgwichitalaw.com

10  ON BEHALF OF THE DEFENDANTS WESLEY MEDICAL CENTER,
    LLC d/b/a WESLEY MEDICAL CENTER-WOODLAWN,
11  WESLEY-WOODLAWN CAMPUS and LISA JUDD, RN:

12    MICHELLE M. WATSON, ESQ.
    Gibson Watson Marino, LLC
13    301 North Main, Suite 1200
    Wichita, Kansas  67202
14    316-264-7321
    michelle@gwmks.com
15
    ON BEHALF OF THE DEFENDANTS BRIDGET GROVER, PA-C AND
16  DR. GREGORY FAIMON:

17    TRACY A. COLE, ESQ.
    Gilliland Green, LLC
18    20 West 2nd, 2nd Floor
    Hutchinson, Kansas  67504
19    620-662-0537
    tcole@gglawks.com
20
    ON BEHALF OF THE DEFENDANTS VIA CHRISTI HOSPITALS OF
21  WICHITA, INC., AND AARON KENT, RN:

22    DAVID S. WOODING, ESQ.
    Martin Pringle
23    100 North Broadway, Suite 500
    Wichita, Kansas  67202
24    316-265-9311
    dswooding@martinpringle.com
25

---

Page 3

1  ON BEHALF OF THE DEFENDANT JENNIFER CHAMBERS-DANEY,
    ARNP,
2
    GREGORY S. YOUNG, ESQ.
3    Hinkle Law Firm, LLC
    1617 North Waterfront Parkway, Suite 400
4    Wichita, Kansas  67206
    316-267-2000
5    gyoung@hinklaw.com

6  ON BEHALF OF THE DEFENDANT DR. BALA BHASKAR REDDY
    BHIMAVARAPU:
7
    DON D. GRIBBLE, II, ESQ.
8    Hite, Fanning & Honeyman, LLP
    100 North Broadway, Suite 950
9    Wichita, Kansas  67202
    316-265-7741
10    gribble@hitefanning.com

11  ON BEHALF OF THE DEFENDANTS STEFANIE WHITE, MD;
    CONNOR HARTPENCE, MD; AND DR. JAMIE BORICK:
12
    STEVEN C. DAY, ESQ.
13    Woodard, Hernandez, Roth & Day, LLC
    245 North Waco, Suite 260
14    Wichita, Kansas  67202
    316-263-4958
15    scday@woodard-law.com

16  ON BEHALF OF THE DEFENDANT CEP AMERICA-KANSAS:

17    DUSTIN J. DENNING, ESQ.
    Clark, Mize & Linville
18    129 South Eighth Street
    Salina, Kansas 67402
19    785-823-6325
    djdenning@cml-law.net
20
21  ALSO PRESENT:  Dr. Gregory Faimon
    Joey Dean, Wesley
22    Tim Falk, Videographer
23
24
25

---

Page 4

1                I N D E X

2  EXAMINATION:               PAGE
3  By Ms. Watson                  6
4  By Ms. Cole                245
5  By Mr. Wooding          283
6  By Mr. Young            316
7  By Mr. Day             343
8  By Mr. Gribble        356
9  By Mr. Denning       374
10
11  EXHIBITS:                PAGE

12  Exhibit 1    Notice to Take Video    5
                Depositions Duces Tecum

13  Exhibit 2    March 2017 Calendar    35

14  Exhibit 3    Ms. Morgan's Drawing    51

15  Exhibit 4    Part A - Patient    58
                Information, WMC 0003
16
    Exhibit 5    Diagram, W0234    71
17
    Exhibit 6    Phone Records, 2 pages    105
18
    Exhibit 7    Wesley Medical Records,    105
19                WMC 0016 - 19

20  Exhibit 8    Google Hangouts Document, 4    105
21                pages

22  Exhibit 9    Google Searches, 7 pages    130

23  Exhibit 10   Triage Call Report, 1 page    290
24
25

EXHIBIT
E

Page 5

1       P R O C E E D I N G S
2       (Exhibit 1 marked for identification.)
3       THE VIDEOGRAPHER:  This begins Video
4  Number 1 in the deposition of Kelli Morgan in the
5  matter of D.M., a minor, by and through his next
6  friend and natural guardian, Kelli Morgan, versus
7  Wesley Medical Center, LLC, et al., Case Number
8  2:18-CV-02158-KHV-KGG, in the United States District
9  Court for the District of Kansas.
10      We are on the record at 9:04 a.m. on
11 Thursday, October 4th, 2018.  This deposition is
12 taking place at 500 Flatiron Boulevard, Broomfield
13 Colorado.  The videographer is Tim Falk, representing
14 Integrity Video.  The court reporter is Carmen
15 Murphy, representing Dauster|Murphy Reporting.  All
16 appearances will be on the stenographic record.
17      Would the reporter please swear in the
18 witness.
19      KELLI MORGAN,
20 having been first duly sworn/affirmed was examined
21 and testified as follows:
22      MS. WATSON:  Okay.  Let's go ahead and
23 put the stipulation on the record that one objection
24 is good for all defense attorneys.
25 /////

Page 6

1       EXAMINATION
2  BY MS. WATSON:
3       Q.   Okay.  Are you ready to begin?
4       A.   Yeah.
5       Q.   Okay.  Good morning.  We met before the
6  deposition, but just as a reminder, I'm Michelle
7  Watson, and I represent Wesley Medical Center and
8  Lisa Judd, the nurse at Wesley.
9       A.   Okay.
10      Q.   Okay.  Have you ever given a deposition
11 before?
12      A.   No.
13      Q.   All right.  I assume you have had a
14 chance to speak with your attorneys and you
15 understand why we are here and what we are going to
16 accomplish today?
17      A.   Yes.
18      Q.   You understand that you're under oath
19 and the questions and answers that you give here
20 today can be used in front of a jury?
21      A.   Yes.
22      Q.   And if you give any inconsistent
23 answers, that can be pointed out to a jury?
24      A.   Yes.
25      Q.   Okay.  I will probably ask some

Page 7

1  confusing questions today at some point.  If you
2  don't understand it or if you're not following me,
3  will you ask me to rephrase or re-ask the question?
4       A.   Yes.
5       Q.   And you're doing a good job of keeping
6  your voice up, but I'll just remind you to continue
7  to keep your voice loud since we have a room full of
8  people here today and also so the court reporter can
9  understand your answers.
10      A.   Right.
11      Q.   Also, sometimes I might trail off at the
12 end of my question and it's not clear whether I'm
13 done or not.  I'll try very hard not to do that, but
14 we also have to be very careful not to speak on top
15 of each other and speak at the same time.  Okay?
16      A.   Right.
17      Q.   Are you on any medication here today
18 that might affect your ability to recall the events?
19      A.   No.
20      Q.   And your attorney explained to us that
21 there may be a beeping sound that goes off, that you
22 may have to check on something.  If you do need a
23 break, let us know and we'll be glad to take one.
24 Otherwise, we typically take a break about every
25 hour.

Page 8

1       A.   Okay.
2       Q.   Okay.  All right.  Did you receive the
3  notice of your deposition?
4       A.   The notice of it?
5       Q.   Yes.
6       A.   Yes.
7       Q.   This document here.  We've marked it as
8  Exhibit 1.
9       A.   Uh-huh.
10      Q.   Okay.  And there were a list of a few
11 different document categories on there for you to
12 bring with you.  Did you bring any other documents
13 with you here today?
14      A.   I -- I personally did not bring the
15 documents, other documents.
16      Q.   Okay.  Do you feel that everything you
17 have related to this case has been provided to your
18 attorneys?
19      A.   Yes.
20      Q.   Did you review any documents to get
21 ready for your deposition?
22      A.   I went over my interrogatories, like
23 what I had said.
24      Q.   Okay.  Did you go over the questions
25 from Defendant Jennifer Chambers-Daney, the ARNP?

Morgan
10/04/2018

**Page 9**

1    A.    I -- I have gone over those.  I mean I
2  answered them.
3    Q.    Okay.
4    A.    So yeah.
5    Q.    Any other interrogatories that you went
6  over?
7    A.    Well, I answered all of the
8  interrogatories.
9    Q.    Okay.  So any that have been answered to
10  date, you reviewed those?
11    A.    I mean, I have reviewed them.
12    Q.    In the past, when you were answering
13  them?
14    A.    Yes.  Yes.
15    Q.    Okay.
16    A.    And off and on.
17    Q.    Did you review anything specifically to
18  get ready for the deposition?
19    A.    No, not -- nothing specific.
20    Q.    Did you speak to anyone to refresh your
21  memory of the events in order to prepare for the
22  deposition?
23    A.    No.
24    Q.    Other than your attorneys?
25    A.    No.

**Page 10**

1    Q.    And just as a qualifier, any of the
2  questions that I ask here today, I don't want to know
3  what your attorneys have discussed with you.
4    A.    Okay.
5    Q.    So do not include that in your answer,
6  okay?
7    A.    Okay.
8    Q.    Okay.  What is your current address?
9    A.    11992 Ridge Parkway, Apartment 206,
10  Broomfield, Colorado 80021.
11    Q.    And you have been there since April of
12  2018?
13    A.    Yes.
14    Q.    All right.  Prior to that, you lived in
15  a different apartment but in Broomfield also?
16    A.    Yes.  It was in the same complex.
17    Q.    And you moved to Colorado on what date?
18    A.    It would have been July of 2017.  I
19  don't know the specific date.
20    Q.    Okay.  Looks like the 14th of July.
21  Does that sound about right?
22    A.    Yeah.
23    Q.    Okay.  Where were you living when you
24  and Kevin met?
25    A.    Hutchinson, Kansas.

**Page 11**

1    Q.    Is that where you grew up?
2    A.    Yes.
3    Q.    You went to Haven High School; is that
4  correct?
5    A.    Yes.
6    Q.    And were you working when you met Kevin?
7    A.    No.
8    Q.    What year did you meet him?
9    A.    I was 16.  I think it was -- I don't
10  remember the exact year.  I know I was 16.
11    Q.    Okay.  And what year did you get
12  married?
13    A.    2008.
14    Q.    And D██████is your only child?
15    A.    Yes.
16    Q.    And Kevin is his father?
17    A.    Yes.
18    Q.    And you and Kevin were married in
19  Lawrence?
20    A.    Yes.  Well, we were living in Lawrence
21  at the time.  We were married in Hutchinson, Kansas.
22    Q.    Okay.  And were you both attending KU at
23  the time?
24    A.    Yes.
25    Q.    Okay.  And you obtained a bachelor's

**Page 12**

1  degree from KU?
2    A.    Yes.
3    Q.    In what?
4    A.    Anthropology.
5    Q.    And then you also have some additional
6  training, a CNA license from Hutchinson Community
7  College?
8    A.    Yes.  I obtained that before I went to
9  KU.
10    Q.    Was that a program they offered to high
11  school students?
12    A.    It wasn't specifically just for high
13  school students.  It was just for the community.  But
14  at that point I was thinking about going into nursing
15  so I decided to get my CNA.
16    Q.    And did that have a geriatric focus?
17    A.    Yes.
18    Q.    And are you registered in the state of
19  Kansas as a CNA?
20    A.    Yes.
21    Q.    And what about in Colorado?
22    A.    I have not transferred it over to
23  Colorado yet.
24    Q.    And we have a list of places in your
25  interrogatories that you have worked as a CNA.

Morgan
10/04/2018

Page 13

1      A.    Yes.
2      Q.    And just go over those briefly for us
3  and what sort of work it entailed.
4      A.    Okay.  I worked at Dillon Living Center
5  in Hutchinson, Kansas, my senior year of high school.
6  And it just entailed caring for the residents there,
7  doing daily living activities, helping with feeding,
8  dressing, getting to rooms and back, transferring,
9  assisting.
10              And then the second place was
11 Presbyterian Manor, and that was in Lawrence, Kansas.
12 And I worked there during the first part of college.
13     Q.    Did that have similar duties?
14     A.    Yes, yes.  It was almost exactly the
15 same, so... A nursing home.
16     Q.    Did you take -- I'm sorry?
17     A.    Just a nursing home, yes.
18     Q.    Okay.  Did you take vital signs in that
19 role --
20     A.    Yes.
21     Q.    -- at either place?
22     A.    Uh-huh.
23     Q.    And were those the only two occasions
24 that you worked as a CNA?
25     A.    Yes.

Page 14

1      Q.    Other than -- we'll get to what you're
2  doing now.  You worked for a chiropractor?
3       (Beeping.)
4      A.    Let me clear that.
5      Q.    Uh-huh.
6      A.    Yes.  I was a chiropractic assistant and
7  a massage therapist.
8              MR. WOODING:  I'm sorry?
9              THE DEPONENT:  I was a chiropractic
10 assistant and a massage therapist.
11             MR. WOODING:  Try and keep your voice
12 up.
13             THE DEPONENT:  Okay.
14             MR. WOODING:  You're kind of soft --
15 you're kind of soft-spoken.
16             THE DEPONENT:  Sorry.
17             MR. WOODING:  That's okay.
18     Q.    (BY MS. WATSON) What duties did you
19 have as a chiropractic assistant?
20     A.    I usually just put patients in the room,
21 and then sometimes I would do -- it's -- I don't know
22 how to describe it, that -- that machine that, like,
23 kind of warms up the back.  It's like -- it vibrates,
24 and you just run it over the back.  I would get
25 statistics from them, write it down in the chart so

Page 15

1  the doctor knew, like, why they were there, the
2  reason why they were there.
3      Q.    And did you have separate duties as a
4  massage therapist or --
5      A.    Yes, yes.
6      Q.    Okay.
7      A.    As a massage therapist, I -- I had my
8  own studio there and I performed massage therapy.
9      Q.    Okay.  And you received a massage
10 therapy certificate --
11     A.    Yes.
12     Q.    -- in 2009?
13     A.    Yes, from PCI.
14     Q.    Pinnacle Career Institute?
15     A.    Yes.
16     Q.    Okay.  And then it looks like you opened
17 your own massage therapy business in June of 2010?
18     A.    Yes.
19     Q.    And that ran through March of 2017?
20     A.    Yes.
21     Q.    I think I saw on the Facebook page for
22 that business that you took a leave of absence in
23 late 2016 from the business?
24     A.    Yes.
25     Q.    Why did you take a leave of absence?

Page 16

1      A.    There were several times that I -- that
2  I was working and several times that I wasn't
3  throughout that time.  So sometimes early on I was
4  focusing on college and I wasn't taking any clients.
5  But I would travel to Hutchinson, Kansas, and see my
6  clients there maybe once or twice a month, just to do
7  massage therapy and kind of have some extra money for
8  college and help out with college.
9              And then there were -- 2000 -- I'm
10 trying to remember the year, sorry.  So 2000 -- the
11 end of 2015, I started up the business again, and
12 then into 2016.  And 2016 I had to take a break due
13 to fostering.
14     Q.    You and your husband took in some foster
15 children during that time?
16     A.    Yes, uh-huh.
17     Q.    Okay.  What was the time frame that you
18 took in your first foster child?
19     A.    June of 2016 was the first.
20     Q.    And was it just one that you got at
21 first or did you take in several at once?
22     A.    It was just one at the beginning,
23 uh-huh.  And over time the total that we fostered was
24 four.
25             MR. YOUNG:  Four?

Morgan
10/04/2018

Page 17

1      THE DEPONENT: Yes, four. Not all at
2  once.
3      Q.   (BY MS. WATSON) So in late 2016, say
4  October, November, December time frame, how many
5  foster children did you have in the home?
6      A.   So October was the transition time. So
7  we had three at -- at the end of October we had
8  three.
9      Q.   What does that mean, the transition
10 time?
11     A.   Oh, sorry. So we had -- we started off
12 with one foster child and then we had another one,
13 and then the first one went to a kinship option. And
14 then in October we got two more, so it
15 transitioned --
16     Q.   I see.
17     A.   -- at that time.
18     Q.   And did you work with the Children's
19 Service League for those foster placements?
20     A.   Saint Francis.
21     Q.   Okay.
22     A.   Saint Francis was the organization we
23 went through.
24     Q.   All right. So did you continue having
25 those three from October 2016 to March of 2017?

Page 18

1      A.   Yes.
2      Q.   All right. And it was the addition of
3  the foster children -- giving you three foster
4  children that caused you to take a leave of absence?
5      A.   No. It was not due to the number of
6  children that we had. The children that we had were
7  severely traumatized, and it was very difficult for
8  them for me to be away so I took a leave of absence
9  from work for that.
10     Q.   All right. Prior to March 5th of 2017,
11 had you gone back to doing massages?
12     A.   Yes.
13     Q.   What date did you do that?
14     A.   It was either January or February -- or
15 -- yes. I'm sorry. I don't remember the exact
16 month. I had only been doing it for about three more
17 months before the event happened.
18     Q.   And then you currently work for Estrella
19 Health?
20     A.   Yes. Estrella.
21     Q.   Estrella?
22     A.   Uh-huh.
23     Q.   Okay. Thank you. And is that strictly
24 to provide in-home support services for D_____?
25     A.   Yes. I am specifically an IHSS worker.

Page 19

1      Q.   What does IHSS stand for?
2      A.   In-Home Support Services.
3      Q.   Got it. Okay. Sorry.
4      A.   No, it's fine.
5      Q.   It's early. I'm not that quick on the
6  uptake yet.
7           All right. And it says here that you're
8  a CNA to D_____ M_____. Do they classify you as a
9  CNA or a family in-home caregiver?
10     A.   They -- they do not classify me as a
11 CNA. I do the -- the duties that a CNA would do, but
12 it's considered an IHSS worker.
13     Q.   And so you don't have to be registered
14 in Colorado in order to provide those services?
15     A.   No, I do not. I have the option of
16 doing so. I have not done it yet.
17     Q.   And we can go through with Kevin in his
18 deposition tomorrow his work history, but at the time
19 of the event where was he employed?
20     A.   Spirit AeroSystems.
21     Q.   Do you know what his position was?
22     A.   A structural engineer.
23     Q.   And then he subsequently changed jobs?
24     A.   Yes.
25     Q.   Okay. Was that in January 2018?

Page 20

1      A.   Yes.
2      Q.   And he works for who now?
3      A.   He works for Lockheed Martin.
4      Q.   In the same position?
5      A.   Yes.
6      Q.   Going back to your CNA license, or at
7  any time, have you taken CPR?
8      A.   Yes.
9      Q.   How many classes have you taken of CPR?
10     A.   I don't remember the exact number. I
11 know that the last one that I took was in 2016, when
12 we were getting our fostering license, and then
13 subsequently I have taken a course online for the
14 IHSS position.
15     Q.   What did the online course involve?
16     A.   It involved a refresher of the basics of
17 how to do CPR. It was basically a CPR class without
18 the hands-on.
19     Q.   Have you ever taken pediatric advanced
20 life support?
21     A.   There was a class in college that I took
22 that was first aid and CPR, and it may have had that
23 specifically in it, but I do not remember what they
24 called it. We did do a lot on pediatrics in that
25 class, and first aid and CPR related to them.

Page 21

1    Q.   And that was a college course?
2    A.   **Yes, at KU.**
3    Q.   Do you remember what the title of the
4    course was?
5    A.   **I do not.**
6    Q.   Do you remember who taught it?
7    A.   **Ron.**
8    Q.   Okay.  And so you never worked as a CNA
9    in an emergency room setting or a hospital setting?
10   A.   **No.**
11   Q.   Okay.  And so you never worked as a CNA
12   in conjunction with pediatric care other than what
13   you're doing for D████ now?
14   A.   **Correct.**
15   Q.   In March of 2017, did you feel that you
16   were knowledgeable about pediatric vital signs?
17   A.   **I mean, very limited.  Are you asking**
18   **specifics, like what the vital signs should be?**
19   Q.   What a normal change might be, sure.
20   A.   **Oh, well, I mean, I -- I was not**
21   **specifically trained on that.  I knew just a tiny bit**
22   **due to growing up with a pediatric nurse as a mother.**
23   Q.   Okay.  What is your mother's name?
24   A.   **Madonna Andrews.**
25   Q.   Don't forget to keep your voice up a

Page 22

1    little bit.
2    A.   **Sorry.**
3    Q.   I know it's easy because I can hear you,
4    but the other people have to as well.
5         She worked as a pediatric nurse?
6    A.   **Yes.**
7    Q.   Where?
8    A.   **At the Hutchinson Clinic.**
9    Q.   Did she work for a particular doctor?
10   A.   **She's worked for a few over the years.**
11   **Right now she is working for Dr. Miller.**
12   Q.   And is he strictly pediatric or is he
13   family practice?
14   A.   **Pediatric.**
15   Q.   Who was she working for in March of
16   2017?
17   A.   **I believe she was still working for the**
18   **nurse practitioner at that point.  Her name was**
19   **Julia.  I don't know her last name.**
20   Q.   Did she ever work in -- did Madonna ever
21   work in a hospital setting?
22   A.   **If she did, I don't know about it.**
23   **She's been a nurse for a very long time before I was**
24   **born.**
25   Q.   Do you know how long she was employed at

Page 23

1    Hutch Clinic?
2    A.   **Longer than I have been alive.  She's**
3    **still there.**
4    Q.   And is your -- your dad still alive?
5    A.   **Yes.**
6    Q.   What is his name?
7    A.   **Ron Andrews.**
8    Q.   Where does he work?
9    A.   **He works at O'Reilly's.**
10   Q.   Does he have any healthcare background?
11   A.   **No.**
12   Q.   Do you have any siblings?
13   A.   **No.**
14   Q.   Other than Kevin's work and your work
15   for Estrella -- did I say that right?
16   A.   **Yes.**
17   Q.   Okay.  -- do you have any other sources
18   of income?
19   A.   **We do not current -- well, no, we do not**
20   **currently have any other sources of income.  I had an**
21   **Etsy business for a little bit, but it kind of died**
22   **off.**
23   Q.   What sort of items did you have on Etsy?
24   A.   **Crocheted hats, like mug warmers, things**
25   **like that.**

Page 24

1    Q.   Why did it die off?
2    A.   **I was doing it mainly to raise money**
3    **during the medical event, and since then I have been**
4    **focusing more on D████ school work and**
5    **homeschooling him.  I haven't had quite as much time**
6    **to crochet, but it's still up and open if anybody**
7    **wants to order things.**
8    Q.   Did you attend a church in March --
9    well, you did, because it's part of the complaint.
10   A.   **Yeah.**
11   Q.   What church did you attend in March of
12   2017?
13   A.   **Community Life Church.**
14   Q.   Where is that located?
15   A.   **It's no longer open, but it is -- it was**
16   **up off of K-96 in north Wichita.  I don't remember**
17   **the exact street.  I could drive there.**
18   Q.   And you said it's no longer open.  The
19   church is not functioning any longer?
20   A.   **Correct.**
21   Q.   How long did you attend there?
22   A.   **It was a little over a year.**
23   Q.   From when to when?
24   A.   **It would have been about December of**
25   **when we moved back to Kansas, and so 2015, until**

Morgan
10/04/2018

Page 25

1  March of 2017.  And we went a couple of times after
2  we returned from Children's Mercy as well.
3      Q.  And as far as medical issues for you
4  personally, we have been told that you have an
5  insulin pump for diabetes?
6      A.  Uh-huh.
7      Q.  Is that Type 1 diabetes?
8      A.  Yes.
9      Q.  Do you have any other medical problems?
10     A.  Not currently.
11     Q.  Have you in the past?
12     A.  Have I had medical problems in the past?
13  Yes.
14     Q.  And what were those?
15     A.  I had asthma as a child, and then I had
16  some heart problems in my early 20s.
17     Q.  Any issues with cancer for you or anyone
18  in your immediate family?
19     A.  No.
20     Q.  What about for Kevin?
21     A.  No.
22     Q.  All right.  D█████ was born in 2011; is
23  that right?
24     A.  Yes.
25     Q.  And delivered at Lawrence Memorial?

Page 26

1      A.  Yes.
2      Q.  He was born at 36 weeks; is that
3  correct?
4      A.  Yes.
5      Q.  A little premature.  Was that related to
6  your health issues during the pregnancy?
7      A.  No, it was not.  And he did not show any
8  signs of prematurity.  He was almost nine pounds, and
9  he was very healthy.
10     Q.  You had some pregnancy-induced
11  hypertension with that delivery; is that right?
12     A.  Yes.
13     Q.  All right.  And then as far as D█████
14  medical care thereafter, did he have to stay in the
15  hospital for any length of time after he was born,
16  other than the normal couple of days?
17     A.  Yeah, it was two days.  I was there
18  longer than he was.
19     Q.  And then we've seen records from Panda
20  Medical and Hutch Clinic for care for D█████
21     A.  Panda Peds, yeah.
22     Q.  Where is Panda Peds located?
23     A.  Lawrence, Kansas.
24     Q.  And are those the only two places he has
25  received medical care?

Page 27

1      A.  He received a flu shot from a pediatric
2  place in Savannah when we lived there.
3      Q.  And is that it --
4      A.  Yes.
5      Q.  -- as far as other medical providers?
6      A.  Yes, other than after the event.
7      Q.  Sure.  And it looked like, just from my
8  general review of his records, that he had a few
9  fevers, some ear infections, those sorts of things?
10     A.  Early on in childhood.
11     Q.  Uh-huh.
12     A.  Nothing abnormal for a typical baby.
13     Q.  Okay.  In 2013 I saw that he had
14  complaints of wrist pain and hip pain that they did
15  some x-rays for?
16     A.  Yes.  They came to the conclusion that
17  he had a virus that had settled into his joints.
18  That's what the doctor told us.
19     Q.  Who told you that?
20     A.  His doctor, Dr. Rundquist.
21     Q.  Can you spell that?
22     A.  R-u-n-d-q-u-i-s-t, I believe.
23     Q.  And was he with Hutch Clinic or Panda?
24     A.  Panda Peds.
25     Q.  Okay.  Did they ever say what kind of

Page 28

1  virus it was?
2      A.  They did not.
3      Q.  And did that eventually resolve itself?
4      A.  Yes.
5      Q.  And then I saw in July of 2013 that
6  there was an autism checklist performed.  Was that a
7  routine checklist or was that for any particular
8  concerns that you had?
9      A.  It was routine.  That's what they do.
10     Q.  And that was normal, correct?
11     A.  Yes.
12     Q.  Okay.  And so does that cover any of the
13  illnesses or medical concerns that D█████ had up to
14  March of 2017?
15     A.  Did your questions cover it?
16     Q.  Right.
17     A.  Is that what you're asking?
18     Q.  Yes.
19     A.  Yes.
20     Q.  And did D█████ hit his milestones as he
21  was growing up?  In other words, was he talking --
22     A.  Yes.
23     Q.  -- on pace with peers?
24     A.  Uh-huh.
25     Q.  Do you remember when he started talking?

Page 29

1    A.    Shortly before two.  He was talking
2  before that, but he started using full, like,
3  complete sentences at the age of two, so...
4    Q.    And when did he start walking?
5    A.    13 or 14 months.
6    Q.    Did he have any issues with fine motor
7  skills?
8    A.    No.
9    Q.    Did he require any sort of therapies
10  prior to the incident?
11    A.    No.
12    Q.    Has he ever been in public or private
13  school system?
14    A.    He is currently in a private school, but
15  it is also a home school.
16    MR. WOODING:  It's also what?  I'm
17  sorry.
18    THE DEPONENT:  Home school.
19    MR. WOODING:  Okay.
20    Q.    (BY MS. WATSON)  And what is the title
21  of that home school?
22    A.    Poudre River School.
23    Q.    Can you explain to us how that works,
24  that it's a school but it's at home?
25    A.    It's a school, so I -- I report grades

Page 30

1  to them.  It's actually a private school that lots of
2  people attend, and it -- I report attendance and
3  grades and -- basically like you would as a school
4  teacher -- to them.  And then they can write out the
5  transcripts.
6    Q.    Are there children that do attend in
7  classrooms at that school?
8    A.    No, not at that school.
9    Q.    And where is this school based?
10    A.    It's an umbrella school, so it does not
11  have an actual building.  It's -- in Colorado there
12  are private schools, and they are considered umbrella
13  schools if you're homeschooling, that everybody is a
14  part of.
15    Q.    And the people that are looking over the
16  transcripts, where are they based?
17    A.    I don't have the exact address.
18    Q.    Are they in Colorado?
19    A.    Yes.
20    Q.    And is it just one person that's the
21  head of it or is it multiple people?
22    A.    I do not have the specifics on that.
23    Q.    Do they give you feedback as far as a
24  curriculum, things that you should be doing
25  differently with Declan?

Page 31

1    A.    They allow us to choose our own
2  curriculum.
3    Q.    And do -- do you have a specific
4  curriculum that you're going by?
5    A.    Yes.
6    Q.    What is that called?
7    A.    He is doing Timberdoodle curriculum.
8  It's highly STEM-based.  It's mathematic- and
9  engineering- and hands-on-based curriculum.  And then
10  he also does Outschool, which is some online classes
11  that you can pick and choose which ones you want to
12  do.
13    Q.    Are you picking those for him or is he
14  picking those?
15    A.    A little of both.
16    Q.    So, for example, what is he in right
17  now?
18    A.    He is doing a variety of classes right
19  now.  He is doing one on ocean life.  He is doing one
20  on human organs.  He was going to do one on the
21  largest T-Rex that ever existed, but they had to
22  cancel the class so we have to reschedule it.  And
23  then let me think about the other ones.  He has a
24  couple coming up.  Oh, one on recycling.  He is going
25  to be doing one on recycling.

Page 32

1    Q.    And are those videos online that he
2  watches?
3    A.    No, it's actually a teacher.  So they
4  set it up kind of like a conference.  It's a web cam.
5  And every child has a web cam, and so he can see all
6  of the other children in the classroom and interact
7  with them as well as the teacher.
8    Q.    And then are you -- are there classes
9  that you are actually instructing for as well?
10    A.    Yes.  The Timberdoodle curriculum I -- I
11  instruct on.
12    Q.    And then you administer a test, you
13  grade it, you submit that to the Poudre school?
14    A.    Well, he is currently in kindergarten so
15  there aren't that many tests yet.  In the future that
16  may be what we do, but right now he's -- they don't
17  really do tests in kindergarten right now, so...
18    Q.    And is it your plan to keep him in this
19  system for the foreseeable future?
20    A.    We will probably take that as it goes.
21  See what he's comfortable with and see what we are
22  comfortable with.  We don't have a set plan in place
23  for that.
24    Q.    Have you looked into the school systems
25  in Colorado at all?

Morgan
10/04/2018

Page 33

1    A.   We have.  We found it may be difficult,
2  with his physical capabilities right now, to be
3  mentally educated well with his physical
4  disabilities.
5    Q.   Does that mean that they would have a
6  challenge accommodating him in -- in a mainstream
7  classroom?
8    A.   So I -- I feel like a lot of schools now
9  days have a lack of resources, pretty much anywhere,
10  and they do have a challenge in keeping up.  I have
11  heard from other people, both in Kansas and Colorado,
12  that their children with physical disabilities have
13  had a challenge in finding accommodations that
14  actually work, that allow them to be educated.
15    Q.   Is ▬▬▬▬ on track with his size and
16  weight currently, his curves?
17    A.   He is a little short for his stature,
18  but otherwise, yes.  I think he is in the 30 to
19  40 percent.  So nothing off the charts, that's for
20  sure.
21    Q.   Who is his current primary care doctor?
22    A.   His primary care doctor right now is
23  still Dr. Levy.  We are -- he has an appointment on
24  Monday where we are going to be talking about
25  transitioning to a regular pediatrician now that he

Page 34

1  is off chemo treatment.  Otherwise, oncologists
2  handled everything when we moved to Colorado.  They
3  have to be very -- very involved with every step when
4  you're doing chemotherapy and cancer treatment.
5    Q.   What is the meeting on Monday?  Is it
6  with Dr. Levy or with a new doctor?
7    A.   With Dr. Levy.  It's not a meeting.  He
8  has an appointment with Dr. Levy on Monday, and I was
9  going to discuss with her about a primary care
10  physician to transition.
11    Q.   Okay.  Do you have one picked out
12  currently?
13    A.   I was going to ask her for suggestions
14  since we are fairly new to the area.
15    Q.   Back in 2017, was it you who generally
16  took D▬▬▬ to appointments?
17    A.   Yes.
18    Q.   And how would you describe his
19  personality prior to March of 2017?  Did he tend to
20  be a quiet kid?  Did he talk a lot?
21    A.   He was definitely not a quiet child.  He
22  spoke a lot.  He was very social.  He liked to go out
23  and play with any kid.  He didn't have any kind of
24  shyness about him.  He was very outgoing.
25    Very bright.  He was very -- I mean he

Page 35

1  still is very bright and very intelligent.  Usually
2  talking above his peers.  And he was very active.  He
3  did a lot of active things.  He did a lot of rock
4  climbing at the gym there in Wichita and rode his
5  bike a lot.  Loved to be outside all the time.
6    Q.   Had you had his IQ tested up to that
7  point?
8    A.   An official, like, IQ score test, no.
9    Q.   Right.  Anything unofficial?
10    A.   I mean as -- on the pediatric well child
11  checks, they do like a small one, but -- and he
12  always tested at or above his -- his level.  I think
13  they -- they always have you look at those sheets,
14  and then they answer the questions on it.
15    (Exhibit 2 marked for identification.)
16    Q.   (BY MS. WATSON)  Okay.  I have marked as
17  Exhibit Number 2 a calendar from March of 2017.
18    A.   Okay.
19    Q.   And you can use that to refer to if you
20  need to.  I want to talk about that week prior to
21  March 5th of 2017.
22    A.   Okay.
23    Q.   I think I saw in the records that your
24  foster daughter had her tonsils out?
25    A.   That was a couple of weeks before that.

Page 36

1    Q.   Okay.  Do you remember what the date
2  was?
3    A.   I don't remember the specific date.  It
4  was the middle or end of February.
5    Q.   And had she been having some chronic
6  throat problems?
7    A.   She had, like, breathing problems at
8  night.  She had some blockage to -- due to the size
9  of her tonsils.
10    Q.   Was she complaining of sore throats in
11  that time frame?
12    A.   Definitely after the surgery.
13    Q.   What about before the surgery?
14    A.   No.  She did complain of, like, soreness
15  up in here because it also affected her adenoids,
16  so...
17    Q.   And for the record, you're pointing to
18  the top of your cheeks?
19    A.   It's, like, slightly behind the nose
20  and, like, going down.  So I guess you could say sort
21  of, but not specifically, the throat.
22    Q.   And you had shared that information with
23  D▬▬▬ as to why she needed to have surgery?
24    A.   Yes, to have her tonsils out.  Uh-huh.
25    Q.   Okay.

Morgan
10/04/2018

Page 37

1    A.   I think we explained the various reasons
2  why someone would need to have their tonsils out.
3    Q.   Okay.  I saw in the medical records that
4  you expressed at some point that you thought maybe
5  D_____ didn't want to express to you that he had a
6  sore throat because he was worried about maybe having
7  to have a surgery himself?
8    A.   We did.  We thought that -- that that
9  was a possibility.  If he gets worried about
10 something, he oftentimes does not want to talk about
11 it.  So we were wondering if he had had a sore throat
12 for a while and didn't say anything about it.
13   Q.   Do you remember when during that week
14 was the first time he complained of a sore throat?
15   A.   He did not.  He never complained of a
16 sore throat.
17   Q.   Okay.  Did you ever look at his throat
18 during that week?
19   A.   No.
20   Q.   There was a report in the medical
21 records that he had had a cold a week a two ago?
22   A.   He hadn't had a cold specifically a week
23 or two ago, but all of the kids were getting sick on
24 and off throughout that winter.  So they had all had
25 runny noses and coughs in the last few months.

Page 38

1    Q.   Okay.  So --
2    A.   It was actually a pretty bad sick
3  season, from what I remember.  Plus he wasn't used to
4  having that many kids in the house, so everybody -- I
5  mean it made the rounds all the time.
6    Q.   Okay.  So a cold a week or two ago would
7  have been the end of February?
8    A.   Uh-huh.
9    Q.   Are you saying he did not have a cold at
10 the end of February?
11   A.   I do not remember him specifically
12 having a cold at the end of February.  He most likely
13 had one in February.  I cannot give you the exact
14 date of when his last cold had been.
15   Q.   Okay.  There was also a report from you
16 -- attributed to you in the medical records that he
17 had had a 24-hour fever?
18   A.   When?
19   Q.   Do you recall?  I'm not sure when --
20   A.   He did not have any --
21   Q.   In conjunction with the cold.
22   A.   He did not have any fever prior to the
23 event.  Not recently right before the event, no.
24   Q.   Okay.  What symptoms did you notice in
25 D_____ in that week prior?

Page 39

1    A.   So it started on the Wednesday,
2  March 1st.  I just noticed -- my mom was there with
3  us at the house because she had Wednesdays off, and
4  so she was just there helping out with the kids,
5  letting me do some housework and stuff like that.
6         And I just noticed that he used the
7  stair rail, like, to go up the stairs.  And I
8  commented on that and, you know, told my mom like,
9  "Oh, well, that's strange.  He is using the stair
10 rail to go upstairs."  And she's like, "Well, you
11 know, kids sometimes have growth spurts and it's
12 harder for them to keep up with it if their legs are
13 getting longer."
14        So then the Thursday after, I didn't
15 notice anything.  That Friday and Saturday, the 3rd
16 and 4th, he had nausea in the morning.  He woke up
17 and he acted like he was going to vomit but he never
18 did.  And after he would eat something, his stomach
19 would settle down and he would feel better.
20        So we kind of thought, you know -- my --
21 my major was in anthropology, but it was specifically
22 nutritional anthropology major, so my thought was
23 that there was possibly a lack of protein in the
24 evenings.  So we started doing like a protein snack
25 before bed, to see if it would help with the nausea,

Page 40

1  if he had low blood sugar in the morning.  And so
2  that Sunday he didn't have nausea at all, the 5th, in
3  the morning.  So we figured that it must have been
4  possibly low blood sugar or the -- the protein solved
5  it.
6         On Friday we were at -- so that would
7  have been the 3rd -- we were at the Michaels' house,
8  which they were our -- the -- Rodney and Betsy
9  Michael were the pastor of our church, and we got
10 together usually on Wednesdays or Fridays for Bible
11 studies and group get-togethers, game nights.  I
12 don't remember exactly which one it was, if it was a
13 game night or a Bible study that night.
14        But Betsy and I were sitting in the
15 living room, which was upstairs, and it's kind of
16 like a -- an arrangement where there's a couch on one
17 side and a chair on the other.  And we were sitting
18 across from each other, and D_____ was playing
19 upstairs.  And I said, "Why don't you go downstairs
20 and play with the other kids."
21        And so he got up and went to the edge of
22 the stairs, which was right around the corner, like
23 in full visual from where we were sitting.  And he
24 went to the edge of the stairs and he kind of did a,
25 like, whoa, like a balance moment, where his eyes

Page 41

1  kind of went wide and he put his arms out to try to
2  balance himself.  And then he -- he regained his
3  balance and went down the stairs like normal, without
4  any problems.
5          And so I had mentioned to Betsy, the --
6  Betsy Michael that I had noticed that he was grabbing
7  the stair rail on Wednesday and that maybe he was
8  having some balance issues.  And since there had been
9  so many colds going around that year, I thought maybe
10  he had some fluid in his ears.  So I told her that if
11  I was still noticing -- this was a Friday night.  So,
12  I mean, we obviously couldn't go to the pediatrician
13  right then.  So I had mentioned to her that if it was
14  still going on Monday, I was going to give them a
15  call.
16      Q.    Did she have a response to that?
17      A.    Not a specific one.  Just like a
18  general, "Oh, yeah, that sounds like a good idea."
19      Q.    And where does Betsy live?
20      A.    She lives on Dellrose Circle in north
21  Wichita.
22      Q.    All right.  So you said Friday was the
23  first morning that he woke up and acted like he
24  wanted to be sick?
25      A.    Yes.  He woke up Friday and Saturday

Page 42

1  mornings with nausea.
2      Q.    And how did he exhibit that he wanted to
3  be sick?  Was he just grabbing his stomach or --
4      A.    Well, he came -- no.  He came into our
5  room.  So it was before everyone else had woken up,
6  and we were still in our bedroom.  And he came in and
7  he said that he felt like he was going to throw up,
8  so I just -- I got him a bowl.  And he didn't throw
9  up.  He was sitting in our bed.
10          So then I got him some crackers, and
11  after he ate those he felt better.  And we actually
12  did that both Friday and Saturday mornings.
13      Q.    Did you take his temperature during that
14  time at all?
15      A.    Yes.  He did not have a fever.
16      Q.    How many times did you take his temp?
17      A.    On Friday and Saturday morning.
18      Q.    Was that a mouth thermometer?
19      A.    We have an ear thermometer.
20      Q.    Was he having any trouble swallowing
21  during those days?
22      A.    No.
23      Q.    Did he have any abdominal pain during
24  that week?
25      A.    Well, the nausea, I guess.  I -- I don't

Page 43

1  know.  Some say that's abdom- -- abdominal pain; some
2  don't.  The nausea was the only thing we were aware
3  of.
4      Q.    And was it just the one episode of the
5  -- the balance on the stairs that you noticed?
6      A.    Other than the Wednesday before when he
7  was grabbing the stair rail to go up.  But he wasn't
8  doing the hands out, like that thing, on Wednesday.
9      Q.    Did you ask D████ why he had grabbed
10  the stair rail -- stair rail?
11      A.    No.  He was -- I mean, he just was off
12  to play.  I didn't specifically ask him why he
13  grabbed the stair rail.
14      Q.    When he had that balance moment at the
15  top of the stairs, did you ask him what was wrong?
16      A.    I asked him if he was okay and if he
17  felt dizzy.  And he said, "Yeah," but then he ran
18  down the stairs like he was fine, so...
19      Q.    Okay.  I think in one of the
20  interrogatory responses you said that you had taken
21  the family grocery stopping on one of the days that
22  week?
23      A.    The Saturday, yeah.  That would have
24  been the 4th.  We always used our Saturdays for
25  grocery shopping because with four kids it's harder

Page 44

1  for me to do it by myself.  So Kevin would always
2  come, and we would go to Costco and Whole Foods and
3  then go back home.  They would usually, like, play
4  outside and stuff afterwards while I was fixing
5  supper with Kevin.
6      Q.    And D████ had accompanied you to the
7  stores?
8      A.    Uh-huh.  Yeah.  Everyone did.
9      Q.    He did okay walking around?
10      A.    Oh, yeah.  Riding the cart.
11      Q.    Anything else that you can remember that
12  you did that Thursday, Friday, Saturday time frame?
13      A.    No.
14      Q.    And Friday, would that have been a day
15  where you were homeschooling him?
16      A.    Well, so at that point, he was -- so he
17  turned five that December, so he was technically not
18  in kindergarten yet.  He wasn't old enough.  But we
19  did do some preschool, slash, prekindergarten stuff
20  at night with him in the evenings, both he and his
21  older fosters -- well, she wasn't older than him, but
22  the older of the two sisters, we would do some school
23  stuff with them in the evenings, yes.
24      Q.    Was he able to participate in that --
25      A.    Oh, yes.

Page 45

```
1         Q.   -- in that Thursday, Friday time frame?
2         A.   Yes.
3         Q.   All right.  And then you said Sunday
4    morning he didn't have any nausea?
5         A.   Correct.
6         Q.   And anything out of the ordinary that
7    you recall with D██████ that morning?
8         A.   No.
9         Q.   He was drinking and eating normally?
10        A.   Yes.
11        Q.   Did he seem more tired than usual or
12   anything like that?
13        A.   He did not seem more tired.  We did
14   notice that he seemed a little bit depressed, like
15   just not quite as talkative as he usually is.  And he
16   had maybe been a little less talkative than normal
17   for four or five days, or that week.  And sometimes
18   when he had something on his mind, he would get quiet
19   until he figured it out or wanted to talk to us about
20   it.  And we would ask him, but, you know, with him,
21   if you push it and -- he is never going to say
22   anything.
23             So that Sunday, on the 5th, we were
24   really kind of asking him a little more, like, "What
25   is going on?  You've been a little quieter lately,
```

Page 46

```
1    maybe acting a little depressed."  And Kevin was
2    taking him out to the Jeep to get him ready to go to
3    church, and he finally told us that he was really
4    concerned that we weren't going to have the girls in
5    our care once the fair rolled around.
6              So, I mean, it was March, and the fair
7    is in September, but the fair is his favorite thing,
8    the Kansas State Fair in Hutchinson.  Because I grew
9    up two blocks away from it, so Kevin and I always
10   used to go to it, and we just made it a tradition to
11   always take D█████.  He loved doing the rides.
12             And the previous fair, the other little
13   girl had gone to a kinship option right before the
14   fair, and so he was so sad that he didn't have the
15   sister to go with him.  And so he was telling Kevin
16   that he was really concerned that the girls wouldn't
17   be in our care when the next fair came around, and he
18   got really upset about it and kind of broke down with
19   Kevin about that.  But we, unfortunately, assured him
20   that they would most likely still be in our care at
21   that time, so...
22        Q.   Okay.  Did you have anyone else in your
23   home on that Saturday or Sunday?
24        A.   No.
25        Q.   And what time did you leave to go to
```

Page 47

```
1    church?
2         A.   About 4:00.  We usually got there around
3    an hour early.  Church started at 5:00, but we were
4    part of the leadership committee so we would help set
5    up.  And I was in the nursery that night; Kevin was
6    working the audio booth.  So we always got there
7    early.
8         Q.   And where did D█████ generally go, with
9    you to the nursery?
10        A.   Well, it was kind of a small building.
11   So when you would enter it, it was like a main foyer
12   area with some tables and chairs and then the cookie
13   table.  And then back behind it would be the two,
14   like, toddler area and the nursery area, and then
15   upstairs was the older kids area.
16             So they would kind of just, like, have
17   fun in the church, like, running around and playing
18   with the other kids while we were setting up.  And I
19   know he went over and got a cookie first thing, ate
20   his cookie.  He probably got more than one cookie,
21   but he was only supposed to have one cookie.  I'm
22   sure most of the time the kids would sneak another
23   one.
24             But, yeah, he was just playing with his
25   friends.  I know at one point he was over kind of
```

Page 48

```
1    like more in the toddler area, because for some
2    reason the big kids are always fascinated with the
3    toddler toys.  I'm not sure what that was about.  But
4    right before it was time for him to go upstairs I
5    noticed him over there, and it was like, "You need to
6    go upstairs."  And so he jumped up and went out of
7    the room.
8              I didn't watch him go up the stairs
9    because I was in the nursery area, but I know he ran
10   out of the room to go over there.
11        Q.   Okay.  And when is the next time you saw
12   him?
13        A.   When he started screaming.  So he was in
14   his class, which was at the top of those stairs, and
15   I was in the nursery area.  And we had had the -- so,
16   you know, a -- well, maybe you don't.  But the --
17   when you have a nursery area, you usually have the
18   bottom door and then you have a top door so you can
19   open the top door so the kids aren't going out.  So
20   we had the top part open but the gate still up below
21   so -- Betsy and I were both in the nursery that night
22   and standing in there.
23             And I heard D█████ screaming.  Just,
24   like, screaming really, really loud.  You could hear
25   it from upstairs all the way into the nursery area.
```

Morgan
10/04/2018

Page 49

1  And so I was holding a baby at the time, and I handed
2  it to Betsy, hopped over the gate, and just, like,
3  ran up to the stairs.  And he was standing at the top
4  of the stairs just screaming.  He started coming
5  down, and I met him, like, halfway to three-fourths
6  up and picked him up.  And he started clutching the
7  back of his head, just like -- like this, and
8  screaming, "Ow, ow, ow" really loudly.
9          And I learned later that people in the
10  congregation on the other side could hear him.  The
11  teacher came out of the classroom, and I said,
12  "What's going on?  What happened?"  I figured he had
13  fallen and hurt himself or, like, hit his head or
14  something.  And she said he got really upset when he
15  was trying to staple a craft.  She wasn't wanting him
16  to do it on his own, and she said that she did it for
17  him and he got really upset that she did it for him,
18  and then that's when he started screaming and
19  clutching the back of his head.
20      Q.   What was the teacher's name?
21      A.   Jenna.
22      Q.   Is that Jenna Knight?
23      A.   Yes.
24      Q.   With a K?
25      A.   Yes.

Page 50

1      Q.   All right.  So about how far away from
2  D█████ were you, from the nursery to where he was?
3      A.   So the nursery door -- can I write it or
4  draw it?
5      Q.   Sure.
6      A.   Might be an easier way to describe it.
7           MR. TORLINE:  Here.
8      A.   Okay.  So the kids' area was kind of a
9  rectangle that we had divided off for the nursery and
10  preschool.  And then there was a hallway, and then
11  these were the stairs.  So I would have been in the
12  nursery right here, and here's the bottom of the
13  stairs and the top of the stairs.  And this is the
14  room that they were in.
15          So the building that we had was kind
16  of -- it was converted into a church.  It wasn't,
17  like, built as a church building.  So the room that
18  they were in was kind of almost like where they would
19  have had a giant sound booth.  So it was up kind of
20  -- just the only room that was the upstairs.  So it
21  was -- I mean, it was a little ways away.  The door
22  would have been shut up there, so...
23      Q.   (BY MS. WATSON)  Okay.  Let's go ahead
24  and mark that as an exhibit.  And if you could --
25      A.   My drawing's not that great, but...

Page 51

1      Q.   That's okay.  If you could write "top
2  and bottom of the stairs" for us.
3      A.   Yeah.
4           (Exhibit 3 marked for identification.)
5      Q.   (BY MS. WATSON)  Okay.  Can you put an X
6  where you would have been when you first heard the
7  screaming and where D█████ was standing when you
8  first saw him.
9      A.   Okay.  It would --
10          MR. TORLINE:  X and O or something?  Or
11  how do you want it?
12          MS. WATSON:  Oh, yeah.  An X and O.
13  Sorry.
14      A.   Okay.  So I'll put an X where he would
15  have been when he started screaming and an O when I
16  saw him.
17      Q.   (BY MS. WATSON)  Okay.  So you ran to
18  the top of the stairs because you heard screaming?
19      A.   So one -- once I got it -- got out
20  there, he was already out of the classroom and
21  standing at the top of the stairs.  But then I ran up
22  the stairs to meet him halfway because I was assuming
23  he was severely injured because of the amount of
24  screams.
25      Q.   All right.  And when you saw him

Page 52

1  standing at the top of the stairs, was he having any
2  balance issues?  Was he swaying?  Anything like that?
3      A.   At the top of the stairs?  Not that I
4  recall.  He was just grabbing his head, the back of
5  his head, like this.  And then when he started coming
6  down the stairs, he was using the handrail.  And I
7  met him halfway, picked him up, and then he started
8  clutching the back of his head again.
9      Q.   And when you say "back of the head," is
10  it more towards the neck --
11      A.   It was, like, right -- yeah --
12      Q.   -- area, in the middle of the head?
13          MR. TORLINE:  One at a time, guys.
14      A.   It was like this.
15      Q.   (BY MS. WATSON)  And the record is not
16  going to reflect where your hand was, so was it in
17  the middle of the --
18      A.   Oh, I'm sorry.
19      Q.   -- of the back of the head?
20      A.   It is more towards the lower back of the
21  head.
22      Q.   Okay.  But not quite to the neck area?
23      A.   No.
24      Q.   Anything else that you noticed about
25  D█████ at that time?

Morgan
10/04/2018

Page 53

1    A.    He was -- at that exact moment?  Just
2  the screaming.  Because it was -- I mean it was like
3  earth-shattering screaming.  I had never heard him
4  scream like that before.  I thought he probably had a
5  gaping wound on the back of his head.  It was -- it
6  was severe.
7    Q.    Did you look at the area that his hand
8  was covering?
9    A.    Yeah.  And there -- there was nothing.
10  I mean, I was expecting to see blood.  There was -- I
11  mean, it just looked normal.  So...
12    Q.    And what was D▬▬ saying?  What --
13    A.    "Ow, ow, ow, ow, ow."
14    Q.    Okay.  How long did the screaming last?
15    A.    So it lasted from the time that I picked
16  him up at the top of the stairs until we got out with
17  all the kids to the Jeep.  So I would say the amount
18  of time that it took for me to pick him up from the
19  stairs until we had gotten everyone out to the Jeep
20  was probably five to ten minutes.
21    Q.    And he continued to hold the back of his
22  head during that time?
23    A.    Yes.  I went and stood outside with him
24  while I was holding him.  Betsy had -- well, the
25  doors had opened.  So the sanctuary doors had opened,

Page 54

1  and Kevin was, like, "What is going on?"  And Betsy
2  went and got him and told him, you know, "D▬▬ --
3  D▬▬ screaming and something hurts."
4          And so he went and got the other three
5  kids.  He got the baby from the nursery and the two
6  other girls from the preschool area and got them
7  ready and out to the Jeep, and I stood outside with
8  D▬▬ while he was continuing to scream, holding the
9  back of his head.
10    Q.    And this all happened during the 5:00
11  service?
12    A.    It was at the end of the 5:00 service.
13  So it probably would have been closer to 5:50, 5:55.
14    Q.    And the discussion with the teacher, was
15  that while you were holding D▬▬ at the top of the
16  stairs, or on the stairs?
17    A.    I was at the bottom of the stairs by
18  that point, because she came out by the time I had
19  gotten down to the bottom with him.
20    Q.    And all she said was that she didn't
21  want him to staple a craft by himself?
22    A.    And that he had gotten upset about it.
23    Q.    Okay.
24    A.    And then that's when he started
25  screaming.

Page 55

1    Q.    Did you talk with her at any point later
2  on in time, not that night but later on, to talk to
3  her anything more about what she might have observed?
4    A.    I did not, no.
5    Q.    And is she still living in Wichita?
6    A.    I do not know.  She was a college
7  student at the time, so I don't know what she is
8  doing now.
9    Q.    Okay.  So by the time you guys got all
10  the kids together and got everybody to the Jeep, do
11  you think it was about 6:00 or so?
12    A.    It would have been around that time.
13  Service typically ended at 6:00, and it was getting
14  out at the time that it happened.
15    Q.    All right.  And did you guys head home
16  first or did you head to the hospital?
17    A.    No.  We got in the Jeep.  I had the two
18  girls get in the backseat.  Usually the way it would
19  work is -- well, we had a three-row vehicle, and
20  usually one of the girls and the baby would sit in
21  the middle, and D▬▬ and the older girl would sit
22  in the back.
23          But he was -- I mean, I was too
24  concerned to have him in the very back, so I had both
25  of the -- of the girls get in the backseat, and the

Page 56

1  baby was on one side.  I sat in the middle, right
2  next to D▬▬ in the car seat in the middle row.
3  And I -- I told Kevin to put in the closest ER.  And
4  he had already had it on his phone because he knew we
5  needed to go to an ER right then.
6    Q.    Okay.  And was that Wesley-Woodlawn that
7  came up on the phone?
8    A.    That was the closest one that came up on
9  the phone so we navigated there.  I didn't -- I
10  didn't know what it was called at the time, but...
11    Q.    And how was D▬▬ doing during the car
12  ride there?
13    A.    So he had stopped screaming when we got
14  him buckled in, and that's when I started getting
15  even more concerned.  So he was riding in his car
16  seat; I had buckled him in.  It was a five-point
17  harness system.  But it was like he was passing out.
18  So his head starting rolling to the side and his eyes
19  were rolling into the back of his head.
20          So I was thinking maybe he's -- he's
21  sensitive to the light, like maybe there's -- there's
22  a lot of light sensitivity.  So I kept -- I kept
23  trying to, like, wake him up and get him to open his
24  eyes, and he -- I mean, he would kind of like do this
25  and then they would roll back again.  I mean, he

Page 57

1 would kind of slowly open them, and it was like he
2 was losing consciousness when he would -- I was
3 trying to wake him up because I was -- I was scared
4 that if he went to sleep and -- he -- he wouldn't
5 wake back up.
6         So I -- I kept shaking him and trying to
7 get him to stay awake. And I said, "What are you --
8 what's going on? Does your head still hurt?" And he
9 would just kind of half respond and say, "No. I'm
10 fine," and like kind of slur his words while he was
11 doing that.
12         And so he -- he's always been the kind
13 of child that doesn't want to make people feel sorry
14 for him. He's always had a really hard time, like if
15 somebody feels sorry for him and they're -- or
16 they're like, "Oh, I'm sorry you're going through
17 that," he gets really upset and, like, cries about
18 it. So when I was asking him, he was just going,
19 "No, I'm fine. I -- no," like when I would ask him
20 if his heard was hurting or anything.
21         So I don't know if his head was hurting
22 anymore at that point, but he was not screaming. He
23 was -- it was like he was going unconscious. I
24 thought -- I honestly thought I was losing him. I
25 didn't think we were going to make it to the ER.

Page 58

1    Q.   Did you call anybody from the Jeep?
2    A.   I did. I called my mom. I told her to
3 please come because we were going to need help. I
4 thought that we were going to be admitted into the
5 hospital right away and that we would need help
6 watching the girls and the baby.
7    Q.   Did you ask her to come to the hospital
8 or to your house?
9    A.   I don't remember.
10         MR. TORLINE: Michelle, we are at an
11 hour. I don't want to break up your --
12         MS. WATSON: Yeah, this is a good point.
13 Yeah, that's fine.
14         THE VIDEOGRAPHER: We are off the
15 record. The time is 10:04 a.m.
16         (Recess taken from 10:04 a.m. to 10:14 a.m.)
17         (Exhibit 4 marked for identification.)
18         THE VIDEOGRAPHER: We are back on the
19 record. The time is 10:14 a.m.
20    Q.   (BY MS. WATSON) Okay. You ready to get
21 started again?
22    A.   Yeah. Uh-huh.
23    Q.   Okay. I want to go back to the church.
24 And you said that Betsy was present in the nursery
25 with you?

Page 59

1    A.   Yes.
2    Q.   Okay. And that's Betsy Michael?
3    A.   Yes.
4    Q.   And was Rodney leading the services --
5    A.   Yes.
6    Q.   -- that night? And then Jenna Knight
7 was the teacher?
8    A.   She was the upstairs, yeah, older kids'
9 teacher.
10    Q.   And do you know if she is married, or
11 was at the time?
12    A.   She was like early -- I think like late
13 teens, like 19, 20. So -- and no, I don't -- I don't
14 believe she was married. I didn't know her very well
15 though.
16    Q.   You said she was a college student?
17    A.   Yes.
18    Q.   Do you know where she was going to
19 school?
20    A.   I do not.
21    Q.   Did you know her parents?
22    A.   No.
23    Q.   Was she a member of the church?
24    A.   No. She was just a -- a teacher, a
25 school teacher. I mean, she wasn't -- I'm sorry. I

Page 60

1 probably didn't understand your question. Were you
2 asking if she was like part of the leadership team or
3 just if she regularly attended the church?
4    Q.   At churches that I have been to they
5 have kind of a membership and -- and you are in the
6 directory --
7    A.   Yeah, she --
8    Q.   -- and that sort of thing. That's what
9 I was asking, if she --
10    A.   No. Our church wasn't like that. So
11 she was not part of the leadership team, if that's --
12 hopefully that answers the question.
13    Q.   Okay. So the leadership team is kind of
14 who ran the service --
15    A.   Yeah.
16    Q.   -- and organized --
17    A.   Did all the coordination and all that
18 stuff. So she was just the teacher.
19    Q.   Was she paid?
20    A.   I do not know.
21    Q.   You also listed in interrogatory
22 responses Colby and Emily Burcham?
23    A.   Yes, yes. They both were regular
24 attenders and part of the leadership team of the
25 church.

Morgan
10/04/2018

Page 61

1  Q.  What were their roles that night?
2  A.  I do not know. They were not in the
3  nursery. It was possible that they didn't have
4  specific roles that night. Our church was very
5  small. There were usually only about 30 to 50 people
6  there at a time, like, for the -- for the actual
7  service.
8        It was a startup. It had only been
9  going for a year. So we kind of just took turns as
10 to who did what activities what night. So I know
11 they were there to help set up.
12 Q.  You listed them as witnesses, I believe,
13 to Dominic screaming. Do you know if they had any
14 contact with him that evening or --
15 A.  I -- I do not know of any specific
16 contact, no.
17 Q.  Did they witness him screaming and
18 clutching his head?
19 A.  The whole church witnessed the
20 screaming. I don't know if they specifically saw him
21 clutching his head.
22 Q.  And you say "witnessed the screaming."
23 Like, they heard it?
24 A.  They heard it, yes.
25 Q.  How did you learn that the church -- the

Page 62

1  whole church had heard it?
2  A.  Betsy said that it was loud enough that
3  everybody heard it.
4  Q.  And you said it was toward the end of
5  the service. Were people coming out as you all were
6  getting into the Jeep?
7  A.  Not yet. Oh, as we were getting into
8  the Jeep, yes. Not when he started screaming.
9  Q.  Did they come over and talk to you and
10 ask what was wrong or anything?
11 A.  No. I was very just -- I was focused on
12 Dominic, so I was not paying attention to anyone else.
13 Q.  Okay.
14 A.  Sorry.
15 Q.  That's okay.
16 A.  Let me click it. Okay.
17 Q.  You also listed Melissa and Josh -- is
18 it Mackey?
19 A.  Yes.
20 Q.  Okay. Were they on the leadership team?
21 A.  Yes. I believe Josh was running the
22 sound booth that night with Kevin.
23 Q.  And where was Melissa?
24 A.  I do not know specifically where she was
25 at the time. I think she may have been helping in

Page 63

1  the preschool area, but I'm not positive about that.
2  Q.  Meaning up with -- where Jenna was or in
3  a different area?
4  A.  No. So upstairs was the kindergarten
5  and up. So we didn't have a lot of older kids in the
6  church, and if they were above fifth grade level they
7  would usually go into the congregation area. So it
8  was about kindergarten through fourth grade upstairs.
9        And then the two sections that I had
10 written on that piece of paper, one was the nursery,
11 so it was under two, and then this part was the
12 preschool. So Melissa did help in the preschool
13 sometimes, but I don't know if she was in there that
14 night.
15 Q.  Why did you list them as witnesses,
16 Melissa and Josh?
17 A.  Because they were reg- -- regular
18 attenders. So I didn't write down everybody that was
19 there that night so I listed the people that I knew
20 were there regularly. Otherwise there -- it would be
21 children witnesses, and that doesn't count.
22 Q.  Sure. Was there anyone working with
23 Jenna?
24 A.  No.
25 Q.  And you said Melissa -- excuse me -- may

Page 64

1  have been in the preschool area. Is there anybody
2  else that you believe may have been in the preschool
3  area?
4  A.  Emily may have been. I'm not sure. So
5  I -- I made out this -- so I would -- I made out the
6  schedules as to who was in what area every night, but
7  I would usually make it out like two months in
8  advance. So I don't know which night that was.
9  Q.  Did you make out those schedules on a
10 computer?
11 A.  I do not remember if it was a computer
12 or if I handwrote it. Oh, it was on a computer, yes.
13 We had a scheduling system. It was an online
14 scheduling system.
15 Q.  Do you still have access to those
16 schedules?
17 A.  I do not.
18 Q.  Does anybody?
19 A.  I do not know.
20 Q.  Do you know if -- excuse me -- Rodney
21 and Betsy kept the church records when it dissolved?
22 A.  I do not know.
23 Q.  And are Colby and Emily still in
24 Wichita?
25 A.  Yes, I believe so.

Morgan
10/04/2018

**Page 65**

1    Q.    What about Melissa and Josh?
2    A.    **Yes.**
3    Q.    Do you have addresses for any of them?
4    A.    **I do not. I mean, I could probably find**
5    **them if I needed to, but I don't know them off the**
6    **top of my head.**
7    Q.    Okay. If you could find those and
8    provide it to your attorney, that would be helpful.
9    A.    **Okay.**
10   Q.    Okay. By the time you got to -- well,
11   let me back up. You said you called your mom?
12   A.    **Yes, to ask her to come help out with**
13   **the other kids.**
14   Q.    And your mom was in Hutchinson --
15   A.    **Yes.**
16   Q.    -- at the time?
17   A.    **Yeah. She was actually at her own**
18   **church at that time.**
19         MR. TORLINE: You're talking about when
20   they are in the car to the ER?
21         THE DEPONENT: Yeah.
22         MR. TORLINE: Okay.
23   Q.    (BY MS. WATSON) Did you call anyone
24   else?
25   A.    **No.**

**Page 66**

1    Q.    Did you text anybody?
2    A.    **I may have texted my mom, like,**
3    **specifics about it, but I don't recall.**
4    Q.    When -- when you asked your mom to come,
5    did you describe the event with D█████?
6    A.    **Yes. I told her the symptoms that he**
7    **was having.**
8    Q.    What was her reaction?
9    A.    **Shock. She didn't have a lot of words.**
10   **She just -- she's very much a -- if there's**
11   **something, she is going to hop to it and do it. So**
12   **she pretty much hung up with me right away to start**
13   **getting ready to go.**
14   **Actually, I believe I called my mom**
15   **first and she didn't answer and then I called my dad**
16   **to get my mom on the phone. But that's what it**
17   **usually -- what usually happens.**
18   Q.    Had you ever been to Wesley-Woodlawn
19   before?
20   A.    **No.**
21   Q.    Do you know if Kevin had ever been there
22   before?
23   A.    **I don't believe he had.**
24   Q.    All right. The stamp on the -- on the
25   sign-in sheet -- and I'll give you that. It's

**Page 67**

1    Exhibit 4. In the top right-hand corner up there,
2    it's upside down, but it says 6:19. Is that in
3    accordance with your memory as far as about the time
4    that you arrived?
5    A.    **Yeah. I mean, if church had run over a**
6    **little bit, it could have been 6:10 when he started**
7    **screaming. It doesn't -- I didn't log that exact**
8    **time in my head, so -- but, yes, that would be**
9    **correct.**
10   Q.    And you said the church was just on
11   K-96?
12   A.    **Yeah. It was just off of K-96, kind of**
13   **over -- I don't know if you know where Bliss rock**
14   **climbing gym is, but it was really close to there.**
15   Q.    Uh-huh.
16   A.    **Yeah.**
17   Q.    Okay.
18   A.    **It was only three to five minutes away**
19   **from the ER, the Wesley-Woodlawn.**
20   Q.    So over by Greenwich?
21   A.    **Yes, that's the road. Yes.**
22   Q.    Okay. All right. And have you seen
23   this sheet before?
24   A.    **This sheet?**
25   Q.    Yes. Exhibit 4.

**Page 68**

1    A.    **I think I may have glanced at it before.**
2    **I have not gone over it, no.**
3    Q.    Okay. The writing at the very top of
4    the sheet, is that yours?
5    A.    **No.**
6          MR. TORLINE: Which writing are you
7    talking about?
8    A.    **At the top? No.**
9    Q.    (BY MS. WATSON) Yeah. Where it says
10   headache, nausea, and then D█████ name and date of
11   birth.
12   A.    **No, that's not mine.**
13   Q.    Okay. Do you know who wrote that?
14   A.    **I don't know specifically. I know that**
15   **when I got to that front desk somebody wrote**
16   **something down on a piece of paper.**
17   Q.    Tell me what you recall about arriving
18   into the emergency room at Wesley-Woodlawn.
19   A.    **So Kevin dropped D█████ and I off. He**
20   **pulled through the ER entrance, the little**
21   **wraparound, pull-around point, and I carried D█████**
22   **in to the front desk. I told them that he had had a**
23   **sudden severe headache at church and that he had been**
24   **screaming about it and clutching the back of his**
25   **head. And I told them that a couple of days prior he**

Page 69

1  had had some nausea.
2       Q.   What did the person say back to you?
3       A.   They actually didn't respond back to me.
4  They turned around in their seat, and there was
5  somebody standing behind them. I don't know if it
6  was a nurse or another clerk. And she told her --
7  she's like, "Sudden headache." And that's all she
8  said, and then the door right next to me opened, and
9  there was a nurse there that took us back.
10      Q.   Okay. Can you describe the person that
11  you first had contact with?
12      A.   The -- older -- well, she was probably
13  50s, 60s, lady. Kind of shorter.
14      Q.   What color hair?
15      A.   I don't remember specifically.
16      Q.   Shorter in stature, you're saying?
17      A.   Yes. Yeah.
18      Q.   Okay. And you saw her write something
19  down on a piece of paper --
20      A.   Uh-huh.
21      Q.   -- but you don't know what that was?
22      A.   I do not.
23      Q.   Did you see her do any typing in the
24  computer?
25      A.   No.

Page 70

1       Q.   And is that everything you told that
2  first person --
3       A.   Yes.
4       Q.   -- was sudden severe headache and nausea
5  previously?
6       A.   Yes.
7       Q.   All right. And then -- and do you
8  remember how this first person was dressed? What
9  color scrubs they were wearing, if they were wearing
10  scrubs?
11      A.   No.
12      Q.   And then the person that she turned
13  around and spoke to, do you remember what clothing
14  they were wearing --
15      A.   I do not.
16      Q.   -- if it was scrubs?
17      A.   No.
18      Q.   Can you describe the person that she
19  told the words "sudden headache" to?
20      A.   I can't describe that person in detail.
21  No, I don't remember exactly what she looked like.
22      Q.   Do you remember anything about her?
23      A.   I know she wasn't tall. She was
24  possibly a little -- well, she was -- she was taller
25  than the person at the front desk, but I don't

Page 71

1  remember hair color or anything like that.
2       Q.   Was her hair long or short?
3       A.   I don't remember.
4       Q.   Okay. And you said the -- first
5  person said to the second person, "Sudden headache,"
6  and then that person --
7       A.   That person left.
8       Q.   -- received that information and walked
9  away?
10      A.   Yeah. And then that person left. And I
11  can't -- like, I couldn't see beyond that area.
12  Because the way the desk was set up, there was like
13  an open area over there, and then she walked away and
14  I -- I couldn't see where she went.
15           (Exhibit 5 marked for identification.)
16      Q.   (BY MS. WATSON)  I'll give you what's
17  been marked as Exhibit 5. And it's Wesley Bates
18  Number W0234. And just to orient you, I believe the
19  -- the kind of pull-in driveway is towards the bottom
20  of that sheet, but --
21      A.   Like right here?
22           MR. TORLINE:  Well, you want to -- I
23  don't want to misrepresent, but tell her where you
24  pointed at.
25           THE DEPONENT:  Sorry. Sorry. Yeah, the

Page 72

1  -- the map is a little more difficult.
2       A.   Oh, okay. So we would have entered
3  here?
4       Q.   (BY MS. WATSON)  Okay. All right. Why
5  don't you put "Enter" on that --
6           MR. TORLINE:  Can you show her where --
7  your understanding of where the front doors are, so
8  we're all on the same page.
9           MS. WATSON:  Well, she pointed to the
10  doors right there, so...
11      A.   If this is the desk, then I know we
12  walked straight to the desk.
13      Q.   (BY MS. WATSON)  Okay.
14      A.   So -- okay.
15      Q.   Are those the doors that face the
16  parking lot, you believe?
17      A.   Yes. Yes.
18      Q.   Okay.
19      A.   Like, it was back in here.
20      Q.   The large parking lot --
21      A.   Yeah.
22      Q.   -- in back? Okay. And then put a --
23      A.   And this is where the desk --
24      Q.   -- put a 1 in a circle, if you would, at
25  the desk where you believe you came into contact with

Morgan
10/04/2018

Page 73

1  the first person.
2       A.    (Complying.)
3       Q.    Okay.  And where was the second person
4  standing?
5       A.    Kind of back over here.
6       Q.    Okay.  Can you fit a 2 in that little
7  circle?
8       A.    Yeah.  (Complying.)
9       Q.    Okay.
10      A.    Sorry.
11      Q.    Thank you.
12            All right.  And so that person walked
13  away without saying anything to you; is that right?
14      A.    Yeah, yeah.  I mean, they weren't -- I
15  -- they weren't part of, like, the people asking me
16  anything.  It was just the person sitting here.
17      Q.    The first person?
18      A.    Yes.
19      Q.    Okay.  And what happened after the
20  second person walked away?
21      A.    The door opened, right here, for us to
22  walk back to a room with a nurse.
23      Q.    Okay.  And do you remember what room you
24  went into or about where it was on this map?
25      A.    It would have been Room 3 or 4, I think.

Page 74

1  I know we went down the hallway and then into the
2  room.
3       Q.    Okay.  So can you kind of draw a line as
4  to the route you believe you took?
5       A.    (Complying.)
6       Q.    Okay.  Were there any stops along the
7  way?
8       A.    No.  We went directly back to the room.
9       Q.    Was Declan weighed prior to going into
10  the room?
11      A.    No.  They asked me what his height and
12  weight were, and I just gave them the general of what
13  I recalled from the last appointment.
14      Q.    And do you remember what you told them?
15      A.    I don't remember the specifics that I
16  told them at that time.
17      Q.    Would you have given it in pounds or
18  kilograms?
19      A.    Pounds.
20      Q.    And in -- I believe your arrow is
21  pointing to Room 4?
22      A.    Yeah.  I -- I'm not absolutely certain
23  that was the room we were in.  I just know we went
24  down the hallway and then directly into a room.
25      Q.    Okay.  Someone led you into that room?

Page 75

1       A.    Yes, the nurse.  So she -- the nurse was
2  asking us questions as we were walking down the
3  hallway about what was going on.
4       Q.    Okay.  So when the door opened, there
5  was a -- a third person standing there?
6       A.    Yes.
7       Q.    That was different from Person Number 2?
8       A.    Yes.
9       Q.    Okay.  Can you describe Person Number 3?
10      A.    She was in her 50s or 60s.  Short hair,
11  kind of like a darker color hair, some gray.
12      Q.    Do you remember what she was wearing?
13      A.    Scrubs.  I don't remember the color or
14  anything like that.
15      Q.    And how did you know that she was a
16  nurse?
17      A.    I believe she introduced herself as a
18  nurse.
19      Q.    Did she tell you her name?
20      A.    I'm sure she did, but I don't remember
21  what it was at that point.
22      Q.    And so you're saying that he was not
23  weighed at any time at Wesley-Woodlawn?
24      A.    No.
25      Q.    And describe the layout of the room that

Page 76

1  you recall being in.  I understand you're not sure if
2  it was 4 or not.
3       A.    Yeah.  So it was a pretty small room,
4  but it had kind of like a recliner in it, like one of
5  those medical recliners, that it's really wide and
6  plastic.  And then to -- so if I was sitting in the
7  chair and looking forward, to my left would be the
8  computer area for the nurses, and then to my right
9  was just a wall.
10      Q.    You said that you -- when you came into
11  the hospital, you were carrying Declan -- Declan in?
12      A.    Yes.
13      Q.    And did you carry him back to the room?
14      A.    Yes.  I carried him all the way back to
15  the room, and then I sat down in the chair with him
16  in my lap.  He was laying with his chest against
17  mine, with his head draped over my shoulder.
18      Q.    Facing back behind you?
19      A.    Yeah.  He was facing the wall behind me.
20      Q.    Okay.  And do you remember what
21  questions the nurse was asking you as you walked
22  back?
23      A.    She asked what was going on.  And I told
24  her that he had had a sudden severe headache at
25  church and that he had been screaming and that I had

Morgan
10/04/2018

Page 77

1  never heard him scream like that, and I was really
2  concerned about it.  I told her that he had had
3  nausea on the Friday and Saturday before that and
4  some balance issues that I had first noticed on
5  Wednesday with the stair rail and then noticed again
6  on Friday.
7             And I told her that I wondered if he was
8  having some sensitivity to light because he was
9  having a hard time opening his eyes when we were
10  riding in the Jeep on the way to Wesley, and when I
11  was asking him questions he was very lethargic and
12  droopy and like his words were being slurred.
13      Q.    Okay.  Anything else you recall telling
14  the nurse at that point --
15      A.    Not at that point.
16      Q.    -- at that initial --
17      A.    Not at that point.  She did ask me some
18  other questions.  She asked me if he had had any
19  aches or sore throat in the past.  I had told her he
20  hadn't complained about a sore throat, but if he did
21  have one I was wondering if he would have said
22  anything about it.  Because his foster sister had had
23  her tonsils out, and if he had a sore throat he might
24  not have said anything about it in fear of needing
25  surgery.

Page 78

1      Q.    Did you tell the first person that you
2  met that D█████ had been vomiting?
3      A.    No.  He had never vomited.
4      Q.    Okay.
5      A.    Prior to going to the ER.
6      Q.    All right.  So the detail that you gave
7  the nurse to begin with was a sudden severe headache
8  at church; he started screaming; you had never heard
9  him that way before.  Correct?
10      A.    Yes.
11      Q.    Okay.  That he had some -- that you
12  wondered if he had some light sensitivity?
13      A.    Yeah.
14      Q.    Because he wasn't --
15      A.    He wasn't wanting to open his eyes while
16  we were on the way there.  They were -- I also told
17  her that they were rolling into the back of his head
18  when he would close them.
19      Q.    And did you use the word "lethargic" to
20  the nurse?
21      A.    Yes.
22      Q.    And what was that meant to describe?
23  What --
24      A.    That he wasn't wanting to -- he
25  basically wasn't wanting to use his muscles.  Like

Page 79

1  his head kept lolling to the side.  It was like he
2  couldn't wake up.
3      Q.    And then you used the word "droopy" here
4  with us today.  Did you say that to the nurse?
5      A.    I used the word "droopy" to describe
6  the -- on the way to the ER?  Is that what you're
7  saying?
8      Q.    I'm asking you, did you use the word
9  "droopy" in describing his signs and symptoms to the
10  nurse?
11      A.    For his eyes, yeah.
12      Q.    That his eyes were droopy?
13      A.    Yeah.  And that he wasn't wanting to
14  open them to the light.
15      Q.    Okay.  And did you tell the nurse
16  specifically that you felt he was slurring his words?
17      A.    Yes.
18      Q.    And did she ask for any more detail
19  about, or did you provide any?
20      A.    I described to her how -- how he was
21  talking when I was asking him questions, that his
22  words were not articulate, that they were -- they
23  were being slurred when I would ask him if he still
24  had a headache or if he was okay.  But she did not
25  ask further questions about that.

Page 80

1      Q.    Did you give her an example?  Did you
2  imitate him?
3      A.    Yes.  I imitated him.
4      Q.    What example did you use for her?
5      A.    So when I was asking him if his head
6  still hurt, he would go "No," like not -- not a,
7  like -- D█████ would usually be like "No," but he was
8  like "No," like not articulating it.  Does that make
9  sense?
10      Q.    Yes.  And I'm trying to determine if the
11  example that you gave is word slurring or is it more
12  a child that's kind of not feeling well and they get
13  a little whimpery, that kind of thing.
14      A.    I specifically told her that he was
15  slurring his words because I noticed it when he was
16  trying to talk.
17      Q.    Okay.  Did D█████ say anything to the
18  nurse in that initial conversation?
19      A.    No.
20      Q.    Did he face the nurse at any point
21  during that initial conversation?
22      A.    No.
23      Q.    Was the nurse writing on a piece of
24  paper or typing in the computer during that initial
25  conversation?

Morgan
10/04/2018

Page 81

1    A.   She started typing once we entered the
2  room.
3    Q.   Okay.  And I wrote down that the nurse
4  asked you about body aches.  Did you tell her that
5  there were not any body aches?
6    A.   Yeah, I was not aware of any body aches
7  at that point.
8    Q.   All right.  Did you describe to the
9  nurse that he had had the two mornings of nausea
10  previous to that day?
11    A.   Yes.  I described that he had had nausea
12  and that it went away after he had eaten something
13  and that he had never vomited.
14    Q.   And did you describe dizziness to the
15  nurse?
16    A.   I described the unbalance, yes.  The
17  incident at the top of the stairs on Friday, I
18  described to her what I witnessed from that.  And I
19  described on the Wednesday before that that he had
20  been grabbing the stair rail to go up the stairs.
21  But otherwise, that was all I had seen.
22    Q.   Did you tell the nurse that his throat
23  had been red the other day?
24    A.   No.
25    Q.   Did you discuss fever with the nurse?

Page 82

1    A.   She asked if he had had a fever, and I
2  told her no.
3    Q.   Did you discuss the fact that Kevin has
4  migraines with the nurse?
5    A.   She asked if there was a family history
6  of migraines, and I told her that Kevin did have a
7  history of migraines as a child.
8    Q.   Did the nurse ask you about prior
9  surgeries?
10    A.   She asked if he had had any, and I told
11  her no.
12    Q.   Do you recall the nurse taking his vital
13  signs at some point?
14    A.   She took his temperature and she put
15  the -- the thing on his finger that reads pulse and
16  oxygen.
17    Q.   Do you recall her taking a blood
18  pressure?
19    A.   No.
20    Q.   And when she put the -- the pulse ox
21  reader on the finger, was he still in your arms and
22  facing back behind you?
23    A.   Yes.
24    Q.   And was that during the first contact
25  with the nurse that she took the vitals?

Page 83

1    A.   Yes.
2    Q.   At what point did she ask you for his
3  height and weight?
4    A.   Towards the beginning.
5    Q.   Okay.  I want to go through the nurse's
6  typewritten note here.  Under her Subjective portion,
7  she put, "Mom reports on Friday patient said he was
8  nausea and wanted something to eat.  After he ate,
9  nausea was gone."
10         Do you recall saying that specifically
11  to her?
12    A.   I didn't tell her that he wanted
13  something to eat, but I told her we had given him
14  something to eat.
15    Q.   Is everything else about that sentence
16  accurate?
17    A.   Yes.
18    Q.   Then she put, "On Saturday same
19  scenario, and today when he woke up he wanted to eat
20  again so he wouldn't get nauseated."
21    A.   He ate normally that morning, but it
22  wasn't specifically so that he wouldn't get
23  nauseated.  He didn't get any nausea on Sunday.
24    Q.   "She denies vomiting."  That's correct?
25    A.   Correct.

Page 84

1    Q.   "She states he has been afebrile"?
2    A.   Yes.
3    Q.   No --
4    A.   That means no fever, right?
5    Q.   Correct.
6    A.   Okay.
7    Q.   "No ear complaints, no cough, no cold
8  symptoms"?
9    A.   Correct.
10    Q.   "She states that she thinks his throat
11  might be red"?
12    A.   I did not state that.  I told her the
13  thing about if he had a sore throat he may not have
14  said it -- said that he had a sore throat.  But I
15  never said that he had a red throat.
16    Q.   So it's not that you don't remember
17  saying it, it's that you're positive you did not say
18  that?
19    A.   I did not say that he had a red throat.
20    Q.   "Today at church he wasn't able to
21  staple something because they wouldn't let him, and
22  he got a headache."  Is that how you explained it to
23  the nurse?
24    A.   That's not the way I worded it, but I
25  did tell him -- tell her that that's when the

Page 85

1 headache started.  I said that he started screaming
2 in pain after they wouldn't let him staple the craft
3 and he had gotten upset about it.
4          Q.    She also states, "He has been dizzy."
5 You told her about that?
6          A.    Unbalanced, yeah, about the top of the
7 stairs.
8          Q.    No other complaints?
9          A.    Well, the lethargy and the -- I mean,
10 the complaints that I stated on the way to the ER
11 about the possible sensitivity to the light and the
12 lethargy and the slurring of words.
13          Q.    All right.  And then she documented that
14 D█████ was alert and oriented.
15          A.    That is not correct.
16          Q.    Okay.  Did you see her interact with him
17 at all during the entire visit at Woodlawn?
18          A.    She never asked him any questions.  The
19 only time she interacted was when she was doing the
20 strep swab.
21          Q.    Okay.  We'll get to that here in a
22 second.  She --
23          A.    Well, she put the pulse ox on his
24 finger.
25          Q.    Did he react to having the pulse ox on

Page 86

1 his finger?  Did it upset him or --
2          A.    No.  He did get upset at one point, but
3 that was not with her.
4          Q.    Okay.  Was someone else in the room when
5 he got upset?
6          A.    Yes.  When the -- the nurse practitioner
7 was in there.
8          Q.    Okay.
9          A.    Or PA.
10          Q.    One or the other?
11          A.    Yeah.
12          Q.    Okay.  We'll get to that in just a
13 moment.  I want to finish going through this note.
14                She put, "He is without distress."
15          A.    He was not showing signs of distress at
16 that moment because he was pretty much just out, over
17 my shoulder.  He appeared to be asleep.
18          Q.    And then she documented that his skin is
19 pink, warm, and dry.  Did you observe any color
20 changes in him?
21          A.    No, not at that point.
22          Q.    She documented that -- I guess it's a --
23 initials for examination of his eyes.  Did she look
24 in his eyes?
25          A.    No.

Page 87

1          Q.    Are you saying that they were closed the
2 entire time that she was in the room for this --
3          A.    Yes.
4          Q.    -- visit?
5          A.    She never did an examination on his
6 eyes.
7          Q.    She documented that his oral mucosa is
8 moist.
9          A.    Is that his mouth?
10          Q.    Yes.
11          A.    She didn't look at his mouth.  She may
12 have glanced at his lips when she was doing the pulse
13 ox, but --
14          Q.    Okay.  She would have seen the mouth in
15 order to do the throat swab?
16          A.    Oh, yes, later.
17          Q.    Okay.  And did you remain holding him
18 the entire time --
19          A.    Yes.
20          Q.    -- you were at the emergency room?
21          A.    Yes.
22          Q.    In that same position, with him facing
23 back?
24          A.    When the nurse was in there.  I did turn
25 him around when the -- I'm sorry -- Dr. Grover or PA

Page 88

1 Grover came in.
2          Q.    Okay.
3          A.    So that she could listen to him.
4          Q.    How soon after the nurse did this
5 initial conversation with you did the PA come in?
6          A.    It was actually directly after, so...
7 there wasn't a lapsed time in-between.
8          Q.    All right.  And tell us what you recall
9 about the conversation with PA Grover.
10          A.    So she came in, asked what was going on
11 that day.  So I described to her that we had been at
12 church and that he had started clutching the back of
13 his head and screaming in pain from -- just screaming
14 "Ow, ow, ow," over and over again.
15                I described to her that he had been
16 nauseous Friday and Saturday morning but that Sunday
17 he had seemed fine and that I had seen a little bit
18 of unbalance on Friday at the top of the stairs, and
19 possibly Wednesday, since he was using the rail to go
20 up the stairs.
21                And I described to her that on the way
22 to the ER he was -- his head was lulling and he
23 seemed lethargic and he was slurring his words when
24 he was speaking.  And that he had been, like, rolling
25 his eyes into the back of his head and not opening

Morgan
10/04/2018

Page 89

1  them very much when I was trying to arouse him, so I
2  wondered if he was sensitive to the light.
3       Q.   Okay.  And it sounds to me like you feel
4  that you told PA Grover the same information that you
5  had given the nurse.
6       A.   I did.
7       Q.   Do you feel that you repeated pretty
8  much everything --
9       A.   Yes.
10      Q.   -- to both people?
11      A.   Yes.
12      Q.   Did you tell PA Grover that he had been
13 irritable?
14      A.   I told her about the depression, not the
15 irritability, that he had seemed sad and that he had
16 talked to Kevin about it.
17      Q.   How did that come up in the
18 conversation?
19      A.   She asked if he had been acting ab- --
20 abnormal the past few days.
21      Q.   Was there any discussion of abdominal
22 pain --
23      A.   No.
24      Q.   -- with PA Grover?
25      A.   She may have asked it, but I would have

Page 90

1  said no because he didn't complain of any abdominal
2  pain other than the nausea.
3       Q.   During the time of the conversation with
4  PA Grover, was he still facing backwards or --
5       A.   So the conversation was happening while
6  she was checking him with the -- her stethoscope, so
7  I had turned him around at that point and he was
8  appearing to be asleep.  He had his head back and his
9  eyes closed.  So his stomach was facing out, and he
10 was leaning back against me with his head back, like,
11 asleep.
12           Can I add something really quick,
13 though?
14      Q.   Sure.
15      A.   That's actually when he started
16 protesting, though, was when she was putting the
17 stethoscope on him.  And he -- he did rouse at that
18 point and started saying, "No, I don't want a flu
19 shot.  I don't want a flu shot," because he thought
20 that he was going to get a flu shot.  Because almost
21 every time he would go to the doctor, it was during,
22 like, the beginning of flu season and it was his
23 yearly physical, and so he would get a flu shot every
24 time he went to the doctor.
25           But he was hardly ever sick enough to

Page 91

1  actually go in, like, to -- to a doctor, so that's
2  what he associated a doctor with was a flu shot.  So
3  he was complaining about that.  And so we kept trying
4  to explain to him, "You're not going to get a flu
5  shot," and he didn't seem to be comprehending that.
6  He just kept repeating it until she stopped touching
7  him.
8       Q.   So take us through what examination she
9  did.
10      A.   So she listened to him with her
11 stethoscope.  She looked in his ears, and she told me
12 that they looked like they were -- the eardrum was
13 bulging out, so she said that may be why he was
14 dizzy, that there was possibly fluid behind his ears.
15           And then she looked at his throat, but
16 he needed assistance in looking at his throat.  So he
17 wasn't opening his mouth so I held his chin down and
18 helped her look in his throat.
19      Q.   And she did that with a light and the
20 tongue depressor?
21      A.   She didn't use a tongue depressor, but
22 she did use a light.
23      Q.   Did she look in his eyes with the
24 light --
25      A.   No.

Page 92

1       Q.   -- or --
2       A.   No.
3       Q.   And did she listen to the -- the chest
4  in the front and -- and in the back with the
5  stethoscope?
6       A.   She just -- she listened to the chest
7  first, and then I tilted him forward and she listened
8  to the back.
9       Q.   Did she feel along his neck, kind of
10 under his jaw?
11      A.   Yes.
12      Q.   Did she make a comment when she did
13 that?
14      A.   No.
15      Q.   Did you tell her that he was having
16 increased fatigue today?
17      A.   I did not tell her that he was having
18 increased fatigue.  I told her that he had acted a
19 little depressed, earlier when we had the
20 conversation, and that he was acting lethargic on the
21 way there.  And she could see that he was lethargic
22 at that point because he was basically asleep in my
23 arms.  I didn't describe it as fatigued, though.
24      Q.   Did you use the word "lethargy" with
25 PA Grover?

Morgan
10/04/2018

Page 93

1    A.   "Lethargic"?  Yes.
2    Q.   "Lethargic."
3         MR. WOODING:  Was that a "yes"?
4         THE DEPONENT:  Yes.  Sorry.
5         MR. WOODING:  Okay.
6    Q.   (BY MS. WATSON)  At any point did you
7  tell the nurse or PA Grover that he was disoriented?
8    A.   No.  I don't -- I didn't use that word
9  specifically.
10   Q.   Did you ever use the word "photophobia"?
11   A.   No.  I said "sensitive to light."  Is
12 that the same thing?
13   Q.   I think so, but I just wanted to know if
14 you used that particular word.
15   A.   Okay.  No, I didn't use that word.
16   Q.   Did you discuss -- well, strike that.
17        Did PA Grover make any statement when
18 she looked in D█████ throat?
19   A.   She said it looked a little red.
20   Q.   Okay.  Anything else she said about
21 that?
22   A.   No.
23   Q.   Did she talk to you about doing the
24 strep swab?
25   A.   Yes.  She said that she was going to

Page 94

1  order a strep swab and we would go from there.
2    Q.   Okay.  And is that the next thing that
3  happened was --
4    A.   Yeah.  There was a little bit of time
5  in-between.  So both the nurse and she left, and I
6  was in there with D█████ by myself before the nurse
7  came back in to do the strep swab.
8    Q.   Okay.  And did D█████ -- well, was he
9  still facing out or did you bring him back facing to
10 you?
11   A.   He was still facing out.  He wasn't
12 rousing so I left him the way he was.
13   Q.   Meaning he was still sleeping with his
14 head against you?
15   A.   His head was back against my shoulder
16 and his back was to my chest.
17   Q.   And then about how long do you estimate
18 before they came in to do the throat swab?
19   A.   About five minutes.  It was not a long
20 wait.
21   Q.   And was it that same nurse that did the
22 throat swab --
23   A.   Yes.
24   Q.   -- that had spoken to you initially?
25   A.   Yes.

Page 95

1    Q.   Okay.  And how did D█████ do with the
2  throat swab?
3    A.   Well, he didn't enjoy it.  You could
4  tell just by his facial expressions.  But he was able
5  to sit up to do it, but I did help hold his mouth
6  open because he was trying to wretch his head away.
7  She was describing it as a tickle in the back of the
8  throat, but I think he felt it as more than a tickle.
9    Q.   So he would not open his mouth
10 voluntarily?
11   A.   No.  He did not want to open his mouth,
12 so I -- I did his chin the same way as when the --
13 when she had looked in his throat.
14   Q.   All right.  And did he gag at all when
15 she did the throat swab?
16   A.   Yes.
17   Q.   Okay.  Did he vomit?
18   A.   No, not at that time.
19   Q.   Did he throw up at any time in the
20 emergency room?
21   A.   He did.  So she had already left the
22 room, and about five to ten minutes later he threw
23 up.  He sat bolt upright and lost a very large
24 amount, and then he laid back down, and then he did
25 it again.  So he had two profuse vomiting episodes.

Page 96

1         There was someone walking by in the
2  hallway that noticed it, and so they said -- I don't
3  know who it was, but they said they were going to go
4  get a custodian to help clean it up.
5    Q.   It wasn't the nurse that was --
6    A.   No, it was somebody different.  I don't
7  know who it was.
8    Q.   And about how long did it take before
9  someone came to clean it up?
10   A.   It wasn't long.  It was maybe a couple
11 of minutes.  So they came in and cleaned it up.  I
12 mean, they couldn't clean all of it up because it was
13 mainly on our clothes because he had been sitting on
14 my lap.  So, like, my pants were covered.  His whole,
15 like, everything was covered.  I think I had a spare
16 shirt in the bag so I changed his shirt, but his
17 pants were still pretty covered.
18   Q.   Okay.  And let me back up a little bit.
19        Kevin came into the emergency room after
20 you arrived or --
21   A.   I don't know.  I -- I don't know --
22   Q.   Okay.  He was not in the emergency room
23 when you came in with D█████?
24   A.   No.  I walked in with him by myself.
25 D█████ -- or Kevin was at no point back there with me

Morgan
10/04/2018

Page 97

1   with D[redacted].

2      Q.   Okay.  Did Kevin at some point arrive
3   into the emergency room?
4      A.   He told me that later he went and sat in
5   the waiting room.
6      Q.   With the foster children?
7      A.   Uh-huh.
8      Q.   Yes?
9      MR. TORLINE:  Is that a "yes"?
10     THE DEPONENT:  Yes.  Sorry.
11     Q.   (BY MS. WATSON)  Were you calling Kevin
12  to give him updates from the exam room?
13     A.   No, I don't remember calling him from
14  the exam room.  I may have texted him or -- I -- I
15  texted him when we were done, to let him know to come
16  pick us up, because I didn't know he was in the
17  waiting room at all at any point.  So I thought he
18  was in the parking lot.  So I wanted him to pull the
19  car -- or the Jeep around so that I wouldn't have as
20  long to walk since I was carrying him.
21     Q.   Did you make any phone calls while you
22  were in the emergency room?
23     A.   Not that I recall.
24     Q.   Do you remember texting anyone
25  specifically?

Page 98

1      A.   Kevin.
2      Q.   Besides Kevin about leaving?
3      A.   Not that I recall.  I may have texted my
4   mom asking an update, like when she was going to be
5   there, but...  It was actually -- there wasn't a lot
6   of down time in the ER there.
7      Q.   All right.  And so you said someone came
8   and cleaned up the -- the vomit fairly quickly?
9      A.   Yes.
10     Q.   And what is the next thing that
11  happened?
12     A.   So the nurse came back in, and the PA
13  came in shortly after, and told me that the strep
14  test had been positive.  Excuse me.
15     Q.   All right.  At some point did you tell
16  either the nurse or the PA that he had vomited?
17     A.   Yes.
18     Q.   And did they ask any questions about
19  that, as far as amount or description?
20     A.   They didn't ask any questions, but the
21  nurse said that that could happen after doing a strep
22  swab.  I explained that it wasn't right afterwards,
23  that it had been a little while after he got the swab
24  that he had vomited, but she said it could still
25  happen that way.

Page 99

1      Q.   How long do you estimate it was between
2   getting the swab and him throwing up?
3      A.   At least five minutes.
4      Q.   All right.  And did you tell that to the
5   nurse just as she first came in the room that second
6   time?
7      A.   Yeah.  So it was pretty evident that he
8   had vomited because the room was still smelling and
9   he was covered in vomit, but I did tell him -- tell
10  her that he had vomited when she came back in.
11     Q.   Okay.  Did you also tell the PA that,
12  about the vomiting?
13     A.   Yes.  Yes.
14     Q.   And did she have a response?
15     A.   She said the same thing, that it was
16  probably because of the strep swab.
17     Q.   Okay.  And so the PA was the one that
18  told you that the strep test was positive?
19     A.   Yes.
20     Q.   And what other discussion was there?
21     A.   I started arguing with her about it.
22  I -- well, questioning her about it at first.  I
23  questioned her as to why he wouldn't have a fever,
24  first of all, if he had strep.  She told me that
25  sometimes there can be strep without the fever.  And

Page 100

1   so then I asked her why he would be acting like this,
2   meaning why -- why is he not waking up, why is he so
3   sleepy and tired, if it's just strep.  Why would he
4   have that bad of a headache if it was just strep.
5         And she said that headache can go along
6   with it and so can dizziness.  And I told her, you
7   know, he was screaming -- he was screaming in church
8   with that headache.  And I told her, "I don't know
9   how strep throat can cause a headache that bad, to
10  where you're screaming about it."
11        And at this point she started getting
12  irritated with me, and she started rushing her words.
13  And she started saying, "Well, that's -- that's just
14  the way it was this time."  And I said, "Well, I
15  don't understand how strep could make him this sick."
16  And she was like, "Well, strep is an entirely
17  different beast.  It's a whole different ballgame.
18  It's -- you just -- you don't know how it's going to
19  affect each kid."
20        And I told her, I said, "I think this is
21  more than strep.  This -- I don't -- this just can't
22  be just strep."  And at that point she had migrated
23  to the edge of the door, like the -- the sliding door
24  thing, and she was like right on the lip of it.  And
25  she -- she basically yelled at me, "Well, that's just

Morgan
10/04/2018

Page 101

1 the way it is this time," and walked off.
2            And I was very upset. I was -- I was
3 very upset. I was visibly upset. I told the nurse
4 that I was upset. I said, "I don't -- why is she not
5 listening to me? I don't understand how he could be
6 this sick with strep throat. It doesn't make any
7 sense." And I -- I went on for quite a while with
8 the nurse, trying to tell her, "There's no way.
9 There's no way that he could have that bad of a
10 headache with strep throat. I don't -- I don't
11 understand this. This doesn't make any sense."
12            And the only thing she did was say, "I
13 know. I'm sorry." That's it. And I was -- I was
14 just so upset.
15      Q.    Was the nurse present for the
16 conversation with the PA?
17      A.    Yes.
18      Q.    The entire time?
19      A.    Yes. Yes.
20      Q.    Did you ask to speak to a doctor at any
21 time?
22      A.    At that point I thought she was a
23 doctor. I thought Grover was a doctor.
24      Q.    At what point did you learn she was a
25 PA?

Page 102

1      A.    Not until we had filed the lawsuit. I
2 didn't know anything. I didn't know what she was. I
3 assumed she was a doctor. I didn't know that she
4 wasn't.
5      Q.    Had D████ ever had strep throat before?
6      A.    No.
7      Q.    Had any of your foster children ever had
8 strep throat?
9      A.    No.
10      Q.    What was --
11      A.    I had had strep throat.
12      Q.    On how many occasions?
13      A.    Once.
14      Q.    And your experience with strep throat,
15 you're saying, was different than D███████?
16      A.    Extremely different. It was just a sore
17 throat. Like I remember having a fever and not
18 feeling well, but I was certainly not passing out. I
19 -- I mean, I remember being able to go back to school
20 soon afterwards. It was not that bad. I
21 specifically remember being at the doctor's when I
22 had strep throat as a kid and them looking at my
23 throat. And he was, like "Oh, that's definitely
24 strep," because he said that there were, like, giant
25 white patches on my tonsils.

Page 103

1            But I -- I mean, I remember it clearly.
2 And I remember that I did not feel that sick. It
3 just -- it didn't line up at all.
4      Q.    Do you have any other experience with
5 strep throat --
6      A.    No.
7      Q.    -- as far as how it presents or looked
8 up symptoms prior to that?
9      A.    No. I know my mom had had strep throat,
10 and she said that hers was interesting because it was
11 just a little bit sore. And she had had a fever, but
12 it only lasted a day, which was lucky for her because
13 I think usually the fever lasts longer. But I don't
14 have any other experience with strep throat.
15      Q.    So how was it that you were so sure that
16 strep did not present that way?
17      A.    Because, I mean, I would assume that I
18 would have heard about other people's kids, like,
19 screaming about a headache if there was -- if it was
20 strep throat. I mean, it was like he was -- on the
21 way to the ER, I felt like he was dying. And strep
22 throat doesn't cause you to just die as one of the
23 first symptoms. That's what it seemed like to me,
24 like he -- honestly, it looked like he was dying on
25 the way to the ER.

Page 104

1      Q.    And that was based on him not wanting to
2 hold his head up?
3      A.    That was based on him going unconscious,
4 not wanting -- not speaking clearly, not rousing
5 well. I mean, I had never heard a child scream like
6 he did with that headache, ever. And, you know, we
7 had three other kids in the house that definitely
8 screamed, threw temper tantrums. I had never heard
9 something like that.
10      Q.    When you say he was unconscious in the
11 car --
12      A.    It was like he was going unconscious. I
13 didn't say he was unconscious. It was like he was --
14      Q.    Okay.
15      A.    -- becoming unconscious.
16      Q.    Okay. And why do you use that term as
17 opposed to just being very sleepy?
18      A.    Because if you think about somebody
19 passing out, their eyes roll to the back of their
20 head, and that's what his were doing.
21            THE VIDEOGRAPHER: We have about five
22 minutes left on the video file.
23            MS. WATSON: I guess it's as good a time
24 as any for a break.
25            THE DEPONENT: Okay.

Page 105

1    MS. WATSON:  So let's go ahead and take
2  a break.
3    THE VIDEOGRAPHER:  Okay.  This ends
4  Video Number 1.  We are off the record.  The time is
5  11:03 a.m.
6    (Recess taken from 11:03 a.m. to 11:13 a.m.)
7    (Exhibits 6 through 8 marked for
8  identification.)
9    THE VIDEOGRAPHER:  This begins Video
10  Number 2.  We are back on the record.  The time is
11  11:13 a.m.
12    Q.  (BY MS. WATSON)  Okay.  Let's go back
13  and cover just a couple things.  As far as the vital
14  signs, do you recall what they were when the nurse
15  took those?
16    A.  I do not.  I know she said that he
17  didn't have a fever.  That's all I remember.
18    Q.  Okay.  Did she make any comment about
19  her -- his vital signs being normal, abnormal?
20    A.  No.
21    Q.  No.  Okay.
22    Were they on a screen that you could
23  see?
24    A.  No.
25    Q.  But she did them in -- in the room when

Page 106

1  you guys were sitting in the recliner chair?
2    A.  Yeah.  So the computer was, like, facing
3  away from me.  Does that make sense?  Like the -- it
4  was next to me but facing towards the door, and I was
5  leaning back with him on my lap.
6    Q.  The computer that she was documenting on
7  or the machine that she used to take the vitals?
8    A.  I guess I thought they were the same
9  thing.  I never saw a screen with vitals on it.
10    Q.  Okay.  At any point prior to coming to
11  the emergency room, had D█████ had a rash?
12    A.  No.
13    Q.  At any point prior to coming to the
14  emergency room, had he had -- or had he complained of
15  knee pain?
16    A.  No.  Are you talking about like within
17  the few weeks before?  Because --
18    Q.  In the several days that we are kind of
19  focusing on.
20    A.  Okay.  Because he had a rash as a baby.
21    Q.  Sure.  Sure.
22    A.  Yeah, no, not right -- not before.
23    Q.  Okay.  And then did the nurse ask about
24  his pain levels while he was --
25    A.  She asked if --

Page 107

1    Q.  -- in the room?
2    A.  Oh, sorry.
3    Q.  That's fine.
4    A.  She asked if he had any aches or pains,
5  and that -- I told her about the head.
6    Q.  Any other discussion about pain?
7    A.  No.
8    Q.  And was he crying at any point during
9  the emergency room visit?
10    A.  No, he was not.  He was -- except for
11  when he was protesting, saying he didn't want a flu
12  shot.  That wasn't truly crying.  It was -- it was a
13  kind of a panicky...
14    Q.  Can you recall the total number of times
15  that the nurse came in and out of the room?
16    A.  I can't recall the exact number.  It
17  would have been when we were first there.  She
18  remained there with Glover -- or when she came in.
19  So -- and then she came in and out for the strep
20  swap, and then she came in and out at the end.  So
21  approximately three times.
22    Q.  And how many different times did the PA
23  come in and out of the room?
24    A.  Twice.
25    Q.  The initial examination and then to come

Page 108

1  back in and tell you that the strep swab was
2  positive?
3    A.  Yes.
4    Q.  How did the PA introduce herself when
5  she first came into the room?
6    A.  I do not remember exactly how she
7  introduced herself.
8    Q.  Are you saying she didn't identify
9  herself as a PA?
10    A.  I do not remember her identifying
11  herself as a PA, no, because I assumed she was a
12  doctor.
13    Q.  Okay.  And the conversation that you
14  conveyed to us about the discussion that you felt
15  like it couldn't be strep, did you ask to speak to
16  anyone else at that time?
17    A.  No.  I didn't know there was anybody
18  else available.  I thought she was the doctor for the
19  ER.
20    Q.  Did you ask to speak to a supervisor or
21  a manager of the ER?
22    A.  No.  As far as I knew, the doctor was
23  the top person at an ER.  I mean, I wouldn't have
24  known that you could go up any further.
25    Q.  Did you discuss with the PA the plan for

Page 109

1  dismissal and giving the antibiotics to go home on?
2       A.   Yeah.  She wrote the prescription for it
3  and said that we should pick that up.
4       Q.   Is that all she said about the
5  antibiotic?
6       A.   Most of the conversation about dismissal
7  I had with the nurse.
8       Q.   Anything else you can remember about
9  dismissal conversation with the PA?
10      A.   No.  She walked out the door when I was
11 still trying to talk to her.
12      Q.   About how long do you believe that
13 conversation lasted with the PA, the second
14 conversation?
15      A.   Three to five minutes.  She got out of
16 the room pretty quickly.
17      Q.   All right.  And you recall the nurse
18 saying "I'm sorry"?
19      A.   She said, "I know.  I'm sorry."
20      Q.   And then did she cover the dismissal
21 instructions with you?
22      A.   Yes.  She handed me a sheet of papers,
23 like, describing what had been diagnosed and what the
24 antibiotic regimen was.  And then she instructed us
25 to pick it up on the way home, to start it soon.

Page 110

1       Q.   Okay.  I have marked the dismissal
2  instructions with the -- the final sheet with writing
3  on it as Exhibit Number 7.  So it's WMC 16 through
4  19.
5            Is that something that the nurse
6  provided you upon dismissal?
7       A.   Yes, she did provide us with the
8  discharge paperwork.
9       Q.   Did you have this in front of you when
10 you were discussing dismissal with the PA?
11      A.   No.
12      Q.   This was brought in after that?
13      A.   The nurse handed it to me after that.
14 It was the final thing that happened before we left
15 the ER.
16      Q.   Okay.  Did the nurse go over this with
17 you?
18      A.   She went over -- the discharge
19 paperwork, is that what you're asking?
20      Q.   Yes, this document, Exhibit 7.  Did she
21 go over it page by page with you?
22      A.   Not page by page.  She kind of went over
23 a general overview.
24      Q.   All right.  Did she go over the symptoms
25 that go along with strep throat --

Page 111

1       A.   No.
2       Q.   -- that are on page 1 and 2?
3       A.   No, she did not.
4       Q.   Did she go over the portion that starts,
5  "You should seek medical attention immediately"?  Did
6  she go over that -- those bullet points?
7       A.   No.
8       Q.   Did she go over the follow-up
9  information of, "Follow up with your physician in one
10 to two days"?
11      A.   Yes.
12      Q.   Did she go over the Additional
13 Information section with you, those three --
14      A.   She did -- she did tell me that it was
15 going to be cultured but that it didn't really matter
16 since it was a positive result.
17      Q.   Okay.  And then --
18      A.   But she didn't go over additional tests.
19      Q.   Did she talk to you about the
20 amoxicillin prescription?
21      A.   Yes.
22      Q.   What did she tell you about that?
23      A.   She told me how often that we would be
24 giving it and how much.
25      Q.   And she gave you a paper script --

Page 112

1       A.   Yes.
2       Q.   -- to take?
3            And did she tell you the, "If side
4  effects develop, such as a rash, difficulty
5  breathing, or severe upset stomach, stop the
6  medication and call your doctor or the emergency
7  department"?
8       A.   No.
9       Q.   Did she go over the Preventive Health
10 Instruction section with you?
11      A.   Not that I recall.
12      Q.   All right.  On the last page of that
13 exhibit, is that your signature on the patient
14 representative's signature line?
15      A.   Yes.
16      Q.   And is that the nurse's handwriting --
17 or do you know if that is the nurse's handwriting --
18      A.   I would not know.
19      Q.   -- on the corner?
20      A.   I would not know.
21      Q.   It's not your handwriting?
22      A.   No.
23      Q.   If that indicates about the time that
24 she went over this with you, does that accord with
25 your recall?

Page 113

1      A.      I'm sorry.  Can you repeat that?
2      Q.      If 1920 is about the time she went over
3    this with you, does that match what you recall --
4      A.      Oh.
5      Q.      -- about the time of dismissal?
6      A.      Is that 6:20 or 7:20?
7      Q.      That's 7:20.
8      A.      Yeah, that would match up.  Yes.
9      Q.      Okay.  What else do you remember the
10   nurse talking about, as far as dismissal goes?
11     A.      That's all.
12     Q.      And you said she went over -- I'm sorry.
13   Did you say -- the "You should seek medical
14   attention" section, did you say she went over that
15   with you or did not?
16     A.      About the medication?
17     Q.      On the second page, reasons to return to
18   the emergency room.
19     A.      No, not that I recall.
20     Q.      Okay.  But did she tell you to return if
21   he couldn't keep the medicine down?
22     A.      No.
23     Q.      Did she tell you to return if he got
24   worse?
25     A.      No.

Page 114

1      Q.      Did she tell you to call back to the
2    emergency room if you had any questions or concerns?
3      A.      Yes, she did.
4      Q.      Anything else you remember her saying?
5      A.      No.
6      Q.      All right.  We were given a couple of
7    phone logs.  I have marked -- I believe it's your
8    phone log, although it's not labeled, as Exhibit 6.
9    Is that something you provided to your attorneys for
10   this case?
11     A.      Yes.
12     Q.      And does that appear to be your phone
13   log?
14     A.      Yes.  The amount of times that Kevin has
15   called.
16     Q.      What carrier do you use?
17     A.      Verizon.
18     Q.      And is that the actual phone records or
19   is that a typed-up reflection of the phones records?
20     A.      These are the actual phone records.
21     Q.      And where it says "sent" and "received,"
22   in that column, does that indicate only phone calls
23   or does that include text messages?
24     A.      I believe it's only phone calls.  I --
25   I'm not exactly sure about that.

Page 115

1      Q.      Okay.
2      A.      I don't know how they record phone logs.
3      Q.      Okay.  If we go to the first page of
4    that exhibit, at 6:15 -- well, let's back up.  You
5    had a call to your mom at 6:14?
6      A.      Yes.
7      Q.      And that would have been from the car?
8      A.      Yes.  So that's what I was talking
9    about.  A lot of times I will call my mom and she
10   won't answer, so I call my dad to get her on the
11   phone.
12     Q.      Okay.
13     A.      You can see I called my dad right after
14   that, Ron.
15     Q.      Sure.  Okay.  And then at 6:47 there was
16   a three-minute call from you to Kevin?
17     A.      Yes.
18     Q.      Okay.  And so that would have been while
19   you were back in the room in the emergency room?
20     A.      Yes.
21     Q.      Okay.  Do you remember what you
22   discussed with Kevin at that time?
23     A.      I do not remember what I discussed at
24   that time.
25     Q.      Did he tell you at that time he was

Page 116

1    sitting in the waiting room?
2      A.      No.
3      Q.      Did you talk to him about anything that
4    the nurse had said up to that point or the PA?
5      A.      Probably.  I don't remember exactly what
6    I said though.
7      Q.      Okay.  The next call is 6:57 for three
8    minutes.  It looks like Kevin called you.  Is that
9    what "received" means?
10     A.      Yes.
11     Q.      Okay.  Do you remember why Kevin called
12   you at that time?
13     A.      I do not specifically recall.
14     Q.      Do you know generally?
15     A.      He was probably asking if we were almost
16   done.
17     Q.      Do you remember what you told him?
18     A.      I do not.
19     Q.      You don't remember anything that was
20   said in that phone call?
21     A.      I -- I don't remember specifically what
22   I said.  I know that we had a conversation during
23   that time about when are we going to be done, and I
24   explained to him about how he had had a strep swab.
25     Q.      Okay.  And then at 6:59 you called him

Morgan
10/04/2018

Page 117

1  for one minute?
2       A.  **Uh-huh.**
3       Q.  Do you remember what you said at that
4  time, or if you reached him?
5       A.  **I don't remember specifically what I**
6  **said about that time.  Oftentimes we will have phone**
7  **conversations back and forth about communication as**
8  **to when we're picking up or dropping off.  So it was**
9  **probably constant communication about when we were**
10 **going to be done, whether he should go home, stay**
11 **there with the kids, that type of thing.**
12      Q.  Okay.  I thought you said earlier that
13 you didn't know that Kevin had been in the emergency
14 room during the time that you were back in the room?
15      A.  **I did not.  I assumed he was out in the**
16 **parking lot waiting with them.**
17      Q.  But you learned from him later that he
18 had been sitting --
19      A.  **Yes.**
20      Q.  -- there that entire time?
21      A.  **Not until months later.**
22           **Oh, sorry.**
23           MR. TORLINE:  Yeah.  One at a time.
24      A.  **I'm sorry.  Yeah.  No, not until months**
25 **later.  We didn't even discuss it until quite a while**

Page 118

1  later.
2       Q.  (BY MS. WATSON)  Was he in the waiting
3  room when you came out with D▓▓▓▓▓?
4       A.  **No.**
5       Q.  How did you get home?
6       A.  **He was in the parking lot with the kids,**
7  **in the Jeep.**
8       Q.  Okay.  So that's where he waited?  Or
9  did he come into the waiting room at some point?
10      A.  **He told me that he came into the waiting**
11 **room, but I was unaware of it at the time.**
12      Q.  Did he tell you whether he asked about
13 D▓▓▓▓▓ status to anyone in the waiting room?
14      A.  **He did not tell me at that time.  He**
15 **told me later that he had.**
16      Q.  Okay.  And do you know who he talked to?
17      A.  **I do not.**
18      Q.  Do you know what they said to him?
19      A.  **No, I don't know what they said to him.**
20      Q.  He just said, "I asked how D▓▓▓▓ was
21 doing"?
22      A.  **He told me that he had asked if he could**
23 **go back there, and they kept telling him to wait.**
24 **That's all I know.**
25      Q.  Okay.  Then there was a call at 7:05 for

Page 119

1  two minutes from you to Kevin?
2       A.  **Uh-huh.**
3       Q.  Yes?
4       A.  **Yes.  Sorry.  Yes.**
5           MR. YOUNG:  How many minutes?
6           MS. WATSON:  Two.
7       Q.  (BY MS. WATSON)  Do you recall what was
8  discussed on that phone call?
9       A.  **I don't -- I don't remember the**
10 **specifics for each separate phone call.  I know that**
11 **we walked about how he was doing and who he had seen**
12 **and what was being done.**
13      Q.  All right.  And by that point, in the
14 close-to-7:00 time frame, you had been told about the
15 strep swab being positive; is that correct?
16      A.  **Most likely around the 7:10 time frame.**
17 **He called me at 7:10.  It says he called me.**
18      Q.  Okay.  But you think it was a little bit
19 later in time, closer to the 7:10 time frame, that
20 you found out about the strep swab being positive?
21      A.  **I -- it was probably between the 7:05**
22 **and the 7:10.  I would have told him about it at the**
23 **end because I found out about the strep swab being**
24 **positive like right at -- right before we were**
25 **discharged.**

Page 120

1       Q.  Okay.  And you said that there was a
2  three- to five-minute conversation with Bridget
3  Grover after you found out about the strep swab
4  result?
5       A.  **When she came in to give the result.**
6       Q.  Okay.  And so do you think this 7:10
7  conversation with Kevin was before the conversation
8  with Bridget Grover, or after?
9       A.  **I do not specifically know.  I would**
10 **imagine it was -- it was after.**
11      Q.  And you don't remember specifically what
12 was discussed?
13      A.  **No.**
14      Q.  All right.  And then there was a call at
15 7:14 for two minutes to your mom?
16      A.  **Yes.**
17      Q.  And what was discussed with her at that
18 time?
19      A.  **Where she was, if they were there, what**
20 **they were going to do.  I know I had quite a few**
21 **phone calls with her about supper because the other**
22 **kids hadn't eaten yet and we needed them to be able**
23 **to eat.  So I was calling her back and forth about**
24 **where they could possibly go pick up food.**
25           **So I know they had gone to our house,**

Page 121

1   and then I had asked her if they could pick up food.
2   So they went out to get food, and I -- she called me,
3   asking what they wanted.
4        Q.   Okay.  So you don't believe you were
5   expressing to your mom any of your concerns about
6   Doctor being more severe than just a strep throat,
7   that it didn't make sense to you, that these symptoms
8   don't match up?
9        A.   No, not on the phone.
10       Q.   Did you express it in text to her?
11       A.   No.  I expressed it to her -- I -- I
12   don't remember texting her about it, but I expressed
13   it to her when we got home.
14       Q.   All right.  Do you believe that you
15   expressed any of that to Kevin on the phone during
16   the calls that you made from the emergency room?
17       A.   I remember expressing that to Kevin as
18   soon as we got back into the Jeep because that's when
19   I was upset about it.
20       Q.   And was there any discussion about going
21   back in and insisting that he be seen by somebody
22   else?
23       A.   Not there.
24       Q.   When you left the room with Doctor and
25   the dismissal instructions and the script, were you

Page 122

1   carrying him again?
2        A.   Yes.  Yes.
3        Q.   And did you carry him all the way to the
4   Jeep?
5        A.   Yes.
6        Q.   And did he change in demeanor at all
7   during the time exiting?
8        A.   No.
9        Q.   And from the time that you entered
10   Wesley-Woodlawn to the time you exited, did you
11   notice any change in his level of alertness, his
12   complaints, anything like that?
13       A.   No.
14       Q.   All right.  And I think I asked you
15   this, but you don't specifically recall sending any
16   text messages while you were at Wesley-Woodlawn; is
17   that right?
18       A.   I don't specifically recall, no.
19       Q.   All right.  And then the phone call to
20   your mom at 7:26, would that have been after you
21   exited Wesley-Woodlawn or were you still there?
22       A.   That would have been after we exited.
23   We were most likely on the way to the pharmacy.  And
24   that's when I would have been talking to her about
25   food and -- I mean, there were several conversations

Page 123

1   there where we were communicating back and forth
2   about where are you, when are you getting here, are
3   you getting the food, all of that.
4        Q.   But it wasn't until you got home and
5   your mom was at your house that you expressed concern
6   to her about the symptoms and the strep swab?
7        A.   That's when I started telling her that I
8   was still concerned about the way that he was acting.
9   I -- I may have told her over the phone what the
10   diagnosis was.
11       Q.   Do you remember what her response was
12   when you told her that?
13       A.   Not specifically.
14       Q.   Do you remember any questions that you
15   asked of the nurse at dismissal?
16       A.   Any questions that I asked of her?  I
17   asked her the same questions that I had asked the PA
18   -- the PA.  So I asked her why he would have that
19   severe of a headache, why he would be acting this way
20   with strep throat.  But I didn't get responses from
21   the nurse about that.
22       Q.   She just didn't make a response or --
23       A.   She said, "I know.  I'm sorry."
24       Q.   How many times did she say, "I know.
25   I'm sorry"?

Page 124

1        A.   Once.
2        Q.   I thought she said, "I know.  I'm sorry"
3   when you expressed dissatisfaction with your
4   interaction with the PA.
5        A.   It was all at the same time.
6        Q.   Okay.  So when the PA left, tell me what
7   you said to the nurse at that point.
8        A.   I turned to the nurse.  I asked the same
9   questions that I had asked the PA.  I said, "Why
10   would he have this severe of a headache with strep
11   throat?  It doesn't make sense why he is acting this
12   way.  Why he is so lethargic?  And I have never seen
13   my child act this way before.  Why is he -- why is he
14   acting like this just for strep throat?"
15            Then I expressed to her that I was upset
16   how the PA had just left the room.  I asked her how
17   she could just do that and just walk away when I was
18   still in the middle of trying to talk to her.  And
19   she said, "I know.  I'm sorry."
20       Q.   Did you ever ask for him to be admitted?
21       A.   No.
22       Q.   Why not?
23       A.   That's not my call.  I'm not a doctor.
24       Q.   Did it at any time seem to you that the
25   nurse thought that he was unstable or shouldn't be

Morgan
10/04/2018

Page 125

1  dismissed?
2      A.   I did feel that way when she said, "I
3  know.  I'm sorry."  I did feel like she was
4  sympathizing with me and possibly thought that there
5  was more going on, but she never specifically said
6  that.
7      Q.   What gave you the impression that the
8  nurse thought there was more going on?
9      A.   Her facial expression.  And she did seem
10 very apologetic for the way the PA had acted.
11     Q.   Okay.  So how did you distinguish from a
12 facial expression that she was thinking something
13 more was going on as opposed to sympathizing with you
14 about your interaction with the PA?
15     A.   Well, sympathizing with me, in my mind,
16 would mean that she believes that I do have a reason
17 for feeling that way.
18     Q.   Just based on her statement of "I know.
19 I'm sorry"?
20     A.   Yes.
21     Q.   Nothing else that she indicated to you
22 along those lines?
23     A.   No.
24     Q.   Did it seem to you at any time that the
25 PA thought something more was going on with him than

Page 126

1  she had explained to you?
2      A.   No.  She seemed like she was very
3  confident in what she had diagnosed, and she was very
4  annoyed with me for continuing to pressure her.
5      Q.   Did you discuss with Kevin, when you got
6  into the Jeep, going to another hospital?
7      A.   Not going to another hospital.  I
8  discussed how I felt the PA's behavior was rude and
9  that I felt like she wasn't fully listening to me.
10 At that point, we discussed getting the antibiotic
11 and seeing how it would help, like if it would work.
12         So we went to a pharmacy, but it was
13 closed.  So we went to another one, put the -- gave
14 them the prescription.  And they weren't going to
15 have it ready for a little while so we went back home
16 to wait.
17     Q.   What pharmacy did you go to?
18     A.   It was a Walgreens.
19     Q.   At Central and Hillside?
20     A.   Possibly.  I know we went to one that
21 was close to the ER and it was closed, and then we
22 went to another one.
23     Q.   Did you go to the Walgreens by the ER?
24     A.   Uh-huh.
25         MR. TORLINE:  Yes?

Page 127

1      A.   Yes.  Sorry.  Sorry.
2      Q.   (BY MS. WATSON)  Okay.  Was that the one
3  on 37th and Woodlawn?
4      A.   I don't know the exact address.
5      Q.   But you believe it was closed -- was the
6  store closed or the pharmacy was closed or --
7      A.   The pharmacy was closed.
8      Q.   Okay.
9      A.   We went through the -- like the drive-up
10 area, and it was closed.
11     Q.   All right.  And then you don't remember
12 which one you went to after that?
13     A.   It was the one that would have been on
14 the way home.  So I think we Googled the closest one
15 or, I don't know, looked around for it.
16     Q.   Okay.  I think that was filled at
17 Central and Hillside?
18     A.   Okay.
19     Q.   Does that accord with your recall?
20     A.   Yeah.  That would make sense, yes.
21     Q.   Did you go through the drive-through for
22 that?
23     A.   Yes, to drop off the prescription.  I
24 don't -- Kevin was the one that went back to actually
25 pick it up, and I do not know if he went through the

Page 128

1  drive-through or went inside.
2      Q.   All right.  When you put D█████ in the
3  car -- when you left Wesley-Woodlawn and you got into
4  the car, did you clip him back into his child seat?
5      A.   Yes.
6      Q.   And did he have any reaction?  Was he
7  moaning?
8      A.   No, he was still -- he was still
9  appearing to be asleep.  So I was still able to arou-
10 -- to rouse him.  Like I would still ask him
11 questions.  I asked how he was feeling.  And he would
12 wake up and he would respond, but then he would go
13 back to sleep.
14     Q.   How would he respond?
15     A.   To which question?
16     Q.   To asking him how he was feeling.
17     A.   "Fine."  He would say, "Fine."  And that
18 was actually really assuring to me, as a mom, at that
19 point because I was like, okay, well, you know, we'll
20 see how it goes with the antibiotic.
21     Q.   And did -- did that status, for lack of
22 a better word, with him stay the same on the drive
23 home?
24     A.   Yes.
25     Q.   He was sleeping --

Page 129

1     A.   Yes.
2     Q.   -- but arousable?
3     A.   It was a short drive.
4     Q.   And when you got home, did D██████ walk
5  into the house?
6     A.   No.  I carried him inside and down the
7  stairs to his bedroom.  And then he stood while I
8  helped him get his pajamas on, because we needed to
9  change out of the vomit-covered clothes.
10    Q.   And did he go to bed immediately or did
11 he stay up with the family?
12    A.   I brought him back upstairs and laid him
13 down on the couch so that we could keep an eye on
14 him.
15    Q.   Did you give him anything to eat or
16 drink?
17    A.   No.  He had been vomiting, and I -- I
18 knew that if you give more food or water at that time
19 then it makes it worse.
20    Q.   Do you remember about what time you got
21 home?
22    A.   Probably around 7:30, 7:30 or 8:00.  I
23 know that it was close to the typical bedtime,
24 between -- usually the kids went to bed around 8:00,
25 8:30.  Sometimes 9:00 on church nights.  The girls

Page 130

1  ate and then went to bed.
2     Q.   Okay.  Your attorney provided us with
3  some computer searches.
4          (Exhibits 9 marked for identification.)
5     Q.   (BY MS. WATSON)  And I have marked those
6  as Exhibit Number 9.
7          MR. WOODING:  What are those, Michelle?
8  I'm sorry.  Are those the texts?
9          MS. WATSON:  Computer searches from the
10 search history.  We have no Bates numbers on them or
11 anything.
12    Q.   (BY MS. WATSON)  I tried to go through
13 -- for some reason, they came through out of order.
14    A.   Yeah, I can see that.
15    Q.   So I tried to kind of go through and put
16 -- put them in chronological order.
17         Do you and Kevin share a computer at
18 home?
19    A.   Sometimes.
20    Q.   You each have your own, however?
21    A.   We do now.
22    Q.   Okay.  In this time frame did you have a
23 shared computer or --
24    A.   Yeah, he didn't like to use his laptop a
25 lot, just because it was big and bulky.  So he did

Page 131

1  use mine sometimes to search things.
2     Q.   Was yours a laptop or desktop?
3     A.   Laptop.
4     Q.   All right.  I think the earliest time
5  that I found a search related to symptoms with D██████
6  was at 7:52.
7     A.   The strep throat causes, treatment?
8     Q.   Yes.  Do you know who did that search?
9     A.   Well, it was either Kevin or I, but we
10 were both sitting right next to each other on the
11 couch like -- so we had two couches.  D██████ was
12 laying down on one, and we were sitting together on
13 another couch.  So we were both reviewing stuff.
14    Q.   Okay.  By that time, had you read
15 through the dismissal instructions that you were
16 given at Wesley-Woodlawn?
17    A.   Yes.
18    Q.   When did you read those?
19    A.   When we got home, I believe.
20    Q.   And did you see in those that headache
21 can be a symptom of --
22    A.   Yes.
23    Q.   And did --
24    A.   Sorry.  Go ahead.
25    Q.   No, finish your answer.

Page 132

1     A.   Oh.  I was aware that headache can be a
2  symptom, but that's why I was questioning the
3  severity of it.
4     Q.   How were you aware that headache would
5  be a symptom of strep throat?
6     A.   Because the PA said that --
7     Q.   Okay.
8     A.   -- when I was going through the
9  questioning with her.
10    Q.   Not through any personal knowledge?
11    A.   No.
12    Q.   Okay.  And did you see in the dismissal
13 instructions that nausea and vomiting can be a
14 symptom of strep throat?
15    A.   Yes.
16    Q.   And did that surprise you at all?
17    A.   I don't remember it surprising me.
18    Q.   Okay.  And what prompted you and Kevin
19 to do the search for strep throat causes, symptoms,
20 treatment, diagnosis?
21    A.   I don't remember the specifics for that,
22 why we researched it.  Just like any mom would, she's
23 going to research her child's diagnosis online and
24 see how it's usually treated, what all the symptoms
25 can be, how long it takes for them to get better.

Page 133

1    Q.   On that same page, at 7:42, it says
2  "Used messaging."
3         Do you see that?
4    A.   Uh-huh.
5    Q.   Yes?
6    A.   Yes.
7    Q.   Okay.
8    A.   Yes.  I'm sorry.
9    Q.   Do you know what sort of messaging
10  that's indicating was used at that time?
11       A.   That was most likely the conversation
12  between Kevin and I, because it links to my Google
13  account at -- or the messaging system that we used
14  then.  I would imagine that's when he was at the
15  pharmacy.  So I was messaging him about that, about
16  the picking up the prescription.
17       Q.   Okay.  And then it says, "Used" -- or
18  "Used com.sec.Android.emergencylauncher."  Do you
19  know what that is?
20       A.   Oh.  I don't know specifically.  That
21  just looks like something that my phone was going
22  through, like booting up.  So -- I have an Android
23  phone, so it heavily uses Google.
24       Q.   So do -- are these search results
25  reflective of only searches that were done on the

Page 134

1  laptop computer at home or is it also reflected --
2  reflective of searches on your phone?
3         A.   It's reflective of any Google search
4  under my account at that time.
5         Q.   Okay.  And then -- well, let's go to the
6  strep throat result that you visited.  Do you
7  remember learning anything about that website or
8  information from there?
9         A.   Learning about the website?
10        Q.   Do you remember learning anything about
11  D████ condition from that website --
12        A.   Oh.
13        Q.   -- that struck you as important or
14  unusual?
15        A.   I do remember reading it up -- reading
16  up about it and that some of his -- most of his
17  symptoms matched it, except that he didn't have a
18  fever, and that it seemed like his symptoms were more
19  severe than what the website was relaying that strep
20  throat would usually cause.
21        I didn't think that he had a low pain
22  tolerance at the time, so the headache was still
23  really sticking out in my mind at that point.
24        Q.   All right.  And then at 8:07 Netflix was
25  used?  Did you pull up a movie for the family to

Page 135

1  watch or --
2         A.   No.  At that point the kids were most
3  likely in bed.  So I -- I probably was watching
4  something to pass the time or I just opened it and
5  closed it.  I don't specifically remember what I did
6  with Netflix.
7         Q.   Was D████ still on the couch at that
8  time --
9         A.   Yes.
10        Q.   -- at 8:07?
11        A.   Yes.
12        Q.   But the other kids would have been put
13  to bed by then?
14        A.   Yeah.
15        Q.   Had the other kids been fed dinner?
16        A.   Yes.  They had Chick-fil-A.  My parents
17  brought home Chick-fil-A, and they -- Kevin handled
18  putting -- the bedtime that evening.
19        Q.   And so your mom was present when you all
20  got home with D████?
21        A.   Yes.
22        Q.   And did she stay for the evening?
23        A.   No, they left very shortly afterwards.
24  They had -- they both had to work the next day, and
25  they lived an hour away.

Page 136

1         Q.   And you said when you got home you
2  talked to her about what had been discussed in the
3  emergency room?
4         A.   Yes.
5         Q.   And tell us what you told her at that
6  time.
7         A.   I told her that I felt like they weren't
8  listening to me.  I was still upset about the PA
9  walking out of the room when I was still trying to
10  ask her questions.  I was really just quite upset at
11  that point.  And I was showing her how D████ was
12  acting, that he was just really out of it.  I mean,
13  you -- she had never seen him act that way either.
14        And she agreed with me but agreed that
15  trying the antibiotic would be a good idea first, to
16  see if it helped perk him up, since he had never had
17  strep before.
18        Q.   Did she express disagreement with the
19  diagnosis?
20        A.   No.
21        Q.   Did she say anything about taking him to
22  another hospital at that time?
23        A.   No.
24        Q.   Okay.  And you said it was both your mom
25  and dad that came with the Chick-fil-A?

Morgan
10/04/2018

Page 137

1     A.   Yeah.
2     Q.   And then you had that discussion with
3 her, and you said they left shortly thereafter?
4     A.   Yes.
5     Q.   Were there any other discussions before
6 she left?
7     A.   Not that I recall. Excuse me.
8     Q.   All right. And then at 8:24 there was a
9 visit to webmd.com regarding antibiotics for strep
10 throat?
11     A.   Sorry.
12     Q.   I think it's on the second page of that
13 exhibit, at the top.
14     A.   Is it? Oh, okay, yes.
15     Q.   Okay. Do you recall visiting that site?
16     A.   Yeah. I -- I looked up what antibiotics
17 usually treat strep throat, and the one they had
18 given him was one of them.
19     Q.   So you had no concerns in that regard?
20     A.   No.
21     Q.   All right. I think the next search is
22 at 8:54. And I have since lost it. Do you have an
23 8:54 in your exhibit?
24     A.   I don't see one.
25     Q.   Okay.

Page 138

1     A.   There's an 8:24.
2     Q.   Uh-huh. Yeah. That's the one that we
3 went over, the antibiotics --
4     A.   Yeah.
5     Q.   -- for strep, types, side effects, and
6 more. And then I have another search at 8:54 for
7 antibiotics for strep, but I'm not finding it on here
8 for some reason.
9         Do you remember looking up a search for
10 antibiotics for strep twice?
11     A.   No.
12     Q.   Do you believe it was once or -- or
13 more?
14     A.   Well, I'm -- I mean, it could be that I
15 looked it up and Kevin looked it up, but I don't
16 specifically remember if I looked it up once or
17 twice. I know that I wasn't overly concerned about
18 the antibiotic they had prescribed him for strep
19 specifically.
20     Q.   And then there was a call by Kevin to
21 Wesley-Woodlawn at -- and I believe this was on his
22 phone log, although I didn't bring that as an exhibit
23 -- at 9:31.
24     A.   (Nodding head.)
25     Q.   Was there discussion with Kevin prior to

Page 139

1 9:31 about calling a hospital for him?
2     A.   Yes. Yeah. So we had given the
3 antibiotic, and he had vomited very shortly
4 afterwards. So we called them back because we were
5 concerned he wasn't keeping the antibiotics down. So
6 we were concerned that his condition would progress
7 if he was not able to take the antibiotics.
8         And we asked, actually, if we could go
9 back in and be -- like, go back in and have them look
10 at him again and maybe do like an IV or something so
11 that he could keep the antibiotics down. And they
12 told us that we couldn't just go back in, that we
13 would have to start over from the beginning and be
14 completely reassessed.
15         They offered over-the-counter Zofran and
16 then said that we could try again in a little bit to
17 give the antibiotic if we thought he had thrown all
18 of it up.
19     Q.   Okay. What time did you give the first
20 dose of antibiotic?
21     A.   It was probably 8:30 or 9:00. I
22 don't -- I -- I don't know the specific time.
23     Q.   How long after you gave it did D▉▉▉▉▉
24 vomit?
25     A.   It was about 15 minutes later. But you

Page 140

1 could see the pink in it, and the antibiotic was
2 pink, so we knew that he hadn't kept all of it down
3 at least.
4     Q.   Okay. So it would have been between
5 8:45 and 9:15 that he vomited?
6     A.   Uh-huh.
7         MR. TORLINE: Yes?
8     A.   Yes. Sorry.
9     Q.   (BY MS. WATSON) Sorry. I should have
10 waited until you finished drinking.
11     A.   No, I'm fine.
12         MR. YOUNG: You said 8:45 and 9:15?
13         MS. WATSON: Right. If they gave the
14 dose between 8:30 and 9:00, and he vomited 15 minutes
15 later.
16         MR. YOUNG: Okay.
17     Q.   (BY MS. WATSON) Okay. Was it just the
18 one vomit at that time?
19     A.   At that point.
20     Q.   One episode?
21     A.   Yeah.
22     Q.   And that -- that one episode of vomiting
23 is what prompted Kevin to call Wesley-Woodlawn?
24     A.   Yes.
25     Q.   Okay. I think on -- on his call log

Morgan
10/04/2018

Page 141

1   there was a call at 9:31 for one minute and then a
2   second call at 9:33 for seven minutes.  Were you
3   present for those calls?
4       A.   He was in another room.
5       Q.   Could you overhear him?
6       A.   No.
7       Q.   All right.  When he got off the phone,
    what did he tell you?
9       A.   The same thing.  He -- that I had just
10  relayed.  He said that they had told us that if we
11  were going to go back in, we would have to start over
12  from the beginning and be completely reassessed, that
13  they couldn't just take him back in and start from
14  where we had left off.  And that they would prescribe
15  Zofran for us if we wanted to and that we could give
16  another dose of antibiotic if we thought he had
17  thrown all of it up.
18      Q.   Did he say who he had spoken to?
19      A.   No, I -- I do not know who he spoke to.
20      Q.   Did he say why it took two phone calls?
21      A.   No.
22      Q.   And is that everything you can recall
23  him telling you was the complete reassessment, offer
24  of over-the-counter Zofran?
25      A.   Uh-huh.

Page 142

1       MR. TORLINE:  Yes?
2       A.   Yes.  Sorry.
3       Q.   (BY MS. WATSON)  Anything else?
4       A.   No.
5       Q.   Because the phone records reflect a
6   seven-minute phone call, so I'm just wondering if
7   there was additional conversation.
8       A.   No.
9       Q.   Did he tell you that he was questioning
10  them about should he have been sent home?  Or did he
11  have concerns or complaints at that time?
12      A.   He did not tell me anything else.  But
13  given that he was calling in to an ER, I would
14  imagine there was some waiting time to get someone on
15  a phone.
16      Q.   Did he tell you that but -- or you just
17  assume that?
18      A.   No, I'm just saying I would imagine,
19  from my previous experience of calling into a medical
20  facility.  Usually don't get someone right away to
21  talk to you.
22      Q.   All right.  So did you guys discuss
23  taking him back in for the -- the reassessment?
24      A.   So we did discuss that.  I was hesitant
25  to take him back into the same place due to the

Page 143

1   treatment that we got the first time.  I figured we
2   were going to go back in and it would be the exact
3   same thing and they would send us back home.  I
4   believe that's about the time where we called Kevin's
5   mom.
6       Q.   Okay.  What is Kevin's mom's name?
7       A.   Monica Lawrence.
8       Q.   Does she have any healthcare training?
9       A.   She is a PA.
10      Q.   Where does she work?
11      A.   She works at a hospital in Wenatchee,
12  Washington.
13      Q.   Had you talked to her at all prior --
14  I'm sorry.
15          Had you talked to her that day previous
16  to this period in time?
17      A.   No.
18      Q.   Okay.  What prompted you to call her at
19  that time?
20      A.   We were concerned and wanted some
21  guidance as to whether we should go back in.  Or
22  basically just what we should do.  If she thought it
23  was more concerning, if we should go back in or not.
24      Q.   And what did she say?
25      A.   So she told us that strep throat can --

Page 144

1   if it goes on for a while can become life-threatening
2   and go into meningitis is what she said.  She asked
3   us if he had any -- like a weird rash on his body.  I
4   think she said specifically purple spots.  And so we
5   were looking at his body, and we didn't see any
6   purple spots or a rash like that.
7           And she said that if he had a severe
8   headache, it would be a -- also a stiff neck, that
9   could cause -- that would be a symptom of the
10  meningitis.  So she was asking us -- us about that.
11  And we relayed that he hadn't complained about his
12  neck, just his head at that point, and that he didn't
13  have the purple rash.
14          So she told us that we needed to keep an
15  eye out for that, and if we noticed any signs of that
16  we needed to go in right away.
17      Q.   But she didn't say to take him back just
18  at that moment?
19      A.   No, not at that moment.  I think during
20  that time they also had a discussion about allergies
21  to amoxicillin because Kevin was allergic to it when
22  he was a child.  And so we wondered if he had thrown
23  up because of that, but it was unlikely.
24      Q.   That's what Monica said?
25      A.   She said that Kevin was allergic to it

Page 145

1  as a child, but it was unlikely that it would be
2  hereditary, and that he threw up -- especially since
3  he had thrown up previously.
4      Q.   Did you talk to Monica yourself or did
5  Kevin speak to her?
6      A.   Kevin did.
7      Q.   Did Kevin describe any of the
8  interaction in the emergency room to Monica?
9      A.   Not that I'm aware of.  Not -- not with
10 the -- being upset about the PA walking out and
11 stuff, just what they had diagnosed it as and what
12 his symptoms were.
13     Q.   Did Monica say anything about that
14 doesn't sound like strep to me, sounds like something
15 different, anything like that?
16     A.   She said that it -- it did line up with
17 strep throat symptoms but that it seemed like his
18 were a little more severe.  And that's why she wanted
19 us to keep an eye out for that rash and if he were
20 developing a stiff neck, because she was concerned it
21 could have progressed if he hadn't told us that his
22 throat was hurting the days before.
23     Q.   As far as the offer for Zofran from
24 whoever Kevin spoke to at Wesley-Woodlawn, did they
25 offer to come -- for you to come pick that up or call

Page 146

1  it in, or how was that addressed?
2      A.   I am not sure about that.
3      Q.   But regardless, you all didn't take them
4  up on the offer of Zofran?
5      A.   Right.  That is when we started looking
6  at other options and calling his mom to see if we
7  needed to go back in some other place.
8      Q.   All right.  And I've marked as Exhibit 8
9  what your attorneys produced to us that appears to be
10 a text exchange.  And we'll cover this and then we'll
11 take a lunch break.
12     A.   Okay.
13     Q.   All right.  On the top left, at 10:09,
14 it looks like a text from you to Kevin; is that
15 right?
16     A.   Yes.
17     Q.   Okay.  And it says, "Are you" --
18     A.   But the timing would have been off on
19 that, I believe, though.
20     Q.   Why do you believe the timing is off?
21     A.   Oh, calling the ER.  Okay.  Sorry.  I
22 thought it was about in the ER.  Never mind.  Go
23 ahead.
24     Q.   So it says, "Are you singing or calling
25 the ER."

Page 147

1      A.   I don't know.  I must have, like,
2  mistyped that.
3      Q.   Okay.
4      A.   It probably wasn't supposed to say
5  "singing."
6      Q.   What do you think it should have been?
7      A.   I don't know.
8      Q.   Was Kevin calling another ER besides
9  Wesley-Woodlawn at around 10:09?
10     A.   No.  No.
11     Q.   Did he ever call any other emergency
12 rooms?
13     A.   Not that I'm aware of, no.
14     Q.   Did you call any other emergency rooms?
15     A.   No.  I had called the Children's Mercy
16 on-call number much later, but not an emergency room.
17     Q.   Okay.  So you don't know what this
18 refers to at all?
19     A.   No, I don't -- I don't.
20     Q.   Okay.  Did you pull these text messages
21 off your phone for your attorneys?
22     A.   Yes, I believe Kevin did.
23     Q.   Do you know how he went about capturing
24 them?
25     A.   So these are Google Hangouts, so it's

Page 148

1  stored on our Google account.  Like you can just pull
2  it up and look at your history.  Does that make
3  sense?
4      Q.   Okay.  Did you help him pull that?
5      A.   This?  No.
6      Q.   Do you know how he selected what time to
7  start the text messages to provide to the attorneys?
8      A.   No.
9      Q.   Okay.  Up in the upper right-hand
10 corner, it shows the date March 5th at 7:19 p.m.
11     A.   Okay.
12     Q.   But a text is not assoc- -- is not
13 reflected on this page for that.  It appears that
14 maybe it was cut off.
15     A.   Okay.
16     Q.   Do you know what you would have been
17 texting to Kevin on March 5th at 7:19 p.m.?
18     A.   I do not.
19     Q.   And that was right at the time that the
20 nurse would have been discussing the dismissal
21 instructions with you that she typed for 7:20,
22 correct?
23     A.   Or shortly after.  I mean, I would
24 imagine at that time I was telling him that we were
25 headed out.

Morgan
10/04/2018

Page 149

1    Q.    Okay.
2    A.    Or "Where are you?"
3    Q.    Okay.  So these are -- are kept in a
4  data file such that it wouldn't be a problem to pull
5  out text messages exchanged from that day; is that
6  right?
7    A.    I don't believe so.
8    Q.    Okay.  All right.  And then --
9          MS. WATSON:  Let's go ahead and stop
10  there.  I think that's a good point.
11         THE DEPONENT:  Okay.
12         MS. WATSON:  Break for lunch.
13         THE VIDEOGRAPHER:  We are off the
14  record.  The time is 12:02 p.m.
15         (Recess taken from 12:02 p.m. to 1:02 p.m.)
16         THE VIDEOGRAPHER:  We are back on the
17  record.  The time is 1:02 p.m.
18    Q.    (BY MS. WATSON)  Okay.  You understand
19  that you're still under oath --
20    A.    Yes.
21    Q.    -- as we get started again?
22         THE VIDEOGRAPHER:  Do you have your
23  microphone on?
24    Q.    (BY MS. WATSON)  Okay.  Now I'm ready.
25    A.    Okay.

Page 150

1    Q.    Is there anything about your testimony
2  from earlier today that you wanted to amend or add
3  to?
4    A.    No, no.
5    Q.    Okay.  I asked you about your cell phone
6  carrier.  What was Kevin's cell phone number back at
7  this time?
8    A.    (785) 766-0820.
9    Q.    And then what was your phone number at
10  this time?
11    A.    (785) 766-0387.
12    Q.    And we were around in the between 9:00
13  and 10:00 time frame, somewhere in there.  I did
14  notice on the call log that you made a call to Kevin
15  for 12 minutes at 9:07.  It's on the first page
16  there.
17    A.    3/6.  Sorry.  Yeah.  At 9:07?
18    Q.    Yeah.
19    A.    Yeah, I see that.
20    Q.    So did Kevin leave the house at some
21  point during that evening, besides going to get the
22  antibiotic?
23    A.    Yeah, so I was trying to remember what
24  time he went to go get the antibiotic.  That might
25  have been it.  I don't have the exact hour logged in

Page 151

1  my mind as to when he went and got it.
2    Q.    Okay.
3    A.    I'm trying to remember how long it took
4  them to fill it because I know that it was going to
5  be a little bit, so...
6    Q.    All right.  And then there were more
7  calls with your mom in that 10:00 time frame.
8    A.    Uh-huh.
9    Q.    Seven minutes, five minutes, 15 minutes.
10  Do you remember what was being discussed at that
11  time?
12    A.    Just updating her as to how he was doing
13  and how -- what was going on.  She was concerned
14  about him, so -- like any grandma.  I always update
15  her very frequently.
16    Q.    Okay.  And she was not recommending to
17  you in that time frame to do anything different or --
18    A.    She was not recommending that we go in
19  but to keep an eye on it.  I -- I told her what
20  Monica had said, Kevin's mom, and she agreed with
21  Monica.  And we were going to keep an eye on it and
22  continue to look for the rash.  We were waking him up
23  every now and then asking him to turn his head, to
24  see if we could still turn it, to make sure his head
25  wasn't stiff -- or his neck.  I'm sorry.

Page 152

1    Q.    And was he turning his head okay?
2    A.    He was turning his head okay during that
3  time.
4    Q.    So he was able to be awakened?
5    A.    Yes.  Yes.  During that time he was
6  definitely able to be awakened.  And he was speaking,
7  and his -- his words were not as slurred at that
8  time.
9    Q.    So were you asking him, "How are you
10  feeling?"
11    A.    Yes.
12    Q.    Did he continue to say, "Fine"?
13    A.    Uh-huh.
14    Q.    Yes?
15    A.    Yes.  I'm sorry.
16    Q.    Okay.  Aside from the episode of
17  vomiting, was it just the one at that time after the
18  antibiotic?
19    A.    No.  So he actually vomited quite
20  frequently.  After he got the antibiotic, he vomited
21  about 15 minutes later.  And then he was vomiting
22  every hour to every two hours from the time that we
23  had gotten home until we went to the Via Christi ER.
24    Q.    All right.  And in the 11:00 hour, it
25  looks like there was several Google searches.  I've

Page 153

1   got, at 11:24, meningitis rash.  11:25, meningitis
2   pictures, rash, symptoms.  11:26 --
3       A.   Yeah.
4       Q.   -- meningitis rash.  And then --
5       A.   Excuse me.
6       Q.   -- I guess 11:25 to 11:26, pictures of
7   rash.
8            Was that all based on what Kevin's mom
9   had been telling you guys?
10      A.   Yes.
11      Q.   Okay.  And at least in that time frame,
12  you were not seeing anything that looked like a
13  meningitis rash with him?
14      A.   Correct.  That's why we decided that we
15  could stay home at that point.
16      Q.   Okay.  And do you remember who was doing
17  those meningitis rash searches?
18      A.   We both were.
19      Q.   Okay.
20      A.   But -- so this is my Google account.  So
21  if I was searching it on my phone, he could have been
22  searching on my laptop at the same time.  Does that
23  make sense?
24      Q.   Yeah.
25      A.   So it was probably both of us.

Page 154

1       Q.   Okay.  And on the third-to-the-last page
2   of that exhibit is more like a minute-by-minute
3   account of the searching that was happening.
4       A.   Uh-huh.
5       Q.   And so it went from meningitis rash to
6   kind of watching SNL videos, watching different
7   things online.  So --
8       A.   Uh-huh.
9       Q.   -- at least in that time frame you guys
10  were just kind of staying up with D██████--
11      A.   Yes.  He was asleep on the couch, and we
12  were just staying up and passing the time.  I didn't
13  feel comfortable going to bed and going to sleep.  I
14  wanted to keep an eye on him.
15      Q.   Okay.  And so through that time there
16  was no change?
17      A.   No.
18      Q.   Okay.
19           MR. WOODING:  What time are we up to?
20  I'm sorry.
21           MS. WATSON:  In the 11:00 time frame.
22           MR. WOODING:  Okay.
23           MS. WATSON:  11:00 to 12:00.
24      Q.   (BY MS. WATSON) All right.  And then it
25  looks like at 12:34 there was a -- viewing of an

Page 155

1   article called "Five Things to Know About Strep
2   Throat."
3       A.   Yes, I see that.
4       Q.   Did you look that up or did Kevin?  Do
5   you recall?
6       A.   I believe we were both doing it on the
7   same laptop at that time.  And we were looking at the
8   progression of strep throat into meningitis, just
9   things to know about that.
10      Q.   Okay.  And do you recall finding out
11  anything from that article or the next one that says
12  "A Tale of Strep Throat" at 12:36?
13      A.   "A Tale of Strep Throat," I do remember
14  that one specifically.  It was about a young boy who
15  had strep throat and developed meningitis and passed
16  away.
17      Q.   And why did you guys go back to
18  searching for strep throat at the 12:30 time frame?
19      A.   I don't have a specific reason, but
20  given the time frame in-between, I'm imagining he had
21  vomited again.  So we were just, again, aware and
22  searching again.
23           (Reporter interruption for clarify of
24  the record.)
25      Q.   All right.  And do you remember anything

Page 156

1   that happened between the 12:30 and 1:45 time frame
2   before you called Hutch Clinic?
3       A.   Yes.  So after he vomited -- it was
4   probably around 12:30 or 1:00 -- I asked him again to
5   turn his head to see if his neck was stiff.  And he
6   turned his -- turned his neck but then went "Ow" and
7   grabbed the back of his head again.  And we were
8   like, "Does your neck hurt?"  And he said no.
9            But then I said, "Does -- does your
10  head hurt" -- or, I'm sorry, "Does your neck hurt?"
11  He said no.  I asked if his head hurt, and he said
12  no.  But then I asked him to turn it again.  He
13  turned his head the other way, grabbed the back of
14  his head again and said "Ow."
15           And so we were like, okay, well, so he
16  is turning his head, so his neck doesn't appear
17  stiff, but something is hurting, obviously, since he
18  is saying "Ow."  And then when he went back to sleep
19  after that, we noticed that his eyes weren't closing.
20  We didn't understand why his eyes wouldn't be
21  closing.
22           And so we were trying to look at him a
23  little closer, and it looked like his eyes were
24  protruding from his head.  So that made us feel
25  really uneasy at that point.  I mean, that was a

Page 157

1  change. It was something new. Him turning his head
2  to the side and saying "Ow" was new.
3  So we started searching for a place to
4  go. And I had called my mom and asked her about it,
5  and she said to call the Hutchinson Pediatrics
6  Clinic, which is where he was going to his
7  pediatrician, and that it would route to the
8  emergency number, which is actually a Children's
9  Mercy on-call number.
10  So I called and left a message with the
11  nurse at the Children's Mercy on-call number,
12  explaining what the symptoms were.
13  Q.  Okay. So the last call before the call
14  to Hutch Clinic was at 1:15 with your mom for seven
15  minutes. And so there was about a 20-some-minute
16  delay between the end of that call and calling Hutch
17  Clinic. Do you remember what was going on in that
18  time frame?
19  A.  I was discussing -- oh, I'm sorry. Yes.
20  I was just discussing with Kevin what we should do.
21  And I believe he was researching, if we did go back
22  to an ER, which facility we would go to. I believe
23  D▮▮▮▮ vomited again during that time as well.
24  But shortly after that phone call, I --
25  we were asking D▮▮▮▮ questions to see how coherent

Page 158

1  he was, and I remember that he was not answering the
2  questions correctly.
3  Q.  What type of questions were you asking
4  him?
5  A.  We were asking him about -- okay. So it
6  needs a little bit of explanation. One of his
7  favorite shows at that time was Octonauts. I don't
8  know if you have heard of Octonauts, but it's about
9  these little sea creatures, and they go around in
10  little underwater vehicles called Gups. And he was
11  obsessed with the Gups and the different kinds of
12  Gups. There was a Gup X and Gup S, and just like all
13  these different kinds.
14  And so Kevin had asked him which Gup has
15  tracks, because that was his favorite one, and he did
16  not answer the question correctly. And honestly, for
17  that -- us, that was huge. Because if he wasn't
18  thinking straight enough to be able to know which of
19  the Gups was his favorite one with tracks, then there
20  was definitely something going on. Plus, the
21  protruding eyes and the sudden Ow's when he was
22  turning his head.
23  Q.  Did you relay the protruding eyes and
24  the sudden Ow's to your mom in that conversation at
25  1:15 or any time before that?

Page 159

1  A.  I do not remember if I did.
2  Q.  All right. So you called the -- the
3  call-in line at Hutch Clinic at 1:44 --
4  A.  Yes.
5  Q.  -- according to the phone log. And
6  we've got a triage call report, and it says,
7  "Five-year-old seen in ER, diagnosed with strep,
8  vomiting."
9  And is that what you called in and told
10  them, that he had just been in the emergency room?
11  A.  I did tell them that he had just been in
12  the emergency room, yes.
13  MR. WOODING: I'm sorry. I didn't hear
14  that.
15  THE DEPONENT: I did tell them that I
16  had just been in the emergency room, or that he had,
17  earlier that evening.
18  Q.  (BY MS. WATSON) "Mom states he's been
19  seen in the ER yesterday evening. He has thrown up
20  four times since the ER." Is that correct?
21  A.  Yes.
22  Q.  "They did the strep swab and threw up."
23  And I think you said that you felt like there was a
24  delay between strep swab and throwing up?
25  A.  Yes, there was.

Page 160

1  Q.  "He has been nauseated the last couple
2  of days." Did you tell them that?
3  A.  Yes.
4  Q.  "Mom is taking him to a different
5  hospital. Is going to Via Christi hospital."
6  A.  Yes.
7  Q.  So by that point, you had decided you
8  were going to take him to Via Christi?
9  A.  Yes. So they actually called me back
10  when I was in the car with him on the way to the
11  hospital.
12  Q.  Okay. So other than sharing this
13  information, what was discussed on the phone call to
14  the call-in line?
15  A.  Once they called me back, I relayed all
16  the symptoms that we were seeing. So from my memory,
17  when I called them he hadn't answered the question
18  incorrectly yet either. So -- because I initially
19  called them, and then they called me back a little
20  bit later because I had left a voice mail for them.
21  And so I went over the other symptoms
22  that we had been seeing with them when I was on the
23  phone, but I said, "But we are on the way to the
24  emergency room." And they agreed that was the best
25  idea.

Morgan
10/04/2018

Page 161

1    Q.   Okay.  So your first phone call to them,
2    you didn't reach anyone?
3         A.   Right.  I left a voice mail.
4         Q.   You just left a voice mail?  Okay.
5         A.   Yeah.  That would have been the received
6    816 number at 2:08 because it was Kansas City
7    Children's Mercy.
8         Q.   Okay.  So by 1:44, the answering the
9    question -- or inability to answer a question had not
10   happened yet?
11        A.   Correct.  And I do not remember if we
12   had specifically -- I don't remember when the
13   protruding eyes and the head-turning thing had
14   happened, before or after that, so...
15        Q.   Okay.
16        A.   I do know that that was part of our
17   final push to go back.
18        Q.   Do you think you would have told the --
19   the call-in number at Hutch Clinic about the
20   protruding eyes and the pain with head turning if it
21   had occurred by 1:44?
22        A.   I believe I would have, but I know that
23   I told·them when I was on the phone with them.
24   Possibly not in the message that I left.
25        Q.   So you think the summary that we went

Page 162

1    through was your initial voice mail that you left for
2    them?
3         A.   It may be.  I don't know how their
4    recording system works.
5         Q.   Okay.  All right.  And then the phone
6    call at 2:08 from the 816 number is from Children's
7    Mercy calling you back?
8         A.   Yes.
9         Q.   All right.  And did they have anything
10   to add, given that you were already on your way to
11   the emergency room?
12        A.   They said that that was a good idea,
13   that we needed to go to the nearest ER.  That's what
14   they told us, so...
15        Q.   Did they say --
16        A.   We had already hung up.
17        Q.   -- anything else?
18        (Interruption by the reporter for
19   clarification of the record.)
20        A.   No, they did not.
21        Q.   All right.  So was it immediately after
22   noting the eyes protruding, the pain with head
23   turning, an inability to answer a question that you
24   were on -- loading him into the car to take him?
25        A.   We picked out a different ER to go to,

Page 163

1    and then I loaded him in the car.  He -- well, I
2    didn't carry him out there.  He actually walked out
3    to the car.
4         Q.   Okay.  So he was waking up at that point
5    and was -- and, I'm sorry, on the question, you said
6    he answered it but it was wrong?  It wasn't that he
7    couldn't answer questions?
8         A.   Right.
9         Q.   Is --
10        A.   He answered it, but it was incorrect.
11        Q.   Okay.  And what did he -- did he have a
12   reaction when you said we are going to go to the
13   hospital again?
14        A.   I don't remember a reaction to that, no.
15        Q.   But he -- was he able to crawl up
16   into the car and get into his car seat?
17        A.   Yes, he got into his car seat.  He tried
18   to buckle it, but he couldn't buckle, which was
19   unusual.  He can usually buckle his own car seat,
20   because it was a booster seat in the car.  In the
21   Jeep he had been sitting in a five-point harness, and
22   in the car it was a booster seat.
23             And he has no problem, like, getting it
24   and then buckling it into the side, but he couldn't
25   get it buckled so I had to assist him with buckling.

Page 164

1         Q.   And it was determined that Kevin would
2    stay back with the foster children?
3         A.   Yes.
4         Q.   Okay.  And did you all call around to
5    any emergency rooms?
6         A.   Kevin may have, to find out if -- like
7    what -- what insurances they take.  Like to see if we
8    were in network or not, but I didn't make any of
9    those phone calls, and I do not recall what places
10   were called.
11        Q.   How did you choose Via Christi to go to?
12        A.   It was in network and it was relatively
13   close, and it was -- we specifically did not want to
14   go back to Wesley because of the care we had received
15   previously.
16        Q.   Did you consider going to the Wesley
17   main campus?
18        A.   We had discussed it, but I was pretty
19   much against going back to Wesley because of the care
20   that we had already received.  I didn't differentiate
21   between Wesley ERs.
22        Q.   All right.  And then the remainder of
23   the text message string on Exhibit -- is that 8?
24             MR. TORLINE:  Yeah.
25        A.   Yes.

Page 165

1    Q.    (BY MS. WATSON)  Okay.  This was --
2  well, you tell us.  Is this while you were in the
3  emergency room at Via Christi?
4    A.    After the picture?  Yes.
5    Q.    Okay.  Where was this picture taken?
6    A.    I -- oh, that's not red brick.  That's
7  table.  That was taken at our house.  That's our
8  table in the background.
9    Q.    Okay.  And did Kevin send this picture
10  to you?
11    A.    It appears so -- oh.  Yeah, he did.  I
12  don't remember why he sent me that picture though.
13    Q.    Okay.  That was going to be my next
14  question.  Did you receive that while you were in the
15  emergency room at Via Christi?
16    A.    Possibly.  Maybe he sent it to me
17  because I needed to tell them what he was on, what
18  they had given him.
19    Q.    Okay.  So when you arrived at Via
20  Christi, was D████ able to walk into the emergency
21  room?
22    A.    No.  So on the way to the emergency
23  room, he vomited, like pretty -- pretty soon after we
24  had left.  There's like a -- there's like a stopping
25  point, and it was like the stop just kind of jarred

Page 166

1  him awake, because he had fallen asleep again when I
2  buckled him into the car seat, and the stop kind of
3  jarred him awake.  And he sat up and he vomited.  I
4  had actually brought a bowl along just in case, and
5  he was able to hold the ball -- the bowl, and he
6  vomited into it.
7        And then he went back to sleep after
8  that.  And I was concerned because he was really
9  quiet back there, and so on the rest of the journey I
10  was trying to get his attention.  I was going,
11  "D█████, D█████, are you awake?  Are you okay?"  And
12  he wasn't responding.  And I ended up screaming his
13  name to get him awake, and he roused and he said yes.
14  And so, I mean, he just -- he was so tired.  I just
15  carried him into the ER.
16    Q.    All right.  And who did you make contact
17  with first?
18    A.    There was someone behind the desk when
19  we walked in, and I told them that -- why we were
20  there.  I told them that he had previously been to
21  the Wesley ER that evening and had been diagnosed
22  with strep and that he was vomiting a lot and that he
23  seemed to have worsening symptoms from what we had
24  noticed from the past few hours, that his eyes
25  weren't closing when he was going to sleep and that

Page 167

1  he was saying "Ow" when he was turning his head.
2        And -- oh, there was also another thing
3  we had noticed when we were asking D█████ if anything
4  hurt, with the head and all of that.  He said that
5  his knees hurt, which we thought was weird, so I just
6  mentioned that.
7    Q.    You didn't see anything about the knees
8  that would explain why they might hurt?
9    A.    No.  They looked perfectly normal, so I
10  just figured it was growing pains.
11    Q.    All right.  Did the nurse at Via Christi
12  say anything to you?
13    A.    That wasn't a nurse.  That was just
14  the person --
15    Q.    I'm sorry.  The person?
16    A.    Yeah, that was just the person behind
17  the reception desk that I was relaying the
18  information as to why we were there.
19    Q.    Okay.  Was that a male or a female?
20    A.    It was a male.
21    Q.    And can you describe him?
22    A.    Skinny, dark hair.
23    Q.    And did you talk to anybody else
24  initially or did you go to the waiting room?
25    A.    We went to the waiting room.  So we sat

Page 168

1  down, but it wasn't too long before we were called
2  back to the area where the nurse just takes
3  measurements and vitals.
4    Q.    Was D████ staying the same presentation
5  as he had in the car when you were in the waiting
6  room?
7    A.    Yes.  He was asleep over my shoulder
8  while I was sitting in the chair.
9    Q.    And then you went back.  And did they
10  take him into a separate room for vital signs?
11    A.    Yeah.  It was kind of like back behind
12  the reception desk.  We went into a room and -- well,
13  first there was like a scale, kind of like on the
14  outside of the room, that the nurse wanted him
15  weighed at.  And so I stood D████ up.  He woke up
16  and stood on the scale for like a brief second and
17  then kind of slumped to the side.  And so I stood him
18  back up and held him in place while his weight was
19  taken, and then I picked him back up and carried him
20  to the other side of the wall for them to do the
21  vitals.
22    Q.    Do you remember anything about his vital
23  signs at that point?
24    A.    I do remember that he said that the top
25  number was a little high.  I believe it was the top

Morgan
10/04/2018

Page 169

1  number.  But that was the only thing that I was aware
2  of that was off at all.
3      Q.   And who said that?
4      A.   The triage nurse.
5      Q.   Was that also a male?
6      A.   Yes.
7      Q.   And then you were taken to a room?
8      A.   No.
9      Q.   Okay.
10     A.   We were sent back to the waiting room.
11     Q.   And how long did you wait in the waiting
12  room --
13     A.   At least --
14     Q.   -- on that occasion?
15     A.   I'm sorry.  What?
16     Q.   On that occasion how long was it?
17     A.   At least -- at least two hours.
18     Q.   Okay.  So the text messages on Exhibit 8
19  are not timed, that I can tell.
20     A.   Yeah, I think --
21     Q.   I take that back.  Yeah, 2:26 --
22     A.   Yeah.
23     Q.   -- is the time of the one.
24          MR. WOODING:  Michelle, which one is
25  that?

Page 170

1          MS. WATSON:  Exhibit 8?  On the front
2  page of it?
3          MR. WOODING:  No, which one is 2:26?  I
4  see.
5          MS. WATSON:  The third white one on the
6  left column.
7          MR. WOODING:  I saw it.  I saw it.
8  Thank you.
9      Q.   (BY MS. WATSON)  Okay.  And so this text
10  exchange is you said you were in the waiting room.
11  He asked, "Is he awake?"  And you said, "Was.  Not
12  now that I sat down with him.  He unbuckled and stood
13  up.  He threw up on the way though as soon as I
14  stopped at the four-way" -- supposed to be "as soon
15  as"?
16     A.   Uh-huh.
17     Q.   And you already relayed that to us?
18     A.   Yeah.  Yeah, it was the four-way stop
19  that we stopped at, and he woke up and vomited.
20     Q.   Okay.  And then the check-in guy seemed
21  totally unconcerned because his vitals were good?
22     A.   Yeah.
23     Q.   Was that in the same 2:26 string?
24     A.   It appears so.  It would have been after
25  he was triaged, so I -- I'm not sure exactly how the

Page 171

1  time -- the time stamps are a little confusing on
2  this, but...
3      Q.   Okay.  And so Kevin responded, "Okay.
4  So we are obviously just alarmists."  You said, "That
5  was the check-in guy.  We are still in the waiting
6  room."
7      A.   Yeah.  The check-in guy -- I think at
8  that point I didn't know it was called triage, so I
9  said "check-in guy."
10     Q.   Okay.  So are you describing the first
11  guy or the second guy?
12     A.   I believe I'm describing the second guy
13  there.
14     Q.   Okay.
15     A.   The -- the actual nurse.  Because when
16  he said his top number was a little high, he said,
17  "But it's probably because he is in pain," so he
18  didn't seem concerned.
19     Q.   And then you asked, "Is your mom and my
20  mom both alarmists?"  And he said, "Regarding their
21  only grandson."  And what -- what did you mean by
22  that your mom and his mom were both alarmists?
23     A.   So all the interactions I had at the
24  hospital, I felt like I was being treated like, well,
25  you're just the crazy mom who is overprotective about

Page 172

1  their kid and bringing them in for a simple case of
2  strep throat.  But both of our mothers were relaying
3  that they felt it was more serious than that.
4          And so I think we -- we oftentimes have
5  a sarcastic conversation going on, so I was probably
6  being a little bit sarcastic there.  But I felt like
7  I was being treated like an alarmist there and going
8  off of the information that our mothers had given us.
9      Q.   And have you relayed to us everything
10  you recall about conversations with both of the
11  mothers up to that point?
12     A.   Yes.
13     Q.   All right.  And then you said, "Yeah,
14  vital signs person, so now likely a CNA."  And are
15  you talking about the charge nurse with that
16  reference?
17     A.   Sorry.  I haven't read over this.  Let
18  me look.
19     Q.   Sure.
20     A.   I was probably assuming that the triage
21  person was a CNA.
22     Q.   Okay.  And then --
23     A.   Oh, because I was responding to his
24  first question up here.  Sorry.  It was covered by
25  the paper clip.  He asked me, "Triage nurse?"  And I

Morgan
10/04/2018

Page 173

1  said, "Yeah, vital signs person, so likely a CNA."
2  So I was probably trying to tell him that I figured
3  it was a CNA and not a nurse.
4      Q.    Okay.  And he asked, "They should have
5  more experience" -- "XP" -- experience -- "than
6  that"?
7      A.    Yes, I believe so.
8      Q.    And he explained, "They do triage
9  assigning order of care based on severity"?
10      A.    Yes.  And -- yeah.  That's why I was
11  having the alarmist conversation with him, I believe,
12  because I had relayed to the triage person everything
13  that was going on, but he didn't seem concerned.
14      Q.    All right.  Down lower than that you
15  said, "Very sleepy.  Couldn't stand for weight."  And
16  you relayed that description to us?
17      A.    Oh, yes.
18      Q.    Okay.  And then it looked like Kevin was
19  going to try to get some sleep?
20      A.    Uh-huh.
21      Q.    And you were going to call him if you
22  needed him?
23      A.    Yeah.  I asked him twice if his phone
24  was on loud.  Oh, no, that's just a continuation on
25  the next page.  It repeats it.

Page 174

1      Q.    Uh-huh.  Okay.  And that response was
2  "yes" at 3:13 a.m.?
3      A.    Yes, it appears so.
4      Q.    Were -- were you still in the waiting
5  room at that point?
6      A.    Yes.
7      Q.    All right.  And then when they called
8  you back, tell us what you recall.
9      A.    So actually Nurse Practitioner Daney is
10  the one that came out and called -- called for us.
11  And she asked -- we were kind of like standing in
12  front of the -- the double doors that go back into
13  the ER.  She didn't introduce herself to us, so I
14  assumed at the time that she was a nurse.
15      So I -- she asked what was going on, and
16  so I told her that he had been -- I told her exactly
17  what I had told the triage nurse.  I said he had been
18  seen at Wesley beforehand earlier this evening and
19  they had diagnosed him with strep throat.  He had
20  gone in because he had been screaming in church
21  because his head was hurting him so badly and that he
22  seemed to be, like, having -- like, his eyes were
23  rolling into the back of his head, almost like he was
24  going unconscious, and like really lethargic.
25      And I relayed to them that I thought

Page 175

1  maybe he had been sensitive to the light at that time
2  and that he had been vomiting a lot since the ER and
3  not keeping the antibiotics down and that we had
4  noticed when he was turning his head to the side he
5  was saying "Ow" and that his eyes were being weird in
6  that when he was going to sleep they weren't closing
7  all the way.  It was like they were jutting from his
8  skull.
9      So we had actually come back in because
10  we were concerned that the strep throat had gone on
11  for too long, that maybe he hadn't been telling us
12  that his throat had hurt so it was possibly going
13  into meningitis is what I told her.
14      Q.    The eyes rolling back in the head, had
15  you seen that at any time since he was in the car on
16  his way to Wesley-Woodlawn?
17      A.    No.
18      Q.    All right.  And did you use the word
19  "meningitis"?
20      A.    Yes.  I said that we were concerned that
21  it was progressing into meningitis.
22      Q.    Okay.  What was the response?
23      A.    She didn't really give a response to
24  that.  It was like an "Okay," like a placating, like,
25  "All right.  Sure."  And then she said, "Well, I'll

Page 176

1  go see if I can find a back room somewhere for you."
2      MR. WOODING:  Find a what?
3      A.    She said, "Let me go see if I can find a
4  back room for you somewhere."
5      Q.    (BY MS. WATSON)  Where did that
6  conversation occur?
7      A.    Right in front of the double doors that
8  lead to the ER.  Like when she called us up there, I
9  thought we were going to go straight back, but we
10  just stood there in front and had that whole
11  conversation first.  And then D███████ -- I was
12  carrying him.  D█████ and I waited there while she
13  went back to find a room.  So we stood there for
14  maybe five minutes.
15      Q.    And was it her that came and got you?
16      A.    Yes.
17      Q.    All right.  And you were placed in a
18  room?
19      A.    Yes.  She came and got us, took us back
20  to a room.  And I laid him down in the bed there.
21  And at that point she pointed out his eyes.  She was
22  like, "Huh.  He's awake.  His eyes are open."  I
23  said, "No, he is not awake.  He is asleep and his
24  eyes aren't closing when he is going to sleep."  And
25  she laughed.  She laughed at him and then left the

Page 177

1  room. That was it.
2  Q.    Okay. And this is Nurse Practitioner
3  Daney --
4  A.    Yes.
5  Q.    -- that you were describing the
6  conversation with?
7  Okay. Who came in the room next?
8  A.    A nurse. She said that they were going
9  to hook him up to IV fluids and that they were going
10  to possibly start the antibiotic via IV. She put a
11  pulse ox on his finger, and she -- they did the IV.
12  And what really struck me about the IV is he didn't
13  even flinch in pain. So at the Wesley ER, he had
14  been protesting being listened to with a stethoscope,
15  saying he didn't want a flu shot. And then at Via
16  Christi, when they poked his arm with a needle, he
17  didn't even respond to the pain.
18  Q.    Did you comment about that to the nurse?
19  A.    Yeah, I did.
20  Q.    What did she say?
21  A.    She said, "He must be really tired." I
22  heard that -- that was a common -- a common statement
23  when I was at that ER. Many people were like, "Well,
24  he is just tired."
25  Q.    Okay. So they got the IV fluids going?

Page 178

1  A.    Yeah.
2  Q.    And were they also administering the
3  antibiotics?
4  A.    No.
5  Q.    Okay. What happened next after they got
6  the IV fluids?
7  A.    We just sat and waited. There were a
8  couple of people that came in and out, but it wasn't
9  to observe him or check him or anything. They came
10  and they were like -- it almost seemed like a storage
11  room to me because there were those, like, big
12  cabinets with a bunch of stuff in it, and people were
13  coming in and getting supplies out and taking them to
14  other rooms but not saying anything to us.
15  Q.    Okay. What's the next thing you recall?
16  A.    Dr. -- it was a resident from the
17  pediatric floor that came in.
18  Q.    Male or female?
19  A.    Male.
20  Q.    What was the conversation with him?
21  A.    He said that we were going to be
22  admitted for monitoring. And I was shocked, because
23  I hadn't spoken to anyone. It was like, oh, finally
24  there's a doctor here to, you know, come and check
25  him out. I thought that's what we were waiting for

Page 179

1  the whole time was for a doctor to come into the room
2  to check him out. Because I didn't know that the
3  nurse practitioner was a nurse practitioner. I
4  thought she was just a nurse.
5  I thought that the nurse came in and
6  started the IV fluids and that he was still waiting
7  to see a doctor, because nobody else had been in
8  there. And so when the resident came in, he
9  introduced himself, and I was relieved. I was like,
10  finally somebody is going to see him.
11  And he just said, "You're going to be
12  admitted." And I -- I said, "Why" -- oh, they took
13  blood when they were doing the IV. They did lab
14  work. And so I asked him was there something on the
15  lab work. Like, I was -- you know, mom freak-out
16  moment. Like, oh, my goodness. There's something
17  horrible in his lab work and they are having to admit
18  him because of it.
19  And he said, "No. No. No. No. There
20  was nothing wrong with his lab work." That's what he
21  told me. He said that the white count was a little
22  elevated, but it's probably from the strep. And they
23  were just going to admit him because they wanted to
24  make sure that he was able to keep antibiotics down
25  in the morning.

Page 180

1  And so I went over -- he kind of asked
2  me what was going on with him. And we were -- we
3  were sitting at the edge, like, at the doorway. I
4  had scooted my chair down to the edge of the doorway,
5  and we were having the conversation there, like kind
6  of away from the bed. And I told him that -- you
7  know, the full history again.
8  I told him that we had been in the ER
9  earlier at Wesley because he had developed a headache
10  during church where he was screaming, and it was
11  really severe, and that he had been nauseous a couple
12  of days before and that he then did end up vomiting
13  several times in the ER and since then, and that on
14  the way to the ER we had noticed that he was rolling
15  his eyes into the back of his head and really weak
16  and lethargic at that point.
17  And then I told him about how the time
18  between the two ERs we had noticed that his symptoms
19  had gotten worse, closer to the time when we came
20  back into the Via Christi ER, and I had noticed that
21  his eyes weren't closing. And I showed him. I
22  pointed it out because De----- was still doing that,
23  to where his eyes weren't shut. They were like half
24  shut while he was asleep there on the bed.
25  And I said, you know, "His eyes aren't

Page 181

1 closing. I think that's really odd. It's like
2 they're protruding." And his -- his neck, when he
3 was turning it, he was saying "Ow," so we were really
4 concerned that he had had strep for longer and that
5 maybe it was going into meningitis.
6      Q.   And what was the response?
7      A.   "Okay."
8      Q.   Did he do any sort of examination?
9      A.   No. He did not approach his bed.
10     Q.   About how long was this conversation?
11     A.   You know, actually, it was -- it was a
12 good, like, ten -- ten minutes. Like I really felt
13 like he sat down and had the longest conversation
14 with me. Like I felt relieved at that point that he
15 was actually sitting and listening. I was -- I was
16 just feeling relief that there was a doctor there
17 that I could talk to.
18     Q.   And once he said "Okay," was there any
19 more discussion?
20     A.   He said, "Well, we are getting a room
21 prepped right now, and we'll be back down when it's
22 ready."
23     Q.   Do you remember about what time this
24 was?
25     A.   Oh, this was more -- I mean, we had been

Page 182

1 in there for a while. It was probably 5:00 or
2 6:00 in the morning by that point when he came down.
3 But we did wait, then, a little while longer before
4 they had a room ready.
5      Q.   Okay. So going back to the text message
6 string, at 4:18 you said, "Fluids, Zofran, lab work."
7      A.   Yes.
8      Q.   And then, "Haven't even" --
9      A.   Oh, yes, they gave IV Zofran.
10     Q.   Okay. "Haven't even seen a doctor. At
11 least he's getting fluids. I don't know why we
12 haven't seen anyone." That was at 4:43?
13     A.   Yes.
14     Q.   Okay. And then you said, "Still
15 nothing. I did hear them say they had a code red."
16 Discussion about another man.
17     A.   Yeah.
18     Q.   And then -- so that was at 5:11 when you
19 said, "Still nothing." And then you say, "Room 29 on
20 the 5th floor. Take the C elevator. How the heck
21 are they this slow?" And his response was "IDK" at
22 6:08.
23     A.   Yes.
24     Q.   So sometime between 5:11 and 6:08, you
25 were admitted to the fifth floor.

Page 183

1      A.   Yes.
2      Q.   Okay.
3      A.   So during that time, though, they had
4 thought about starting the IV antibiotics in the ER.
5 Because, like I said, when we first got there they
6 had been considering doing that the whole time, and
7 so a nurse did come in after I had talked to the
8 resident and started the IV antibiotic.
9           But when she was on her way out, the
10 original person we had seen, which I now know is the
11 nurse practitioner, yelled across the hallway, "Oh,
12 stop, stop. Stop doing that. They are going to do
13 it upstairs."
14     Q.   And how did you subsequently learn that
15 she was a nurse practitioner?
16     A.   Just since then. Because, I mean, I
17 have -- I have learned more about the case since
18 then, seen his records.
19     Q.   Okay. How many times have you reviewed
20 the Wesley-Woodlawn records?
21     A.   The full records?
22     Q.   Uh-huh.
23     A.   I mean, I have never read through the
24 whole thing.
25     Q.   Okay. And I'm talking about just the

Page 184

1 Wesley-Woodlawn records, not the Via Christi records.
2 You haven't reviewed those in full?
3      A.   I have not read through the whole thing.
4      Q.   Do you remember what parts you have
5 looked at before?
6      A.   I couldn't name the exact parts that I
7 looked at, no.
8      Q.   Was the sign-in sheet that we marked as
9 an exhibit -- as Exhibit 4, is that one of the things
10 you looked at before now?
11     A.   I had glanced at the top before, but
12 that was it. I -- I can't even read the rest of it.
13 I can't -- I don't read that writing very easily,
14 so...
15     Q.   Okay. Do you remember anything else
16 that you looked at from the Wesley-Woodlawn records?
17     A.   No.
18     Q.   And then what about the Via Christi
19 records, have you been through those?
20     A.   No, I haven't.
21     Q.   Do you think Kevin has?
22     A.   I don't believe he's read through them.
23     Q.   All right. You said that you learned
24 that the nurse practitioner was a nurse practitioner
25 by going through the records subsequent to the

Page 185

1  admission?
2      A.   I didn't go through -- well, okay.  So I
3  -- I don't remember exactly how I learned that she
4  was a nurse practitioner.  I just know that --
5          MR. TORLINE:  I don't want you to --
6  again, to the extent it calls for attorney-client
7  privilege, Kelli, you know, what you learned from us
8  in our conversations are privileged.  So --
9          THE DEPONENT:  Right.
10         MR. TORLINE:  -- absent -- aside from
11 that, if you can answer, answer.
12         THE DEPONENT:  Okay.
13     A.   Yeah.  I mean, I -- I don't remember if
14 I specifically looked at it and read it.  I mean, I
15 was handed discharge paperwork when we transferred to
16 Children's Mercy.  So I don't remember exactly when I
17 learned it.
18     Q.   (BY MS. WATSON)  Okay.  So you were
19 admitted up to the fifth floor.  Was D_____ wheeled
20 in a -- a gurney or a cart?
21     A.   He remained -- he remained on the same
22 bed that he was on in the ER.  They didn't move him.
23 So they wheeled him upstairs on that.
24     Q.   Okay.  Had he changed at all by that
25 point?

Page 186

1      A.   He did change, in the fact that he had
2  stopped moving.
3      Q.   Stopped moving in response to touch or
4  just --
5      A.   Exactly.
6      Q.   -- not at all?
7      A.   He was not arousable.  I was -- I would
8  -- if I tried to talk to him or touch his shoulder --
9  I would tell -- I was telling him that we were going
10 to go up and go to the pediatric floor.  There was no
11 response.  He didn't move.  Nothing.
12     Q.   All right.  And tell us what you recall
13 when you got to the pediac- -- pediatric floor.
14     A.   So a nurse greeted us.  I don't remember
15 her name, but it was a female.  And she said that
16 they were going to get him transferred.  So we
17 transferred him from the bed that was in the ER to
18 the pediatric bed, but it took two of us.  Like, one
19 had his top and one had his bottom, and we just
20 lifted -- lifted him onto the bed.
21         They took the pulse ox off of his
22 finger, and I asked them why they were doing that.  I
23 wondered why they weren't going to do vitals in the
24 room anymore, and she said that he didn't need it.  I
25 asked her why he wasn't waking up.  I said, "You

Page 187

1  know, I have noticed whenever I try to talk to him or
2  try to touch him, he's not responding.  He is not
3  waking up.  I just don't understand why he is not
4  waking up."
5          And she told me, "Well, he is just
6  probably really tired.  Like, he's just -- he's just
7  had a long night and he's really tired."  And I said,
8  "Well, he's been asleep pretty much the whole time we
9  have been here.  He is not arousing at all now, and
10 that just really concerns me because he is not
11 arousing."
12         And so -- yeah, she just repeated that
13 she thought he was really tired due to the long
14 night.  And I also pointed out the eyes to her, like
15 how his eyes weren't fully closing and I thought that
16 was weird.
17         And then I asked her about the
18 antibiotics, like if they were going to start the
19 antibiotics because that's what -- I had assumed they
20 were going to start them on the -- the pediatric
21 floor because that's what I had heard in the
22 conversation.  Like, "Don't do the antibiotics here.
23 They'll do them upstairs."
24         And so I asked her about that, and she
25 said, "No, we are not going to do the antibiotics.

Page 188

1  We are going to wait until he wakes up and see if he
2  can keep them down."
3      Q.   Okay.  Any -- any other conversations
4  you recall with that nurse?
5      A.   No.
6      Q.   And then what's the next thing you
7  recall?
8      A.   It was a female doctor walked back into
9  the room very briefly, with the nurse.  And she just
10 said, "I just want to let you know we are going to
11 let him sleep for now and then see how he's doing in
12 the morning."
13     Q.   I'm sorry.  Who said that?
14     A.   It was a female doctor.
15     Q.   Okay.
16         MR. YOUNG:  I've lost track.  What --
17 about what time was this?
18         THE DEPONENT:  This was probably more
19 around 6:30.
20     Q.   (BY MS. WATSON)  Okay.  And then what's
21 the next thing you recall?
22     A.   There was -- so we were told to just
23 rest and let D_____ sleep.  And then a -- another man
24 came in.  I -- I don't remember him introducing
25 himself.  I just -- I knew he was a doctor because he

Morgan
10/04/2018

Page 189

1  was wearing a white coat.  And he -- he did do an
2  examination of D——, but this was like maybe an
3  hour later, half hour later.
4      Q.   So 6:30, 7:00 time frame?
5      A.   Probably more around 7:00.
6      Q.   And did he talk you about what he was
7  seeing with D——?
8      A.   He didn't talk to me about what he was
9  seeing with him, but he wanted to listen to his chest
10  and just, like, check him out.  And so we had to sit
11  D—— up in bed because he was -- he was not
12  arousable.  He was not -- he was just out.  And so we
13  sat him up in bed.
14           And he started putting his stethoscope
15  on D——'s chest, and D——, like, did this weird
16  thing where he, like, grabbed his arms in and curled
17  them into his chest.  And I was like, "Well, that's
18  really weird."  And I pointed out to the doctor, "He
19  has a stethoscope at home and he plays with it.  He
20  shouldn't be scared."  Because the doctor was like,
21  "Well, he's probably scared."
22           But he wasn't even awake.  Like his eyes
23  were still that half-closed-looking thing, and I
24  pointed that out.  I said, "You know, he is not
25  awake.  His eyes just haven't been closing when he's

Page 190

1  asleep.  He's been asleep this whole time.  I don't
2  know why he is doing that -- that, like, clutching
3  his chest with his hands."
4           And then he started thrashing his head
5  back and forth, like really violently.  Almost, to
6  me, it looked like -- like a seizure-type move.  And
7  I pointed that out, and he was like, "No, he is just
8  -- he just doesn't want me to listen to him with a
9  stethoscope."  And, I mean, I was just kind of like
10  -- I didn't even know what to say to that, because it
11  was just a very odd movement.  I had never seen
12  anything like that, and it -- it freaked me out.
13           But I was asking him about it, and he
14  didn't seem concerned.  So, I mean, I was just like
15  okay.  And so he finished listening to him, and then
16  he said, "Well, we are just going -- we're going to
17  let him get some more sleep and see how he is when he
18  wakes up in the morning."
19      Q.   Okay.  Anything else that doctor did
20  besides listen to the chest?
21      A.   Uh-uh.
22           MR. TORLINE:  No?
23      A.   No.  Sorry.
24      Q.   (BY MS. WATSON)  All right.  And then
25  did anybody else come in the room between the time

Page 191

1  that male doctor was in there and the time of a
2  change in -- in condition for him?
3      A.   No.
4      Q.   Okay.  And what do you recall about
5  D—— between, say, 8:00 and 9:30?
6      A.   So he wasn't doing anything, still.  He
7  was just laying in bed, still with his eyes half
8  open.  The only difference that I noticed was his
9  breaths were getting really big.  So it was like he
10  was taking a giant breath, like kind of (indicating),
11  like a big inhale and exhale, and then another big
12  inhale and exhale, and then there was a bit of a
13  pause, and then he would do it again.
14           And it was just kind of like a rhythmic
15  breathing like that.  And I was laying on his bed, at
16  the foot of his bed, with my hand on his foot, just,
17  like, watching him during that time.
18      Q.   So two big breaths and then a pause of
19  how long, would you say?
20      A.   It wasn't a very big pause at the
21  beginning.  It was kind of like, you know, when
22  somebody is asleep and they are kind of in a cycle of
23  breathing.  It was maybe a five-- well, I don't --
24  I don't know how to qualify it in seconds.  It was
25  like maybe five-second pause probably.  But I was

Page 192

1  noticing that the pause was getting longer as time
2  was going on.
3      Q.   Any other changes that you saw in that
4  time frame?
5      A.   He -- not a specific change, but his
6  face looked gaunt.  Does that make sense?  Like I
7  almost looked hollow.  I think that the protruding
8  eyes really made that difference too, just like
9  his -- his -- yeah.  He looked really terrible.  His
10  color had definitely gone from his face at that point
11  as well.
12      Q.   And let me back up.  Did you take any
13  pictures of D—— at all from the onset of the head
14  hurting in the back to this time that he's on the
15  floor at Via Christi?
16      A.   No, I didn't.
17      Q.   Any videos?
18      A.   No.  So D—— has never liked it when
19  people feel sorry for him.  I think I've -- I said
20  that a little earlier.  And if I were to take a
21  picture of him when he was sick, he would have been
22  horrified if he ever found out about it.
23           In fact, like when we were at Children's
24  Mercy, the news wanted to do a special on him and the
25  therapy dog.  And I said no, because I knew if he saw

## Page 193

1  that later on he would be horrified by it. Because
2  he just doesn't like anybody feeling sorry for him.
3  So I absolutely did not take any pictures or videos.
4      Q.   Okay. All right. What is the next
5  thing that you recall?
6      A.   The nurse came back in and said that it
7  was time to wake him up to see how he was doing.
8      Q.   And about what time was that?
9      A.   It was a couple of hours after the
10 doctor had done the examination. So like 9:00,
11 9-something.
12     Q.   Okay. And what did the nurse do to try
13 and wake him up?
14     A.   She said, "Let's sit him up and wake him
15 up." So we sat him up, but his head dropped to the
16 side. He was not waking up. And at that point he
17 completely stopped breathing. It was almost as if
18 the motion of setting him up did something to where
19 he just -- he stopped.
20     Q.   Okay. Did you realize that immediately?
21     A.   I didn't realize it immediately. But I
22 knew that he had been taking the big breaths before,
23 and I noticed after a bit that he wasn't doing that
24 anymore. And I said, "Is he breathing?" And then I
25 said, "He's -- he's not breathing."

## Page 194

1          And so she laid him back down and
2  started rubbing his chest. And I started screaming
3  at her that he wasn't breathing. And she just paused
4  and did nothing. And I was getting really upset. I
5  said, "He is not breathing. Do something." You
6  know. And so she ran out in the hallway and left me
7  there with him, still in my arms not breathing. And
8  then a whole bunch of people ran in.
9      Q.   Was that pretty immediately after she
10 left the room that people came back in?
11     A.   (Nodding head.)
12     Q.   Yes?
13     A.   Yeah.
14     Q.   Okay. Do you need a break?
15     A.   Maybe.
16     Q.   Okay.
17         MR. TORLINE: Let's do it.
18         THE VIDEOGRAPHER: This ends Video
19 Number 2. We are off the record. The time is
20 1:52 p.m.
21         (Recess taken from 1:52 p.m. to 2:00 p.m.)
22         THE VIDEOGRAPHER: This begins Video
23 Number 3. We are back on the record. The time is
24 2:00 p.m.
25     Q.   (BY MS. WATSON) All right. Before the

## Page 195

1  break we were discussing the fact that the nurse ran
2  out of the room, brought some people back in with her
3  fairly quickly.
4      A.   Yes.
5      Q.   How long do you estimate she was out of
6  the room for?
7      A.   It was probably less than a minute.
8      Q.   And about how many people did she bring
9  back with her?
10     A.   Oh, she -- I mean, she brought back two
11 people, but from that point on the room just kept
12 filling. It got so crowded that I -- I was pushed to
13 the back corner of the room, and I couldn't make it
14 -- I couldn't even approach the bed.
15     Q.   Do you remember any of the conversation
16 that was going on while they were tending to D▓▓▓▓
17     A.   I had called Kevin immediately, when
18 more people got into the room, to tell him to come
19 right away. I knew that my parents were planning on
20 coming -- or my mom was planning on coming in that
21 morning to help with the other kids so that he could
22 come join us at the hospital. And so I called him
23 and told him that he wasn't breathing and that he
24 needed to get there.
25     Q.   Okay. And is that the call at 9:57 on

## Page 196

1  the call log for 24 minutes?
2      A.   Yes, I believe so. Yeah, because I --
3  he stayed on the phone with me until he was walking
4  down the hallway to his room. He was having a hard
5  time finding his room.
6      Q.   Okay. And, I'm sorry, did you say you
7  remembered any of the conversation that the
8  healthcare providers were having while they were
9  tending to D▓▓▓▓
10     A.   No, I don't remember the conversation.
11 I was talking to Kevin. I -- I mean, I was -- I was
12 in my own -- I was trying to survive at that point
13 and be okay so that I could be there for D▓▓▓▓ when
14 I was able to approach the bed again.
15     Q.   Could you see D▓▓▓▓ or what they were
16 doing?
17     A.   I could not see exactly what they were
18 doing after I left the bedside, no. The chaplain had
19 showed up at that point, and he had gotten a chair
20 for me in the back of the room and sat next to me.
21     Q.   All right. And about how long were they
22 providing care to him during that session?
23     A.   Well, at least until Kevin arrived. So
24 it was at least 30 minutes. Dr. -- the head
25 pediatrician, I think Stephanopoulos, had arrived in

Morgan
10/04/2018

Page 197

1  the room pretty shortly after the room started
2  getting really crowded, and he was kind of conducting
3  what was going on.
4          And I just -- I remember seeing him
5  standing there. It was like he had this little
6  podium thing that he had wheeled into the room and
7  had set up in the middle of the room and was just
8  dictating what they needed to do. But I -- I was not
9  following the specifics of what they were doing at
10 that point.
11     Q.    Okay. And so you think after about
12 30 minutes they stabilized him?
13     A.    Yes.
14     Q.    Okay. And then what do you recall?
15     A.    I know at that point I saw that he had
16 been intubated, that there was a tube in his throat,
17 and that there was a machine controlling his
18 breathing. And Kevin had arrived, and we were
19 speaking to Dr. Stephanopoulos about what was going
20 on.
21          And at that point, we were not getting
22 any feedback from them as to what they thought could
23 be occurring. They had had no idea. There was not
24 even any speculation. We told Dr. Stephanopoulos
25 what our concerns were, was that he had been

Page 198

1  diagnosed with strep, and we honestly thought that he
2  must have meningitis and that something had happened,
3  it had gotten so severe that he was dying from it.
4          And we told Dr. Stephanopoulos that, and
5  he -- he said that the first thing that you would do
6  to test that is to do -- like, test the spinal fluid
7  cells to find out if he had meningitis. But he said
8  before they do that, they always do a CT to check to
9  make sure that it's safe to do a spine -- a test of
10 the spinal fluid.
11     Q.    And so was that his plan for the next
12 step?
13     A.    So then he went and talked to his -- the
14 other doctors, and then we found out that's what they
15 were going to do.
16     Q.    Okay. Did you go with D█████ to the CT?
17     A.    We were not allowed into the room, but
18 we did walk down the hallway with the bed the full
19 way.
20     Q.    And was he responding at all at that
21 point?
22     A.    No, absolutely not.
23     Q.    All right. And then at some point did
24 they tell you what the CT showed?
25     A.    Yeah. So they took Kevin and I to the

Page 199

1  PICU area, where they were going to be taking him
2  back after the CT. And we were -- they were prepping
3  to do the spinal fluid draw, a lumbar puncture. I
4  think that's what it's called.
5          They were prepping to do that, and they
6  had everything ready for him to come back from the CT
7  so that they could get that done. And they brought
8  him back in, and then we were told that they wanted
9  to talk to us in a separate room.
10     Q.    And who talked to you in a separate
11 room?
12     A.    It was Dr. Stephanopoulos and the
13 chaplain. I don't think there was anybody else in
14 the room with us. I think that was the only two.
15 And we went into the room, and he said they had found
16 something on the CT and that they weren't going to do
17 the lumbar puncture. And we were asking him what
18 they found on it, and they said they had found a mass
19 in the back of his head on the CT.
20     Q.    Did he say what kind of mass at that
21 point?
22     A.    No.
23     Q.    What else did he say?
24     A.    He didn't really say anything else after
25 that. He just wanted to give us some time, and he

Page 200

1  was asking if we were doing okay. And I remember
2  relating to him I actually felt relieved that they
3  had finally found something. I said, "You know, I'm
4  glad that you found it. I'm glad that we know what's
5  going on now."
6          I mean, I just remember feeling,
7  honestly, relief at that point because it was like we
8  have something; we know what to do; let's -- let's
9  take care of this. I mean, because in my mind I was,
10 like, we're just going to remove it and then he's
11 going to be fine again. Like, we're going to go
12 through the surgery, they're going to take the tumor
13 out, and he is going to be fine. Like, that's what
14 was going on in my mind. So I just remember feeling
15 a lot of relief.
16     Q.    Was Dr. Stephanopoulos calling it a
17 tumor during that meeting, or was it a mass?
18     A.    I -- I think he said mass, not a tumor,
19 but...
20     Q.    Did that seem to fit, to you, at all as
21 far as the symptoms that he had been having up to
22 that point?
23     A.    It was -- it was -- I mean, I have no --
24 I had no idea at that point what the symptoms of a
25 mass in the head were. So, I mean, it was a shock to

Page 201

1  me that they had found that on the CT.  I'm not
2  medically trained, so I didn't know.
3      Q.  Okay.  And so did he tell you that the
4  plan would be to take him to surgery to remove that?
5      A.  He said he was contacting a neurosurgeon
6  to talk about it.
7      Q.  Okay.  What's the next thing that
8  happened?
9      A.  We went back into the room with D████
10  and then waited for a little bit until the
11  neurosurgeon showed up.  And he took us outside of
12  the room, and he had a little, like, computer where
13  he showed us the picture that they had taken, and
14  showed us where it was located.
15          And he said, you know, "We -- I don't
16  need an MRI to do this.  I can just do it off the CT.
17  I have done lots of these before."  That's what he
18  said.  He -- he reassured us, made us feel like he
19  really knew what he was doing.  Made us feel
20  comfortable about it.
21      Q.  Did you meet with anybody else before
22  the surgery?
23      A.  Not that I can recall.  I mean, we spoke
24  to several doctors and nurses about, like, when we
25  were going to go and what the time frame was.

Page 202

1  Because I know he had to kind of -- Dr. Grundmeyer
2  had to change his schedule around to get D████████
3  surgery in as soon as he could.  So it was kind of a
4  constant back and forth of when are we going.
5      Q.  Do you remember about what time you met
6  with Dr. Grundmeyer that day?
7      A.  No.
8      Q.  Okay.  And the surgery was at about
9  4:00.  Does that sound about right?
10      A.  Yes.  I know it was later that
11  afternoon.
12      Q.  Okay.  And then what were you told after
13  the surgery?
14      A.  Excuse me.  We were told that he was --
15  he came out and spoke to us.  Dr. Grundmeyer came out
16  and spoke to us personally right after the surgery
17  was done.  He said that they had a little bit of a
18  hard time getting the -- the line in, the PIC line
19  that they needed to use to give medications and draw
20  blood and all of that.  And that -- then they had
21  gone in and relieved the pressure, and that he said
22  there was an immense amount of pressure.  And he
23  described it as "it went all over the room."
24          And then he said that the resection went
25  amazingly well and that he believed he had gotten all

Page 203

1  of it.  So we were really thankful.
2      Q.  What was he saying went all over the
3  room?
4      A.  Well, he said they put like a -- drilled
5  a hole into his head to relieve the pressure, and it
6  was like it sprayed.
7      Q.  Like, brain fluid did or --
8      A.  I would assume.  I don't know.  I didn't
9  ask.  That was a little much for me at that point.
10      Q.  Did he talk to you about how he thought
11  D████ would do from that point forward?
12      A.  No.  He just said, "We'll see how it is.
13  We are going to wait for him to wake up."
14      Q.  Up to that point, had you had any
15  discussions with people at Via Christi where they
16  criticized the nurses at Wesley-Woodlawn?
17      A.  No.
18      Q.  Did you have any discussions with anyone
19  at Via Christi where they expressed criticisms of the
20  PA or the physicians or anybody else at
21  Wesley-Woodlawn?
22      A.  Not that I remember.
23      Q.  During the Via Christi admission, Kevin
24  apparently called a patient advocate line at Wesley?
25      A.  Uh-huh.

Page 204

1      Q.  Did you know that he was going to do
2  that?
3      A.  I don't remember if I knew beforehand,
4  but I know that he told me afterwards.
5      Q.  Do you --
6      A.  Because we were both upset with how we
7  had been treated -- how I had been treated.
8      Q.  Did he tell you how he determined what
9  number to call?
10      A.  No.
11      Q.  And what did he tell you about the call?
12      A.  He didn't really tell me anything about
13  it.  Just -- he had just said that he left a message
14  for a patient advocate.  I didn't ask him what he had
15  said.
16      Q.  Did he tell you who he spoke to, or did
17  he know the person's position?
18      A.  He said he had left a voice mail.
19      Q.  Oh, okay.  And then he got a return call
20  subsequent to that?
21      A.  He got a return call, but I wasn't
22  present when he got it because we had already
23  transferred to Children's Mercy.
24      Q.  Did he tell you anything about that
25  return call?

Page 205

1       A.     No, he didn't tell me specifics of that.
2  He said that he had gotten a call back, but I don't
3  know what the conversation entailed.
4       Q.     Did he say from who?
5       A.     No, not to me.
6       Q.     Did you do anything to follow up or make
7  any sort of complaint to Wesley about your emergency
8  room visit?
9       A.     No. I told Kevin that I was leaving
10 that up to him because I was concerned with D████.
11 I was focusing on D████ that whole time.
12      Q.     And then why did you all choose to have
13 D████ transferred to Children's Mercy?
14      A.     There were several issues that we had at
15 Via Christi. A lot of it was the overnight nurses.
16 They were not diligent in their duties. They were
17 not willing to be trained -- so he had the -- the
18 drain for his -- for -- that was in his head to drain
19 off excess fluid. And we felt like we were
20 constantly having to fight with the nurses at night
21 to go get trained on how to use it. Some of them
22 were unwilling to actually go get trained as to how
23 to use it, and they said they knew anyway.
24      Most of them ended up going and, like,
25 figuring out how to do it, but then it was the

Page 206

1  night -- the night before we transferred -- it was
2  the night before or the night before that that we
3  transferred that the nurse just outright refused to
4  go get training as to how to -- how to level the --
5  there was -- there was like this pole and you had to
6  level it with the laser to make sure it was at the
7  right level with his ear in order to drain the right
8  amount of fluid off, and she wasn't doing it
9  correctly.
10      And we could see that she wasn't doing
11 it correctly because we had -- we had been watching
12 them doing it for seven nights. And she was just
13 turning the laser instead of actually moving it up
14 and down to level it. She would just tilt the laser
15 down and say, "Look, it's pointing at his ear. It's
16 fine." And we were saying, "No, you have to have the
17 laser level in order to have it lined up with his
18 ear, not just change the direction of the laser,
19 because that doesn't change the balance." And she
20 refused. Just outright refused. And the next
21 morning we talked to the nurse, and she re-leveled it
22 and said it had been wrong.
23      And that was one of the issues. The
24 other issue was just constant, constant battles, it
25 felt like. Not being listened to or taken seriously

Page 207

1  in some cases.
2       Q.     In what regard?
3       A.     Do you have any specific question about
4  that? Because --
5       Q.     No, I'm just trying to get a sense of
6  what your concerns where.
7       A.     Yeah. So mainly the overnight parties,
8  but also we kept getting pushed to trach -- put a
9  trach in and to put a G-tube in. And there had
10 actually been a doctor in there that said there was
11 no reason to. It was some -- it was a doctor that
12 went to several facilities. He wasn't Via Christi
13 specific. I don't remember what his name was. But
14 he said that there was no reason to do a trach
15 because in 24 hours a kid can turn around, and he has
16 seen it happen, that they don't need it anymore.
17      We had also been seeing that when he was
18 on the -- the vent, he was, like, doing his own
19 breaths. They had taken it off. He was doing
20 spontaneous breaths. So he was breathing fine on his
21 own, but we were told that he shouldn't be extubated
22 because he couldn't maintain his airway because his
23 head would flop. I mean, it was -- it was just
24 little things that just kept adding up over time.
25      Q.     So did you initiate contact with

Page 208

1  Children's Mercy or did someone at Via Christi do
2  that for you?
3       A.     I believe we asked them to contact them.
4  Or Kevin may have called them first. I'm not sure
5  which happened.
6       Q.     And was D████ still intubated during
7  the transfer?
8       A.     Yes.
9       Q.     All right. And tell us what you recall
10 about conversations at Children's Mercy about
11 D████ condition or any observations they gave you
12 about the care at Wesley and Via Christi.
13      A.     Via Christi wasn't speaking to us about
14 Wesley and the care there.
15      Q.     No, I'm talking about when you got to
16 Children's Mercy. Did you have conversations about
17 the course of care that brought him to Children's
18 Mercy?
19      A.     Oh, I see what you mean. Well, we
20 described like what kind of care we received, and
21 they just -- I mean, they didn't have anything -- I
22 mean, they weren't belligerent and, like, badmouthing
23 Via Christi or Wesley, but they said, "No, we -- we
24 do it differently," and just did things their own
25 way.

Page 209

1    Q.   Okay.  How much longer was he on the
2  ventilator after he got to Children's?
3    A.   A day.
4    Q.   And never needed it again after that?
5    A.   No.  He maintained his airway.  He
6  breathed fine on his own.  Maintained his oxygen
7  levels.
8    Q.   Okay.  And was responsive and talking
9  after that?
10    A.   No.
11    Q.   No.  Okay.  When did he become
12  responsive and talking?
13    A.   When did he start talking?
14    Q.   When did he become responsive?  Let's
15  start there.
16    A.   Oh, responsive?  Like opening his eyes
17  and responding to anything?  Well, he would -- he had
18  opened his eyes already at Via Christy.  So, I mean,
19  he was off of sedatives the first day after his
20  surgery.  But he still wasn't waking up for a few
21  days afterwards, even though he was off of the
22  sedatives.  And when he did open his eyes, he wasn't
23  moving his body with it.
24    Q.   Was he recognizing you and Kevin before
25  you transferred to Children's?

Page 210

1    A.   Yes, he seemed to be recognizing us.
2    Q.   Okay.  Was he showing reactions or
3  emotions or anything before transfer to Children's?
4    A.   We did see an emotion, because I brought
5  in one of his favorite toys, and he -- his lips went
6  up just a little bit when he saw it, and we were
7  ecstatic.
8    Q.   And that was before transfer?
9    A.   Yes.
10    Q.   Okay.  And what improvements did he make
11  while he was at Children's Mercy?
12    A.   At Children's Mercy?
13    Q.   Uh-huh.
14    A.   Well, we went from being intubated and
15  not moving when we got there to, when we discharged,
16  he was able to fully move his left side.  He had
17  gained continence, for the most part.  He was still
18  having some accidents.  He was able to speak fully,
19  but his voice was still quieter, and he used a lot of
20  breaths between his words.
21        His right side was still pretty
22  nonreactive.  He could do some things, but it was
23  very, very weak.  He was certainly not -- he
24  couldn't -- he couldn't maintain the sitting
25  position, and he was still having head stability

Page 211

1  control issues.
2    Q.   Did any of the doctors at Children's
3  Mercy talk to you and Kevin about what had caused
4  that, the right-sided weakness and --
5    A.   A stroke.
6    Q.   Okay.  Did they tell you what led to the
7  stroke?
8    A.   We did not specifically discuss -- they
9  did not specifically discuss with us what would lead
10  -- what led to the stroke at that point.
11    Q.   As you sit here today, do you have an
12  understanding?
13    A.   Yes.
14    Q.   And what's that?
15    A.   What -- what is my understanding?
16    Q.   Yes.
17    A.   I believe that he had the stroke because
18  of all the pressure that was in his brain.
19    Q.   Do you have an understanding of what the
20  pressure was?
21    A.   It was built-up fluid because of the
22  blockage of the tumor.
23    Q.   Okay.  So at some point somebody
24  explained to you that the tumor was blocking spinal
25  fluid into the brain?

Page 212

1    A.   Yes.
2    Q.   Okay.  Who explained that to you?
3    A.   I don't remember who told me that first.
4  I mean, there have been multiple conversations about
5  that throughout the time.
6    Q.   Have you had a conversation -- let's
7  start at Children's Mercy -- a conversation with any
8  of the doctors there about these are the symptoms we
9  were seeing before he had to go in for surgery and to
10  where they addressed those symptoms that --
11    A.   Yes.
12    Q.   -- they tied to it?  Tell us about that.
13    A.   Yeah, so I had an initial conversation
14  with one of the nurses in the PICU because I was --
15  she was asking about the Keppra, because he was on an
16  antiseizure medication called Keppra, and the primary
17  reason he was on it is because after the surgery he
18  could still have blood in his brain, and that can
19  cause seizures, is what they told me.
20        And at Via Christi, they had mentioned
21  that he had had a seizure before the -- the
22  intubation.  And so I told them that, and they said,
23  "Well, what was he doing during the seizure?"  And I
24  explained the -- the fist curling and the shaking of
25  the head.  And they said, "Oh, that is not a seizure.

Page 213

1  That is deprivation of oxygen to the brain."
2          And then I had a separate conversation
3  with the neurologist at -- once we had transferred on
4  to the oncology unit -- with the neurologist about
5  that, because we were thinking about taking him off
6  of the Keppra just because one of the side effects is
7  it can cause fatigue.
8          And we didn't want to compound -- he was
9  about to go in -- start radiation, and that can cause
10 fatigue, and yet he was still needing to do physical
11 therapy and occupational therapy and speech for at
12 least three hours a day.  And we were concerned that
13 the Keppra would, since it causes tiredness, like,
14 just make it super hard for him to do it.  So we were
15 talking about the pros and cons of taking him off of
16 it.
17          And he said, "Did he ever have a
18 seizure?"  So I explained the same thing.  I said
19 what we were told at Via Christi was that when he was
20 doing this, that was a seizure.  And he said, "No,
21 that is not a seizure."  And he said that's
22 decerebral posturing, is the word that he used.  And
23 he said that happens when the -- the oxygen is cut
24 off from the part of the brain that can control
25 breathing, which would be specifically back here, is

Page 214

1  what he said.
2          Q.    Okay.  When -- and on the record, it's
3  not going to show what you were doing.  But you said
4  "when he was doing this."  And you were curling
5  your --
6          A.    Sorry.  He was, like, curling his fists
7  into his chest and thrashing his head back and forth.
8          Q.    And is that the episode that you
9  explained to us earlier around the 7:00 a.m. time
10 frame, where the doctor was trying to listen to his
11 chest?
12          A.    Yeah.  He started doing that a little
13 bit then, and then I was told that he was doing it
14 when he was -- when he had been laid down about to be
15 intubated.
16          Q.    But you didn't see that one?
17          A.    I didn't see it, no.  They told me about
18 it.
19          Q.    Okay.  And who told you about it?
20          A.    So Dr. Judkins was the one that kept
21 pushing about the seizures, and so she was explaining
22 why he was on the Keppra.  And she also thought at
23 two other points that he was having seizures past
24 that, and so she ordered two EEGs, which did not show
25 seizure activity.

Page 215

1          Q.    And Dr. Judkins was at Children's Mercy?
2          A.    No, I'm sorry.  This was at Via Christi.
3          Q.    Okay.
4          A.    So she was the one that was describing
5  that and why he was on the Keppra.  I don't know if
6  she had been told about that or -- I'm not sure how
7  that got passed down.
8          Q.    Okay.  You don't know if she was in the
9  room during the --
10         A.    I do not believe --
11         Q.    -- attempt to revive --
12         A.    -- she was in the room.  Yeah.  Sorry.
13         Q.    So you believe that there were two
14 episodes of D█████ grasping his hands in a fist,
15 closing his forearms into his chest, and thrashing
16 his head side to side?
17         A.    Yes.
18         Q.    One of which you witnessed, and that was
19 in the 7:00 a.m. time period?
20         A.    Yes.
21         Q.    And the later one you were told about
22 during the code event?
23         A.    Yes.
24         Q.    Okay.  And so the -- the neurologist
25 that referred to that as de- -- decerebral posturing,

Page 216

1  that was Dr. Judkins?
2          A.    No.  At Children's Mercy, the
3  neurologist was telling me what that is called.
4          Q.    Okay.  What was that person's name?
5          A.    Lay -- Lay something.  He is a
6  neurologist there.  I'm sure it's in the records.
7          Q.    Is that a last name?
8          A.    Yeah.  I can't remember the last name.
9  It was whichever neurologist saw him at Children's
10 Mercy.
11         Q.    Okay.  And you believe that one of the
12 nurses also mentioned that this is some sort of
13 motion that you made if you have deprivation of
14 oxygen to the brain?
15         A.    Yes, yes.
16         Q.    Do you remember what nurse said that?
17         A.    It was -- I don't remember her name.
18 She was just -- so at Children's Mercy for the PICU,
19 they have one nurse per one room.  So it would have
20 been the nurse that was in the room, because he was
21 her only patient.
22         Q.    Okay.  But just on one day?  You don't
23 recall what day it was or --
24         A.    It would have been the day -- the
25 evening that we arrived because we were going through

Morgan
10/04/2018

Page 217

1  medications and everything.
2      Q.    Okay.  Any other comments that you
3  recall people at Children's Mercy making about the
4  events at Wesley or the events at Via Christi?
5      A.    I mean, I described to them everything
6  that led up to the point, but I don't remember
7  specific comments that they made about it.
8      Q.    Okay.  And he was at Children's Mercy
9  until May 18th of 2017?
10     A.    Yes.  It was early May.  I don't
11  remember the exact discharge date.
12     Q.    Okay.  And did you all return home from
13  there?
14     A.    Yes.
15     Q.    And what was the plan for D███████
16  recovery at that point?
17     A.    So he had been accepted into
18  Heartsprings, which is a physical therapy, OT --
19  physical therapy, occupational therapy, speech place
20  in Wichita.  And he was going to continue therapy
21  there.  There -- there's like usually a six-week
22  break between radiation and the start of the chemo
23  rounds, so we were going to stay there and then head
24  back to Kansas City to do chemo after that.
25           So we hadn't decided at that point yet

Page 218

1  whether we were going to be able to stay at the
2  Ronald McDonald House there or if we were going to be
3  able to stay with my aunt there.  We were trying to
4  go through what we were doing.
5      A.    I mean, it was a pretty stressful time.
6  Kevin was looking for job opportunities, which were
7  really slim in Kansas City.  He contacted coworkers,
8  they sent emails to places they knew in Kansas City,
9  and he was not getting any leads on jobs.
10     Q.    Okay.  And D████ actually received some
11  services at Heartspring --
12     A.    Yes.
13     Q.    -- for a while?
14     A.    Yeah.  He was -- he was there from, I
15  think it was the very beginning of June, until mid
16  July.
17     Q.    And then how did you all decide to
18  transfer him to Colorado?
19     A.    So we were still having a hard time
20  figuring out what we were going to do, the logistics
21  of it, going to Kansas City to get the chemo.  One of
22  the options was that we could go there, get the
23  chemo, and then come back home into Wichita and stay
24  there in-between rounds.  But the rule was that if he
25  struck a fever at any time during chemo, he had to be

Page 219

1  at a hospital within the hour.
2           And we absolutely did not feel
3  comfortable going to either Via Christi or Wesley
4  after the experiences we had had there, and we knew
5  we couldn't get to Kansas City in an hour.  So our
6  only options were to move to Kansas City or move
7  somewhere else where he could get the chemo.  And we
8  were really uncomfortable with spending an entire
9  year apart if Kevin couldn't get a job in Kansas
10  City.
11           So we started looking at other options,
12  and the Denver area has lots of aerospace engineering
13  jobs.  So we called Children's Hospital Colorado and
14  got someone -- got an actual neuro-oncology nurse on
15  the phone right away.  And we were talking to them
16  and spoke to what ended up being their doctor, and we
17  just felt so comfortable with them that we made the
18  decision that D█████ and I would move out there and
19  Kevin would follow once he was able to get a job.
20  And that would minimize our time apart.
21           It was actually -- one of the biggest
22  things at Children's Mercy, when we were there for
23  those three months, was Kevin was having to travel
24  back and forth on the weekends.  And it was hard on
25  us being apart because we had never been apart like

Page 220

1  that, and it was extremely hard on D██████  And we
2  were watching that he was -- he was more cheerful
3  when Kevin was there with us, so I was concerned
4  about an entire year apart.
5      Q.    Did you have any conversations with
6  healthcare providers at The Children's Hospital in
7  Colorado where they offered any criticisms of the
8  care he was provided at Wesley-Woodlawn?
9      A.    They did not offer criticisms to us.  We
10  explained what had happened, and we got shocked
11  faces, but they did not ever criticize.  They did not
12  ever specifically say, "Oh, well, they -- they didn't
13  do this right or this right."  Never got that.  It's
14  very professional.
15     Q.    Is that the same for Via Christi?  No
16  discussions about the care there either?
17     A.    Nobody at Via Christi ever --
18     Q.    No, I mean, at Children's Hospital in
19  Denver.  Did anybody express to you criticisms of the
20  care he received at Via Christi?
21     A.    Not directly.
22     Q.    Okay.  What do you mean by "not
23  directly"?
24     A.    I don't know how to describe that.  Like
25  it's not like they badmouthed anyone, but they

Morgan
10/04/2018

Page 221

1    expressed shock at the care that we were given.
2        Q.    Who expressed shock?
3        A.    Everyone.
4        Q.    Everyone that you spoke to about the
5    history?
6        A.    Yes.
7        Q.    Anybody that you can recall in
8    particular?
9        A.    Everyone. I mean, literally everyone.
10       Q.    Okay.
11       A.    I mean, we had to go through the history
12   for every single new person as to what happened.
13       Q.    All right. And at Children's Hospital,
14   he was receiving basically all medical care there
15   once you transferred; is that right? So radiation,
16   chemo, his therapies, was that all through -- and I
17   have not seen those records, so I'm just trying to --
18       A.    I see what you mean. He received
19   radiation at Children's Mercy. He only received
20   chemo at Children's Colorado. Is what you're asking?
21             MR. TORLINE: No. She is asking was
22   everything, the entire universe of care, was that
23   being taken care of at Children's Hospital in
24   Colorado.
25       A.    Oh, yeah, except for physical therapy,

Page 222

1    occupational therapy. But he had already received
2    radiation before he transferred there, so... Sorry.
3    That's what confused me.
4        Q.    (BY MS. WATSON) Okay.
5        A.    But his therapy services, we got an
6    in-home therapy agency for that. It was dictated by
7    Children's of Colorado.
8        Q.    Why was it determined to have therapies
9    in the home?
10       A.    Because he was going to be
11   immunocompromised during chemo. And so if he went
12   out to a location to receive physical therapy, he
13   could be exposed to more illnesses than if he was in
14   the home. Also, when we were homeschooling at the
15   same time, it gave us more time to actually work on
16   schoolwork, rather than if I was having to transport
17   him. Because he was having therapy three times a day
18   some days, and if I had to transport him back and
19   forth that often it would have really cut down on the
20   amount of time we had for schooling.
21       Q.    Was insurance paying for those therapies
22   to be provided in the home?
23       A.    Yes.
24       Q.    Was there one doctor or a couple of
25   doctors that were in charge of his care through

Page 223

1    Children's Hospital in Denver?
2        A.    His oncologist was in charge of all the
3    oncology-related --
4        Q.    And who was that?
5        A.    Dr. Mulcahy-Levy.
6        Q.    You're going to have to spell that.
7        A.    I don't know if I can spell the first
8    name -- the first part right. It's M-u-l-c-u-l-e-y.
9    And then it's a hyphen and L-e-v-y. We always called
10   her Dr. Levy.
11       Q.    Okay. So she was the main oncology
12   doctor?
13       A.    (Nodding head.)
14       Q.    Yes?
15       A.    Yes.
16       Q.    Okay. Was there another doctor that was
17   in charge of the therapies, like a physical medicine
18   doctor, rehab doctor?
19       A.    Yes, he has a rehabilitation doctor.
20   His name is Dr. Matthew Mayer. He still sees him as
21   well.
22       Q.    At some point, he had a doctor named
23   Timothy Bernard; is that right?
24       A.    Yes.
25       Q.    Okay. Who was he with?

Page 224

1        A.    Who was he with?
2        Q.    Was that Children's Mercy in Kansas City
3    or was that Children's in Denver?
4        A.    That was in Denver.
5        Q.    Okay. Is he a neurologist?
6        A.    Yeah, he is specifically with the stroke
7    rehabilitation clinic.
8        Q.    We were provided the audio of a phone
9    call that Kevin had with Dr. Bernard. Have you
10   listened to that audio?
11       A.    I have not listened to it, no.
12       Q.    Did Kevin relate to you what Dr. Bernard
13   said in that phone call?
14       A.    He did. So the very first appointment
15   that D_____ had with Dr. Bernard, I felt like he was
16   just a little abrasive, and I -- I didn't know how to
17   communicate with him. So Kevin called him just to
18   talk to him and try to figure out, like, what his
19   diagnosis was and stuff. Because I didn't understand
20   why they wanted all the lab work was the main issue.
21   They wanted a lot of lab work to make sure that he
22   wasn't at risk for any further strokes.
23       Q.    Had he had any further strokes between
24   the time at Via Christi and -- or into summer of
25   2017?

Morgan
10/04/2018

Page 225

1        A.    No. All of the lab work came back
2    showing that he was not at risk for further stroke.
3        Q.    Did anybody talk to you in that time
4    frame about the type of tumor that D███ had?
5        A.    Oh, yeah. Yeah. Once we got to
6    Children's Mercy, I learned the second day what type
7    of tumor it was.
8        Q.    Okay. And did they talk to you about
9    the characteristics of it, the chances of returning,
10   the survival rate, that sort of thing?
11       A.    Yes.
12       Q.    Tell us about that.
13       A.    Well, he has the best of the -- there's
14   four different kinds of medulloblastoma, and he has
15   the best kind, with the least reoccurrence. So we
16   were really thankful about that. The care that --
17   the plans that they have for it makes it highly
18   treatable.
19             So he explained to us, like, how he
20   would need radiation and then a break and then
21   maintenance chemo and just routine MRIs to show that
22   everything's still clear.
23       Q.    And when you say "he explained to us,"
24   that's the oncologist at Children's Mercy?
25       A.    Yes, yes.

Page 226

1        Q.    Was that Dr. Ginn?
2        A.    Ginn, uh-huh.
3        Q.    Okay. There was a phone call that we
4    were also provided the audio for Dr. Ginn -- between
5    Kevin and Dr. Ginn. Had -- did -- did you listen to
6    that?
7        A.    Yes. Kevin sent that to me. So he -- I
8    took him to Children's Mercy during the break to get
9    another MRI because it was scheduled for a routine
10   follow-up. This was after we were already back in
11   Wichita. And I stayed with him there to get the MRI,
12   but we hadn't gotten the results yet.
13             And I was in the process of driving
14   D███ back to Wichita from Kansas City at the time
15   that they were getting the results. And so Kevin
16   recorded the conversation for me so that I could hear
17   exactly what Dr. Ginn has to say, because oftentimes
18   if Kevin listens to a conversation, I want more
19   detail than what he gives me. So yes.
20       Q.    Okay. And I had my office go ahead and
21   just transcribe the phone calls that we were
22   provided. And at least on that phone call Dr. Ginn
23   was saying that he -- on review of the MRI, it looked
24   good, that there were some surgical changes that were
25   still evolving, but that for the most part everything

Page 227

1    looked good?
2        A.    Uh-huh.
3        Q.    Yes?
4        A.    Yes.
5        Q.    Okay. And I don't believe we were
6    provided a date of that phone call, but it likely
7    would have been while he was still under treatment at
8    Children's Mercy?
9        A.    He was still under treatment there, but
10   we had already transitioned back to Wichita.
11       Q.    Okay.
12       A.    It would have been, I believe, early
13   July.
14       Q.    All right. And earlier we were talking
15   about a phone call that Kevin had made and left a
16   message to Wesley to complain about the care there.
17   And you knew that he had received a call back, but
18   there was no discussion of that. Is that what you
19   said?
20       A.    Right. I don't know what occurred in
21   that conversation.
22       Q.    Okay. He provided us with an audio of
23   that call. And have you ever listened to that audio?
24       A.    I haven't.
25       Q.    Okay. Can you tell us about D███████

Page 228

1    current function, as far as how he's walking, his use
2    of his arms and that sort of thing?
3        A.    You want me to just list the things that
4    we're working on?
5        Q.    Sure. Tell us his capabilities, I
6    guess.
7        A.    Okay. Well, he's still a very bright,
8    happy young man, but he does have some significant
9    physical things that we are still working on. So his
10   eyes are still -- they don't coordinate together when
11   he is looking at things. At first he had a lot of
12   double vision. Now he's saying that he doesn't see
13   two of everything. It seems that his brain has
14   started to compensate for it to allow him to see one,
15   but he still gets disoriented when trying to find
16   something. Like if you were to have a big room like
17   this and you asked him to find the coffee cup on the
18   table, it would take him longer than the normal child
19   to focus his eyes on it to find it.
20             Along with the eyes, we are also working
21   on nystagmus. So when he looks up or if he's laying
22   on his back, his eyes do the shaking, the nystagmus.
23   So we are trying to work in therapy on that still.
24             The right-side weakness, he still has
25   significant weakness in the right side. You can see

Page 229

1  that -- excuse me -- when he is using his gait
2  trainer, he drags his right leg behind him. We are
3  trying to work on stability in that. He has a brace
4  and -- it's called an AFO -- on that side to prevent
5  his knee from back-locking when he walks, to prevent
6  knee injury.
7           His -- he was right-handed beforehand,
8  so writing is very, very challenging for him in
9  school. We are trying to learn adaptations to how we
10  are going to go about that as school keeps
11  progressing. He can read and all of that, but
12  writing is just -- it's not happening. Because he
13  was right-hand dominant, and the left hand is not --
14  it's like it's having a hard time learning that now.
15           He has a little bit of a processing
16  delay. So, like, if you ask him a question, it takes
17  him longer to answer it than a normal child would
18  because it takes him longer to process it, the
19  communication, to get the words out of his mouth from
20  what's in his head.
21           He still has a slow speech rate. His
22  speech is also -- it's not stuttered, but it's not
23  articulate like it used to be. So sometimes people
24  have a really hard time understanding what he is
25  saying. So we are still working on articulation of

Page 230

1  speech. He cannot stand by himself. He uses the
2  gait trainer to get around but tires easily, so we
3  usually use the wheelchair for longer distances.
4           Trying to go through everything in my
5  head.
6           He has some turning and hip -- hip --
7  hip jutting on his right hip now because of the
8  right-sided weakness. It's starting to deform his
9  hips and spine because he doesn't have the muscle
10  mass to hold them appropriately. And his right ankle
11  and foot are dropped down to where he needs that
12  brace to keep it up. Otherwise, it gets really
13  tight. If you try to push his foot up, it kind of,
14  like, staggers, and it's really tight right there in
15  the Achilles, even though we stretch it every day.
16           And his foot is rotated in because he
17  doesn't have the muscle strength to maintain it
18  correctly. So he is -- he is not able to stand by
19  himself, walk by himself, basically do any kind of
20  physical activity by himself. I assist with all
21  transfers in and out of his gait trainer.
22           He scoots around on the floor by
23  himself, is the main thing that he is able to
24  independently do. So he'll -- his butt will be on
25  the floor and he'll put his left leg out and scooch

Page 231

1  it in to scoot around the apartment. We are working
2  on crawling, but a lot of times his right arm will
3  give in and then his head will hit the floor. So he
4  is really uncomfortable with doing a lot of crawling
5  because of that.
6           It's definitely affected his ability to
7  have friends. So when we go out into public and we
8  are trying to interact with other kids, they are
9  oftentimes running off before he even gets the chance
10  to finish a sentence because of his speech rate being
11  slower. He is not able to keep up with them
12  physically, obviously, which has been a struggle for
13  him because he was a very social kid beforehand. So
14  that's led to some sadness and -- and anger for him.
15    Q.    Does he have any groups of friends that
16  he can go visit with that understand his limitations?
17    A.    He does not right now. We have tried
18  it. And it's like they just -- they are not patient
19  enough at this age. It may change when he is older,
20  but I'm assuming it will get worse when it's older --
21  when he is older because then, you know, bullying
22  comes into play.
23           But even when we were going back and
24  trying to hang out with the same group of friends
25  that he had from church, like, they were very

Page 232

1  understanding and tried to talk to him, but it -- it
2  was hard because they don't know how to -- at this
3  age they don't know how to sit still long enough to
4  truly interact with him and be able to stay
5  stationary to talk to him and interact with him.
6    Q.    What is the prognosis for his
7  right-sided weakness? Are they expecting it to
8  continue to improve?
9    A.    We were told that there was a limited
10  window in which he would make, like, rapid
11  progression and that that was usually -- they told us
12  at first, like, about the first two to six months
13  would be the most rapid progression, and anything
14  beyond that would be really slow.
15           Nobody's, you know, come out and said,
16  "Oh, well" -- other than -- nobody currently has come
17  out and said, "Well, he'll never do this again or
18  never do this again." But being realistic, we know
19  that -- that he is not going to be walking
20  independently again, that he is not going to be
21  standing independently again.
22           And at this point, it's -- they are
23  really focusing on trying to do exercises that will
24  strengthen his body, to not allow any more, like,
25  spinal curvature. Does that make sense? Because we

Page 233

1  are already seeing that twisting of the hips and the
2  spine kind of jutting to the side because of the
3  weakness there. Trying to find adaptations to let
4  him deal with everyday life.
5      Q.  Has somebody told you that he will never
6  walk independently or stand independently?
7      A.  Nobody told us that, but we were told
8  initially that he was going to go home as a
9  vegetable. That's the only time we were told that he
10 will never...
11     Q.  Well, he's far outpaced that.
12     A.  Yes, yes. Yes.
13     Q.  That's a good thing.
14     A.  But I -- I mean, I'm glad that we have
15 never been told that. I would like to maintain hope.
16 But even D[redacted] hope is fading. He said the other
17 day, he said -- we were -- we were talking about
18 walking in his gait trainer, and he said, "Well, I'm
19 never going to walk again." And to hear your
20 six-year-old say that -- I think he knows.
21     Q.  Why do you think he said it at that
22 point?
23     A.  Because it's been so long.
24     Q.  Did you see rapid improvement in that
25 two- to six-month window?

Page 234

1      A.  We did see, like, rapid improvement in
2  the first -- like while he was at Children's Mercy.
3  Because he went from doing absolutely nothing to
4  being able to sit up and -- and move his left side.
5  And that was -- that was huge. I mean, that was,
6  like, amazing for us to see. Because we were
7  honestly wondering at that point if he was going to
8  ever move again.
9          But, yeah, there was definitely rapid
10 progression at Children's Mercy and then some more at
11 Heartsprings, but since then it's been very slow.
12     Q.  Has he met any milestones since he's
13 been in Denver that stick in your mind, as far as
14 achievements?
15     A.  Learning to -- I mean, well, he got his
16 gait trainer, so that was kind of a milestone because
17 it -- it allowed him to at least be able to move some
18 independently.
19     Q.  Once you get him in the gait trainer, is
20 he pretty independent about where he wants to go from
21 room to room and --
22     A.  No.
23     Q.  -- moving down hallways and that sort of
24 thing?
25     A.  If it's a very wide space, but otherwise

Page 235

1  he crashes into everything. If we go out into public
2  with it, I usually -- I have my hand on the side and
3  I'm helping navigate him, because he does run into
4  things a lot. Like the wheels jut in, and then he
5  gets -- sometimes it's hard for him to back himself
6  up and then get realigned, and so -- he can be
7  independent if there's nothing around him.
8      Q.  And does he have two wheelchairs, I
9  think I saw in the records? Is that --
10     A.  He has one wheelchair and one gait
11 trainer.
12     Q.  Okay. And the wheelchair that he has,
13 is that a manual one?
14     A.  Yes.
15     Q.  Has there been any discussion about an
16 electric wheelchair for him?
17     A.  No.
18     Q.  Is that because you don't feel like he'd
19 be able to or you're just not ready to make that move
20 yet?
21     A.  We are not ready to make that move yet.
22 It would be -- so the -- the main thing is we usually
23 push him around in it, which we haven't really had a
24 problem with that. He's tried to push himself with
25 it, but the right side is so much slower than the

Page 236

1  left that he usually ends up spinning in a circle
2  rather than going straight, or he starts, like,
3  veering off to the side because the right isn't
4  keeping up as well.
5          He also doesn't have the strength to go
6  up any kind of incline, even at a store. But at this
7  point we haven't discussed it, just because man- --
8  electric wheelchairs, we have been told, are very
9  heavy and bulky, and we don't want to make that
10 transition yet, just because it's -- it's easy enough
11 for us to push him around for now.
12     Q.  Have you had to hire any in-home help?
13     A.  Other than PT, OT, and speech?
14     Q.  Right. I'm sorry.
15     A.  No, no. Basically I am the in-home help
16 worker.
17     Q.  Okay. You don't have anyone that
18 volunteers to come to the house -- house and provide
19 respite care or anything like that?
20     A.  No.
21     Q.  And is it your understanding that his
22 mental functioning has remained the same as it was
23 prior to the event?
24     A.  It's slower, but he is --
25     Q.  His processing is slower --

Morgan
10/04/2018

Page 237

1    A.   Yeah.
2    Q.   -- but his intelligence level is the
3 same?
4    A.   Yes.
5    Q.   Okay.  What is his current weight?
6    A.   He's about 50 pounds.
7    Q.   Have you and Kevin had to go through any
8 therapy or marriage counseling?
9    A.   No.
10   Q.   Are there any issues there that you're
11 going to bring up in the lawsuit as far as the strain
12 it's put on your marriage or anything?
13   A.   It -- it definitely put a strain on our
14 marriage.  Not -- I don't know how to explain this.
15 It didn't put a strain on it, like, tearing us apart,
16 but it put a strain on us being apart.  Does that
17 make sense?  Like when we had to be apart at
18 Children's Mercy and then just for the few months
19 before he found a job to come out to Denver, it was
20 just hard on us.
21       I mean, it -- we didn't have issues
22 where we would ever consider that we were having
23 marriage trouble, but it was definitely hard on us
24 emotionally.  It was -- it was hard on me because I'm
25 Type I diabetic.  And being the only adult, where I

Page 238

1 have to be responsible for another child, was hard on
2 my blood sugars, because I had to keep them slightly
3 elevated to avoid any complications.
4    Q.   But things have improved since Kevin got
5 his job here in Denver?
6    A.   Yes, it -- it has -- for me, you mean,
7 like, with that?  Yes.
8    Q.   Well, your relationship with him is not
9 as strained since he is in town, is what I mean.
10   A.   Yes.
11   Q.   Okay.  Do you have a church that you
12 belong to in Denver?
13   A.   We have not found one yet.  We couldn't
14 go to one while he was in chemotherapy, just because
15 he, again, couldn't be exposed to a bunch of people
16 because he could have gotten sick very, very easily.
17 But we are considering looking for another one now
18 that he is done.
19   Q.   And do you have any relatives that live
20 in the Denver area?
21   A.   I do.  I have a first cousin that lives
22 here.
23   Q.   Male or female?
24   A.   Male.
25   Q.   What's his name?

Page 239

1    A.   Brett Adkins.
2    Q.   Does he help out with D███ at all?
3    A.   He doesn't help out with D█████ but we
4 go over to their house.  They have four kids, so we
5 go over there and socialize with them.
6    Q.   Does Kevin have any family in the area?
7    A.   Not here, no.
8    Q.   And are your parents still living in
9 Hutchinson?
10   A.   Yes.
11   Q.   And is Kevin's mom still living in
12 Washington?
13   A.   Yes.
14   Q.   Other than in-home PT, OT, and speech
15 therapy, is D█████ receiving any other, like, social
16 services?  Does he have a social worker assigned to
17 him, anything like that?
18   A.   No.
19   Q.   What medications is he currently taking?
20   A.   Including vitamins?
21   Q.   Let's just with med- -- with prescribed
22 medications for now.
23   A.   Okay.  He is not currently taking any
24 prescribed medications.
25   Q.   At some point I saw in the records that

Page 240

1 he was on medical marijuana.  Is he continuing on
2 that?
3    A.   It depends on if he gets nauseous.  He
4 still has the availability of it.  He still has the
5 card, they call it.  So it's just on and off.
6    Q.   And was that through a pill form or was
7 that smoking it, or how did -- how was that
8 administered?  I don't know.
9    A.   No, he definitely did not smoke it.  No,
10 it was just an oil that we put on a spoon.
11   Q.   I don't know.
12   A.   No.  He is actually completely unaware
13 of what it is.
14       MS. WATSON:  Okay.  Let's go off the
15 record for a moment.
16       THE VIDEOGRAPHER:  We are off the
17 record.  The time is 2:54 p.m.
18       (Recess taken from 2:54 p.m. to 3:06 p.m.)
19       THE VIDEOGRAPHER:  We are back on the
20 record.  The time is 3:06 p.m.
21   Q.   (BY MS. WATSON)  Okay.  I'm sorry for my
22 misunderstanding about the THC.  I have been
23 straightened out over the break.
24       Okay.  Have you ever discussed the
25 events at Wesley-Woodlawn with any Wesley employee or

Page 241

1 physician?
2    A.   **No.**
3    Q.   Prior to March of 2017, did you have any
4 Wesley employees who you visited with socially?
5    A.   **No.**
6    Q.   Do you know if Kevin had any Wesley
7 employees that he visited with socially?
8    A.   **He didn't that I know of.**
9    Q.   Okay.  And other than making the call to
10 the patient advocate line and getting a call back, do
11 you know if he had any discussions with anyone at
12 Wesley about the events at Wesley-Woodlawn?
13   A.   **No, he didn't.**
14   Q.   Have you had any conversations with
15 anyone who has sued Wesley about their lawsuit or
16 about your lawsuit?
17   A.   **No.**
18   Q.   Okay.  There's a complaint made in the
19 complaint about not being provided the full chart
20 from Wesley-Woodlawn.  Do you have any knowledge of
21 that, or was that mostly Kevin requesting that?
22   A.   **I know that when we requested**
23 **documentation at the beginning, we were not provided**
24 **with all of it.**
25   Q.   Okay.  How did you all know that it was

Page 242

1 not complete when it was provided the first time?
2    A.   **I do not know the answer to that.**
3    Q.   Okay.  Was Kevin mainly handling that?
4    A.   **I do not know how we knew that.**
5    Q.   Do you know how many times he ordered
6 the chart?
7    A.   **I don't know that either.**
8    Q.   Did you speak to anyone at Wesley about
9 the chart?
10   A.   **No.**
11   Q.   When did you decide to get an attorney?
12   A.   **I don't remember exactly when it was.**
13 **Kevin was the one that wanted -- that was speaking**
14 **about it when we started noticing all the er- --**
15 **well, first off, with the way that we were discharged**
16 **at Wesley.  And then just -- I mean, things just kept**
17 **adding up, everything that I have described already**
18 **about the events that happened at Via Christi as**
19 **well.  We were just seeing a lot of errors.**
20   Q.   When did you first start discussion --
21 discussing the possibility of hiring an attorney?
22   A.   **I do not remember the point in which we**
23 **started discussing that.**
24   Q.   Was it while he was still at Via
25 Christi?

Page 243

1    A.   **No.**
2    Q.   Was it while he was at Children's Mercy?
3    A.   **Yes.**
4    Q.   And so there was no particular single
5 event.  It was while you guys were talking about the
6 events leading up to that point --
7    A.   **Yes.**
8    Q.   -- and you all decided on your own that
9 you wanted to get an attorney?
10   A.   **Yes.**
11   Q.   And I don't want to know discussions
12 with your lawyers, but have you ever spoken to anyone
13 outside of your attorneys that said that the nurses
14 at Wesley did anything wrong?
15   A.   **No.**
16   Q.   Okay.  Do you have any personal
17 criticisms of the nurses?  And, again, I don't want
18 to know anything you have learned from your
19 attorneys.
20   A.   **Do I have personal criticisms about the**
21 **ones at Via Christi?**
22   Q.   No, the nurses at Wesley.
23   A.   **I do have a -- a personal criticism.**
24   Q.   Which is what?
25   A.   **That if the nurse was really sorry and**

Page 244

1 **disagreeing, then she should have said that -- or**
2 **recommended that we go somewhere else, because I**
3 **didn't know that was an option, or recommend to go**
4 **higher up, since I didn't know that was an option.  I**
5 **feel upset that she didn't provide me any further**
6 **recommendation.**
7    Q.   And that's if she had a concern about
8 some need for him to be cared for differently?
9    A.   **Yes.**
10   Q.   Okay.  But as you said earlier, she
11 didn't verbally say anything that indicated that,
12 correct?
13   A.   **It was my impression from her**
14 **apologizing.**
15        MS. WATSON:  Okay.  All right.  I'm
16 going to stop asking questions for the moment.  I may
17 have some more later, but I'm going to let some of
18 these other attorneys ask you questions for now.
19        THE DEPONENT:  Okay.
20        MS. WATSON:  We may need to go off the
21 record to switch places.
22        THE VIDEOGRAPHER:  We are off the
23 record.  The time is 3:10 p.m.
24        (Recess taken from 3:10 p.m. to 3:11 p.m.)
25        THE VIDEOGRAPHER:  We are back on the

Page 245

1  record. The time is 3:11 p.m.
2              EXAMINATION
3  BY MS. COLE:
4        A.   Ms. Morgan, my name is Tracy Cole. I
5  represent the physician assistant Bridget Grover and
6  Dr. Faimon.
7        A.   Okay.
8        Q.   Do you know who they are?
9        A.   I do, yes.
10       Q.   And tell me how you know them.
11       A.   I know that Grover was the one that we
12  saw at Wesley.
13       Q.   Okay. And how do you know that?
14       A.   Well, she -- she did introduce herself
15  as Grover at the time, but I have known since then
16  just by discussing the events.
17       Q.   Have you reviewed any of her charting?
18       A.   I have not looked at her charting.
19       Q.   Have you had your mother look at any of
20  the charting?
21       A.   No.
22       Q.   Have you sent the chart out to your
23  mother-in-law to have her look at any of the
24  charting?
25       A.   Absolutely not.

Page 246

1        Q.   Has Kevin looked at any of the charting?
2        A.   I believe he has looked at some.
3        Q.   Okay. And you and he, I assume, have
4  discussed it?
5        A.   We have discussed events that have
6  happened.
7             THE VIDEOGRAPHER: Ma'am, can you move
8  your cell phone? It's causing interference.
9        Q.   (BY MS. WATSON) What about Dr. Faimon,
10  how do you know him?
11       A.   I just learned through the time that he
12  was her supervisor, I believe.
13       Q.   Did you learn that through your
14  attorneys?
15       A.   I don't recall specifically where I
16  learned that, I'm sorry.
17       Q.   Okay. Your mother-in-law, who is a
18  physician assistant, what kind of practice does she
19  have?
20       A.   Well, she doesn't have a practice
21  because she is a physician's assistant, but she works
22  under doctors in a hospital.
23       Q.   What kind of setting?
24       A.   A hospital.
25       Q.   Is it an emergency room or in a --

Page 247

1        A.   No.
2        Q.   -- particular unit? What unit?
3        A.   She has gone through a few different
4  units. I know -- I know she's done cardiology and
5  oncology. I know there's been others too, but I
6  don't know exactly which ones.
7        Q.   In 2017, where -- what department was
8  she working in?
9        A.   I don't know which specific department
10  she was working in at that time.
11       Q.   Was she still practicing as a PA at that
12  time?
13       A.   Yes.
14       Q.   Okay. On -- let's go back to the days
15  preceding the visit to Wesley-Woodlawn. And that was
16  on a Sunday night, correct?
17       A.   That we went to Wesley, yes.
18       Q.   So if we can, let's go to the preceding
19  Sunday, a week before.
20       A.   Okay.
21       Q.   Do you remember noticing anything
22  unusual about D█████ behavior or his emotions on
23  that Sunday?
24       A.   No.
25       Q.   Did you go to church on that Sunday?

Page 248

1        A.   Yes.
2        Q.   Did he attend the same Sunday school
3  class --
4        A.   Yes.
5        Q.   -- on that Sunday?
6        A.   Yes.
7        Q.   Okay. Then on that Monday, the next
8  day, did you observe anything unusual about him,
9  physically or emotionally, on that Monday?
10       A.   No.
11       Q.   Then on Tuesday, did you notice anything
12  unusual about D█████ physically or emotionally?
13       A.   No. Although I can't remember when he
14  started acting a little quieter, like just a little
15  bit depressed. Like we had discussed that he -- we
16  had spoke to him about it on the Sunday of the event,
17  what he was upset about. It had been three or four
18  days beforehand, so probably started more around the
19  Wednesday or Thursday.
20       Q.   Okay. And what he explained to Kevin
21  was that he was maybe a little sad that the foster
22  sisters were not going to be able to get to go to the
23  fair?
24       A.   He was concerned that they might not be
25  able to. Because obviously with fostering you don't

Page 249

1 always know when the kids are going to leave your
2 care. There's always a possibility of a kinship
3 option, like a grandma coming out that nobody knew
4 about and they -- going back to the grandparents or
5 the parents. You know, making a life change and then
6 they get to go back home with their parents.
7      So he knew that that was true, and he
8 had witnessed another foster sister go somewhere
9 else. And so he was concerned that they would not be
10 with us still when we went to the fair, so he was
11 very sad about it.
12      Q.   And did you find that to be a reasonable
13 explanation for his sadness?
14      A.   Absolutely.
15      Q.   Okay.
16      A.   He's, like I had said previously, a huge
17 fan of the fair, and he had already been impacted by
18 not being able to take his other foster sister to the
19 fair with us the previous year.
20      Q.   Okay. Then moving on to that Wednesday
21 before the Sunday that you presented to the hospital,
22 did you notice anything about D████, physically or
23 emotionally, that was different than his normal?
24      A.   No, other than the -- the grabbing the
25 stair rail going up the stairs, which I had spoken to

Page 250

1 my mother about. But there were no other physical
2 symptoms. The emotional would have been that he was
3 just quieter.
4      Q.   Okay. So that grabbing the stair rail,
5 was that in your home?
6      A.   Yes.
7      Q.   And was he going -- were your bedrooms
8 downstairs?
9      A.   Yes. There are two bedrooms downstairs
10 and two bedrooms upstairs.
11      Q.   And were you following along behind him
12 when he was walking up the stairs, or how did you
13 have an opportunity to observe this?
14      A.   So the way that our home was, was there
15 was like a -- like a half wall above the stairwell.
16 And so I was standing there, and I could -- I could
17 see down into the stairwell, and I was watching him
18 come upstairs, like, grabbing the stair rail -- the
19 stair rail on one side. So I just mentioned that to
20 my mom, and I said, "He doesn't usually grab the
21 stair rail."
22      Q.   And was that concerning to you?
23      A.   It wasn't concerning to me. I mean, I
24 -- I just thought it was off, like a little odd.
25      Q.   Did you ask D████ why he was using the

Page 251

1 stair rail?
2      A.   No, because he was -- he was going up
3 quickly, and then he just went around the corner to
4 go play with the other kids.
5      Q.   So it wasn't like he was using the rail
6 to pull himself up the stairs; he was -- just had his
7 hand on it?
8      A.   It was like he was using it to balance
9 more, like kind of -- he wasn't, like, gripping it
10 like a death grip.
11      Q.   But he was able to get up the stairs
12 fine and then went on to play?
13      A.   Yes.
14      Q.   Did you talk to ████ about it?
15      A.   No, I don't remember talking to him
16 about it.
17      Q.   Okay. And that's everything you noticed
18 on that Wednesday before the ER visit?
19      A.   Yes.
20      Q.   Okay. How about on Thursday? Did you
21 notice anything physically or emotionally different
22 about D████ on Thursday?
23      A.   I didn't notice anything physically
24 about him. He still was a little quieter on
25 Thursday.

Page 252

1      Q.   And how about Friday before the ER
2 visit? Anything emotionally or physically that you
3 noticed about D████ that was different than his
4 usual?
5      A.   So that Friday morning he had the
6 nausea. He woke up with nausea, came into our room
7 and said he thought that he was going to throw up.
8 And so we gave him the bowl, but he never threw up,
9 and gave him something to eat. And he got better
10 after that.
11      And then we had that church group
12 meeting that evening, on -- at -- sorry -- on Friday.
13 And that is when we witnessed the top-of-the-stairs
14 event where he got to the top of the stairs and then
15 put his hands out and balanced, kind of like "Whoa,"
16 like a -- like a loss-of-balance moment.
17      Q.   Was he -- had he just come up the stairs
18 or was he getting ready to go down the stairs?
19      A.   He was getting ready to go down the
20 stairs.
21      Q.   Okay. And then I think you said earlier
22 that then he ran down the stairs and was fine; is
23 that correct?
24      A.   Yes.
25      Q.   Did he have to hold on to the railing as

Morgan
10/04/2018

Page 253

1   he went down the stairs?
2       A.   I don't recall.
3       Q.   Did you ask him what was wrong when he
4   stopped and did that?
5       A.   I asked him if he was dizzy, and he said
6   yeah.  But then he kind of righted himself, and then
7   he went down the stairs.
8       Q.   Did you make any further inquiry about
9   why he was dizzy?
10      A.   To him?
11      Q.   Yeah.
12      A.   He had gone down the stairs at that
13  point, and that's when I just spoke to Betsy about it
14  and said, you know, I wonder if he has some fluid in
15  his ears and it's making him dizzy.  And then
16  discussed that I would be calling his pediatrician on
17  Monday if it continued, just due to the fact that he
18  also had the nausea in the morning.
19      Q.   Was that the only time you had noticed
20  that day of any event of him appearing to be dizzy or
21  him complaining of being dizzy?
22      A.   Yes.
23      Q.   Okay.  Does -- did your church have a
24  church directory?
25      A.   No.

Page 254

1       Q.   Did you have any listing on paper of the
2   members of your church and their phone numbers and
3   addresses?
4       A.   Not that I'm aware of.
5       Q.   Who was the pastor of that church?
6       A.   Rodney Michael.
7       Q.   And where does Rodney Michael live now?
8       A.   They live in the same home, I believe.
9       Q.   And where is that?
10      A.   North Wichita.  It's kind of by
11  Bel Aire.
12      Q.   Okay.  Was there a church secretary?
13      A.   No, not -- well, I mean, it was such a
14  small church that we all kind of just chipped in.  We
15  had -- we hadn't really designated a label as a
16  church secretary, from what I remember, but I could
17  be wrong about that.  I wasn't involved in any of the
18  financial aspect of it.
19      Q.   Okay.  Did you ever do mailings for your
20  church?
21      A.   Mailings?
22      Q.   Yes.
23      A.   Oh, like sending -- oh.  Not that I'm
24  aware of.
25      Q.   Okay.  Did you have a calling tree or an

Page 255

1   email tree of everybody's address so that everybody
2   in the church could be contacted?
3       A.   Oh, we had a Facebook group.
4       Q.   Okay.  What was the name of the Facebook
5   group?
6       A.   Community Life Partners, I believe.
7       Q.   Does that Facebook group still exist?
8       A.   I highly doubt it, since it's dissolved.
9       Q.   When did the church dissolve?
10      A.   I don't remember the exact date, because
11  we were no longer a part of it.  We had already moved
12  to Colorado.
13      Q.   And did it have the same pastor the
14  whole time?
15      A.   Yes.
16      Q.   Okay.  Was Jenna a member of the church?
17      A.   A member is -- I mean, we didn't really
18  have members.  We had the leadership team.  She
19  wasn't part of the leadership team.  She was a Sunday
20  school teacher.
21      Q.   Okay.  And what denomination is -- was
22  that church?
23      A.   It's nondenominational.
24      Q.   What church were you raised in?
25      A.   A nondenominational church.

Page 256

1       Q.   Did you go to church in Hutchinson?
2       A.   Yes.
3       Q.   What church did you attend?
4       A.   I went to Grace Bible Church in my later
5   years, and I went to Crossview Bible Church in my
6   earlier years.
7       Q.   Okay.  So back to D▮▮▮▮  Then on
8   Saturday, did you notice anything different about
9   D▮▮▮▮ physically or emotionally, other than his
10  normal behavior on that Saturday before he went to
11  the ER?
12      A.   He was nauseous again that Saturday
13  morning.  And then once he ate something, he was
14  feeling better again.  We went shopping, and he acted
15  normal, other than still a little bit quieter than
16  usual.
17      Q.   Okay.  Did you give him any
18  over-the-counter medication for his nausea?
19      A.   No, because it went away pretty quickly,
20  and then he didn't complain about it the rest of the
21  day.
22      Q.   Did he complain of any headache at all
23  on Saturday?
24      A.   No.
25      Q.   Any other pains?

Page 257

1          A.   No.
2          Q.   Okay.  Then on Sunday morning -- did
3  your church have Sunday morning services?
4          A.   No.  We only did Sunday evening
5  services.
6          Q.   So then on Sunday -- let's go before
7  church.  Before church services on Sunday, when you
8  left -- and I think you testified you left around --
9  home around 4:00?
10         A.   Uh-huh.
11         Q.   Okay.  Before 4:00 on Sunday, did you
12  notice anything about D█████ unusual, physically or
13  emotionally?
14         A.   No.  He was playing outside, and then we
15  usually always have -- like, everybody takes a bath
16  or shower beforehand.  And he took his shower like
17  normal, got dressed like normal.
18         Q.   Okay.  When D████ would get frustrated
19  with something, how did he handle frustration?
20         A.   Frustration.  He really didn't get
21  frustrated very often.  How did he handle it?  I
22  mean, he was very good-natured, so frustration didn't
23  really -- I mean, he rarely got frustrated.
24         Q.   If he got angry about something, how did
25  he handle that?

Page 258

1          A.   He really didn't get angry very often
2  either.  If he would get angry, he would express it
3  in words.
4          Q.   Okay.  Did he ever have temper tantrums?
5          A.   Well, when he was young, really young,
6  yeah.
7          Q.   And when he had a temper tantrum, how
8  would he behave?
9          A.   Like a normal temper tantrum, like
10  crying and screaming.
11         Q.   Okay.  In your experience with him had
12  he ever had headaches before the headache that you
13  claim he had on that Sunday night?
14         A.   No, he had not.
15         Q.   Okay.  Did he have allergies?
16         A.   He had some seasonal allergies, but he
17  didn't have medication allergies or anything like
18  that at that point.  So he had some hives when he was
19  younger, like around two and three years old.  I
20  think maybe some when he was younger too, like 15 to
21  18 months.
22              And I think we figured out that we
23  thought it was possibly pine trees, because it tended
24  to happen when they were out.  We lived in Savannah,
25  and, like, everything would turn yellow, and that's

Page 259

1  when he would have problems.
2          Q.   Okay.  Now, I assume, since you had
3  noticed that episode of what you've reported as him
4  saying he was dizzy on that Friday night, that that
5  weekend you would have been watching him fairly
6  closely because you were going to make a call on
7  Monday to the pediatrician if you needed to, correct?
8          A.   Yes.
9          Q.   So you were watching and seeing how he
10  was doing, right?
11         A.   Yes.
12         Q.   Okay.
13         A.   I mean, I always watched him to see how
14  he was doing.  It wasn't -- but yes, I was definitely
15  paying attention to his -- his physical...
16         Q.   So you wouldn't have overlooked a
17  symptom or a -- any problem?
18         A.   No.
19         Q.   True?
20         A.   True.
21         Q.   Okay.  All right.  Then you drive to
22  church.  Everything fine with D████ to -- on the
23  drive to church?
24         A.   Yes.
25         Q.   Okay.  And I think you mentioned -- I

Page 260

1  want to make sure I had it right -- was there a baby
2  and two girls and D█████?
3          A.   Yes.
4          Q.   Okay.  And was the baby a foster child
5  too?
6          A.   Yes.
7          Q.   And how old was the baby?
8          A.   He was about six -- let's see.  July,
9  August, September, October, November, January -- he
10  was eight months old at that time.
11         Q.   So D████ was able to get out of the
12  Jeep on his own at church?
13         A.   Yes.
14         Q.   And the girls were as well?
15         A.   Yes.
16         Q.   And I assume you, then, would take the
17  baby and go to the nursery?
18         A.   Yes.
19         Q.   Okay.
20         A.   Although I believe Kevin probably did
21  that day, because I usually went in to set up the
22  nursery.  So...
23         Q.   Okay.  So is this where you all are
24  getting the church ready, then, for that -- for the
25  services that evening?

Page 261

1     A.   Yes.
2     Q.   Okay.  And D████-- while you and Kevin
3  were setting up, were there other children besides
4  the two foster girls and the baby and him, were there
5  other children there?
6     A.   Yes, there were several children around
7  his age.
8     Q.   Okay.  Were they running around outside
9  or in the church?
10    A.   Inside the church.
11    Q.   Okay.  Did you notice anything unusual
12 about D████ physically or emotionally at that time?
13    A.   No.
14    Q.   Once church services started, were
15 you -- you were in the nursery, then, with the
16 babies, correct?
17    A.   Yes.
18    Q.   And then the kids are in their own
19 Sunday school classes, correct?
20    A.   Yes.
21    Q.   And the adults are in the actual
22 service?
23    A.   Yes.
24    Q.   Okay.  And I think what you described
25 was a nursery with, like, a Dutch door available; the

Page 262

1  bottom half closed, top --
2     A.   Yeah, we had a -- a gate at the bottom
3  for when the door was open so that the top part was
4  completely visible, but the gate was at the bottom.
5     Q.   Okay.  And I don't want to rehash what
6  we have already talked about, but you heard to- --
7  towards the end of that hour, you heard D████
8  screaming?
9     A.   Yes.
10    Q.   How did you know it was D████?
11    A.   Because he is my child.  I know exactly
12 what he sounds like.
13    Q.   Had you heard him scream before?
14    A.   Not like that.  I had heard him scream
15 out of joy and -- I mean, I don't know how to
16 describe how I know that it's my child.  Mother
17 instinct.
18    Q.   Well, and that -- that's my question.
19 Because you couldn't see him, right?
20    A.   Right.
21    Q.   And all different kinds of kids can
22 scream, right?
23    A.   Yes.
24    Q.   And if you'd never heard him scream like
25 that before, I'm just wondering how you knew it was

Page 263

1  him screaming.
2     A.   Because it's the same kind of
3  inflection, just louder and more severe.
4     Q.   Okay.  So then I think you described you
5  handed off the baby you were holding.  Was it your
6  foster baby you were holding or another child?
7     A.   It was another child.
8     Q.   All right.  And you got about halfway up
9  the stairs and D████ got halfway down the stairs to
10 you?
11    A.   It was about halfway or three-fourths I
12 met him.  I -- I went up halfway or three-fourths.
13 It was between there.
14    Q.   Did D████ come down those stairs
15 towards you by himself?
16    A.   For the first few stairs, yes.  He was
17 gripping the handlebar with both hands at that point,
18 hand over hand.
19    Q.   Did you notice anything about his
20 ability to walk or come down those stairs?
21    A.   I was mainly paying attention to his
22 screaming at that point.  I was not paying attention
23 specifically to how he was coming down the stairs,
24 other than I saw that he was using both hands on one
25 handlebar.

Page 264

1     Q.   And I'm assuming you asked him what is
2  wrong, correct?
3     A.   Yes.
4     Q.   And what did D████ tell you?
5     A.   He didn't tell me anything, but when I
6  picked him up he was grabbing the back of his head,
7  saying, "Ow, ow, ow."
8     Q.   Did you then ask him, "Well, what
9  happened?  Did you fall and hit your head?"
10    A.   I asked what happened, but at that point
11 the teacher had appeared from outside of the door.
12 And so I asked her what had happened, because he was
13 not reachable.  He was screaming.  And screaming,
14 "Ow, ow, ow, ow, ow."  I don't know if he even heard
15 my words.  He was very, very loud.
16    Q.   Okay.  And tell me again what Jenna told
17 you.
18    A.   She told me that they had been doing a
19 craft and that she wouldn't let him staple it and he
20 had become upset about not being able to staple it
21 himself, and then he started screaming.
22    Q.   Had you ever seen him be frustrated with
23 not being able to do something like -- in that manner
24 before?
25    A.   No.  That's out of his character.

Page 265

1     Q.   Okay. When you would discipline D██████,
2 did you do a time-out, or what form of discipline did
3 you and Kevin use?
4     A.   **We did time-outs. And a lot of times it**
5 **was removal of technology, media.**
6     Q.   Okay. But like all children, there are
7 times they want to do something and they are told no
8 and they get frustrated, true?
9     A.   **Uh-huh. Yes.**
10     Q.   Yes? And D█████ would get frustrated
11 when he would be told no, true?
12     A.   **When he would be told no?**
13     Q.   Yes.
14     A.   **Not very often. He really didn't get in**
15 **trouble that much. The other children did, but they**
16 **had other reasons. He was actually really**
17 **well-behaved. I mean, he did every now and then, but**
18 **he actually was very accepting of his punishment. We**
19 **had a rewards chart, that they would get or lose a**
20 **piece of candy out of their candy buckets. And when**
21 **he would lose one, he would act disappointed, but at**
22 **no point was he ever, like, frustrated or angry about**
23 **it, because he understood.**
24     Q.   Okay. Did you accept Jenna's
25 explanation as the explanation for why D████ was

Page 266

1 screaming?
2     A.   **No. I mean, I knew that he wouldn't be**
3 **screaming about that.**
4     Q.   Okay. So did you ask Jenna, "Did he
5 fall? Did somebody hit him? Did something happen?"
6     A.   **I didn't ask her at that point because**
7 **she had already explained to me that he just started**
8 **doing it after stapling the craft. So I expected**
9 **that if he had fallen and hurt himself, she would**
10 **have told me that. So at that point I had him going**
11 **towards the door. I was carrying him, and I stepped**
12 **outside with him because he was being very, very loud**
13 **with his screams, and I was attempting to figure out**
14 **what was going on.**
15     Q.   Then when you got outside, did you ask
16 D█████ "What's going on? What's wrong?"
17     A.   **He was still screaming. I attempted to.**
18 **I said, "Are you okay? What's going on? Does your**
19 **head hurt?" And he just continued to hold the back**
20 **of his head and saying, "Ow, ow, ow, ow, ow."**
21     Q.   Did you look at the back of his head?
22     A.   **I did.**
23     Q.   Did you see anything?
24     A.   **No.**
25     Q.   Did you ask him how it hurt or what

Page 267

1 specifically hurt?
2     A.   **There was no point in getting anything**
3 **else out of him at that point.**
4     Q.   Okay. Was he -- were tears coming down
5 his face?
6     A.   **No.**
7     Q.   Okay. Okay. And then I think you have
8 testified Kevin came out, and the girls and baby and
9 you all got in the Jeep and -- but I think you
10 testified that he was not -- he did not continue to
11 scream in pain as you were in the Jeep. True?
12     A.   **Correct.**
13     Q.   What, then, caused him to stop
14 screaming?
15     A.   **That's a good question. I don't know.**
16 **It was like the screaming stopped, and that's when**
17 **the eye rolling started.**
18     Q.   Okay. And then the eye rolling, you're
19 saying his eyes would roll towards the back of his
20 head?
21     A.   **They'd -- they would roll to the back of**
22 **his head. And his head was dropping to the side,**
23 **like he was going unconscious. And so I was trying**
24 **to keep him awake and keep him aware. And I kept**
25 **shaking him, saying, "Are you okay? What's -- what's**

Page 268

1 **going on, D██████" And I had told him -- you know, I**
2 **thought at this point that that -- it might be the**
3 **last time I got to speak to him, so I was telling him**
4 **I loved him a lot.**
5     Q.   So, now, I -- I understand that. I'm
6 not discounting that at all. But based on what you
7 had just been told, that he had just been told he
8 couldn't staple something and he was screaming, what
9 did you think was going on?
10     A.   **I had no idea. I just knew it was**
11 **emergent.**
12     Q.   Okay. Did -- was he screaming as you
13 walked into Wesley-Woodlawn?
14     A.   **No.**
15     Q.   Did he scream at all while he was at
16 Wesley-Woodlawn?
17     A.   **No.**
18     Q.   Okay. And then -- so Kevin, then, still
19 had the baby, the eight-month-old, and the two girls.
20 How old were the girls?
21     A.   **Three and four.**
22     Q.   Three and four. That's fairly little
23 and mobile too.
24     A.   **They were very mobile.**
25     Q.   Okay. So was he -- did he have them

Page 269

1    corralled out in the car, or what did he do with
2    those --
3         A.    They just -- they remained in this Jeep.
4    I don't -- I'm -- I don't know the transitions
5    between there because I was not involved with that.
6         Q.    Okay.  And I think, as you have
7    testified earlier, you called your mom from -- in
8    Hutchinson, correct?
9         A.    On the way to the ER.
10        Q.    Okay.  And then did she immediately get
11   in her car and drive towards Wichita?
12        A.    I wouldn't know.  I wasn't there.
13        Q.    Okay.  Did you expect her to come to
14   Wichita?
15        A.    Yes.
16        Q.    All right.  And I think you said she got
17   you guys supper because you hadn't eaten yet?
18        A.    Yeah.  She got the kids supper.
19        Q.    Did -- did she stay, then, with you and
20   Kevin and the kids at home after she brought you all
21   supper?
22        A.    No.
23        Q.    Why didn't she stay?
24        A.    She had to work the next morning, and
25   she lived an hour away.

Page 270

1         Q.    Okay.  Did she take a look at D████?
2         A.    Yes.
3         Q.    Did she kind of check him all over?
4         A.    Well, she didn't do an examination, if
5    that's what you're asking.
6         Q.    What -- was your testimony that she'd
7    been a pediatric nurse for 40-some years?
8         A.    I don't know the exact number of years.
9    I said that she had been a nurse for longer than I
10   had been alive at that point.
11        Q.    Okay.  Well, she is Grandma.  I'm a
12   grandma.  I'm assuming she looked him over, didn't
13   she?
14        A.    She -- she looked at him, yes.  But did
15   she do a full examination, no.  I'm not sure exactly
16   what you're looking for in that question.
17        Q.    Okay.  Well, if you were questioning the
18   outcome of your visit at Wesley and you have your mom
19   there, who has 40 years of pediatric nursing --
20        A.    Uh-huh.
21        Q.    -- did you ask, "Mom, what do you think?
22   Can you take a look at him?  Can you see what you
23   think?"
24        A.    I expressed my discontent with the
25   outcome, but she agreed that it was probably good to

Page 271

1    start the antibiotic and see how it went.  She, at
2    the same time, is a nurse and doesn't question her
3    authority usually.  So if she had other thoughts, she
4    did not tell me at that time.
5         Q.    Okay.  And before I forget, did -- did
6    D████ ever see Dr. Lane in Hutchinson?
7         A.    Yes, that was his primary care
8    physician.
9         Q.    How long did he treat with Dr. Lane?
10        A.    Two years.
11        Q.    Did you go to a pediatrician in
12   Hutchinson too --
13        A.    Yes.
14        Q.    -- when you were a kid?
15        A.    Yes.
16        Q.    Okay.  When his eyes rolled back and his
17   head kind of went over to the side, did you describe
18   that to the healthcare providers at Wesley-Woodlawn?
19        A.    Yes.
20        Q.    So is it your position that nobody
21   inquired further of you about that or did anything
22   about that?
23        A.    They did not have any in- -- further
24   inquiry about that, no.
25        Q.    Okay.  Was he doing that at

Page 272

1    Wesley-Woodlawn?
2         A.    His eyes were closed.
3         Q.    Okay.  Did he sit there with his head
4    rolled off to the side and his eyes rolling back of
5    you -- as you have described, did that occur when he
6    was at Wesley-Woodlawn?
7         A.    His head was back and to the side,
8    draped over my shoulder, but his eyes were closed.
9         Q.    So that would be a "no," he wasn't
10   exhibiting the same things that you were noticing in
11   the Jeep as you were driving there?  You didn't see
12   that same thing while you were sitting at
13   Wesley-Woodlawn?
14        A.    I did not observe his eyes rolling into
15   the back of his head, but otherwise, the lethargy and
16   the inability to make proper responses absolutely was
17   happening at Wesley-Woodlawn.
18        Q.    And the appropriate responses, I think,
19   if I remember your testimony earlier today, you said
20   as you were driving in the Jeep and you were asking
21   him how he is that he was telling you he was fine?
22        A.    Yes.
23        Q.    Okay.
24        A.    But as I also said, that was a typical
25   response for him no matter what.  If he fell and

Morgan
10/04/2018

Page 273

1  injured his knee, if it was bleeding and dripping
2  down his leg and you asked him if it hurt, he would
3  say no, because he did not want sympathy ever.
4          He is still like that.  If he falls and
5  hurts himself now, if he is crawling along and his
6  right arm gets out and he bumps his head and there's
7  an actual goose egg on his head, he will not tell you
8  that it hurts.  He will say no, because he does not
9  want that sympathy.
10      Q.   Okay.  What -- what are D███████
11  favorite shows now?
12      A.   He has two main ones that he likes to
13  watch, Bill Nye the Science Guy and Phineas and Ferb,
14  and sometimes he likes to watch Kazooks.
15      Q.   And those are on Netflix?
16      A.   Some are on Netflix, some are on Google
17  Play.
18      Q.   Was it always your intent to homeschool
19  D██████?
20      A.   We were discussing that.  So we had
21  decided that -- at the beginning, we thought we would
22  homeschool him for a while.  He was an exceptionally
23  bright child, and Kevin had experience from his early
24  years in school that being a very bright child in
25  school he wasn't allowed to explore what he wanted to

Page 274

1  in school because he had to stay on track with the
2  rest of his classmates.  And he said that he felt
3  like in school that made him not like school as much
4  because he wasn't able to explore.
5          So we had talked about homeschooling
6  D██████.  However, when we had the other foster
7  children and the -- the older daughter was -- would
8  have been going into the same grade as him, we had
9  talked about possibly putting them in the same school
10  together if they were still in our care at that time,
11  but we hadn't made a decision yet.  Neither -- none
12  of them were old enough to be in the school system
13  yet.
14      Q.   Okay.  Were you homeschooling D█████
15  before he was diagnosed with cancer?
16      A.   We were, but it wasn't like an official,
17  like, I'm homeschooling him, because he wasn't
18  technically old enough yet.  He was four at the
19  beginning of that school year.
20      Q.   Okay.  Other than the screaming at the
21  church, was there any other screaming that Sunday,
22  through that Sunday night?
23      A.   From ███████?
24      Q.   Yes.
25      A.   No.

Page 275

1      Q.   When your mom, then, went -- she headed
2  back to Hutchinson.  And I think at some point during
3  this evening, I think it was around 1:43, did
4  something change in D██████ condition that prompted
5  you to get back in the car and go to the ER?
6      A.   Yes.
7      Q.   What changed in his condition?
8      A.   He started -- when he would turn his
9  head to the side, he was grabbing his neck, back of
10  head area again and saying "Ow," and he also was --
11  when he was sleeping, his eyes were not fully
12  closing.  It was like his eyes were sticking out.
13  And he was not cognitively processing things as well.
14      Q.   Okay.  Did D█████ have any trouble with
15  his eyesight before he was diagnosed with cancer?
16      A.   No.
17      Q.   Okay.  Was he spatially challenged or a
18  little bit clumsy before he was diagnosed with
19  cancer?
20      A.   He wasn't spatially challenged.  Like I
21  said, he was rock climbing, riding his bike.  He was,
22  I mean, klutzy like any other kid, but he wasn't,
23  like, abnormally, so -- if that makes sense.  Also
24  Kevin and I never played sports as children, so...
25      Q.   Okay.  Did D█████ condition change

Page 276

1  while he was in the Wesley-Woodlawn ED?
2      A.   From the time that we got there to the
3  time he left?
4      Q.   Yes.
5      A.   His condition did not change during that
6  time, other than he started vomiting.
7      Q.   Okay.  And you've talked about that
8  already.  He vomited shortly after the throat swab,
9  correct?
10      A.   About five minutes after, yes.
11      Q.   Okay.  And I think you -- and I want to
12  make sure I got it right.  Did he vomit twice?
13      A.   Yes.
14      Q.   All right.  Other than that, any changes
15  in D██████ condition while you were at
16  Wesley-Woodlawn?
17      A.   No, he pretty -- he seemed to be
18  sleeping the whole time, basically.
19      Q.   Now, you -- you said that the physician
20  assistant Bridget Grover was dismissive to you.
21      A.   (Nodding head.)
22      Q.   Explain to me what she did that made you
23  feel like you -- she was not listening to you or
24  tending to your concerns.
25      A.   Okay.  She was not dismissive at the

Page 277

1  beginning, with our first interaction. She became
2  dismissive when I started questioning her as to why
3  he would be having all these symptoms with simply
4  having strep throat. I would ask her a few questions
5  in a row. I asked her, "Why doesn't he have a fever?
6  And why would he have had that severe of a headache
7  with strep throat? That doesn't make sense."
8          And the only thing that she would say in
9  response to that was, "Well, that's -- that's just
10  the way it's happening this time. Every kid handles
11  this differently. Strep throat is a different
12  beast." But she wouldn't specifically address my
13  concerns about it, and she was obviously trying to
14  leave the room as I was asking questions.
15      Q.  Okay. So it sounds like to me you just
16  wanted her to -- her to give you further explanation
17  so you could be satisfied you got an answer to your
18  question. Is that correct?
19      A.  I needed further explanation because the
20  diagnosis was not explaining the extreme pain that he
21  had when the headache developed.
22      Q.  So did you question your mom? Did you
23  question her the same manner when you saw her later
24  that night?
25      A.  No. She is not his doctor.

Page 278

1      Q.  But she also felt like the diagnosis and
2  the symptoms met -- matched, correct?
3      A.  She felt that there were some things
4  that lined up, but she agreed with me that it was
5  pretty severe for strep throat.
6      Q.  Okay. Anything else about --
7      A.  In rela- --
8      Q.  -- about PA Grover that you felt was
9  dismissive of you or was unsatisfactory to you?
10      A.  Walking out while I'm talking to her
11  seems pretty dismissive to me.
12      Q.  What were you asking her at the time she
13  walked out?
14      A.  How could he be acting this sick if it's
15  strep throat. I have never seen him look this way
16  before.
17      Q.  And what did she say?
18      A.  That's when she said, "Well, that's just
19  the way it is this time," and walked away before I
20  could say anything else.
21      Q.  About how many questions do you think
22  you asked her?
23      A.  I don't know. Ten? I -- I wasn't
24  counting, but...
25      Q.  Okay. So were you satisfied when you

Page 279

1  left Wesley?
2      A.  I was -- I felt insulted. Like I was
3  just taking up too much of her time. I was glad that
4  we had a prescription walking out that would
5  hopefully help, but I was pretty upset with the way I
6  had been treated.
7      Q.  Did you agree to be released from the ED
8  or did you feel that D████ needed to stay?
9      A.  Well, I didn't have an option as to
10  whether I was being released or not. It was, Here's
11  the paperwork. Leave. I mean, it didn't feel like I
12  could make the decision to just sit there in the room
13  and stay.
14      Q.  Okay. Well, you could certainly go
15  somewhere else, right?
16      A.  At that point it didn't seem like there
17  was another option right then.
18      Q.  Okay. Well, when you -- when Kevin
19  picked you up and you got in the Jeep, did you have a
20  discussion, "I'm just not satisfied. Let's go
21  somewhere else"? Did you have that discussion?
22      A.  We had a discussion about possibly
23  getting a second opinion but that we wanted to see
24  how the antibiotic worked first.
25      Q.  Okay. Anything else about Bridget

Page 280

1  Grover's behavior that you are critical of?
2      A.  I was a little concerned that she never
3  asked D████ any questions or tried to examine him in
4  that way, but that's about it.
5      Q.  So it's your testimony that she never
6  asked him any questions?
7      A.  No, she never asked him a single
8  question.
9      Q.  Okay. So all the communication that she
10  was getting was from you?
11      A.  Yes.
12      Q.  And the recorded calls, we have been
13  provided recordings of three different phone calls.
14  Why were those calls recorded?
15      A.  Which one do you want me to start with?
16      Q.  Well, let's start with the one with
17  Dr. Faimon.
18      A.  Okay.
19      Q.  That was a call to Kevin kind of out of
20  the blue. How did that get recorded, and why was it
21  recorded?
22      A.  I don't know. I was not there at the
23  time and did not discuss that with him.
24      Q.  Well, how do you do that if somebody
25  calls you on your cell phone? How were -- how was

Page 281

1  that call recorded?
2      A.   I wasn't the one recording it. I don't
3  know how his process worked.
4      Q.   Were you ever present while you were
5  recording a phone call or Kevin was recording a phone
6  call?
7      A.   No. Kevin did it. I was not the one
8  doing it.
9      Q.   Okay. When you gave the amoxicillin,
10 about how long afterwards did D█████ vomit?
11     A.   Like ten to 15 minutes.
12          MR. TORLINE: It's already been
13 answered.
14          MS. COLE: I'm sorry, Steve.
15          MR. TORLINE: Okay.
16     Q.   (BY MS. COLE) Did you give D█████
17 anything else besides the amoxicillin when you got
18 home, any over-the-counter Children's Tylenol or
19 anything?
20     A.   No.
21     Q.   Okay. Fluids? Did you give him some
22 fluids?
23     A.   We didn't want to give fluids right
24 after he had vomited. We knew -- and I knew, growing
25 up, that any time I got a stomach sickness, I was

Page 282

1  never, like -- any time I would introduce fluids that
2  soon afterwards, I would vomit it right back up. And
3  I know that there needs to be a resting period for
4  the stomach.
5          I know that we did offer them -- he had
6  gone, like, a span of, like, an hour without vomiting
7  so we were like, okay, let's -- let's get some fluid
8  in you, but then he did vomit it back up.
9      Q.   Did you try 7UP or Pediasure or anything
10 like that?
11     A.   No. We -- we don't do pop or anything
12 like that. We didn't have any Pediasure at the
13 house. But he's pretty much a water guy. He doesn't
14 -- he didn't even really like juice that much at that
15 point, so...
16     Q.   Okay. Have you had any genetic testing
17 done on D█████?
18     A.   His tumor was tested. Is that what
19 you're asking?
20     Q.   Any other genetic testing done --
21     A.   No.
22     Q.   -- besides the tumor?
23     A.   No.
24     Q.   Are you aware of any other family
25 members who have had a similar kind of cancer?

Page 283

1      A.   We do not have a family history of
2  cancer.
3          MS. COLE: Okay. That's all I have.
4  Thank you.
5          (Discussion off the stenographic record.)
6                  EXAMINATION
7  BY MR. WOODING:
8      Q.   Ms. Morgan, it's been a long day
9  already, but are you ready to go a little bit longer?
10     A.   Yeah.
11     Q.   Okay. My name is David Wooding. We
12 were introduced this morning, and I represent Via
13 Christi Hospitals and Aaron Kent. Do you know who
14 Aaron Kent is?
15     A.   I don't remember who that is.
16     Q.   Okay. I want to start off -- and I'll
17 just go ahead and tell you that some of my questions
18 are going to be repetitive. And I don't -- I try not
19 to be horribly repetitive, but that's just the way it
20 -- it works. So I'm just going to apologize in
21 advance. Okay?
22     A.   That's fine.
23     Q.   So I want to start off with the time
24 frame immediately before you took D█████ to Via
25 Christi. Okay?

Page 284

1      A.   Okay.
2      Q.   Have you had a chance to review the --
3  what's called the complaint, or in this case an
4  amended complaint, that was filed on your and
5  D█████ behalf?
6      A.   Uh-huh.
7      Q.   Is that a "yes"?
8      A.   Yes.
9      Q.   At Paragraph 77 of the complaint --
10 amended complaint -- sorry -- it's talking about
11 after you were discharged from Wesley and you had
12 gotten home. Okay? To set a time frame. It says,
13 "D.M.'s parents became increasingly concerned as DM's
14 condition deteriorated."
15          How did his condition deteriorate? Was
16 it the protruding eyes?
17     A.   Yes, that was one of the things.
18     Q.   The slurred speech?
19     A.   The turning of the head with the pain.
20     Q.   The turning of the head with the pain
21 and --
22     A.   Uh-huh.
23     Q.   -- and what else? You just said it, and
24 I can't remember.
25     A.   The -- the cognitive responses to

Page 285

1  things.
2      Q.   And by "cognitive responses to things,"
3  you're -- you're saying that he wasn't answering
4  questions appropriately, correct?
5      A.   Correct.
6      Q.   And I think you mentioned earlier today
7  that he had a favorite show with animals under the
8  sea and he couldn't name his favorite animal or
9  something like that.
10     A.   He couldn't name his favorite Gup.  He
11 couldn't name the one with tracks.
12     Q.   Yeah.  I'm not -- my kids are a little
13 bit older than that.  All right.  So anything else
14 about his condition that deteriorated?
15     A.   He was -- he seemed to be increasingly
16 tired, but he was still arousable when we would try
17 to talk to him.  He was still able to communicate.
18 The -- I'm trying to think of anything else.  I mean,
19 the vomiting was continuing, which was concerning for
20 us too.  We were expecting that to have subsided by
21 then.
22     Q.   And then in Paragraph 78, the next
23 paragraph, it says, "At approximately 1:30 a.m. on
24 March 6, D.M.'s symptoms became even more pronounced.
25 At that time he was difficult to arouse, his severe

Page 286

1  headache was worse, he vomited uncontrollably, and he
2  failed to respond to basic questions."
3           And you've told me some of those things
4  just right now, correct?
5      A.   Yeah, those were them.
6      Q.   What did you mean -- or what does it
7  mean to you "he vomited uncontrollably"?
8      A.   That he just -- when he would get into a
9  -- into a vomiting episode, he would just continue.
10 He was dry heaving at that point.  And it took a
11 little while for him to get out of the dry heaving.
12     Q.   Okay.  In addition to those symptoms
13 that you just indicated, was -- was D[____] still
14 having the slurred speech that he had before?
15     A.   Yes.  His speech was still --
16     Q.   And the photophobia, the extreme -- or
17 the problem with light sensitive -- sensitivity?
18     A.   So his eyes weren't rolling into the
19 back of his head anymore, but he didn't want to open
20 his eyes for very long.  He was kind of squinty.
21     Q.   And you -- when you say his eyes were
22 protruding, are you saying that his eyeballs wouldn't
23 cover the entire eyeball when he tried to close his
24 eyes?
25     A.   His eyelids?  Yes.

Page 287

1      Q.   Yeah, his eyelid.
2      A.   When he was asleep, they would be half
3  closed --
4      Q.   Okay.
5      A.   -- but you could also see that his
6  eyeball was physically pushed forward further than it
7  typically was.
8      Q.   Something that would be obvious to
9  anybody just looking at him, correct?
10     A.   Absolutely.
11     Q.   Wouldn't take a healthcare provider to
12 notice that.  You noticed it, your husband noticed
13 it, right?
14     A.   Yes.  Daney noticed it as well.
15     Q.   Okay.  I'm sorry?
16     A.   Daney noticed it as well.
17          MS. COLE:  Daney.
18     Q.   (BY MR. WOODING)  Daney, okay.  We'll
19 talk about that in a minute.
20          Was he -- did he continue to be weak?
21     A.   Yes.
22     Q.   Lethargic?
23     A.   Yes.
24     Q.   Did he still have the dizziness?
25     A.   That was hard to tell because of the

Page 288

1  weakness and the lethargy.
2      Q.   Now, because of that, it says in the
3  next paragraph you made -- immediately made two phone
4  calls to two different hospitals for assistance.  And
5  I was unclear as to who it is you called.
6           Tell me the two hospitals that you made
7  calls to while at the same time leaving for Via
8  Christi.
9      A.   So it wasn't two different hospitals --
10 excuse me.  I made a phone call to his clinic, which
11 then routed to Children's Mercy.
12     Q.   Okay.
13     A.   Emergency line.
14     Q.   Okay.  So you called the Hutch Clinic
15 and it automatically routed to Children's Mercy in
16 Kansas City?
17     A.   Yes.
18     Q.   All right.  And did you get a call back
19 from the Hutch Clinic?
20     A.   From Children's Mercy in Kansas City, we
21 did.
22     Q.   Okay.
23     A.   And it was on my trip to Via Christi ER.
24     Q.   Okay.  I want to back up though.  But
25 you also spoke to your primary care physician's

Morgan
10/04/2018

Page 289

1 office as well, correct?
2       A.   **No.  It goes to an automatic forwarding**
3 **to the emergency on-call line.**
4       Q.   Okay.  So did you talk to anyone at
5 Dr. Lane's office?
6       A.   **No.**
7       Q.   Here's why I'm confused about that.
8 Because on the document that's -- I don't remember
9 what exhibit it was.  Exhibit 7.  I think you still
10 have it in front of you.
11      A.   **Oh, the call log?**
12      Q.   Yeah.
13      A.   **Is that what you're talking about?**
14      Q.   When you -- you called the -- the Hutch
15 Clinic or your PCP, did you tell them all -- all of
16 the symptoms that D█████ was having, the protruding
17 eyes, the severe headache, the rolling of the head,
18 you know, the lethargy?  All of those things that you
19 thought were so important that you were taking him
20 back to the hospital, did you mention those to
21 Dr. Lane when you called in?
22      A.   **So like I said, it routes automatically**
23 **to Children's Mercy.  I did not speak to anyone at**
24 **his physician's office.**
25      Q.   Okay.  Well, whoever it is, you left a

Page 290

1 message, correct?
2       A.   **I left a message at the Children's Mercy**
3 **emergency line.**
4       Q.   Okay.  Do you know where this document
5 that comes from Dr. Lane's office that I think is in
6 front of you --
7             MR. WOODING:  Steve, would you find that
8 for her?
9             MR. TORLINE:  It was never marked.
10            MR. WOODING:  Oh, it wasn't?  Well, I
11 don't have another -- a copy, but it's -- I think you
12 were shown --
13            MR. TORLINE:  Want to mark it?
14            MR. WOODING:  Yeah, go ahead and let's
15 mark it.  Is that okay?
16            MS. WATSON:  Sure.
17            (Exhibit 10 marked for identification.)
18      Q.   (BY MR. WOODING) Okay.  Kelli, do you
19 see what we have marked as Deposition Exhibit Number
20 10?
21      A.   **Yes.**
22      Q.   And it's got a triage call report.  The
23 time of the call is 1:45 a.m.  It's got your primary
24 care physician's name, Jonathan Lane.
25      A.   **Uh-huh.**

Page 291

1       Q.   And the contract -- says contract name
2 is Hutchinson Clinic.  Caller name, Kelli Morgan.
3 The patient's name is D███ M█████.  And then do you
4 see down where it says, "Presenting problem:
5 Five-year-old seen in ER diagnosed with strep,
6 vomiting"?
7       A.   **Yes, I see that.**
8       Q.   Then it says, "Mom states he was seen in
9 the ER yesterday evening.  He has thrown up four
10 times since the ER."  Is that an accurate statement?
11      A.   **Yes.**
12      Q.   "They did the strep swab and threw up."
13 And I think you have already told us that's accurate,
14 correct?
15      A.   **Yes.**
16      Q.   "He had been nauseated the last couple
17 of days."  You have told us what you know about that.
18 And then it says, "Mom is taking him to a different
19 hospital, is going to Via Christi."
20            How did they get that information?
21      A.   **I was on my way.**
22      Q.   Why would you call Children's -- your
23 primary care physician's office if you were already
24 on your way to Via Christi?
25      A.   **I was not on my way to Via Christi at**

Page 292

1 **the time that I left the message.**
2       Q.   Okay.  But then -- so how did they know
3 you were taking him to a different hospital?  I'm
4 confused.
5       A.   **They -- they called me back when I was**
6 **on the way.**
7       Q.   Okay.  That's what -- that's what I
8 didn't understand.  So they called you back and you
9 spoke to somebody?
10      A.   **Yes, at that point I relayed all of the**
11 **symptoms that he had been having, and they agreed**
12 **with me that I needed to take him into the emergency**
13 **room, which I already was.  They actually suggested**
14 **that I do that, and I said, "I am on the way to Via**
15 **Christi right now."**
16      Q.   So you called and left a message.
17      A.   **Yes.**
18      Q.   You decided to go to Via Christi.  They
19 called you back while you were in route, correct?
20      A.   **Yes.**
21      Q.   And at that time did you tell them all
22 of the symptoms he was having, the protruding
23 eyeballs, the -- all of the other symptoms you have
24 discussed?
25      A.   **Yes.**

Morgan
10/04/2018

Page 293

1    Q.   Do you have any explanation why they
2  didn't put any of that on this triage note?
3    A.   It may be that they went off of the
4  voice mail that I left, and I didn't leave all those
5  details on the voice mail.
6    Q.   But it says, "Mom is taking him to a
7  different hospital," so they must have written this
8  after you spoke to them on the phone.
9    A.   It could be.
10   Q.   Make sense?
11   A.   Yeah.
12   Q.   Okay.  Again, so do you have any
13 explanation as to why they wouldn't have written down
14 all of those symptoms?
15   A.   I wasn't the one that wrote it down.  I
16 wouldn't know why they chose to go off of the other
17 part.
18   Q.   Okay.  Fair enough.
19        All right.  Then just kind of go along
20 with this amended complaint.
21        Paragraph 81 says, "Because of D.M.'s
22 condition, his mother had to carry him into the Via
23 Christi" hospital emergency -- "the Via Christi
24 emergency room."  And I think you have already told
25 us about that, so I'm not going to go over that

Page 294

1  again.
2    A.   Yes.
3    Q.   Then it says, "D.M.'s mother notified
4  Via Christi emergency personnel of D.M's sudden onset
5  of headache, nausea, intractable vomiting, lethargy,
6  weakness, unbalance, dizziness, slurred speech,
7  photophobia, inability to respond to basic questions,
8  inability to walk, knee joint pain, and D.M.'s
9  previous presentation to the Wesley emergency room."
10       First of all, did you tell the people at
11 Via Christi all of those symptoms that D████ was
12 having?
13   A.   I told the triage nurse all of the
14 symptoms that he was having, including the eyeball
15 protrusion, along with that list.
16   Q.   Yeah.  That eyeball protrusion is not in
17 there, is it?  Or at least not what I wrote to you --
18 read to you?
19       Okay.  So when it says, "D.M.'s mother
20 notified Via Christi emergency personnel," you're
21 talking about the triage nurse, correct?
22   A.   Yes.  And then subsequently Daney.
23   Q.   I'm sorry?
24   A.   And then subsequently Daney.
25   Q.   Okay.  And, again, we will get to that.

Page 295

1  I'm going to try to do this a little bit
2  chronologically.  So Aaron Kent was the triage nurse.
3    A.   Okay.
4    Q.   I'm just going to tell you that, okay?
5    A.   Okay.
6    Q.   And I think you've previously told us
7  that he seemed -- or it's in the text messages, that
8  he seemed unconcerned?
9    A.   Yes.
10   Q.   Did he seem unconcerned even when you
11 told him all of those symptoms?
12   A.   Yes.
13   Q.   Was he writing -- did he appear to be
14 writing down things when you were giving him the
15 symptoms?
16   A.   He had a computer in front of him, in
17 which he was typing on.  I don't know what he was
18 typing.
19   Q.   I understand that.  But was he typing
20 while you were giving him all of the symptoms that
21 you have just told us about?
22   A.   Yes.
23   Q.   Okay.  Have you seen the emergency room
24 records of that evening, of that -- well, it's the
25 morning, I guess, really.

Page 296

1    A.   I have not read through those.
2    Q.   Have you seen them at all?
3    A.   I don't recall seeing them.
4    Q.   Okay.  Well, would it surprise you that
5  those symptoms are not listed in the emergency room
6  at all?
7    A.   None of those symptoms are listed?
8    Q.   Well, none -- well, the vomiting is
9  listed, and the going to the ER previously is listed,
10 and the diagnosis of strep throat is listed.  But the
11 slurred speech, the photophobia, the inability to
12 respond to basic questions, the photo- -- the
13 protruding eyeballs, none of that is listed.  Do you
14 have any explanation for that?
15   A.   I do not.
16   Q.   Okay.  So let's go back to Aaron Kent.
17 Was he polite to you?
18   A.   Yes.
19   Q.   Was he courteous?
20   A.   Yes.  Polite, courteous, same.
21   Q.   Yeah, it is kind of the same thing,
22 you're right.  Sorry.
23       Did he seem appropriately concerned
24 about ████████?
25   A.   No.

Page 297

1    Q.    And is that because you think he --
2    well, why do you think that is?
3          A.    Well, my first clue was when D████████,
4    couldn't stand up on the scale and slumped to the
5    side.  He had no comment.
6          Q.    Okay.  Was D████ -- you've said he was
7    sleepy at the time?
8          A.    He had been asleep, but he woke up when
9    I put him down onto the scale.
10         Q.    Okay.  And when he slumped to the side,
11   was he, like, falling over?
12         A.    Yes.
13         Q.    And you had to grab him?
14         A.    Yes.
15         Q.    And Aaron Kent -- I'll tell you that is
16   his name -- he just -- he had no comment about that
17   at all?
18         A.    No.
19         Q.    Did you make a comment to Aaron about
20   that, see, this is what's happening to my son?
21         A.    I -- yes, I said, "See, he is not -- he
22   is not being able to stand up."
23         Q.    And you're just telling me that Aaron
24   just didn't say anything?
25         A.    He did not make a specific comment to

Page 298

1    that, no.
2          Q.    Did he make any comment to it?
3          A.    Not that I recall.
4          Q.    Okay.
5          THE VIDEOGRAPHER:  We have about five
6    minutes left on the video file.
7          Q.    (BY MR. WOODING) Let's go a little bit
8    longer, and then we'll take a break because we have
9    only got five minutes left.
10         Did you tell Mr. Kent that you were
11   concerned that D████ was unable to keep the meds
12   down to treat the strep throat?
13         A.    I did.  I told him that I was concerned
14   about that because we believed it was progressing and
15   that we had been told that it could possibly progress
16   into meningitis, and that I was very concerned if he
17   wasn't able to keep the antibiotics down that it
18   could be progressing into that.
19         Q.    So you specifically remember telling him
20   that you were concerned that if it progressed it
21   might turn into meningitis?
22         A.    Yes.
23         Q.    Did he have a comment about that?
24         A.    No, he didn't.
25         Q.    Okay.  Did he just seem to ignore that?

Page 299

1          A.    He didn't ignore it, but he -- it was
2    like an "Okay."  You know, kind of like a placating
3    response, how you would just calm down someone who
4    you feel is overworrying.
5          Q.    Was D████ alert when he was triaged by
6    Aaron Kent?
7          A.    He opened his eyes and was awake when he
8    was on the scale.  When I picked him back up and held
9    him again, he fell back asleep on my shoulder.
10         Q.    Did he -- was he oriented when he was
11   seen by Aaron Kent?
12         A.    What do you mean by that?
13         Q.    Well, you know, he knew where he was, he
14   knew what he was doing, that sort of thing?
15         A.    It was very difficult to tell.
16         Q.    So you wouldn't call him oriented then,
17   right?
18         A.    No.
19         Q.    Okay.  Was he in pain?
20         A.    It was -- that would have also been very
21   difficult to tell because he was very much out of it.
22         Q.    Okay.  This was 2:30 in the morning?
23   2:22 I think is when you got to the ER, something
24   like that, right?
25         A.    Yeah.  And he was triaged pretty quickly

Page 300

1    after we got there.
2          Q.    Yeah.  And I'm not trying to be
3    facetious, but I would imagine that D████ is usually
4    asleep at 2:30 in the morning, 2:20 in the morning,
5    correct?
6          A.    Yes, but he is also easily woken up.
7    He's always been a kid that if you wake him up, he is
8    just ready and raring to go.
9          Q.    Sure.  But it also wouldn't be unusual
10   or unfair to say that D████ would be sleepy at
11   2:20 in the morning, correct?
12         A.    I would find it very odd for a kid who
13   had been woken up and stood up to stand on a scale to
14   be so sleepy that they are going to slump to the
15   side.
16         Q.    Perhaps.  But, again, wouldn't it --
17   would it be unusual for you to -- if D████ is at
18   five years old and is normally asleep at 2:30 in the
19   morning, for him to -- if being woken up, still be
20   sleepy?
21         A.    No.  So I have an example for that,
22   because we used to make trips between Savannah and
23   Hutchinson, Kansas to visit family.  And he actually
24   stayed awake an entire night one time because we did
25   the trip overnight and was perfectly awake and alert.

## Page 301

1  And then when we would -- whenever we arrived to
2  grandparents' house and he is asleep, he -- he's
3  awake. I mean, he is not the type of child to remain
4  asleep if he's been woken up.
5       Q.  Even at -- even at 2:30 in the morning?
6       A.  Even at 2:30 in the morning.
7       Q.  Did you -- did you tell any of the
8  healthcare providers who would later note that he was
9  sleepy that, no, that's not D████ because he wakes
10 up very quickly and he is completely awake, even at
11 2:30, 4:30 in the morning?
12      A.  I constantly reiterated that I did not
13 understand why he was still so sleepy and still so
14 lethargic and constantly reiterated that this was not
15 like him.
16      Q.  Okay. And did anyone say, "But it's
17 3:30 in the morning, it's 4:30 in the morning. This
18 is not his normal awake time"? Did anybody say
19 anything like that to you?
20      A.  Absolutely. They were all making the
21 argument that well, he's just tired. He's had a long
22 night.
23      Q.  Okay.
24      A.  Even though I continued to, every time,
25 try to tell them that this was not like him.

## Page 302

1       MR. WOODING: Okay. Let's take a break,
2  because we've got to do the...
3       THE VIDEOGRAPHER: This ends Video
4  Number 3. We are off the record. The time is
5  4:09 p.m.
6       (Recess taken from 4:09 p.m. to 4:16 p.m.)
7       THE VIDEOGRAPHER: This begins Video
8  Number 4. We are back on the record. The time is
9  4:16 p.m.
10      Q.  (BY MR. WOODING) Okay. Ms. Morgan, you
11 talked to -- or you -- Mr. Kent was the triage nurse
12 who saw you when you first walked in. And then when
13 you went around back and the vitals were taken and
14 your son was weighed, he was the person who did that
15 as well, correct?
16      A.  No, that is not correct. He was not the
17 person I saw behind the front desk when I first
18 walked in.
19      Q.  Okay. Then I was confused. Do you
20 remember who you saw at the front desk?
21      A.  Just a person, a check-in person.
22      Q.  Okay.
23      A.  I don't know who it was.
24      Q.  Okay. You don't have any complaints
25 about that person, do you?

## Page 303

1       A.  Well, they just took the information to
2  put it in the system, so...
3       Q.  Yeah. But would you have told that
4  person all of the symptoms that you and I have
5  previously talked about?
6       A.  Yes. I explained why we were there.
7       Q.  Okay. Then when you -- the triage nurse came back,
8  Mr. Kent, and took Aaron -- D████ back and took the
9  vitals and the scale, was that the only contact you
10 had with him?
11      A.  Yes.
12      Q.  Okay. Then you were taking -- oh, you
13 went back to the waiting room, correct?
14      A.  Yes.
15      Q.  And you sat for a while. You sat for
16 about two hours?
17      A.  Yes.
18      Q.  Do you know why it took so long for you
19 and D████ to get back to a room?
20      A.  I do not.
21      Q.  Okay. Did it appear pretty busy that
22 evening in the -- or that morning, I guess it would
23 be, in the ER? Or could you tell?
24      A.  There were a few groups of people

## Page 304

1  around, maybe three or four groups, which I would
2  imagine there was one individual being seen within
3  the group of people sitting together, you know, like
4  a family. But it did not seem overly crowded to me.
5       Q.  Okay. Then the next thing I have is you
6  were taken back to a room and you were seen by a
7  nurse. Correct?
8       A.  No. We were --
9       Q.  Okay. Tell me about that.
10      A.  We saw Daney first.
11      Q.  Okay.
12      A.  Is that -- was that what you're asking?
13      Q.  No, actually, it wasn't.
14      A.  Oh, I'm sorry.
15      Q.  That's okay. That's all right. Perhaps
16 after you saw Ms. Daney, you did see a nurse?
17      A.  A nurse came into the room to start his
18 IV.
19      Q.  Okay. And if I gave you the name of
20 Summer Willock, does that mean anything to you?
21      A.  No.
22      Q.  She saw -- I'll tell you the records
23 indicate that she took care of D████
24      A.  Okay.
25      Q.  And the nurse that started the IV, was

Page 305

1 she polite?

2     A.  **Yes.**

3     Q.  Did she seem appropriately concerned

4 about D█████?

5     A.  **Not appropriately concerned. She wasn't**

6 **rude, but she -- she didn't seem as concerned as I**

7 **would think people should have been about him at the**

8 **time.**

9     Q.  And did you give her the same set of

10 symptoms that you have told us about? And I'm not

11 going to make you repeat them, and I'm not going to

12 repeat them, but we know what they are.

13     Did you tell her the same set of

14 symptoms that D█████ was having?

15     A.  **Yes, I gave her the same account. I**

16 **gave her the same account because I kept pushing for**

17 **people to listen.**

18     Q.  Okay.

19     A.  **For people to hear me out, for people to**

20 **do something.**

21     Q.  What was her response when you gave her

22 the same set of symptoms that we have talked about?

23     A.  **She didn't really have a response. It**

24 **was like an "Okay," which I assumed she was like that**

25 **because she wasn't the doctor. I hoped that she was**

Page 306

1 **going to go relay it to the doctor, because in my**

2 **mind at that point, I hadn't seen a medical**

3 **professional other than a nurse.**

4     Q.  Did she look at D█████ eyes so that

5 she could see that they were protruding and he

6 couldn't close them? Do you recall that?

7     A.  **She was right next to him doing the IV,**

8 **and I pointed it out.**

9     Q.  Okay. So certainly you would expect

10 that she would have been able to see that?

11     A.  **I would have expected that, yes.**

12     Q.  The medical records, I'll just tell you,

13 shows that she did what's called a pediatric coma

14 assessment, which is an assessment regarding their

15 mental status and their alertness status.

16     A.  **Huh.**

17     Q.  And it says that with respect to eyes

18 opening, it said -- she charts that his eyes would

19 open spontaneously. Would that be an accurate

20 statement?

21     A.  **No.**

22     Q.  It also says that in terms of best motor

23 response that he obeyed commands. Would that be an

24 appropriate -- or true statement?

25     A.  **No.**

Page 307

1     Q.  Also says that with respect to verbal

2 response that he -- that he used appropriate words

3 and phrases. Would that be true?

4     A.  **No.**

5     Q.  So all of that is inaccurate?

6     A.  **That is very inaccurate.**

7     Q.  Okay. There's also a Kayla Zoglman.

8 Does that name ring a bell with you at all?

9     A.  **No.**

10     Q.  She is a nurse that also took care of

11 D█████ in the emergency room. And she's charted a

12 neurological assessment level of consciousness that

13 he was alert and oriented. Would that be a true

14 statement?

15     A.  **No.**

16     Q.  Okay. When D█████ was -- well, never

17 mind. I'll skip that.

18     How many nurses would you say, in total,

19 that interacted with D█████ in the emergency room?

20 We know about Aaron Kent. I told you about Summer

21 Willock. And I'll just represent that she did see

22 him and care for him. And Kayla Zoglman. Any other

23 nurses that you know of?

24     A.  **That's all I know of. I didn't know**

25 **their names at the time.**

Page 308

1     Q.  I know.

2     A.  **But I know one nurse started the IV and**

3 **a separate nurse had come in to start the antibiotics**

4 **but then stopped them.**

5     Q.  Okay. And then -- and that was after

6 D█████ was in the room, though, wasn't it?

7     A.  **Yes.**

8     Q.  And D█████ did get moved up to a room at

9 about 4:30ish a.m., something like that?

10     A.  **No.**

11     Q.  Okay.

12     A.  **It was later than that. It was after**

13 **5:00.**

14     Q.  Yeah. You're right, it was after 5:00.

15     A.  **Yes.**

16     Q.  Then do you recall the name of the nurse

17 that cared for him once he got on the floor?

18     A.  **I do not remember her name.**

19     Q.  Okay. And I'll ask you the same

20 questions. Was that nurse a male or female?

21     A.  **A female.**

22     Q.  Okay. Did she -- was she polite?

23     A.  **Yes.**

24     Q.  Did she seem appropriately concerned

25 about D█████ condition?

Morgan
10/04/2018

Page 309

1    A.    No.
2    Q.    Okay. I assume that you gave her the
3  same set of symptoms that you gave everybody else,
4  true?
5    A.    I did, yes.
6    Q.    And she paid no attention to those?
7    A.    She -- so at that point I was also
8  giving all of the symptoms that we had come in with
9  and then reiterating that I felt it was odd that he
10  was still sleeping like this, even when -- even being
11  lifted up out of a bed and transferred to another
12  bed. Just no reaction whatsoever. No movement, no
13  eye opening. I mean, typically any normal kid, even,
14  would at least, like, have some kind of response if
15  you're picking them up and transferring them to the
16  bed. And especially D████ because he was very
17  easily woken up. But no response.
18          And so I kept asking her, you know, "Why
19  is he not -- why is he not responding? I don't
20  understand. This isn't like him." And she said,
21  "Well, he's had a long night. He is probably just
22  tired."
23    Q.    Did, at any time -- because of your
24  level of concern, did you ever ask a nurse, "Why
25  can't we see a doctor? Why haven't I seen a doctor?

Page 310

1  Why hasn't someone -- a doctor come in and seen my
2  son?" Something along those lines?
3    A.    I didn't ask that when we went up to the
4  pediatric floor because, I mean, I assumed that he
5  was going to see a doctor pretty soon then.
6    Q.    Did you see -- did he see a doctor
7  pretty soon then?
8    A.    I know that a doctor -- a female doctor
9  walked in and told me that they were going to
10  see what he was doing in the morning when he woke up.
11    Q.    And did you give that female doctor the
12  same set of symptoms that you and I have gone over
13  now time and time again?
14    A.    That doctor was in there very briefly,
15  just said that and then left, so I did not get a
16  chance to speak to her in length.
17    Q.    The next doctor that came in you
18  mentioned was another resident, I think?
19    A.    Yeah, that's what I thought he was.
20    Q.    Okay.
21    A.    He was wearing a white coat.
22    Q.    Did you give that doctor the same set of
23  symptoms that you and I have talked about?
24    A.    Yes, I did.
25    Q.    All right. And what was his response?

Page 311

1    A.    What was his response to those symptoms?
2    Q.    Sure.
3    A.    Well, then, again, at the very end I was
4  reiterating that I thought that it was abnormal for
5  him to not be waking up. And he gave me the same
6  response of that, well, he's just sleepy. It's --
7  he's had a long night, so this is -- this is just
8  normal."
9    Q.    Is it -- and I'm just asking you this.
10  I'm not trying to be argumentative. Is it possible
11  that your memory might be somewhat clouded by
12  hindsight, knowing now what D████ went through?
13    A.    No.
14    Q.    Okay. And you remember specifically
15  that you told every single person that you saw at Via
16  Christi, literally, before he coded those same set of
17  symptoms?
18    A.    I did not tell the doctor that was there
19  before.
20    Q.    Right.
21    A.    But, yes, I went through the history as
22  to why we were there and the symptoms that we had
23  seen and why we came back in.
24    Q.    And I may have asked you this before.
25  If I did, I apologize. But would it surprise you

Page 312

1  that not one single healthcare provider charted any
2  of those symptoms?
3          MR. TORLINE: Object to form. Go ahead.
4          THE DEPONENT: I'm sorry, what?
5          MR. TORLINE: Go ahead and answer. I'm
6  just objecting to form.
7    A.    Okay. What -- can you repeat it again?
8    Q.    (BY MR. WOODING) Sure, sure.
9    A.    I'm sorry.
10    Q.    Would it surprise you that not one of
11  those healthcare providers charted those symptoms?
12          MR. TORLINE: Same.
13    Q.    (BY MR. WOODING) You can answer.
14    A.    Yes, that is very surprising to me.
15    Q.    Okay.
16    A.    I do not know why they would not have
17  written all that stuff down, other than the fact that
18  I know that I am being talked to like an overly
19  concerned mother.
20    Q.    But you were pretty adamant about these
21  concerns. I can tell from the way you have been
22  testifying today. Correct?
23    A.    Yes, I was.
24    Q.    Did you get angry with any of those
25  healthcare providers at all?

Page 313

1  A.  No.
2  Q.  Were you angry?
3  A.  I was frustrated.
4  Q.  Frustrated? Did you -- did you exhibit
5  your frustration to any of these healthcare
6  providers?
7  A.  I did not get overly emotionally
8  frustrated. I'm usually a very calm person, and I
9  can explain and articulate my words in a way in which
10 I'm not coming across as emotionally upset most of
11 the time.
12 Q.  Okay. Up until the time that D██████
13 coded and the nurse came in to check his vitals and
14 it was discovered that he was nonresponsive, have we
15 talked about the -- the hospital nursing staff that
16 you had contact with before the code, you and I?
17 A.  Have we talked about them?
18 Q.  Yeah.
19 A.  In which way are you --
20 Q.  Just discussed the interactions you had
21 with them and what you told them and that sort of
22 thing.
23 A.  We talked about the nurse in the ER,
24 when she was doing the -- the poke, and then the
25 nurse when we got to the pediatric floor.

Page 314

1  Q.  Right. Okay.
2  I'm going to skip past the code and
3  Dr. Grundmeyer's surgery, okay, because you have gone
4  over that.
5  But here's what I want to ask you: You
6  talked to Dr. Grundmeyer after the surgery, correct?
7  A.  Yes.
8  Q.  You talked to Dr. El-Nabbout after the
9  surgery?
10 A.  Yes.
11 Q.  And you spoke with Dr. Stephanopoulos
12 after the surgery, correct?
13 A.  Yes.
14 Q.  At this point in time after the surgery,
15 are you thinking nobody paid attention to my kid's
16 symptoms and that's why this has happened to him?
17 A.  I was not thinking about that at the
18 time, because at that time I was only focused on his
19 recovery.
20 Q.  Okay. Did you ever talk to Dr.
21 Grundmeyer and say, "Dr. Grundmeyer, he had these
22 symptoms," and, you know, tell Dr. Grundmeyer what
23 symptoms he had and say to Dr. Grundmeyer, "But
24 nobody would pay any attention to me"?
25 A.  No, I didn't feel like it was my place

Page 315

1  to tell that to the neurosurgeon.
2  Q.  Why not? You're his mother. And I'm
3  not being argumentative.
4  MR. TORLINE: Argumentative. That's
5  argumentative.
6  MR. WOODING: Well, I don't mean to be.
7  I apologize for that.
8  MR. TORLINE: Withdraw.
9  A.  Be- --
10 Q.  (BY MR. WOODING) But you are his
11 mother, and you probably have, you know, more
12 interest in D██████ than anybody but his father, I
13 would guess. So my question is, did you not feel
14 that you had the right to say why is it nobody paid
15 attention to my child's symptoms?
16 A.  Well, at that point I was relieved that
17 we had actually found something and that they had
18 started doing things. So we went from not doing not,
19 not doing anything, not doing anything, not doing
20 anything, to we found something, we removed it.
21 And at that point I was just focused on
22 let's move forward, let's get him to wake up, let's
23 recover. Because in my mind at that point they were
24 going to take him off the sedative and he would wake
25 up and be okay.

Page 316

1  Q.  Did it -- did it occur to you at that
2  point to think -- and this is immediately post
3  surgical -- that, hey, if somebody had paid attention
4  to me earlier, maybe this wouldn't have happened?
5  A.  I don't know as any parent would do that
6  after going through the shock of finding out that
7  there was a mass in her son's brain which had to be
8  surgically removed. That is what I was focusing on,
9  in my mind, at that point.
10 Q.  So if I asked you if you had any of
11 those kinds of conversations with Drs. El-Nabbout or
12 Stephanopoulos, you would give me the same answer,
13 right, that you were focused on D██████ and --
14 A.  I was focused on their conversations at
15 that time moving forward.
16 MR. WOODING: Okay. Well, in the
17 interest of time, I'm going to let other lawyers ask
18 questions, so I'll pass the witness at this point.
19 THE VIDEOGRAPHER: Microphone.
20 MR. WOODING: Oh, yeah.
21 EXAMINATION
22 BY MR. YOUNG:
23 Q.  You ready?
24 A.  Yeah.
25 Q.  Ma'am, my name is Greg Young, and I

Page 317

1  represent Jennifer Chambers-Daney.  You keep calling
2  her "Daney."  Is that what you called her in the
3  emergency room?
4      A.   **No, I didn't know what her name was in**
5  **the emergency room.**
6      Q.   Okay.  And how do you know her by that
7  name --
8      A.   **Just from --**
9      Q.   -- now?
10     A.   **I mean, from everything that we have**
11 **been through in the past few months.**
12     Q.   Okay.
13     A.   **Talking about it.**
14     Q.   Have you had any contact with her other
15 than the night that you were -- or the morning you
16 were in the emergency room with D████?
17     A.   **No.**
18     Q.   Do you know anybody who's had any
19 contact with her other than you interacting with her
20 that morning in the emergency room?
21     A.   **No.**
22     Q.   Have you done any research about her or
23 anything like that?
24     A.   **No.**
25     Q.   Have you done any research about any of

Page 318

1  the nurses or care providers that were involved in
2  the care in the emergency room?
3      A.   **No.**
4      Q.   And I know you have been going for quite
5  a while.  I don't want to go over the same stuff with
6  you.  I promise you I'm going to try to be as
7  efficient as I can.  Trying to go through all of my
8  notes to see where it is that you were talking about
9  the ER visit.
10          Okay.  So talking about the early
11 morning hours when you were at Via Christi, okay, do
12 you have -- your recollection was that you waited for
13 a couple hours after seeing the triage nurse before
14 D████ was taken back into the ER; is that correct?
15     A.   **Yes.**
16     Q.   And so about what time was it, you
17 think, by the time you went -- that Ms. Daney came
18 out and got you guys?
19     A.   **It would have been after 4:00.**
20     Q.   Okay.  Do you remember another set of
21 vital signs being taken at 4:02 or 4:01, when D████
22 was taken back into the emergency room?
23     A.   **They put the thing on his finger to do**
24 **oxygen and pulse.**
25     Q.   Okay.  Well, they recorded his pulse

Page 319

1  rate at 67 beats per minute at 4:01.  Do you have any
2  reason to disagree with that?
3      A.   **I wouldn't know, because I wasn't**
4  **looking at it.**
5      Q.   And that his oxygen saturation was 99
6  percent.  Any reason to disagree with that?
7      A.   **No.**
8      Q.   And they documented he had a respiratory
9  rate of 16 breaths per minute.  Any reason to
10 disagree with that?
11     A.   **No.**
12     Q.   No?
13     A.   **Oh, sorry.  No, I wasn't privy to the**
14 **information.**
15     Q.   Okay.  All right.  And that time frame
16 would kind of generally match your recollection,
17 which is at around 4:00 is when you went back into
18 the emergency room, correct?
19     A.   **Yes, to a room.**
20     Q.   To a room, right.  And that's what time
21 this set of vital signs is documented.  I'll just ask
22 you to assume that.  That would -- you remember him
23 being hooked up to the finger thing when you went
24 back --
25     A.   **Yes.**

Page 320

1      Q.   -- correct?  All right.
2          So what you recall is, were you sitting
3  in kind of the waiting area with the chairs along the
4  window, waiting for somebody to come out?
5      A.   **Between the triage and when we went**
6  **back?**
7      Q.   Yes.
8      A.   **So there -- we hopped around a couple of**
9  **different locations, but there -- there was like this**
10 **little halfway dividing wall between two sections of**
11 **the waiting room, and we were sitting right behind**
12 **that dividing wall.**
13     Q.   There's kind of some vending machines
14 over there?
15     A.   **Yeah.**
16     Q.   Okay.  And where did Ms. Daney come
17 from?
18     A.   **So we were sitting kind of like behind**
19 **that dividing wall, and there was like a desk, and**
20 **she came from, like, over here.**
21     Q.   From over where you had checked in?
22     A.   **Kind of behind that area.**
23     Q.   Okay.  Because there's also a door that
24 would have been kind of past the vending machines
25 that you can come out and come around.  But that

Page 321

1   wasn't the way she came?
2        A.   No, not that I recall.
3        Q.   And she came and she -- I want you to
4   tell me exactly what you recall her saying when you
5   were still in the waiting room area.
6        A.   Well, she -- we weren't talking in the
7   waiting room area.  We were standing right in front
8   of the double doors that lead to the rooms.
9        Q.   But I assume she had to say something to
10  you to get you to come from the waiting room to the
11  double doors.
12       A.   Right.
13       Q.   What did she say?
14       A.   Right.  She called his name.
15       Q.   Okay.  And what did she look like?
16       A.   She was kind of taller, like -- almost,
17  like, muscular kind of.  And her hair was up in kind
18  of like a messy, ratty ponytail.  I think it had some
19  bleach blonde in it.
20       Q.   Was it, like, in a bun or like ponytail,
21  like, hanging off the back?
22       A.   Like --
23            MR. YOUNG:  This is like you talking
24  about the --
25            MR. GRIBBLE:  It's not that bad.

Page 322

1        (Discussion off the stenographic record.)
2        A.   Like, just up.  Not a bun.
3        Q.   (BY MR. YOUNG) Okay.  But was it like
4   in a ponytail that, then, hung back over onto her
5   shoulders?
6        A.   I didn't see the back of her, so I
7   don't...
8        Q.   Okay.  Was she thin, medium, heavy?
9        A.   Like I said, she almost looked, like,
10  muscular.  Like, just stout.  I wouldn't -- I mean, I
11  wouldn't call her heavy.
12       Q.   All right.  And then she called his
13  name.  And did she kind of wait by those double doors
14  then for you guys to come around?
15       A.   I don't remember if she met us partway
16  or if we made it all the way there.
17       Q.   And then remind me, when you got to the
18  double doors, did she say she was going to go try to
19  find a room?
20       A.   So after we got to the double doors, we
21  had the discussion as to why we were there, what his
22  symptoms had been.  And then she said -- specifically
23  said, "Well, let me see if I can go find you a back
24  room somewhere."
25       Q.   Would this have been right by where the

Page 323

1   check-in person was?
2        A.   It's -- I mean, kind of back from it.
3        Q.   Like ten feet or --
4        A.   I'm a horrible judge of, like, feet.  So
5   I mean...
6        Q.   Well, let me ask you this:  Were you
7   able to perceive whether anybody else was able to
8   hear this conversation?
9        A.   No, I wasn't paying attention to that at
10  that point.
11       Q.   Now, I know we've -- I'm not going to
12  ask you to tell me every symptom and every history
13  you gave, because it's been gone over several times.
14  What I want to ask you, is it possible you did not
15  tell her all of those things?
16       A.   I know I specifically told her that we
17  were concerned it had progressed into meningitis
18  because of his eyes and because his head was turning
19  and he was saying "Ow," and he did it at home.
20       Q.   Okay.  So it's not possible that you did
21  not tell her every one of those things, correct?
22       A.   It is not possible that I didn't.
23       Q.   And this was the two of you standing in
24  the doorway?
25            MR. TORLINE:  Three.

Page 324

1            MR. YOUNG:  Three?  Yeah, two of them
2   plus D████
3        Q.   (BY MR. YOUNG)  Right?
4        A.   Yes.  Not in the doorway, but on the
5   other side of the emergency rooms in the back.
6        Q.   Into the emergency room --
7        A.   No.
8        Q.   -- on the outside of the waiting area?
9        A.   Yes.
10       Q.   All right.  How long were you standing
11  there -- strike that.
12       A.   I stood there --
13       Q.   That's a bad question.
14            How long were you standing there talking
15  to her --
16       A.   Oh.  A couple --
17       Q.   -- before she left?
18       A.   A couple of minutes.
19       Q.   Did she ask any questions?
20       A.   No.  Other than, "Why are you here?"
21       Q.   Other than, "Why are you here?"
22       A.   Yeah.
23       Q.   Okay.  Did she have a computer with her?
24       A.   No.
25       Q.   Did she have anything to write anything

Morgan
10/04/2018

Page 325

1   with?
2        A.   No.
3        Q.   Did she have anything in her hands?
4        A.   No.
5        (Beeping.)
6        Q.   And you --
7        MR. TORLINE:  Hold on.
8        A.   Sorry.  Just a second.
9        Q.   (BY MR. YOUNG)  I'm sorry.  I'm sorry.
10  I heard that.
11       A.   It's fine.  Okay.
12       Q.   Did -- have you ever been to the
13  emergency room for yourself?
14       A.   Not that emergency room.
15       Q.   Any emergency room?
16       A.   Yes.
17       Q.   And you've been to doctors' offices with
18  D████ for yourself, et cetera, correct?
19       A.   Yes.
20       Q.   And usually somebody besides the
21  provider takes you back into the room.
22       A.   Yes.
23       Q.   Do you have any idea why she came out to
24  get you that time?
25       A.   I have no idea why, but that's why I

Page 326

1   thought she was a nurse.
2        Q.   Did you look at her name tag?
3        A.   No.
4        Q.   You mentioned earlier when you were
5   talking to -- I think to Ms. Watson about Ms. Grover,
6   you said you thought that she was the doctor, I
7   think.
8        A.   Yes.
9        Q.   You assumed she was a doctor?
10       A.   I thought she was a doctor.
11       Q.   You certainly know middle-level
12  providers exist and are involved in care of patients,
13  correct?
14       A.   I know that they exist, yes.
15       Q.   Because your mother-in-law is one,
16  correct?
17       A.   Yes.
18       Q.   And your mom has worked at the
19  Hutchinson Clinic forever, correct?
20       A.   For --
21       Q.   Not literally, but figuratively.
22       A.   -- longer than I have been alive, yes.
23       Q.   And it looked like -- I looked at the
24  Hutch Clinic records, and at least my interpretation
25  was that D████ had only seen Dr. Lane one time.

Page 327

1        A.   Yes.  He saw the nurse practitioner
2   there.
3        Q.   Saw a nurse practitioner several times,
4   correct?
5        A.   Yeah.
6        Q.   You certainly knew nurse practitioners
7   were involved in the care of patients, true?
8        A.   I absolutely did.
9        Q.   Okay.  Did you ever ask anybody, "Are
10  you a doctor or nurse practitioner or PA," anything
11  like that?
12       A.   No.  My understanding at that time was
13  if you're in an emergency room you would be seeing a
14  doctor.
15       Q.   What was your understanding based on?
16       A.   That if it's an emergency, you would
17  need a higher-level physician.
18       Q.   Okay.  So your -- did you ever ask your
19  mother-in-law who worked in a cardiac unit as a
20  PA, whether -- how -- isn't that important, something
21  like that?
22       A.   Well, I knew that she always worked
23  under a doctor.
24       Q.   Okay.  Do you know if the physician
25  assistant, like, for example, Ms. Grover, was working

Page 328

1   under a doctor?
2        A.   I did not know that she was a
3   physician's assistant.  I thought she was a nurse.
4        Q.   I know, but do you know if she was
5   working under a doctor?
6        A.   I would assume so.  It's the law.
7        Q.   Okay.  Is it -- am I -- did I understand
8   correct, you never tried to look at Nurse Daney's
9   name tag?  Correct?
10       A.   No, that didn't seem of importance in my
11  mind at the time.
12       Q.   Okay.  What was she wearing?
13       A.   I -- I do not remember what she was
14  wearing.
15       Q.   And then how long was she gone after she
16  left?
17       A.   About five minutes.  Three to five
18  minutes.
19       Q.   Okay.  And she -- she took you and
20  D████ to a room at that point?
21       A.   Yes.
22       Q.   I don't have a diagram of the floor plan
23  of the emergency room, but do you remember where the
24  room was, or can you describe it for me?
25       A.   I know that we went, like, through the

Page 329

1 double doors and then down a hallway. And then there
2 was like -- it was like -- like a corner -- like
3 around a corner and then a room right there.
4        Q.    Okay. Did it -- did this room have a --
5 have a bed in it?
6        A.    Yes, it did.
7        Q.    Monitors?
8        A.    Yes.
9        Q.    A desk or a countertop?
10       A.    No, not a countertop. But it had, like,
11 one of those, like, cabinet things in it.
12       Q.    And as you sit here today, do you think
13 you were in a storage room or in an emergency room
14 exam room?
15       A.    It didn't look like a typical emergency
16 room to me. And then the fact that there were
17 several nurses coming in and out that were not his
18 nurses and interacting with him, getting supplies
19 from the room and leaving, made me feel like it was a
20 storage room. Especially since when we first
21 interacted she had said, "Let me find you a back room
22 somewhere."
23       Q.    Okay. And he was sitting on your lap
24 during this time?
25       A.    No, he was in the bed.

Page 330

1        Q.    Oh, he was in the bed. Okay. Got them
2 mixed up.
3              Okay. So then she took you into that
4 room. Was there anybody else there during the time
5 frame that when you and D███████ and Ms. Daney got to
6 the room?
7        A.    No.
8        Q.    Did you place him in the bed?
9        A.    Yes.
10       Q.    And this is when you had the
11 conversation about the eyes?
12       A.    Yes. So she noticed it, actually. She
13 pointed it out. We had previously had the
14 conversation about how we had been concerned about it
15 because we had noticed it at home. And she looked at
16 him and she goes, "Oh, he's -- he's awake." And I
17 said, "No, he is asleep."
18              And she's like, "Well, his eyes are --
19 eyes are open." And I said, "His eyes are open, but
20 he is asleep. That's what we had been saying, is
21 that his eyes aren't fully closing." And she laughed
22 and walked away.
23       Q.    When you say his eyes were open, is it
24 like you right now?
25       A.    No.

Page 331

1        Q.    What was it like?
2        A.    They were partially closed.
3        Q.    Show us what they -- what it was like.
4        A.    Like -- I don't know. I can't see
5 myself in the mirror.
6        Q.    Okay.
7        A.    It's hard to do. It was halfway
8 probably.
9        Q.    Okay. Were they fluttering?
10       A.    No.
11       Q.    Just halfway open and not moving?
12       A.    Yes. And you could visibly see that his
13 eyes were pushing forward.
14       Q.    That the balls -- the eyeballs were
15 popping out?
16       A.    Yes. And that continued to get worse as
17 we were there. There was a little bit of protrusion
18 at the very beginning and then it kept getting worse.
19       Q.    And that started when you were at home?
20       A.    Yes.
21       Q.    Did it just gradually over time get
22 worse and worse and worse?
23       A.    Yes.
24       Q.    So by the time he was up on the
25 pediatric floor and then was being assessed, leading

Page 332

1 up to the time of the CT, it was getting worse all
2 throughout that time frame --
3        A.    Yes.
4        Q.    -- correct?
5              After the CT, was it even worse then?
6        A.    After the CT?
7        Q.    Yes.
8        A.    I mean, I -- I don't think it was worse
9 at that point, no, because --
10       Q.    Because he had not -- he hadn't had
11 surgery yet.
12       A.    Right.
13       Q.    So they hadn't drained any of the
14 pressure or anything like that. Was it continuing to
15 get worse?
16       A.    Right. It wasn't continuing. It was --
17 I mean, I -- I don't know how it could have gotten
18 worse at that point, because they were protruding so
19 much it was -- it was difficult to look at. So worse
20 at that point would have been negligent.
21       Q.    Is there any reason -- I mean, did you
22 ever think about taking a picture of the eyes?
23       A.    No. As I described previously, D███████
24 is very, very aware of when somebody is being
25 sympathetic or feeling sorry for him, and he would

Page 333

1 not have wanted me to take any pictures of him being
2 sick at all.
3 Q. So at least in the emergency room, he
4 was -- he would have been able to understand and see
5 you taking a picture and would have comprehended that
6 you were doing something that he would not have
7 liked; is that correct?
8 A. Absolutely not. No, absolutely not.
9 Q. Okay. Then why would -- why would that
10 be a reason not to take a picture then?
11 A. Because I'm his mother and I'm concerned
12 about his feelings.
13 Q. Okay. Well, did you -- did you ever
14 think about sending his dad a picture, saying, "Have
15 you seen how bad this has gotten?"
16 A. No. For the same reasons.
17 Q. Okay. I noticed after the surgery
18 there's -- we were produced about 100 videos. Does
19 that -- did that upset him and bother him that you
20 did that?
21 A. He was awake and happy at that point. I
22 mean, are you talking about the videos during therapy
23 and all of that?
24 Q. Uh-huh.
25 A. He was aware that they were being taken.

Page 334

1 Q. Did it bother him?
2 A. No, because he was happy that he was in
3 therapy and -- um, yeah.
4 Q. Now, when you say that -- you described
5 Ms. Daney as laughing. Describe for -- I mean, was
6 it a chuckle? Was it a roar? What was it?
7 A. It was a chuckle.
8 Q. Okay. And what did you interpret the
9 chuckle to mean?
10 A. That she just thought it was funny and
11 passed it off as nothing.
12 Q. That -- okay. Is there anywhere that
13 you know of where there's -- where you told somebody
14 that she laughed and chuckled at him for having eyes
15 bulged open prior to June of 2017? Is it written
16 anywhere? Is there a witness I can go talk to that
17 you said, "I'm upset because this woman laughed at my
18 child when I was telling them about how serious these
19 allegations were"?
20 A. Well, I told Kevin.
21 Q. Okay. Anybody besides Kevin?
22 A. I can't remember if I told my mom or
23 not. I know that I was upset by it.
24 Q. Did you call a patient advocate a Via
25 Christi to complain?

Page 335

1 A. No. At that point I was completely
2 unaware of a patient advocate or what that was.
3 Q. We know shortly thereafter Kevin called
4 one at Wesley.
5 A. Uh-huh.
6 Q. So did you -- so you knew what one was
7 then, correct?
8 A. Yeah. So actually while we were at Via
9 Christi, we had a nurse encourage us to contact a
10 patient advocate at Via Christi if we ever had any
11 concerns. So at that point we knew about the patient
12 advocate, but I had no idea that there was even a
13 system like that previously.
14 Q. Okay. Did you call the patient advocate
15 at Via Christi when the nurse encouraged you to do
16 that if you had concerns?
17 A. We did actually contact a patient
18 advocate at Via Christi at one point, yes.
19 Q. About Ms. Daney?
20 A. No. At that point we were -- we had
21 moved on. There were other concerns.
22 Q. Okay. Prior to, let's say, June of
23 2017, did you ever file any kind of complaint or talk
24 to anybody about any -- talk to anybody at Via
25 Christi about complaints that you had about Nurse

Page 336

1 Daney?
2 A. Like, to file a report, or what?
3 Q. Anything.
4 A. Just if I ever talked about it?
5 Q. Made a complaint to somebody at Via
6 Christi about her.
7 A. Oh. Oh, at Via Christi. I'm sorry. I
8 missed that part. No.
9 Q. In the -- in the complaint and the
10 amended complaint, there's various Facebook posts
11 that -- from Ms. Daney's Facebook. Have you ever
12 looked at those?
13 A. I saw them when I was going through the
14 report.
15 Q. Did you ever see them back in 2017?
16 A. I don't believe so, no.
17 Q. Okay. I guess what I want to say is,
18 back --
19 A. Yeah.
20 Q. -- during the time frame that D█████ was
21 getting care at Via Christi, were you even aware of
22 any of that?
23 A. Of the Facebook stuff? No.
24 Q. Okay. Did you personal -- well, let me
25 ask that -- strike that.

## Page 337

1    Do you have a Facebook account?
2    A.    Yes.
3    Q.    Does your husband?
4    A.    Yes.
5    Q.    Have you looked at any Facebook
6    accounts, yourself, on -- I don't want to know
7    anything about your attorneys, but have you gone on
8    to Ms. Daney's Facebook?
9    A.    No, I have not gone to view the stuff on
10   her Facebook.
11   Q.    Do you know if your husband has?
12   A.    I don't know that.
13   Q.    Have you done any -- looked at any other
14   Facebook pages for any other person that took care of
15   D████ at any time?
16   A.    Not that I recall.
17   Q.    Like, for example, like nurses at the
18   Denver Children's Hospital, do you know if any of
19   them have posted any mimes or jokes or anything like
20   that about nursing care?
21   A.    I don't have a habit of going to other
22   people's Facebook sites to snoop.  Not when I'm
23   personally having to deal with them every day.
24   Q.    So when -- when Ms. Daney chuckled and
25   kind of left -- or laughed and left the room, is that

## Page 338

1    the last time you interacted with her?
2    A.    Yes.
3    Q.    And did she ever touch D████?
4    A.    No.
5    Q.    Did she ever look at him, other than
6    just kind of in passing?
7    A.    No.
8    Q.    So she brought him to the room, talked
9    to you for a second, and then left?
10   A.    I brought him to the room.
11   Q.    Well, she brought you guys to the
12   room --
13   A.    Yes.
14   Q.    -- to show -- you carried him, correct?
15   A.    Yes.  Um-hum.
16   Q.    And then she talked for, sounds like, a
17   very brief conversation and then left --
18   A.    Yes.
19   Q.    -- and wasn't back?
20   A.    Right.
21   Q.    Is it possible you were mixing her up
22   with a nurse?
23   A.    No.
24   Q.    When the -- when you thought -- did you
25   think she was a nurse at that time?

## Page 339

1    A.    Yes.  Well --
2    Q.    Okay.  And that's why you thought you
3    had -- that when the -- when the male doctor came in
4    later, that's what you thought -- that was the first
5    time you thought you were seeing a doctor, other than
6    at Wesley, correct.
7    A.    Yes.  Can I say something real quick?
8    Q.    Sure.
9    A.    So I thought she was a nurse up until
10   the point when I heard her yell across the room,
11   stopping the orders of the antibiotic.  And at that
12   point I realized she must not be just a nurse.
13   Q.    Okay.  And how do you know it was her?
14   A.    Because I could see her.  I had had that
15   conversation with the resident that had come into the
16   room, and we had scooted our chairs to the edge of
17   the door, and that -- the person that had just
18   started the IV antibiotic was going out the room.  So
19   I was still kind of like at the edge of the door
20   there.
21          And the nurse's station was down the
22   hall to the right, like kind of right there, so you
23   could see it there.  And I heard and then peeked out
24   to see who was yelling, and it was her.
25   Q.    I'm sorry if I missed this, but the --

## Page 340

1    the foster kids you had, you had one that was a baby?
2    A.    Yes.
3    Q.    And then how old were the other two?
4    A.    Three and four.
5    Q.    And both girls or one girl and one boy?
6    A.    Both girls.
7    Q.    Did you know that they were doing blood
8    work or blood tests on D████ --
9    A.    I knew --
10   Q.    -- in the emergency room?
11   A.    Sorry.  Yes, I knew that they pulled --
12   did a lab pull when they started the IV.
13   Q.    Do you know who ordered that?
14   A.    I was not told.
15   Q.    Okay.  Did you -- did you know that
16   you -- you obviously knew they were starting fluids?
17   A.    Yes.  She told me that they were going
18   to.
19   Q.    Who told you, the nurse or -- or
20   Ms. Daney?
21   A.    Ms. Daney.
22   Q.    Did she say why?
23   A.    No, she didn't say specifically why,
24   but --
25   Q.    Did you think that since he had been

Page 341

1   vomiting and not consuming anything, that was
2   probably a good idea?
3       A.   **Yeah.  Especially since she said that**
4   **they were going to do the Zofran too.**
5       Q.   Did his color look better after he
6   started getting fluid?
7       A.   **Slightly.**
8       Q.   What do you mean, slightly?
9       A.   **I mean, he was a little pale when we**
10  **went in there.  It got a little better, but then it**
11  **got worse again.**
12      Q.   When did it get worse again?
13      A.   **As the time progressed.**
14      Q.   When he got up to the floor or when he
15  was still in the emergency room?
16      A.   **It was already a little worse once we**
17  **got up to the pediatric floor, but it continued to**
18  **get worse on the pediatric floor.**
19      Q.   I'm going to be done in a few minutes.
20           When you were a chiropractor assistant,
21  it sounded like one of the things you did, you were
22  responsible for taking the patients' complaints?
23      A.   **Yes.**
24      Q.   Do you know what a chief complaint is?
25      A.   **A chief complaint?  Like the main**

Page 342

1   **complaint.**
2       Q.   The reason why they are there?
3       A.   **Yeah.  Yeah.**
4       Q.   Okay.  And you would write that down?
5       A.   **Yes, on the paperwork.**
6       Q.   When you did that, would you basically
7   just write down what the patient told you?
8       A.   **Yes.**
9       Q.   The church that you were at, it was
10  basically a -- it was an end of a strip mall, a
11  little business setup or office area; is that right?
12      A.   **Yeah.  I think it had been a gym**
13  **beforehand.**
14      Q.   Okay.  And the pastor, do you know, is
15  he now selling real estate in Wichita?
16      A.   **Yeah, he's transitioned to real estate.**
17  **They have --**
18      Q.   The --
19      A.   **I was just going to say, they have**
20  **needed to make more money because they also are a**
21  **family with four kids, so...**
22      Q.   And they had a child that was born with
23  a birth defect?
24      A.   **Yes.**
25      Q.   Did D████ share a room with any of the

Page 343

1   foster kids?
2       A.   **He did.  He shared a room with the baby.**
3       Q.   Was his room on the ground floor,
4   upstairs, basement?  I don't know what the living
5   arrangements were.
6       A.   **It was a walkout basement.  So he had a**
7   **-- he had a very large room.  It was almost like one**
8   **of those rooms that you could put a divider in to**
9   **have two separate -- if you want, and he was one side**
10  **and the baby was on the other.**
11      Q.   In the basement?
12      A.   **Yeah.**
13           MR. YOUNG:  I'll let the other attorneys
14  ask their questions.  Thank you.
15           EXAMINATION
16  BY MR. DAY:
17      Q.   Ms. Morgan, my name is Steve Day.  We
18  were introduced very briefly before the deposition.
19           I represent three resident physicians
20  who were involved in this matter in one way or
21  another, Dr. White, Dr. Hartpence, and Dr. Borick.
22  Would you be able to tell me, just on your own
23  memory, what the roles of any of those three were
24  specifically?
25      A.   **Yes.  I believe that Dr. Hartpence saw**

Page 344

1   **him down in the ER.**
2       Q.   So you think Dr. Hartman was the --
3           MR. TORLINE:  "Pence."
4       Q.   (BY MR. DAY)  -- the physician who
5   talked to you for a fairly long time?
6       A.   **Yeah.**
7       Q.   But you also indicated that he didn't do
8   any kind of physical exam?
9       A.   **Correct.**
10      Q.   And then Dr. -- a woman doctor came in,
11  and that may have been Dr. White, I assume?
12      A.   **I don't know her name.**
13      Q.   Okay.  But she didn't do anything, in
14  terms of any physical exam?
15      A.   **The one up in the -- on the pediatric**
16  **floor?  Is that what you're talking about?**
17      Q.   No, I'm -- wasn't Dr. Hartpence in the
18  emergency department, that he saw you, or was that --
19      A.   **He came downstairs to say they were**
20  **prepping a room upstairs.**
21      Q.   Okay.
22      A.   **I think that was him.**
23      Q.   Okay.  I've -- what I'm trying to figure
24  out is, did either Dr. Hartpence or a woman physician
25  ever do a physical exam?

Morgan
10/04/2018

Page 345

1    A.   One -- one person did a physical exam at
2  7:00 a.m.
3    Q.   Right.  But you said you didn't think
4  that was Dr. Hartpence.
5    A.   Correct.
6    Q.   Well, do you have any idea who that
7  person was?  Because there really isn't anybody else
8  listed in the records.
9    A.   I can't remember his last name.
10   Q.   Is it possible it was Dr. Hartpence?
11   A.   No, we didn't see him --
12   Q.   The other thing is --
13        MR. TORLINE:  Hold on.
14   Q.   (BY MR. DAY)  Go ahead.
15   A.   We didn't see him past the ER.
16   Q.   Okay.  Because the other thing about
17 Dr. Hartpence is that the -- there's a physical --
18 history and physical that's recorded, and there is a
19 physical exam that is documented there.
20        In fact, there's a physical exam in
21 which there's been an issue raised out of the fact
22 that in one place it says they are deferring the
23 neurological exam; in other places there are findings
24 from the physical exam.  But the only person that
25 could -- that could be would have been whoever that

Page 346

1  one doctor is you talked about who -- who saw you
2  on -- saw him on the floor.
3    A.   On the -- on the peds floor?
4    Q.   Right.
5    A.   It wasn't the same person that saw him.
6    Q.   But it wasn't Dr. Hartpence?
7    A.   No.
8    Q.   Okay.  Now, try to work my way through
9  here quickly.  Now, you've mentioned -- strike that.
10        Was it down on the floor or was -- was
11 it down in the emergency room or on the floor that
12 the woman doctor came in for a few minutes?
13   A.   In the pediatric floor.
14   Q.   That was on the floor?
15   A.   Yes.
16   Q.   Okay.  But she didn't do any kind of
17 examination?
18   A.   No.  She just came in real quick and
19 said, you know, "We are just going to keep him here
20 until he wakes up and see how he is doing when he is
21 awake."
22   Q.   Did any woman doctor do any kind of
23 examination?
24   A.   No.
25   Q.   Now, you mentioned the fact that -- I

Page 347

1  guess a number of times -- that D████ wasn't waking
2  up completely when he was moved or things like that,
3  correct?
4    A.   He wasn't waking up at all at that
5  point.
6    Q.   Not at all, okay.  Did any doctor try to
7  wake him up?  Not just do something else, but was
8  actually trying to wake him up?
9    A.   Nobody went over to shake his shoulders,
10 but when the final doctor examined him at 7:00 a.m.,
11 he sat him up so that he could listen to his chest.
12 And that's when he started bringing his hands in and
13 shaking his head.  But he was not awake.
14   Q.   And this was the male doctor who wasn't
15 Dr. Hartpence?
16   A.   Yes.
17   Q.   Okay.  No female doctor did that?
18   A.   No.
19   Q.   Which makes sense, because no female
20 doctor examined him, correct?
21   A.   Correct.
22   Q.   That you're aware of?
23   A.   Correct.  I was there the whole time, so
24 I would have been aware of it.
25   Q.   Okay.  If the record indicates that

Page 348

1  Dr. Borick, my other client, who is a woman
2  physician, did, in fact, see him, but did, in fact,
3  do at least a limited examination, that's
4  inconsistent with what you recall?
5    A.   Very.
6    Q.   Okay.  You just don't think you ever saw
7  this person?
8    A.   I know that I saw a woman doctor
9  upstairs come in to tell us.  So I don't know, maybe
10 that was Borick.
11   Q.   But just the one who told you that they
12 were going to keep you -- keep him there for
13 observation?
14   A.   Yes.  There was no exam done by that
15 woman.
16   Q.   Okay.  Were you -- did you sleep in
17 the -- well, not sleep, did you lie next to D████ in
18 the bed on the floor?
19   A.   I was laying at the foot of the bed,
20 kind of like propped on a shoulder with my hand on
21 his foot.
22   Q.   Do you ever recall a doctor coming in
23 while you were doing that?
24   A.   I was like that the whole time, so yes.
25   Q.   Okay.  There is an indication in the

Morgan
10/04/2018

Page 349

1  record that it's -- at one point a medical student
2  saw D███████ and that they sometimes will go in and
3  ask some questions and then another doctor follows up
4  later.  Do you recall that happening?
5      A.   That may have been the second person --
6  that person that saw him at 7:00 a.m.
7      Q.   That would be the only possibility of
8  there being a medical student involved?
9      A.   Okay.
10     Q.   Well, is that right?  Is that your
11 memory?  I'm trying to make sure.  If there's
12 somebody else, well, maybe that other person was a
13 medical student.
14     A.   I would not have known if it was a
15 medical student.
16     Q.   Okay.  But we have identified all of the
17 people is, I guess, what I want to be clear on.
18 There was Dr. Borick, there's the mystery doctor who
19 was there on the floor and did an examination, there
20 was the woman doctor who came in for a few minutes.
21 And any other doctors?
22     A.   No.  There was just the woman doctor
23 that came in to explain, and then there was a male
24 that came in and did an examination at 7:00.
25     Q.   Okay.  So there would have -- there

Page 350

1  would not have been another person who would have
2  done an examination, done a history.  It was one of
3  those people?
4      A.   Yes.
5      Q.   Okay.
6      A.   I mean, I don't have -- I guess I don't
7  have the staff records, so I --
8      Q.   No, I understand.
9      A.   -- that would be hard for me to --
10     Q.   You're telling me what your memory is.
11     A.   Right.
12     Q.   But you've kind of been -- I take --
13 gotten the impression that you're pretty sure that
14 your memory is 100 percent accurate.  Am I
15 overthinking what you have said?
16     A.   I mean, I remember everything really
17 well, because it's pretty much ingrained in my
18 memories due to the event.
19     Q.   So you can be sure that there wouldn't
20 have been another doctor involved that you haven't
21 mentioned, correct?
22     A.   Correct.
23     Q.   And you can be sure that Dr. Borick
24 didn't examine the patient?
25     A.   I'm sure.

Page 351

1      Q.   Okay.  And you can be sure that a woman
2  doctor, Dr. Borick, didn't come in at a time -- at
3  some point and deal with -- did actually have any
4  contact with the child.  That never happened?
5      A.   Unless -- she may have been the one that
6  came in and said that we were keeping him.
7      Q.   Did that person have -- do anything, any
8  exam --
9      A.   No.
10     Q.   -- any touching?  Okay.
11          You made a comment as to a person or two
12 that you felt they didn't have proper attentiveness
13 to D███████ or even maybe weren't, you know, caring
14 enough about D███████, is that right?
15     A.   They were all very nice, but nobody
16 showed as much concern as I believed needed to be
17 shown towards him, and that covers everyone.
18     Q.   And that's what I want to ask.  You
19 probably saw, between nurses and doctors, what, a
20 dozen providers?
21     A.   I didn't keep track of the count --
22     Q.   A lot?
23     A.   -- but a few.
24     Q.   Did any of them have the appropriate
25 concern, in your view?

Page 352

1      A.   No.
2      Q.   Not a single one?
3      A.   Not a single one.
4      Q.   Okay.  By the way, you were aware of the
5  fact that there were residents involved in this case.
6  You were aware that at least one resident saw or took
7  a history from you?
8      A.   I didn't have an understanding of what a
9  resident was at that point, no.
10     Q.   Do you remember one way or the other
11 whether they -- anyone introduced themselves as a
12 resident?
13     A.   No.  That -- the only time that people
14 introduced, I heard "Dr." such and such.
15     Q.   So you're also very confident that you
16 not only did not know that there wasn't a resident
17 involved, but that no resident introduced themselves
18 to you?
19     A.   That I wasn't aware there wasn't a
20 resident involved?
21     Q.   Okay.
22     A.   I'm sorry.
23     Q.   It was compound.  Let me break it in
24 two.
25          Number one, you're very confident that

Page 353

1  you did not know that there was such a thing as a
2  resident involved?
3      A.   I didn't connect what a resident was at
4  that point.  So if they said, "I'm doctor,"
5  "resident," or whatever, I wouldn't have known that
6  there's a difference between a regular doctor and a
7  resident.
8      Q.   I appreciate that.  So are you saying
9  that it's possible, as to this issue, that one of
10  them may have said that but you didn't really connect
11  it up?
12      A.   That they said they were a resident
13  doctor?
14      Q.   Yes.
15      A.   Possibly.
16      Q.   Okay.  Now, it was discussed with you
17  the fact that in the records created by various
18  providers, some of the symptoms you have talked
19  about, like slurred speech and issues with the eyes,
20  weren't recorded.  Do you remember that discussion?
21      A.   I remember people telling me that they
22  didn't see that in the notes, yes.
23      Q.   All right.  Are you also --
24      A.   Excuse me.
25      Q.   Are you aware of the fact that the --

Page 354

1  the -- when people documented, though, pretty much
2  all of them did notice -- did make note of the fact
3  that there had been nausea, of the fact that there
4  was a headache, of the fact that he was tired?  Were
5  you aware of that?
6      A.   I am now.
7      Q.   Okay.
8      A.   If you --
9      Q.   Would you agree that having this number
10  of people who you told all the symptoms to but that
11  all of them made note of and wrote down some of them
12  but didn't write down the other ones, and it was
13  always the same ones, does that seem like kind of a
14  strange coincidence to you?
15      A.   That seems very concerning to me.
16      Q.   Okay.  Okay.
17      THE DEPONENT:  I'm sorry.  Are we going
18  to take a break soon?  Because I need to use the
19  bathroom.
20      MR. DAY:  No, if -- okay.  That's fine.
21  Go ahead.  I'm about done, but if you want to take a
22  break, that's fine.
23      THE DEPONENT:  If -- I mean, I can wait
24  around a little bit longer if you want to finish.
25      MS. COLE:  I think we have got one more.

Page 355

1      MR. TORLINE:  We've got one more person,
2  so let's take a break.
3      THE VIDEOGRAPHER:  Okay.  We are off the
4  record.  The time is 5:09 p.m.
5      (Recess taken from 5:09 p.m. to 5:15 p.m.)
6      THE VIDEOGRAPHER:  We are back on the
7  record.  The time is 5:15 p.m.
8      Q.   (BY MR. DAY)  Ms. Morgan, I'm just about
9  done.
10      A.   Okay.
11      Q.   One thing I did want to ask, though, is
12  -- because I'm not real clear on this -- as of the
13  time that you --
14      A.   Excuse me.
15      Q.   -- knew that you were -- that -- not
16  you, but that D▓▓▓▓ was being kept in the hospital,
17  that he was going to leave the emergency room and go
18  to the floor to be observed, do you -- when was the
19  time -- when did you first know that?
20      A.   When the resident came and Dr. Hartpence
21  came into the ER and said that they were admitting
22  him.
23      Q.   Okay.  And was it your understanding
24  that he was being admitted to make sure that he could
25  keep his antibiotic down and that he stayed hydrated

Page 356

1  basically?
2      A.   It was my understanding that they wanted
3  to make sure he could get the antibiotic and keep it.
4      Q.   Right.  And you understood that was
5  the -- at least the major reason for the
6  hospitalization?
7      A.   Yes.
8      Q.   Okay.  So if, for example, later
9  providers understood that he had been hospitalized
10  for that reason, to make sure he'd keep the
11  antibiotic down, that would be consistent with your
12  understanding?
13      A.   Yes.
14      Q.   Okay.
15      MR. DAY:  That's all I have.  Thank you.
16  Oh, yeah.
17      (Discussion off the stenographic record.)
18      EXAMINATION
19  BY MR. GRIBBLE:
20      Q.   Ms. Morgan, my name is Don Gribble.  I
21  represent Dr. Bhimavarapu, sometimes going by the
22  name of Dr. Reddy or Dr. Bala.  And he is a pediatric
23  hospitalist.  Do you know who he is?
24      A.   I -- I don't know him, but I've heard of
25  him now.

Page 357

1    Q.   Would you recognize him if he was in a
2  crowd of a small number of people, for instance?
3    A.   No.
4    Q.   Do you have any memory of having any
5  discussion with him at any time?
6    A.   No.  I know he was present after the
7  code and that he was in there with Dr.
8  Stephanopoulos, but I didn't personally speak to him.
9    Q.   Okay.  At any time?
10   A.   I think that Kevin maybe did, but I
11 didn't -- I wasn't speaking to him.  I spoke to
12 Stephanopoulos.
13   Q.   Okay.
14   A.   Dr. Stephanopoulos.
15   Q.   What is your age?
16   A.   My age?
17   Q.   Yes.
18   A.   I'm 30.
19   Q.   And you carry your age very well.  You
20 look even younger than that.
21   A.   Oh, thank you.
22        MR. WOODING:  What a suck-up.
23        MR. DAY:  You can always count on it.
24   Q.   (BY MR. GRIBBLE)  And I like that dress.
25   A.   Oh, thank you.

Page 358

1        MS. COLE:  Creepy.
2    Q.   (BY MR. GRIBBLE)  What time did you wake
3  up Sunday morning, the morning that would be
4  preceding when D█████ had the problem at church?
5    A.   What time did I wake up?
6    Q.   Right.
7    A.   I don't recall the specific time, but I
8  would usually wake up around 8:00 or 9:00 in the
9  morning.
10   Q.   Okay.  Were you ill?  You had mentioned
11 that the cold had kind of been going around in your
12 family in that month maybe preceding.  How did you
13 feel at that time?
14   A.   I was not ill.  I was feeling fine.
15   Q.   Okay.
16   A.   It was pretty much the entire winter.
17 We had all had colds off and on.  Nobody was sick at
18 the time though.
19   Q.   From the moment D█████ started clutching
20 the back of his head and screaming, did you go to
21 sleep from that point up to the next morning when he
22 coded?
23   A.   I did not go to sleep.
24   Q.   What time would you typically go to bed
25 at night?

Page 359

1    A.   Usually midnight or 1:00.
2    Q.   So by the time that you're at Via
3  Christi, this certainly would be past the time when
4  you would have normally gone to bed, correct?
5    A.   Yeah.
6    Q.   Now, in your 30 years of life, can you
7  think of anything that has been more traumatic to you
8  than the 24-hour period encompassed by the visit to
9  Wesley Medical Center and Via Christi ER?
10   A.   No.
11   Q.   Do you think, looking back on it, at any
12 time over that 24-hour period you were in shock?
13   A.   I don't think I was in shock, no.
14   Q.   Were you in shock at the time when
15 D█████ literally coded in -- essentially, in your
16 arms?
17   A.   I was not in shock at that moment.  Once
18 they started intubating him, I was not -- I wouldn't
19 consider it in shock, but I was definitely trying to
20 stay focused.  It was overwhelming.
21   Q.   Now, I know you're not a doctor, you're
22 not a PA, you're not an ARNP, that type of thing, but
23 would you generally agree just as a layperson that
24 the symptoms of screaming, clutching the back of the
25 head, lethargy, slurring words, droopy eyes, eyes

Page 360

1  rolling back in the head, and sensitivity to light in
2  a five-year-old would be ominous?
3    A.   Yes.
4    Q.   Very concerning?
5    A.   Yes.
6    Q.   I mean, you don't -- would you agree
7  with me, you don't have to have a medical or nursing
8  degree to know those are all serious red flags?
9    A.   Absolutely.
10   Q.   And those would be things way beyond
11 strep throat, right?
12   A.   That was my opinion.
13   Q.   Now, you have probably come to
14 understand, although you haven't looked at the
15 medical records of either Wesley or Via Christi, that
16 those specific things -- I'm going to tell you the
17 word "lethargy" for the first time shows up at
18 6:45 in the morning by Nurse Zoglman?
19   A.   I'm sorry, what?
20   Q.   The word "lethargy" -- actually, it's
21 "lethargic" -- shows up for the first time in the
22 records being authored by Nurse Zoglman at 6:45 in
23 the morning.  Okay?  Just want you to have that
24 backdrop.  All right?
25   A.   Okay.

Morgan
10/04/2018

Page 361

1      Q.   You now have come, apparently, to
2   understand through the questioning that the symptoms
3   of screaming, clutching the back of the head,
4   lethargy, slurring words, droopy eyes, eyes rolling
5   back in the head, and sensitivity to light were never
6   charted by Nurse Judd, PA Grover at Wesley Medical
7   Center and at Via Christi by Nurse Kent, Nurse
8   Willock, APRN Chambers-Daney, and Residents Hartpence
9   and White.
10         Do you now understand that?
11     A.   **That's what everyone keeps telling me,**
12  **so -- I haven't seen it specifically, but...**
13     Q.   If I'm telling you the truth, is that,
14  considering what you believe you were conveying, mind
15  boggling?
16     A.   **Yes.**
17     Q.   And in addition to that, did you tell
18  your mother of the symptoms, among others, of
19  screaming, clutching the back of the head, lethargy,
20  slurring words, droopy eyes, eyes rolling back in the
21  head, and sensitivity to light?
22     A.   **All the symptoms on the way to the ER?**
23  **I mean, I relayed the symptoms to her, yes.**
24     Q.   And as we know, she is a long-time
25  pediatric nurse, correct?

Page 362

1      A.   **Correct.**
2      Q.   She did tell you that she thought that
3   D█████ may have had strep but this was like a heavy
4   case of it or a hard case of strep, correct?
5      A.   **She -- yes.  Or that it had progressed.**
6      Q.   Do you find it astounding that she, as a
7   pediatric nurse and the grandmother of D█████ -- and
8   did she have any other grandchildren?
9      A.   **No.  He is her --**
10     Q.   This is her only grandchild, he is five,
11  and you're conveying these types of symptoms to her.
12  Do you find it astounding that she didn't think
13  something far, far beyond strep was at play?
14     A.   **Well, she was -- she was conveying that**
15  **she -- there was -- she thought there was something**
16  **else right before we went to the second ER.**
17     Q.   Okay.  And what did she say she thought
18  something else was?
19     A.   **Well, I had discussed with her about**
20  **what Monica had said, Kevin's mom.**
21     Q.   The meningitis?
22     A.   **And she agreed that it was a**
23  **possibility.**
24     Q.   Okay.  And then with respect to Kevin's
25  mother, she is a PA --

Page 363

1      A.   **Uh-huh.**
2      Q.   -- correct?  Yes?
3      A.   **Yes.**
4      Q.   And has been for how many years?
5      A.   **I don't know for how many years.**
6      Q.   And you would have conveyed the very
7   same symptoms that I have just been discussing, the
8   screaming, clutching the back of the head, lethargy,
9   slurring words, droopy eyes, eyes rolling back in
10  head, and sensitivity to light to her as well,
11  correct?
12     A.   **Kevin spoke to her, not me.**
13     Q.   Okay.  Do you think he conveyed those
14  same symptoms to her?
15     A.   **I would imagine so.**
16     Q.   And would you find it astounding that
17  she wouldn't say, you know, "Look, you've got to get
18  that child to the hospital right now"?
19     A.   **She gave us the symptoms that we needed**
20  **to be looking for --**
21     Q.   Right.
22     A.   **-- to take him to the hospital**
23  **immediately.  And when he started to develop some of**
24  **those things, like the turning of the head and it**
25  **hurting, and then the protruding eyes, we did make**

Page 364

1   the decision to go to an ER.
2      Q.   But the symptoms that he presently had
3   that were being conveyed, of everything from the
4   screaming to the lethargy, she didn't say, "Get my
5   grandchild to the hospital right now"?
6      A.   **Well, we did go to an ER right after all**
7   **of that, but then it had subsided.  So he was no**
8   **longer screaming and holding his head, and she knew**
9   **that.**
10     Q.   Okay.  But did she know that he had been
11  lethargic, slurring words, drooping of his eyes, eyes
12  rolling back in his head, and sensitivity to light?
13     A.   **It wasn't drooping of the eyes at that**
14  **point, on the way.  His eyes were rolling back into**
15  **his head, and he was then closing his eyes and**
16  **squinting when they would be open.**
17     Q.   Okay.  Then we can keep in the list of
18  things that Kevin's mother would have been told
19  lethargic, slurring words, eyes rolling back in his
20  head, correct?
21     A.   **Correct.**
22     Q.   And this, again, is the second of the
23  two grandmothers, right?
24     A.   **Yes.**
25     Q.   Did she have any grandchildren other

Page 365

1  than D████ at that point in time?
2       A.   **No.  Oh --**
3       Q.   And did she --
4       A.   **No, she didn't.  Sorry.**
5       Q.   Did she say at that time, "Kelly,
6  Kevin," whoever she is talking to, "get him to the
7  hospital right now"?
8       A.   **No.**
9       Q.   Now, you understand that you've
10  testified that Nurse Chambers-Daney never touched
11  D████, correct?
12      A.   **Correct.**
13      Q.   Do you understand that from the records
14  she charts things that would have to be obtained only
15  upon touching him?
16      A.   **I don't know what she charted.**
17      Q.   With respect to Dr. Hartpence, you say
18  that he did not touch D████, correct?
19      A.   **Correct.**
20      Q.   And I'm looking at the records here, and
21  Dr. Hartpence charts things like that his heart was
22  regular rate and rhythm.
23      A.   **He was wearing a pulse --**
24      Q.   Okay.  I'm not done.
25      A.   **Okay.  Sorry.**

Page 366

1       Q.   That he had radial pulses 2-plus, that
2  he did not wake to palpation.  In other words,
3  literally, palpation is touching.  And you stand by
4  your position that Dr. Hartpence did not touch
5  D████?
6       A.   **Yes.**
7       Q.   And if your position is correct, then
8  the only conclusion we can make is that Dr. Hartpence
9  made these things up.
10      A.   **So he had the pulse ox on his finger, so**
11  **he would have been able to see the pulse and the**
12  **oxygen, and I had told him that he was not arousable.**
13      Q.   Okay.  What about looking down the
14  posterior oropharynx, looking down his throat, seeing
15  that it's mildly erythematous; in other words, that
16  it's red?  That he has radial pluses 2-plus, that he
17  did not wake to palpation?
18      A.   **I had told him that he wasn't waking to**
19  **being touched, so...**
20      Q.   Okay.
21      A.   **I mean, I had expressed that several**
22  **times, that he wasn't arousable.**
23      Q.   You did not think D████ had a sore
24  throat, correct?
25      A.   **Correct.**

Page 367

1       Q.   So mildly erythematous, in other words,
2  there's a mild redness in his throat, the only way
3  Dr. Hartpence would know that would be to look down
4  D████s throat, correct?
5       A.   **Well, his previous diagnosis was that he**
6  **had strep throat.  But he did not look down his**
7  **throat.**
8       Q.   So if he didn't look down his throat and
9  wrote "mildly erythematous," Dr. Hartpence made that
10  up?
11      A.   **I don't -- I mean, he didn't look down**
12  **the throat.**
13      Q.   Can you think of any -- can you think of
14  any other conclusion?
15      A.   **I cannot think of any other conclusion,**
16  **unless he had read previous medical charts.**
17      Q.   Now, in addition to what we have just
18  been talking about with you being through basically
19  two ER visits, so to speak, Wesley Medical Center,
20  initially at Via Christi to be triaged, you're then
21  sent back to -- excuse me -- to the waiting room,
22  right?
23      A.   **Yes.**
24      Q.   And by this point in time, you are in a
25  waiting room for over two hours.

Page 368

1       A.   **Yes.**
2       Q.   Literally out there with other people
3  bringing their family members in, coming in on their
4  own, correct?
5       A.   **Yes.  Yes.**
6       Q.   And you're holding a five-year-old child
7  who has had the very history that we have been
8  talking about, correct?
9       A.   **Yes.**
10      Q.   And I don't doubt for a second that you
11  love D████ more than anything on the planet.
12      A.   **Yes.**
13      Q.   Would you agree with me with that?
14      A.   **Yes.**
15      Q.   And does it make sense that you would be
16  holding this child of yours, your only child, your,
17  you know, pride and joy, that he would have had these
18  problems of screaming, clutching the back of his
19  head, lethargy, slurring words, drooping eyes, eyes
20  rolling back in his head, sensitivity to light, and
21  be sitting in a waiting room for over two hours?
22      A.   **No, it did not make sense to me why I**
23  **was.**
24      Q.   No, I mean why wouldn't you go with that
25  and say something?

1   A.   I had already been saying things for a
2   very long time at that point.  I had spoken to people
3   at Wesley and nothing was done.  I had spoken to the
4   triage nurse and nothing was done.  I honestly, at
5   that point, didn't know what else to do.
6       Q.   Was your frustration growing?
7       A.   Yes, I was frustrated that we were still
8   sitting out there.
9       Q.   And with your frustration growing, did
10  you go up and talk to anybody at the desk?
11      A.   No.
12      Q.   You've talked about -- I mean, you've
13  demonstrated a very precise, clear memory of the
14  events of Sunday spilling into Monday morning.  Would
15  you agree with that?
16      A.   Yes.
17      Q.   And do you feel like you have a very
18  vivid, clear memory of those events?
19      A.   Yes, I do.
20      Q.   For instance, the memory of your mother
21  bringing food over Sunday night, do you have a clear
22  memory of that?
23      A.   Yes.
24      Q.   Do you have a clear memory that it was
25  Chick-fil-A?

1       A.   Yes.
2       Q.   How would she bring Chick-fil-A on a
3   Sunday?
4       A.   I don't know.
5       Q.   Well, they are closed nationally.
6       A.   Yeah.  I don't know.  I thought it was
7   Chick-fil-a.  I didn't give the kids the food,
8   though.  That's what I asked her to get.  If she
9   brought back something else, it wasn't what I had
10  asked for.
11      Q.   I couldn't help but -- and this is going
12  to sound super creepy, the way I started this
13  deposition, but I did notice the tattoo on your
14  ankle.  And some people will do that to memorialize,
15  for instance, a loved one, like D█████.  And I don't
16  know if it has anything to do with D█████.  Does
17  that?
18      A.   No.
19      Q.   Okay.  And that's all I care about.  No
20  issue with that.  But your foster child that you had
21  that had the tonsil problem?
22      A.   Yes.
23      Q.   I foster parented too.
24      A.   Okay.
25      Q.   So I kind of understand that a little

1   bit.
2       A.   Yeah.
3       Q.   Were you involved in actually taking
4   that child to have the tonsils taken out?
5       A.   Yes.
6       Q.   So did you have a medical card from the
7   State of Kansas and --
8       A.   The child did, yes.
9       Q.   Right.  That's what I mean.  Yeah.
10      A.   Yes, uh-huh.
11      Q.   Would you have been the one that gave
12  the history to the medical providers relative to that
13  child's situation?
14      A.   Well, I was the one that took her to the
15  appointment expressing the concerns about the
16  breathing issues at night.  They had -- her primary
17  care physician had referred her to an ENT for it.
18      Q.   And I won't get any deeper into it than
19  this, but that is mentioned, I think, in the
20  complaint that this other child had had the tonsils
21  taken out.  What is that child's name?
22      A.   I can't reveal a foster child's name.
23      Q.   Really?
24      A.   Really.  That's privileged information.
25      Q.   That a child's in foster care?

1       A.   I can't, because you know the medical
2   history.  I mean, you know medical stuff.
3       Q.   I don't know the medical history.
4       A.   Well, I mean, you know she got -- I
5   don't feel comfortable with revealing a name.
6       Q.   Okay.  Well, then I'll have to work with
7   your counsel on that.  And maybe I'm not entitled to
8   it, but I -- I certainly didn't withhold that when I
9   was a foster parent.  But be that as it may --
10      A.   As far as I know, I'm not supposed to
11  be --
12      Q.   Even disclosing who they are?
13      A.   Not their name, no.
14      Q.   Okay.  Do you have any specific
15  criticisms of your own of my client, Dr. -- I'll just
16  shorten it up and say -- Bala?
17      A.   I didn't have contact with him, but I
18  mean, he wasn't -- he was the overarching physician;
19  is that right?
20      Q.   I'm sorry?
21      A.   He was the overarching physician with
22  the residents under him; is that correct?
23      Q.   He would have been in a supervisory
24  capacity of the residents, yes.
25      A.   It seems like he was not supervising

Morgan
10/04/2018

Page 373

1  them correctly if they were not laying hands on him
2  and charting that they were.
3      Q.   How would Dr. Bala have known that, if
4  he is not even there?
5      A.   Why was he not there if he is
6  supervising?
7      Q.   Because in Kansas you can supervise
8  remotely.  And I'll tell you, he first laid eyes on
9  D██████ after the code.
10     A.   Huh.
11     Q.   So with that in mind, what would make
12 you think that Dr. Bala would know, for instance,
13 that people weren't laying hands on D██████?
14     A.   I would assume that he would have a
15 better staff under his care, if he is supposed to be
16 responsible for them.
17     Q.   Do you think he picks who the residents
18 are?
19     A.   I don't know the process of that.
20     Q.   Do you have any idea what was conveyed
21 to Dr. Bala by anybody?  In other words, did anybody
22 call Dr. Bala and said X, Y, or Z?  Do you have any
23 knowledge about anything along these lines?
24     A.   No.
25          MR. GRIBBLE:  Okay.  All right.  Thank

Page 374

1  you for your attention.  That's all the questions I
2  have.  I appreciate it.
3          THE DEPONENT:  Okay.
4          (Discussion off the stenographic record.)
5               EXAMINATION
6  BY MR. DENNING:
7      Q.   Good afternoon, Ms. Morgan.
8      A.   Hi.
9      Q.   My name is Dustin Denning.  I represent
10 CEP America Kansas, LLC.  Prior to this lawsuit being
11 filed, had you ever heard of that entity?
12     A.   No.
13     Q.   Okay.  As far as you know, have you ever
14 talked with anyone in a management position with CEP
15 America Kansas?
16     A.   No.
17     Q.   All right.  Were you on any medications
18 in March of 2017?
19     A.   Me personally?
20     Q.   Yes.
21     A.   Yes, insulin.
22     Q.   Is that the only medication?
23     A.   Yes.
24     Q.   Okay.  Do you have -- and I -- I came
25 into this case about two or three weeks ago.

Page 375

1      A.   Okay.
2      Q.   So my knowledge base about what has gone
3  on to date is limited.  Some of this may have been
4  covered in discovery.  And if it's already been
5  covered, forgive me.
6          Do you have the same cell phone, now,
7  that you had in March of 2017?
8      A.   No.
9      Q.   When did you switch cell phones?
10     A.   My cell phone just completely died and
11 turned off after we had moved to Colorado.
12     Q.   Okay.
13     A.   I don't remember the exact month.
14     Q.   Do you have the same cell phone carrier?
15     A.   Yes.
16     Q.   When you got your new phone, did your
17 text messages from your old phone transfer over to
18 your new phone?
19     A.   My text messages did not, because the
20 phone was completely unresponsive.
21     Q.   Okay.  Where is that phone today?
22     A.   Dead.  I think I threw it away.
23     Q.   What kind of phone was it?
24     A.   An S -- no, it was a Note 5.
25     Q.   Okay.

Page 376

1      A.   I think.
2      Q.   The text messages that were marked as an
3  exhibit that we talked about today --
4      A.   Uh-huh.
5      Q.   -- how did you get those?
6      A.   Those aren't actually text messages.
7  That's Google Hangouts.  So it's different.  It's an
8  app that is linked to your Google account.
9      Q.   Would other text messages that you sent
10 and received from your old cell phone, would those be
11 on the Google Hangout?
12     A.   At that point, yeah.  I'm not using it
13 anymore, but I was using Hangouts then to communicate
14 with Kevin.
15     Q.   Okay.  When did you print off the text
16 messages that were marked as an exhibit today?
17     A.   I do not remember.
18     Q.   Are you able to access Google Hangouts
19 and retrieve old text messages?
20     A.   Yes.
21     Q.   How do you access Google Hangouts?
22     A.   I mean, it's just part of my Google
23 account.  You know, if you have a G-mail account, you
24 can log in and see your stuff.
25     Q.   Will it contain -- if you access Google

## Page 377

1  Hangouts, will it contain all of your text messages
2  that you sent and received in March of 2017?
3       A.   Of the Hangouts?
4       Q.   Yes.
5       A.   I -- I'm not positive about that.
6       Q.   Do you delete any of your text messages?
7       A.   In Google Hangouts you cannot delete
8  them.
9       Q.   All right.  Do you know whether there
10  are any text messages in Google Hangouts from roughly
11  March 1st of 2017 to the present, other than the ones
12  that you exchanged with Kevin, that talk about
13  D██████ health problems?
14       A.   I -- no, not in Google Hangouts, no.
15       Q.   How do you know that?
16       A.   I mean, Kevin is the only one I
17  communicate with on that, so...
18       Q.   All right.  Did you send any text
19  messages to your family members, other than Kevin, in
20  March 2017 concerning D██████ health condition?
21       A.   With my mom I usually confer over the
22  phone, and with his mom we conferred over the phone.
23  I cannot recall any text message conversations that I
24  had with anyone else.
25       Q.   Do you always confer with your mother by

## Page 378

1  phone or do you sometimes text her?
2       A.   I do sometimes text her.
3       Q.   Do you believe that you texted her
4  regarding D██████ health condition in early March
5  2017?
6       A.   I know that I called her a lot that
7  night.  I am fairly certain that most of the
8  conversation was via calling.
9       Q.   Okay.
10       A.   Usually when it's an important thing, I
11  just call her instead of texting.
12       Q.   Do you have any memory of texting her
13  the night of the 5th or the morning of the 6th of
14  March?
15       A.   Not specifically, no.
16       Q.   Okay.  Do you have any family living in
17  the Kansas City area?
18       A.   Yes.
19       Q.   What family members live there?
20       A.   I have an aunt that lives there, an aunt
21  and uncle.
22       Q.   And your parents, do they still live in
23  Hutchinson?
24       A.   Yes.
25       Q.   Who did you talk to at Children's Mercy

## Page 379

1  Hospital during the early morning hours of March 6,
2  2017?
3       A.   We weren't at Children's Mercy on March
4  6th.
5       Q.   I thought you had a phone call with --
6       A.   Oh, I see what you mean.
7       Q.   -- someone at Children's.
8       A.   The emergency line?  When I called in to
9  our pediatrician and then they called me back?
10       Q.   Right.  So someone from Children's Mercy
11  called you back?
12       A.   Yes, because it routes.  The emergency
13  line routes to there.
14       Q.   And who called you back?
15       A.   A nurse.
16       Q.   Do you know her name?
17       A.   No.
18       Q.   Did they ask -- did that nurse ask you
19  what was happening with D██████?
20       A.   Yes.
21       Q.   Was it a male or female nurse?
22       A.   A female.
23       Q.   And by the time that you talked to the
24  nurse from Children's Mercy, and she asked you what
25  was happening with D██████ did you tell her that he

## Page 380

1  had intractable vomiting?
2       A.   I didn't use those words.  I said he had
3  vomited several times.
4       Q.   Did you tell her that he was lethargic?
5       A.   Yeah, I told her that she -- he had been
6  really sleepy and...
7       Q.   Did you describe for her the clutching
8  of the back of the head and the severe head thing?
9       A.   The initial event?  Yes, I did.
10       Q.   Okay.  Did you describe to her the
11  weakness?
12       A.   Yeah.  Weakness, lethargy is about the
13  same to me.
14       Q.   Okay.  Did you tell her that D██████ was
15  unbalanced?
16       A.   Yes.  I told her that we had noticed a
17  couple of days before that he had lost balance.
18       Q.   All right.
19       A.   Excuse me.
20       Q.   And not only that he was unbalanced, but
21  that he also had an inability to walk?  Did you tell
22  her that?
23       A.   I told her that he was having difficulty
24  standing on his own at a couple of different points.
25       Q.   At what points did he have difficulty

Page 381

1  standing on his own?
2      A.    When I had put him on the ground to
3  change into his pajamas, he was holding on to the
4  dresser to stand.
5      Q.    What time was that?
6      A.    When we got back from the Wesley ER. So
7  it would have been 7:30, 7:45.
8      Q.    And did D█████ attempt to walk when you
9  were changing him into his pajamas?
10     A.    No. He was standing still so we could
11 change him.
12     Q.    All right. Did you let him walk after
13 he changed?
14     A.    He didn't seem like he was feeling very
15 good so I carried him up the stairs. He did walk one
16 time after that, and that was out to the car to go to
17 Via Christi hospital.
18     Q.    And how did he get along that time,
19 walking?
20     A.    He walked okay to the car at that point
21 but then had the hard time buckling in.
22     Q.    You talked about two instances where he
23 had an inability to stand or walk. What was the
24 second time that he had that problem?
25     A.    At the Via Christi hospital when he was

Page 382

1  being weighed.
2      Q.    All right. So when you're having this
3  phone call with the nurse from Children's Mercy, you
4  described to her his inability to stand. And you're
5  referring to the --
6      A.    Pajamas.
7      Q.    -- pajama changing?
8      A.    Yes.
9      Q.    All right. Did you tell her about the
10 dizziness?
11     A.    Yes.
12     Q.    Did you tell her about the slurred
13 speech?
14     A.    Yes.
15     Q.    Did you tell her about the sensitivity
16 to light?
17     A.    I don't remember if I told her about
18 that part.
19     Q.    All right. What was the most concerning
20 part or condition that you observed with D████ just
21 prior to making the phone call to Children's Mercy?
22     A.    Him saying "Ow" when he was turning his
23 head, because I knew that was a symptom of
24 meningitis.
25     Q.    Was it concerning to you that he had

Page 383

1  protruding eyeballs?
2      A.    Yes.
3      Q.    Did you tell the nurse from Children's
4  Mercy that his eyeballs were protruding?
5      A.    Yes.
6      Q.    What did she say?
7      A.    Well, I was telling her -- she -- so at
8  that point she said that we needed to go back to the
9  ER, and I told her that we were on the way.
10     Q.    Okay. Did you tell the nurse from
11 Children's Mercy that D█████ had an inability to
12 respond to basic questions?
13     A.    I don't remember if I told her that.
14     Q.    Did you tell her about the knee pain or
15 the joint pain in his knee?
16     A.    I think the only person I told that to
17 was the triage nurse --
18     Q.    Okay.
19     A.    -- at the --
20     Q.    Do you recall anything else that you
21 stated to the nurse from Children's Mercy during this
22 phone call?
23     A.    Just that we had already picked out an
24 ER and that we were on our way.
25     Q.    Okay.

Page 384

1      A.    It was a very brief conversation.
2      Q.    When you say "brief," approximately how
3  long did it last?
4      A.    Less than five minutes.
5      Q.    Okay. Do you recall anything else that
6  was stated either by you or this nurse from
7  Children's Mercy during the phone call?
8      A.    No.
9      Q.    Your attorney's produced several videos,
10 and one of them is -- I believe it's from a camera
11 that's mounted somewhere in your apartment up high.
12 What is that for? What's that camera for?
13     A.    It was a security camera.
14     Q.    Okay. Do you know why it was produced
15 in this case?
16     A.    I actually haven't seen that footage.
17     Q.    Do you know why it was produced?
18     A.    I don't.
19     Q.    I want to make sure I understand.
20 Friday night you were with Betsy; is that correct?
21     A.    Yes.
22     Q.    What is her last name?
23     A.    Michael.
24     Q.    And have you talked to Betsy about this
25 lawsuit?

Page 385

1      A.   She knows that we are involved in a
2  lawsuit.  She found out from the media afterwards
3  too.
4      Q.   Okay.  Did you talk to her personally
5  about the lawsuit?
6      A.   She just asked how things were going in
7  it, and I gave her general updates of when dates
8  were.  That's it.
9      Q.   Okay.  Did the two of you talk about
10 that incident that occurred the Friday night when he
11 had to stop at the edge of the stairs and regain his
12 balance?
13     A.   I think that she talked to me -- I'm
14 trying to remember.  We haven't spoken about it
15 recently, but when she came to visit in the hospital
16 after his surgery, I know that she -- she recalled to
17 me that she had remembered that conversation about
18 him being dizzy at the top of the stairs the night
19 before.
20     Q.   Okay.  Have you understood all of my
21 questions?
22     A.   Yes.
23          MR. DENNING:  I don't have anything
24 else.  Thank you.
25          THE DEPONENT:  Okay.

Page 386

1          THE VIDEOGRAPHER:  Anybody else?  Okay.
2  Well, this ends Video Number 4 and concludes the
3  deposition.  We are off the record.  The time is
4  5:46 p.m.
5          MR. TORLINE:  We'll read and sign.
6          * * * * * * *
7          WHEREUPON, the foregoing deposition was
8  concluded at the hour of 5:46 p.m.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 387

1          REPORTER'S CERTIFICATE
2          I, Carmen Murphy, a Registered Professional
3  Reporter and Notary Public within and for the State
4  of Colorado, commissioned to administer oaths, do
5  hereby certify that previous to the commencement of
6  the examination, the deponent was duly sworn/affirmed
7  by me to testify the truth in relation to matters in
8  controversy between the said parties.
9          I further certify that this deposition was
10 taken in stenotype by me at the time and place herein
11 set forth and thereafter reduced to a typewritten
12 form; that the foregoing constitutes a true and
13 correct transcript to the best of my ability.
14         I further certify that I am not related to,
15 employed by, nor of counsel for any of the parties or
16 attorneys herein, nor otherwise interested in the
17 result of the within action.
18         My commission expires April 22, 2021.
19
20         _____
21         CARMEN MURPHY
           Registered Professional Reporter
           and Notary Public.
22
23
24
25

Page 388

1          AMENDMENT SHEET
2  DEPONENT NAME:          DATE OF DEPOSITION:
   KELLI MORGAN           October 4, 2018
3
4  The deponent wishes to make the following changes in
   the testimony as originally given:
5
6  PAGE   LINE   CHANGE          REASON
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 Signature of Deponent:_____
21 Subscribed and sworn to before me this _____ day of
22 _____, 2018.
23         Notary's signature_____
           Notary's address_____
24         My commission expires:_____
25