IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| D.M., a minor, by and through his next friend and Natural guardian, KELLI MORGAN,<br><br>PLAINTIFF,<br><br>vs.<br><br>WESLEY MEDICAL CENTER LLC d/b/a WESLEY MEDICAL CENTER – WOODLAWN; WESLEY-WOODLAWN CAMPUS; BRIDGET GROVER, PA-C; DR. GREGORY FAIMON; LISA JUDD, RN; VIA CHRISTI HEALTH SYSTEMS d/b/a VIA CHRISTI - ST. FRANCIS; JENNIFER CHAMBERS-DANEY, ARNP; DR. BALA BHASKAR REDDY BHIMAVARAPU; CEP AMERICA-KS LLC; DR. CONNOR HARTPENCE; DR. STEFANIE WHITE; DR. JAMIE BORICK; AND AARON KENT, RN,<br><br>DEFENDANTS. | Case No. 2:18-cv-02158-KHV-KGG |

**DEFENDANTS CONNOR HARTPENCE, M.D., STEFANIE WHITE, M.D, AND JAMIE BORICK, M.D.'S DESIGNATION OF EXPERT WITNESSES**

Defendants Connor Hartpence, M.D., Stefanie White, M.D., and Jamie Borick, M.D. make the following Designation of Expert Witnesses in accordance with Fed. R. Civ. P. 26(a)(2). The witnesses listed below may be called to provide expert testimony at the time of trial.

### RETAINED EXPERT WITNESSES

The following expert witnesses' sole connection with this case is that they have been retained or specifically employed to provide expert testimony.



EXHIBIT G

3. **Stephanie DeLeon, M.D.**
   **4300 Hackney Wick Rd**
   **Norman OK 73072**

   Dr. DeLeon is a pediatric hospitalist associated with the University of Oklahoma. Her curriculum vitae and report are being transmitted to counsel contemporaneously with the filing of this expert designation.

   Dr. DeLeon will be offering opinions with regard to the standard of care and causation as more fully set forth in her report. The bases for her opinions are the medical records she has reviewed, the deposition transcripts she has reviewed, medical literature and guidelines, and her knowledge, education, training, and experience. Dr. DeLeon has devoted greater that fifty percent (50%) of her professional time to the actual clinical practice of medicine in the two years preceding this incident.

Information pursuant to Fed. R. Civ. P. 26(a)(2)(B):

(i) a complete statement of all opinions the witness will express and the basis and reasons for them;

   See the above disclosure as well as the report of Dr. DeLeon.

(ii) the facts or data considered by the witness in forming them;

   See the above disclosure as well as the report of Dr. DeLeon.

(iii) any exhibits that will be used to summarize or support them;

   See the above disclosure as well as the report of Dr. DeLeon. Dr. DeLeon will also rely upon the medical records of D.M. that have been exchanged in discovery, transcripts of the depositions taken and those to be taken, medical literature, if any, cited in her report and as produced prior to the close of discovery, records produced by the parties, and demonstrative aids and exhibits.

(iv) the witness's qualifications, including a list of all publications authored in the previous 10 years;

   See CV of Dr. DeLeon.

4

(v)     a list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition; and

        Dr. DeLeon has not given testimony as an expert in the preceding 4 years.

(vi)     a statement of the compensation to be paid for the study and testimony in the case.

        Dr. DeLeon's fee schedule is $500 per hour for review, $4,000 per day for out of town deposition or trial testimony, and $1,000 first hour then $600 per hour (plus expenses if applicable) for local deposition or trial testimony