```
                                                              Page 1

              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF KANSAS
                   KANSAS CITY, KANSAS DIVISION


  D.M., a minor, by and through   )
  his next friend and natural     )
  guardian, KELLI MORGAN,         )
                                  )
                    Plaintiff,    )
                                  )
       vs.                        )Case No. 2:18-CV-02158
                                  )
  WESLEY MEDICAL CENTER LLC d/b/a )
  WESLEY MEDICAL CENTER-WOODLAWN; )
  WESLEY WOODLAWN CAMPUS;         )
  BRIDGET GROVER, PA-C;           )
  DR. GREGORY FAIMON;             )
  LISA JUDD, RN;                  )
  VIA CHRISTI HOSPITALS WICHITA,  )
  INC.;                           )
  JENNIFER CHAMBERS-DANEY, ARNP;  )
  DR. BALA BHASKAR REDDY          )
  BHIMAVARAPU;                    )
  CEP AMERICA-KS LLC;             )
  DR. CONNOR HARTPENCE;           )
  DR. STEFANIE WHITE;             )
  DR. JAMIE BORICK; and           )
  AARON KENT, RN,                 )
                                  )
                    Defendants.   )
                                  )
```

D E P O S I T I O N

The videotape deposition of BRIDGET COLLEEN GROVER,

PA-C taken on behalf of the Plaintiff pursuant to the

Federal Rules of Civil Procedure before:

       RICK J. FLORES, CSR
       KELLEY REPORTING ASSOCIATES, LTD.
       515 South Main, Suite 108
       Wichita, Kansas  67202

a Certified Shorthand Reporter of Kansas, at 301 North

Main, Suite 1300, Wichita, Sedgwick County, Kansas, on

the 8th day of October, 2018, at 11:21 a.m.

DEFENDANT'S EXHIBIT B

| | | |
|---|---|---|
| 1 | | MS. COLE: Object to form; |
| 2 | | argumentative, misstates her response. |
| 3 | A. | We have to look at risk with every patient. And |
| 4 | | when they present the way D.M. presented, it is |
| 5 | | far more likely that these symptoms are from |
| 6 | | strep pharyngitis versus an undiagnosed brain |
| 7 | | cancer. |
| 8 | Q. | I understand strep is fairly common in |
| 9 | | children; correct? |
| 10 | A. | Correct. |
| 11 | Q. | But that doesn't mean that every time a child |
| 12 | | presents at the emergency department that you |
| 13 | | can put the diagnosis to strep without ruling |
| 14 | | out things that are far more serious, does |
| 15 | | it? |
| 16 | | MS. WATSON: Object to form. |
| 17 | | MS. COLE: Object to form; |
| 18 | | foundation. This has been asked and |
| 19 | | answered, gone round and round on it. |
| 20 | A. | When the patient does present the way they |
| 21 | | presented with the exam with a positive strep |
| 22 | | screen, then it is far more likely that these |
| 23 | | symptoms are from strep pharyngitis. |
| 24 | Q. | And therefore, is that why there wasn't any |
| 25 | | other testing other than the strep screen? |