Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY, KANSAS DIVISION

D.M., a minor, by and through )
his next friend and natural )
guardian, KELLI MORGAN, )
 )
              Plaintiff, )
 )
 )
    vs. )Case No. 2:18-CV-02158
 )
 )
WESLEY MEDICAL CENTER LLC d/b/a )
WESLEY MEDICAL CENTER-WOODLAWN; )
WESLEY WOODLAWN CAMPUS; BRIDGET )
GROVER, PA-C; DR. GREGORY )
FAIMON; LISA JUDD, RN; VIA )
CHRISTI HOSPITALS WICHITA, )
INC.; JENNIFER CHAMBERS-DANEY, )
ARNP; DR. BALA BHASKAR REDDY )
BHIMAVARAPU; CEP AMERICA-KS )
LLC; DR. CONNOR HARTPENCE; DR. )
STEFANIE WHITE; DR. JAMIE )
BORICK; and AARON KENT, RN, )
 )
             Defendants. )
 )

D E P O S I T I O N

    The videotape deposition of BALA BHASKAR REDDY

BHIMAVARAPU, M.D. taken on behalf of the Plaintiff

pursuant to the Federal Rules of Civil Procedure before:

        RICK J. FLORES, CSR
        KELLEY REPORTING ASSOCIATES, LTD.
        515 South Main, Suite 108
        Wichita, Kansas  67202

a Certified Shorthand Reporter of Kansas, at 245 North

Waco, Suite 260, Wichita, Sedgwick County, Kansas, on the

4th day of January, 2019, at 11:52 a.m.



Page 36

1   adequate time for some rest, so I would have
2   tried to wake him up at that point.
3  Q. At that point when you first arrived?
4  A. During my rounds, basically.
5  Q. Okay. And your rounds would have began after
6     your review of the records and after
7     discussions with the residents; correct?
8  A. That is correct.
9  Q. So your rounds would have been around what
10    10:30 or 11:00, late morning; correct?
11 A. Right.
12 Q. Yeah. And then at least -- and you said that
13    would have been sufficient amount of time
14    during that to wake him up?
15 A. Decent time.
16 Q. Okay. What would be the minimal time that
17    you'd allow him to sleep where you could wake
18    him up?
19             MR. DAY: Object to form.
20 A. I don't know if there's a minimal time,
21    basically. It all depends on the situation
22    and how tired the kid is, what the -- you
23    know, what's the situation the kid came in
24    with.
25 Q. So what was your understanding, at least, as

1      it relates to sleep when the time D.M. was
2      admitted to the floor?
3   A. He was tired when he came in.  He was
4      vomiting.  He was dehydrated.  He got fluids.
5      He was able to rest not throwing up and he
6      was sleeping.
7   Q. And do you know what time he went to sleep?
8   A. I do not recall.
9   Q. Do you know during that time period whether
10     any type of general neurological exam was
11     done of D.M.?
12  A. I don't think so.
13  Q. Okay.  Based on your review of the records,
14     the ER record, do you see that any general
15     neurological exam was done?
16            MR. YOUNG:  Object to form;
17     foundation.
18  A. Can I go into --
19            MR. GIROUX:  If you need a copy
20     of them, I got them, Don.
21            MR. GRIBBLE:  What do you want?
22  A. ED note.  That's what we are talking about.
23     Thank you.
24            MR. GRIBBLE:  Triage 1, triage 2,
25     rest of the note.

Page 41

1          presentation at the ED.  That was not a
2          presenting complaint to the ED.
3     Q.   And then in pediatric patients, would you
4          agree with me that sometimes symptoms can wax
5          and wane?
6     A.   They can.
7     Q.   And then as Dr. Hartpence said, it's good to
8          be thorough; agreed?
9     A.   Yes.
10    Q.   And you would be thorough, as well?
11    A.   I would say so.
12    Q.   And you would agree with me that in a patient
13         that is presenting to a hospital for a second
14         time with the same illness, it'd be -- you
15         would want to be thorough enough to know
16         exactly what happened on the first admission,
17         the first hospitalization?
18              MR. DAY:  Object to form.
19    A.   Well, number one, it is not a
20         hospitalization.  They went to the ED, so it
21         was not a hospitalization.
22    Q.   Fair.
23    A.   And it is not uncommon for pediatric patients
24         to be seeing two providers in one day.  I've
25         seen that a lot.  And the presentation of him

Page 42

1  throwing up after an antibiotic is, again,
2  very common in pediatric patients.  And then
3  somebody was having, you know, vomiting prior
4  and throwing up, that is not a -- you know,
5  that is very consistent with a strep throat.
6  Q. Okay.  That's very consistent with strep
7     throat?
8  A. Yeah.
9  Q. You've seen many times multiple admissions to
10    ERs with patients who are diagnosed with a
11    strep throat?
12 A. I would say yes.  I mean, again, admission --
13    it's just a visit to the ED.  It's not
14    admission to the ED.
15 Q. Yeah, and I said -- that time I said the ED
16    so. . .
17 A. Right.
18 Q. He had two admissions to the emergency
19    department; correct?
20 A. Yes.
21 Q. Yeah.  And the information that you garnered
22    regarding the first ED visit came exclusively
23    from the resident; correct?
24 A. That is correct.
25 Q. And then we know, based on what Dr. Hartpence

Page 64

```
 1                    don't know this.
 2                         Do you bill for the time that he sees
 3                    the patient?
 4                         How does the billing work?
 5        A.          I don't bill for the time he sees.  It's
 6                    basically more on what I see -- I mean, in
 7                    pediatrics, I, typically, don't do like
 8                    time-based coding, no, I don't.  That's more
 9                    ICU, maybe other specialties do it, but not
10                    me.
11        Q.          The billing component, at least, from your
12                    practice, occurs when you actually see the
13                    patient?
14        A.          That is correct.
15        Q.          Okay.  And then -- and that's what I thought.
16                         When you see -- when you mentor
17                    residents and follow residents, are you paid
18                    any type of additional compensation to be
19                    involved with -- with their training?
20        A.          No.
21        Q.          At any point -- let me ask you this:  Do you
22                    know who Kelli Morgan is?
23        A.          D.M. mom.
24        Q.          Yeah.  Do you know Kevin Morgan?
25        A.          He's the dad.
```

**A**

AARON 1:14 2:22
able 37:5 50:3
  67:19
Absolutely 6:10
academic 22:2
accessed 18:14 19:4
  19:5,13
accident 61:3
accurate 62:25
action 5:21 80:19
addendum 26:15
additional 64:18
address 52:18,20
addressed 24:4
  52:22
adequate 36:1
admission 22:23
  41:16 42:12,14
  45:24
admissions 42:9,18
admit 17:17 21:1
  25:2
admitted 8:1 17:9
  23:11,17,19 34:7
  37:2 44:9 47:15
adult 39:4,7,14,18
Advanced 3:22
advantage 12:22
affiliation 22:1,2,6
agree 10:23 12:3,11
  12:19 13:9 17:23
  41:4,12 52:16,17
agreed 41:8
ahead 44:20 59:24
  59:25 74:14
al 79:23
alert 38:5 68:9
algorithm 9:5
allow 35:16 36:17
allowed 35:19,23
  80:14
American 7:17
AMERICA-KS
  1:12 3:11

amount 36:13
anatomy 50:16
anesthesiologist
  29:16 30:12 32:2
  60:10
Angela 34:20
answer 6:12 71:19
answering 6:13
antibiotic 42:1
anticipate 56:24
anybody 62:3
  72:12
anytime 49:9 58:6
  68:24
anyway 59:11
apologize 27:11
appended 80:15
approximately
  33:7 47:5
APRN 3:2
area 63:16
arms 31:11,17,21
ARNP 1:12
arrival 55:16
arrive 28:23
arrived 35:21 36:3
Ascension 71:4,8
  71:10,11
asked 49:8 69:20
asking 6:11 31:15
  54:2 59:13 72:4,4
asleep 67:6
assessment 20:24
ASSOCIATES
  1:21
assume 11:3 75:19
  75:23
assumes 58:22
attending 17:13
  21:4 24:24 47:17
attorney 80:17,18
atypical 16:19
authority 79:13
available 19:12
Avenue 2:8,18

awake 67:23,24
  68:3,5,8
aware 24:13 34:13
  47:21 49:16,22
  58:24 59:15 61:8
a.m 1:26 34:12

**B**

B 2:4
babies 43:20,21
baby 78:3
back 7:13 22:15,24
  33:14 56:5 62:16
  62:19 66:1,10
  73:21
bad 69:20 71:20
Bala 1:12,18 3:7
  4:3 5:2,7,14,16
  26:16 77:6 79:6
balance 40:2 44:1
  44:13 45:9,17,25
  48:10,17,17,25
  50:8 53:8,23,24
  54:6,10,21 55:2
based 37:13 42:25
  43:11 49:7 52:8
  59:23 66:15 70:14
basic 38:25 39:24
  67:4 68:9
basically 7:13,19
  8:5 10:1,12 13:10
  14:1 15:20 33:10
  36:4,21 48:5,10
  50:16 53:19 59:23
  64:6 67:3 70:7
  72:23 73:1 75:7
basis 72:2
bed 49:14
beds 24:15
bedside 12:4,8 29:8
began 36:5
begins 5:1
behalf 1:19
belief 79:3
believe 65:3

best 19:11 48:24,25
better 12:8,11
beyond 10:25
Bhaskar 1:12,18
  3:7 4:3 5:2,7,14
  79:6
Bhimavarapu 1:12
  1:19 3:7 4:3,7 5:3
  5:7,14 6:16 62:14
  79:6
big 76:9
bill 64:2,5
billing 25:16 64:4
  64:11
bit 59:7
bits 39:12,15
blanking 8:18
bleeds 50:18
block 21:9,15,18
blue 57:12 58:11
  72:17
body 31:18
Borick 1:14 3:16
  5:24 10:25 11:24
  13:8,12 15:16
  17:4,10 21:7
  27:25 30:19 34:11
  43:1,4,6 69:4 75:1
Borick's 34:17
born 77:8
Boston 8:20
Box 2:19
brain 48:14 50:16
  50:18 65:9
Brandi 24:9,10
break 61:11 62:8
  62:20
breathing 30:5,5,6
  30:15,18 31:10
breaths 30:18
BRIDGET 1:9 2:16
brief 57:9
Broadway 2:24 3:8
Brook 8:17
Brookdale 8:17

brought 6:23 77:9
busy 24:6

**C**

C 2:1 3:1,17
call 5:16 12:14 15:8
  19:23,25 20:4
  23:20 28:12,16,18
  30:2 33:16,25
  35:9 43:24 56:5
  56:11,19,25 73:21
  73:22
called 8:4 9:6 25:23
  27:21 28:9,14,25
  30:8 35:22 56:3,4
callosum 61:6
calls 19:20 20:22
  34:3,6 44:16 46:4
  55:25
CAMPUS 1:9
candidates 9:4
capable 17:20
care 10:20 11:1
  12:3,5,10 13:12
  20:9 26:21 27:6
  30:14 32:9 44:14
  44:25 45:9 52:2
  55:3 57:2 65:11
  65:13 70:12 76:13
  76:15
cared 46:25
caring 72:25
carried 49:11,25
case 1:7 16:20,23
  54:17
cases 47:12 52:5
cause 57:6 58:10
  61:13
caused 32:16,21
  57:11 61:21 62:4
cell 56:4,9 73:18,22
  73:23 74:2
Center 1:8 2:11
  3:26 7:11 79:23
CENTER-WOO...

1:9
**CEP** 1:12 3:11
**cerebellar** 53:25
**cerebrovascular** 61:3
**certainly** 14:11,14
**CERTIFICATE** 4:27 80:1
**Certified** 1:24 80:4
**certify** 80:5,12,16
**CHAMBERS** 3:2
**CHAMBERS-D...** 1:11
**chance** 56:23
**change** 23:2 46:1
**changed** 44:15 45:10 55:2
**changes** 80:13
**chart** 40:23
**Chartered** 3:12
**charting** 24:12
**check** 71:8
**chose** 8:8
**Christi** 1:11 2:22 7:4,6,8 14:19 22:6 22:8 24:16 50:24 58:7,19 59:16 62:2 71:2,11 76:2
**circulation** 51:20
**circumstance** 56:22
**circumstances** 20:3 43:10,16
**City** 1:2 9:10,11
**Civil** 1:20
**CK** 8:6
**CLARK** 3:12
**close** 62:8
**code** 18:3 19:18 20:8 25:23 26:2 26:21,25 27:3,7 27:15,17,21 28:9 29:15,20 30:8,10 30:22 31:25 32:12 32:13,15,17,19,21 33:7,9,14,15 34:8 34:12 35:22 43:6 49:9 57:3,7,12 58:11 65:6,12,16 65:18 66:1 67:7 68:14,17,20,25 72:17 74:7,18
**coded** 60:19
**coding** 64:8
**Cole** 2:18 44:5,18 55:6 77:2
**collective** 38:14
**Coma** 38:5 66:21 66:23 67:9,17,19
**come** 15:20,21,24 15:24,25 16:4,5 18:19 22:24 23:1 23:15 24:2 32:5 43:20 46:7 72:24
**coming** 15:9 18:24 52:11
**commands** 39:19 67:4
**Commission** 79:19
**common** 33:24 34:2 42:2 75:21
**compared** 7:23 76:11
**compensation** 64:18
**complaint** 41:2
**complete** 13:2
**completed** 10:19 77:25
**completely** 11:7,18 17:19 31:20 39:6 39:17 67:23 71:9
**component** 9:13 64:11
**computer** 16:2
**computer-aided** 80:10
**concentrating** 32:24
**concern** 17:13
**concerned** 55:15
69:19
**concerning** 23:9
**concerns** 43:11
**concluded** 78:20
**condition** 34:10,13
**confine** 46:15
**CONNOR** 1:13 3:16
**consist** 22:20 48:8 52:1
**consistent** 15:19 42:5,6 53:3 54:8 54:12
**consists** 39:23 68:6
**consult** 12:6 52:25 69:15
**consulted** 69:8,22
**consulting** 58:12 69:18
**contact** 73:17
**contacted** 73:18
**continue** 35:24
**continued** 46:7
**Cont'd** 3:1
**conversation** 18:10 20:25 28:5,7 32:22 34:9,15 38:16 43:5,8 57:14,17,18 65:1 65:4,8,10,21,24 70:18 74:8,15,19
**conversations** 20:7 27:24 28:4 58:3,9 58:18 70:9,11 73:15
**conveyed** 13:15
**copy** 6:21 37:19
**corpus** 61:5
**correct** 6:1 8:10 10:22 11:5,6 12:8 13:1 14:15 16:8 17:21 20:19,20 26:3,17,18 32:11 33:5,6,18,25 34:1 35:11,12,14,15,17
36:7,8,10 38:11 38:13 42:19,23,24 43:4 44:10 47:10 47:11,23 50:10 54:22 56:10,13 57:12 63:5 64:14 71:3 73:15,19 78:1,2,4 79:3 80:11
**counsel** 80:17,18
**count** 20:15 24:18
**County** 1:25 79:11 80:3,21
**couple** 61:11
**course** 7:23
**court** 1:1 5:5
**cover** 57:25
**covered** 73:13
**cranial** 48:10,12,13 50:7
**critical** 32:9
**Cross-Examinati...** 4:5 77:4
**CS** 8:6
**CSR** 1:21 80:4,24
**CT** 50:13,17,22,23 50:24 51:13,17 65:9
**current** 14:17,17 14:18,24
**currently** 7:3 75:10
**Curriculum** 4:9
**custom** 21:2
**CV** 6:25 62:24
**CVA** 61:1,1,5

— D —
**D** 1:17 3:8 4:1
**dad** 64:25
**Dan** 5:18
**DANEY** 3:2
**Daniel** 2:4
**dan@dgwichital...** 2:6
**date** 62:25 79:6
**day** 1:26 3:17,17 14:3 15:23 16:1 26:23 35:4 36:19 40:25 41:18,24 44:4,16,19 45:11 53:13 55:4,19 67:11 68:22 76:20 79:13 80:21
**Dean** 3:26
**Decent** 36:15
**decerebrate** 31:3
**decision** 34:24 35:1
**decisions** 32:13
**decompensating** 68:10
**decorticate** 31:3
**DEFENDANT** 3:2 3:7,11
**Defendants** 1:15 2:11,16,22 3:16
**deficit** 53:12,18,25 54:3
**definitely** 59:5 70:10
**dehydrated** 37:4
**delivering** 12:10 21:3 76:12
**Denning** 3:12 77:3
**dep** 72:11
**department** 42:19
**depending** 14:22
**depends** 12:15,20 14:25 18:24 36:21 39:6 51:10 52:10 52:23 56:18 75:12
**deponent** 80:14
**deposition** 1:18 4:8 5:2,19,24,25 6:3 6:19,20 10:2 30:20 34:18,21 38:8 49:16 62:21 70:15 78:20
**describe** 68:12 70:18
**description** 30:19

63:2
**desk** 28:25
**detail** 20:15
**details** 28:15 43:2
   57:22 58:25 71:7
   72:19
**determination** 50:7
**determine** 25:10
   48:24,25 66:2
**developed** 35:10
**diagnose** 13:24
   71:17
**diagnosed** 42:10
   46:11 47:18,19
   72:3
**diagnoses** 60:25
**diagnosing** 72:2
**diagnosis** 46:16
   47:10,22 48:1
   51:19,23 54:12
   59:22 60:3,22
   71:13 72:7
**difference** 10:7
   13:19 31:4 76:9
**differences** 7:16
   10:3 13:21,22
**different** 7:22
   10:11 11:8,18,19
   12:4 21:11 23:2
   25:2 39:3,7,11,15
   44:2,23 46:6,9,10
   76:14
**differently** 13:25
**difficulty** 31:10
**Direct** 3:14 4:4
   5:11
**directly** 73:22
**discharge** 60:23
**discuss** 16:4 22:25
   57:20 58:14 73:1
**discussed** 10:2 74:9
**discussing** 13:5
**discussion** 32:20
   40:18,21 57:9,11
**discussions** 32:15

36:7 57:5 61:24
   70:4
**distinction** 31:2
**DISTRICT** 1:1,1
**DIVISION** 1:2
**dizziness** 40:22
   43:25 44:13 45:8
   45:17,25 53:9,11
   53:17 54:6,10,16
   54:18
**Djdenning@cml-...**
   3:15
**doctor** 28:1,8 58:10
   62:19 77:1 78:15
**Document** 3:22
**documentation**
   6:23 27:4 33:11
   38:4
**documented** 19:10
**doing** 17:16 21:19
   23:14 31:11,12
   39:2,3 43:22
   44:22,24 46:13
   69:17
**Don** 3:8 26:13
   37:20
**D.M.** 18:2,3,5,8
   18:16 19:2,3,18
   20:9 25:22 27:22
   30:21 32:17 33:2
   33:4 34:7,23
   35:14,14 37:1,11
   49:8,22 55:3,17
   59:2,15 60:19
   65:11,19 67:5
   68:13,16,19 69:4
   74:7
**D.M.** 16:22
   19:4 26:20 34:10
   45:6 54:17 57:2
   64:23 65:16
**downgoing** 31:15
**Dr** 1:10,12,13,13
   1:13 2:17 3:7,16
   3:16,16 5:2,16,24

6:1 10:3,13,25,25
   11:1,4,21,24 12:1
   13:7,8,8,12,13,13
   15:16 16:25 17:2
   17:4,10,11 19:21
   20:1,6,17,23 21:6
   21:7 26:16 27:25
   28:10 29:7,9,13
   30:19 32:4 33:17
   34:11,17 35:7
   38:7,15,15,16,21
   39:20 40:2,10,24
   41:7 42:25 43:1,4
   43:6,7,24 48:20
   56:3,8,16 57:6,15
   57:19 58:2,2 60:7
   63:25 65:7 67:6
   68:16,19 69:3,4
   70:24,24 72:14
   73:15 74:1,1,13
   74:16 75:1 77:6
**duces** 6:20
**DUGAN** 2:3
**duly** 5:8 80:6
**duration** 56:12
**Dustin** 3:12
**duty** 28:1
**dwell** 72:19
**D.M** 1:3
**d/b/a** 1:8

---

**E**

**E** 1:17 2:1,1 3:1,1
   4:1
**earlier** 10:13 38:6
   39:24 40:2 53:5
   77:8
**ED** 37:22 41:1,2,20
   42:13,14,15,22
   72:14
**efforts** 32:24
**Eighth** 3:13
**either** 43:8 69:5
**elevated** 46:11,16
   46:21,25 47:20,24

50:8,19 52:5,13
   53:3
**else's** 72:12
**El-Nabbout** 57:15
   57:19 61:6
**emergency** 42:18
   49:11,12
**emergent** 52:14
**employed** 7:3,5
   70:25 71:1
**employee** 80:17,18
**English** 77:6,8,11
   77:18,24
**entail** 47:14
**enter** 11:11
**entrance** 7:20
**entry** 26:19
**equation** 45:18
**ER** 17:9 19:5 25:22
   37:14 49:23 50:2
   50:4
**ERs** 42:10
**escalate** 30:9
**et** 79:23
**evaluate** 48:16
**evaluation** 67:7
**evening** 26:2
**everybody** 39:1
**exact** 8:22 9:5 14:5
   18:17 23:7 27:14
   30:24 32:6 33:13
   38:3 47:6 56:20
   68:11 71:6
**exactly** 12:9 13:16
   15:5,14 24:19,19
   29:4 30:8 31:1,6,8
   33:11 39:18,22
   41:16 49:24 50:1
   52:25 57:8 61:2
   65:13,23 73:24
   74:19 75:2
**exam** 11:7,8 37:10
   37:15 38:9 39:2,4
   39:13,22 48:2,5,6
   48:8,10,12 50:7

55:12,17,24 68:4
   68:6 69:11,13,16
   69:17
**examination** 4:4
   5:11 11:22 12:13
   13:15 17:21 18:7
   20:2 35:9 45:22
   52:7 69:9 74:11
**examine** 12:24
**example** 18:2 65:15
**exams** 38:19,22
   40:3
**exclusively** 42:22
**Exhibit** 6:16,19
   62:14,21
**Exhibits** 4:7
**expect** 15:17 76:14
**experience** 10:24
   13:21,23 17:6
   46:20,24 47:16
   65:19 72:5
**experienced** 30:21
**expertise** 10:24
**Expires** 79:19
**explain** 63:25
**Ext** 3:14
**extra** 24:11
**eyes** 31:23 67:2

---

**F**

**facemask** 30:7
**fact** 45:16,23 55:15
**FAIMON** 1:10
   2:17
**fair** 26:2 41:22
   57:23 66:9 73:25
**family** 10:4,11,12
   11:5 14:14 22:12
   70:11 76:11
**FANNING** 3:7
**fast** 51:4,13
**Fax** 2:6,10,15,20,25
   3:5,10,14,20,24
**Federal** 1:20
**felt** 30:4

finally 30:11 55:23
financially 80:19
finding 48:18
fine 5:17 14:11
    44:21
FIRM 3:3
first 5:8 9:20 11:4
    14:3,14 17:10,16
    21:8,9,13,15,18
    26:1,4,19 27:8
    28:23 29:2 36:3
    41:16,17 42:22
    74:4 75:24 80:6,9
five 39:17 57:1
flag 66:3
flags 49:15
floor 2:18 14:21
    21:12 23:11,18
    24:7,15 25:1,3,8
    25:15 28:24 34:7
    37:2 51:12 63:11
    75:14,16
FLORES 1:21 80:4
    80:24
fluids 37:4
focal 48:23 53:7,11
    53:17,25 54:3
focus 63:13
follow 39:18 64:17
    67:4 68:13
following 63:22
follows 5:10
foregoing 79:1
form 35:3 36:19
    37:16 41:18 44:4
    44:5,16,18 45:11
    46:3 51:7 53:13
    54:13 55:4,18,19
    58:21 66:13 67:11
    67:21
forth 80:8
found 65:9
foundation 37:17
    44:20 51:8 67:22
four 7:24 39:16

    75:20,22 77:22
Francis 50:24
    59:16 62:2
friend 1:4
further 76:19 80:16

          G
gain 60:11
garnered 42:21
gather 13:3
general 37:10,14
    38:9 39:2,4,12,21
    39:22 55:12,16
    63:18,19 68:3
generally 15:12
getting 11:17 12:21
    23:8,9 55:23
GIBSON 2:12
GILLILAND 2:17
Giroux 2:3,4 4:4
    5:12,18 27:1,5
    37:19 49:21 59:8
    59:12,14 62:7,18
    68:24 69:2 76:18
    78:8,13
give 33:24 39:19
given 14:22 18:23
    40:4 80:7,11
gives 50:16
giving 23:16 78:13
Glasgow 38:5
    66:21,22 67:9,17
    67:19
go 7:12 9:19 10:24
    13:6 16:1 22:24
    23:1 26:7,12
    32:17,17 33:14
    37:18 43:21 44:20
    59:24,25 65:18
    66:1 67:15 74:13
    75:2
goes 9:5
going 6:18 9:19
    14:9 26:8 29:1
    35:18 46:1 50:14

    50:15,20,22 59:9
    62:8,20 67:18
good 41:7
grads 8:6
graduated 76:8
Great 24:17
GREEN 2:17
Gregory 1:10 2:17
    3:3
Gribble 3:8 4:5
    26:14,24 37:21,24
    49:19 58:21 59:6
    59:9 77:5 78:5
Gribble@hitefan...
    3:10
group 25:4,5,7,13
GROVER 1:10
    2:16
Grundmeyer 58:2
guardian 1:4
guess 14:9 40:12
    48:11 57:1 63:23
    71:4
guessing 40:11
    51:14
guys 25:12 35:10
    51:9 70:25 71:1
Gyoung@hinkla...
    3:6

          H
habit 21:2
half 7:7
hand 6:18 62:20
    80:20
hands 31:19,21,22
    67:3
Hang 26:24
happened 29:20
    41:16 65:18 73:24
    74:10
happening 75:4
hard 13:20 78:14
Hartpence 1:13
    3:16 6:1 10:3,13

    10:25 11:4,21
    13:7,13 17:2,10
    19:21 20:23 28:10
    33:17 35:7 38:15
    38:17,21 39:20
    40:2,6,10,24 41:7
    42:25 43:24 48:20
    56:3,8,16 63:25
    67:6 68:16 72:14
    74:1,3,6 75:1
Hartpence's 20:17
    38:7
head 65:17
headache 40:16,19
    43:25 44:13 45:8
    45:17,24 54:1,2,6
    54:10,14,18
heard 20:17
Heflin 70:24
help 10:1 50:15
HERNANDEZ
    3:17
hey 65:15 78:9
high 7:19 33:10
Hindi 77:18,24
HINKLE 3:3
history 11:15,22
    12:12 13:1,3,14
    17:20 18:5 20:18
    35:8 40:16 43:25
    44:12 45:8,16,24
    52:7 55:1 74:11
HITE 3:7
hold 24:21
home 77:13
honest 55:20
HONEYMAN 3:7
hospital 16:7 17:9
    24:3 41:13 46:7
    63:20
hospitalist 14:20
    17:15 24:25
hospitalists 70:23
hospitalization
    41:17,20,21 58:7

    58:8,19 59:17
    62:1,2 65:3
HOSPITALS 1:11
    2:22
hour 51:16
hours 14:24 15:4
    24:12 26:17
How's 50:15
hundred 14:12
Hutchinson 2:19
hypothesize 45:13
hypothesizing 46:5
hypothetical 44:20
    55:7 71:25
hypotheticals 72:4

          I
ICU 47:15,15 64:9
idea 28:17
identification 6:17
    62:15
identify 62:22
II 3:8
illness 41:14
imaging 3:22 48:3
    48:7 50:10,12
immediately 24:4
    29:8 68:23
important 6:7
inclusive 79:2
incomplete 44:19
    55:6
independent 19:17
    19:22
India 7:13,15 77:9
Indian 7:17
indicate 63:3
indicated 18:20
    35:8 38:8 48:16
indicates 29:6
    60:21
infant 39:6
information 12:16
    12:21 13:4,6 40:5
    42:21 45:5 54:25

55:8 59:19,21
**initially** 22:22
  30:17 32:1
**inpatient** 21:18
  44:24
**instance** 66:10
**instructed** 44:1
**insurance** 44:22
**intensity** 33:10
**intensivist** 30:13
  32:2
**interested** 80:19
**interesting** 16:20
**internal** 10:14
**internally** 25:13
**interview** 8:16,19
  8:20 9:1
**interviewed** 8:12
  8:17
**interviewing** 9:4
**intracranial** 46:11
  46:16,21 47:1,20
  47:24 48:15,19
  50:9,19 52:6,13
  52:20 53:3
**introduced** 5:18
**intubated** 29:17
  30:12 32:3
**involved** 34:24 35:2
  52:9 57:2 58:13
  64:19
**issue** 46:8 59:10
**issues** 9:24 53:8
**it'd** 41:14

**J**

**J** 1:21 2:8 3:12 80:4
  80:24
**JAMIE** 1:13 3:16
**January** 1:26 5:3
**JENNIFER** 1:11
  3:2
**job** 73:5
**Joey** 3:26
**Join** 35:4 44:6 55:5

55:6
**JUDD** 1:10 2:12

**K**

**Kannada** 77:24
**Kansas** 1:1,2,2,22
  1:24,25 7:10 8:9
  8:11 9:8,10,11
  21:22,23,25 22:3
  22:10,11,12 80:2
  80:5,21
**keep** 25:12,19
**KELLEY** 1:21
**Kelli** 1:4 49:17
  64:22 65:15,22
  70:5,19
**KENT** 1:14 2:22
**Kevin** 64:24 65:22
  70:4,19
**kid** 9:25 36:22,23
  55:22 67:14,15,16
  67:20
**kids** 9:24 10:1
**kind** 10:6 40:3
  65:18
**KIRKLAND** 2:7
**know** 9:4,19 11:10
  11:11,13 12:9,17
  12:20 13:3,23
  14:6,8,9,25 15:6
  16:24 17:6 20:11
  20:11,12,15 21:8
  21:10,10,11 22:21
  24:3,14,18,19
  25:6,11,17,18
  25:19 27:12,17,20
  28:20 30:1 31:4,6
  33:9 34:5 36:20
  36:23 37:7,9 38:4
  38:24 39:5,13,16
  39:25,25 40:23
  41:15 42:3,4,25
  43:18 45:6 47:11
  47:13 48:22 49:8
  49:25 50:3,5

51:14 52:24 53:5
53:18 54:21 55:14
56:1,23 59:2 60:6
60:7,8 61:2 64:1
64:22,24 65:16
67:1,8,13 68:10
68:11 69:1,6 70:1
70:6,7,11 71:5,6,9
71:12,16,18 72:1
72:25 73:5,6,9,25
74:5,18,24,25
75:6,18 77:12
**knowing** 56:22
**knowledge** 26:22
  53:21 79:3
**known** 55:1
**KS** 2:5,9,14,19,24
  3:4,9,13,19,23
  80:25
**Kuckelman** 2:7,8
**Kundu** 78:9

**L**

**lack** 44:1,13 45:8
  45:17,25 53:23,24
  54:6,10,21 55:1
**language** 77:6
**languages** 77:10,15
  77:21
**lasted** 56:25
**late** 36:10
**LAW** 2:3 3:3
**lead** 31:25
**learn** 11:12,17
  12:13 59:21 60:4
  70:2
**learning** 12:15
  22:22
**left** 25:18 61:1,5
**legs** 31:12 67:3
**length** 56:7
**let's** 14:3 15:3,23
  18:25 19:2 23:4
  24:5 25:5 46:14
  46:15 62:7 65:25

69:7,21 71:21
**level** 10:24 17:6
**liked** 8:12
**likewise** 6:12
**limb** 48:22 53:7
**limit** 18:25 19:2
**limited** 43:3
**LINVILLE** 3:12
**LISA** 1:10 2:12
**listing** 73:5
**little** 11:18 59:7
**LLC** 1:8,13 2:11,12
  2:17 3:3,11,17
  79:23
**LLP** 3:7
**location** 9:8
**log** 16:2
**long** 7:5 25:19
  27:17 28:17 33:7
  35:18 56:15,24
  57:21
**look** 59:4 66:1
**looked** 30:4
**looking** 40:4,17,23
  48:9 60:8
**looks** 18:13 25:25
  26:16
**lot** 41:25 47:7

**M**

**M** 2:13
**machine** 80:9
**Main** 1:22 2:13
  3:23 80:25
**making** 27:6 60:3
**Manager** 3:26
**March** 11:20 15:3
  15:3,13,15,23
  16:25 17:7 19:15
  20:21 22:15 23:5
  24:5 25:6,15
  27:13 46:14,20
  47:3 59:17 65:5
  69:7,21 71:21
  72:5

**MARINO** 2:12
**marked** 6:16,18
  62:14,21
**married** 77:19
**MARTIN** 2:23
**Mary** 60:12
**mass** 65:9
**Massachusetts**
  8:21
**Masterman** 60:13
  60:13,14,15
**Masterson** 60:7,12
**match** 9:6
**matching** 9:6
**mean** 11:4 14:2
  15:14 19:9,14
  21:17 31:9,16
  33:11 40:11 42:12
  44:7 46:23 48:2,2
  49:24 56:11,11
  63:15 64:6 68:22
  69:13 71:17 72:18
  73:19 78:9
**med** 7:13
**medical** 1:8,9 2:11
  3:26 7:11,20,21
  8:5 9:21 11:15
  18:14,15,18 20:12
  39:1 54:24 56:24
  63:4 72:22 73:2,4
  73:7,7 77:25
  79:23
**medicine** 8:1 9:25
  10:12,14 13:22
  22:12 63:16
**medulloblastoma**
  51:24
**memory** 24:5 28:15
**mention** 49:10 73:6
**mentioned** 10:13
  33:16 38:6 40:2
  40:24 48:20 62:5
**mentor** 64:16
**mentoring** 63:22
**message** 49:18

**Michael** 2:8 3:22
**Michelle** 2:13
**michelle@gwmk...**
  2:15
**middle** 43:21
**midlevel** 58:10
**Miles** 3:22
**mind** 39:23
**minimal** 36:16,20
**minor** 1:3
**minutes** 32:7 57:1
  62:9 67:15
**missed** 66:3,12,16
**missing** 13:10
**MIZE** 3:12
**mkuckelman@kt...**
  2:10
**mom** 18:11 20:18
  40:6 64:23
**moment** 74:23
**Monday** 51:12
**month** 75:15,15,21
  75:21
**Morgan** 1:4 18:16
  49:17 64:22,24
  65:22 74:7 79:23
**Morgan's** 20:9
**morning** 5:25 15:7
  15:9 19:14 23:21
  36:10 51:13 56:1
  56:17 67:10 74:10
  75:3
**movements** 31:23
**moving** 67:3
**MRI** 50:13,16,22
**multiple** 8:13 42:9
**M.D** 1:19 3:7 4:3
  5:7 79:6

---

**N**

**N** 1:17 2:1,4,24 3:1
  3:4 4:1
**Nall** 2:8
**name** 5:13,18 8:19
  8:22 29:18 30:2

  60:11,12
**native** 77:6
**natural** 1:4
**nausea** 45:6 54:11
**necessarily** 11:9
  13:2 16:14
**need** 26:9 37:19
**needed** 40:7
**needs** 24:4 55:22
**nerve** 48:10,12
**nerves** 48:13 50:7
**neuro** 48:5,8 50:6
  69:13,16,17
**neurologic** 39:4,21
  53:11 55:16 68:3
**neurological** 37:10
  37:15 38:9,19,22
  39:2,13,22 48:6
  52:3,3 53:18,25
  54:3 55:12,24
  68:6
**neurologist** 52:9
  57:16 60:2 69:9
  69:15,18,22 72:7
**neurosurgeon**
  52:24 53:1 60:3
  72:8
**never** 18:3,5,7,10
  47:9,17,19 51:14
  74:9
**New** 8:18
**newborns** 63:15
**night** 15:7,8 43:22
**nods** 50:11
**normal** 39:13
**North** 1:24 2:13 3:8
  3:18
**Notary** 79:16
**note** 25:25 26:1,4
  26:20 27:8 28:20
  37:22,25 40:25
  43:1 58:5,15
  60:21 66:7 70:7,9
  70:16,16,17 72:15
**notes** 25:21 43:3

**notice** 4:8 6:19
**number** 14:5 23:7
  24:21 41:19 47:6
  56:21 60:25 70:1
**nurse** 24:9,10 28:8
  29:25 34:22 58:10
**nursery** 14:22
  75:13
**nurses** 34:3,6

---

**O**

**O** 1:17,17
**oath** 5:8
**OB** 10:14
**Object** 35:3 36:19
  37:16 41:18 44:4
  44:16,18 45:11
  46:3 51:7 53:13
  54:13 55:4,18,19
  58:21 66:13 67:11
  67:21
**objection** 67:12
**observation** 44:3,7
  44:8,9,21,23
**observe** 35:14
**observed** 30:16
**Obviously** 67:1
**occurred** 20:8
  34:13 58:24 60:5
  61:7,17 62:3 65:5
  75:2
**occurs** 64:12
**offering** 59:10
**official** 80:20
**Oh** 26:12 27:6
**okay** 5:18 6:14,23
  13:19 15:21 16:15
  16:17,22 18:25
  21:20 22:1,20
  23:4,21 25:5,12
  27:10 29:2,11
  31:9 33:22 35:6
  35:21 36:5,16
  37:13 38:1,7,21
  42:6 43:7,14 45:2

  45:21 46:14,19
  47:3 48:5 49:22
  50:6 51:23 54:17
  55:11 56:7,22
  59:8,19 60:16
  61:5 62:7,8 63:2
  64:15 66:6,15,19
  67:24 69:3,20,25
  72:16 73:13 74:13
  76:18
**once** 7:21 32:1
  54:15
**oncological** 52:4
**opening** 31:23 67:1
**opinion** 59:10
**opinions** 61:14,17
  61:21
**order** 8:1 11:13
  48:6 50:21 51:2,4
**ordered** 51:17
**ordering** 51:15
**oriented** 38:5
**originating** 48:13
**outpatient** 63:20
**overdosed** 43:19
**Overland** 2:9
**overnight** 23:19
**oversee** 14:20,21

---

**P**

**P** 1:17 2:1,1 3:1,1
**page** 26:7,12,15
  38:3
**paged** 56:5
**pages** 73:20 79:2
**paid** 64:17
**papilledema** 48:21
  53:6
**parents** 13:6 57:10
  77:14
**Park** 2:9
**Parkway** 3:4
**part** 63:3
**particular** 16:22
  66:9

**parties** 80:13,17
**partly** 71:11,11
**partners** 70:21
**parts** 31:18
**patient** 11:13 12:4
  12:5,10,24 16:3,5
  17:17 18:23 20:23
  20:24 22:22,24
  28:11,14 29:17
  39:3,8,16,18
  41:12 43:5,19,20
  46:6,12,17 47:20
  47:25 49:1 51:15
  51:21,24 52:11,14
  56:18 58:12,13
  64:3,13 68:7,9
  69:10 71:15,23
  72:2,3,24,25
  76:13
**patients** 10:21 11:2
  13:24 14:2 15:1
  16:10,12 17:8,15
  23:9,10,17 25:1,7
  25:14 34:3 39:14
  41:3,23 42:2,10
  46:21,22,22,25
  47:5 49:13 52:2
  57:20 58:15
**patient's** 30:2
**PA-C** 1:10 2:16
**pediatric** 9:16,20
  10:5,10,15,21
  11:2 14:20,21
  17:8 21:12,18
  23:11,18 24:6,15
  25:1,3,7 32:9 34:7
  39:3,16 41:3,23
  42:2 46:12,17,22
  47:20,25 49:1
  51:12,20 52:2,9
  52:14 57:15 63:10
  63:18 69:8,22
  70:23 71:22 76:1
  76:6,10,13
**pediatrician** 17:14

pediatrics 9:23
    10:14,16 63:12,17
    63:19,20,21 64:7
peds 21:14
perfect 67:16
performed 55:13
    60:22
period 15:12 34:14
    37:9 60:17 80:14
person 12:12
personal 57:22
    58:5,15,25 66:7
    70:8 72:2 74:1
personally 9:24
    18:6,9,12 20:10
    46:13,18 47:17,19
    58:4 60:8 70:8
    71:16 72:1
pgs 4:8,9
phone 12:14,18
    13:16 19:20,23
    20:4 21:1 23:20
    23:25 28:16,18
    34:3,5 35:9 55:25
    56:4,9 73:18,22
    73:23 74:2
physical 11:7,8,15
    11:22 12:12 13:14
    17:21 18:7 35:9
    45:22 52:7 74:11
physically 11:21
    12:18,19,23 16:6
physician 17:14
    29:2,18
physicians 29:14
place 34:22
places 8:13
plaintiff 1:5,19 2:3
    5:21
plan 16:5 23:1
    34:21 35:10,13,18
    35:20 38:10,12,14
    39:21 44:14 45:9
    45:22 55:2
play 13:21 21:20

45:18
please 5:5,13 6:9
    7:1 23:13 26:11
point 32:4,19 36:2
    36:3 55:9 60:4
    64:21 65:25 67:14
    70:13,17
pons 61:1,5
possibly 32:16
    56:11,14 61:4
posterior 51:20
posturing 30:22,25
    31:3
practice 8:1 10:4
    10:11 11:5 14:15
    51:22,25 52:1
    63:2,12,13,15,17
    63:18 64:12 72:8
    76:12
practicing 13:22
preparation 70:15
    72:10
present 3:26 5:23
    5:25 12:18,19,23
    14:4 16:7 29:3
    30:20 67:13 72:24
presentation 16:19
    41:1,25 45:13,15
    45:20 55:21
presented 25:22
    29:7 40:15
presenting 41:2,13
    47:13 56:19
presents 52:11
pressure 47:21
    48:15,19 50:20
    52:21
pressures 46:12,16
    47:1,25 50:9 52:6
    52:13 53:4
pretty 30:17 32:24
    75:21
previous 15:8
    40:25
PRINGLE 2:23

prior 5:19 7:8
    11:20 16:25 18:2
    18:13 19:18 20:21
    26:21,25 27:3,7
    27:21 28:9 30:22
    33:14 42:3 43:6
    45:24 46:14 47:3
    50:2 61:7 65:12
    69:7,21 71:21
probably 6:7 12:2
    13:18 33:11 56:25
    65:6 71:20 74:3
procedure 1:20
    28:14
process 7:15,22 9:6
    10:8 20:13,14
    73:20
processes 22:23
program 9:2,3
    21:21 22:3,10
programs 8:15,25
progress 70:16
properly 30:5,15
propounded 80:8
provide 10:20
provided 13:12
    40:6 43:2,23,25
    44:12 45:5 65:14
provider 20:8 28:8
    46:2 58:9,18
providers 41:24
providing 12:3,5
    45:1 70:12 76:15
Public 79:16
pulse 30:4
pursuant 1:20
put 26:19 30:7
    34:22
p.m 26:17 62:12,13
    78:20
P.O 2:19

                Q
question 6:8,12,14
    10:9 23:12,13

    24:17 27:10 35:5
    45:3 54:9 58:17
    58:22 61:19 65:13
    69:20 71:19,20,20
    74:13
questions 57:24
    61:12 76:16,20,21
    76:23,25 77:2,3
    78:14 80:8
quick 5:15 50:17
quote 53:19

                R
R 2:1 3:1
raised 48:15,19
    52:20
raises 49:15
rank 9:1
ranks 9:2,3,3
rapid 28:21 30:9
read 19:9 79:1,1
really 5:15 55:20
reason 67:8 69:19
    69:23 74:21
recall 11:23,25
    12:2 14:5 15:5,14
    17:1,3,5 20:3,5,7
    20:10,16,25 21:4
    21:8,12 23:7 24:8
    25:9 28:5 29:4,17
    30:23 31:1,6,7,9
    31:12,14,19,24
    32:6,22 33:9,12
    33:17 34:9,15
    37:8 38:16,23
    40:18,20,21 43:7
    46:13 47:6 49:24
    50:1 51:18 56:2
    57:8,8,13,17,18
    57:22 58:3,4,8,16
    58:17,23,25 60:20
    65:23 66:7 69:1
    70:6,9 72:1 73:14
    73:24 74:8,15,17
    74:19 75:4,5,6

receive 6:21 34:2
    55:25 71:8
received 20:22 34:5
    65:12
recess 62:12
recollection 19:11
    19:17,22
record 5:13 18:14
    18:18 26:20 37:14
    49:7 60:9 62:10
    62:16,19,22 66:11
    70:3,3 74:25
    78:12,16,18 80:11
recorded 56:9 79:2
records 13:11
    18:15,21,22 19:5
    19:6,12 20:12
    25:12,18 26:9,10
    36:6 37:13 40:17
    54:24 56:9,24
    59:4,7 66:1 72:10
    72:12,13
red 49:15 66:3
Reddy 1:12,18 3:7
    4:3 5:3,7,14 79:6
reduced 80:9
refer 28:20
reference 27:6
    29:12,12 34:18,21
    40:14
referenced 39:20
regarding 18:16
    20:8,18,23 21:1
    23:10 24:11 25:13
    26:2,20 32:13
    34:3 40:21 42:22
    57:6 72:22
relate 54:17
related 54:14,15
relates 11:1 17:8
    22:14 37:1 61:13
    61:16,19
relative 80:16,18
relying 17:24
remember 8:22

Case 2:18-cv-02158-KHV   Document 439-11   Filed 05/15/20   Page 14 of 17

Page 8

18:17 27:14,19,23 27:24 28:3,7,12 29:14,19,19,23 31:10 40:9,14 54:23
**remote** 45:16,23
**repeat** 10:9 23:12 54:9
**rephrase** 6:9 23:12 46:23
**report** 23:16,24,25
**reported** 43:11
**reporter** 1:24 5:5 80:5
**REPORTING** 1:21
**reports** 21:3 23:8,9 56:16
**represent** 5:20
**requested** 80:12
**residency** 8:9,15,24 9:7,16,20 10:4,5,8 10:10,11,19 11:11 11:17 14:4 21:21 22:3,10,13 60:17 63:8 76:1,7,10,12
**resident** 7:10 11:5 13:4 14:15 17:12 17:16 21:23 29:3 29:10 42:23 43:12 47:12 60:15 63:24 69:16 73:1,20 74:4 75:24 76:7 76:10,11
**residents** 10:12,15 16:4,13,17,20 17:11 21:9 22:5,7 22:8,9,15,21,24 23:5,8,10,14,16 23:22 29:1,24 33:24 36:7 38:19 63:4 64:17,17 66:17 72:23 73:3 73:21 74:22 75:8 75:10,14,17,22 76:6

**respond** 30:3
**Responded** 28:21
**response** 28:21 30:9 52:8 80:7
**responsibilities** 14:18
**responsibility** 14:18 38:18 72:21
**responsible** 24:25 25:3,14 73:6,10 74:22
**rest** 36:1 37:5,25
**review** 13:11 16:3 18:21,23 36:6 37:13 49:7 50:17 56:23 66:15 70:15 72:12,16 80:12
**reviewed** 18:15,17 72:10,14
**reviewing** 20:11 54:23 74:25
**revisit** 65:17
**revisiting** 66:21
**RICK** 1:21 80:4,24
**right** 5:15 8:19 10:18 22:10,19 33:1,4,20,21 36:11 38:15 40:13 42:17 44:11 45:3 51:10 69:14 75:16 75:19 78:3
**Risk** 3:26
**RN** 1:10,14 2:12,22
**role** 14:17 21:20 22:14,16
**room** 13:7 29:1,3,5 29:24 32:5 49:11 49:12
**rotating** 73:8
**rotation** 14:23
**ROTH** 3:17
**round** 15:9,12 16:9 16:12 34:23 72:23
**rounded** 16:24
**rounding** 16:18

**rounds** 23:14,21 36:4,5,9 73:11
**routine** 21:3 28:13
**rules** 1:20 6:3,5
**running** 40:1

───────
S
───────
**S** 1:17 2:1 3:1,23
**sake** 44:22
**Salina** 3:13
**Samantha** 2:23
**sat** 74:9 75:1
**saw** 18:3 25:14 34:11
**saying** 40:15 75:3
**says** 28:21 29:7 38:4 60:25 61:1,5
**Scale** 38:6 66:22,23 67:9,17,19
**Scday@woodard...** 3:20
**scenario** 73:23 74:20
**school** 7:13,19,20 7:21 9:21 11:16 39:1 77:25
**schooling** 77:11
**schools** 8:14
**scope** 51:22,25 52:1 72:8
**score** 67:25
**seal** 80:20
**second** 26:24 29:6 41:13 75:25
**section** 25:16
**Sedgwick** 1:25 80:3 80:21
**see** 7:1 13:24 15:17 17:15 19:9 22:24 23:1 37:14 43:20 43:21 64:6,12,16 66:11 68:18
**seeing** 41:24
**seen** 22:25 41:25 42:9 47:12

**sees** 64:2,5
**seizing** 43:18
**seizures** 48:21 53:6
**senior** 29:10 76:7 76:10,11
**sent** 25:16
**sentence** 29:6
**service** 15:1 21:14 47:16 75:12,13,18
**services** 21:11 25:2
**set** 80:8
**severe** 52:23
**severity** 52:12
**shallow** 30:17
**sharing** 72:25
**shift** 18:20 24:12
**short** 62:20
**shorthand** 1:24 80:4,9
**show** 24:1 43:12 50:14
**showed** 27:12,13 27:15,18 30:12 55:11
**SIGNATURE** 4:26
**signs** 53:2 54:7 65:20
**similar** 20:22
**simultaneous** 77:10
**sir** 78:6
**sitting** 28:25
**situation** 33:10 36:21,23 40:4 52:10,15 71:25
**situations** 34:4
**six** 75:20,22
**skimmed** 72:18
**sleep** 35:16,19,24 36:17 37:1,7 55:23
**sleepiness** 54:7
**sleeping** 35:23 37:6 39:25 66:23 67:14
**sleepy** 38:5
**smwoods@marti...**

2:26
**somebody** 17:14 42:3 43:18 55:22 66:23
**somewhat** 67:24 68:2 74:22
**sorry** 8:17,18,21 18:25 33:3,3,23 34:19 38:2 44:20 49:6 51:9 52:19 53:14,21,22 54:2 54:9 58:5 59:24 60:10,11 74:13
**South** 1:22 3:13 80:25
**speak** 77:13,15,21
**speaks** 78:8
**special** 7:25
**specialist** 32:10
**specialties** 64:9
**specific** 63:13,16 69:18
**specifically** 60:20
**speculate** 45:12 55:10
**speculation** 44:17 46:4
**spoke** 56:8
**Springfield** 8:21
**ss** 79:10 80:2
**St** 50:24 59:16 62:2
**stabilizing** 32:25 33:4
**stand** 49:5,8
**standpoint** 17:19 17:24 45:19
**start** 18:19,20 32:19
**started** 61:22
**stat** 51:2,4,11,15,17
**state** 5:9,13 79:10 80:2,5
**States** 1:1 8:2
**stay** 70:13
**STEFANIE** 1:13

KELLEY REPORTING ASSOCIATES, LTD    515 S. MAIN, STE 105              WICHITA, KANSAS
                                    316.267.8200                              67202

| | | | | |
|---|---|---|---|---|
| 3:16 | 57:25 58:1 73:14 | 39:22 43:16 46:19 | **three** 9:18 24:11 | 20:9 27:7 |
| **Step** 8:6,6,6,7 | **surgery** 47:14 61:7 | 47:25 65:8 68:11 | 77:10,16 | **treatments** 11:14 |
| **Stephanopoulos** | **suspect** 50:19 52:5 | **tells** 40:1 | **throat** 42:5,7,11 | **triage** 37:24,24 |
| 29:13 32:4 57:6 | 71:17 | **Telugu** 77:18,24 | 45:7 54:8,12,19 | **trial** 57:24 |
| 65:7,7 | **suspected** 47:24 | **term** 68:11 | **throwing** 37:5 42:1 | **tried** 30:1,7 36:2 |
| **Steven** 3:17 | 71:15,22 | **terms** 10:7 12:10 | 42:4 | 51:15 |
| **stiff** 30:24 31:13,17 | **suspecting** 50:8 | 19:20 21:2 26:20 | **till** 6:13 | **true** 79:3 80:10 |
| 31:18 | **sustained** 59:15 | 31:11 34:10 45:21 | **time** 5:4 14:3 15:11 | **truth** 5:9,9,10 80:7 |
| **stopped** 30:6 | **swear** 5:5 | 45:22 47:9 56:7 | 15:12 16:16 17:7 | **try** 16:2 30:1,2 |
| **Street** 3:13 | **sworn** 5:8 79:12 | 61:10,24 76:12 | 17:12 18:17 21:13 | **trying** 11:12 |
| **strep** 42:5,6,11 | 80:6 | **test** 7:25 50:20 | 25:21,22 27:13,14 | **tumor** 51:20 61:20 |
| 45:7 54:8,12,18 | **symptoms** 41:4 | **testified** 15:16 35:7 | 28:2 29:5,10 32:4 | 65:17 |
| **strike** 16:23 34:19 | 45:14 47:14 53:2 | **testifies** 5:10 | 33:12,12 34:6,8 | **two** 7:7 10:7 30:25 |
| 35:6 | 65:20 | **testify** 80:7 | 34:11,12,14,16 | 31:5 41:24 42:18 |
| **stroke** 58:20,24 | | **testimony** 20:18 | 36:1,13,15,16,20 | 51:16 75:24,25 |
| 59:2,16 60:5 | **T** | 24:9 49:16 79:2 | 37:1,7,9 40:5 | **Tyler** 2:4 |
| 61:14,16 62:3,4 | **T** 1:17 | 80:7,11,12 | 41:14 42:15 43:23 | **type** 37:10 50:12 |
| 71:13,15,22 72:3 | **take** 6:20 7:25 8:6 | **testing** 45:23 | 45:14,20 53:1 | 53:2 64:18 70:16 |
| 72:6 | 13:5 16:20 20:21 | **Thank** 37:23 76:22 | 55:11 56:8 57:23 | **types** 56:16 |
| **students** 63:4 72:22 | 32:12 52:7 56:15 | 76:23,25 78:6,7 | 60:4,18 64:2,5 | **typical** 73:19 |
| 73:2,4,7,8 | 62:7 | 78:15 | 65:25 67:6,7 | **typically** 15:11 |
| **style** 21:2 | **taken** 1:19 62:12 | **Thanks** 26:13 | 73:11,11 74:4 | 16:2 18:22 30:1 |
| **Subscribed** 79:12 | 80:9 | **thing** 6:7,25 8:5 | 76:19 78:14 80:14 | 49:13 56:6,15 |
| **subsequent** 72:16 | **talk** 16:4 23:3 | **things** 13:25 45:13 | **times** 42:9 69:25 | 64:7 66:4 74:17 |
| **subspecialist** 58:14 | 28:10 67:16 68:13 | 46:5 55:10 68:6 | **time-based** 64:8 | |
| 59:22 60:1 | 68:16,19 69:4 | **think** 15:16 19:25 | **timing** 32:6 33:13 | **U** |
| **succinct** 49:18 | 74:18 | 22:11 26:6 28:1 | **tired** 36:22 37:3 | **Uh-huh** 33:19 49:4 |
| **suddenly** 30:6 | **talked** 19:1 50:6 | 29:4 30:22,24 | **today** 5:3 76:16 | 60:24 |
| **sufficient** 36:13 | 51:9 53:22 74:6 | 31:2 37:12 38:1,3 | **told** 13:8 49:20 | **ultimately** 35:13 |
| **Suite** 1:22,25 2:4,8 | **talking** 12:17 20:5 | 39:5 40:7,24 51:1 | 62:3 | 52:8 |
| 2:13,24 3:4,8,18 | 22:21 37:22 50:12 | 51:3 53:15,16,17 | **TORLINE** 2:7 | **uncommon** 41:23 |
| 3:23 80:25 | 68:7,8 78:10 | 53:24 54:5,24 | **totally** 5:17 | **undergrad** 7:12,14 |
| **summary** 60:23 | **tap** 30:2 | 55:14,21 59:18,22 | **Tracy** 2:18 | **undersigned** 79:13 |
| **supervise** 75:8 | **taught** 11:15 77:7,9 | 60:9 62:5 66:16 | **train** 38:21 | **understand** 5:20 |
| **supervised** 76:6 | 77:12 | 66:18,20 68:21 | **trained** 38:24 | 6:5,9,15 35:5 45:2 |
| **supervising** 22:18 | **tcole@gglawks.c...** | 69:24 70:20 73:13 | **training** 38:18,25 | 70:14 |
| 23:6 63:23,24 | 2:21 | 74:12 76:3,4,17 | 64:19 | **understanding** |
| 75:11 | **teach** 63:4 73:9 | **thinking** 20:14 | **transcript** 80:15 | 36:25 67:5 |
| **supervision** 22:20 | **teaching** 74:23 | **third** 17:11 29:6 | **transcription** 80:10 | **understood** 76:16 |
| 60:16,18 | **technology** 50:25 | 75:25 | **transfer** 60:21,25 | **unit** 73:8 |
| **supervisor** 73:2 | **tecum** 6:20 | **thorough** 41:8,10 | **transferred** 71:6,10 | **United** 1:1 8:2 |
| **supervisors** 73:3 | **telephone** 12:5 | 41:15 | **treat** 11:12 13:25 | **university** 7:10,17 |
| **supposed** 34:23 | **tell** 7:15,16 10:6 | **thought** 20:13,14 | 13:25 71:18 | 7:18 8:8,11,20,23 |
| **sure** 7:2,19 10:12 | 15:21,25 22:24 | 61:6 64:15 | **treated** 14:2 | 9:2,7 21:21,23,25 |
| 16:2 22:11 47:21 | 29:22,22 30:16 | **thousands** 14:7 | **treatment** 11:2 | 22:2,9,11 |

update 56:19
upgoing 31:14
usually 24:2 47:13
   50:23
U.S 8:5

───── V ─────
v 79:23
Vaguely 29:21
varies 14:25
various 11:13 68:6
vary 75:15
versus 12:18 44:24
VIDEOGRAPH...
   3:21 5:1 62:10,16
   78:18
videotape 1:18 5:2
video@kelleyrep...
   3:25
visit 42:13,22 50:2
Vitae 4:9
vomit 54:15
vomiting 37:4 42:3
   45:7 54:11,14
vs 1:7

───── W ─────
W 2:18
Waco 1:25 3:18
Wadud 70:24
Wagner 29:7,9
wait 6:11,13 38:2
   60:10,11
wake 30:3 36:2,14
   36:17 67:15
walk 29:24 49:2,3
   49:13 50:3,4
Walker's 34:20
wane 41:5
want 9:1 14:8
   37:21 38:9 40:12
   41:15 45:12,12
   52:18,20 53:19
   55:9 56:20 57:25
   65:17 73:14

wanted 9:25 43:19
wasn't 29:3 30:15
   35:22
Waterfront 3:4
Watson 2:12,13
   46:3 54:13 55:5
   76:21
wax 41:4
way 13:13,17 25:10
   45:4 48:24,25
   50:17 67:18
weakness 48:22,23
   53:7,7,8
week 14:22
went 6:3 9:20 37:7
   41:20
Wesley 1:8,9,9 2:11
   3:26 50:2 79:23
we'll 61:10
we're 62:19 78:15
We've 62:8
wheeled 49:12,14
White 1:13 3:16
   11:1 12:1 13:8,13
   16:25 17:11 20:1
   20:6 38:15,16
   43:7 68:19 69:3
   73:15 74:1,16
   75:2
Wichita 1:11,22,25
   2:5,14,24 3:4,9,19
   3:23 9:14 80:20
   80:25
wife 77:21
within-named 80:6
witness 4:26 5:6
   50:11 78:7,11,16
   80:6,11,13,20
witnessed 11:21
woken 55:22
WOODARD 3:17
WOODLAWN 1:9
Woods 2:23 35:3
   44:6 76:25
word 63:23

words 10:6
work 7:8 22:5
   24:11 64:4
worked 7:10
wouldn't 13:2 47:8
   69:15
write 7:19
writing 80:9
written 13:15
wrote 43:1

───── X ─────
X 4:1

───── Y ─────
yeah 8:13 9:12,22
   14:13 20:17 21:16
   24:23 25:20 26:14
   27:1 32:8 36:12
   40:17 42:8,15,21
   44:12 48:11 49:6
   60:14 64:24 65:1
   67:18 68:1 69:12
year 8:8 11:4 14:14
   17:11,12,16 21:9
   74:4 75:24,25
years 7:7,24 9:17
   30:25
yesterday 5:23
   34:17,20
York 8:18
Young 3:3 37:16
   51:7 55:18 66:13
   67:12,21 76:23

───── Z ─────
Zoglman 24:9,10
   24:10

───── 1 ─────
1 8:6 37:24
1:15 78:19,20
1:52 5:4
10:00 15:18,25
   23:16 35:21
10:02 28:22

10:30 36:10
100 2:24 3:8 47:7
105 3:14,23
10740 2:8
108 1:22 80:25
11:00 36:10
11:52 1:26
12:47 62:11,12
12:57 62:13,17
129 3:13
1300 2:13
131 26:12,15
14 60:25
15 67:9,25
1617 3:4
18-year-old 39:7
1921 26:16

───── 2 ─────
2 8:6,6 37:24
2nd 2:18,18
2:18-CV-02158 1:7
20 2:18 24:18,21
   67:15
200 47:7
2000 21:24
2016 10:20
2017 11:20 15:3,13
   15:15 16:25 17:7
   21:24 22:15 23:5
   24:6 25:6,15,18
   46:14,20 47:3
   59:17 69:8,21
   71:21 72:5
2019 1:26 5:4
206 2:4
245 1:24 3:18
250 2:8
260 1:25 3:18
263-0125 3:20
263-4958 3:19
264-7321 2:14
264-8614 2:15
265-2955 2:25
265-7741 3:9

265-9311 2:25
267-2000 3:5
267-7803 3:10
267-9380 3:24
267-9382 3:24
2977 2:19

───── 3 ─────
3 8:7
301 2:13
31 4:8 6:16,19
316 2:5,6,14,15,25
   2:25 3:5,5,9,10,19
   3:20,24,24
32 4:9 62:14,21

───── 4 ─────
4 4:8,9
4th 1:26 5:3
400 3:4
45 62:8

───── 5 ─────
5 4:4 79:2
5-and-a-half 7:23
5-year-old 39:9
500 2:24
515 1:22 3:23 80:25

───── 6 ─────
6 4:8 11:20 16:25
   17:7 20:21 24:5
   25:15 72:5
6th 15:3,23 19:15
   25:6 27:13 46:20
   56:17 65:5 71:21
6-year 7:23
6:15 20:2
6:30 67:9
62 4:9
620 2:20,20
630-8466 3:5
654-8684 80:26
662-0537 2:20
66211 2:9
669-9426 2:20

**67202** 1:22 2:24 3:9
    3:23 80:25
**67202-0127** 3:19
**67202-4813** 2:14
**67206-6639** 3:4
**67212** 2:5
**67402-0380** 3:13
**67504** 2:19

---
**7**

**7th** 69:7
**7:00** 34:12
**7:21** 26:17
**721-5500** 2:5
**722-7510** 2:6
**77** 4:5
**78** 79:2
**785** 3:14,14,14
**79** 4:26

---
**8**

**80** 4:27
**800** 80:26
**823-1868** 3:14
**823-6325** 3:14
**825-8207** 3:14

---
**9**

**9:25** 18:13
**9:30** 15:17,24 23:15
    35:21
**913** 2:9,10
**940** 2:4
**948-8611** 2:10
**948-8612** 2:9
**950** 3:8