```
Wesley Woodlawn Hospital (COCGHA) ED WOODLAWN
EMERGENCY PROVIDER REPORT
REPORT#:0305-0998    REPORT STATUS: FSign
DATE:03/05/17  TIME: 1832
```

```
PATIENT:                              UNIT #: E000135095
ACCOUNT#: E00009412379                ROOM/BED: E.ED
DOB:              AGE: 5Y 02  SEX:    PCP PHYS: Urgent
ADM DATE: 03/05/17                    INI AUTH: Grover,Bridget C  PA-C
ED ADMIT DT: 03/05/17                 LAST SIG: Faimon,Gregory G  MD
REP SERV DT: 03/05/17                 REP SERV TM: 1832
  * ALL edits or amendments must be made on the electronic/computer document *
```

## Grover,Bridget C 03/05/17 1832:
## HPI-Headache Peds

### General
**Confirmed Patient** Yes

### Presentation
**Chief Complaint** Headache, sore throat

### Free Text HPI Notes
**Free Text HPI Notes**
5-year-old male presents with his mother complaining of headache along with a sore throat over the past 24 hours. Had one bout of vomiting today. He has complained of some generalized abdominal pain. He has no other medical problems and is not on any medications. He has had increased fatigue today. Mom denies any rash.

### Risk-Headache Peds

### Risk Stratification
**Subarachnoid Hemorrhage** Risk factors reviewed

### Review of Systems

### ROS Statements
**All systems rev & neg** except as marked.

### Basic Review of Systems
**Basic ROS** RESP: No SOB, CV: No chest pain, GU: No dysuria/frequency

### Focused Review of Systems
**Constitutional**
Reports: Fever, Irritability.
**Ears/Nose/Throat**
Reports: Sore throat.  Denies: Earache R, Earache L, Toothache.

**EXHIBIT**

**A**

**GI**
Reports: Abdominal pain.  Denies: Constipation, Diarrhea, Nausea, Vomiting.
**Musculoskeletal**
Denies: Extremity pain.
**Skin**
Denies: Rash.
**Neurologic**
Reports: Headache.  Denies: Dizziness, Focal weakness.

## Past Medical History - Peds
**Stated Complaint** HEADACHE NAUSEA
**Allergies**
**Coded Allergies:**
No Known Allergies (03/05/17)

**Home Medications**
**Reported Medications**
No Known Home Medications

)( **Review of Nursing Notes** Rev avail, and agree

## Physical Exam

### Initial Vital Signs
**Vital Signs**
First Documented:

|          | Result | Date Time    |
|----------|--------|--------------|
| Pulse Ox | 98     | 03/05 1834   |
| Temp     | 97.2   | 03/05 1834   |
| Pulse    | 85     | 03/05 1834   |
| Resp     | 18     | 03/05 1834   |

Last Documented:

|          | Result | Date Time    |
|----------|--------|--------------|
| Pulse Ox | 98     | 03/05 1834   |
| Temp     | 97.2   | 03/05 1834   |
| Pulse    | 85     | 03/05 1834   |
| Resp     | 18     | 03/05 1834   |

**Initial VS** Reviewed

### Basic Physical Exam
**Basic PE** HEAD: Atraumatic/NC, EYES: PERRL, conj clear, ENT: Membranes moist, RESP: No
resp distress, CV: Reg rate & rhythm, ABD: Soft/non-tender, EXT: No gross abnormality,
SKIN: No rashes, Warm/dry, PSYCH: ment status NL/age

Page 2 of 5

## Focused PE

**General/Const** **
 **General/Const** Awake, Alert, No apparent distress
**Ears/Nose/Throat**
 **Ears/Nose/Throat** mild pharyngeal erythema bilaterally no exudates
**Neck** **
 **Neck** Atraumatic, Supple, mild bilateral submandibular adenopathy movable less than 2 cm
**Resp/Chest**
 **Respiratory/Chest** Atraumatic, Breath sounds NL, Breath sounds = bilat
**Cardiovascular**
 **Cardiovascular** Heart rate NL, Regular rhythm, Heart sounds NL
**Abdomen/GI**
 **Abdomen/GI** Atraumatic, Soft, Non-tender, No guarding, No rebound
**Skin**
 **Skin** Atraumatic, Color NL, No rash
**Neurologic** **
 **Neurologic** Orientation NL for age, Speech NL for age, No motor deficits, No sensory deficits, CN II - XII intact, Reflexes equal bilat, Cerebellar NL, Memory NL

## Interpretation & Diagnostics

### Lab Results Interpretation
**Results**
Microbiology:

| Date/Time | Procedure - Status |
| Source | Growth |
| 03/05 1839 | Group A Streptococcus Screen (MIC) - COMP |
| THROAT | |

**Lab Statement**
Laboratory studies reviewed and considered in the medical decision-making.

## Procedures

**Free Text Proc Notes**
**Free Text Proc Notes**
Positive strep

## Patient Discharge & Departure

**Vital Signs/Condition**
**Vital Signs**

Page 3 of 5

First Documented:

|          | Result | Date Time   |
|----------|--------|-------------|
| Pulse Ox | 98     | 03/05 1834  |
| Temp     | 97.2   | 03/05 1834  |
| Pulse    | 85     | 03/05 1834  |
| Resp     | 18     | 03/05 1834  |

Last Documented:

|          | Result | Date Time   |
|----------|--------|-------------|
| Pulse Ox | 98     | 03/05 1834  |
| Temp     | 97.2   | 03/05 1834  |
| Pulse    | 85     | 03/05 1834  |
| Resp     | 18     | 03/05 1834  |

All vital signs available at the time of this entry have been reviewed.


## Clinical Impression
**Clinical Impression**
**Primary Impression:** Strep throat

## Disposition Decision
**Discharge**
)( **Discharged to Home** Yes
)( **Time** 1906
)( **Date** 03/05/17

## Discharge/Care Plan
**Counseled Regarding** Diagnosis, Lab results, When to return to ED
**Prescriptions**
amoxil
**Discharge Note**
I have spoken with the patient and/or caregivers. I have explained the patient's condition,
diagnoses and treatment plan based on the information available to me at this time. I have
answered the patient's and/or caregiver's questions and addressed any concerns. The patient
and/or caregivers have as good an understanding of the patient's diagnosis, condition and
treatment plan as can be expected at this point. The vital signs have been stable. The patient's
condition is stable and appropriate for discharge from the emergency department.

The patient will pursue further outpatient evaluation with the primary care physician or other
designated or consulting physician as outlined in the discharge instructions. The patient and/or
caregivers are agreeable to this plan of care and follow-up instructions have been explained in
detail. The patient and/or caregivers have received these instructions in written format and have
expressed an understanding of the discharge instructions. The patient and/or caregivers are
aware that any significant change in condition or worsening of symptoms should prompt an
immediate return to this or the closest emergency department or a call to 911.

**Index page**

**010013**

## FAIMON,GREGORY G 03/05/17 2215:
## HPI-Headache Peds

**General**
**Initial Greet Date/Time** 03/05/17 1824

## Physical Exam

**Initial Vital Signs**
**Vital Signs**

## Interpretation & Diagnostics

**Lab Results Interpretation**
**Results**

## Patient Discharge & Departure

**Vital Signs/Condition**
**Vital Signs**

## Supervising Physician Note
**MidLv Saw Pt Alone**
I have reviewed the PA/NP's note and plan of care. I was available for consultation as needed at all times during the patient's visit in the emergency department. I agree with the clinical impression, plan and disposition.

Electronically Signed by Grover,Bridget C  PA-C on 03/05/17 at 2157
Electronically Signed by Faimon,Gregory G  MD on 03/05/17 at 2215

```
RPT #: 0305-0998
***END OF REPORT***
```

```
RUN DATE: 03/06/17                Galichia Heart Hospital Laboratory              Page: 1
RUN TIME: 0215        2610 N. Woodlawn Boulevard, Wichita, KS 67214 * 316-858-2990
                             HPF LAB Discharge Summary Report w/o Pathology
--------------------------------------------------------------------------------------
PATIENT:                               ACCT #: E00009412379 LOC:  E.ED      U #: E000135095
                                       AGE/SX: 5Y 02M/M   ROOM:             REG: 03/05/17
REG DR:  Faimon,Gregory G  MD          STATUS: DEP ER     BED:             DIS:
--------------------------------------------------------------------------------------
            ************ MICROBIOLOGY SPECIMEN SUMMARY  ************

   Col Date Time Specimen #     Source    Sp Desc    P/F Organisms ...
--------  ---- ----------------- ---------- ---------- --- -----------------------------
> 03/05/17 1839 17:WY:B0009093S  THROAT              F  <none>

             ------ RESPIRATORY CULTURES AND TESTS ------
--------------------------------------------------------------------------------------
Specimen: 17:WY:B0009093S  COMP   Collected: 03/05/17-1839   Received:  03/05/17-1843
  Source: THROAT
  STREP THROAT SCREEN (GROUP A)       Final 03/05/17

                       POSITIVE
```

** END OF REPORT **

WESLEY MEDICAL CENTER/GALICHIA HEART HOSPITAL  (COCGHA   )
DISCHARGE INSTRUCTIONS (ED)
REPORT #: 0305-0468   REPORT STATUS: Draft
DATE: 03/05/17 TIME: 1908

PATIENT: ▇▇▇▇▇▇▇▇
ACCOUNT #: E00009412379
DOB: ▇▇▇▇   AGE: 5Y 02M   SEX: M
ADM DT:

UNIT #: E000135095
ROOM/BED:
ATTEND: EDDOC - Generic MD for EDM
AUTHOR: Grover,Bridget C  PA-C

* ALL edits or amendments must be made on the electronic/computer document *

Current patient of record information for this document is:

▇▇▇▇▇▇▇
PatID: E000135095   Age: 5
Acct#: E00009412379   DOB: ▇▇▇▇▇▇

Report including patient information as it appeared at the time this document
was generated and provided to the patient is as follows below.
----------------------------------------------------------------------------

▇▇▇▇▇▇▇
PatID: E000135095   Age: 5
Acct#: E00009412379   DOB: ▇▇▇▇▇▇
Printed: 03/05/2017 7:08 PM
By: Grover, Bridget

General Emergency Department Discharge Instructions

The exam and treatment you received in the Emergency Department were for an
urgent problem and are not intended as complete care. It is important that you
follow up with a doctor, nurse practitioner, or physician assistant for ongoing
care. If your symptoms become worse or you do not improve as expected and you
are unable to reach your usual health care provider, you should return to the
Emergency Department. We are available 24 hours a day.

You were treated in the Emergency Department by:
Primary Provider: Bridget Grover, PA

The Following Instructions Were Selected for You Today: Pharyngitis, Strep

Pharyngitis, Strep

You have been diagnosed with strep pharyngitis.

Strep pharyngitis (strep throat) is an infection in the back of the throat and
tonsils. It is caused by bacteria called Streptococcus pyogenes. The word
"pharyngitis" means "sore throat." The doctor might use a test to find out
whether your child's sore throat was caused by strep bacteria or a virus. If a
virus caused the sore throat, antibiotics will not help. Taking antibiotics
when they are not needed is dangerous because it leads to resistance. This
means the drugs will not work as well when they are needed the next time.

PATIENT'S NAME: ▇▇▇▇▇▇▇     ACCOUNT NO: E00009412379

Symptoms of strep pharyngitis include fever (temperature higher than 100.4 F /

38 C), sore throat, painful swallowing, headache, abdominal pain and vomiting. You might see a rash that feels like sandpaper. You might have swollen tender neck glands. There are usually white spots on the tonsils.

Most people with cold symptoms (runny or stuffy nose or cough) do NOT have strep throat, even if their throats are sore. The doctor might not test you for strep throat. Some people have strep bacteria in the throat all the time but don't get sick. We call these people "carriers." A carrier will always test positive for strep, even though the strep didn't cause your sore throat. If all 4 of the following are true, it is likely your sore throat was caused by strep bacteria:
   * You have a fever (temperature higher than 100.4 F / 38 C), either here or at home.
   * There are white spots in the back of your throat.
   * Your lymph nodes (glands) are swollen.
   * You have NO other cold symptoms, like a stuffy nose, runny nose, or cough.

Strep pharyngitis is treated with antibiotics, medicine for pain and fever (temperature higher than 100.4 F / 38 C), and fluids. It is VERY IMPORTANT that you take all of the antibiotics as directed, even if you are feeling better before the antibiotics are finished.

YOU SHOULD SEEK MEDICAL ATTENTION IMMEDIATELY, EITHER HERE OR AT THE NEAREST EMERGENCY DEPARTMENT, IF ANY OF THE FOLLOWING OCCURS:
   * You have trouble breathing.
   * You are hoarse or your voice changes.
   * You drool or have difficulty swallowing.
   * Your sore throat gets worse or you start to have neck pain.
   * You are unable to take liquids or medicine.
   * You get worse at any time or do not get better in 2 to 3 days.

Follow Up Information:

Follow up with your Physician in 1-2 days. Call as soon as possible to arrange.

What To Do:
   * Take this sheet with you when you go to your follow-up visit.
   * If you have any problem arranging the follow-up visit, contact the Emergency Department immediately.
   * Take all medications as directed.

Additional Information:

   * There are occasions where additional lab tests return u2013 such as a culture
     result or an X-ray or EKG - is further reviewed after you are discharged. If a change in your diagnosis or treatment is indicated, we will attempt to contact you. It is critical that we have a current phone number for you.

   * If you had X-rays done, we can provide you a CD with those X-rays for your review and follow-up.

PATIENT'S NAME: ███████████████        ACCOUNT NO: E00009412379

   * Culture results may take 2-3 days. We review many culture results and will attempt to contact you if the results are significant or may change your treatment.

Prescriptions Written:
Amoxicillin 400 mg/5 mL Suspension, Take 6cc po bid x 10 days .      Dispense qs.
Prescriber: Grover, Bridget
Paper Prescription given to patient

If side effects develop, such as a rash, difficulty breathing, or a severe upset
stomach,
stop the medication and call your doctor or the Emergency Department.

Preventative Health Instructions:

The care you received in the emergency department has been done on an emergency
basis only and is not intended to be a substitute for regular medical care.  If
your condition or symptoms persist or get worse at any time, you should return
to the emergency department if you're unable to contact your own physician.
Please understand that although we may not have determined a specific cause of
your symptoms today, further evaluation may be necessary.  It is important to
get a primary care provider (doctor, PA, or nurse practitioner) for follow up as
well as ongoing healthcare needs.

The following information is provided for you as education regarding
preventative health care and follow up from your emergency department visit:

Regular exercise, good diet and adequate fluid intake are very important for
general health maintenance.  Please discuss these with your primary care doctor
to develop a plan specific to your needs.

Tobacco use is a risk factor for multiple serious illnesses.  If you use
tobacco, please contact the QuitLine at 1-800-QUITNOW (1-800-784-8669) or
www.KSquit.org to assist in your efforts to stop using tobacco products.

During your visit today your blood pressure may have been higher than normal.
If it was high you should have this rechecked.  Follow up with your physician or
the referral provider for a recheck within 4 weeks.

Hypertension is a common but serious illness that should be monitored closely.

I, █████████████, understand the instructions and will arrange for follow-up
care.

_____

PATIENT/REPRESENTATIVE SIGNATURE

_____

STAFF SIGNATURE

PATIENT'S NAME: ████████████████          ACCOUNT NO: E00009412379

## Via Christi Hospital St Francis

| | | | | |
|---|---|---|---|---|
| Patient Name: | ███████████ | | | |
| MRN: | 1003092224 | | Admit: | 3/6/2017 |
| FIN: | 100005687784 | | Disch: | 3/15/2017 |
| DOB/Age/Sex: | ████████  6 years | Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

### *Emergency Documentation*

acetaminophen 320 mg/10 mL    :    acetaminophen 320 mg/10 mL susp-oral CUP ; Status:
susp-oral CUP                             Ordered ; Ordered As Mnemonic:    acetaminophen ; Simple
                                                    Display Line:    250 mg = 7.81 mL, Oral, Once ; Ordering
                                                    Provider:    Chambers Daney, Jennifer M APRN; Catalog Code:
                                                    acetaminophen ; Order Dt/Tm:    3/6/2017 03:08:53 ; Comment:
                                                    Target Dose: acetaminophen 15 mg/kg  3/6/2017 03:08:57

**Glasgow Coma Scale Peds**
Eye Opening Response Peds Coma :    Spontaneously
Best Verbal Response Peds Coma :    Appropriate words/phrases
Best Motor Response Peds Coma :    Obeys
Pediatric Coma Score :    15

Whillock, Summer D RN - 3/6/2017 4:29 CST

| | |
|---|---|
| Document Type: | ED Triage Note |
| Service Date/Time: | 3/6/2017 02:31 CST |
| Result Status: | Auth (Verified) |
| Document Subject: | ED Triage Part 1 - Pediatric |
| Sign Information: | Kent,Aaron D RN (3/6/2017 02:31 CST) |

### ED Triage Part 1 - Pediatric Entered On: 3/6/2017 2:36 CST
### Performed On: 3/6/2017 2:31 CST by Kent, Aaron D RN

**Infectious Disease Risk Screening**
Recent Travel History :    No recent travel

Kent, Aaron D RN - 3/6/2017 2:31 CST

**ED Triage Part 1 - Pediatric**
Chief Complaint :    nausea and vomiting, was just diagnosed with strep tonight at wesley, mom concerned unable to keep
meds down to treat it.
Lynx Mode of Arrival :    Private vehicle
History Obtained From :    Parent
Document Pain Assessment :    Document Pain Assessment
Temperature Oral :    36.5 degC(Converted to: 97.7 degF)
Systolic Blood Pressure :    124 mmHg (HI)
Diastolic Blood Pressure :    69 mmHg
Peripheral Pulse Rate :    93 bpm
Respiratory Rate :    20 br/min
SpO2 :    97 %
Oxygen Therapy :    Room air
Weight Dosing :    16.9 kg(Converted to: 37 lb 4 oz)

Kent, Aaron D RN - 3/6/2017 2:31 CST

## Via Christi Hospital St Francis

Patient Name: ████████████
MRN: 1003092224               Admit: 3/6/2017
FIN: 100005687784           Disch: 3/15/2017
DOB/Age/Sex: ████████ 6 years   Male     Admitting: Bhimavarapu,Bala Bhaskar Reddy MD

### *Emergency Documentation*

<u>DCP GENERIC CODE</u>
Tracking Acuity :   4
Tracking Group :   VCHF ED

Kent, Aaron D RN - 3/6/2017 2:31 CST

ED Allergies/Med Hx Section :   Document assessment
Hallucinations/Delusions :   Unable to obtain
Assault/Homicidal Tendencies :   Unable to obtain
Behavioral Health Concern :   Unable to obtain
General Appearance :   Alert, Oriented, Sleepy
Respirations :   Unlabored, Quiet
Skin Color :   Normal for ethnicity

Kent, Aaron D RN - 3/6/2017 2:31 CST<br>(As Of: 3/6/2017 02:36:41 CST)

<u>Diagnoses(Active)</u>
Nausea                    Date:   3/6/2017 ; Diagnosis Type:   Reason For Visit ; Confirmation:   Complaint of ; Clinical Dx:   Nausea ; Classification:   Medical ; Clinical Service:   Emergency medicine ; Code:   PNED ; Probability:   0 ; Diagnosis Code: AHi9DQD9cNvfGoIOn4waeg

**Allergies/Medications**
Allergy Information :   Reviewed and updated

Kent, Aaron D RN - 3/6/2017 2:31 CST<br>(As Of: 3/6/2017 02:36:41 CST)

<u>Allergies (Active)</u>
No Known Allergies        Estimated Onset Date:   Unspecified ; Created By:   Kent, Aaron D RN; Reaction Status:   Active ; Category:   Drug ; Substance:   No Known Allergies ; Type:   Allergy ; Updated By:   Kent, Aaron D RN; Reviewed Date:   3/6/2017 2:35 CST

<u>Medication List</u>

(As Of: 3/6/2017 02:36:41 CST)

**Pain Assessment Tools Pediatric**
Recent Assessment Pertinent to Pain Management :   No qualifying data available
Preferred Pain Tool :   FACES pain scale

Kent, Aaron D RN - 3/6/2017 2:31 CST

**Numeric/FACES Pain Scale**
FACES Pain Scale :   0

Kent, Aaron D RN - 3/6/2017 2:31 CST

**Image 2 -** Images currently included in the form version of this document have not been included in the text rendition of the form.

---

### Via Christi Hospital St Francis

| Patient Name: | ████████████ | | |
|---|---|---|---|
| MRN: | 1003092224 | Admit: | 3/6/2017 |
| FIN: | 100005687784 | Disch: | 3/15/2017 |
| DOB/Age/Sex: | ████████ 6 years  Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

### *Vital Signs*

#### Vital Signs

| Procedure | Recorded Date 3/6/2017 Recorded Time 11:45 CST Recorded By Roach,Josie M RRT | Recorded Date 3/6/2017 Recorded Time 11:40 CST Recorded By Roach,Josie M RRT | Units | Reference Range |
|---|---|---|---|---|
| Heart Rate Monitored | - | 98 O5 | bpm | [60-100] |
| SpO2 | 96 | 96 O5 | % | |

| Procedure | Recorded Date 3/6/2017 Recorded Time 11:30 CST Recorded By Helm,Amy L RN | Recorded Date 3/6/2017 Recorded Time 10:58 CST Recorded By Walker,Angela R RN | Units | Reference Range |
|---|---|---|---|---|
| Temperature Axillary | **37.7 H** | - | degC | [36-37] |
| Heart Rate Monitored | - | **130 H** | bpm | [60-100] |
| Systolic Blood Pressure | **124 H** | **143 H** | mmHg | [72-113] |
| Diastolic Blood Pressure | **90 H** | **102 H** | mmHg | [39-73] |
| Mean Arterial Pressure,Cuff | 98 | - | mmHg | |

| Procedure | Recorded Date 3/6/2017 Recorded Time 10:55 CST Recorded By Walker,Angela R RN | Recorded Date 3/6/2017 Recorded Time 10:29 CST Recorded By Walker,Angela R RN | Units | Reference Range |
|---|---|---|---|---|
| Temperature Axillary | **37.8 H** | **37.4 H** | degC | [36-37] |
| Heart Rate Monitored | **135 H** | - | bpm | [60-100] |
| Systolic Blood Pressure | **154 H** | - | mmHg | [72-113] |
| Diastolic Blood Pressure | **107 H** | - | mmHg | [39-73] |
| SpO2 | 100 | - | % | |

| Procedure | Recorded Date 3/6/2017 Recorded Time 06:40 CST Recorded By Zoglman,Kayla M RN | Recorded Date 3/6/2017 Recorded Time 06:39 CST Recorded By Robinson,Christine H BLS | Units | Reference Range |
|---|---|---|---|---|
| Temperature Axillary | - | **37.3 H O1** | degC | [36.0-37.0] |
| Peripheral Pulse Rate | - | 78 O1 | bpm | [70-110] |
| Respiratory Rate | - | 20 O1 | br/min | [20-40] |
| Systolic Blood Pressure | - | **124 H O1** | mmHg | [72-113] |
| Diastolic Blood Pressure | - | 61 O1 | mmHg | [39-73] |
| SpO2 | 97 | 96 O1 | % | |

| Procedure | Recorded Date 3/6/2017 Recorded Time 05:10 CST Recorded By Whillock,Summer D RN | Recorded Date 3/6/2017 Recorded Time 04:01 CST Recorded By Whillock,Summer D RN | Units | Reference Range |
|---|---|---|---|---|
| Peripheral Pulse Rate | 76 | **67 L** | bpm | [70-110] |

### Via Christi Hospital St Francis

| | | | |
|---|---|---|---|
| Patient Name: | ██████████ | | |
| MRN: | 1003092224 | Admit: | 3/6/2017 |
| FIN: | 100005687784 | Disch: | 3/15/2017 |
| DOB/Age/Sex: | ██████  6 years    Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

## *Vital Signs*

**Vital Signs**

| | 3/6/2017 | 3/6/2017 | | |
|---|---|---|---|---|
| Recorded Date | 05:10 CST | 04:01 CST | | |
| Recorded Time | Whillock,Summer D RN | Whillock,Summer D RN | | |
| Recorded By | | | | |
| Procedure | | | Units | Reference Range |
| Respiratory Rate | **16** L | **16** L | br/min | [20-40] |
| SpO2 | 98 | 99 | % | |

| | 3/6/2017 | | |
|---|---|---|---|
| Recorded Date | 02:31 CST | | |
| Recorded Time | Kent,Aaron D RN | | |
| Recorded By | | | |
| Procedure | | Units | Reference Range |
| Temperature Oral | 36.5 | degC | [36.0-37.6] |
| Peripheral Pulse Rate | 93 | bpm | [70-110] |
| Respiratory Rate | 20 | br/min | [20-40] |
| Systolic Blood Pressure | **124** H | mmHg | [72-113] |
| Diastolic Blood Pressure | 69 | mmHg | [39-73] |
| SpO2 | 97 | % | |

Order Comments
O1:    Basic Admission Information Pediatric
        Order entered secondary to inpatient admission.
O3:    acetaminophen
        PRN for pain or fever greater than 38 C and uncomfortable. Maximum 5 doses per day. Use first unless parent/patient
         requests otherwise.

        Target Dose: acetaminophen 15 mg/kg  3/15/2017 10:25:27; Rx rounded to measurable dose
O4:    acetaminophen
        PRN for pain or fever greater than 38 C and uncomfortable. Maximum 5 doses per day. Use first when pt not
        tolerating PO, unless parent/patient requests otherwise.
        Target Dose: acetaminophen 10 mg/kg  3/6/2017 06:36:27.

        Dose rounded to measurable amount.
O5:    Volume Ventilation
        wean rate to 8 target end tidal 50; increase backup if needed


Patient Name:
Date of Birth:                 00:00 CST

MRN: 1003092224
FIN: 100005687784

**Attachment(s): 3/23/2017 02:11 CDT Lab/Pathology Lab Report.PDF**

F3PI, PI36 - 01

ADM: **03/06/17**

**Final_Lab_Report**
Via Christi Hospitals Wichita, Inc
929 N. St. Francis, Wichita, KS  67235, CLIA#17D2004290
Joel Alderson, DO, Medical Director



## HEMATOLOGY

### Cell Counts

| Test Name | WBC | | RBC | | HGB | | HCT | | MCV | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ref Range | 5.0-14.5 | | 3.90-5.30 | | 11.5-13.5 | | 34.0-40.0 | | 75.0-87.0 | |
| Units | K/uL | | 10^6/uL | | g/dL | | % | | fL | |
| 03/06/17 03:50 | 21.6 | H | 4.72 | | 12.0 | | 34.9 | | 73.9 | L |
| 03/06/17 10:25 | 13.9 | | 4.64 | | 11.8 | | 34.5 | | 74.4 | L |
| 03/06/17 20:19 | 14.7 | H | 4.21 | | 10.7 | L | 31.9 | L | 75.8 | |
| 03/07/17 03:46 | 13.6 | | 3.54 | L | 9.0 | L | 27.0 | L | 76.3 | |
| 03/09/17 05:03 | 4.6 | L | 4.09 | | 10.3 | L | 31.1 | L | 76.0 | |
| 03/10/17 03:38 | 5.6 | | 3.42 | L | 8.7 | L | 26.2 | L | 76.6 | |
| 03/11/17 06:33 M1 | 8.4 | | 3.64 | L | 9.2 | L | 27.9 | L | 76.6 | |
| 03/12/17 03:31 | 9.1 | | 4.06 | | 10.4 | L | 31.2 | L | 76.8 | |
| 03/13/17 04:36 | 16.7 | H | 4.18 | | 10.8 | L | 33.0 | L | 78.9 | |
| 03/14/17 04:36 | 9.9 | | 4.44 | | 11.3 | L | 34.9 | | 78.6 | |
| 03/15/17 04:52 | 11.4 | | 4.24 | | 10.9 | L | 33.2 | L | 78.3 | |
| 03/15/17 10:17 | 11.8 | | 4.68 | | 12.3 | | 37.2 | | 79.5 | |

| Test Name | MCH | | MCHC | | RDW | | Platelet | | MPV | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ref Range | 24.0-30.0 | | 31.0-37.0 | | 11.5-14.5 | | 150-400 | | 9.4-12.3 | |
| Units | pg | | g/dL | | % | | K/uL | | fL | |
| 03/06/17 03:50 | 25.4 | | 34.4 | | 13.1 | | 483 | H | 9.2 | L |
| 03/06/17 10:25 | 25.4 | | 34.2 | | 13.3 | | 369 | | 9.1 | L |
| 03/06/17 20:19 | 25.4 | | 33.5 | | 13.6 | | 349 | | 8.9 | L |
| 03/07/17 03:46 | 25.4 | | 33.3 | | 13.8 | | 292 | | 8.7 | L |
| 03/09/17 05:03 | 25.2 | | 33.1 | | 13.1 | | 272 | | 9.3 | L |
| 03/10/17 03:38 | 25.4 | | 33.2 | | 13.2 | | 328 | | 8.8 | L |
| 03/11/17 06:33 M1 | 25.3 | | 33.0 | | 13.3 | | 343 | | 8.7 | L |
| 03/12/17 03:31 | 25.6 | | 33.3 | | 13.2 | | 358 | | 8.7 | L |
| 03/13/17 04:36 | 25.8 | | 32.7 | | 13.6 | | 464 | H | 9.0 | L |
| 03/14/17 04:36 | 25.5 | | 32.4 | | 14.0 | | 412 | H | 9.0 | L |
| 03/15/17 04:52 | 25.7 | | 32.8 | | 14.4 | | 590 | H | 9.0 | L |
| 03/15/17 10:17 | 26.3 | | 33.1 | | 14.6 | H | 639 | H | 9.1 | L |

### Differential

| Test Name | Immature Granulocytes | Nucleated RBC Auto | Neutrophils | | Bands | Metamyelocytes |
|---|---|---|---|---|---|---|
| Ref Range | 0.0-1.0 | 0 | 26-65 | | 0-8 | 0-1 |
| Units | % | /100 WBC | % | | % | % |
| 03/06/17 03:50 | | 0.0 | 93 | H | | |
| 03/06/17 10:25 | 0.3 | 0.0 | 91 | H | | |
| 03/06/17 20:19 | | 0.0 | 86 | H | | |
| 03/07/17 03:46 | 0.7 | 0.0 | 74 | H | | |
| 03/09/17 05:03 | 0.7 | 0.0 | 76 | H | | |

LAB: L-Low, H-High, CL-Critical Low, CH-Critical High, T-Toxic, *-Abnormal
MIC: *- New result   **- Result was modified after final status set

Form: CRC1- Cumulative

Report is current as of  03/23/17 02:06

MRN: **1003092224**
Case#: **100005687784**   Patient Type: **I**
Sex: **M**   DOB:          Age: **5**
Dr: **BHIMAVARAPU, BALA BHASKAR REDDY**
Page 1 of 17

Facility: VCH St Francis

VC000341


Patient Name:
Date of Birth: ████ 00:00 CST

MRN: 1003092224
FIN: 100005687784

**Attachment(s): 3/23/2017 02:11 CDT Lab/Pathology Lab Report.PDF**

F3PI, PI36 - 01

ADM: **03/06/17**

**Final_Lab_Report**
**Via Christi Hospitals Wichita, Inc**
929 N. St. Francis, Wichita, KS 67235, CLIA#17D2004290
Joel Alderson, DO, Medical Director



## CHEMISTRY

### Chemistry Panel Tests

| Test Name | Sodium | | Potassium | | Chloride | | CO2 | | Anion Gap |
|---|---|---|---|---|---|---|---|---|---|
| Ref Range | 136-144 | | 3.4-4.7 | | 99-109 | | 22-32 | | 3-20 |
| Units | mEq/L | | mEq/L | | mEq/L | | mEq/L | | |
| 03/06/17 03:50 | 138 | | 3.7 | | 104 | | 21 | L | 13 |
| 03/06/17 10:25 | 135 | L | 4.2 | | 103 | | 21 | L | 11 |
| 03/06/17 20:19 | 141 | | 4.5 | | 109 | | 20 | L | 12 |
| 03/07/17 03:46 | 142 | | 4.8 | H | 111 | H | 24 | | 7 |
| 03/07/17 18:11 | 136 | | 3.7 | | 99 | | 23 | | 14 |
| 03/08/17 04:31 | 139 | | 4.7 | | 102 | | 22 | | 15 |
| 03/09/17 05:03 | 135 | L | 4.1 | | 97 | L | 23 | | 15 |
| 03/10/17 03:38 | 138 | | 4.0 | | 100 | | 24 | | 14 |
| 03/11/17 06:33 M1 | 138 | | 3.9 | | 98 | L | 29 | | 11 |
| 03/12/17 03:32 | 138 | | 4.0 | | 97 | L | 33 | H | 8 |
| 03/13/17 04:36 | 140 | | 3.8 | | 102 | | 29 | | 9 |
| 03/14/17 04:36 | 138 | | 4.6 | | 101 | | 26 | | 11 |
| 03/15/17 04:52 | 145 | H | 3.3 | L | 115 | H | 23 | | 7 |

| Test Name | BUN | | Glucose | | Creatinine | | Calcium | | Protein |
|---|---|---|---|---|---|---|---|---|---|
| Ref Range | 4-20 | | 70-100 | | 0.64-1.27 | | 8.6-10.0 | | 6.1-7.9 |
| Units | mg/dL | | mg/dL | | mg/dL | | mg/dL | | g/dL |
| 03/06/17 03:50 | 17 | | 189 | H | 0.45 | L | 10.1 | H | 6.8 |
| 03/06/17 10:25 | 14 | | 200 | H | 0.47 | L | 9.5 | | 6.9 |
| 03/06/17 20:19 | 9 | | 120 | H | 0.41 | L | 9.1 | | |
| 03/07/17 03:46 | 8 | | 88 | | 0.33 | L | 8.2 | L | |
| 03/07/17 18:11 | 8 | | 315 | H | 0.45 | L | 8.7 | | |
| 03/08/17 04:31 | 10 | | 82 | | 0.40 | L | 8.8 | | |
| 03/09/17 05:03 | 13 | | 93 | | 0.37 | L | 8.9 | | |
| 03/10/17 03:38 | 15 | | 106 | H | 0.36 | L | 8.7 | | |
| 03/11/17 06:33 M1 | 7 | | 91 | | 0.32 | L | 8.8 | | |
| 03/12/17 03:32 | 8 | | 168 | H | 0.18 | L | 9.1 | | |
| 03/13/17 04:36 | 14 | | 101 | H | 0.27 | L | 9.0 | | |
| 03/14/17 04:36 | 13 | | 123 | H | 0.45 | L | 8.6 | | |
| 03/15/17 04:52 | 15 | | 106 | H | 0.21 | L | 6.9 | L | |

| Test Name | Albumin | | Globulin | | Bilirubin Total | | Alk. Phos | | ALT (SGPT) | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ref Range | 3.5-4.8 | | 1.9-4.3 | | 0.2-1.2 | | 117-390 | | 17-63 | |
| Units | g/dL | | g/dL | | mg/dL | | U/L | | U/L | |
| 03/06/17 03:50 | 4.2 | | 2.6 | | 0.5 | M2 | 134 | | 13 | L |
| 03/06/17 10:25 | 4.3 | | 2.6 | | 0.6 | M2 | 132 | | 13 | L |
| 03/06/17 20:19 | 3.5 | | | | | | | | | |
| 03/07/17 03:46 | 2.8 | L | | | | | | | | |

LAB: L-Low, H-High, CL-Critical Low, CH-Critical High, T-Toxic, *-Abnormal
MIC: *- New result  **- Result was modified after final status set

Form: CRC1- Cumulative

**Report is current as of 03/23/17 02:06**

MRN: **1003092224**
Case#: **100005687784**  Patient Type: **I**
Sex: **M**  DOB: ████  Age: **5**
Dr: **BHIMAVARAPU, BALA BHASKAR REDDY**
Page 4 of 17

Facility: VCH St Francis

VC000344


Patient Name: ▮
Date of Birth: ▮ 00:00 CST

MRN: 1003092224
FIN: 100005687784

**Attachment(s): 3/23/2017 02:11 CDT Lab/Pathology Lab Report.PDF**

F3PI, PI36 - 01

ADM: **03/06/17**

**Final_Lab_Report**
Via Christi Hospitals Wichita, Inc
929 N. St. Francis, Wichita, KS  67235, CLIA#17D2004290
Joel Alderson, DO, Medical Director



## CHEMISTRY

### Chemistry Panel Tests

| Test Name | Albumin | | Globulin | Bilirubin Total | Alk. Phos | ALT (SGPT) |
|---|---|---|---|---|---|---|
| Ref Range | 3.5-4.8 | | 1.9-4.3 | 0.2-1.2 | 117-390 | 17-63 |
| Units | g/dL | | g/cL | mg/dL | U/L | U/L |
| 03/07/17 18:11 | 3.1 | L | | | | |
| 03/08/17 04:31 | 3.0 | L | | | | |
| 03/09/17 05:03 | 3.0 | L | | | | |
| 03/10/17 03:38 | 2.8 | L | | | | |
| 03/11/17 06:33 M1 | 2.8 | L | | | | |
| 03/12/17 03:32 | 3.0 | L | | | | |
| 03/13/17 04:36 | 2.9 | L | | | | |
| 03/14/17 04:36 | 2.7 | L | | | | |
| 03/15/17 04:52 | 2.3 | L | | | | |

*M2* Naproxen, specifically the metabolite O-desmethylnaproxen,
may cause spurious elevation in Total Bilirubin levels.

| Test Name | AST (SGOT) | CPK | | Magnesium | | Phosphorus | | | Calcium Ionized |
|---|---|---|---|---|---|---|---|---|---|
| Ref Range | 15-41 | 49-397 | | 1.8-2.5 | | 4.0-7.0 | | | 1.19-1.41 |
| Units | U/L | U/L | | mg/dL | | mg/dL | | | mmol/L |
| 03/06/17 03:50 | 30 | | | | | | | | |
| 03/06/17 10:25 | 25 | 44 | L | | | | | | |
| 03/06/17 20:19 | | | | | | 4.2 | | M3 | |
| 03/07/17 03:46 | | | | 1.8 | | 3.9 | L | M3 | 1.25 |
| 03/07/17 18:11 | | | | | | 2.5 | L | M3 | |
| 03/08/17 04:31 | | | | | | 2.5 | L | M3 | |
| 03/09/17 05:03 | | | | | | 4.3 | | M3 | |
| 03/10/17 03:38 | | | | 1.9 | | 4.0 | | M3 | |
| 03/10/17 03:38 | | | | | | | | | 1.31 |
| 03/11/17 06:33 M1 | | | | 1.6 | L | 3.5 | L | M3 | 1.25 |
| 03/12/17 03:32 | | | | 2.0 | | 4.2 | | M3 | 1.29 |
| 03/13/17 04:36 | | 133 | | 1.9 | | 2.6 | L | M3 | 1.28 |
| 03/14/17 04:36 | | | | 1.7 | L | 3.9 | L | M3 | |
| 03/15/17 04:52 | | | | 1.8 | | 3.7 | L | M3 | |

*M3* High dosages of liposomal Amphotericin B (AmBisome) therapy or other drug
preparations that use a liposomal envelope to facilitate drug delivery may
cause falsely elevated results for phosphorus.

### Misc Chemistry

| Test Name | Ammonia | Lactic Acid Venous |
|---|---|---|
| Ref Range | 9-35 | 0.5-2.2 |
| Units | umol/L | mEq/L |
| 03/06/17 10:25 | 23 | |
| 03/06/17 11:52 | | 0.7 |

LAB: L-Low, H-High, CL-Critical Low, CH-Critical High, T-Toxic, *-Abnormal
MIC: *- New result   **- Result was modified after final status set

Form: CRC1- Cumulative

Report is current as of  03/23/17 02:06

MRN: **1003092224**
Case#: **100005687784**   Patient Type: **I**
Sex: **M**   DOB: ▮   Age: **5**
Dr: **BHIMAVARAPU, BALA BHASKAR REDDY**
Page 5 of 17

Facility: VCH St Francis

VC000345

**Via Christi Hospital St Francis**

Patient Name:
MRN: 1003092224
FIN: 100005687784
DOB/Age/Sex: 6 years    Male

Admit: 3/6/2017
Disch: 3/15/2017
Admitting: Bhimavarapu,Bala Bhaskar Reddy MD

## *Medication Administration Record*

### Medications

| |
|---|
| **Medication Name:** amoxicillin (amoxicillin (PEDS)) |
| **Admin Date/Time: 3/6/2017 09:00 CST**     Charted Date/Time: **3/6/2017 19:05 CST** |
| **Admin Details: (Not Done)** order dc'd by physician amoxicillin |
| **Action Details:** Perform: Helm,Amy L RN 3/6/2017 09:00 CST |

| |
|---|
| **Medication Name:** ondansetron (Zofran) |
| **Admin Date/Time: 3/6/2017 04:01 CST**     Charted Date/Time: **3/6/2017 04:01 CST** |
| **Ingredients:** onda2/1-vial2mL 4 mg 2 mL |
| **Admin Details: (Auth)** IV Push, Lft Antecubital Foss |
| **Action Details:** Order: Chambers Daney,Jennifer M APRN 3/6/2017 03:22 CST; Perform: Whillock,Summer D RN 3/6/2017 03:59 CST; VERIFY: Whillock,Summer D RN 3/6/2017 03:59 CST |

| |
|---|
| **Medication Name:** Sodium Chloride 0.9% (NS Bolus) |
| **Admin Date/Time: 3/6/2017 04:01 CST**     Charted Date/Time: **3/6/2017 04:01 CST** |
| **Ingredients:** NS1000bolus 320 mL |
| **Admin Details: (Auth)** Bolus IV, Lft Antecubital Foss |
| **Action Details:** Order: Chambers Daney,Jennifer M APRN 3/6/2017 03:21 CST; Perform: Whillock,Summer D RN 3/6/2017 03:58 CST; VERIFY: Whillock,Summer D RN 3/6/2017 03:58 CST |

### Continuous Infusions

| |
|---|
| **Medication Name:** LR 1,000 mL + potassium chloride IV additive 20 mEq |
| **Admin Date/Time: 3/15/2017 19:00 CDT to 3/15/2017 19:59 CDT**     Charted Date/Time: **3/15/2017 19:47 CDT** |
| **Ingredients:** pota2vial10mL 0.356 mEq; LR1000 17.822 mL |
| **Admin Details: (Infuse) (Auth)** 18 mL, 9 mL/hr, Lft Antecubital Foss |
| **Action Details:** Order: Borick,Jamie L MD 3/7/2017 20:28 CST; Perform: Guthrie-Patterson,Tamara L RN 3/15/2017 19:47 CDT; VERIFY: Guthrie-Patterson,Tamara L RN 3/15/2017 19:47 CDT |

| |
|---|
| **Medication Name:** LR 1,000 mL + potassium chloride IV additive 20 mEq |
| **Admin Date/Time: 3/15/2017 18:00 CDT to 3/15/2017 18:59 CDT**     Charted Date/Time: **3/15/2017 19:47 CDT** |
| **Ingredients:** pota2vial10mL 0.356 mEq; LR1000 17.822 mL |
| **Admin Details: (Infuse) (Auth)** 18 mL, 9 mL/hr, Lft Antecubital Foss |
| **Action Details:** Order: Borick,Jamie L MD 3/7/2017 20:28 CST; Perform: Guthrie-Patterson,Tamara L RN 3/15/2017 19:47 CDT; VERIFY: Guthrie-Patterson,Tamara L RN 3/15/2017 19:47 CDT |

## Via Christi Hospital St Francis

| Patient Name: | ████████████ | | |
|---|---|---|---|
| MRN: | 1003092224 | Admit: | 3/6/2017 |
| FIN: | 100005687784 | Disch: | 3/15/2017 |
| DOB/Age/Sex: | ████████ 6 years    Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

### *Vital Signs*

### Vital Signs

| Recorded Date | 3/6/2017 | 3/6/2017 | | |
|---|---|---|---|---|
| Recorded Time | 11:45 CST | 11:40 CST | | |
| Recorded By | Roach,Josie M RRT | Roach,Josie M RRT | | |
| Procedure | | | Units | Reference Range |
| Heart Rate Monitored | - | 98 O5 | bpm | [60-100] |
| SpO2 | 96 | 96 O5 | % | |

| Recorded Date | 3/6/2017 | 3/6/2017 | | |
|---|---|---|---|---|
| Recorded Time | 11:30 CST | 10:58 CST | | |
| Recorded By | Helm,Amy L RN | Walker,Angela R RN | | |
| Procedure | | | Units | Reference Range |
| Temperature Axillary | **37.7 H** | - | degC | [36-37] |
| Heart Rate Monitored | - | **130 H** | bpm | [60-100] |
| Systolic Blood Pressure | **124 H** | **143 H** | mmHg | [72-113] |
| Diastolic Blood Pressure | **90 H** | **102 H** | mmHg | [39-73] |
| Mean Arterial Pressure,Cuff | 98 | - | mmHg | |

| Recorded Date | 3/6/2017 | 3/6/2017 | | |
|---|---|---|---|---|
| Recorded Time | 10:55 CST | 10:29 CST | | |
| Recorded By | Walker,Angela R RN | Walker,Angela R RN | | |
| Procedure | | | Units | Reference Range |
| Temperature Axillary | **37.8 H** | **37.4 H** | degC | [36-37] |
| Heart Rate Monitored | **135 H** | - | bpm | [60-100] |
| Systolic Blood Pressure | **154 H** | - | mmHg | [72-113] |
| Diastolic Blood Pressure | **107 H** | - | mmHg | [39-73] |
| SpO2 | 100 | - | % | |

| Recorded Date | 3/6/2017 | 3/6/2017 | | |
|---|---|---|---|---|
| Recorded Time | 06:40 CST | 06:39 CST | | |
| Recorded By | Zoglman,Kayla M RN | Robinson,Christine H BLS | | |
| Procedure | | | Units | Reference Range |
| Temperature Axillary | - | **37.3 H O1** | degC | [36.0-37.0] |
| Peripheral Pulse Rate | - | 78 O1 | bpm | [70-110] |
| Respiratory Rate | - | 20 O1 | br/min | [20-40] |
| Systolic Blood Pressure | - | **124 H O1** | mmHg | [72-113] |
| Diastolic Blood Pressure | - | 61 O1 | mmHg | [39-73] |
| SpO2 | 97 | 96 O1 | % | |

| Recorded Date | 3/6/2017 | 3/6/2017 | | |
|---|---|---|---|---|
| Recorded Time | 05:10 CST | 04:01 CST | | |
| Recorded By | Whillock,Summer D RN | Whillock,Summer D RN | | |
| Procedure | | | Units | Reference Range |
| Peripheral Pulse Rate | 76 | **67 L** | bpm | [70-110] |

### Via Christi Hospital St Francis

Patient Name: ███████████
MRN: 1003092224                                    Admit:      3/6/2017
FIN: 100005687784                                  Disch:      3/15/2017
DOB/Age/Sex: ███████    6 years    Male           Admitting:  Bhimavarapu,Bala Bhaskar Reddy MD

---

### *Vital Signs*

**Vital Signs**

| | 3/6/2017 | 3/6/2017 | | |
|---|---|---|---|---|
| Recorded Date | 05:10 CST | 04:01 CST | | |
| Recorded Time | Whillock,Summer D RN | Whillock,Summer D RN | | |
| Recorded By | | | | |
| Procedure | | | Units | Reference Range |
| Respiratory Rate | **16** L | **16** L | br/min | [20-40] |
| SpO2 | 98 | 99 | % | |

| | 3/6/2017 | | |
|---|---|---|---|
| Recorded Date | 02:31 CST | | |
| Recorded Time | Kent,Aaron D RN | | |
| Recorded By | | | |
| Procedure | | Units | Reference Range |
| Temperature Oral | 36.5 | degC | [36.0-37.6] |
| Peripheral Pulse Rate | 93 | bpm | [70-110] |
| Respiratory Rate | 20 | br/min | [20-40] |
| Systolic Blood Pressure | **124** H | mmHg | [72-113] |
| Diastolic Blood Pressure | 69 | mmHg | [39-73] |
| SpO2 | 97 | % | |

Order Comments
O1:    Basic Admission Information Pediatric
          Order entered secondary to inpatient admission.
O3:    acetaminophen
          PRN for pain or fever greater than 38 C and uncomfortable. Maximum 5 doses per day. Use first unless parent/patient
           requests otherwise.

          Target Dose: acetaminophen 15 mg/kg  3/15/2017 10:25:27; Rx rounded to measurable dose
O4:    acetaminophen
          PRN for pain or fever greater than 38 C and uncomfortable. Maximum 5 doses per day. Use first when pt not
          tolerating PO, unless parent/patient requests otherwise.
          Target Dose: acetaminophen 10 mg/kg  3/6/2017 06:36:27.

          Dose rounded to measurable amount.
O5:    Volume Ventilation
          wean rate to 8 target end tidal 50; increase backup if needed

---

**Via Christi Hospital St Francis**

| | | | | |
|---|---|---|---|---|
| Patient Name: | ████████ | | | |
| MRN: | 1003092224 | | Admit: | 3/6/2017 |
| FIN: | 100005687784 | | Disch: | 3/15/2017 |
| DOB/Age/Sex: | ████ 6 years | Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

---

### *Emergency Documentation*

Document Type:                    ED Note-Physician
Service Date/Time:               3/6/2017 04:48 CST
Result Status:                       Modified
Document Subject:                Throat Pain *ED
Sign Information:                  Chambers Daney,Jennifer M APRN (5/1/2017 20:04 CDT);
                                           Chambers Daney,Jennifer M APRN (3/6/2017 05:12 CST)

**Throat Pain *ED**

Patient:   ████████       **MRN: 1003092224**       **FIN: 100005687784**
Age: **5 years**   Sex: **Male**   DOB: ████████
Associated Diagnoses:   **Headache; Vomiting; Strep throat**
Author:   **Chambers Daney, Jennifer M APRN**

### Basic Information
  **Additional information:** Chief Complaint from Nursing Triage Note : Chief Complaint
      3/6/2017 2:31 CST      Chief Complaint          nausea and vomiting, was just diagnosed with
      strep tonight at wesley, mom concerned unable to keep meds down to treat it.  .

### History of Present Illness
   The patient presents with sore throat and PT HAS HAD A SORE THROAT FOR UNKNOWN TIME.
SISTER JUST HAD TONSILS OUT AND THE MOM WORRIES THAT HE HE WAS TOO AFRAID TO
TELL THEM THAT HE MAY NEED HIS OUT TOO.
   SEEN AT WESLEY THIS EVE 6PM DX STREP. PT SENT HOME AND THEN MOM STATES HE HAS
 BEEN VOMITING EVERY HOUR AND NOT ABLE TO KEEP DOWN PAIN MEDS .  The onset was
unknown.  The course/duration of symptoms is constant.  Location: Pharynx throat. The character of
symptoms is pain and redness.  The relieving factor is none.  Prior episodes: none.  Associated
symptoms: vomiting.

### Review of Systems
      **Constitutional symptoms:**  No fever,
      **Skin symptoms:**  No rash,
      **ENMT symptoms:**  Sore throat, No nasal congestion,
      **Respiratory symptoms:**  No shortness of breath,
      **Cardiovascular symptoms:**  No chest pain,
      **Gastrointestinal symptoms:**  Vomiting.
        **Additional review of systems information:** All systems reviewed as documented in chart.

### Health Status
   **Allergies:** Include allergy profile
        <u>Allergic Reactions (Selected)</u>

---

### Via Christi Hospital St Francis

Patient Name: ▮▮▮▮▮▮▮▮▮▮
MRN: 1003092224
FIN: 100005687784                      Admit:      3/6/2017
DOB/Age/Sex: ▮▮▮▮▮▮    6 years    Male    Disch:      3/15/2017
                                       Admitting:  Bhimavarapu,Bala Bhaskar Reddy MD

---

### *Emergency Documentation*

No Known Allergies
.
**Medications:** Per nurse's notes.
**Immunizations:** Per nurse's notes.

**Past Medical/ Family/ Social History**
**Medical history:** Reviewed as documented in chart.
**Surgical history:**
Craniotomy Tumor Resection on 3/6/2017 at 5 Years.
Comments:
3/6/2017 16:04 - Powers, Janell M RN
auto-populated from documented surgical case
**, Reviewed as documented in chart.**
**Family history:**
No family history items have been selected or recorded.
**, Reviewed as documented in chart.**
**Social history:** Include Social Hx
**Alcohol**
<u>Details:</u> Household alcohol concerns: No.
**Tobacco**
<u>Details:</u> Exposure to Secondhand Smoke: No.

**, Reviewed as documented in chart.**

**Physical Examination**

**Vital Signs**
Vital Signs

| | | |
|---|---|---|
| 3/6/2017 4:01 CST | **Peripheral Pulse Rate** | **67 bpm  LOW** |
| | **Respiratory Rate** | **16 br/min  LOW** |
| | SpO2 | 99 % |
| 3/6/2017 2:31 CST | Temperature Oral | 36.5 degC |
| | Peripheral Pulse Rate | 93 bpm |
| | Respiratory Rate | 20 br/min |
| | **Systolic Blood Pressure** | **124 mmHg  HI** |
| | Diastolic Blood Pressure | 69 mmHg |
| | SpO2 | 97 % |

.
**Measurements**

---

**Via Christi Hospital St Francis**

| | | | | |
|---|---|---|---|---|
| Patient Name: | ████████ | | | |
| MRN: | 1003092224 | | Admit: | 3/6/2017 |
| FIN: | 100005687784 | | Disch: | 3/15/2017 |
| DOB/Age/Sex: | ████ 6 years | Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

---

### *Emergency Documentation*

---

3/6/2017 2:31 CST        Weight Dosing        16.9 kg  .

Include O2 sat from flowsheet : Oxygen Therapy & Oxygenation Information

3/6/2017 4:01 CST        Oxygen Therapy                Room air

3/6/2017 2:31 CST        Oxygen Therapy                Room air

.

Within normal limits, non-hypoxic.

**General:**  Alert, no acute distress, ill-appearing.

**Skin:**  Warm, dry, intact, no rash, pale.

**Head:**  Normocephalic, atraumatic.

**Neck:**  Full range of motion.

**Eye:**  Extraocular movements are intact.

**Ears, nose, mouth and throat:**  Oral mucosa moist, ERYTHEMA .

**Cardiovascular:**  Regular rate and rhythm.

**Respiratory:**  Respirations are non-labored.

**Gastrointestinal:**  Non distended.

**Musculoskeletal:**  Normal ROM.

**Neurological:**  SLEEPY .

**Psychiatric:**  Cooperative.


**Medical Decision Making**

**Differential Diagnosis:**  Viral pharyngitis, streptococcal pharyngitis, viral syndrome, upper respiratory infection, FAILED OUT PATIENT .

**Documents reviewed:**  Emergency department nurses' notes.

**Orders**  Include Orders Previously Placed (Selected)

Documented Medications

Documented

Boudreaux Butt Paste: 1 app, Topical, QID, PRN: Diaper Rash, 0 Refill(s)

Normal Saline Flush: 10 mL, IV Push, BID, 0 Refill(s)

Normal Saline Flush: 10 mL, IV Push, BID, 0 Refill(s)

Normal Saline Flush: 10 mL, IV Push, q3min, PRN: Other (See Comment), 0 Refill(s)

Normal Saline Flush: 20 mL, IV Push, q3min, PRN: Other (See Comment), 0 Refill(s)

acetaminophen 120 mg rectal suppository: 180 mg = 1.5 supp, Rectal, q4hr, PRN: Other (See Comment), 0 Refill(s)

dexamethasone 1 mg/mL oral concentrate: 4 mg = 4 mL, Dobhoff Tube, q8hr, 0 Refill(s)

fentaNYL 50 mcg/mL injectable solution: 15 mcg = 0.3 mL, IV Push, q30min, PRN: Agitation, 0 Refill(s)

fentaNYL 50 mcg/mL injectable solution: 15 mcg = 0.3 mL, IV Push, q4hr, PRN: Pain, 0 Refill(s)

glycerin: Rectal, Daily, 0 Refill(s)

---

### Via Christi Hospital St Francis

| | | | |
|---|---|---|---|
| Patient Name: | ██████████ | | |
| MRN: | 1003092224 | Admit: | 3/6/2017 |
| FIN: | 100005687784 | Disch: | 3/15/2017 |
| DOB/Age/Sex: | ██████  6 years    Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

---

### *Emergency Documentation*

ibuprofen 100 mg/5 mL oral suspension: 150 mg = 7.5 mL, Oral, q6hr, PRN: Pain Mild (1-3), 0 Refill(s)

levETIRAcetam 100 mg/mL oral solution: 170 mg = 1.7 mL, Dobhoff Tube, BID, 0 Refill(s)

morphine 2 mg/mL-NaCl 0.9% intravenous solution: 0.8 mg = 0.4 mL, IV Push, q2hr, PRN: Pain Severe (7-10), 0 Refill(s)

ocular lubricant: Eye-Both, q4hr-WA, PRN: Dry Eyes, 0 Refill(s)

omeprazole: G-Tube, Daily, 0 Refill(s)

ondansetron 2 mg/mL injectable solution: 2.5 mg = 1.25 mL, IV Push, q6hr, PRN: Nausea or Vomiting, 0 Refill(s)

sodium chloride 0.65% nasal solution: 1 sprays, Nasal, q2hr, PRN: Other (See Comment), 0 Refill(s)

vitamin A & D topical ointment: Topical, q1hr, PRN: Other (See Comment), 0 Refill(s)

.

**Results review:** Lab results : Lab View

| 3/6/2017 3:50 CST | | |
|---|---|---|
| **WBC** | **21.6 10*3/uL  HI** | |
| RBC | 4.72 | |
| Hgb | 12.0 gm/dL | |
| Hct | 34.9 % | |
| **MCV** | **73.9 fL  LOW** | |
| MCH | 25.4 pg | |
| MCHC | 34.4 gm/dL | |
| RDW | 13.1 % | |
| **Platelet** | **483 10*3/uL  HI** | |
| **MPV** | **9.2 fL  LOW** | |
| **Neutrophils** | **93 %  HI** | |
| **Lymphocytes** | **5 %  LOW** | |
| **Monocytes** | **2 %  LOW** | |
| Eosinophils | 0 % | |
| Basophils | 0 % | |
| **Neutro Absolute** | **20.09  HI** | |
| **Lymph Absolute** | **1.08  LOW** | |
| Mono Absolute | 0.43 | |
| Eos Absolute | 0.00 | |
| Baso Absolute | 0.02 | |
| **Microcyte** | **Present** | |
| Nucleated RBC Automated | 0.0 /100 WBC | |
| Differential | Reviewed | |
| Sodium Lvl | 138 mEq/L | |
| Potassium Lvl | 3.7 mEq/L | |

---

### Via Christi Hospital St Francis

Patient Name: ▮▮▮▮▮▮▮▮▮▮
MRN: 1003092224
FIN: 100005687784                          Admit:      3/6/2017
                                           Disch:      3/15/2017
DOB/Age/Sex: ▮▮▮▮▮  6 years    Male        Admitting:  Bhimavarapu,Bala Bhaskar Reddy MD

| *Emergency Documentation* |
|---|

| | |
|---|---|
| Chloride | 104 mEq/L |
| **CO2** | **21 mEq/L  LOW** |
| AGAP | 13 |
| BUN | 17 mg/dL |
| **Glucose Lvl** | **189 mg/dL  HI** |
| **Creatinine Lvl** | **0.45 mg/dL  LOW** |
| **Calcium Lvl** | **10.1 mg/dL  HI** |
| Albumin Lvl | 4.2 gm/dL |
| Total Protein | 6.8 gm/dL |
| Globulin | 2.6 gm/dL |
| **ALT** | **13 U/L  LOW** |
| AST | 30 U/L |
| Alk Phos | 134 U/L |
| Bili Total | 0.5 mg/dL |

.

**Impression and Plan**

Headache (ICD10-CM R51, Discharge, Emergency medicine, Interdisciplinary)
Vomiting (ICD10-CM R11.10, Discharge, Emergency medicine, Interdisciplinary)
Strep throat (ICD10-CM J02.0, Discharge, Emergency medicine, Interdisciplinary)

**Calls-Consults**

- 3/6/2017 04:52:00 , Sarraf, Chady MD, recommends PAGED, HE DOES NOT SEE PEDS .
   - 3/6/2017 05:02:00 , Bhimavarapu, Bala Bhaskar Reddy MD.

**Plan**

**Condition:** Unchanged.

  **Disposition:** Admit: Time  3/6/2017 05:04:00, to Observation Unit, Bhimavarapu, Bala Bhaskar
      Reddy MD.

  **Notes:** Seen independently by APRN/PA. No physician signature required, Discussed results and findings with patient. Recommend admit. Patient
      understands and agrees with plan of care..

**Via Christi Hospital St Francis**

Patient Name: ▆▆▆▆▆▆▆▆▆
MRN:              1003092224                              Admit:      3/6/2017
FIN:              100005687784                            Disch:      3/15/2017
DOB/Age/Sex:      ▆▆▆▆▆  6 years    Male                  Admitting:  Bhimavarapu,Bala Bhaskar Reddy MD

---

### *Emergency Documentation*

```
Electronically Signed on 03/06/2017 05:12 AM CST
_____
Jennifer Chambers Daney, APRN

Electronically Signed on 05/01/2017 08:04 PM CDT
_____
Jennifer Chambers Daney, APRN


Modified by: Jennifer Chambers Daney, APRN on 03/06/2017 04:52 AM CST

Modified by: Jennifer Chambers Daney, APRN on 03/06/2017 04:57 AM CST

Modified by: Jennifer Chambers Daney, APRN on 03/06/2017 05:11 AM CST

Modified by: Jennifer Chambers Daney, APRN on 05/01/2017 08:04 PM CDT

Reviewed by: Jennifer Chambers Daney, APRN
```

Document Type:                          ED Triage Note
Service Date/Time:                      3/6/2017 04:29 CST
Result Status:                          Auth (Verified)
Document Subject:                       ED Triage Part 2 - Pediatrics
Sign Information:                       Whillock,Summer D RN (3/6/2017 04:29 CST)

**ED Triage Part 2 - Pediatrics Entered On:  3/6/2017 4:30 CST**
**Performed On:  3/6/2017 4:29 CST by Whillock, Summer D RN**

**General Assessment**
Document Falls Risk :   Not a fall risk
Open Social History Documentation :   Open Social History Documentation
Immunizations Current :   Unknown
Last Tetanus :   Unknown
Document Glasgow Coma Assessment Peds :   Open glasgow coma assessment
ED Allergies/Med Hx Section :   Document assessment
Pregnancy Status :   N/A
Unable to Obtain Current Visit Info :   None
Languages :   English
Preferred Language :   English

Whillock, Summer D RN - 3/6/2017 4:29 CST

**Advance Directive**
*Advance Directive :   Unable to obtain

Whillock, Summer D RN - 3/6/2017 4:29 CST

**Social History**

---

### Via Christi Hospital St Francis

| | | | |
|---|---|---|---|
| Patient Name: | ███████████ | | |
| MRN: | 1003092224 | Admit: | 3/6/2017 |
| FIN: | 100005687784 | Disch: | 3/15/2017 |
| DOB/Age/Sex: | █████████  6 years    Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

### *History and Physical Reports*

Document Type:                           History and Physical
Service Date/Time:                       3/6/2017 05:18 CST
Result Status:                           Auth (Verified)
Document Subject:                        HWB H&P
Sign Information:                        Bhimavarapu,Bala Bhaskar Reddy MD (3/6/2017 14:25 CST);
                                         White,Stefanie R MD (3/6/2017 07:22 CST); Hartpence,
                                         Connor W MD (3/6/2017 07:11 CST)

**PCP**: Dr. Jonathan Lane

**Outpatient Specialists**
None

**Attending**: Dr. Bala

**Chief Complaint**: Strep throat, vomiting

**Information Source**: Pt's mother

**HISTORY OF PRESENT ILLNESS**
████████████ is a previously healthy 5 year old male who presented to the ED with nausea and vomiting. Pt was diagnosed with group A strep pharyngitis at Wesley ED at 6PM on Sunday and sent home with Amoxicillin 480 mg BID x10 days. Pt took one dose but was unable to keep it down, mother states he vomited 3 or 4 times after leaving Wesley. She was worried about him getting treatment for his strep and thought that he might be dehydrated, so she brought him to St. Francis ED. Pt's mother states that she is unsure when symptoms started because pt's sister recently had a tonsillectomy and she thinks pt was afraid that if he told his mom that his throat hurt that he would have to have surgery as well. Nausea and vomiting started on Friday, intermittent throughout the weekend. On Sunday, pt complained of headache, dizziness, and worsening nausea and several episodes of emesis. Denies fevers, chills, weight loss, abdominal pain, or rash. Per mother, pt did complain of bilateral knee pain prior to arrival, but she did not notice any joint swelling or redness. Mother states pt has seemed weak, and he looked pale until getting fluids in the ED.

**ED Course**: 20 cc/kg bolus, CMP, CBC, Zofran 4 mg

**Review of Systems**
**General**: no fever, no chills, no weight change, no insomnia, +decreased appetite
**Eyes/Ears/Nose/Throat**: no vision changes, no hearing changes, no rhinorrhea, no dysphagia, no odynophagia
**Cardiovascular**: no chest pain, no palpitations, no lightheadedness, no syncope
**Pulmonary**: no dyspnea, no cough, no wheezing
**Gastrointestinal**: no abdominal pain, no constipation, no diarrhea, no bleeding, +nausea, +vomiting
**Genitourinary**: no dysuria, no polyuria, no hematuria
**Endocrine**: no heat intolerance, no cold intolerance, no polydipsia
**Skin**: no pruritus, no rash
**Musculoskeletal**: no back pain, no joint swelling, +bilateral knee pain
**Hematologic/Immunologic**: no lymphadenopathy, no bleeding, no bruising
**Neurologic**: ambulating, no numbness, no weakness, +headache
All other systems negative

**Past Medical History**
None

**Birth History**
C-section, emergent for peripartum cardiomyopathy

## Via Christi Hospital St Francis

| | | | | |
|---|---|---|---|---|
| Patient Name: | ▇▇▇▇▇▇ | | | |
| MRN: | 1003092224 | | Admit: | 3/6/2017 |
| FIN: | 100005687784 | | Disch: | 3/15/2017 |
| DOB/Age/Sex: | ▇▇▇ 6 years | Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

### *History and Physical Reports*

**Development**
meeting all milestones per mother

**Diet**
"normal kid diet", "eats healthier than most kids"

**Past Surgical History**
None

**Home Medications (3) Active**
amoxicillin 400 mg/5 mL oral liquid 480 mg = 6 mL, Oral, q12hr
gummy probiotic
multivitamin 1 gummy, Chewed, Daily

**Immunizations**
Has not had MMR per mother, otherwise up to date

**Allergies**
No Known Allergies

**Family History**
Mother: Asthma and Type 1 Diabetes

**Social History**
Tobacco Exposure: none
Home Environment: mother, father, 1 brother, and 2 sisters
School/Daycare: home-schooled

**OBJECTIVE**

| Vital Signs (last 24 hrs) | Last Charted |
|---|---|
| **Temp Oral** | 36.5 degC (MAR 06 02:31) |
| **Heart Rate Peripheral** | 76 bpm (MAR 06 05:10) |
| **Resp Rate** | L 16br/min (MAR 06 05:10) |
| **SBP** | H 124mmHg (MAR 06 02:31) |
| **DBP** | 69 mmHg (MAR 06 02:31) |
| **SpO2** | 98 % (MAR 06 05:10) |

**Physical Exam**
**General**: Sleeping in ED bed, arousable, appropriately responds to stimuli
**HEENT**: NCAT. MMM. Nares clear. Posterior oropharynx mildly erythematous, midline uvula, no palatal petechia. TMs not examined because pt sleeping, will examine on the floor.
**Neck**: Supple. No palpable LAD.
**Cardiovascular**: RRR, no murmurs
**Respiratory**: CTAB, no increased work of breathing
**Abdomen**: +BS, soft, nondistended, pt did not wake to palpation
**Genitourinary**: Deferred.
**Rectal**: Deferred.
**Extremities**: No cyanosis. Radial pulses 2+. No edema. Cap refill < 2 sec.
**Musculoskeletal**: No gross deformities. Bilateral knees non-erythematous, no effusions.
**Skin**: Warm & dry. No rashes. No jaundice.
**Neurologic**: deferred, pt sleeping, will re-evaluate on the floor

## Via Christi Hospital St Francis

| | | | | |
|---|---|---|---|---|
| Patient Name: | ████████ | | | |
| MRN: | 1003092224 | | Admit: | 3/6/2017 |
| FIN: | 100005687784 | | Disch: | 3/15/2017 |
| DOB/Age/Sex: | ██████ 6 years | Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

### *History and Physical Reports*

**Labs** (Last four charted values)
**WBC**      H **21.6**   (MAR 06)
**Hgb**      12.0   (MAR 06)
**Hct**      34.9   (MAR 06)
**Plt**      H **483**   (MAR 06)
**Na**      138   (MAR 06)
**K**      3.7   (MAR 06)
**CO2**      L **21**   (MAR 06)
**Cl**      104   (MAR 06)
**Cr**      L **0.45**   (MAR 06)
**BUN**      17   (MAR 06)
**Glucose Random**      H **189**   (MAR 06)
**Ca**      H **10.1**   (MAR 06)

**Radiology/Diagnostics**
None

**ASSESSMENT & PLAN**
5 year old male with:

**Group A Strep Pharyngitis**
- Diagnosed at Wesley ED at 6PM last night, sent home with amoxicillin but unable to keep anything down due to nausea/vomiting
- Afebrile, non-toxic appearing
- Leukocytosis of 21.6 and likely reactive thrombocytosis of 483
- Will continue antibiotic treatment with amoxicillin 25 mg/kg BID for total of 10 days (start date 3/6, end date 3/15)
- Zofran prn nausea
- Tylenol prn pain
- Peds diet as tolerated

**Hyperglycemia**
- 189 on CMP
- Likely reactive due to infection, no further w/u necessary

**Fluids**: PO, as tolerated
**Electrolytes**: wnl
**Nutrition**: Peds diet
**DVT Prophylaxis**: NI
**GI Prophylaxis**: NI
**Lines**: PIV

**Disposition**: obs
**Code Status**: full code

Patient discussed with: Dr. Bala


**Supervisor Resident Note**

I personally interviewed the caregivers and examined patient. I reviewed the patient's chart including labs, imaging, and multidisciplinary notes. I agree with the intern resident plan and note as described above. Caregivers were updated to patient's condition and to any changes in patient's discharge goals. Caregivers' questions answered and they state understanding and agreement with the care teams'

### Via Christi Hospital St Francis

Patient Name:  ▮▮▮▮▮▮▮▮▮▮
MRN:           1003092224                          Admit:        3/6/2017
FIN:           100005687784                        Disch:        3/15/2017
DOB/Age/Sex:   ▮▮▮▮▮    6 years    Male            Admitting:    Bhimavarapu,Bala Bhaskar Reddy MD

| *History and Physical Reports* |
|---|

plan and discharge goals.

Previously healthy 5 y/o male, diagnosed with strep throat at OSH earlier today, here with vomiting and inability to tolerate PO antibiotics. Seen by me at 0615. Per mom, he was nauseated, dizzy and had a headache at home which is what prompted the hospital visit. He vomited every 30 minutes to an hour after receiving the amoxicillin. He hasn't vomited since receiving Zofran. He is very sleepy this morning and mom is worried about how sleepy he is but she states he didn't sleep at all until getting meds in the ED around 3 AM. On exam he is asleep but will wake to stimuli and rub his eyes/push examiner's hand away. Uvula midline, tonsils enlarged with some erythema but no obvious purulent exudate.

If not vomiting, will try PO amoxicillin as above. If pt not tolerating PO when he wakes up this AM, consider additional IV fluids and switching to IV ampicillin. Discussed with mother need to treat Group A strep to prevent complications but PO antibiotics preferred if patient can tolerate it and delay of a couple of hours until patient is awake will not significantly change complication rate.

```
Electronically Signed on 03/06/2017 07:11 AM CST
_____
Connor Hartpence, MD

Electronically Signed on 03/06/2017 07:22 AM CST
_____
Stefanie White, MD

Electronically Signed on 03/06/2017 02:25 PM CST
_____
Bala Bhaskar Reddy Bhimavarapu, MD


Modified by: Connor Hartpence, MD on 03/06/2017 06:57 AM CST

Modified by: Connor Hartpence, MD on 03/06/2017 07:11 AM CST

Modified by: Stefanie White, MD on 03/06/2017 07:22 AM CST
```

| *Consultation Notes* |
|---|

Document Type:               Consultation Note - Generic
Service Date/Time:           3/15/2017 13:50 CDT
Result Status:               Auth (Verified)
Document Subject:            Free Text Note
Sign Information:            Judkins,Mercedes V MD (3/15/2017 14:12 CDT)


We  discussed with parents options for their child.  It was brought up by them about being at a children's hospital - Children's Mercy and how that would work.  We explained the process and  told them we would support them in any decision they made for their child.  We would allow them to discuss this alone and for them to tell us when they had decided.  We will continue with the current plan for ▮▮▮▮ and await their decision.  Mom stated concerns with transport and how she was nervous about his heart rate at 150. I reassured her that the Children's Mercy team would address that as we have as well.  Dad was fearful of transport with an ETT in place and we reassured them the CMH transport team transports Critically ill patients often and many of them with ETT.  We did tell them that their is always a risk

**Via Christi Hospital St Francis**

| | | | |
|---|---|---|---|
| Patient Name: | ████████ | | |
| MRN: | 1003092224 | Admit: | 3/6/2017 |
| FIN: | 100005687784 | Disch: | 3/15/2017 |
| DOB/Age/Sex: | ████  6 years  Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

## *Admit/Discharge/Transfer Forms*

Date, Time of Patient Departure :  3/15/2017 21:22 CDT

Guthrie-Patterson, Tamara L RN - 3/15/2017 21:21 CDT

**Education**
Responsible Learner(s) :  Living Situation: Home with family care
    Performed by: Johnson, Claire OT - 03/13/2017 15:56
Discharge To: 02-Another Acute Care Hospital, 05-Cancer Center or Childrens Hospital
    Performed by: Richmond, Carly A RN - 03/14/2017 00:13
Home Caregiver Name/Relationship: Kelli and Kevin, parents
    Performed by: Moutray, Ciara M RN - 03/12/2017 21:00
Home Caregiver Phone Number: Kelli 7857660387Kevin 7857660820
    Performed by: Zoglman, Kayla M RN - 03/06/2017 06:35
Home Caregiver Present for Session :  Yes
Barriers To Learning :  Acuity of illness, Emotional state
Teaching Method :  Teach Back

Guthrie-Patterson, Tamara L RN - 3/15/2017 21:21 CDT

Pre-Hospitalization Education Peds Grid
Diagnostic Results :  Verbalizes understanding
Disease Process :  Verbalizes understanding
Equipment/Devices :  Verbalizes understanding
Importance of Follow-Up Visits :  Verbalizes understanding
Pain Management :  Verbalizes understanding
Plan of Care :  Verbalizes understanding
Postoperative Instructions :  Verbalizes understanding
Thermometer Use :  Verbalizes understanding
When to Call Health Care Provider :  Verbalizes understanding

Guthrie-Patterson, Tamara L RN - 3/15/2017 21:21 CDT

## *Assessment Forms*

Signed By:                              Whillock,Summer D RN (3/6/2017 05:56 CST)

**Disposition Documentation Entered On:  3/6/2017 5:57 CST**
**Performed On:  3/6/2017 5:56 CST by Whillock, Summer D RN**

**Disposition Documentation**
ED Procedural Sedation :  No
ED Restraint/Seclusion :   No
Document Pain Assessment :   Document Pain Assessment
ED Discharged to :  Admit
ED Other Charges :   Standard ED Encounter
ED Admission Documentation :   Open admission documentation

Whillock, Summer D RN - 3/6/2017 5:56 CST

**Pain Assessment Tools**

### Via Christi Hospital St Francis

Patient Name: ███████████
MRN:         1003092224                    Admit:      3/6/2017
FIN:         100005687784                  Disch:      3/15/2017
DOB/Age/Sex: ████████   6 years   Male     Admitting:  Bhimavarapu,Bala Bhaskar Reddy MD

---

### *Assessment Forms*

Recent Assessment Pertinent to Pain Management :   Pain Assessment
    Preferred Pain Tool:  FACES pain scale  03/06/2017  02:31
    FACES Pain Scale :  0  03/06/2017  02:31

Whillock, Summer D RN - 3/6/2017 5:56 CST

**Admission**
Report given to: :  report called to kayla rn in peds pt moved with rn and family to 5129
ID Band on and Verified :   Yes
Allergy Band on and Verified :   N/A
Lines Traced :   N/A
Orders Reviewed :   Yes
Mode of Transport :   Bed
Accompanied by (ED Admit) :   Family member(s)

Whillock, Summer D RN - 3/6/2017 5:56 CST

---

Signed By:                              Robinson,Christine H BLS (3/6/2017 06:39 CST)

**Basic Admission Information Pediatric Entered On:  3/6/2017 6:42 CST**
**Performed On:  3/6/2017 6:39 CST by Robinson, Christine H BLS**

**Vital Signs**
Temperature Axillary :   37.3 degC(Converted to: 99.1 degF)  (HI)
Peripheral Pulse Rate :   78 bpm
Respiratory Rate :   20 br/min
Systolic/ Diastolic BP :   124 mmHg (HI)
Diastolic Blood Pressure :   61 mmHg
SpO2 :   96 %
O2 Therapy :   Room air

Robinson, Christine H BLS - 3/6/2017 6:39 CST

**Height/Weight**
Weight Dosing :   16.9 kg(Converted to: 37 lb 4 oz, 37.258 lb)
Weight Measured :   16.9 kg(Converted to: 37 lb 4 oz, 37.258 lb)
Height/Length Estimated :   109.2 cm(Converted to: 3 ft 7 inch, 3.58 ft, 42.99 inch)
Body Mass Index Estimated :   14.17 kg/m2

Robinson, Christine H BLS - 3/6/2017 6:39 CST

**Safety**
Environmental Safety in Place :   Wheels locked, Adequate room lighting, Bed in low position, Call device within reach, Care partners, Encourage handrail/safety bar use, Night light, Non-Slip footwear, Standard security measures implemented, Traffic path in room free of clutter, Upper/Half length side rails for bed mobility
Demonstrates Ability to Use Call Light :   Yes
Patient Identified :   Identification band
Room Orientation/Facility Policy Reviewed :   Yes
Room Orientation/Facility Policy Reviewed With :   Patient, Family

Robinson, Christine H BLS - 3/6/2017 6:39 CST

---

**Via Christi Hospital St Francis**

Patient Name:
MRN:           1003092224                    Admit:    3/6/2017
FIN:           100005687784                  Disch:    3/15/2017
DOB/Age/Sex:              6 years    Male    Admitting: Bhimavarapu,Bala Bhaskar Reddy MD

---

### *Consultation Notes*

S1 S2 app without murmur
Abd - Nl non tender , no masses
GU male with Foley cath
Ext Nl Passive FROM
Neuro - GCS 3

I spoke with Dr. Grundmeyer about CT findings and clinical exam. Dr. Grundmeyer
requests child be prepared for OR at this time.

Family Discussion; Dr. Bala / DES / Dr. Borig/ Chaplin
discussed above finding and ned for immediate therapy. Initially was
going to MRI for study, however Dr. Grundmeyer now called back and
requests pt be made ready for OR and OK to place PICC line.

Impression:
1. Increased intracranial pressure
2. mass lesion 4.2 cm posterior fossa with some probable bleeding adjacent to or part of the 4th ventricle
   leading to hydrocephalus
Suggestions:
1. Dr. Grundmeyer coming to go to OR now
2. Start Propofol Drip for sedation, Keppra, IV antibiotics (ACV/Meropenem/Vancomycin)
3. NS drip , Foley, check glucose Q1-2h.


ATTENDING ATTESTATION:
I have examined the patient; have reviewed the interval history and pertinent laboratory and radiographic data; have spoken with mom and
father; have discussed and supervised medical care plans with the ICU team; and have personally directed and titrated medical
management and care. I was physically present in the rendering of critical care services to this patient which was necessary due to Status
epilepticus, Respiratory Failure , and now need for emergent operation for increased Intracranial Pressure

Electronically Signed on 03/06/2017 12:26 PM CST

_____
Dimitrios Stephanopoulos, MD

---

Document Type:                    Consultation Note - Generic
Service Date/Time:                3/6/2017 11:13 CST
Result Status:                    Auth (Verified)
Document Subject:                 3-6-27 DES PCCM
Sign Information:                 Stephanopoulos,Dimitrios E MD (3/6/2017 11:33 CST)

---

**Date and Time of Consult**                    **Past Medical History**
3-6-17  10:04 - 11:30AM                          Ongoing
                                                    No qualifying data
**Reason for Consultation**                      Historical
Rapid response and then Code Blue called on Peds Floor    No qualifying data

**History of Present Illness**                   **Medications**
See Resident's Note.  5 yo with strep throat admitted for vomiting unable to take antibiotics    Inpatient
at home. No hx of trauma. Episode of hypertonic stiffening          *Vancomycin Communication, *Pharmacy
with decreased to absent respirations, BVM ventilated and Intubated with 5.0 cuffed ETT at        to Dose, Daily
bedside per anesthesia with Propofol and rocuronium. Ativan

---

**Via Christi Hospital St Francis**

| | | | | |
|---|---|---|---|---|
| Patient Name: | ████████ | | | |
| MRN: | 1003092224 | | Admit: | 3/6/2017 |
| FIN: | 100005687784 | | Disch: | 3/15/2017 |
| DOB/Age/Sex: | ████ 6 years | Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

---

### *Consultation Notes*

---

was also given. Taken to CT scan of head prior to PICu admit.

**Review of Systems**
See HPI, No allergies or past hospital admissions per parents at bedside

**Physical Exam**

Vitals & Measurements
**T:** 37.8 °C (Axillary) **T:** 36.5 °C (Oral) **TMIN:** 36.5 °C (Oral) **TMAX:** 37.8 °C (Axillary) **HR:** 135 (Monitored) **HR:** 78 (Peripheral) **RR:** 20 **BP:** 154/107 **SpO2:** 100%
**WT:** 16.9 kg **WT:** 16.9 kg

**Respiratory:**
BS clear intubated with equal BS bilaterally. No rales, Rhonchi or wheezing
SRR 20 on Vent 15/5 PC/AC Ti -0.7, FiO2 100% sats 100% Peep 3
CXRay - OK ETT placement, small perihilar streaky infiltrate

Dr. Michelson, anesthesia, states airway looked normal without pus or redness upon intubation

**Cardiovascular:**
S1S2 app withiout murmur, gallop or thrill
Warm well perfused, Cap refill < 2 sec
HR 67 - 93 NSR  EKG - NSR
SBP 124-124
DBP  69 - 61

CK 44

**Renal:**
U/O = none since admission at 3 AM
**Cl**    103   (MAR 06)   104   (MAR 06)
**Cr**    L **0.47**  (MAR 06)   L **0.45**   (MAR 06)

**FEN:**
I/O = 322/0 = +322
**Na**    L **135**  (MAR 06)   138   (MAR 06)
**K**    4.2   (MAR 06)   3.7   (MAR 06)
**CO2**    L **21**  (MAR 06)   L **21**   (MAR 06)
**Cl**    103   (MAR 06)   104   (MAR 06)
**Glucose Random**    H **200**  (MAR 06)   H **189**   (MAR 06)
**Ca**    9.5   (MAR 06)   H **10.1**   (MAR 06)
Alb 4.3  TP 6.9  Glob 2.6  ALT (L) 13  AST 25

**GI:**
+ BS , non tender
unable to palp L/S margins

**Heme**
**WBC**    13.9   (MAR 06)   H **21.6**   (MAR 06)
**Hgb**    11.8   (MAR 06)   12.0   (MAR 06)
**Hct**    34.5   (MAR 06)   34.9   (MAR 06)

acetaminophen, 169.6 mg, 5.3 mL, 10 mg/kg, Oral, q4hr, PRN
acetaminophen, 180 mg, 1.5 supp, 10 mg/kg, Rectal, q4hr, PRN
acyclovir, 169 mg, 10 mg/kg, IV Piggyback, q8hr
Ativan, 2 mg, 1 mL, IV Push, Once
Ativan, 1.6 mg, 0.8 mL, IV Push, Once
Desitin, 1 app, Topical, q1hr, PRN
famotidine, 20 mg, 2 mL, IV Push, BID
fentaNYL, 20 mcg, 0.4 mL, IV Push, Once, PRN
fentaNYL IV additive 2,500 mcg [0.05 mcg/kg/hr] + Premix NS 250 mL
Lacri-Lube S.O.P. ophthalmic ointment, 3.5 g, 1 app, Eye-Both, q4hr-WA
ondansetron (PEDS), 2.5 mg, 1.25 mL, 0.15 mg/kg, IV Push, q6hr, PRN
propofol, 10 mg, 1 mL, IV Push, q3min, PRN
Rocephin, 850 mg, 8.5 mL, IV Piggyback, q12hr
rocuronium, 10 mg, 1 mL, IV Push, Once, PRN
sodium chloride 0.65% nasal solution, 1 sprays, Nasal, q2hr, PRN
vitamin A & D topical ointment, 1 app, Topical, q1hr, PRN
Home
amoxicillin 400 mg/5 mL oral liquid, 480 mg, 6 mL, Oral, q12hr
gummy probiotic
multivitamin, 1 gummy, Chewed, Daily

**Allergies**
No Known Allergies

**Social History**
Alcohol
Household alcohol concerns: No.
Tobacco
Exposure to Secondhand Smoke: No.

---

### Via Christi Hospital St Francis

| | | | | |
|---|---|---|---|---|
| Patient Name: | | | | |
| MRN: | 1003092224 | | Admit: | 3/6/2017 |
| FIN: | 100005687784 | | Disch: | 3/15/2017 |
| DOB/Age/Sex: | | 6 years | Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

---

## *Consultation Notes*

---

**Plt**   369   (MAR 06)  H **483**   (MAR 06)

**ID:**
Temp 37.3 Ax

**Neuro:**
GCS 3 after intubation
decerebrate posturing prior to intubation
PERRLA 2/2 brisk after meds

**Social:**
Mother and family member at bedside no further questions

**Assessment/Plan**
Nausea

**Impression:**

1. Status Epilepticus - >10 minutes, with decerebrate posturing
2. Respiratory Failure - requiring endotracheal intubation and mechanical ventilation
3. Strep Throat - Suspect Sepsis - meningitis

**Suggestions:**

1. Head CT scan
2. LP, Blood culture, lactate, Antibiotics for meningitis, Resp Viral screen , encephalitis
Panel
3. Ventilate for now
4. Neurology Consultation with EEG and choice of AEMs

ATTENDING ATTESTATION:
I have examined the patient; have reviewed the interval history and pertinent laboratory
and radiographic data; have spoken with mom; have discussed and supervised medical
care plans with the ICU team; and have personally directed and titrated medical
management and care and Peds resident Dr. Boric and attending Dr. Bala. I was physically
present in the rendering of critical care services to this patient which was necessary due
to ongoing respiratory failure from Status epilepticus and need for endotracheal intubation
and mechanical ventilation. Treatment and management included provision of mechanical
vent support, provision of vasoactive infusions if needed, provision of IVF.

Electronically Signed on 03/06/2017 11:33 AM CST
_____
Dimitrios Stephanopoulos, MD

---

## Via Christi Hospital St Francis

| | | | |
|---|---|---|---|
| Patient Name: | ████████ | | |
| MRN: | 1003092224 | Admit: | 3/6/2017 |
| FIN: | 100005687784 | Disch: | 3/15/2017 |
| DOB/Age/Sex: | ████   6 years    Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

---

### *Other Procedures*

| | |
|---|---|
| Document Type: | Procedure Note |
| Service Date/Time: | 3/6/2017 10:45 CST |
| Result Status: | Auth (Verified) |
| Document Subject: | Endotracheal Intubation Procedure * |
| Sign Information: | Sandall,Justin C DO (3/6/2017 15:54 CST); Mitchelson,James MD (3/6/2017 10:52 CST) |

**Endotracheal Intubation Procedure ***

Patient: ████████    **MRN: 1003092224**     **FIN: 100005687784**
Age: **5 years**   Sex: **Male**   DOB: ████
Associated Diagnoses: **None**
Author: **Mitchelson, James MD**

**Procedure**
    **Endotracheal intubation procedure**
      Date/ Time: 3/6/2017 10:10:00.
      Confirmed: patient, procedure, safety procedures followed.
      Performed by: resident.
      Informed consent: not signed due to emergency circumstance.
      Indication: acute respiratory failure, airway protection.
      Medications given: 30 mg Propofol. 15 mg Rocuronium..
      Preparation: oxygenated with 100% oxygen prior to intubation, position, monitoring during procedure.
      Technique: direct laryngoscopy performed, rapid sequence used, tube site oral, 5.0 mm tube cuffed placed, taped at 17 cm at incisors.
      Confirmation of position: with auscultation of bilateral breath sounds, with capnometry.
      Findings: bilateral breath sounds on auscultation, cords visualized without difficulty, normal airway, O2 saturation 100 %.
      Procedure tolerated: well.
      Called to 5129 at 1002 for pediatric rapid response. Patient was unresponsive and upgraded to code blue. Seemed to be having seizures as was posturing. CPR never initiated as pulse throughout. I began bag-mask ventilation with nurse, easily ventilating. Gave 15 mg Propofol in attempt to decrease seizure activity, then drew up Rocuronium and gave 15 mg. Easily intubated. Gave 15 more mg of Propofol after BP high and seizure activity seemed to have continued a bit. Dr. Sandall was available throughout procedure.

      I had drawn up 100 mg of Propofol and 50 mg of Rocuronium. Left the remaining 70 mg Propofol and 35 mg Rocuronium with nurse Angela Walker, RN, at request of Dr. Stephanopolis, pediatric intensivist, as patient was going directly to CT for head CT and he wanted to be able to keep him sedated/paralyzed for imaging..

Electronically Signed on 03/06/2017 10:52 AM CST

_____
James Mitchelson, MD

Electronically Signed on 03/06/2017 03:54 PM CST

_____
Justin Sandall, DO

---

### *Perioperative Record*

| | |
|---|---|
| Document Type: | Main OR Intraoperative Record |
| Service Date/Time: | 3/6/2017 15:59 CST |
| Result Status: | Auth (Verified) |
| Document Subject: | SFOR - IntraOp Record |
| Sign Information: | Powers,Janell M RN (3/6/2017 16:04 CST) |

---

020328

Patient Name:
Date of Birth

MRN: 1003092224
FIN: 10005687784

00:00 CST

* Auth (Verified) *

CARDIO-PULMONARY RESUSCITATION RECORD
HWPN000006   Rev. 03/2015   Page 1 of 1

VC000328

**Date** 2/6/17   **Location** Respiratory Only

**Type of event:**

**Witnessed?** ☑ Yes ☐ No   **Pulse present at onset?** ☐ Yes ☐ No

Respiratory Leading to Cardiac   Cardiac

**Initial breathing/ventilation:** ☐ Spontaneous ☐ Agonal ☐ Apnea

**Assisted Ventilation Type(s);** ☑ Bag/Mask ☐ ET Tube ☐ Tracheostomy ☐ Other

**ET Intubation:** Time 10:15   Tube Size 5.0

**Intubated by** Dr. Marshal

**Confirmation:** ☑ Auscultation ☑ ETCO₂ ☐ Other

| Time | Resp. Rate Spontaneous Respiratory Rate OR Assisted Respirations ( ) | ETCO₂ | Pulse Rate Spontaneous Pulse Rate OR Compressions ( ) | BP | Rhythm | Cardioversion (J) / Defib | Amiodarone | Atropine | Epinephrine | Vasopressin | Infusions – Dose | Comments / Response to Interventions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1008 | yes yes | | 120 no | | | | | | | | | resp, stridorous agonal/labored w/r |
| 1010 | yes yes | | 84 no | 144/91 | Sinus 83 Rhythm | | | | | | | Ativan 1 bag given for seizure activity |
| 1015 | no yes | | yes no | 137/59 | Sinus 77 Rhythm | | | | | | | |
| 1016 | no yes | | 146 no | 136/87 | Sinus w/ Rhythm (PVCs) | | | | | | | (prophylac anesthesia) |
| 1017 | no yes | | yes no | 114/72 | Sinus 114 Tach | | | | | | | |
| 1022 | no yes | | yes no | | | | | | | | | radiology race for chest x-ray |
| 1024 | | | | 109/72 | Sinus 79 rhythm | | | | | | | e/t carm – NSR |

**OUTCOME**

**Resuscitation Event Ended at:** 10:24   **Status:** ☑ Alive ☐ Expired

☑ Transferred to Critical Care Unit   Time:
ICU   Unit to go to CT   Area PCU

**Reason Resuscitation Ended:** ☐ Circulation Restored
☑ Ventilation Restored ☐ Stopped by Family
☐ Advance Directive ☐ Unresponsive to Resuscitation Measures

**Recorder's Printed Name** Lauren Flores RN   Signature   Flores RN

**Nursing** (first & last names)   Angela Walker   Bing No in
Beth Schulte

Others (IV Team, etc.)   Date/Time 2/6/17 1021

Physician(s) Printed Name

**Respiratory Care** (first & last names)   Lindsay Shaw, Trade Marsh

Physician's Signature   Date/Time

**Pharmacy**   Anesthesia   Dr. Marshall   Page 1 of 1

(over leaf)
contain meds
prophyla, bag per
written vers?

Page 328 of 1,894

Facility: VCH St Francis

### Via Christi Hospital St Francis

| | | | |
|---|---|---|---|
| Patient Name: | | | |
| MRN: | 1003092224 | Admit: | 3/6/2017 |
| FIN: | 100005687784 | Disch: | 3/15/2017 |
| DOB/Age/Sex: | 6 years    Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

---

### *Consultation Notes*

---

have discussed and supervised medical care plans with the ICU team; and have personally directed and titrated medical management and care. I was physically present in the rendering of critical care services to this patient which was necessary due to need for mechanical ventilation, ICP control after neurosurgery, observation in PICU also for seizures. Dr. Botick, peds resident notified in person.

```
Electronically Signed on 03/06/2017 06:22 PM CST
_____
Dimitrios Stephanopoulos, MD
```

Document Type:     Consultation Note - Generic
Service Date/Time:     3/6/2017 12:45 CST
Result Status:     Auth (Verified)
Document Subject:     CON
Sign Information:     Grundmeyer III,Raymond W MD (3/10/2017 13:23 CST);
    Armstrong,LeaAnn APRN (3/8/2017 07:46 CST)

**CON**

CONSULTANT: Raymond W Grundmeyer III, MD

DATE OF CONSULTATION: 03/06/2017

HISTORY OF PRESENT ILLNESS
This is a 5-year-old male who presented to the emergency room with nausea and vomiting. The patient had been diagnosed with group A strep at Wesley at 6 p.m. on Sunday and then was sent home with amoxicillin for 10 days. The patient took one dose was unable to keep it down. The mother states he vomited 3 or 4 times after leaving Wesley. She was worried about him getting treatment for his strep and thought that he might be dehydrated, so she brought him to Via Christi Hospital Francis ED. The patient's mother states that she is unsure when symptoms started, but a sister had a recent tonsillectomy and thinks that the patient was afraid that if he told his mom that his throat hurts that he would have to have surgery. The nausea and vomiting started on Friday, intermittent throughout the weekend. Sunday he complained of headache, dizziness, worsening nausea, and several episodes of emesis. No fever, chills, weight loss. The patient was admitted after he went for a scan and reported Coded during that scan and then was having decerebrate posturing. He was admitted to the PICU and currently is sedated on the ventilator

PAST MEDICAL HISTORY
Negative.

PAST SURGICAL HISTORY
Negative.

---

VC000042

### Via Christi Hospital St Francis

| | | | |
|---|---|---|---|
| Patient Name: | ███████████ | | |
| MRN: | 1003092224 | Admit: | 3/6/2017 |
| FIN: | 100005687784 | Disch: | 3/15/2017 |
| DOB/Age/Sex: | ████████ 6 years   Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

---

### *Consultation Notes*

---

**ALLERGIES**
**No known drug allergies.**

MEDICATIONS ON ADMISSION
None.

SOCIAL HISTORY
Lives with parents. No tobacco exposure. He does have a sibling. He is home schooled.

REVIEW OF SYSTEMS
Unobtainable due to the patient's decreased LOC but is reported to have had strep diagnosis yesterday.

PHYSICAL EXAM
VITAL SIGNS:  Blood pressure is 154/107. His heart rate is 137, his temperature is 37.8.
GENERAL:  This is a 5-year-old male who is sedated on the vent.
HEENT: Normocephalic, atraumatic. His pupils are 2 mm and reactive. There are no gross oropharyngeal lesions noted.
NECK: Supple.
CHEST: Clear on the ventilator.
HEART: Rapid rate and rhythm.
ABDOMEN: Soft and nondistended.
EXTREMITIES: Positive pedal pulses.
NEUROLOGIC: The patient is sedated on the vent. Prior to that he had reported decerebrate posturing. Pupils are equal, round, and reactive.

RADIOGRAPHIC STUDIES
CT of the head does show a large 4th ventricular brain mass with obstructive hydrocephalus.

IMPRESSION
A fourth ventricular brain mass.

PLAN
At this time did discuss with the parents that Dr. Grundmeyer had reviewed the CT of the head, and that the patient will need a frontal ventriculostomy placement and then a suboccipital craniectomy for resection of mass. Risks and benefits were discussed in detail and Dr. Grundmeyer will discuss with them further prior to the procedure. Dr. Grundmeyer will be here emergently to perform that surgery.  The parents do wish to proceed with surgery.

Thank you for allowing us to participate in the care of your patient.

---

**Via Christi Hospital St Francis**

| | | | | |
|---|---|---|---|---|
| Patient Name: | ██████████████ | | | |
| MRN: | 1003092224 | | Admit: | 3/6/2017 |
| FIN: | 100005687784 | | Disch: | 3/15/2017 |
| DOB/Age/Sex: | ████████  6 years | Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

---

### *Consultation Notes*

---

CC:

Job ID:1042860
Document ID:540510
Dictated Date: 03/06/2017 12:45:00
Transcription Date: 03/06/2017 14:02:00 / dl
Dictated By: Lea Ann Armstrong, APRN
Responsible Physician:  Raymond W Grundmeyer III, MD

```
Electronically Signed on 03/08/2017 07:46 AM CST
_____
LeaAnn Armstrong, APRN

Electronically Signed on 03/10/2017 01:23 PM CST
_____
Raymond Grundmeyer, MD
```

| | |
|---|---|
| Document Type: | Consultation Note - Generic |
| Service Date/Time: | 3/6/2017 12:17 CST |
| Result Status: | Auth (Verified) |
| Document Subject: | 3-6-17 DES PCCM CT Scan results |
| Sign Information: | Stephanopoulos,Dimitrios E MD (3/6/2017 12:26 CST) |

3-6-17   1200-1PM

CT Scan showed:
IMPRESSION:
Hyperdense heterogeneous midline posterior fossa mass effect results in lateral
and third ventricular hydrocephalus and obliterates from identification the
fourth ventricle. I am uncertain if this is a intra-axial mass versus an
intraventricular mass. Correlation with multiplanar pre-and post-IV
contrast-enhanced brain MRI recommended. Its hyperdensity may reflect its dense
hypercellular composition and/or elements of intratumoral blood/calcification.
Differential considerations would likely be substantially narrowed based upon
assessment of its intra-versus extraventricular origin which will hopefully be
more clear at multiplanar MRI. Findings are suspicious for neoplasm with or
without elements of intratumoral hemorrhage.

PE: 100 NSR, 116/40, RR 20 on vent ETCO2 ~ 35-40 PC 25/3
Sedated
PERRLA 3/3 brisk
Chest Clear to A and P

---

**Via Christi Hospital St Francis**

| | | | | |
|---|---|---|---|---|
| Patient Name: | ███████████ | | | |
| MRN: | 1003092224 | | Admit: | 3/6/2017 |
| FIN: | 100005687784 | | Disch: | 3/15/2017 |
| DOB/Age/Sex: | ██████ 6 years | Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

---

### *Consultation Notes*

---

S1 S2 app without murmur
Abd - Nl non tender , no masses
GU male with Foley cath
Ext Nl Passive FROM
Neuro - GCS 3

I spoke with Dr. Grundmeyer about CT findings and clinical exam. Dr. Grundmeyer
requests child be prepared for OR at this time.

Family Discussion; Dr. Bala / DES / Dr. Borig/ Chaplin
discussed above finding and ned for immediate therapy. Initially was
going to MRI for study, however Dr. Grundmeyer now called back and
requests pt be made ready for OR and OK to place PICC line.

Impression:
1. Increased intracranial pressure
2. mass lesion 4.2 cm posterior fossa with some probable bleeding adjacent to or part of the 4th ventricle
   leading to hydrocephalus
Suggestions:
1. Dr. Grundmeyer coming to go to OR now
2. Start Propofol Drip for sedation, Keppra, IV antibiotics (ACV/Meropenem/Vancomycin)
3. NS drip , Foley, check glucose Q1-2h.


ATTENDING ATTESTATION:
I have examined the patient; have reviewed the interval history and pertinent laboratory and radiographic data; have spoken with mom and
father; have discussed and supervised medical care plans with the ICU team; and have personally directed and titrated medical
management and care. I was physically present in the rendering of critical care services to this patient which was necessary due to Status
epilepticus, Respiratory Failure , and now need for emergent operation for increased Intracranial Pressure

Electronically Signed on 03/06/2017 12:26 PM CST

_____

Dimitrios Stephanopoulos, MD

---

| | |
|---|---|
| Document Type: | Consultation Note - Generic |
| Service Date/Time: | 3/6/2017 11:13 CST |
| Result Status: | Auth (Verified) |
| Document Subject: | 3-6-27 DES PCCM |
| Sign Information: | Stephanopoulos,Dimitrios E MD (3/6/2017 11:33 CST) |

**Date and Time of Consult**
3-6-17  10:04 - 11:30AM

**Reason for Consultation**
Rapid response and then Code Blue called on Peds Floor

**History of Present Illness**
See Resident's Note.  5 yo with strep throat admitted for vomiting unable to take antibiotics
at home. No hx of trauma. Episode of hypertonic stiffening
with decreased to absent respirations, BVM ventilated and Intubated with 5.0 cuffed ETT at
bedside per anesthesia with Propofol and rocuronium. Ativan

**Past Medical History**
Ongoing
   No qualifying data
Historical
   No qualifying data

**Medications**
Inpatient
   *Vancomycin Communication, *Pharmacy
   to Dose, Daily

---

### Via Christi Hospital St Francis

| | | | | |
|---|---|---|---|---|
| Patient Name: | ▊▊▊▊▊▊▊ | | | |
| MRN: | 1003092224 | | Admit: | 3/6/2017 |
| FIN: | 100005687784 | | Disch: | 3/15/2017 |
| DOB/Age/Sex: | ▊▊▊▊ 6 years | Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

## *Computed Tomography*

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 001-CT-17-012146 | 3/6/2017 11:26 CST | CT Head or Brain w/o Contrast | Stephanopoulos, Dimitrios E MD | 5 years |

**Reason for Exam**
(CT Head or Brain w/o Contrast) Altered level of Consciousness

**Report**
PROCEDURE: CT head without contrast.

TECHNIQUE: Multiple contiguous axial images were obtained through the brain without the use of intravenous contrast.

INDICATION:  Unresponsive.

COMPARISON: No priors.

FINDINGS: There is a hyperdense midline posterior fossa mass effect measuring 4.1 cm AP by 3.8 cm transverse. I am unable to identify the fourth ventricle. It is unclear if this is intraventricular mass or if it is a mass posterior to the ventricle compressing that structure. This results in lateral and third ventriculomegaly. The body of the right lateral ventricle is 2 cm maximal. The third ventricle is about 0.9 cm. The temporal horns are dilated bilaterally to about 9 mm. No obvious periventricular edema. There is questionable hyperdense material layering within the occipital horns of both lateral ventricles versus choroid plexus. The midline posterior fossa mass has its superior component inseparable from some hyperdensity which is believed to be within the lumen of the third ventricle posteriorly. The midline structures are nondisplaced. No bony destructive process. There may be a cystic component to the mass effect along its posterior right lateral wall measuring 6 mm. It is heterogeneously hyperdense which may reflect some early calcifications. Elements of hemorrhage however could not be excluded and further characterization with pre-and post-IV contrast-enhanced brain MRI recommended.

There was no calvarial pathology. There is no mastoid effusion. No abnormal tissue in the middle ear cavities. The visualized and developed paranasal sinuses unremarkable. The visualized orbits are unremarkable.

IMPRESSION:
Hyperdense heterogeneous midline posterior fossa mass effect results in lateral and third ventricular hydrocephalus and obliterates from identification the fourth ventricle. I am uncertain if this is a intra-axial mass versus an intraventricular mass. Correlation with multiplanar pre-and post-IV contrast-enhanced brain MRI recommended. Its hyperdensity may reflect its dense hypercellular composition and/or elements of intratumoral blood/calcification. Differential considerations would likely be substantially narrowed based upon assessment of its intra-versus extraventricular origin which will hopefully be

## Via Christi Hospital St Francis

| | | | | |
|---|---|---|---|---|
| Patient Name: | ████████████ | | | |
| MRN: | 1003092224 | | Admit: | 3/6/2017 |
| FIN: | 100005687784 | | Disch: | 3/15/2017 |
| DOB/Age/Sex: | ██████ 6 years | Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

### *Computed Tomography*

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 001-CT-17-012146 | 3/6/2017 11:26 CST | CT Head or Brain w/o Contrast | Stephanopoulos, Dimitrios E MD | 5 years |

**Report**
more clear at multiplanar MRI. Findings are suspicious for neoplasm with or without elements of intratumoral hemorrhage.

The critical findings were discussed by phone with the ordering physician prior to this dictation.

Dictated on workstation:HT148597

***** Final *****

Dictated by:    Cox, Thomas D MD
Dictated DT/TM: 03/06/2017 11:30 am
Signed by:    Cox, Thomas D MD
Signed (Electronic Signature):   03/07/2017 12:15 pm

Technologist:    Martin, Nancy S LRT

### *Magnetic Resonance Imaging*

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 001-MR-17-005184 | 3/13/2017 18:47 CDT | MRI/MRA Brain w/o Contrast | El-Nabbout,Bassem H MD | 5 years |

**Reason for Exam**
(MRI/MRA Brain w/o Contrast) Follow up from previous scans;Other, (Free text in Reason for Exam field)

**Report**
PROCEDURE: MRI, MRA brain without contrast.

TECHNIQUE: Multiplanar, multisequence MRI of the brain was performed without contrast. 3D time-of-flight MR angiography of the head was then acquired. The source axial data was reformatted into rotating MIP projections.

Indication: Altered mental status, followup previous intracranial mass resection.

Comparison: 3/7/2017.

Discussion: No adverse interval change. Abnormal restricted diffusion is again noted within the left aspect of the pons and within the corpus callosum, primarily the splenium. Right transfrontal ventriculostomy catheter is stable. Asymmetry in the ventricular sizes, left greater than right, is stable which contributes to mild rightward midline shift, also stable. Resection cavity

**Via Christi Hospital St Francis**

Patient Name:
MRN:            1003092224                        Admit:      3/6/2017
FIN:            100005687784                      Disch:      3/15/2017
DOB/Age/Sex:              6 years      Male       Admitting:  Bhimavarapu,Bala Bhaskar Reddy MD

---

*Operative Documentation*

**OP**

DATE OF PROCEDURE: 03/06/2017

PROCEDURE PHYSICIAN: Raymond W Grundmeyer III, MD

ASSISTANT:   Stacy Aylward, APRN

PREOPERATIVE DIAGNOSIS
Hemorrhagic 4th ventricular cerebellar tumor with obstructive hydrocephalus.

POSTOPERATIVE DIAGNOSES
Hemorrhagic 4th ventricular cerebellar tumor with obstructive hydrocephalus.

PROCEDURE
1.      Suboccipital craniectomy with resection of 4th ventricular cerebellar tumor.
2.      Right frontal ventriculostomy for intracranial pressure monitoring and cerebrospinal fluid drainage.
3.      Placement of cranial fixation device.

ANESTHESIA
General.

INDICATIONS FOR SURGERY
The patient is a 5-year-old male who was found to have strep throat and developed increasing nausea and vomiting then became unresponsive, after which he underwent a head CT scan, showing a large 4th ventricular tumor with evidence of hemorrhage. It was, therefore, felt with his acute decline, that surgical evacuation of the tumor as well as placement of ventriculostomy catheter would be necessary to give the best chance for clinical improvement. The risks and benefits were candidly discussed with the parents, including the potential for tumor that would require further treatment and they wished proceed with surgery.

PROCEDURE IN DETAIL
After appropriate consent and preoperative laboratory studies were performed, the patient was taken emergently to the operating room and placed under general anesthesia. Previously, he had been intubated. Prior to turning prone for removal of the tumor, the right frontal scalp region was shaved and then sterilely prepped and draped. Once again, prophylactic antibiotics had been given. A small incision was made approximately 3.5 cm from the midline, at the level of the coronal suture, and a twist drill bur hole was created with a hand drill. A ventriculostomy catheter carefully placed until cerebral spinal fluid

---

**Via Christi Hospital St Francis**

Patient Name: ▮▮▮▮▮▮▮▮
MRN:        1003092224                    Admit:       3/6/2017
FIN:        100005687784                  Disch:       3/15/2017
DOB/Age/Sex: ▮▮▮▮▮  6 years   Male        Admitting:   Bhimavarapu,Bala Bhaskar Reddy MD

---

### *Operative Documentation*

---

was noted to exude under elevated pressure. The catheter was tunneled beneath the scalp and exited through the scalp and secured with a 3-0 nylon stitch and later connected to a sterile drainage system. The initial incision site was oversewn with a 3-0 nylon stitch. A sterile gauze dressing was placed over the incision.

The patient was then placed in Mayfield head pins and carefully turned to the prone position, with the neck in neutral position. The suboccipital and cervical region were shaved with a hair clipper and then sterilely prepped and draped. All pressure points carefully padded and secured. A midline incision was made in the suboccipital cervical region and the soft tissues were dissected and carefully retracted with self-retaining retractor. A suboccipital craniectomy was then performed with the high-speed drill. Once this was performed, the dura was opened in a cruciate fashion, at which point the cerebellum was noted to be under elevated pressure. A corticectomy was made in the vermis at which point a large hemorrhagic mass that was very friable was identified. Several biopsies were taken and sent for analysis, which was consistent with a hypercellular neoplasm.

Resection continued until the gross total resection of the mass within the 4th ventricle was obtained. Once this was completed, 4th ventricle was irrigated thoroughly with saline solution until no further bleeding was noted. The resection cavity along the superior aspect of the 4th ventricle was lined with Surgicel and then the dura was closed with a small duraplasty using running and interrupted 4-0 silk stitches. The soft tissues were closed in layers with interrupted absorbable stitches and the skin closed with a running subcuticular stitch as well as with Dermabond skin sealant solution. The patient tolerated the procedure well and remained hemodynamically stable. He was left intubated and transferred back to the Pediatric Intensive Care Unit in stable but neurologically critical condition.

Throughout the procedure, Stacy Aylward, APRN, assisted with providing tools throughout the tumor resection, exposure and closure, as well as placement of ventriculostomy and Mayfield head pins, and assisted also with positioning.

ESTIMATED BLOOD LOSS
20 mL.

IV FLUIDS
400 mL.

URINE OUTPUT
100 mL.

COMPLICATIONS
None.

---

### Via Christi Hospital St Francis

| | | | | |
|---|---|---|---|---|
| Patient Name: | ████████████ | | | |
| MRN: | 1003092224 | | Admit: | 3/6/2017 |
| FIN: | 100005687784 | | Disch: | 3/15/2017 |
| DOB/Age/Sex: | ██████ 6 years | Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

---

### *Operative Documentation*

---

FINDINGS
Evidence of large hemorrhagic 4th ventricular mass causing severe obstructive hydrocephalus.

CC:


Job ID:1043391
Document ID:540708
Dictated Date: 03/07/2017 06:39:33
Transcription Date: 03/07/2017 10:43:29 / bs
Dictated By: Raymond W Grundmeyer III, MD
Procedure Physician: Raymond W Grundmeyer III, MD

Electronically Signed on 03/08/2017 07:44 AM CST

_____
Raymond Grundmeyer, MD

---

### *Laboratory Documents*

---

| | |
|---|---|
| Document Type: | Lab/Pathology Lab Report |
| Service Date/Time: | 3/23/2017 02:11 CDT |
| Result Status: | Modified |
| Document Subject: | Lab/Pathology Lab Report.pdf |
| Sign Information: | |

**Lab/Pathology Lab Report**
Please click on link to see image.

---

**Via Christi Hospital St Francis**

| | | | |
|---|---|---|---|
| Patient Name: | ████████ | | |
| MRN: | 1003092224 | Admit: | 3/6/2017 |
| FIN: | 100005687784 | Disch: | 3/15/2017 |
| DOB/Age/Sex: | ████ 6 years   Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

---

### *Consultation Notes*

---

have discussed and supervised medical care plans with the ICU team; and have personally directed and titrated medical management and care. I was physically present in the rendering of critical care services to this patient which was necessary due to need for mechanical ventilation, ICP control after neurosurgery, observation in PICU also for seizures. Dr. Botick, peds resident notified in person.

```
Electronically Signed on 03/06/2017 06:22 PM CST
_____
Dimitrios Stephanopoulos, MD
```

---

| | |
|---|---|
| Document Type: | Consultation Note - Generic |
| Service Date/Time: | 3/6/2017 12:45 CST |
| Result Status: | Auth (Verified) |
| Document Subject: | CON |
| Sign Information: | Grundmeyer III,Raymond W MD (3/10/2017 13:23 CST); Armstrong,LeaAnn APRN (3/8/2017 07:46 CST) |

**CON**

CONSULTANT:  Raymond W Grundmeyer III, MD

DATE OF CONSULTATION: 03/06/2017

HISTORY OF PRESENT ILLNESS
This is a 5-year-old male who presented to the emergency room with nausea and vomiting. The patient had been diagnosed with group A strep at Wesley at 6 p.m. on Sunday and then was sent home with amoxicillin for 10 days. The patient took one dose was unable to keep it down. The mother states he vomited 3 or 4 times after leaving Wesley. She was worried about him getting treatment for his strep and thought that he might be dehydrated, so she brought him to Via Christi Hospital Francis ED. The patient's mother states that she is unsure when symptoms started, but a sister had a recent tonsillectomy and thinks that the patient was afraid that if he told his mom that his throat hurts that he would have to have surgery. The nausea and vomiting started on Friday, intermittent throughout the weekend. Sunday he complained of headache, dizziness, worsening nausea, and several episodes of emesis. No fever, chills, weight loss. The patient was admitted after he went for a scan and reported Coded during that scan and then was having decerebrate posturing. He was admitted to the PICU and  currently is sedated on the ventilator

PAST MEDICAL HISTORY
Negative.

PAST SURGICAL HISTORY
Negative.

---

**Via Christi Hospital St Francis**

Patient Name: ███████
MRN: 1003092224
FIN: 100005687784
DOB/Age/Sex: ███ 6 years    Male

Admit: 3/6/2017
Disch: 3/15/2017
Admitting: Bhimavarapu,Bala Bhaskar Reddy MD

---

### *Consultation Notes*

**ALLERGIES**
**No known drug allergies.**

MEDICATIONS ON ADMISSION
None.

SOCIAL HISTORY
Lives with parents. No tobacco exposure. He does have a sibling. He is home schooled.

REVIEW OF SYSTEMS
Unobtainable due to the patient's decreased LOC but is reported to have had strep diagnosis yesterday.

PHYSICAL EXAM
VITAL SIGNS:  Blood pressure is 154/107. His heart rate is 137, his temperature is 37.8.
GENERAL:  This is a 5-year-old male who is sedated on the vent.
HEENT: Normocephalic, atraumatic. His pupils are 2 mm and reactive. There are no gross oropharyngeal lesions noted.
NECK: Supple.
CHEST: Clear on the ventilator.
HEART: Rapid rate and rhythm.
ABDOMEN: Soft and nondistended.
EXTREMITIES: Positive pedal pulses.
NEUROLOGIC: The patient is sedated on the vent. Prior to that he had reported decerebrate posturing. Pupils are equal, round, and reactive.

RADIOGRAPHIC STUDIES
CT of the head does show a large 4th ventricular brain mass with obstructive hydrocephalus.

IMPRESSION
A fourth ventricular brain mass.

PLAN
At this time did discuss with the parents that Dr. Grundmeyer had reviewed the CT of the head, and that the patient will need a frontal ventriculostomy placement and then a suboccipital craniectomy for resection of mass. Risks and benefits were discussed in detail and Dr. Grundmeyer will discuss with them further prior to the procedure. Dr. Grundmeyer will be here emergently to perform that surgery.  The parents do wish to proceed with surgery.

Thank you for allowing us to participate in the care of your patient.

---

020044

## Via Christi Hospital St Francis

| | | | | |
|---|---|---|---|---|
| Patient Name: | ██████████ | | | |
| MRN: | 1003092224 | | Admit: | 3/6/2017 |
| FIN: | 100005687784 | | Disch: | 3/15/2017 |
| DOB/Age/Sex: | ████████ 6 years | Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

---

### *Consultation Notes*

---

CC:

Job ID:1042860
Document ID:540510
Dictated Date: 03/06/2017 12:45:00
Transcription Date: 03/06/2017 14:02:00 / dl
Dictated By: Lea Ann Armstrong, APRN
Responsible Physician:  Raymond W Grundmeyer III, MD

```
Electronically Signed on 03/08/2017 07:46 AM CST
_____
LeaAnn Armstrong, APRN

Electronically Signed on 03/10/2017 01:23 PM CST
_____
Raymond Grundmeyer, MD
```

Document Type:                        Consultation Note - Generic
Service Date/Time:                    3/6/2017 12:17 CST
Result Status:                        Auth (Verified)
Document Subject:                     3-6-17 DES PCCM CT Scan results
Sign Information:                     Stephanopoulos,Dimitrios E MD (3/6/2017 12:26 CST)

3-6-17   1200-1PM

CT Scan showed:
IMPRESSION:
Hyperdense heterogeneous midline posterior fossa mass effect results in lateral
and third ventricular hydrocephalus and obliterates from identification the
fourth ventricle. I am uncertain if this is a intra-axial mass versus an
intraventricular mass. Correlation with multiplanar pre-and post-IV
contrast-enhanced brain MRI recommended. Its hyperdensity may reflect its dense
hypercellular composition and/or elements of intratumoral blood/calcification.
Differential considerations would likely be substantially narrowed based upon
assessment of its intra-versus extraventricular origin which will hopefully be
more clear at multiplanar MRI. Findings are suspicious for neoplasm with or
without elements of intratumoral hemorrhage.

PE: 100 NSR, 116/40, RR 20 on vent ETCO2 ~ 35-40 PC 25/3
Sedated
PERRLA 3/3 brisk
Chest Clear to A and P

---

**Via Christi Hospital St Francis**

| | | | | |
|---|---|---|---|---|
| Patient Name: | ██████████ | | | |
| MRN: | 1003092224 | | Admit: | 3/6/2017 |
| FIN: | 100005687784 | | Disch: | 3/15/2017 |
| DOB/Age/Sex: | ████ | 6 years    Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

---

### *Consultation Notes*

---

S1 S2 app without murmur
Abd - Nl non tender , no masses
GU male with Foley cath
Ext Nl Passive FROM
Neuro - GCS 3

I spoke with Dr. Grundmeyer about CT findings and clinical exam. Dr. Grundmeyer
requests child be prepared for OR at this time.

Family Discussion; Dr. Bala / DES / Dr. Borig/ Chaplin
discussed above finding and ned for immediate therapy. Initially was
going to MRI for study, however Dr. Grundmeyer now called back and
requests pt be made ready for OR and OK to place PICC line.

Impression:
1. Increased intracranial pressure
2. mass lesion 4.2 cm posterior fossa with some probable bleeding adjacent to or part of the 4th ventricle
   leading to hydrocephalus
Suggestions:
1. Dr. Grundmeyer coming to go to OR now
2. Start Propofol Drip for sedation, Keppra, IV antibiotics (ACV/Meropenem/Vancomycin)
3. NS drip , Foley, check glucose Q1-2h.


ATTENDING ATTESTATION:
I have examined the patient; have reviewed the interval history and pertinent laboratory and radiographic data; have spoken with mom and
father; have discussed and supervised medical care plans with the ICU team; and have personally directed and titrated medical
management and care. I was physically present in the rendering of critical care services to this patient which was necessary due to Status
epilepticus, Respiratory Failure, and now need for emergent operation for increased Intracranial Pressure

Electronically Signed on 03/06/2017 12:26 PM CST

_____

Dimitrios Stephanopoulos, MD

_____

| | |
|---|---|
| Document Type: | Consultation Note - Generic |
| Service Date/Time: | 3/6/2017 11:13 CST |
| Result Status: | Auth (Verified) |
| Document Subject: | 3-6-27 DES PCCM |
| Sign Information: | Stephanopoulos,Dimitrios E MD (3/6/2017 11:33 CST) |

---

**Date and Time of Consult**
3-6-17   10:04 - 11:30AM

**Reason for Consultation**
Rapid response and then Code Blue called on Peds Floor

**History of Present Illness**
See Resident's Note.  5 yo with strep throat admitted for vomiting unable to take antibiotics
at home. No hx of trauma. Episode of hypertonic stiffening
with decreased to absent respirations, BVM ventilated and Intubated with 5.0 cuffed ETT at
bedside per anesthesia with Propofol and rocuronium. Ativan

**Past Medical History**
Ongoing
    No qualifying data
Historical
    No qualifying data

**Medications**
Inpatient
    *Vancomycin Communication, *Pharmacy
    to Dose, Daily

---

## Via Christi Hospital St Francis

| | | | | |
|---|---|---|---|---|
| Patient Name: | ██████████████ | | | |
| MRN: | 1003092224 | | Admit: | 3/6/2017 |
| FIN: | 100005687784 | | Disch: | 3/15/2017 |
| DOB/Age/Sex: | ████████  6 years  Male | | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

### *Computed Tomography*

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 001-CT-17-012146 | 3/6/2017 11:26 CST | CT Head or Brain w/o Contrast | Stephanopoulos, Dimitrios E MD | 5 years |

**Reason for Exam**
(CT Head or Brain w/o Contrast) Altered level of Consciousness

**Report**
PROCEDURE: CT head without contrast.

TECHNIQUE: Multiple contiguous axial images were obtained through the brain without the use of intravenous contrast.

INDICATION:  Unresponsive.

COMPARISON: No priors.

FINDINGS: There is a hyperdense midline posterior fossa mass effect measuring 4.1 cm AP by 3.8 cm transverse. I am unable to identify the fourth ventricle. It is unclear if this is intraventricular mass or if it is a mass posterior to the ventricle compressing that structure. This results in lateral and third ventriculomegaly. The body of the right lateral ventricle is 2 cm maximal. The third ventricle is about 0.9 cm. The temporal horns are dilated bilaterally to about 9 mm. No obvious periventricular edema. There is questionable hyperdense material layering within the occipital horns of both lateral ventricles versus choroid plexus. The midline posterior fossa mass has its superior component inseparable from some hyperdensity which is believed to be within the lumen of the third ventricle posteriorly. The midline structures are nondisplaced. No bony destructive process. There may be a cystic component to the mass effect along its posterior right lateral wall measuring 6 mm. It is heterogeneously hyperdense which may reflect some early calcifications. Elements of hemorrhage however could not be excluded and further characterization with pre-and post-IV contrast-enhanced brain MRI recommended.

There was no calvarial pathology. There is no mastoid effusion. No abnormal tissue in the middle ear cavities. The visualized and developed paranasal sinuses unremarkable. The visualized orbits are unremarkable.

IMPRESSION:
Hyperdense heterogeneous midline posterior fossa mass effect results in lateral and third ventricular hydrocephalus and obliterates from identification the fourth ventricle. I am uncertain if this is a intra-axial mass versus an intraventricular mass. Correlation with multiplanar pre-and post-IV contrast-enhanced brain MRI recommended. Its hyperdensity may reflect its dense hypercellular composition and/or elements of intratumoral blood/calcification. Differential considerations would likely be substantially narrowed based upon assessment of its intra-versus extraventricular origin which will hopefully be

**Via Christi Hospital St Francis**

| | | | | |
|---|---|---|---|---|
| Patient Name: | ████████████ | | | |
| MRN: | 1003092224 | | Admit: | 3/6/2017 |
| FIN: | 100005687784 | | Disch: | 3/15/2017 |
| DOB/Age/Sex: | ████████ 6 years | Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

## *Computed Tomography*

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 001-CT-17-012146 | 3/6/2017 11:26 CST | CT Head or Brain w/o Contrast | Stephanopoulos, Dimitrios E MD | 5 years |

**Report**

more clear at multiplanar MRI. Findings are suspicious for neoplasm with or without elements of intratumoral hemorrhage.

The critical findings were discussed by phone with the ordering physician prior to this dictation.

Dictated on workstation:HT148597

***** Final *****

Dictated by:    Cox, Thomas D MD
Dictated DT/TM: 03/06/2017 11:30 am
Signed by:    Cox, Thomas D MD
Signed (Electronic Signature):  03/07/2017 12:15 pm

Technologist:    Martin, Nancy S LRT

## *Magnetic Resonance Imaging*

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 001-MR-17-005184 | 3/13/2017 18:47 CDT | MRI/MRA Brain w/o Contrast | El-Nabbout,Bassem H MD | 5 years |

**Reason for Exam**

(MRI/MRA Brain w/o Contrast) Follow up from previous scans;Other, (Free text in Reason for Exam field)

**Report**

PROCEDURE: MRI, MRA brain without contrast.

TECHNIQUE: Multiplanar, multisequence MRI of the brain was performed without contrast. 3D time-of-flight MR angiography of the head was then acquired. The source axial data was reformatted into rotating MIP projections.

Indication: Altered mental status, followup previous intracranial mass resection.

Comparison: 3/7/2017.

Discussion: No adverse interval change. Abnormal restricted diffusion is again noted within the left aspect of the pons and within the corpus callosum, primarily the splenium. Right transfrontal ventriculostomy catheter is stable. Asymmetry in the ventricular sizes, left greater than right, is stable which contributes to mild rightward midline shift, also stable. Resection cavity



Patient Name:
Date of Birth: ▌▌▌ 00:00 CST

MRN: 1003092224
FIN: 100005687784

**Attachment(s): 3/23/2017 02:11 CDT Lab/Pathology Lab Report.PDF**

F3PI, PI36 - 01

ADM: **03/06/17**

**Final_Lab_Report**
**Via Christi Hospitals Wichita, Inc**
**929 N. St. Francis, Wichita, KS 67235, CLIA#17D2004290**
**Joel Alderson, DO, Medical Director**



**Pathology Reference Lab**

### Pathology Consultation

| Test Name | Accession number | Referring Pathologist | Referring Pathologist Address | Final Diagnosis |
|---|---|---|---|---|
| Ref Range | | | | |
| Units | | | | |
| 03/08/17 15:42 | HR17-11403   M1 M | SEE BELOW   M2 M | SEE BELOW   M3 M | SEE BELOW   M4 M |

M1    REVISED REPORT

M2    Irene Chang, M.D.

M3    Via Christi Regional Medical Center
929 North Francis Street
Wichita, KS 67214
316-268-5470
Priority Phone: 316-689-5675
Fax Phone: 316-265-4001

M4 PENDING FINAL INTEGRATED DIAGNOSIS
Brain, cerebellum mass, resection (17-SF-984; 03/06/2017):
Medulloblastoma, WNT-activated (WHO grade IV).  See comment.
Comment:  The resection specimen demonstrates a small round blue
cell tumor composed of cells with hyperchromatic molded nuclei and
scant cytoplasm. There are frequent mitoses and apoptotic cells with
small foci of necrosis.  No nodularity or desmoplasia are
identified. These features are consistent with a classic
medulloblastoma.
Immunohistochemical stains were performed at the referring
institution (GFAP, NSE, CK AE1/AE3, synaptophysin, vimentin, and
Ki67) and at Mayo Clinic on block B2 (beta-catenin, YAP1, and GAB1).
Synaptophysin and NSE:  Strongly positive.
Vimentin:  Strongly positive.
GFAP:  Highlights reactive astrocytes and is negative in tumor
cells.
Beta-catenin:  Diffuse nuclear and cytoplasmic staining.
YAP1:  Nuclear staining.
GAB1:  Negative.
The tumor cells show diffuse nuclear and cytoplasmic expression of
beta-catenin.  Nuclear and cytoplasmic expression of YAP1 is present
while GAB1 stain is negative.  These findings are consistent with
WNT molecular subgroup medulloblastoma (Acta Neuropathol 2011;
121:381-96).
Chromosome 6, MYC, and N-MYC status will be assessed and findings
will be reported in an addendum.
Clinical History:  This 5-year-old boy presented with nausea,
vomiting, and headache.  He was initially diagnosis with
pharyngitis, but continued to have persistent nausea and vomiting.
Imaging studies demonstrated a posterior fossa mass.  Per report,
head CT demonstrated a hyperdense heterogeneously enhancing midline
posterior fossa mass  filling the fourth ventricle and resulting in
hydrocephalus.  The cerebellar mass was resected on 03/06/2017.
Dr. Paolini spoke with Dr. Chang on 03/10/2017 to communicate the
preliminary results and Dr. Vaubel left a message with the final
results on 03/14/2017.  Thank you very much for forwarding the case
for consultation, please do not hesitate to contact me at
507-284-1584 if you have additional questions.

LAB: L-Low, H-High, CL-Critical Low, CH-Critical High, T-Toxic, *-Abnormal
MIC: *- New result   **- Result was modified after final status set

Form CRC1-Cumulative

Report is current as of  03/23/17 02:06

MRN: **1003092224**
Case#: **100005687784**    Patient Type: **I**
Sex: **M**    DOB: ▌▌    Age: **5**
Dr: **BHIMAVARAPU, BALA BHASKAR REDDY**
Page 12 of 17

Facility: VCH St Francis

VC000352

Patient Name:
Date of Birth:                     00:00 CST

MRN: 1003092224
FIN: 100005687784

**Attachment(s): 3/23/2017 02:11 CDT Lab/Pathology Lab Report.PDF**

F3PI, PI36 - 01

ADM: **03/06/17**

**Final_Lab_Report**
**Via Christi Hospitals Wichita, Inc**
**929 N. St. Francis, Wichita, KS  67235, CLIA#17D2004290**
**Joel Alderson, DO, Medical Director**



**Pathology Reference Lab**

## Pathology Consultation

| Test Name | Signing Pathologist | Specimen | Material | Addendum |
|---|---|---|---|---|
| Ref Range | | | | |
| Units | | | | |
| 03/08/17 15:42 | SEE BELOW     M5 M | SEE BELOW     M6 M | SEE BELOW     M7 M | SEE BELOW     M8 M |

*M5*  3/14/2017 15:35 Interpreted by: Caterina Giannini, M.D.
Report electronically signed by Caterina Giannini, M.D.
Transcribed by: mee 3/14/2017 11:04:19

*M6*  A:MML Pathology Consultation; brain tumor, cerebellar mass -
(17-SF-984)

*M7*  A.  MML Pathology Consultation; brain tumor, cerebellar mass -
(17-SF-984):  15 ss, 1 block
A comprehensive review of material that included clinical notes was
performed by Anatomic Pathology, Mayo Clinic, Rochester, MN, to
assist in the diagnostic assessment of the case.
SLIDE DISPOSITION:
15 slides and 1 block returned along with 3 slides made at Mayo
Clinic/(mel)

*M8*  Addendum:
FINAL INTEGRATED DIAGNOSIS
Brain, cerebellum mass, resection (17-SF-984; 3/062017):
Medulloblastoma, WNT-activated (WHO grade IV). See comment.
Comment: As typically seen in WNT-activated medulloblastoma, in
addition to nuclear expression of beta-catenin, the tumor shows
monosomy 6.
Chromosome Anomalies: MYCN, MYC, Chromosome 6 FISH:
Specimen: Tissue-Slides
Specimen ID: 17-SF-984-B2
Source: Brain tumor, cerebellar mass
Order Date: 3/14/2017
Reason For Referral: Medulloblastoma
Method:
Locus and Probes                    [Strategy;#Nuclei;Class]
-------------------------------------------------------------
2p24.1(MYCN),2CEN(D2Z1)                   [COPY#;60;ASR]
6CEN(D6Z1),6q23(MYB)                      [COPY#;100;LDT]
8CEN(D8Z2),8q24(MYC)                      [COPY#;60;ASR]
Probe Strategy: COPY#=region gain and loss.
Results:  Positive.
nuc ish(D6Z1,MYB)x1
The MYCN:D2Z1 ratio is 1.02.
Average MYCN signals per cell is 1.7.
Average D2Z1 signals per cell is 1.7.
The MYC:D8Z2 ratio is 0.88.
Average MYC signals per cell is 1.7.
Average D8Z2 signals per cell is 1.9.
Interpretation:
The result is abnormal and indicates that tumor nuclei had monosomy
6. In patients with medulloblastoma, monosomy 6 is associated with
the WNT-activated subgroup of tumors and a favorable prognosis
(Ramaswamy et al., Acta Neuropathol 131:821-831, 2016).
No amplification of MYCN or MYC were identified.
This test was ordered in the context of a Mayo Clinic pathology

LAB: L-Low, H-High, CL-Critical Low, CH-Critical High, T-Toxic, *-Abnormal
MIC: *- New result   **- Result was modified after final status set

Form: CRC1-Cumulative

Report is current as of  03/23/17 02:06

MRN: **1003092224**
Case#: **100005687784**    Patient Type: **I**
Sex: **M**    DOB:                      Age: **5**
Dr: **BHIMAVARAPU, BALA BHASKAR REDDY**
Page 13 of 17

Facility: VCH St Francis

VC000353

Patient Name:
Date of Birth: ███████ 00:00 CST

MRN: 1003092224
FIN: 100005687784

**Attachment(s): 3/23/2017 02:11 CDT Lab/Pathology Lab Report.PDF**

F3PI, PI36 - 01

ADM: **03/06/17**

**Final_Lab_Report**
Via Christi Hospitals Wichita, Inc
929 N. St. Francis, Wichita, KS 67235, CLIA#17D2004290
Joel Alderson, DO, Medical Director



**Pathology Reference Lab**

## Pathology Consultation

| Test Name | Signing Pathologist | Specimen | Material | Addendum |
|---|---|---|---|---|
| Ref Range | | | | |
| Units | | | | |

```
consultation/case (#HR17 11403), and this result should be
interpreted within the context of the pathology consultation/report.
DISCLAIMER: Analyte Specific Reagent (ASR). This test was developed
using an analyte specific reagent. Its performance characteristics
were determined by Mayo Clinic in a manner consistent with CLIA
requirements. It has not been cleared or approved by the U.S. Food
and Drug Administration. This test is intended to be used as an
adjunct to existing clinical and pathologic information currently
used for the differential diagnosis of medulloblastoma. Since only a
portion of the tumor was tested, it is possible that this result may
not represent the entire tumor population. This FISH test does not
rule out other chromosome abnormalities.
Released by: William R. Sukov, M.D.
Dr. Giannini called and communicated the final diagnosis to Dr.
Chang on 3/22/17. Thank you very much for forwarding the case for
consultation, please do not hesitate to contact me at 507-284-1584
if you have additional questions.
Transcribed by: lkl  3/20/2017 15:56:14
Signed by Caterina Giannini, M.D. 3/22/2017 19:23:39

Test Performed by:
Mayo Clinic Laboratories - Rochester Main Campus
200 First Street SW, Rochester, MN 55905
```

M    Tested at Mayo Medical Laboratories
CLIA#24D0404292,24D1040592,22D0072372,10D0269502,24D0404292

---

LAB: L-Low, H-High, CL-Critical Low, CH-Critical High, T-Toxic, *-Abnormal
MIC: *- New result   **- Result was modified after final status set

Form CRC1- Cumulative

Report is current as of 03/23/17 02:06

MRN: **1003092224**
Case#: **100005687784**   Patient Type: **I**
Sex: **M**   DOB: ██████   Age: **5**
Dr: **BHIMAVARAPU, BALA BHASKAR REDDY**
Page 14 of 17

Facility: VCH St Francis

VC000354

## Via Christi Hospital St Francis

Patient Name: ⬛⬛⬛⬛⬛⬛⬛⬛
MRN: 1003092224
FIN: 100005687784
DOB/Age/Sex: ⬛⬛⬛⬛   6 years   Male

Admit: 3/6/2017
Disch: 3/15/2017
Admitting: Bhimavarapu,Bala Bhaskar Reddy MD

---

### *Surgical Pathology Report*

---

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
DOCUMENT SUBJECT:
SIGN INFORMATION:

Surgical Pathology Report
3/6/2017 00:00 CST
Auth (Verified)
Surgical pathology study

**Surgical pathology study**

Joel W Alderson, DO, Medical
Director
Via Christi Hospitals
Wichita, Inc
3600 E Harry, Wichita, 67218
 CLIA #17D0452076
 929 N St Francis, Wichita,
67214  CLIA #17D0451945
Carmelita Alvares, MD,
Medical Director
Via Christi Hospital Wichita
St Teresa, Inc
14800 W St Teresa, Wichita,
67235  CLIA #17D2004290
                Number 17-SF-984
Customer
Service
316-268-5470
        Page 1 of 1


Final Surgical Pathology Report
 RAYMOND GRUNDMEYER III MD



Diagnosis:
A, B.   Brain, designated "cerebellar mass," resection:
   Medulloblastoma, WNT-activated (WHO grade IV) (see comment).

Diagnostic Comment:
This case was submitted to Mayo Medical Laboratories for outside
consultation, where the consultant pathologist, Dr. Caterina Giannini,
concurs with our impression and additionally notes: "The resection
specimen demonstrates a small round blue cell tumor composed of cells
with hyperchromatic molded nucleoli and scant cytoplasm.  There are
frequent mitoses and apoptotic cells with small foci of necrosis.  No
nodularity or desmoplasia are identified.  These features are
consistent with a classic medulloblastoma.

---

### Via Christi Hospital St Francis

Patient Name: ███████████
MRN: 1003092224
FIN: 100005687784
DOB/Age/Sex: ████████ 6 years    Male

Admit: 3/6/2017
Disch: 3/15/2017
Admitting: Bhimavarapu,Bala Bhaskar Reddy MD

---

## *Surgical Pathology Report*

Immunohistochemical stains were performed at the referring institution (GFAP, NSE, CK AE1/AE3, synaptophysin, vimentin, and Ki-67) and at Mayo Clinic on block B2 (beta-catenin, YAP1, and GAB1). Synaptophysin and NSE: strongly positive. Vimentin: strongly positive. GFAP: highlights reactive astrocytes and is negative in tumor cells. Beta-catenin: diffuse nuclear and cytoplasmic staining. YAP1: nuclear staining. GAB1: negative. The tumor cells show diffuse nuclear and cytoplasmic expression of beta-catenin. Nuclear and cytoplasmic expression of YAP1 is present while GAB1 stain is negative. These findings are consistent with WNT molecular subgroup medulloblastoma.

Chromosome 6, MYC, and N-MYC status will be assessed and findings will be reported in an addendum." (For full Mayo report, please see Mayo Medical Laboratories case #: HR17-11403.)

Clinical Information:
Specimen source: A. Cerebellar mass. B. Cerebellar mass.
Clinical history: None given.
Procedure: Suboccipital crani for resection of mass.

Source:
A. BRAIN, TUMOR RESECTION - CEREBELLAR MASS
B. BRAIN, TUMOR RESECTION - CEREBELLAR MASS

Gross Description:
A. Received fresh in a container labeled "███████████" and "cerebellar mass' is a 1.5 x 0.5 x 0.3 cm aggregate of pale tan-pink tissue. Five touch prep and squash slides are prepared from the specimen. Half of the specimen is then submitted for frozen section analysis in cassette AFS1 and the remainder half submitted for permanent section in cassette A1. POK/sb 3/7/2017 6:27 AM job 1043222

B. Received in formalin in a container labeled "███████████" and "cerebellar mass" consists of a formalin-soaked gauze and 1.5 x 1 x 0.6 cm aggregate of tan-pink to red-pink soft tissue. Submitted in toto in lens paper in cassettes B1 and B2. POK/sb 3/7/2017 7:51 AM job 1043316

Microscopic Description:
Microscopic examination is performed. Immunostains were performed to aid in evaluation and demonstrate that the tumor cells are positive for synaptophysin, NSE, and vimentin. GFAP and pancytokeratin are negative. A Ki67 immunostain shows a high proliferative index. Dr. Ted Ho has also reviewed this case and concurs. Immunostains were performed with

---

### Via Christi Hospital St Francis

| | | | | |
|---|---|---|---|---|
| Patient Name: | ████████████ | | | |
| MRN: | 1003092224 | | Admit: | 3/6/2017 |
| FIN: | 100005687784 | | Disch: | 3/15/2017 |
| DOB/Age/Sex: | ███████  6 years | Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

---

### *Surgical Pathology Report*

---

appropriate controls.  ILC/sb 3/14/2017 5:19 PM job 1048602

This diagnosis was rendered at Via Christi Hospitals Wichita, Inc.
929 N. St. Francis, Wichita, KS.

Intraoperative Consultation:
Frozen Section Diagnosis: Hypercellularity.  Neoplastic process.  Await
       permanents for further classification pending.
  Dr. C.H. Lai.
<Sign Out Dr. Signature>
IRENE CHANG, MD ph: (316) 689-5675
03/15/2017
               Printed: 3/15/2017 3:58 PM

ASL5 SOURCE LEVEL 5 CPT: 88307 x 2

 FS-1S FROZEN SECTION 1st/SPEC CPT: 88331 x 1

 SPS3 SPECIAL STAINS GROUP 3 CPT: 88342 x 1

 SPS5 SPECIAL STAIN IHC ADDTL CPT: 88341 x 5

 BFS-1 FROZEN SECTION 1st/spec CPT: 88331 x 1

 BSL5 SOURCE LEVEL 5 CPT: 88307 x 2

 BSPS3 SPECIAL STAINS GROUP 3 CPT: 88342 x 1

 BSPS5 SPECIAL STAIN IHC ADDTL CPT: 88341 x 5

Procedure Date 03/06/2017
Received Date 03/06/2017        ████████████
Reported Date 03/15/2017
            MR #  1003092224
            Case #  100005687784   Pat Type
            I
Location SFC PICU (F3PI)     Sex  M    DOB  ████████
             Age  5 Y
Unit F3PI PI36 01       Physician BALA BHASKAR REDDY
          BHIMAVARAPU, MD

---