## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Civil Action No: 2:19-CV-02158-KHV-KGG
_____

D.M., a minor, by and through his next friend and
natural guardian, KELLI MORGAN,

   Plaintiff,

vs.

WESLEY MEDICAL CENTER, LLC d/b/a WESLEY MEDICAL
CENTER - WOODLAWN; WESLEY-WOODLAWN CAMPUS; BRIDGET
GROVER, PA-C; DR. GREGORY FAIMON; LISA JUDD, RN; VIA
CHRISTI HEALTH SYSTEMS d/b/a VIA CHRISTI - ST.
FRANCIS; JENNIFER CHAMBERS-DANEY, ARNP; DR. BALA
BHASKAR REDDY BHIMAVARAPU; DR. CONNOR HARTPENCE;
DR. STEFANIE WHITE; DR. JAMIE BORICK; and AARON KENT,
RN,

   Defendants.
_____

VIDEO DEPOSITION OF KELLI MORGAN

October 4, 2018
_____

PURSUANT TO WRITTEN NOTICE and the appropriate rules of civil procedure, the video deposition of KELLI MORGAN, called for examination by the Defendants, was taken at Renaissance Boulder Flatiron Hotel, 500 Flatiron Boulevard, Boardroom, Broomfield, Colorado, commencing at 9:04 a.m. on October 4, 2018, before Carmen Murphy, a Registered Professional Reporter and Notary Public in and for the State of Colorado.

Dauster|Murphy
www.daustermurphy.com
303.522.1604

## Page 2

APPEARANCES:

ON BEHALF OF THE PLAINTIFF:

   STEPHEN J. TORLINE, ESQ.
   Kuckelman Torline Kirkland
   10740 Nall Avenue, Suite 250
   Overland Park, Kansas 66211
   913-948-8613
   storline@ktk-law.com
      and
   DANIEL B. GIROUX, ESQ.
   Dugan Giroux Law, Inc.
   940 North Tyler Road, Suite 206
   Wichita, Kansas 67212
   316-721-5500
   dan@dgwichitalaw.com

ON BEHALF OF THE DEFENDANTS WESLEY MEDICAL CENTER,
LLC d/b/a WESLEY MEDICAL CENTER-WOODLAWN,
WESLEY-WOODLAWN CAMPUS and LISA JUDD, RN:

   MICHELLE M. WATSON, ESQ.
   Gibson Watson Marino, LLC
   301 North Main, Suite 1200
   Wichita, Kansas 67202
   316-264-7321
   michelle@gwmks.com

ON BEHALF OF THE DEFENDANTS BRIDGET GROVER, PA-C AND
DR. GREGORY FAIMON:

   TRACY A. COLE, ESQ.
   Gilliland Green, LLC
   20 West 2nd, 2nd Floor
   Hutchinson, Kansas 67504
   620-662-0537
   tcole@gglawks.com

ON BEHALF OF THE DEFENDANTS VIA CHRISTI HOSPITALS OF
WICHITA, INC., AND AARON KENT, RN:

   DAVID S. WOODING, ESQ.
   Martin Pringle
   100 North Broadway, Suite 500
   Wichita, Kansas 67202
   316-265-9311
   dswooding@martinpringle.com

## Page 3

ON BEHALF OF THE DEFENDANT JENNIFER CHAMBERS-DANEY,
ARNP:

   GREGORY S. YOUNG, ESQ.
   Hinkle Law Firm, LLC
   1617 North Waterfront Parkway, Suite 400
   Wichita, Kansas 67206
   316-267-2000
   gyoung@hinklaw.com

ON BEHALF OF THE DEFENDANT DR. BALA BHASKAR REDDY
BHIMAVARAPU:

   DON D. GRIBBLE, II, ESQ.
   Hite, Fanning & Honeyman, LLP
   100 North Broadway, Suite 950
   Wichita, Kansas 67202
   316-265-7741
   gribble@hitefanning.com

ON BEHALF OF THE DEFENDANTS STEFANIE WHITE, MD;
CONNOR HARTPENCE, MD; AND DR. JAMIE BORICK:

   STEVEN C. DAY, ESQ.
   Woodard, Hernandez, Roth & Day, LLC
   245 North Waco, Suite 260
   Wichita, Kansas 67202
   316-263-4958
   scday@woodard-law.com

ON BEHALF OF THE DEFENDANT CEP AMERICA-KANSAS:

   DUSTIN J. DENNING, ESQ.
   Clark, Mize & Linville
   129 South Eighth Street
   Salina, Kansas 67402
   785-823-6325
   djdenning@cml-law.net

ALSO PRESENT:  Dr. Gregory Faimon
   Joey Dean, Wesley
   Tim Falk, Videographer

## Page 4

I N D E X

| EXAMINATION: | PAGE |
|---|---|
| By Ms. Watson | 6 |
| By Ms. Cole | 245 |
| By Mr. Wooding | 283 |
| By Mr. Young | 316 |
| By Mr. Day | 343 |
| By Mr. Gribble | 356 |
| By Mr. Denning | 374 |

| EXHIBITS: | | PAGE |
|---|---|---|
| Exhibit 1 | Notice to Take Video Depositions Duces Tecum | 5 |
| Exhibit 2 | March 2017 Calendar | 35 |
| Exhibit 3 | Ms. Morgan's Drawing | 51 |
| Exhibit 4 | Part A - Patient Information, WMC 0003 | 58 |
| Exhibit 5 | Diagram, W0234 | 71 |
| Exhibit 6 | Phone Records, 2 pages | 105 |
| Exhibit 7 | Wesley Medical Records, WMC 0016 - 19 | 105 |
| Exhibit 8 | Google Hangouts Document, 4 pages | 105 |
| Exhibit 9 | Google Searches, 7 pages | 41 |
| Exhibit 10 | Triage Call Report, 1 page | 290 |

EXHIBIT B

Page 173

1  said, "Yeah, vital signs person, so likely a CNA."
2  So I was probably trying to tell him that I figured
3  it was a CNA and not a nurse.
4     Q.   Okay. And he asked, "They should have
5  more experience" -- "XP" -- experience -- "than
6  that"?
7     A.   Yes, I believe so.
8     Q.   And he explained, "They do triage
9  assigning order of care based on severity"?
10    A.   Yes. And -- yeah. That's why I was
11 having the alarmist conversation with him, I believe,
12 because I had relayed to the triage person everything
13 that was going on, but he didn't seem concerned.
14    Q.   All right. Down lower than that you
15 said, "Very sleepy. Couldn't stand for weight." And
16 you relayed that description to us?
17    A.   Oh, yes.
18    Q.   Okay. And then it looked like Kevin was
19 going to try to get some sleep?
20    A.   Uh-huh.
21    Q.   And you were going to call him if you
22 needed him?
23    A.   Yeah. I asked him twice if his phone
24 was on loud. Oh, no, that's just a continuation on
25 the next page. It repeats it.

Page 174

1     Q.   Uh-huh. Okay. And that response was
2  "yes" at 3:13 a.m.?
3     A.   Yes, it appears so.
4     Q.   Were -- were you still in the waiting
5  room at that point?
6     A.   Yes.
7     Q.   All right. And then when they called
8  you back, tell us what you recall.
9     A.   So actually Nurse Practitioner Daney is
10 the one that came out and called -- called for us.
11 And she asked -- we were kind of like standing in
12 front of the -- the double doors that go back into
13 the ER. She didn't introduce herself to us, so I
14 assumed at the time that she was a nurse.
15       So I -- she asked what was going on, and
16 so I told her that he had been -- I told her exactly
17 what I had told the triage nurse. I said he had been
18 seen at Wesley beforehand earlier this evening and
19 they had diagnosed him with strep throat. He had
20 gone in because he had been screaming in church
21 because his head was hurting him so badly and that he
22 seemed to be, like, having -- like, his eyes were
23 rolling into the back of his head, almost like he was
24 going unconscious, and like really lethargic.
25       And I relayed to them that I thought

Page 175

1  maybe he had been sensitive to the light at that time
2  and that he had been vomiting a lot since the ER and
3  not keeping the antibiotics down and that we had
4  noticed when he was turning his head to the side he
5  was saying "Ow" and that his eyes were being weird in
6  that when he was going to sleep they weren't closing
7  all the way. It was like they were jutting from his
8  skull.
9        So we had actually come back in because
10 we were concerned that the strep throat had gone on
11 for too long, that maybe he hadn't been telling us
12 that his throat had hurt so it was possibly going
13 into meningitis is what I told her.
14    Q.   The eyes rolling back in the head, had
15 you seen that at any time since he was in the car on
16 his way to Wesley-Woodlawn?
17    A.   No.
18    Q.   All right. And did you use the word
19 "meningitis"?
20    A.   Yes. I said that we were concerned that
21 it was progressing into meningitis.
22    Q.   Okay. What was the response?
23    A.   She didn't really give a response to
24 that. It was like an "Okay," like a placating, like,
25 "All right. Sure." And then she said, "Well, I'll

Page 176

1  go see if I can find a back room somewhere for you."
2        MR. WOODING: Find a what?
3     A.   She said, "Let me go see if I can find a
4  back room for you somewhere."
5     Q.   (BY MS. WATSON) Where did that
6  conversation occur?
7     A.   Right in front of the double doors that
8  lead to the ER. Like when she called us up there, I
9  thought we were going to go straight back, but we
10 just stood there in front and had that whole
11 conversation first. And then ▓▓▓▓▓ -- I was
12 carrying him. ▓▓▓▓▓ and I waited there while she
13 went back to find a room. So we stood there for
14 maybe five minutes.
15    Q.   And was it her that came and got you?
16    A.   Yes.
17    Q.   All right. And you were placed in a
18 room?
19    A.   Yes. She came and got us, took us back
20 to a room. And I laid him down in the bed there.
21 And at that point she pointed out his eyes. She was
22 like, "Huh. He's awake. His eyes are open." I
23 said, "No, he is not awake. He is asleep and his
24 eyes aren't closing when he is going to sleep." And
25 she laughed. She laughed at him and then left the

Page 177

1  room. That was it.
2  **Q.** Okay. And this is Nurse Practitioner
3  Daney --
4  **A.** Yes.
5  **Q.** -- that you were describing the
6  conversation with?
7       Okay. Who came in the room next?
8  **A.** A nurse. She said that they were going
9  to hook him up to IV fluids and that they were going
10 to possibly start the antibiotic via IV. She put a
11 pulse ox on his finger, and she -- they did the IV.
12 And what really struck me about the IV is he didn't
13 even flinch in pain. So at the Wesley ER, he had
14 been protesting being listened to with a stethoscope,
15 saying he didn't want a flu shot. And then at Via
16 Christi, when they poked his arm with a needle, he
17 didn't even respond to the pain.
18 **Q.** Did you comment about that to the nurse?
19 **A.** Yeah, I did.
20 **Q.** What did she say?
21 **A.** She said, "He must be really tired." I
22 heard that -- that was a common -- a common statement
23 when I was at that ER. Many people were like, "Well,
24 he is just tired."
25 **Q.** Okay. So they got the IV fluids going?

Page 178

1  **A.** Yeah.
2  **Q.** And were they also administering the
3  antibiotics?
4  **A.** No.
5  **Q.** Okay. What happened next after they got
6  the IV fluids?
7  **A.** We just sat and waited. There were a
8  couple of people that came in and out, but it wasn't
9  to observe him or check him or anything. They came
10 and they were like -- it almost seemed like a storage
11 room to me because there were those, like, big
12 cabinets with a bunch of stuff in it, and people were
13 coming in and getting supplies out and taking them to
14 other rooms but not saying anything to us.
15 **Q.** Okay. What's the next thing you recall?
16 **A.** Dr. -- it was a resident from the
17 pediatric floor that came in.
18 **Q.** Male or female?
19 **A.** Male.
20 **Q.** What was the conversation with him?
21 **A.** He said that we were going to be
22 admitted for monitoring. And I was shocked, because
23 I hadn't spoken to anyone. It was like, oh, finally
24 there's a doctor here to, you know, come and check
25 him out. I thought that's what we were waiting for

Page 179

1  the whole time was for a doctor to come into the room
2  to check him out. Because I didn't know that the
3  nurse practitioner was a nurse practitioner. I
4  thought she was just a nurse.
5       I thought that the nurse came in and
6  started the IV fluids and that he was still waiting
7  to see a doctor, because nobody else had been in
8  there. And so when the resident came in, he
9  introduced himself, and I was relieved. I was like,
10 finally somebody is going to see him.
11      And he just said, "You're going to be
12 admitted." And I -- I said, "Why" -- oh, they took
13 blood when they were doing the IV. They did lab
14 work. And so I asked him was there something on the
15 lab work. Like, I was -- you know, mom freak-out
16 moment. Like, oh, my goodness. There's something
17 horrible in his lab work and they are having to admit
18 him because of it.
19      And he said, "No. No. No. No. There
20 was nothing wrong with his lab work." That's what he
21 told me. He said that the white count was a little
22 elevated, but it's probably from the strep. And they
23 were just going to admit him because they wanted to
24 make sure that he was able to keep antibiotics down
25 in the morning.

Page 180

1       And so I went over -- he kind of asked
2  me what was going on with him. And we were -- we
3  were sitting at the edge, like, at the doorway. I
4  had scooted my chair down to the edge of the doorway,
5  and we were having the conversation there, like kind
6  of away from the bed. And I told him that -- you
7  know, the full history again.
8       I told him that we had been in the ER
9  earlier at Wesley because he had developed a headache
10 during church where he was screaming, and it was
11 really severe, and that he had been nauseous a couple
12 of days before and that he then did end up vomiting
13 several times in the ER and since then, and that on
14 the way to the ER we had noticed that he was rolling
15 his eyes into the back of his head and really weak
16 and lethargic at that point.
17      And then I told him about how the time
18 between the two ERs we had noticed that his symptoms
19 had gotten worse, closer to the time when we came
20 back into the Via Christi ER, and I had noticed that
21 his eyes weren't closing. And I showed him. I
22 pointed it out because          was still doing that,
23 to where his eyes weren't shut. They were like half
24 shut while he was asleep there on the bed.
25      And I said, you know, "His eyes aren't

Page 337

1    Do you have a Facebook account?
2    **A.**    Yes.
3    **Q.**    Does your husband?
4    **A.**    Yes.
5    **Q.**    Have you looked at any Facebook
6    accounts, yourself, on -- I don't want to know
7    anything about your attorneys, but have you gone on
8    to Ms. Daney's Facebook?
9    **A.**    No, I have not gone to view the stuff on
10   her Facebook.
11   **Q.**    Do you know if your husband has?
12   **A.**    I don't know that.
13   **Q.**    Have you done any -- looked at any other
14   Facebook pages for any other person that took care of
15   ▇▇▇ at any time?
16   **A.**    Not that I recall.
17   **Q.**    Like, for example, like nurses at the
18   Denver Children's Hospital, do you know if any of
19   them have posted any mimes or jokes or anything like
20   that about nursing care?
21   **A.**    I don't have a habit of going to other
22   people's Facebook sites to snoop.  Not when I'm
23   personally having to deal with them every day.
24   **Q.**    So when -- when Ms. Daney chuckled and
25   kind of left -- or laughed and left the room, is that

Page 338

1    the last time you interacted with her?
2    **A.**    Yes.
3    **Q.**    And did she ever touch ▇▇▇?
4    **A.**    No.
5    **Q.**    Did she ever look at him, other than
6    just kind of in passing?
7    **A.**    No.
8    **Q.**    So she brought him to the room, talked
9    to you for a second, and then left?
10   **A.**    I brought him to the room.
11   **Q.**    Well, she brought you guys to the
12   room --
13   **A.**    Yes.
14   **Q.**    -- to show -- you carried him, correct?
15   **A.**    Yes.  Um-hum.
16   **Q.**    And then she talked for, sounds like, a
17   very brief conversation and then left --
18   **A.**    Yes.
19   **Q.**    -- and wasn't back?
20   **A.**    Right.
21   **Q.**    Is it possible you were mixing her up
22   with a nurse?
23   **A.**    No.
24   **Q.**    When the -- when you thought -- did you
25   think she was a nurse at that time?

Page 339

1    **A.**    Yes.  Well --
2    **Q.**    Okay.  And that's why you thought you
3    had -- that when the -- when the male doctor came in
4    later, that's what you thought -- that was the first
5    time you thought you were seeing a doctor, other than
6    at Wesley, correct.
7    **A.**    Yes.  Can I say something real quick?
8    **Q.**    Sure.
9    **A.**    So I thought she was a nurse up until
10   the point when I heard her yell across the room,
11   stopping the orders of the antibiotic.  And at that
12   point I realized she must not be just a nurse.
13   **Q.**    Okay.  And how do you know it was her?
14   **A.**    Because I could see her.  I had had that
15   conversation with the resident that had come into the
16   room, and we had scooted our chairs to the edge of
17   the door, and that -- the person that had just
18   started the IV antibiotic was going out the room.  So
19   I was still kind of like at the edge of the door
20   there.
21             And the nurse's station was down the
22   hall to the right, like kind of right there, so you
23   could see it there.  And I heard and then peeked out
24   to see who was yelling, and it was her.
25   **Q.**    I'm sorry if I missed this, but the --

Page 340

1    the foster kids you had, you had one that was a baby?
2    **A.**    Yes.
3    **Q.**    And then how old were the other two?
4    **A.**    Three and four.
5    **Q.**    And both girls or one girl and one boy?
6    **A.**    Both girls.
7    **Q.**    Did you know that they were doing blood
8    work or blood tests on ▇▇▇ --
9    **A.**    I knew --
10   **Q.**    -- in the emergency room?
11   **A.**    Sorry.  Yes, I knew that they pulled --
12   did a lab pull when they started the IV.
13   **Q.**    Do you know who ordered that?
14   **A.**    I was not told.
15   **Q.**    Okay.  Did you -- did you know that
16   you -- you obviously knew they were starting fluids?
17   **A.**    Yes.  She told me that they were going
18   to.
19   **Q.**    Who told you, the nurse or -- or
20   Ms. Daney?
21   **A.**    Ms. Daney.
22   **Q.**    Did she say why?
23   **A.**    No, she didn't say specifically why,
24   but --
25   **Q.**    Did you think that since he had been

Page 341

1   vomiting and not consuming anything, that was
2   probably a good idea?
3       A.   Yeah.  Especially since she said that
4   they were going to do the Zofran too.
5       Q.   Did his color look better after he
6   started getting fluid?
7       A.   Slightly.
8       Q.   What do you mean, slightly?
9       A.   I mean, he was a little pale when we
10  went in there.  It got a little better, but then it
11  got worse again.
12      Q.   When did it get worse again?
13      A.   As the time progressed.
14      Q.   When he got up to the floor or when he
15  was still in the emergency room?
16      A.   It was already a little worse once we
17  got up to the pediatric floor, but it continued to
18  get worse on the pediatric floor.
19      Q.   I'm going to be done in a few minutes.
20           When you were a chiropractor assistant,
21  it sounded like one of the things you did, you were
22  responsible for taking the patients' complaints?
23      A.   Yes.
24      Q.   Do you know what a chief complaint is?
25      A.   A chief complaint?  Like the main

Page 342

1   complaint.
2       Q.   The reason why they are there?
3       A.   Yeah.  Yeah.
4       Q.   Okay.  And you would write that down?
5       A.   Yes, on the paperwork.
6       Q.   When you did that, would you basically
7   just write down what the patient told you?
8       A.   Yes.
9       Q.   The church that you were at, it was
10  basically a -- it was an end of a strip mall, a
11  little business setup or office area; is that right?
12      A.   Yeah.  I think it had been a gym
13  beforehand.
14      Q.   Okay.  And the pastor, do you know, is
15  he now selling real estate in Wichita?
16      A.   Yeah, he's transitioned to real estate.
17  They have --
18      Q.   The --
19      A.   I was just going to say, they have
20  needed to make more money because they also are a
21  family with four kids, so...
22      Q.   And they had a child that was born with
23  a birth defect?
24      A.   Yes.
25      Q.   Did [redacted] share a room with any of the

Page 343

1   foster kids?
2       A.   He did.  He shared a room with the baby.
3       Q.   Was his room on the ground floor,
4   upstairs, basement?  I don't know what the living
5   arrangements were.
6       A.   It was a walkout basement.  So he had a
7   -- he had a very large room.  It was almost like one
8   of those rooms that you could put a divider in to
9   have two separate -- if you want, and he was one side
10  and the baby was on the other.
11      Q.   In the basement?
12      A.   Yeah.
13           MR. YOUNG:  I'll let the other attorneys
14  ask their questions.  Thank you.
15                EXAMINATION
16  BY MR. DAY:
17      Q.   Ms. Morgan, my name is Steve Day.  We
18  were introduced very briefly before the deposition.
19           I represent three resident physicians
20  who were involved in this matter in one way or
21  another, Dr. White, Dr. Hartpence, and Dr. Borick.
22  Would you be able to tell me, just on your own
23  memory, what the roles of any of those three were
24  specifically?
25      A.   Yes.  I believe that Dr. Hartpence saw

Page 344

1   him down in the ER.
2       Q.   So you think Dr. Hartman was the --
3           MR. TORLINE:  "Pence."
4       Q.   (BY MR. DAY)  -- the physician who
5   talked to you for a fairly long time?
6       A.   Yeah.
7       Q.   But you also indicated that he didn't do
8   any kind of physical exam?
9       A.   Correct.
10      Q.   And then Dr. -- a woman doctor came in,
11  and that may have been Dr. White, I assume?
12      A.   I don't know her name.
13      Q.   Okay.  But she didn't do anything, in
14  terms of any physical exam?
15      A.   The one up in the -- on the pediatric
16  floor?  Is that what you're talking about?
17      Q.   No, I'm -- wasn't Dr. Hartpence in the
18  emergency department, that he saw you, or was that --
19      A.   He came downstairs to say they were
20  prepping a room upstairs.
21      Q.   Okay.
22      A.   I think that was him.
23      Q.   Okay.  I've -- what I'm trying to figure
24  out is, did either Dr. Hartpence or a woman physician
25  ever do a physical exam?