**HINKLE LAW FIRM LLC**
1617 N. Waterfront, Suite 400
Wichita, Kansas 67206
(316) 267-2000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| D.M., a minor, by and through his next friend and natural guardian, KELLI MORGAN,<br><br>     Plaintiff,<br><br>v.<br><br>WESLEY MEDICAL CENTER LLC d/b/a WESLEY MEDICAL CENTER - WOODLAWN; WESLEY-WOODLAWN CAMPUS; BRIDGET GROVER, PA-C; DR. GREGORY FAIMON; LISA JUDD, RN; VIA CHRISTI HEALTH SYSTEMS d/b/a VIA CHRISTI - ST. FRANCIS; JENNIFER CHAMBERS-DANEY, ARNP; DR. BALA BHASKAR REDDY BHIMAVARAPU; CEP AMERICA-KS LLC; DR. CONNOR HARTPENCE; DR. STEFANIE WHITE; DR. JAMIE BORICK; and AARON KENT, RN.<br><br>     Defendants. | Case No. 2:18-cv-02158-KHV-KGG |

### DEFENDANT JENNIFER CHAMBERS-DANEY, ARNP'S RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES

  COMES NOW, Defendant, Jennifer Chambers-Daney, ARNP, by and through her counsel of record, and responds to Plaintiff's Interrogatories as follows:

**EXHIBIT**

**D**

INTERROGATORY NO. 10:   Please explain in detail the care and treatment you provided to ██████████ on March 6, 2017?

**ANSWER: Generally see the medical record.   In brief, ████████████ presented to the ED on March 6, 2017.   Mrs. Chambers-Daney assessed him in triage room one. He sat in the chair as his mother stood beside him.   His mother provided a history that █████ had been at Wesley, was diagnosed with strep throat, and was having difficulty with the medication and vomiting.   The patient was sitting up in the chair and followed all commands as Mrs. Chambers-Daney viewed his throat and charted erythema (redness). His mother also relayed that ██████████'s sister had recently been in Wesley to have her tonsils removed, and she believed ██████ was afraid to tell her about his throat hurting after seeing his sister in the hospital.**

**Mrs. Chambers-Daney discussed a plan of treatment with ███████'s mother, including an IV for fluids, Zofran for nausea and vomiting, and labs to evaluate ██████. ██████ was placed in room 22 and fluids and Zofran were started.   While awaiting lab results, Mrs. Chambers-Daney elected to recommend admission for evaluation, observation, fluids and possibly IV antibiotics.   At that time, ████████ was sleeping or vomiting. His mother agreed with the plan to admit him to the hospital.   Once ███████ was asleep, his mother asked that he not be woken up.   Mrs. Chambers-Daney then called the pediatric team and requested a consultation for admission.   Pediatrics agreed with her plan, including admission of ██████.   The pediatric team came down to see ███████, and took him to the pediatric unit.**

**This is not intended to be a complete summary of the events during the E.D. visit at issue.   Please see medical records for additional information.   Furthermore, this**

Page 11

**Defendant is available for deposition and will respond to questions presented by counsel. Additional information or evidence obtained during discovery may refresh her recollection or allow her to expand on issues.**