1                                 Charles G. Murphy, MD, FAAP
2
3
4
5   July 19th, 2019
6
7   Mr. Daniel B. Giroux
8   Dugan & Giroux
9   940 North Tyler, Suite 206
10   Wichita, KS 67212
11
12   RE:
13
14   <u>Introduction and Qualifications:</u>
15
16   I, Charles G. Murphy, MD am a licensed physician in the state of Massachusetts. Your law
17   firm has retained me for my expert witness services. I have been asked to render an
18   opinion concerning the standard of care performed at Wesley Woodlawn Hospital and Via
19   Christi Hospital St. Francis, with regards to the medical care provided to          on
20   the dates of March 5th, 2017 (Wesley) and March 6th, 2017 (Via Christi). I am currently a
21   practicing physician in the area of medicine applicable to this case, pediatric emergency
22   medicine. I have been in continuous clinical practice since completing fellowship in 2006,
23   with over 80% of my professional time being devoted to the practice of clinical medicine
24   throughout the past 13 years. I completed my residency in pediatrics at New York
25   Presbyterian Hospital (at Columbia-Presbyterian Medical Center) and my fellowship in
26   Pediatric Emergency Medicine at Children's Hospital Boston. I am board certified in both
27   general pediatrics as well as the sub-specialty of pediatric emergency medicine. I have
28   evaluated, treated and cared for patients on numerous occasions with a similar
29   presentation and final diagnoses as the patient in this case. During my years of work in the
30   community hospital setting, I supervised the medical care provided by mid-level providers.
31   My opinions in this case are based upon my over 13 years of experience in this field of

**EXHIBIT F**

Re: ▇▇▇▇▇▇▇▇                                                                                          2

medicine, providing care in both academic and community emergency departments.
Attached as Appendix A at the end of this report is my curriculum vitae.

Documents Reviewed:

The following material has been provided to me:
1. Medical records from Wesley Woodlawn Hospital, Emergency Department, 03/05/2017 (pages WMC 0001-WMC 0019)
2. Medical records from Via Christi Hospital St. Francis, Emergency Department, 03/06/2017 (pages VC000001-VC000018)
3. Medical records from Via Christi Hospital St. Francis, Complete Hospital Record, 03/06/2017-03/15/2017 (pages VC000001-VC001893)
4. Deposition of Jennifer Chambers Daney, ARNP (pages 1-187)
5. Deposition of Aaron Kent, RN (pages 1-69)
6. Deposition of Christine Robinson, CNA (pages 1-19)
7. Deposition of Connor Hartpence, MD (pages 1-148)
8. Deposition of Gregory Faimon, MD (pages 1-102)
9. Deposition of Lisa Judd, RN (pages 1-170)
10. Deposition of Nelda Apell (pages 1-68)
11. Deposition of Stacie Harding, RN (pages 1-61)
12. Deposition of Summer Whillock, RN (pages 1-84)
13. Deposition of Bridget Grover, PA-C (pages 1-100)
14. Deposition of Kelli Morgan, (pages 1-428)
15. Deposition of Jennifer Knight (pages 1-52)

Summary of Case:

▇▇▇▇▇▇▇▇ at the time of this case was a 5-year old boy, with no reported chronic medical conditions, who initially presented to the emergency department (ED) at Wesley Woodlawn Hospital in Wichita Kansas on March 5th, 2017. An initial triage patient

Re: ▮                                                                                           3

1   information form lists the stated complaints as "headache, nausea".[1] The note from the
2   primary medical provider, Bridget Grover PA-C (supervision by Gregory Faimon, MD) lists
3   the chief complaints as "Headache, sore throat".[2] The initial ED patient information form
4   lists the following reported symptoms: "head today", "nausea 2 mornings", "dizzy",
5   "unbalance 2 days", "throat red the other day", no "fever", "fri nausea", "sat nausea",
6   "vomited" (which is then crossed out).[3] The triage and only set of vital signs for the ED stay
7   are documented on 03/05/2017 at 18:34 and are within normal limits for temperature,
8   heart rate, respiratory rate, and oxygen saturation, but no blood pressure is documented.
9   The primary nurse for the patient, Lisa Judd, obtains an initial history from the patient's
10  mother of nausea for the preceding 2 days as well wanting to eat to prevent nausea on the
11  day of presentation to the ED. Vomiting, fever and cold symptoms are denied. Acute onset
12  of headache while at church just prior to arrival is endorsed because "he wasn't able to
13  staple something".[4] Dizziness is also endorsed. The history of present illness as obtained
14  by the primary provider, Bridget Grover PA-C, describes a 5-year old male with headache
15  and sore throat for 24 hours. "One bout of vomiting today".[5] Complaints of generalized
16  abdominal pain and increased fatigue are noted. No rash. The review of systems as
17  documented by the primary provider (Grover, PA-C) is significant for the following positive
18  findings: fever, irritability, sore throat, abdominal pain, headache. On physical exam the
19  patient is described as "awake, alert, no apparent distress".[6] Significant positive physical
20  exam findings are mild pharyngeal erythema bilaterally, mild bilateral submandibular
21  adenopathy movable less than 2cm. Significant normal findings are a neurological exam
22  consisting of the following documented findings: PERRL, Orientation NL for age, Speech NL
23  for age, No motor deficits, No sensory deficits, CN II-XII intact, Reflexes equal bilat,
24  Cerebellar Nl, Memory Nl.
25

---

[1] Wesley Woodlawn Hospital (WMC), Emergency Department Record, ▮ , March 5th, 2017, page WMC 0003
[2] WMC 0009
[3] WMC 0003
[4] WMC 0005
[5] WMC 0009
[6] WMC 0011

Re: ▮                                                                                              4

1   A strep screen was completed which was positive. It is documented that the patient had an
2   episode of vomiting at some point following the strep screen. The patient was discharged
3   home at 19:06 on 03/05/2017 with the primary clinical impression of Strep throat. A
4   prescription for Amoxicillin was issued.
5
6   ▮ was seen subsequently at the Emergency Department at Via Christi Hospital St.
7   Francis, presenting on 03/06/2017 at 2:22am. The initial chief complaint as obtained by
8   Aaron Kent, RN at triage was "nausea and vomiting, was just diagnosed with strep tonight
9   at Wesley, mom concerned unable to keep meds down to treat it".[7] The patient was triaged
10  at 2:31am. On triage evaluation the patient is described as "alert, oriented, sleepy".[8] Pain
11  scale (utilizing faces) is documented at triage as "0". Initial triage vital signs are
12  documented at 2:31am and are significant for a blood pressure at that time of 124/69
13  mmHg. The history of present illness is obtained by the primary provider, Jennifer
14  Chambers Daney, NP. She documents sore throat for an unknown period of time with a
15  visit to Wesley Hospital ER the evening before resulting in a diagnosis of strep. She notes
16  "vomiting every hour".[9] The review of systems is significant for the positive findings of
17  sore throat, vomiting. Significant positive physical exam findings are a general appearance
18  of "ill-appearing", oral mucosa described as erythematous, neurological exam is described
19  as "SLEEPY".[10] A differential diagnosis is documented consisting of "viral pharyngitis,
20  streptococcal pharyngitis, viral syndrome, upper respiratory infection, FAILED OUT
21  PATIENT".[11] Laboratory work is ordered which is significant for a WBC count of 21.6 with
22  93% neutrophils on the differential. An IV is placed and the patient is administered a
23  normal saline fluid bolus, and ondansetron 4mg. Acetaminophen is also administered,
24  orally. The patient has limited repeat vital signs documented at 4:01am including a heart
25  rate of 67bpm and 16 breaths/minute. Impression diagnoses are listed as "headache,

---

[7] Via Christi Hospital St Francis (VC), Emergency Department Record, ▮, March 6th, 2017, page VC 000006
[8] VC 000014
[9] VC 000006
[10] VC 000008
[11] VC 000008

vomiting, strep throat" – and the patient is admitted to the hospital at 5:04am.[12] There is no documentation of any follow-up examination of the patient by the primary ED provider, nor is there any documentation of any further neurological examination other than the notation on initial physical examination by Daney, NP of "SLEEPY".

Opinions:

*Note: All of the medical opinions outlined here are within a reasonable degree of medical certainty.*

Wesley Woodlawn Hospital, March 5th, 2017

It is my opinion that the care that was provided at Wesley Woodlawn Hospital by Bridget Grover PA-C (and supervising ED Physician Gregory Faimon, MD) in the emergency department on March 5th, 2017 deviated from the standard of care in the following instances:

1. Failed to order emergent neuro-imaging and properly evaluate for the possibility of an emergently life threatening intra-cranial process (intra-cranial mass, hemorrhage) in a patient who presented to the emergency department with documented symptoms that are indicative of increased intra-cranial pressure including irritability, nausea, headache, dizziness, and unbalanced gait.
2. Failed to document the gait of a patient who presented to the ED with reports of an unbalanced gait.
3. Failed to document a blood pressure in a patient that presented to the emergency department with symptoms that are indicative of increased intra-cranial pressure.
4. Failed to fully review the medical record, including all nursing documentation, in a patient presenting to the emergency department.
5. Failed to document the ability to tolerate fluids by mouth in a patient with documented active vomiting in the emergency department.

---

[12] VC 000010

Re: ▮                                                                                                    6

It is my professional opinion that the symptoms of headache, dizziness and unbalanced gait are unusual complaints for a child of 5-years of age. It is my opinion that this collection of symptoms when taken together is a "red flag" and highly indicative of an acute and potentially emergently life-threatening neurological process. Unbalanced gait at this age has a wide differential diagnosis. The presence of accompanying symptoms as well as the physical examination aid in driving the approach to the work-up. In a child with acute ataxia (impaired balance or coordination), the presence of symptoms that are indicative of increased intra-cranial pressure, such as nausea, headache and vomiting, mandates the need for emergent neuro-imaging.[13] By failing to order such imaging in a patient presenting with the above symptoms, it is my professional opinion that Bridget Grover, PA-C and Gregory Faimon, MD deviated from the standard of care.

As part of the evaluation of a patient who presents to the ED with the complaint of recent unbalanced gait, observation and documentation of the patient's gait is critical and would be considered the standard of care for this medical complaint. While there is documentation of normal cerebellar function on the neurological exam, there is no specific documentation of the patient's gait – which in my professional opinion is mandatory for this chief complaint. Further, regarding Kelli Morgan's (mother of patient ▮) testimony on October 4th, 2018 when asked if she remained holding him the entire time he was in the emergency room, the deposition transcription documents her answer as "yes".[14] A complete neurological exam and cerebellar function cannot be assessed in a child of this age without observation of the patient's gait. Given the complaints of "dizzy" and "unbalance", documentation of the patient's gait is essential and the standard of care. There is no such documentation of the gait for this patient.

Blood pressure is a clinically essential vital sign. While it is at times deferred in younger children due to concerns of abnormal readings from patient movement, it is my professional opinion that it is indicated and the standard of care in a patient with

---

[13] Agrawal, D. Approach to the child with acute ataxia. UpToDate, 2018.
[14] Deposition Kelli Morgan. October 4th, 2018. Page 87, Lines 17-21

presenting symptoms of dizziness, headache, unbalanced gait – due to the risk that these symptoms represent increased intra-cranial pressure.

The medical record for a patient often consists of input from numerous historians, caregivers and other medical professionals. This information is even more critical in the care of a pediatric patient who cannot always verbalize his/her symptoms well – thus making the observations of all caregivers and hospital personnel crucial in obtaining a complete understanding of the clinical presentation and case. Vital clinical information is often gathered at various stages of an ED visit from triage to the assessment of the nurse in the room to the primary medical provider. It is my opinion that the standard of care is for the primary medical provider as well as any supervising physician to review all of the medical information that is obtained regarding the patient – from the first notes initially obtained in triage until final disposition. It is easy for a patient or parent to feel that information does not need to be repeated because it has already been disclosed to one of the more initial medical providers (triage nurse, primary nurse, etc.). It is therefore the responsibility of the primary medical provider to review all previous records and documentation so as to not miss information that has potentially vital significance. It is my opinion that Bridget Grover, PA-C and Gregory Faimon, MD violated the standard of care by not reviewing all previous records and documentation for ▮. Regarding Ms. Grover's testimony on October 8th, 2018, when asked whether she would have looked at the charting that was performed by the registered nurse, the deposition transcription discloses the following testimony: "I usually do not look at that".[15] The supervising attending physician for Physician Assistant Grover was Dr. Gregory Faimon. Regarding Dr. Faimon's testimony on October 8th, 2018, when asked if he reviewed any of the registered nurse's notes, the deposition transcription discloses the following testimony: "No, not – I wouldn't, typically, review the nurses notes".[16]

Streptococcal pharyngitis is not an infrequent diagnosis in the emergency department. Rapid testing for a strep infection aids the clinician in making this diagnosis. The

---

[15] Deposition Bridget Grover, PA. October 8th, 2018. Page 10, Lines 20-21
[16] Deposition of Gregory Faimon, MD. October 8th, 2018. Page 25, Lines 12-13

1  occurrence of "false positive" results from this test is well documented – as some children
2  are chronic carriers of Group A Streptococcus and thus will test positive even in the
3  absence of active clinical disease.[17] Given this – rapid strep testing must be utilized and
4  interpreted in the context of the presenting patient's symptoms and physical examination
5  findings. The symptoms of headache, nausea and sore throat are symptoms that can be
6  suggestive of strep pharyngitis and thus can warrant such testing. However, it is my
7  clinical opinion that the symptoms of dizziness with unbalanced gait are not consistent
8  with the diagnosis of strep pharyngitis. The standard pediatric emergency medicine
9  physician would consider a broader differential with the presence of these symptoms
10 including emergently life-threatening processes that cause increased intra-cranial
11 pressure.
12
13 Vomiting following a swab for a strep screen and culture can occur secondary to an
14 immediate gag reflex. This typically occurs within the first few seconds to minute after the
15 swab is obtained. In my professional experience, it does not result in vomiting several
16 minutes later. When vomiting occurs in the emergency department – or even has been
17 occurring prior to arrival - it is the standard of care to document the patient's ability to
18 tolerate fluids prior to discharge. It is my opinion that the standard of care was not met by
19 failing to document this patient's ability to tolerate fluids by mouth. Patients who are
20 vomiting from increased intra-cranial pressure, a valid concern in a patient who presents
21 with headache, nausea, dizziness and lack of balance, often are not able to tolerate fluids by
22 mouth even after medication interventions. Given this, the lack of documentation of such
23 tolerance of fluids fails to meet the standard of care for a patient presenting to the
24 emergency department with such symptoms.
25
26 Physician assistants provide clinical care under the supervision of an attending physician.
27 In this particular case – the emergency room chart was electronically signed off by Dr
28 Gregory Faimon, MD on 03/05/2017 at 22:15. It is my opinion that the attending

---

[17] Martin JM, Green M, Barbadora KA, Wald ER. Group A streptococci among school-aged children: clinical characteristics and the carrier state. Pediatrics. 2004; 114(5): 1212-1219

physician, Dr Faimon, therefore also shares responsibility in the breach of the standard of care in the above emergency room visit at Wesley Woodlawn Hospital.

Via Christi Hospital St. Francis, March 6th, 2017

It is my opinion that the care provided in the emergency department at Via Christi Hospital St. Francis by Jennifer Chambers Daney, APRN on March 6th, 2017 deviated from the standard of care in the following instances:

1. Failed to properly evaluate a child and document a complete neurological exam in a child who presented to the emergency department with the symptoms of vomiting and headache.
2. Failed to properly evaluate a child and document a complete neurological exam in a child who presented to the emergency department and is described on exam as "ill appearing", "SLEEPY".[18]
3. Failed to obtain emergent neuro-imaging in a patient who presented to the emergency department with altered mental status, ill appearance and vital signs (increased systolic blood pressure) and symptoms (headache, vomiting, altered mental status, loss of balance) that are indicative of increased intra-cranial pressure.

It is my professional opinion that the description of a child as "ill appearing" and "sleepy" is consistent with a child that has altered mental status until proven otherwise. The differential diagnosis of a child with altered mental status is extensive but in the setting of headache and vomiting – the standard of care dictates emergent neuro-imaging to rule out the possibility of an emergently life threatening intra-cranial process such as an intra-cranial mass or hemorrhage. Further to this - the presence of systolic hypertension (124mmHg) with a borderline low heart rate (67bpm) – should raise early concerns of the possibility of increased intra-cranial pressure, impending cerebral herniation; the early signs of the so-called Cushing's triad. By failing to document a comprehensive neurological examination, it is my opinion that the standard of care was not met for a patient presenting

---

[18] VC 000008

1  with symptoms, vital signs and physical exam findings indicative of increased intra-cranial
2  pressure. As intra-cranial pressure rises, the advancement towards herniation - and its
3  accompanying autonomic and neurological dysfunction - can progress rapidly, thus making
4  early recognition of this clinical process medically critical. By failing to order and obtain an
5  emergent Head CT in this patient, it is my professional opinion that the standard of care for
6  a pediatric emergency medicine physician was not met.
7
8
9
10
11
12
13
14
15
16  Charles G. Murphy, MD, FAAP
17  Tufts Medical Center/Floating Hospital for Children
18  Department of Emergency Medicine, Division of Pediatric Emergency Medicine
19  Boston, MA