# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Civil Action No:  2:19-CV-02158-KHV-KGG

------------------------------------------------------

D.M., a minor, by and through his next friend and
natural guardian, KELLI MORGAN,

     Plaintiff,


vs.

WESLEY MEDICAL CENTER, LLC d/b/a WESLEY MEDICAL
CENTER - WOODLAWN; WESLEY-WOODLAWN CAMPUS; BRIDGET
GROVER, PA-C; DR. GREGORY FAIMON; LISA JUDD, RN; VIA
CHRISTI HEALTH SYSTEMS d/b/a VIA CHRISTI - ST.
FRANCIS; JENNIFER CHAMBERS-DANEY, ARNP; DR. BALA
BHASKAR REDDY BHIMAVARAPU; DR. CONNOR HARTPENCE;
DR. STEFANIE WHITE; DR. JAMIE BORICK; and AARON KENT,
RN,

     Defendants.

------------------------------------------------------

VIDEO DEPOSITION OF KELLI MORGAN

October 4, 2018

------------------------------------------------------


      PURSUANT TO WRITTEN NOTICE and the
appropriate rules of civil procedure, the video
deposition of KELLI MORGAN, called for examination by
the Defendants, was taken at Renaissance Boulder
Flatiron Hotel, 500 Flatiron Boulevard, Boardroom,
Broomfield, Colorado, commencing at 9:04 a.m. on
October 4, 2018, before Carmen Murphy, a Registered
Professional Reporter and Notary Public in and for
the State of Colorado.


Dauster|Murphy
www.daustermurphy.com
303.522.1604

Morgan
10/04/2018

Page 340

```
 1   the foster kids you had, you had one that was a baby?
 2        A.   Yes.
 3        Q.   And then how old were the other two?
 4        A.   Three and four.
 5        Q.   And both girls or one girl and one boy?
 6        A.   Both girls.
 7        Q.   Did you know that they were doing blood
 8   work or blood tests on D REDACTED
 9        A.   I knew --
10        Q.   -- in the emergency room?
11        A.   Sorry.  Yes, I knew that they pulled --
12   did a lab pull when they started the IV.
13        Q.   Do you know who ordered that?
14        A.   I was not told.
15        Q.   Okay.  Did you -- did you know that
16   you -- you obviously knew they were starting fluids?
17        A.   Yes.  She told me that they were going
18   to.
19        Q.   Who told you, the nurse or -- or
20   Ms. Daney?
21        A.   Ms. Daney.
22        Q.   Did she say why?
23        A.   No, she didn't say specifically why,
24   but --
25        Q.   Did you think that since he had been
```

Dauster|Murphy
303.522.1604

Morgan
10/04/2018

Page 341

1   vomiting and not consuming anything, that was

2   probably a good idea?

3          A.   Yeah.   Especially since she said that

4   they were going to do the Zofran too.

5          Q.   Did his color look better after he

6   started getting fluid?

7          A.   Slightly.

8          Q.   What do you mean, slightly?

9          A.   I mean, he was a little pale when we

10   went in there.   It got a little better, but then it

11   got worse again.

12          Q.   When did it get worse again?

13          A.   As the time progressed.

14          Q.   When he got up to the floor or when he

15   was still in the emergency room?

16          A.   It was already a little worse once we

17   got up to the pediatric floor, but it continued to

18   get worse on the pediatric floor.

19          Q.   I'm going to be done in a few minutes.

20               When you were a chiropractor assistant,

21   it sounded like one of the things you did, you were

22   responsible for taking the patients' complaints?

23          A.   Yes.

24          Q.   Do you know what a chief complaint is?

25          A.   A chief complaint?   Like the main

# EXHIBIT B

```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF KANSAS
                  KANSAS CITY, KANSAS DIVISION


D.M., a minor, by and through      )
his next friend and natural        )
guardian, KELLI MORGAN,            )
                                   )
                    Plaintiff,     )
                                   )
                                   )
        vs.                        )Case No. 2:18-CV-02158
                                   )
                                   )
WESLEY MEDICAL CENTER LLC d/b/a    )
WESLEY MEDICAL CENTER-WOODLAWN;    )
WESLEY WOODLAWN CAMPUS; BRIDGET    )
GROVER, PA-C; DR. GREGORY          )
FAIMON; LISA JUDD, RN; VIA         )
CHRISTI HOSPITALS WICHITA,         )
INC.; JENNIFER CHAMBERS-DANEY,     )
ARNP; DR. BALA BHASKAR REDDY       )
BHIMAVARAPU; CEP AMERICA-KS        )
LLC; DR. CONNOR HARTPENCE; DR.     )
STEFANIE WHITE; DR. JAMIE          )
BORICK; and AARON KENT, RN,        )
                                   )
                    Defendants.    )
                                   )
```

                     D E P O S I T I O N

     The videotape deposition of CONNOR HARTPENCE, M.D.
taken on behalf of the Plaintiff pursuant to the Federal
Rules of Civil Procedure before:

          RICK J. FLORES, CSR
          KELLEY REPORTING ASSOCIATES, LTD.
          515 South Main, Suite 108
          Wichita, Kansas  67202

a Certified Shorthand Reporter of Kansas, at 245 North
Waco, Suite 260, Wichita, Sedgwick County, Kansas, on the
4th day of January, 2019, at 9:08 a.m.

```
 1                    walking, has he had any complaint of any
 2                    numbness, weakness, those types of things.
 3                    And so she would have responded yes, he's
 4                    been walking.
 5          Q.    So under your history and physical exam, the
 6                    last sentence is mother states patient has
 7                    seemed weak and he looked pale until getting
 8                    fluids in the ED.
 9                         And then under neurologic, you
10                    indicate no weakness.
11          A.    Sure.
12          Q.    Explain the discrepancy to me.
13          A.    Sure.  So with weakness in the review of
14                    systems, it typically would be more of like a
15                    focal, like right-sided weakness or left foot
16                    weakness.  The way I interpreted her saying
17                    he seemed weak was more of like a fatigue,
18                    tired, worn down, sick kid.
19          Q.    Okay.  Then we'll go back down to physical
20                    exam.  The review of the abdomen:  Plus bowel
21                    sounds, soft, nondistended.  Patient did not
22                    wake to palpation.
23          A.    Uh-huh.
24          Q.    So tell me about that.
25          A.    Sure.  So that one basically just means that
```

Mr. Daniel B. Giroux
DUGAN & GIROUX LAW, INC.
940 N. Tyler, Suite 206
Wichita, KS    67212

Re:  MORGAN v. WESLEY MEDICAL CENTER, LLC, et al.

Deposition of:  CONNOR HARTPENCE, M.D.


Dear Mr. Giroux:

The transcript of the deposition of the aforementioned
witness taken in the above-entitled case has been sent to
the witness and has been returned to our office:

✓ With Signature            _____ Without Signature
✓ With Notarization          _____ Without Notarization
✓ With Corrections           _____ Without Corrections


Therefore, I am filing the original transcript with you
for filing with the Court as necessary.

_____ With Exhibits          ✓ Without Exhibits


                    Sincerely,

                    KELLEY REPORTING ASSOCIATES, LTD.



                    BY:  Patti Bassford
                    For RICK J. FLORES, CSR


Enclosure(s)

cc:  Mr. Steven C. Day          Mr. Mike Kuckelman
     Ms. Samantha Woods         Mr. Don Gribble, II
     Ms. Michelle M. Watson     Mr. Dustin Denning
     Ms. Tracy A. Cole          Mr. Gregory Young

I have read or have had read to me the foregoing testimony recorded on pages 6 to 127, inclusive, and the same is true and correct to my knowledge and belief.

_____ MD        2/21/2019

CONNOR HARTPENCE, M.D.          (Date)

STATE OF  Kansas )
          Sedgwick COUNTY )  ss:

Subscribed and sworn to before me, the undersigned authority, this, the 21st day of February, 2019.

_____
Notary Public

7.14.2019
(Commission Expires)



ORIGINAL

MORGAN v. WESLEY MEDICAL CENTER, LLC, et al.

134

In re:   MORGAN v. WESLEY MEDICAL CENTER, LLC, et al.
Case No. 2:18-CV-02158

CORRECTION SHEET FOR DEPOSITION OF

CONNOR HARTPENCE, M.D.
January 4th, 2019

| Page | Line | Correction | Reason for change |
|------|------|------------|-------------------|
| 15 | 23 | "rules" should be "roles" | incorrect word |
| 56 | 17 | delete the word "in" | incorrect addition of word |
| 85 | 15 | delete the word "I'm" | incorrect addition of word |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

I certify that I have read my deposition in the
above case and request that the above changes be noted.

2/21/2019
Date                          CONNOR HARTPENCE, M.D.

KELLEY REPORTING ASSOCIATES, LTD.          31
*Court Reporting with a Difference*
(316) 267-8200     (800) 654-8684

# EXHIBIT C

### Via Christi Hospital St Francis

| | | | |
|---|---|---|---|
| Patient Name: | M<sup>Redacted</sup>, D<sup>Redacted</sup> | | |

Patient Name: M<span style="color:red">Redacted</span> , D<span style="color:red">Redacted</span>
MRN:           1003092224                                    Admit:       3/6/2017
FIN:           100005687784                                  Disch:       3/15/2017
DOB/Age/Sex:   <span style="color:red">Redacted</span>   6 years      Male       Admitting:   Bhimavarapu,Bala Bhaskar Reddy MD

---

### *Emergency Documentation*

---

Document Type:                    ED Note-Physician
Service Date/Time:                3/6/2017 04:48 CST
Result Status:                    Modified
Document Subject:                 Throat Pain *ED
Sign Information:                 Chambers Daney,Jennifer M APRN (5/1/2017 20:04 CDT);
                                  Chambers Daney,Jennifer M APRN (3/6/2017 05:12 CST)

**Throat Pain *ED**

Patient:   <span style="color:red">Redacted</span>          **MRN: 1003092224**          **FIN: 100005687784**

Age: **5 years**    Sex: **Male**    DOB: <span style="color:red">Redacted</span>

Associated Diagnoses:   **Headache; Vomiting; Strep throat**

Author:   **Chambers Daney, Jennifer M APRN**

## Basic Information

**Additional information:** Chief Complaint from Nursing Triage Note : Chief Complaint
    3/6/2017 2:31 CST      Chief Complaint          nausea and vomiting, was just diagnosed with
    strep tonight at wesley, mom concerned unable to keep meds down to treat it.  .

## History of Present Illness

   The patient presents with sore throat and PT HAS HAD A SORE THROAT FOR UNKNOWN TIME.
SISTER JUST HAD TONSILS OUT AND THE MOM WORRIES THAT HE HE WAS TOO AFRAID TO
TELL THEM THAT HE MAY NEED HIS OUT TOO.
   SEEN AT WESLEY THIS EVE 6PM DX STREP. PT SENT HOME AND THEN MOM STATES HE HAS
 BEEN VOMITING EVERY HOUR AND NOT ABLE TO KEEP DOWN PAIN MEDS .  The onset was
unknown.  The course/duration of symptoms is constant.  Location: Pharynx throat. The character of
symptoms is pain and redness.  The relieving factor is none.  Prior episodes: none.  Associated
symptoms: vomiting.

## Review of Systems

**Constitutional symptoms:**  No fever,
**Skin symptoms:**  No rash,
**ENMT symptoms:**  Sore throat, No nasal congestion,
**Respiratory symptoms:**  No shortness of breath,
**Cardiovascular symptoms:**  No chest pain,
**Gastrointestinal symptoms:**  Vomiting.
   **Additional review of systems information:** All systems reviewed as documented in chart.

## Health Status

**Allergies:** Include allergy profile
   <u>Allergic Reactions (Selected)</u>

---

Via Christi Hospital St Francis

| | | | | |
|---|---|---|---|---|
| Patient Name: | M<span style="color:red">Redacted</span> , D<span style="color:red">Redacted</span> | | | |
| MRN: | 1003092224 | | Admit: | 3/6/2017 |
| FIN: | 100005687784 | | Disch: | 3/15/2017 |
| DOB/Age/Sex: | <span style="color:red">Redacted</span>    6 years    Male | | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

---

### *Emergency Documentation*

No Known Allergies
.
**Medications:** Per nurse's notes.
**Immunizations:** Per nurse's notes.

**Past Medical/ Family/ Social History**
**Medical history:** Reviewed as documented in chart.
**Surgical history:**
Craniotomy Tumor Resection on 3/6/2017 at 5 Years.
Comments:
3/6/2017 16:04 - Powers, Janell M RN
auto-populated from documented surgical case
**, Reviewed as documented in chart.**
Family history:
No family history items have been selected or recorded.
**, Reviewed as documented in chart.**
**Social history:** Include Social Hx
**Alcohol**
<u>Details:</u> Household alcohol concerns: No.
**Tobacco**
<u>Details:</u> Exposure to Secondhand Smoke: No.

**, Reviewed as documented in chart.**

**Physical Examination**

**Vital Signs**
Vital Signs

| | | |
|---|---|---|
| 3/6/2017 4:01 CST | **Peripheral Pulse Rate** | **67 bpm  LOW** |
| | **Respiratory Rate** | **16 br/min  LOW** |
| | SpO2 | 99 % |
| 3/6/2017 2:31 CST | Temperature Oral | 36.5 degC |
| | Peripheral Pulse Rate | 93 bpm |
| | Respiratory Rate | 20 br/min |
| | **Systolic Blood Pressure** | **124 mmHg  HI** |
| | Diastolic Blood Pressure | 69 mmHg |
| | SpO2 | 97 % |

.
Measurements

---

**Via Christi Hospital St Francis**

| | | | | |
|---|---|---|---|---|
| Patient Name: | M Redacted , D Redacted | | | |
| MRN: | 1003092224 | | Admit: | 3/6/2017 |
| FIN: | 100005687784 | | Disch: | 3/15/2017 |
| DOB/Age/Sex: | Redacted    6 years    Male | | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

---

### *Emergency Documentation*

3/6/2017 2:31 CST      Weight Dosing      16.9 kg .

Include O2 sat from flowsheet : Oxygen Therapy & Oxygenation Information

         3/6/2017 4:01 CST      Oxygen Therapy        Room air

         3/6/2017 2:31 CST      Oxygen Therapy        Room air

.

Within normal limits, non-hypoxic.

**General:** Alert, no acute distress, ill-appearing.

**Skin:** Warm, dry, intact, no rash, pale.

**Head:** Normocephalic, atraumatic.

**Neck:** Full range of motion.

**Eye:** Extraocular movements are intact.

**Ears, nose, mouth and throat:** Oral mucosa moist, ERYTHEMA .

**Cardiovascular:** Regular rate and rhythm.

**Respiratory:** Respirations are non-labored.

**Gastrointestinal:** Non distended.

**Musculoskeletal:** Normal ROM.

**Neurological:** SLEEPY .

**Psychiatric:** Cooperative.


## Medical Decision Making

**Differential Diagnosis:** Viral pharyngitis, streptococcal pharyngitis, viral syndrome, upper respiratory infection, FAILED OUT PATIENT .

**Documents reviewed:** Emergency department nurses' notes.

**Orders** Include Orders Previously Placed (Selected)

     <u>Documented Medications</u>

        Documented

           Boudreaux Butt Paste: 1 app, Topical, QID, PRN: Diaper Rash, 0 Refill(s)

           Normal Saline Flush: 10 mL, IV Push, BID, 0 Refill(s)

           Normal Saline Flush: 10 mL, IV Push, BID, 0 Refill(s)

           Normal Saline Flush: 10 mL, IV Push, q3min, PRN: Other (See Comment), 0 Refill(s)

           Normal Saline Flush: 20 mL, IV Push, q3min, PRN: Other (See Comment), 0 Refill(s)

           acetaminophen 120 mg rectal suppository: 180 mg = 1.5 supp, Rectal, q4hr, PRN: Other (See Comment), 0 Refill(s)

           dexamethasone 1 mg/mL oral concentrate: 4 mg = 4 mL, Dobhoff Tube, q8hr, 0 Refill(s)

           fentaNYL 50 mcg/mL injectable solution: 15 mcg = 0.3 mL, IV Push, q30min, PRN: Agitation, 0 Refill(s)

           fentaNYL 50 mcg/mL injectable solution: 15 mcg = 0.3 mL, IV Push, q4hr, PRN: Pain, 0 Refill(s)

           glycerin: Rectal, Daily, 0 Refill(s)

---

020009

**Via Christi Hospital St Francis**

| | |
|---|---|
| Patient Name: | M Redacted , D Redacted |
| MRN: | 1003092224 |
| FIN: | 100005687784 |
| DOB/Age/Sex: Redacted    6 years    Male | |

Admit:    3/6/2017
Disch:    3/15/2017
Admitting:    Bhimavarapu,Bala Bhaskar Reddy MD

---

### *Emergency Documentation*

ibuprofen 100 mg/5 mL oral suspension: 150 mg = 7.5 mL, Oral, q6hr, PRN: Pain Mild
(1-3), 0 Refill(s)

levETIRAcetam 100 mg/mL oral solution: 170 mg = 1.7 mL, Dobhoff Tube, BID, 0 Refill(s)

morphine 2 mg/mL-NaCl 0.9% intravenous solution: 0.8 mg = 0.4 mL, IV Push, q2hr, PRN:
Pain Severe (7-10), 0 Refill(s)

ocular lubricant: Eye-Both, q4hr-WA, PRN: Dry Eyes, 0 Refill(s)

omeprazole: G-Tube, Daily, 0 Refill(s)

ondansetron 2 mg/mL injectable solution: 2.5 mg = 1.25 mL, IV Push, q6hr, PRN: Nausea
or Vomiting, 0 Refill(s)

sodium chloride 0.65% nasal solution: 1 sprays, Nasal, q2hr, PRN: Other (See Comment),
0 Refill(s)

vitamin A & D topical ointment: Topical, q1hr, PRN: Other (See Comment), 0 Refill(s)

.
**Results review:** Lab results : Lab View

| 3/6/2017 3:50 CST | | |
|---|---|---|
| **WBC** | **21.6 10*3/uL  HI** | |
| RBC | 4.72 | |
| Hgb | 12.0 gm/dL | |
| Hct | 34.9 % | |
| **MCV** | **73.9 fL  LOW** | |
| MCH | 25.4 pg | |
| MCHC | 34.4 gm/dL | |
| RDW | 13.1 % | |
| **Platelet** | **483 10*3/uL  HI** | |
| **MPV** | **9.2 fL  LOW** | |
| **Neutrophils** | **93 %  HI** | |
| **Lymphocytes** | **5 %  LOW** | |
| **Monocytes** | **2 %  LOW** | |
| Eosinophils | 0 % | |
| Basophils | 0 % | |
| **Neutro Absolute** | **20.09  HI** | |
| **Lymph Absolute** | **1.08  LOW** | |
| Mono Absolute | 0.43 | |
| Eos Absolute | 0.00 | |
| Baso Absolute | 0.02 | |
| **Microcyte** | **Present** | |
| Nucleated RBC Automated | 0.0 /100 WBC | |
| Differential | Reviewed | |
| Sodium Lvl | 138 mEq/L | |
| Potassium Lvl | 3.7 mEq/L | |

---

VC000009

### Via Christi Hospital St Francis

Patient Name: M<sup>Redacted</sup> , D<sup>Redacted</sup>

| | | | | |
|---|---|---|---|---|
| MRN: | 1003092224 | | Admit: | 3/6/2017 |
| FIN: | 100005687784 | | Disch: | 3/15/2017 |
| DOB/Age/Sex: | Redacted | 6 years   Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

---

### *Emergency Documentation*

| | |
|---|---|
| Chloride | 104 mEq/L |
| **CO2** | **21 mEq/L  LOW** |
| AGAP | 13 |
| BUN | 17 mg/dL |
| **Glucose Lvl** | **189 mg/dL  HI** |
| **Creatinine Lvl** | **0.45 mg/dL  LOW** |
| **Calcium Lvl** | **10.1 mg/dL  HI** |
| Albumin Lvl | 4.2 gm/dL |
| Total Protein | 6.8 gm/dL |
| Globulin | 2.6 gm/dL |
| **ALT** | **13 U/L  LOW** |
| AST | 30 U/L |
| Alk Phos | 134 U/L |
| Bili Total | 0.5 mg/dL |

.

## Impression and Plan

Headache (ICD10-CM R51, Discharge, Emergency medicine, Interdisciplinary)
Vomiting (ICD10-CM R11.10, Discharge, Emergency medicine, Interdisciplinary)
Strep throat (ICD10-CM J02.0, Discharge, Emergency medicine, Interdisciplinary)

## Calls-Consults

- 3/6/2017 04:52:00 , Sarraf, Chady MD, recommends PAGED, HE DOES NOT SEE PEDS .
    - 3/6/2017 05:02:00 , Bhimavarapu, Bala Bhaskar Reddy MD.

## Plan

**Condition:** Unchanged.

**Disposition:** Admit: Time  3/6/2017 05:04:00, to Observation Unit, Bhimavarapu, Bala Bhaskar Reddy MD.

Notes: Seen independently by APRN/PA. No physician signature required, Discussed results and findings with patient. Recommend admit. Patient understands and agrees with plan of care..

---

### Via Christi Hospital St Francis

Patient Name:   M<sup>Redacted</sup> , D<sup>Redacted</sup>
MRN:       1003092224                    Admit:     3/6/2017
FIN:         100005687784                Disch:     3/15/2017
DOB/Age/Sex:   Redacted     6 years     Male       Admitting:   Bhimavarapu,Bala Bhaskar Reddy MD

---

### *Emergency Documentation*

```
Electronically Signed on 03/06/2017 05:12 AM CST
_____
Jennifer Chambers Daney, APRN

Electronically Signed on 05/01/2017 08:04 PM CDT
_____
Jennifer Chambers Daney, APRN


Modified by: Jennifer Chambers Daney, APRN on 03/06/2017 04:52 AM CST

Modified by: Jennifer Chambers Daney, APRN on 03/06/2017 04:57 AM CST

Modified by: Jennifer Chambers Daney, APRN on 03/06/2017 05:11 AM CST

Modified by: Jennifer Chambers Daney, APRN on 05/01/2017 08:04 PM CDT

Reviewed by: Jennifer Chambers Daney, APRN
```

---

Document Type:                     ED Triage Note
Service Date/Time:             3/6/2017 04:29 CST
Result Status:                   Auth (Verified)
Document Subject:             ED Triage Part 2 - Pediatrics
Sign Information:              Whillock,Summer D RN (3/6/2017 04:29 CST)

**ED Triage Part 2 - Pediatrics Entered On:  3/6/2017 4:30 CST
Performed On:  3/6/2017 4:29 CST by Whillock, Summer D RN**

### General Assessment
Document Falls Risk :   Not a fall risk
Open Social History Documentation :   Open Social History Documentation
Immunizations Current :   Unknown
Last Tetanus :   Unknown
Document Glasgow Coma Assessment Peds :   Open glasgow coma assessment
ED Allergies/Med Hx Section :   Document assessment
Pregnancy Status :   N/A
Unable to Obtain Current Visit Info :   None
Languages :   English
Preferred Language :   English

Whillock, Summer D RN - 3/6/2017 4:29 CST

### Advance Directive
*Advance Directive :   Unable to obtain

Whillock, Summer D RN - 3/6/2017 4:29 CST

### Social History

---

## Via Christi Hospital St Francis

Patient Name:   M<sup>REDACTED</sup>D   REDACTED
MRN:     1003092224           Admit:     3/6/2017
FIN:       100005687784        Disch:     3/15/2017
DOB/Age/Sex:   REDACTED   6 years     Male     Admitting:   Bhimavarapu,Bala Bhaskar Reddy MD

---

### *Emergency Documentation*

---

acetaminophen 320 mg/10 mL    :   acetaminophen 320 mg/10 mL susp-oral CUP ; Status:
susp-oral CUP                Ordered ; Ordered As Mnemonic:   acetaminophen ; Simple
                          Display Line:   250 mg = 7.81 mL, Oral, Once ; Ordering
                          Provider:   Chambers Daney, Jennifer M APRN; Catalog Code:
                          acetaminophen ; Order Dt/Tm:   3/6/2017 03:08:53 ; Comment:
                          Target Dose: acetaminophen 15 mg/kg   3/6/2017 03:08:57

**Glasgow Coma Scale Peds**
Eye Opening Response Peds Coma :   Spontaneously
Best Verbal Response Peds Coma :   Appropriate words/phrases
Best Motor Response Peds Coma :   Obeys
Pediatric Coma Score :   15

                                          Whillock, Summer D RN - 3/6/2017 4:29 CST

---

Document Type:                   ED Triage Note
Service Date/Time:             3/6/2017 02:31 CST
Result Status:                     Auth (Verified)
Document Subject:             ED Triage Part 1 - Pediatric
Sign Information:               Kent,Aaron D RN (3/6/2017 02:31 CST)

       **ED Triage Part 1 - Pediatric Entered On:  3/6/2017 2:36 CST**
           **Performed On:  3/6/2017 2:31 CST by Kent, Aaron D RN**

**Infectious Disease Risk Screening**
Recent Travel History :   No recent travel

                                     Kent, Aaron D RN - 3/6/2017 2:31 CST

**ED Triage Part 1 - Pediatric**
Chief Complaint :   nausea and vomiting, was just diagnosed with strep tonight at wesley, mom concerned unable to keep meds down to treat it.
Lynx Mode of Arrival :   Private vehicle
History Obtained From :   Parent
Document Pain Assessment :   Document Pain Assessment
Temperature Oral :   36.5 degC(Converted to: 97.7 degF)
Systolic Blood Pressure :   124 mmHg (HI)
Diastolic Blood Pressure :   69 mmHg
Peripheral Pulse Rate :   93 bpm
Respiratory Rate :   20 br/min
SpO2 :   97 %
Oxygen Therapy :   Room air
Weight Dosing :   16.9 kg(Converted to: 37 lb 4 oz)

                                     Kent, Aaron D RN - 3/6/2017 2:31 CST

---

### Via Christi Hospital St Francis

Patient Name:  M REDACTED , D REDACTED
MRN:           1003092224                        Admit:       3/6/2017
FIN:           100005687784                      Disch:       3/15/2017
DOB/Age/Sex:   REDACTED    6 years    Male       Admitting:   Bhimavarapu,Bala Bhaskar Reddy MD

| *Emergency Documentation* |
|---|

DCP GENERIC CODE
Tracking Acuity :   4
Tracking Group :   VCHF ED

Kent, Aaron D RN - 3/6/2017 2:31 CST

ED Allergies/Med Hx Section :   Document assessment
Hallucinations/Delusions :   Unable to obtain
Assault/Homicidal Tendencies :   Unable to obtain
Behavioral Health Concern :   Unable to obtain
General Appearance :   Alert, Oriented, Sleepy
Respirations :   Unlabored, Quiet
Skin Color :   Normal for ethnicity

Kent, Aaron D RN - 3/6/2017 2:31 CST<br>(As Of: 3/6/2017 02:36:41 CST)

Diagnoses(Active)
Nausea
    Date:   3/6/2017 ; Diagnosis Type:   Reason For Visit ;
Confirmation:   Complaint of ; Clinical Dx:   Nausea ;
Classification:   Medical ; Clinical Service:   Emergency
medicine ; Code:   PNED ; Probability:   0 ; Diagnosis Code:
AHi9DQD9cNvfGoIOn4waeg

Allergies/Medications
Allergy Information :   Reviewed and updated

Kent, Aaron D RN - 3/6/2017 2:31 CST<br>(As Of: 3/6/2017 02:36:41 CST)

Allergies (Active)
No Known Allergies
    Estimated Onset Date:   Unspecified ; Created By:   Kent, Aaron
D RN; Reaction Status:   Active ; Category:   Drug ; Substance:
No Known Allergies ; Type:   Allergy ; Updated By:   Kent,
Aaron D RN; Reviewed Date:   3/6/2017 2:35 CST

Medication List

(As Of: 3/6/2017 02:36:41 CST)

**Pain Assessment Tools Pediatric**
Recent Assessment Pertinent to Pain Management :   No qualifying data available
Preferred Pain Tool :   FACES pain scale

Kent, Aaron D RN - 3/6/2017 2:31 CST

**Numeric/FACES Pain Scale**
FACES Pain Scale :   0

Kent, Aaron D RN - 3/6/2017 2:31 CST

**Image 2 -** Images currently included in the form version of this document have not been included in the text rendition of the form.

---

### Via Christi Hospital St Francis

Patient Name: M~~REDACTED~~ D~~REDACTED~~

| | | | |
|---|---|---|---|
| MRN: | 1003092224 | Admit: | 3/6/2017 |
| FIN: | 100005687784 | Disch: | 3/15/2017 |
| DOB/Age/Sex: | REDACTED    6 years    Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

---

### *History and Physical Reports*

---

| | |
|---|---|
| Document Type: | History and Physical |
| Service Date/Time: | 3/6/2017 05:18 CST |
| Result Status: | Auth (Verified) |
| Document Subject: | HWB H&P |
| Sign Information: | Bhimavarapu,Bala Bhaskar Reddy MD (3/6/2017 14:25 CST); White,Stefanie R MD (3/6/2017 07:22 CST); Hartpence, Connor W MD (3/6/2017 07:11 CST) |

**PCP:** Dr. Jonathan Lane

**Outpatient Specialists**
None

**Attending:** Dr. Bala

**Chief Complaint:** Strep throat, vomiting

**Information Source:** Pt's mother

**HISTORY OF PRESENT ILLNESS**
REDACTED  is a previously healthy 5 year old male who presented to the ED with nausea and vomiting. Pt was diagnosed with group A strep pharyngitis at Wesley ED at 6PM on Sunday and sent home with Amoxicillin 480 mg BID x10 days. Pt took one dose but was unable to keep it down, mother states he vomited 3 or 4 times after leaving Wesley. She was worried about him getting treatment for his strep and thought that he might be dehydrated, so she brought him to St. Francis ED. Pt's mother states that she is unsure when symptoms started because pt's sister recently had a tonsillectomy and she thinks pt was afraid that if he told his mom that his throat hurt that he would have to have surgery as well. Nausea and vomiting started on Friday, intermittent throughout the weekend. On Sunday, pt complained of headache, dizziness, and worsening nausea and several episodes of emesis. Denies fevers, chills, weight loss, abdominal pain, or rash. Per mother, pt did complain of bilateral knee pain prior to arrival, but she did not notice any joint swelling or redness. Mother states pt has seemed weak, and he looked pale until getting fluids in the ED.

**ED Course:** 20 cc/kg bolus, CMP, CBC, Zofran 4 mg

**Review of Systems**
**General:** no fever, no chills, no weight change, no insomnia, +decreased appetite
**Eyes/Ears/Nose/Throat:** no vision changes, no hearing changes, no rhinorrhea, no dysphagia, no odynophagia
**Cardiovascular:** no chest pain, no palpitations, no lightheadedness, no syncope
**Pulmonary:** no dyspnea, no cough, no wheezing
**Gastrointestinal:** no abdominal pain, no constipation, no diarrhea, no bleeding, +nausea, +vomiting
**Genitourinary:** no dysuria, no polyuria, no hematuria
**Endocrine:** no heat intolerance, no cold intolerance, no polydipsia
**Skin:** no pruritus, no rash
**Musculoskeletal:** no back pain, no joint swelling, +bilateral knee pain
**Hematologic/Immunologic:** no lymphadenopathy, no bleeding, no bruising
**Neurologic:** ambulating, no numbness, no weakness, +headache
All other systems negative

**Past Medical History**
None

**Birth History**
C-section, emergent for peripartum cardiomyopathy

---

| | | | |
|---|---|---|---|
| Report Request ID: | 112182885 | Page 15 of 1,894 | Print Date/Time:    4/23/2018 11:04 CDT |

### Via Christi Hospital St Francis

Patient Name:   M<sup>REDACTED</sup>, D<sup>REDACTED</sup>
MRN:            1003092224                          Admit:       3/6/2017
FIN:            100005687784                        Disch:       3/15/2017
DOB/Age/Sex:    REDACTED    6 years      Male       Admitting:   Bhimavarapu,Bala Bhaskar Reddy MD

---

### *History and Physical Reports*

---

**Development**
meeting all milestones per mother

**Diet**
"normal kid diet", "eats healthier than most kids"

**Past Surgical History**
None

**Home Medications (3) Active**
amoxicillin 400 mg/5 mL oral liquid 480 mg = 6 mL, Oral, q12hr
gummy probiotic
multivitamin 1 gummy, Chewed, Daily

**Immunizations**
Has not had MMR per mother, otherwise up to date

**Allergies**
No Known Allergies

**Family History**
Mother: Asthma and Type 1 Diabetes

**Social History**
Tobacco Exposure: none
Home Environment: mother, father, 1 brother, and 2 sisters
School/Daycare: home-schooled

**OBJECTIVE**
**Vital Signs (last 24 hrs)          Last Charted_____**
**Temp Oral**             36.5 degC (MAR 06 02:31)
**Heart Rate Peripheral**         76 bpm (MAR 06 05:10)
**Resp Rate**             **L** 16br/min (MAR 06 05:10)
**SBP**          **H** 124mmHg (MAR 06 02:31)
**DBP**          69 mmHg (MAR 06 02:31)
**SpO2**             98 % (MAR 06 05:10)

**Physical Exam**
**General**: Sleeping in ED bed, arousable, appropriately responds to stimuli
**HEENT**: NCAT. MMM. Nares clear. Posterior oropharynx mildly erythematous, midline uvula, no palatal petechia. TMs not examined because
pt sleeping, will examine on the floor.
**Neck**: Supple. No palpable LAD.
**Cardiovascular**: RRR, no murmurs
**Respiratory**: CTAB, no increased work of breathing
**Abdomen**: +BS, soft, nondistended, pt did not wake to palpation
**Genitourinary**: Deferred.
**Rectal**: Deferred.
**Extremities**: No cyanosis. Radial pulses 2+. No edema. Cap refill < 2 sec.
**Musculoskeletal**: No gross deformities. Bilateral knees non-erythematous, no effusions.
**Skin**: Warm & dry. No rashes. No jaundice.
**Neurologic**: deferred, pt sleeping, will re-evaluate on the floor

---

**Via Christi Hospital St Francis**

Patient Name: M REDACTED , D REDACTED
MRN: 1003092224                                    Admit:   3/6/2017
FIN: 100005687784                                  Disch:   3/15/2017
DOB/Age/Sex: REDACTED    6 years    Male           Admitting: Bhimavarapu,Bala Bhaskar Reddy MD

| *History and Physical Reports* |
| --- |

**Labs** (Last four charted values)
**WBC**    H **21.6**   (MAR 06)
**Hgb**    12.0   (MAR 06)
**Hct**    34.9   (MAR 06)
**Plt**    H **483**   (MAR 06)
**Na**    138   (MAR 06)
**K**    3.7   (MAR 06)
**CO2**    L **21**   (MAR 06)
**Cl**    104   (MAR 06)
**Cr**    L **0.45**   (MAR 06)
**BUN**    17   (MAR 06)
**Glucose Random**    H **189**   (MAR 06)
**Ca**    H **10.1**   (MAR 06)

**Radiology/Diagnostics**
None

**ASSESSMENT & PLAN**
5 year old male with:

**Group A Strep Pharyngitis**
- Diagnosed at Wesley ED at 6PM last night, sent home with amoxicillin but unable to keep anything down due to nausea/vomiting
- Afebrile, non-toxic appearing
- Leukocytosis of 21.6 and likely reactive thrombocytosis of 483
- Will continue antibiotic treatment with amoxicillin 25 mg/kg BID for total of 10 days (start date 3/6, end date 3/15)
- Zofran prn nausea
- Tylenol prn pain
- Peds diet as tolerated

**Hyperglycemia**
- 189 on CMP
- Likely reactive due to infection, no further w/u necessary

**Fluids**: PO, as tolerated
**Electrolytes**: wnl
**Nutrition**: Peds diet
**DVT Prophylaxis**: NI
**GI Prophylaxis**: NI
**Lines**: PIV

**Disposition**: obs
**Code Status**: full code

Patient discussed with: Dr. Bala


**Supervisor Resident Note**

I personally interviewed the caregivers and examined patient. I reviewed the patient's chart including labs, imaging, and multidisciplinary notes. I agree with the intern resident plan and note as described above. Caregivers were updated to patient's condition and to any changes in patient's discharge goals. Caregivers' questions answered and they state understanding and agreement with the care teams'

### Via Christi Hospital St Francis

Patient Name: M^REDACTED, D^REDACTED
MRN: 1003092224                    Admit:     3/6/2017
FIN: 100005687784               Disch:     3/15/2017
DOB/Age/Sex: REDACTED   6 years     Male      Admitting:   Bhimavarapu,Bala Bhaskar Reddy MD

---

### History and Physical Reports

plan and discharge goals.

Previously healthy 5 y/o male, diagnosed with strep throat at OSH earlier today, here with vomiting and inability to tolerate PO antibiotics. Seen by me at 0615. Per mom, he was nauseated, dizzy and had a headache at home which is what prompted the hospital visit. He vomited every 30 minutes to an hour after receiving the amoxicillin. He hasn't vomited since receiving Zofran. He is very sleepy this morning and mom is worried about how sleepy he is but she states he didn't sleep at all until getting meds in the ED around 3 AM. On exam he is asleep but will wake to stimuli and rub his eyes/push examiner's hand away. Uvula midline, tonsils enlarged with some erythema but no obvious purulent exudate.

If not vomiting, will try PO amoxicillin as above. If pt not tolerating PO when he wakes up this AM, consider additional IV fluids and switching to IV ampicillin. Discussed with mother need to treat Group A strep to prevent complications but PO antibiotics preferred if patient can tolerate it and delay of a couple of hours until patient is awake will not significantly change complication rate.

```
Electronically Signed on 03/06/2017 07:11 AM CST
_____
Connor Hartpence, MD

Electronically Signed on 03/06/2017 07:22 AM CST
_____
Stefanie White, MD

Electronically Signed on 03/06/2017 02:25 PM CST
_____
Bala Bhaskar Reddy Bhimavarapu, MD


Modified by: Connor Hartpence, MD on 03/06/2017 06:57 AM CST

Modified by: Connor Hartpence, MD on 03/06/2017 07:11 AM CST

Modified by: Stefanie White, MD on 03/06/2017 07:22 AM CST
```

---

### Consultation Notes

Document Type:                     Consultation Note - Generic
Service Date/Time:              3/15/2017 13:50 CDT
Result Status:                     Auth (Verified)
Document Subject:               Free Text Note
Sign Information:                Judkins,Mercedes V MD (3/15/2017 14:12 CDT)

We discussed with parents options for their child. It was brought up by them about being at a children's hospital - Children's Mercy and how that would work. We explained the process and told them we would support them in any decision they made for their child. We would allow them to discuss this alone and for them to tell us when they had decided. We will continue with the current plan for REDACTED and await their decision. Mom stated concerns with transport and how she was nervous about his heart rate at 150. I reassured her that the Children's Mercy team would address that as we have as well. Dad was fearful of transport with an ETT in place and we reassured them the CMH transport team transports Critically ill patients often and many of them with ETT. We did tell them that their is always a risk

**Via Christi Hospital St Francis**

| | | | | |
|---|---|---|---|---|
| Patient Name: | M REDACTED, D REDACTED | | | |
| MRN: | 1003092224 | | Admit: | 3/6/2017 |
| FIN: | 100005687784 | | Disch: | 3/15/2017 |
| DOB/Age/Sex: | REDACTED    6 years    Male | | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

---

### *Medical Student Notes*

---

| | |
|---|---|
| Document Type: | Medical Student Notes |
| Service Date/Time: | 3/6/2017 06:58 CST |
| Result Status: | Auth (Verified) |
| Document Subject: | MS3 PN HD1 |
| Sign Information: | Borick,Jamie L MD (3/6/2017 08:37 CST); Dumontier,Samuel MS3 (3/6/2017 07:56 CST) |

**SUBJECTIVE**
Pt very sleepy this am, most likely 2/2 lack of sleep.
Mom: pt has not taken any antibiotic yet. He vomited up his first dose

**Medications (7) Active**
Scheduled: (1)
**amoxicillin 250 mg/5 mL oral susp** 425 mg 8.5 mL, Oral, BID
Continuous: (0)
PRN: (6)
**acetaminophen 120 mg supp** 180 mg 1.5 supp, Rectal, q4hr
**acetaminophen 240 mg/ 7.5 mL soln-oral CUP** 169.6 mg 5.3 mL, Oral, q4hr
**ondansetron 2 mg/mL vial; 2 mL** 2.5 mg 1.25 mL, IV Push, q6hr
**sodium chloride 0.65% (Kids) nasal spray; 37.5 mL** 1 sprays, Nasal, q2hr
**vitamin A & D topical ointment; 5 g** 1 app, Topical, q1hr
**zinc oxide 40% topical ointment; 120 g** 1 app, Topical, q1hr

OBJECTIVE
**Vital Signs (last 24 hrs)          Last Charted**
**Temp Axillary**          **H** 37.3degC (MAR 06 06:39)
**Heart Rate Peripheral**          78 bpm (MAR 06 06:39)
**Resp Rate**          20 br/min (MAR 06 06:39)
**SBP**          **H** 124mmHg (MAR 06 06:39)
**DBP**          61 mmHg (MAR 06 06:39)
**SpO2**          96 % (MAR 06 06:39)
**Weight**          16.9 kg (MAR 06 06:39)

Physical Exam
General: Non arousable,
Head, Eyes, Ears, Nose & Throat: Unable to obtain
Neck: Supple. No LAD. _.
Cardiovascular: Regular rate. Regular rhythm. No murmur.
Respiratory: Lungs clear to auscultation bilaterally. No increased work of breathing. _.
Abdomen: Bowel sounds present. Soft. Nontender. Nondistended. No rebound. No guarding. _.
Extremities: No cyanosis. Radial pulse 2+. DP pulse 2+. No edema.. Capillary refill < 2 sec. _.
Musculoskeletal: No gross deformities.
Skin : Warm. Dry. No rashes.

**Labs**
**WBC**     **H 21.6**   (MAR 06)
**Hgb**     12.0   (MAR 06)
**Hct**     34.9   (MAR 06)
**Plt**     **H 483**   (MAR 06)
**Na**     138   (MAR 06)
**K**     3.7   (MAR 06)

**Via Christi Hospital St Francis**

| | | | | |
|---|---|---|---|---|
| Patient Name: | M REDACTED , D REDACTED | | | |
| MRN: | 1003092224 | | Admit: | 3/6/2017 |
| FIN: | 100005687784 | | Disch: | 3/15/2017 |
| DOB/Age/Sex: | REDACTED    6 years    Male | | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

---

### *Medical Student Notes*

---

**CO2**    L **21**  (MAR 06)
**Cl**    104  (MAR 06)
**Cr**    L **0.45**  (MAR 06)
**BUN**    17  (MAR 06)
**Glucose Random**    H **189**  (MAR 06)
**Ca**    H **10.1**  (MAR 06)

**Radiology/Diagnostics**
No radiographic findings

**ASSESSMENT & PLAN**
5 year old male with:

**Group A strep pharyngitis**
- Previous dx made at Wesley, febrile, leukocytosis of 21.1
- pt unable to keep down amoxicillin x1 due to n/v
- s/p Zofran for nausea and vomiting
- s/p IV NS bolus
- Will continue amoxicillin 25 mg/kg BID in am
- If patient is eating and drinking adequately plan to discharge later this afternoon
- Tylenol PRN for fever

**Hyperglycemia**
189 on CMP
- likely 2/2 systemic reaction due to infection
- UA pending, will assess for ketonuria, glucosurea
- No treatment required

Fluids: PO
Electrolytes: wnl
Nutrition: as tolerated
DVT Prophylaxis: NI
GI Prophylaxis: Zofran
Lines: PIV

Disposition: Plan to discharge later today

---

**Via Christi Hospital St Francis**

Patient Name:    M REDACTED , D REDACTED
MRN:             1003092224                          Admit:       3/6/2017
FIN:             100005687784                        Disch:       3/15/2017
DOB/Age/Sex:     REDACTED    6 years    Male         Admitting:   Bhimavarapu,Bala Bhaskar Reddy MD

---

### *Medical Student Notes*

```
Electronically Signed on 03/06/2017 07:56 AM CST
_____
Samuel Dumontier, MS3

Electronically Signed on 03/06/2017 08:37 AM CST
_____
Jamie Borick, MD


Modified by: Samuel Dumontier, MS3 on 03/06/2017 07:55 AM CST

Modified by: Samuel Dumontier, MS3 on 03/06/2017 07:56 AM CST

Modified by: Jamie Borick, MD on 03/06/2017 08:37 AM CST

Reviewed by: Bala Bhaskar Reddy Bhimavarapu, MD
```

---

### *Miscellaneous Patient Care*

Document Type:                           Coding Summary
Service Date/Time:                       3/15/2017 21:24 CDT
Result Status:                           Auth (Verified)
Document Subject:                        Coding Summary
Sign Information:

CODING DATE: 03/18/2017          FINAL
Via Christi Hospital St Francis

DSCH STATUS:
05-Cancer Center or Childrens Hospital

PAYOR:
Aetna

Grouper:
025     MS-DRG     Craniotomy & endovascular intracranial procedures w
                   MCC
                   Low Trim        0
                   High Trim       999

021     APR-DRG    Craniotomy except for trauma
                   Severity of Illness  Extreme

---

### Via Christi Hospital St Francis

| | | | | |
|---|---|---|---|---|
| Patient Name: | M<sup>REDACTED</sup>, D<sup>REDACTED</sup> | | | |
| MRN: | 1003092224 | | Admit: | 3/6/2017 |
| FIN: | 100005687784 | | Disch: | 3/15/2017 |
| DOB/Age/Sex: | REDACTED   6 years   Male | | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

---

## Occupational Therapy Forms

Recommendation decrease OT to 3 times per week.  will be seen Mon, tues and thurs.  Will reevaluate frequency when change in status occurs with pt responsiveness

Johnson, Claire OT - 3/15/2017 13:38 CDT

---

## Pastoral Forms

Signed By:                                                  Rhoades,Janice L (3/15/2017 05:16 CDT)

### Chaplaincy Note Entered On:  3/15/2017 5:19 CDT
### Performed On:  3/15/2017 5:16 CDT by Rhoades, Janice L

**Chaplaincy Consult**
Religious Family Issues :   RN says the parents have alienated staff members and believes chaplain intervention could help the situation.
Additional Information, Chaplaincy :   While rounding RN Barbara asked the chaplain to visit patient's parents and assess their spiritual care needs.  Upon entering the room the chaplain found both parents asleep and will ask the unit chaplain to follow-up.

Rhoades, Janice L - 3/15/2017 5:16 CDT

Signed By:                                                  Belton,Jacob T (3/6/2017 10:38 CST)

### Chaplaincy Note Entered On:  3/6/2017 10:44 CST
### Performed On:  3/6/2017 10:38 CST by Belton, Jacob T

**Chaplaincy Consult**
Pastoral Care Visit Status :   Initial
Initial Assessment :   Fearful
Importance of Faith :   Moderately important
Additional Information, Chaplaincy :   Rapid R/Resp Code: Mom (Kelli) in room, presence and support, Father (Kevin) is now present, supporting each other. Pt to move to PICU, remain available.

Belton, Jacob T - 3/6/2017 10:38 CST

---

## Patient History Forms

Signed By:                                                  Zoglman,Kayla M RN (3/6/2017 06:35 CST)

### Admission History Pediatric Entered On:  3/6/2017 6:58 CST
### Performed On:  3/6/2017 6:35 CST by Zoglman, Kayla M RN

---

## Via Christi Hospital St Francis

| | | | | |
|---|---|---|---|---|
| Patient Name: | M REDACTED , D REDACTED | | | |
| MRN: | 1003092224 | | Admit: | 3/6/2017 |
| FIN: | 100005687784 | | Disch: | 3/15/2017 |
| DOB/Age/Sex: | REDACTED   6 years | Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

### *Patient History Forms*

### General Information
Patient Preferred Name :  REDACTED
Primary Language :  English
Preferred Language :  English
Mode of Arrival on Unit :  Stretcher
Accompanied By :  Mother
Accompanied by Name(s) :  Kelli
Reason for Admission :  Medical treatment

Zoglman, Kayla M RN - 3/6/2017 6:35 CST

### Subjective
General Symptoms :   Other: Pt went to Wesley ER last evening. Treated with antibiotics for strep. Started throwing up after throat swab. Throwing up every 30 minutes to an hour
Respiratory Symptoms :   Other: Cold a week or two ago. 24 hour fever
Cardiovascular Symptoms :   None
Gastrointestinal Symptoms :   Vomiting
Genitourinary Symptoms :   Decreased urine output
Skin Symptoms :   None
Neuromuscular Symptoms :   Other: Joint pain in knees
Neurological Symptoms :   None

Zoglman, Kayla M RN - 3/6/2017 6:35 CST

### Problem History
(As Of: 3/6/2017 06:58:36 CST)

Diagnoses(Active)
Nausea

Date:  3/6/2017 ; Diagnosis Type:   Reason For Visit ;
Confirmation:   Complaint of ; Clinical Dx:   Nausea ;
Classification:   Medical ; Clinical Service:   Emergency
medicine ; Code:   PNED ; Probability:   0 ; Diagnosis Code:
AHi9DQD9cNvfGoIOn4waeg

### Birth History
Gestational Age Person
**Gestational Age At Birth :**  -1days
**Method :**
**Comment :**

### Family History
Family History

(As Of: 3/6/2017 06:58:36 CST)

### Immunizations v2
Immunizations Current :  Other: Has not had  MMR. Postponed until 6

Zoglman, Kayla M RN - 3/6/2017 6:35 CST

### Allergy
Allergy Information :   Reviewed and updated

## Via Christi Hospital St Francis

Patient Name: M<sup>REDACTED</sup>, D<sup>REDACTED</sup>
MRN: 1003092224
FIN: 100005687784
DOB/Age/Sex: REDACTED  6 years    Male

Admit: 3/6/2017
Disch: 3/15/2017
Admitting: Bhimavarapu,Bala Bhaskar Reddy MD

---

### *Patient History Forms*

Zoglman, Kayla M RN - 3/6/2017 6:35 CST
(As Of: 3/6/2017 06:58:36 CST)

Allergies (Active)
No Known Allergies        Estimated Onset Date:  Unspecified ; Created By:  Kent, Aaron D RN; Reaction Status:  Active ; Category:  Drug ; Substance: No Known Allergies ; Type:  Allergy ; Updated By:  Kent, Aaron D RN; Reviewed Date:  3/6/2017 6:52 CST

**Additional Health History**
Injuries :  None
Infectious Diseases :  None
Medical Devices :  None

Zoglman, Kayla M RN - 3/6/2017 6:35 CST

**Procedure History**

-

Procedure History

(As Of: 3/6/2017 06:58:36 CST)

**Anesthesia/Sedation**
Anesthesia History :  No prior anesthesia
Moderate Sedation History :  No prior sedation for procedure

Zoglman, Kayla M RN - 3/6/2017 6:35 CST

**Transfusion Reaction and Consent**
Transfusion History :  No prior transfusion

Zoglman, Kayla M RN - 3/6/2017 6:35 CST

**Nutrition**
Home Diet :  Regular
Appetite :  Good
Nutrition Risk Factors :  Nausea, vomiting, diarrhea

Zoglman, Kayla M RN - 3/6/2017 6:35 CST

**Nutrition II**
Medication Administration :  Liquid in syringe

Zoglman, Kayla M RN - 3/6/2017 6:35 CST

**Functional**
Living Situation :  Home with family care
Lines/Tubes Present on Admission :  Peripheral venous catheter
Ability to Move in Bed Prior to Admission :  Independent

Zoglman, Kayla M RN - 3/6/2017 6:35 CST

**Social History**
Social History

(As Of: 3/6/2017 06:58:36 CST)

Tobacco:
        Exposure to Secondhand Smoke: No.  (Last Updated: 3/6/2017 04:30:07 CST by Whillock, Summer D RN)

Alcohol:

---

### Via Christi Hospital St Francis

Patient Name:    M REDACTED , D REDACTED
MRN:             1003092224                          Admit:       3/6/2017
FIN:             100005687784                        Disch:       3/15/2017
DOB/Age/Sex:     REDACTED    6 years    Male         Admitting:   Bhimavarapu,Bala Bhaskar Reddy MD

---

### *Patient History Forms*

Household alcohol concerns: No.   (Last Updated: 3/6/2017
04:30:11 CST by Whillock, Summer D RN)

**Family/Social**
Child/Parent Domestic Concerns :   None
Emotional Support Available :   Yes
Security Object :   None
Chronically or Terminally Ill with Frequent Visits :   No
Coping :   Effective

Zoglman, Kayla M RN - 3/6/2017 6:35 CST

**CSSRS Since Last Visit - Peds**
CSSRS Screen Results :   No qualifying data available.

Zoglman, Kayla M RN - 3/6/2017 6:35 CST

**Cultural/Spiritual**
Do You Receive Comfort From Spiritual Practices :   Yes
Religious Preference :   Christian

Zoglman, Kayla M RN - 3/6/2017 6:35 CST

**Educ Needs**
Patient/Family Education Needs :   Diagnostic results, Medications, Nutrition/Diet, Pain management, Plan of care,
Treatments/Procedures/Tests

Zoglman, Kayla M RN - 3/6/2017 6:35 CST

**DC Needs**
Discharge To :   01-Home or Self Care
Home Caregiver Phone Number :   Kelli 7857660387
Kevin 7857660820
Needs Assistance At Home Upon Discharge :   No
Needs Assistance with Transportation :   No

Zoglman, Kayla M RN - 3/6/2017 6:35 CST

**ID Risk Screen**
Recent Travel History :   No recent travel

Zoglman, Kayla M RN - 3/6/2017 6:35 CST

Chills :   No
Diarrhea :   No
Fever :   Yes
Family Member with History of MDRO :   No
Headache :   No
History of Abscess :   No
History of Burns :   No
History of Chronic Skin Condition :   No
History of Clostridium difficile :   No
History of ESBL :   No
History of MRSA :   No
History of Seizures :   No
History of VRE :   No
Illness With Generalized Rash :   No
Muscle Pain :   No

---

### Via Christi Hospital St Francis

| | | | | |
|---|---|---|---|---|
| Patient Name: | M REDACTED , D REDACTED | | | |
| MRN: | 1003092224 | | Admit: | 3/6/2017 |
| FIN: | 100005687784 | | Disch: | 3/15/2017 |
| DOB/Age/Sex: | REDACTED   6 years   Male | | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

---

### *Patient History Forms*

New or Worsening Cough :   No
Recent Exposure to Communicable Disease :   No
Runny or Stuffy Nose :   Yes
Shortness of Breath :   No
Sore Throat :   Yes
Vomiting :   Yes

Zoglman, Kayla M RN - 3/6/2017 6:35 CST

TB Risk Factors Grid
Chills :   No
Cough (Any Duration) :   No
Fever :   Yes
Foreign-Born :   No
Hemoptysis (Blood in Sputum) :   No
Hx of TB Now or at Any Time In the Past (Even if on Meds) :   No
Homeless or In Shelter :   No
Incarcerated Within Last 2 Years :   No
Intravenous Drug User :   No
Male Homosexual :   No
New TST/IGRA Results Pos(Within 2 yrs),Hx Recent TB Exposure :   No
Night Sweats :   No
Weight Loss Greater Than 10 Pounds :   No

Zoglman, Kayla M RN - 3/6/2017 6:35 CST

Reg PN Additional Source of Infection vB :   No
Does the Patient Have a Diagnosis of Cystic Fibrosis? :   No
Does the Patient Have any of the Following Risk Factors for Healthcare Associated Infections? :   None
Does the Patient Have any of the following Conditions That Compromise the Immune System? :   None
Does the Documented Medication History for This Patient Include Any of the Following? :   None

Zoglman, Kayla M RN - 3/6/2017 6:35 CST

---

### *Pharmacy Forms*

Signed By:                                   Louis,Rachel C PharmD (3/15/2017 16:56 CDT)

**Pharmacy Clinical Interventions Entered On:  3/15/2017 16:56 CDT**
**Performed On:  3/15/2017 16:56 CDT by Louis, Rachel C PharmD**

**Interventions**
Intervention Type Pharmacy :   Antimicrobial stewardship
Associated Order(s) Pharmacy :   cefazolin
Pharmacy Order Initiated By :   Pharmacist
Clinical Importance Pharmacy :   Potentially minor
Prescriber Response Pharmacy :   Accepted
Pharmacy Prescribing Physician :   Masterman, Mary MD

---

### Via Christi Hospital St Francis

| | | | |
|---|---|---|---|
| Patient Name: | M REDACTED , D REDACTED | | |
| MRN: | 1003092224 | Admit: | 3/6/2017 |
| FIN: | 100005687784 | Disch: | 3/15/2017 |
| DOB/Age/Sex: | REDACTED    6 years    Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

---

## *Neurological*

### Neurological Assessment

| | | | |
|---|---|---|---|
| Recorded Date | 3/6/2017 | | |
| Recorded Time | 06:35 CST | | |
| Recorded By | Zoglman,Kayla M RN | | |
| Procedure | | Units | Reference Range |
| Neuromuscular Symptoms | Other: Joint pain in knees [O7] | | |

| | | | |
|---|---|---|---|
| Recorded Date | 3/6/2017 | | |
| Recorded Time | 04:31 CST | | |
| Recorded By | Whillock,Summer D RN | | |
| Procedure | | Units | Reference Range |
| Level of Consciousness | Alert [O8] | | |

Order Comments
O5:    Volume Ventilation
       wean rate to 8 target end tidal 50; increase backup if needed
O7:    Admission History Pediatric
       Order entered secondary to inpatient admission.
O8:    ED Assessment Pediatric
       Order entered secondary to admission to the Emergency Department

### Pediatric Coma Assessment

| | | | |
|---|---|---|---|
| Recorded Date | 3/15/2017 | | |
| Recorded Time | 18:00 CDT | | |
| Recorded By | Guthrie-Patterson,Tamara L RN | | |
| Procedure | | Units | Reference Range |
| Eye Opening Response Peds Coma | Spontaneously | | |
| Best Motor Response Peds Coma | Localizes pain | | |
| Best Verbal Response Peds Coma | No response | | |
| Pediatric Coma Score | 10 | | |

| | | | |
|---|---|---|---|
| Recorded Date | 3/15/2017 | | |
| Recorded Time | 16:31 CDT | | |
| Recorded By | Guthrie-Patterson,Tamara L RN | | |
| Procedure | | Units | Reference Range |
| Eye Opening Response Peds Coma | Spontaneously | | |
| Best Motor Response Peds Coma | Localizes pain | | |
| Best Verbal Response Peds Coma | No response | | |
| Pediatric Coma Score | 10 | | |

### Via Christi Hospital St Francis

| | | | |
|---|---|---|---|
| Patient Name: | M<sup>REDACTED</sup>, D<sup>REDACTED</sup> | | |
| MRN: | 1003092224 | Admit: | 3/6/2017 |
| FIN: | 100005687784 | Disch: | 3/15/2017 |
| DOB/Age/Sex: | REDACTED    6 years    Male | Admitting: | Bhimavarapu,Bala Bhaskar Reddy MD |

---

### *Medication Administration Record*

#### Medications

| Medication Name: amoxicillin (amoxicillin (PEDS)) | |
|---|---|
| Admin Date/Time: **3/6/2017 09:00 CST** | Charted Date/Time: **3/6/2017 19:05 CST** |
| Admin Details: (Not Done) order dc'd by physician amoxicillin | |
| Action Details: Perform: Helm,Amy L RN 3/6/2017 09:00 CST | |

| Medication Name: ondansetron (Zofran) | |
|---|---|
| Admin Date/Time: **3/6/2017 04:01 CST** | Charted Date/Time: **3/6/2017 04:01 CST** |
| Ingredients: onda2/1-vial2mL 4 mg 2 mL | |
| Admin Details: (Auth) IV Push, Lft Antecubital Foss | |
| Action Details: Order: Chambers Daney,Jennifer M APRN 3/6/2017 03:22 CST; Perform: Whillock,Summer D RN 3/6/2017 03:59 CST; VERIFY: Whillock,Summer D RN 3/6/2017 03:59 CST | |

| Medication Name: Sodium Chloride 0.9% (NS Bolus) | |
|---|---|
| Admin Date/Time: **3/6/2017 04:01 CST** | Charted Date/Time: **3/6/2017 04:01 CST** |
| Ingredients: NS1000bolus 320 mL | |
| Admin Details: (Auth) Bolus IV, Lft Antecubital Foss | |
| Action Details: Order: Chambers Daney,Jennifer M APRN 3/6/2017 03:21 CST; Perform: Whillock,Summer D RN 3/6/2017 03:58 CST; VERIFY: Whillock,Summer D RN 3/6/2017 03:58 CST | |

#### Continuous Infusions

| Medication Name: LR 1,000 mL + potassium chloride IV additive 20 mEq | |
|---|---|
| Admin Date/Time: **3/15/2017 19:00 CDT to 3/15/2017 19:59 CDT** | Charted Date/Time: **3/15/2017 19:47 CDT** |
| Ingredients: pota2vial10mL 0.356 mEq; LR1000 17.822 mL | |
| Admin Details: (Infuse) (Auth) 18 mL, 9 mL/hr, Lft Antecubital Foss | |
| Action Details: Order: Borick,Jamie L MD 3/7/2017 20:28 CST; Perform: Guthrie-Patterson,Tamara L RN 3/15/2017 19:47 CDT; VERIFY: Guthrie-Patterson,Tamara L RN 3/15/2017 19:47 CDT | |

| Medication Name: LR 1,000 mL + potassium chloride IV additive 20 mEq | |
|---|---|
| Admin Date/Time: **3/15/2017 18:00 CDT to 3/15/2017 18:59 CDT** | Charted Date/Time: **3/15/2017 19:47 CDT** |
| Ingredients: pota2vial10mL 0.356 mEq; LR1000 17.822 mL | |
| Admin Details: (Infuse) (Auth) 18 mL, 9 mL/hr, Lft Antecubital Foss | |
| Action Details: Order: Borick,Jamie L MD 3/7/2017 20:28 CST; Perform: Guthrie-Patterson,Tamara L RN 3/15/2017 19:47 CDT; VERIFY: Guthrie-Patterson,Tamara L RN 3/15/2017 19:47 CDT | |

# EXHIBIT D

Patient
Redacted

MRN:E000135095   Encounter:E000094112379   Page 1 of 4   WMC 0005

Index page

010005

PAGE 1

RUN DATE: 03/07/17
RUN TIME: 0256
RUN USER: HPF.FEED

EDM **LIVE**
EMERGENCY PATIENT RECORD

Patient: REDACTED
EDM Provider: Faimon,Gregory G  MD, 2hcaActive

Age/Sex: 5Y 02M/M

Acct No: E00009412379
Unit No: E000135095

ED Physician: Faimon,Gregory G  MD, 2hcaActive
Practitioner: Grover,Bridget C, 2hcaPrvNoM
Nurse: JUDD,LISA K, RN

Arrival Date/Time: 03/05/17 - 1819
Triage Date/Time: 03/05/17 - 1829
Date of Birth: 12/26/2011

Stated Complaint: HEADACHE NAUSEA
Chief Complaint: Non-Urgent General Care
Status Event History:
   03/05/17   1819 Reception
              1838 Triaged
              1819 Registration
              1902 Disposition
              1905 DPS-D
              1924 Off Tracker

Priority: 4

MODE OF ARRIVAL

WALK IN

Allergy/Adverse Reaction
No Known Allergies

Type/Category   Severity Date   Ver
Allergy/Drug                    03/05/17 N

Rapid Initial Assessment

Occurred
Date   Time User
03/05/17 1835 JUDD,LISA K, RN

Recorded
Date   Time User
03/05/17 1838 JUDD,LISA K, RN

First Point of Contact: Yes
Enter/Edit Allergies? No
Arrived By: WI
Subjective Assessment:
MOM REPORTS ON FRIDAY PT SAID HE WAS NAUSEA AND WANTED
SOMETHING TO EAT, AFTER HE ATE, NAUSEA WAS GONE. ON SAT
SAME SCENARIO AND TODAY WHEN HE WOKE UP HE WANTED TO EAT
AGAIN SO HE WOULDN'T GET NAUSEATED. SHE DENIES VOMITING. SHE
STATES HE HAS BEEN AFEBRILE, NO EAR COMPLAINTS, NO COUGH,
NO COLD SX, SHE STATES THAT SHE THINKS HIS THROAT MIGHT
BE RED. TODAY AT CHURCH HE WASN'T ABLE TO STAPLE SOMETHING
BECAUSE THEY WOULDNT LET HIM AND HE GOT A HEADACHE. SHE
ALSO STATES HE HAS BEEN DIZZY. NO OTHER COMPLAINTS.
Objective Assessment:
PT ALERT AND ORIENTED, HE IS WITHOUT DISTRESS, SKIN
PINK, HE IS PERRL. ORAL MUCOSA IS MOIST.
See next page
Neuro WDP? Yes
Cardiovascular WDP? Yes
Respiratory WDP? Yes
Pain scale utilized: Non-verbal WONG-BAKER
See next page

OB/GYN History:  (if noted below)
See next page
Onset of Symptoms Date: 03/03/17
See next page
Chief Complaint: Non-Urgent General Care
Priority: 4/SEMI-URGENT
ESP? Y
Facility ESP status:
Not ESP Enabled
Last page
Is patient present and able to complete the screening for infection: Yes
Have you or a close contact traveled outside the US in the last 3 weeks: No
Have you ever had TB or a positive TB skin test: No
Recent close contact with a person who has TB or influenza like illness: No
Fever greater than 100.4 F or 38.0 C: Not in the last 7 days
Cough not related to allergy or COPD: Not in the last 7 days
Sore throat: Not in the last 7 days
Night sweats: Not in the last 7 days
Unexplained weight loss: Not in the last 7 days
Fatigue: Not in the last 7 days
Body aches: Not in the last 7 days
Rash: Not in the last 7 days
Nasal congestion unrelated to allergies/sinus infections: Not in the last 7 days
Point of entry screening status:
Negative TB Risk
Negative Respiratory Risk
===SEVERE SEPSIS SCREENING===
===INFECTION===
===NEW ORGAN DYSFUNCTION within past 48 hours===

Pediatric Fall Risk Assessment

Occurred
Date   Time User
03/05/17 1839 JUDD,LISA K, RN

Recorded
Date   Time User
03/05/17 1839 JUDD,LISA K, RN

=== Pediatric Fall Risk Screening/Interventions ===
** ED High Fall Risk Indicators **
(Answer Yes to any that apply)
Weakness, dizziness, syncope, seizure? N
History of falling within the last 30 days? N
Moderate to severe head injury? N
Altered LOC, including drug &/or alcohol impairment? N
Lower extremity neurovascular impairment or inability to bear weight? N
Use of medications causing drowsiness or sedation? N
Any behavioral related complaint (anxiety,depression,agression,suicide...)? N
Assistive Device (cane,walker,crutches,wheelchair...)? N
Lack of safety awareness, forgets limitations? (Always Yes for ages < 5yrs) N
Is patient at high risk for falling? N
see next page
~~~ Infant/Toddler 0-4 yrs ~~~
~~~ School Age 5-17 yrs ~~~
see next page
Comments:
IN LOCKED READY CARE CHAIR
Age appropriate Fall Risk Education provided? Y
last page

Patient
Redact
ed

MRN:E000135095  Encounter:E000009412379  Page 2 of 4  WMC 0006

RUN DATE: 03/07/17
RUN TIME: 0258
RUN USER: HPF.FEED

EDM **LIVE**
EMERGENCY PATIENT RECORD

PAGE 2

Patient: REDACTED
EDM Provider: Faimon,Gregory G MD, 2hcaActive

Age/Sex: 5Y C2N/M

Acct No: E00009412379
Unit No: E000135095

**Non-Urgent General Focus**

| Occurred | | | Recorded | | |
|---|---|---|---|---|---|
| Date | Time User | | Date | Time User | |
| 03/05/17 1839 JUDD,LISA K, RN | | | 03/05/17 1845 JUDD,LISA K, RN | | |

Suicide screening: No
Evidence of physical and/or psychological abuse: No
Are you frequently being bullied: No
Do you currently think your safety is being threatened by anyone you know: No
See next page
Previous Medical History: No
Previous Surgeries: NONE
Last Tetanus Shot: Under 5 Years
See next page
Are there cultural,religious,language,developmental or behavioral factors
to consider in planning care: No
Any barriers to learning identified: No
Readiness to learn: Cooperative
Preferred method of learning: Discussion, Printed material
See next page
Immunizations Current: No
Exposure To Communicable Diseases: Unknown
See next page
Is this a wound re-check: No
Is this a lab check or prescription refill: No
Dental pain or injury: No
** Complete Physical Assessment Deferred **
Select System for Focused Nursing Assessment:
Neurological Assessment: No
Musculoskeletal Assessment: No
Respiratory Assessment: No
Integumentary Assessment: No
Eye Assessment: No
Gastrointestinal Assessment: No
ENT Assessment: No
Genitourinary Assessment: No
See next page
ED plan of care
Chief Complaint: Non-Urgent General Care
Expected outcome of chief complaint: Stabilized/Maintained
Last page
See next page
In the past few days have you been having
I want to ask you if your child attempted suicide
See next page
In the past week have you been having
See next page
See next page
Last page
Recheck Lab -->
Med Refill -->
Injection -->
Tooth Avulsion Questions -->
******** EAR *******
****** NOSE *******
****** THROAT *******
See next page

See next page
See next page
See next page
See next page
See next page

General Medicine <POC>

| Occurred | | | Recorded | | |
|---|---|---|---|---|---|
| Date | Time User | | Date | Time User | |
| 03/05/17 1900 JUDD,LISA K, RN | | | 03/05/17 1931 JUDD,LISA K, RN | | |

Problem / Goals                                          Priority
--------------------------------------------------------------------
Impaired Physical Mobility:
: 2
- Pt will demonstrate improvement or ability to maintain current
  level of mobility.
Impaired Nutrition / Hydration:
: 1
- Pt able to tolerate fluid replacement, either by IV or oral intake.
- Pt will have no vomiting of oral intake;
  vital signs return to baseline for patient.
Pain:
: 2
- Pt will verbalize a decrease or tolerable level of pain.
- Comfort measures and/or medications for home will be provided
  in collaboration with physician.
Education:
: 2
- Pt will demonstrate an adequate knowledge level of follow-up
  care/resources.
Problem / Goals                                          Priority
--------------------------------------------------------------------
Anxiety:
: 2
- Pt will verbalize a decrease or relief of tension.
- Patient will verbalize use of appropriate coping mechanisms.
High Risk for Falls/Injury:
: 2
- Pt will not have any falls and/or injuries during hospital stay.

Disposition-DC,TX,ADM,LPT

| Occurred | | | Recorded | | |
|---|---|---|---|---|---|
| Date | Time User | | Date | Time User | |
| 03/05/17 1920 JUDD,LISA K, RN | | | 03/05/17 1934 JUDD,LISA K, RN | | |

Patient Disposition: Discharge
Disposition Category: Discharged
ED plan of care
Chief Complaint: Non-Urgent General Care
Expected outcome of chief complaint: Stabilized/Maintained
Actual outcome of chief complaint: Stabilized/Maintained
Question below will only be answered if patient is LPMSE:
Last page
For lookup by name, enter N\name then press <Lookup>
Patient Left

Patient:
Redacted

RUN DATE: 03/07/17
RUN TIME: 0258
RUN USER: HPF.FEED

EDM **LIVE**
EMERGENCY PATIENT RECORD

PAGE 3

Patient: REDACTED
EDM Provider: Faimon,Gregory G MD, 2ncaActive

Age/Sex: 5Y 02M/M

Acct No: E00009412379
Unit No: E000135095

MRN:E000135095  Encounter:E000009412379  Page 3 of 4  WMC 0007

Discharge information provided: Instructions/Prescription
Discharge instructions given to and verbalized understanding by:
MOM
Patient discharged from ED by Provider and not seen by RN: No
To: Home
With: Parent/guardian
Mode: Carried
Via: Private Vehicle
Driver: Parent/Guardian
Plan of Care Goal met? Yes
See next page
See next page
See next page

Pain Assessment/ Reassessment

Occurred
Date    Time User
03/05/17 1920 JUDD,LISA K, RN

Recorded
Date    Time User
03/05/17 1930 JUDD,LISA K, RN

Acceptable pain level: 1
Assessment Type: Ongoing Monitoring
Intensity: 2
See next page
See next page
Last page

Flowsheet - Detail

Occurred
Date    Time User
03/05/17 1834 JUDD,LISA K, RN

Recorded
Date    Time User
03/05/17 1834 JUDD,LISA K, RN

Temperature F: 97.2
Pulse: 85
See next page
Respiratory rate: 18
See next page
SPO2 %: 98
See next page
Weight kg: 18.60
See next page
See next page
Orthostatic Vital Signs:  (if noted below)
See next page
See next page
Evaluate Glasgow Coma Scale: Yes
Glasgow Coma Scale:
Eye Opening: 4
Best Verbal Response: 5
Best Motor Response: 6
GCS Total: 15
Last page

Specimen Collection

Occurred
Date    Time User
03/05/17 1839 JUDD,LISA K, RN

Recorded
Date    Time User
03/05/17 1931 JUDD,LISA K, RN

Specimen Collected #1: Throat
Specimen #1 Sent To: Lab
See next page
See next page
Last page

Teaching Education

Occurred
Date    Time User
03/05/17 1920 JUDD,LISA K, RN

Recorded
Date    Time User
03/05/17 1933 JUDD,LISA K, RN

Learner: Mother
Readiness to Learn: Cooperative, Eager to Learn
Barriers to Learning: None
Patient Rating of Current Knowledge Level: Good
Teaching Method: Verbal, Printed
See next page
Patient/Family Education Subject Items: Medications, Disease Process,
ED After Care & Follow Up
Learner(s) Verbalized Understanding and/or Return Demonstration of Items: Yes
Pt/Family Encouraged Verbalize Anxieties & Reassurance Given: Yes
Pt/Family/Significant Other Informed of Condition & Treatment Plan: Yes
Pt/Family/Significant Other Encouraged Give Input & Participate in Tx: Yes
Last page

ED CASE/ED NOTES

Occurred
Date    Time User
03/05/17 1920 JUDD,LISA K, RN

Recorded
Date    Time User
03/05/17 1934 JUDD,LISA K, RN

PT VOMITED WHEN I OBTAINED HIS THROAT SWAB, HOUSEKEEPING WAS CALLED AND
CAME DOWN IMMEDIATELY TO CLEAN ROOM.

DEPARTURE INSTRUCTIONS

Primary Impression: Strep throat
Disposition: 01 ROUTINE HOME/SELF CARE
Comment: FM63778
Condition: STABLE

Departure Date/Time: 03/05/17 - 1920

Referrals:
Urgent

Pt Instructions:

Departure Forms:

DEPARTURE INSTRUCTIONS

Wesley Woodlawn Hospital (COCGHA) ED WOODLAWN
EMERGENCY PROVIDER REPORT
REPORT#:0305-0998    REPORT STATUS: FSign
DATE:03/05/17  TIME: 1832

PATIENT: REDACTED                       UNIT #: E000135095
ACCOUNT#: E00009412379                  ROOM/BED: E.ED
DOB: REDACTED    AGE: 5Y D2    SEX:     PCP PHYS: Urgent
ADM DATE: 03/05/17                      INI AUTH: Grover,Bridget C  PA-C
ED ADMIT DT: 03/05/17                   LAST SIG: Faimon,Gregory G  MD
REP SERV DT: 03/05/17                   REP SERV TM: 1832
  * ALL edits or amendments must be made on the electronic/computer document *

## Grover,Bridget C 03/05/17 1832:
## HPI-Headache Peds

### General
**Confirmed Patient** Yes

### Presentation
**Chief Complaint** Headache, sore throat

### Free Text HPI Notes
**Free Text HPI Notes**
5-year-old male presents with his mother complaining of headache along with a sore throat
over the past 24 hours. Had one bout of vomiting today. He has complained of some
generalized abdominal pain. He has no other medical problems and is not on any
medications. He has had increased fatigue today. Mom denies any rash.

## Risk-Headache Peds

### Risk Stratification
**Subarachnoid Hemorrhage** Risk factors reviewed

## Review of Systems

### ROS Statements
**All systems rev & neg** except as marked.

### Basic Review of Systems
**Basic ROS** RESP: No SOB, CV: No chest pain, GU: No dysuria/frequency

### Focused Review of Systems
**Constitutional**
Reports: Fever, Irritability.
**Ears/Nose/Throat**
Reports: Sore throat.  Denies: Earache R, Earache L, Toothache.

**GI**
Reports: Abdominal pain.  Denies: Constipation, Diarrhea, Nausea, Vomiting.
**Musculoskeletal**
Denies: Extremity pain.
**Skin**
Denies: Rash.
**Neurologic**
Reports: Headache.  Denies: Dizziness, Focal weakness.

**Past Medical History - Peds**
**Stated Complaint** HEADACHE NAUSEA
**Allergies**
**Coded Allergies:**
No Known Allergies (03/05/17)

**Home Medications**
**Reported Medications**
No Known Home Medications

**)( Review of Nursing Notes** Rev avail, and agree

**Physical Exam**

**Initial Vital Signs**
**Vital Signs**
First Documented:

|  | Result | Date Time |
|---|---|---|
| Pulse Ox | 98 | 03/05 1834 |
| Temp | 97.2 | 03/05 1834 |
| Pulse | 85 | 03/05 1834 |
| Resp | 18 | 03/05 1834 |

Last Documented:

|  | Result | Date Time |
|---|---|---|
| Pulse Ox | 98 | 03/05 1834 |
| Temp | 97.2 | 03/05 1834 |
| Pulse | 85 | 03/05 1834 |
| Resp | 18 | 03/05 1834 |

**Initial VS** Reviewed

**Basic Physical Exam**
**Basic PE** HEAD: Atraumatic/NC, EYES: PERRL, conj clear, ENT: Membranes moist, RESP: No
resp distress, CV: Reg rate & rhythm, ABD: Soft/non-tender, EXT: No gross abnormality,
SKIN: No rashes, Warm/dry, PSYCH: ment status NL/age

Patient:REDACTED        MRN:E000135095   Encounter:E00009412379      Page 2 of 5        WMC 0010

## Focused PE

**General/Const**   **
 General/Const Awake, Alert, No apparent distress
**Ears/Nose/Throat**
 Ears/Nose/Throat mild pharyngeal erythema bilaterally no exudates
**Neck**   **
 Neck Atraumatic, Supple, mild bilateral submandibular adenopathy movable less than 2 cm
**Resp/Chest**
 Respiratory/Chest Atraumatic, Breath sounds NL, Breath sounds = bilat
**Cardiovascular**
 Cardiovascular Heart rate NL, Regular rhythm, Heart sounds NL
**Abdomen/GI**
 Abdomen/GI Atraumatic, Soft, Non-tender, No guarding, No rebound
**Skin**
 Skin Atraumatic, Color NL, No rash
**Neurologic**   **
 Neurologic Orientation NL for age, Speech NL for age, No motor deficits, No sensory deficits, CN II - XII intact, Reflexes equal bilat, Cerebellar NL, Memory NL

## Interpretation & Diagnostics

### Lab Results Interpretation
**Results**
Microbiology:

| Date/Time | Procedure - Status |
| --- | --- |
| Source | Growth |
| 03/05 1839 | Group A Streptococcus Screen (MIC) - COMP |
| THROAT | |

**Lab Statement**
Laboratory studies reviewed and considered in the medical decision-making.

## Procedures

**Free Text Proc Notes**
Free Text Proc Notes
Positive strep

## Patient Discharge & Departure

**Vital Signs/Condition**
Vital Signs

First Documented:

|          | Result | Date Time    |
|----------|--------|--------------|
| Pulse Ox | 98     | 03/05 1834   |
| Temp     | 97.2   | 03/05 1834   |
| Pulse    | 85     | 03/05 1834   |
| Resp     | 18     | 03/05 1834   |

Last Documented:

|          | Result | Date Time    |
|----------|--------|--------------|
| Pulse Ox | 98     | 03/05 1834   |
| Temp     | 97.2   | 03/05 1834   |
| Pulse    | 85     | 03/05 1834   |
| Resp     | 18     | 03/05 1834   |

All vital signs available at the time of this entry have been reviewed.

## Clinical Impression
**Clinical Impression**
**Primary Impression:** Strep throat

## Disposition Decision
**Discharge**
)( **Discharged to Home** Yes
)( **Time** 1906
)( **Date** 03/05/17

## Discharge/Care Plan
**Counseled Regarding** Diagnosis, Lab results, When to return to ED
**Prescriptions**
amoxil
**Discharge Note**
I have spoken with the patient and/or caregivers. I have explained the patient's condition, diagnoses and treatment plan based on the information available to me at this time. I have answered the patient's and/or caregiver's questions and addressed any concerns. The patient and/or caregivers have as good an understanding of the patient's diagnosis, condition and treatment plan as can be expected at this point. The vital signs have been stable. The patient's condition is stable and appropriate for discharge from the emergency department.

The patient will pursue further outpatient evaluation with the primary care physician or other designated or consulting physician as outlined in the discharge instructions. The patient and/or caregivers are agreeable to this plan of care and follow-up instructions have been explained in detail. The patient and/or caregivers have received these instructions in written format and have expressed an understanding of the discharge instructions. The patient and/or caregivers are aware that any significant change in condition or worsening of symptoms should prompt an immediate return to this or the closest emergency department or a call to 911.

## FAIMON,GREGORY G 03/05/17 2215:
## HPI-Headache Peds

**General**
Initial Greet Date/Time 03/05/17 1824

## Physical Exam

**Initial Vital Signs**
Vital Signs

## Interpretation & Diagnostics

**Lab Results Interpretation**
Results

## Patient Discharge & Departure

**Vital Signs/Condition**
Vital Signs

**Supervising Physician Note**
MidLv Saw Pt Alone
I have reviewed the PA/NP's note and plan of care. I was available for consultation as needed at all times during the patient's visit in the emergency department. I agree with the clinical impression, plan and disposition.

Electronically Signed by Grover,Bridget C  PA-C on 03/05/17 at 2157
Electronically Signed by Faimon,Gregory G  MD on 03/05/17 at 2215

RPT #: 0305-0998
***END OF REPORT***

# EXHIBIT E

1                       Charles G. Murphy, MD, FAAP

2                    285 Columbus Avenue, Apt 408

3                         Boston, MA 02116

4                        Tel: 917-312-0611

5    July 19th, 2019

6

7    Mr. Daniel B. Giroux

8    Dugan & Giroux

9    940 North Tyler, Suite 206

10   Wichita, KS 67212

11

12   RE: D^REDACTED M^REDACTED

13

14   Introduction and Qualifications:

15

16   I, Charles G. Murphy, MD am a licensed physician in the state of Massachusetts. Your law

17   firm has retained me for my expert witness services. I have been asked to render an

18   opinion concerning the standard of care performed at Wesley Woodlawn Hospital and Via

19   Christi Hospital St. Francis, with regards to the medical care provided to D^REDACTED M^REDACTED on

20   the dates of March 5th, 2017 (Wesley) and March 6th, 2017 (Via Christi). I am currently a

21   practicing physician in the area of medicine applicable to this case, pediatric emergency

22   medicine. I have been in continuous clinical practice since completing fellowship in 2006,

23   with over 80% of my professional time being devoted to the practice of clinical medicine

24   throughout the past 13 years. I completed my residency in pediatrics at New York

25   Presbyterian Hospital (at Columbia-Presbyterian Medical Center) and my fellowship in

26   Pediatric Emergency Medicine at Children's Hospital Boston. I am board certified in both

27   general pediatrics as well as the sub-specialty of pediatric emergency medicine. I have

28   evaluated, treated and cared for patients on numerous occasions with a similar

29   presentation and final diagnoses as the patient in this case. During my years of work in the

30   community hospital setting, I supervised the medical care provided by mid-level providers.

31   My opinions in this case are based upon my over 13 years of experience in this field of

Re: **REDACTED**                                                                    2

1    medicine, providing care in both academic and community emergency departments.

2    Attached as Appendix A at the end of this report is my curriculum vitae.

3

4    Documents Reviewed:

5

6    The following material has been provided to me:

7      1. Medical records from Wesley Woodlawn Hospital, Emergency Department,

8         03/05/2017 (pages WMC 0001-WMC 0019)

9      2. Medical records from Via Christi Hospital St. Francis, Emergency Department,

10        03/06/2017 (pages VC000001-VC000018)

11     3. Medical records from Via Christi Hospital St. Francis, Complete Hospital Record,

12        03/06/2017-03/15/2017 (pages VC000001-VC001893)

13     4. Deposition of Jennifer Chambers Daney, ARNP (pages 1-187)

14     5. Deposition of Aaron Kent, RN (pages 1-69)

15     6. Deposition of Christine Robinson, CNA (pages 1-19)

16     7. Deposition of Connor Hartpence, MD (pages 1-148)

17     8. Deposition of Gregory Faimon, MD (pages 1-102)

18     9. Deposition of Lisa Judd, RN (pages 1-170)

19     10. Deposition of Nelda Apell (pages 1-68)

20     11. Deposition of Stacie Harding, RN (pages 1-61)

21     12. Deposition of Summer Whillock, RN (pages 1-84)

22     13. Deposition of Bridget Grover, PA-C (pages 1-100)

23     14. Deposition of Kelli Morgan, (pages 1-428)

24     15. Deposition of Jennifer Knight (pages 1-52)

25

26   Summary of Case:

27

28   REDACTEDat the time of this case was a 5-year old boy, with no reported chronic

29   medical conditions, who initially presented to the emergency department (ED) at Wesley

30   Woodlawn Hospital in Wichita Kansas on March 5th, 2017. An initial triage patient

1    information form lists the stated complaints as "headache, nausea".[1]  The note from the
2    primary medical provider, Bridget Grover PA-C (supervision by Gregory Faimon, MD) lists
3    the chief complaints as "Headache, sore throat".[2]  The initial ED patient information form
4    lists the following reported symptoms: "head today", "nausea 2 mornings",  "dizzy",
5    "unbalance 2 days", "throat red the other day", no "fever", "fri nausea", "sat nausea",
6    "vomited" (which is then crossed out).[3]  The triage and only set of vital signs for the ED stay
7    are documented on 03/05/2017 at 18:34 and are within normal limits for temperature,
8    heart rate, respiratory rate, and oxygen saturation, but no blood pressure is documented.
9    The primary nurse for the patient, Lisa Judd, obtains an initial history from the patient's
10   mother of nausea for the preceding 2 days as well wanting to eat to prevent nausea on the
11   day of presentation to the ED. Vomiting, fever and cold symptoms are denied.  Acute onset
12   of headache while at church just prior to arrival is endorsed because "he wasn't able to
13   staple something".[4]  Dizziness is also endorsed.  The history of present illness as obtained
14   by the primary provider, Bridget Grover PA-C, describes a 5-year old male with headache
15   and sore throat for 24 hours. "One bout of vomiting today".[5]  Complaints of generalized
16   abdominal pain and increased fatigue are noted.  No rash.  The review of systems as
17   documented by the primary provider (Grover, PA-C) is significant for the following positive
18   findings: fever, irritability, sore throat, abdominal pain, headache.  On physical exam the
19   patient is described as "awake, alert, no apparent distress".[6]  Significant positive physical
20   exam findings are mild pharyngeal erythema bilaterally, mild bilateral submandibular
21   adenopathy movable less than 2cm.  Significant normal findings are a neurological exam
22   consisting of the following documented findings:  PERRL, Orientation NL for age, Speech NL
23   for age, No motor deficits, No sensory deficits, CN II-XII intact, Reflexes equal bilat,
24   Cerebellar Nl, Memory Nl.
25

---

[1] Wesley Woodlawn Hospital (WMC), Emergency Department Record, REDACTED, March 5th, 2017, page WMC 0003
[2] WMC 0009
[3] WMC 0003
[4] WMC 0005
[5] WMC 0009
[6] WMC 0011

1    A strep screen was completed which was positive. It is documented that the patient had an
2    episode of vomiting at some point following the strep screen. The patient was discharged
3    home at 19:06 on 03/05/2017 with the primary clinical impression of Strep throat. A
4    prescription for Amoxicillin was issued.

5

6    REDACTED was seen subsequently at the Emergency Department at Via Christi Hospital St.
7    Francis, presenting on 03/06/2017 at 2:22am. The initial chief complaint as obtained by
8    Aaron Kent, RN at triage was "nausea and vomiting, was just diagnosed with strep tonight
9    at Wesley, mom concerned unable to keep meds down to treat it".[7] The patient was triaged
10   at 2:31am. On triage evaluation the patient is described as "alert, oriented, sleepy".[8] Pain
11   scale (utilizing faces) is documented at triage as "0". Initial triage vital signs are
12   documented at 2:31am and are significant for a blood pressure at that time of 124/69
13   mmHg. The history of present illness is obtained by the primary provider, Jennifer
14   Chambers Daney, NP. She documents sore throat for an unknown period of time with a
15   visit to Wesley Hospital ER the evening before resulting in a diagnosis of strep. She notes
16   "vomiting every hour".[9] The review of systems is significant for the positive findings of
17   sore throat, vomiting. Significant positive physical exam findings are a general appearance
18   of "ill-appearing", oral mucosa described as erythematous, neurological exam is described
19   as "SLEEPY".[10] A differential diagnosis is documented consisting of "viral pharyngitis,
20   streptococcal pharyngitis, viral syndrome, upper respiratory infection, FAILED OUT
21   PATIENT".[11] Laboratory work is ordered which is significant for a WBC count of 21.6 with
22   93% neutrophils on the differential. An IV is placed and the patient is administered a
23   normal saline fluid bolus, and ondansetron 4mg. Acetaminophen is also administered,
24   orally. The patient has limited repeat vital signs documented at 4:01am including a heart
25   rate of 67bpm and 16 breaths/minute. Impression diagnoses are listed as "headache,

---

[7] Via Christi Hospital St Francis (VC), Emergency Department Record, REDACTED March 6th, 2017, page VC 000006
[8] VC 000014
[9] VC 000006
[10] VC 000008
[11] VC 000008

1    vomiting, strep throat" – and the patient is admitted to the hospital at 5:04am.[12]  There is

2    no documentation of any follow-up examination of the patient by the primary ED provider,

3    nor is there any documentation of any further neurological examination other than the

4    notation on initial physical examination by Daney, NP of "SLEEPY".

5

6    Opinions:

7

8    *Note: All of the medical opinions outlined here are within a reasonable degree of medical*

9    *certainty.*

10

11   Wesley Woodlawn Hospital, March 5th, 2017

12

13   It is my opinion that the care that was provided at Wesley Woodlawn Hospital by Bridget

14   Grover PA-C (and supervising ED Physician Gregory Faimon, MD) in the emergency

15   department on March 5th, 2017 deviated from the standard of care in the following

16   instances:

17       1. Failed to order emergent neuro-imaging and properly evaluate for the possibility of

18          an emergently life threatening intra-cranial process (intra-cranial mass,

19          hemorrhage) in a patient who presented to the emergency department with

20          documented symptoms that are indicative of increased intra-cranial pressure

21          including irritability, nausea, headache, dizziness, and unbalanced gait.

22       2. Failed to document the gait of a patient who presented to the ED with reports of an

23          unbalanced gait.

24       3. Failed to document a blood pressure in a patient that presented to the emergency

25          department with symptoms that are indicative of increased intra-cranial pressure.

26       4. Failed to fully review the medical record, including all nursing documentation, in a

27          patient presenting to the emergency department.

28       5. Failed to document the ability to tolerate fluids by mouth in a patient with

29          documented active vomiting in the emergency department.

---

[12] VC 000010

1   presenting symptoms of dizziness, headache, unbalanced gait – due to the risk that these
2   symptoms represent increased intra-cranial pressure.

3

4   The medical record for a patient often consists of input from numerous historians,
5   caregivers and other medical professionals. This information is even more critical in the
6   care of a pediatric patient who cannot always verbalize his/her symptoms well – thus
7   making the observations of all caregivers and hospital personnel crucial in obtaining a
8   complete understanding of the clinical presentation and case. Vital clinical information is
9   often gathered at various stages of an ED visit from triage to the assessment of the nurse in
10  the room to the primary medical provider. It is my opinion that the standard of care is for
11  the primary medical provider as well as any supervising physician to review all of the
12  medical information that is obtained regarding the patient – from the first notes initially
13  obtained in triage until final disposition. It is easy for a patient or parent to feel that
14  information does not need to be repeated because it has already been disclosed to one of
15  the more initial medical providers (triage nurse, primary nurse, etc.). It is therefore the
16  responsibility of the primary medical provider to review all previous records and
17  documentation so as to not miss information that has potentially vital significance. It is my
18  opinion that Bridget Grover, PA-C and Gregory Faimon, MD violated the standard of care by
19  not reviewing all previous records and documentation for REDACTED     Regarding Ms.
20  Grover's testimony on October 8th, 2018, when asked whether she would have looked at
21  the charting that was performed by the registered nurse, the deposition transcription
22  discloses the following testimony: "I usually do not look at that".[15] The supervising
23  attending physician for Physician Assistant Grover was Dr. Gregory Faimon. Regarding Dr.
24  Faimon's testimony on October 8th, 2018, when asked if he reviewed any of the registered
25  nurse's notes, the deposition transcription discloses the following testimony: "No, not – I
26  wouldn't, typically, review the nurses notes".[16]

27

28  Streptococcal pharyngitis is not an infrequent diagnosis in the emergency department.
29  Rapid testing for a strep infection aids the clinician in making this diagnosis. The

---

[15] Deposition Bridget Grover, PA. October 8th, 2018. Page 10, Lines 20-21
[16] Deposition of Gregory Faimon, MD. October 8th, 2018. Page 25, Lines 12-13

1    occurrence of "false positive" results from this test is well documented – as some children
2    are chronic carriers of Group A Streptococcus and thus will test positive even in the
3    absence of active clinical disease.[17] Given this – rapid strep testing must be utilized and
4    interpreted in the context of the presenting patient's symptoms and physical examination
5    findings. The symptoms of headache, nausea and sore throat are symptoms that can be
6    suggestive of strep pharyngitis and thus can warrant such testing. However, it is my
7    clinical opinion that the symptoms of dizziness with unbalanced gait are not consistent
8    with the diagnosis of strep pharyngitis. The standard pediatric emergency medicine
9    physician would consider a broader differential with the presence of these symptoms
10   including emergently life-threatening processes that cause increased intra-cranial
11   pressure.

12

13   Vomiting following a swab for a strep screen and culture can occur secondary to an
14   immediate gag reflex. This typically occurs within the first few seconds to minute after the
15   swab is obtained. In my professional experience, it does not result in vomiting several
16   minutes later. When vomiting occurs in the emergency department – or even has been
17   occurring prior to arrival - it is the standard of care to document the patient's ability to
18   tolerate fluids prior to discharge. It is my opinion that the standard of care was not met by
19   failing to document this patient's ability to tolerate fluids by mouth. Patients who are
20   vomiting from increased intra-cranial pressure, a valid concern in a patient who presents
21   with headache, nausea, dizziness and lack of balance, often are not able to tolerate fluids by
22   mouth even after medication interventions. Given this, the lack of documentation of such
23   tolerance of fluids fails to meet the standard of care for a patient presenting to the
24   emergency department with such symptoms.

25

26   Physician assistants provide clinical care under the supervision of an attending physician.
27   In this particular case – the emergency room chart was electronically signed off by Dr
28   Gregory Faimon, MD on 03/05/2017 at 22:15. It is my opinion that the attending

[17] Martin JM, Green M, Barbadora KA, Wald ER. Group A streptococci among school-aged children: clinical
characteristics and the carrier state. Pediatrics. 2004; 114(5): 1212-1219

1    physician, Dr Faimon, therefore also shares responsibility in the breach of the standard of
2    care in the above emergency room visit at Wesley Woodlawn Hospital.
3
4    Via Christi Hospital St. Francis, March 6th, 2017
5
6    It is my opinion that the care provided in the emergency department at Via Christi Hospital
7    St. Francis by Jennifer Chambers Daney, APRN on March 6th, 2017 deviated from the
8    standard of care in the following instances:
9        1.  Failed to properly evaluate a child and document a complete neurological exam in a
10           child who presented to the emergency department with the symptoms of vomiting
11           and headache.
12       2.  Failed to properly evaluate a child and document a complete neurological exam in a
13           child who presented to the emergency department and is described on exam as "ill
14           appearing", "SLEEPY".[18]
15       3.  Failed to obtain emergent neuro-imaging in a patient who presented to the
16           emergency department with altered mental status, ill appearance and vital signs
17           (increased systolic blood pressure) and symptoms (headache, vomiting, altered
18           mental status, loss of balance) that are indicative of increased intra-cranial pressure.
19
20   It is my professional opinion that the description of a child as "ill appearing" and "sleepy" is
21   consistent with a child that has altered mental status until proven otherwise.  The
22   differential diagnosis of a child with altered mental status is extensive but in the setting of
23   headache and vomiting – the standard of care dictates emergent neuro-imaging to rule out
24   the possibility of an emergently life threatening intra-cranial process such as an intra-
25   cranial mass or hemorrhage.  Further to this - the presence of systolic hypertension
26   (124mmHg) with a borderline low heart rate (67bpm) – should raise early concerns of the
27   possibility of increased intra-cranial pressure, impending cerebral herniation; the early
28   signs of the so-called Cushing's triad.  By failing to document a comprehensive neurological
29   examination, it is my opinion that the standard of care was not met for a patient presenting

---

[18] VC 000008

1   with symptoms, vital signs and physical exam findings indicative of increased intra-cranial

2   pressure. As intra-cranial pressure rises, the advancement towards herniation - and its

3   accompanying autonomic and neurological dysfunction - can progress rapidly, thus making

4   early recognition of this clinical process medically critical. By failing to order and obtain an

5   emergent Head CT in this patient, it is my professional opinion that the standard of care for

6   a pediatric emergency medicine physician was not met.

7

8

9

10

11

12

13

14

15

16   Charles G. Murphy, MD, FAAP

17   Tufts Medical Center/Floating Hospital for Children

18   Department of Emergency Medicine, Division of Pediatric Emergency Medicine

19   Boston, MA

# EXHIBIT F

# James Mathews, MD
♦♦♦

2020 Lincoln Park West, Apt 10G, Chicago, IL 60614
Phone: (773) 929-8927 ♦ Fax: (773) 929-8927 ♦ Email: j-mathews@northwestern.ed

July 23, 2019

Dear Mr. Giroux,

Thanks for allowing to review this case. Pursuant to your request, I have reviewed the following records, documents and depositions in formulating my opinions regarding the care and treatment provided to REDACTED at both emergency room visits in March of 2017: Wesley Medical Center-Woodlawn Records for March 5, 2017; Via Christi St. Francis emergency care records and hospitalization records starting March 6th; Depositions of Dr. Gregory Faimon; PA Bridget Grover, Nurse Lisa Judd, Nurse Stacy Harding, Nurse Practitioner Jennifer Daney Chambers, Nurse Summer Whillock, Nurse Kent, Kelli Morgan and Jennifer Knight. In addition, I have reviewed various policies from Wesley Medical Center and Via Christi St. Francis, audit trail records and depositions regarding the audit trail. Based on these materials, I have formulated opinions to a reasonable degree of medical certainty regarding the standard of care regarding the care provided to REDACTED while at both emergency rooms and EMTALA violations. I reserve the right to modify these opinions upon receipt of additional information. Before addressing my opinions, let me discuss my qualifications.

I am a board-certified emergency medicine physician licensed to practice medicine in the State of Illinois. Prior to March 2017, I spent a majority of my professional time providing direct care to patients in the emergency room. Currently, I provide emergency medicine services as a staff physician at Northwestern Memorial Hospital in Chicago, Illinois. I am Professor Emeritus of Emergency Medicine in the Department of Emergency Medicine at Northwestern University Feinberg School of Medicine. I also have lectured and published numerous publications in the field of emergency medicine during my career. Over the years, I have worked with numerous mid-level practitioners and am familiar with the standard of care as applied to both physician assistants, nurse practitioners and respective supervising physicians. Furthermore, I have considerable clinical experience in the care and treatment of pediatric patients who present to the emergency room with complaints similar to REDACTED

According to the Wesley Medical Center Woodlawn (Wesley) records, REDACTED first presented to the emergency room 18:19 with complaints of headache and nausea. During

triage assessment, it was noted that he had "current symptoms" of new onset headache, nausea 2 days in duration, dizziness and "unbalance" for 2 days duration. REDACTED's weight was recorded as 18.6 kg. It was also noted that his "throat was red other day", that he was afebrile, and his father had a history of migraines. He had no surgical history and his vital signs were as follows: 97.2 t, 98% O2 Sats, 85 HR and RR of 18. No blood pressures were taken at any point during this emergency room admission and no discharge vital signs were taken. Upon completion of triage, REDACTED was taken to an exam room at approximately 18:28. He was triage as a priority level "4" or "semi-urgent" according to records and deposition testimony of the providers.

The nurse notes that REDACTED was nauseated on Friday and Saturday but that it went away upon eating. On Sunday morning (date of ER visit, 3/5/2017), he woke up and ate so that he would not get nauseated. His mother, Kelli, denied emesis and further noted he was afebrile, had no ear complaints, no cough, no cold symptoms and his throat "might be red." Mother further stated that "today at church he wasn't able to staple something because they wouldn't let him, and he got a headache. She also states he is dizzy. No other complaints." According to the depositions of Kelli Morgan and Jennifer White, REDACTED had a significant new onset headache that began while REDACTED and his family were attending church services. Jennifer Knight described a sudden severe headache that made REDACTED cry out in pain causing concern for both her and the other children.

According to the nursing notes, REDACTED did not have fever in the past seven days; no sore throat in the past seven days; no fatigue in the past seven days; no body aches in the past seven days, and; no congestion in the past seven days. At approximately 18:32, REDACTED was examined by PA Bridget Grover. According to her record, REDACTED s chief complaint was "headache, sore throat" which contradicts the nurse's earlier finding of no sore throat over the past seven days. Bridget Grover further reports "fever" in the review of systems which further contradicts the nurse notes. According to the PA's note, REDACTED presented "complaining of headache along with a sore throat over the past 24 hours. Had one bout of vomiting today ... He has increased fatigue today..." The Focused Review of Systems note "fever, irritability", "sore throat" but denies "dizziness" which are in contradiction to the nurse's notes. It is unclear why there are so many discrepancies between the nurse charting and PA charting, but the deposition testimony of key witnesses provides an explanation which in my opinion played a critical role in substandard care provided to REDACTED while at Wesley.

In the depositions of Bridget Grover and Dr. Faimon, both testified they did not review the nursing notes because the notes are typically not available. With regard to the handwritten triage form, both Grover and Faimon testified they did not have access to this form, but Nelda Appell testified the triage form was available. Dr. Faimon further testified that he does not require his PA to review nursing notes. Although Faimon testified that Nurse Judd is an excellent nurse, he failed to review her notes which provided important information regarding REDACTED s presentation and history. Based on the records provided and deposition testimony, it appears the nursing notes were made contemporaneous with the care provided but Grover's charting was not completed until much later after discharge. In the deposition of Nelda Appell,

PA Grover did not complete her charting until 21:54 that evening even though **REDACTED** was discharged at 19:06. In an emergency room setting, it is critical to have as much information as possible in order to formulate a differential and arrive at a proper diagnosis. The triage of a patient is a very important aspect of any patient's care and treatment and assists with a proper medical screening of a patient who may have a life-threatening condition requiring stabilization and diagnosis. Emergency room nursing notes play a vital role in an ED provider's decision making as they provide important history and clinical information about the patient's presentation and history of symptoms. If indeed PA Grover and Dr. Faimon did not have access to nursing notes and triage forms or just failed to review the complete record, it would impact the quality of care delivered to the patient. If the nursing notes were not available for review, then Wesley is responsible for providing an inadequate and substandard medical record system. If PA Grover and Dr. Faimon had access to the nursing notes but just failed to review, that would be a deviation from the standard of case. Regardless, there was a breakdown in communication, among other issues discussed in this report, that led to the premature discharge of the patient and misdiagnosis.

According to the Wesley record, REDACTED was diagnosed with strep pharyngitis, which is a common childhood illness, but REDACTED's presentation suggested other more ominous diagnoses that were not considered by either Grover or Faimon. In a typical strep case involving a child, you can expect to sore throat, fever, headache and nausea. However, REDACTED presented with a constellation of signs and symptoms that mandated further testing, observation and neurological consultation. In a child who presents with acute onset headache, nausea, dizziness and unbalance with no fever, an intra-cranial process must be considered. In REDACTED's care, he was examined, a rapid strep test was performed, and a diagnosis was made in 47 minutes (18:19 to 19:06) and then he was discharged. In review of the medical record, there was no follow-up by either Grover or Faimon about the headache, dizziness and unbalance. Furthermore, there was no concern by either Grover or Faimon whether **REDACTED** could tolerate fluids despite history of nausea and vomiting while in the emergency room.

Both Faimon and Grover downplayed the importance of the headache, dizziness and unbalance in their deposition testimony. Both ignored the constellation of symptoms as noted in the chart by nurses. Faimon testified that dizziness and unbalance are vague symptoms. Grover testified that dizziness and unbalance were not present when she examined the child, so it did not play a role in her evaluation. Yet, Grover testified that "fever" played a role in her evaluation, but fever was never recorded during this visit or any subsequent visit. Grover was the only provider at both emergency room visits that notes fever.

Based on the medical records and deposition testimony, REDACTED was an ill child when he presented to the Wesley emergency room. Any pediatric patient who presents with acute onset headache, dizziness, unbalance, nausea and subsequent vomiting, requires a full set of vital signs, including a blood pressure, at both admission and discharge. Later records revealed that REDACTED consistently had elevated systolic readings which, along with his symptoms, would suggest an intra-cranial pathology including elevated pressures, tumor, hemorrhage, stroke, etc. There is no documentation by Grover about REDACTED's neurological status as it relates to his dizziness and

unbalance. Grover testified she didn't recall whether she had him stand, walk or observe his gait and there is no documentation to suggest she had him perform these basic tasks. Kelli Morgan testified that she held REDACTED during the entire examination by Grover. Furthermore, there is no documentation that Grover considered any other diagnoses or established a differential. There is no documentation by Grover that would indicate she asked additional questions about REDACTED's presenting symptoms of headache, unbalance and dizziness. Consequently, this led to a substandard history, review of systems and physical examination by Grover.

It is my opinion to a reasonable degree of medical certainty that REDACTED did not receive a proper medical screening under EMTALA for the aforementioned reasons. The standard of care required Faimon and Grover to review the nursing notes and press Kelli Morgan or REDACTED for more information regarding the headache, nausea, vomiting, dizziness and unbalance. The standard of care required that a blood pressure to be taken considering REDACTED's presentation. While I agree a blood pressure reading is not always taken, in this clinical presentation it was mandated. Grover and Faimon deviated from the standard of care for discharging REDACTED without determining whether he could tolerate fluids. Grover and Faimon also deviated from the standard of care for not ordering neurologic imaging and a neurological consultation. Both providers took substandard approaches in providing care to REDACTED by ignoring critical information charted by the triage team and Nurse Judd. It is clear REDACTED should have been triage at a higher acuity level and he should have been seen in person by Dr. Faimon. Lastly, Dr. Faimon deviated from the standard of care for improperly supervising PA Grover and for not doing a complete review of REDACTED's chart before signing off at 22:15. Based on the audit trail and the testimony of Nelda Appell, he accessed the records for about a minute to review REDACTED's chart.

For the aforementioned reasons, I believe that Dr. Faimon and PA Grover deviated from the standard of care for the following reasons: Failing to perform a proper medical screening for purposes of EMTALA; failing to performed a proper history and physical examination; failing to consider a differential diagnoses that considered intra-cranial process such as elevated pressures, hemorrhage, stroke, etc.; failing to review the nursing documentation including the triage form; failing to order neurologic imaging (i.e. CT Scan); failing to obtain a neurological consultation, and; failing to observe REDACTED for a longer period of time to insure he could tolerate fluids. To a reasonable degree of medical certainty, this would have led to the diagnosis of the tumor as well as the elevated intra-cranial pressures.

REDACTED next presented to the emergency room Via Christi Hospital St Francis at approximately 02:22 on March 6, 2017 according to the registration documentation. Several minutes later, REDACTED was triaged by Nurse Kent with a chief complaint of "nausea and vomiting, was just diagnosed with strep tonight at Wesley, mom concerned unable to keep meds down to treat it." Upon triage his vitals were: 97.7 t, 124/69 b/p, 93 p and 20 rr. His O2 sats were 97% and his pain was 0 using FACES pain scale. He was alert and oriented but sleepy according to Nurse Kent. It appears that REDACTED is triaged again at 04:30 by Nurse Whillock. At that time, no additional history is gathered by Nurse Whillock. At approximately 04:48, REDACTED is seen by Jennifer Chambers Daney APRN.

NP Daney obtains a history of present illness revealing that patient had "sore throat" for unknown time and that his sister had her tonsils removed and mom was worried REDACTED was afraid to tell her because he might need his tonsils removed as well. Furthermore, NP Daney notes that "SEEN AT WESLEY THIS EVE 6 PM DX STREP. PT SENT HOME AND THEN MOM STATES HE HAS BEEN VOMITING EVERY HOUR AND NOT ABLE TO KEEP DOWN PAIN MEDS. The onset was unknown. The course/duration is constant. Review of symptoms revealed no fever, no rash, sore throat, no shortness of breath, no chest pain and vomiting. Physical exam reveals 67 p, 16 rr and 124/69 bp- consistent with the development of Cushing Triad. In physical assessment, NP Daney notes alert, no acute distress and ill appearing with no other significant findings. However, REDACTED is noted to be "SLEEPY" under the neurological assessment. No neurological examination is noted by any provider within the Via Christi ED admission. A differential is established of "viral pharyngitis, streptococcal pharyngitis, viral syndrome, upper respiratory infection and FAILED OUT PATIENT." Labs revealed 93% neutrophils and wbc of 21.6. IV is placed and fluid bolus and ondansetron are ordered, and acetaminophen is orally administered. According to Daney's record, the impression diagnoses is "headache, vomiting, strep throat." There is no follow up by the ED noted and the patient is admitted to the hospital around 05:00 for observation.

While at the Via Christi ED, no history is obtained about REDACTED's prior ED visit to Wesley or follow-up on complaints of headache noted by NP Daney. Nurse Kent testified it was the floor nurse's (Nurse Whillock) responsibility to gather a more thorough history but Nurse Whillock testified it was Nurse Kent's responsibility. Nurse Whillock actually testified that is was not relevant. Regardless, the standard of care required all providers (nurses and NP Daney) to gather the relevant history so that relevant medical decision making can occur as to the cause of the patient's complaints. The providers all failed in that respect. Nurse Kent, Nurse Whillock and NP Daney should have learned more about the prior ED admission and more about the patient's complaints. In light of the history gathered by resident Dr. Hartpence's, there is no reason why any of the providers could not have gathered the same, if not, more information had questions been asked.

By the time REDACTED presented to the Via Christi ED, he arguably had a mental altered status as documented by the ED providers, his previous ED admission and vital signs. He was sleepy and "ill appearing" according to NP Daney. Contrary to deposition testimony, I don't think you could argue that REDACTED was just sleepy because he had not slept. Frankly, that fact should never prevent the ED provider from doing a neurological examination. In REDACTED's presentation and workup at Via Christi, all signs were pointing to a more emergent life-threatening diagnoses such as an intra-cranial process like elevated pressures, mass, hemorrhage, etc. REDACTED 's presentation was clearly not consistent with strep pharyngitis and his symptoms required NP Daney to consider alternative etiologies.

For the aforementioned reasons, it is my opinion to a reasonable degree of medical certainty that NP Daney deviated from the standard of care for the following reasons: failing to obtain a complete history and learning more from the prior ED admission and the patient's complaints; failing to obtain emergent neurologic imaging such as a CT scan to rule other intra

cranial processes; failing to obtain a neurologic consultation; failing to perform an adequate and standard physical examination including a neurological examination.

For the reasons stated herein, I believe that had the ED providers provided the requisite level of care, a diagnosis would have been made and with proper care and treatment the stroke would not have occurred.

Thanks for the opportunity to review this case and please contact me with any question or concerns.

James Mathews, MD

# EXHIBIT G

REDACTED **Case Narrative Review**

My name is Robert Dabrow.  I am a licensed medical doctor who finished
Pediatric Residency training in 1987. I have been a board- certified pediatrician
with the American Board of Pediatrics since 1989.  I have experience in both
inpatient pediatric care (1987-1992 and 2007-2018) as well as outpatient
pediatric care in the office setting (1992-2006).  I have been an academic pediatric
physician supervising residents in both the inpatient and outpatient setting from
1987-1992 as well as 2008-2018.  All my teaching experiences included
supervising responsibility for medical and osteopathic residents as well as medical
student education. In all my programs, I was teaching both family practice and
pediatric residents as well as medical students.  I have received multiple teaching
awards from both the Inova Fairfax Children's Hospital (VCU College of Medicine)
as well as Florida Hospital for Children in Orlando and University of Central Florida
College of Medicine.  In addition, I worked supplemental shifts from 2009-2011 at
a community hospital emergency room in Baltimore, MD.  My diverse pediatric
patient care and teaching experiences covers a wide range of simple and complex
problems which would make me uniquely qualified to understand the standards
of care and requirements for evaluation and treatment of the acutely ill child as
well as the standard of care and requirements of being a pediatric hospitalist.

I am familiar with the standards of care, expectations and requirements of a
pediatric hospitalist attending in charge of residents and students in training.
Furthermore, I am familiar with the standards of care, expectations and
requirement of mid-level providers and emergency room physicians in similar
clinical situations involving the presentation of a pediatric patient.  For the two
years prior to March 5, 2017 I was actively practicing as a pediatric attending
physician in both the hospital and ambulatory care settings for 90% of my work
week (and had administrative duties for 10% of my time).  For those years I was a
full time pediatric hospitalist at a children's hospital in Orlando, FL.

For the current case review I have reviewed the following records and
depositions:

Emergency Room record from Wesley Woodlawn Hospital dated March 5, 2017
(Bates Numbers: 010001 – 010019)

Emergency room record and admitting/inpatient records from Via Christi Hospital
St Francis (Bates Numbers: 020001 – 021894) with an emphasis on
documentation for services rendered up until the calling of a rapid response and
subsequent code  on the morning of March 6, 2017.

Depositions provided to me for review were from the attending physicians - Bala
Bhimaverapu and Gregory Faimon; resident physicians – Connor Hartpence, Jamie
Borick, and Stefanie White;  PA Bridget Grover;  ARNP Jennifer Chambers Daney;
Tiffany Redmond RN; and medical student Samuel DuMontier.  In addition I
reviewed the depositions of Jennifer Knight, Nelda Appell, and Kelli Morgan.

The following is a summary of the medical records that I have reviewed.  On
March 5, 2015 at approximately 1800, REDACTED    presented to Wesley ED
triage.  Triage notes documented a **chief complaint of headache 2 mornings of
nausea, dizzy and unbalanced for 2 days. Fever was denied.** There was no
mention of sore throat but a history of throat being red was reported by the
parent. Vital signs were reported as normal, without fever, but did not include a
blood pressure reading. He was diagnosed as having strep throat by PA Grover
and was not seen by an MD. The diagnosis appears to be based on a positive rapid
strep test and a slightly red throat in a child with the above complaints. He was
discharged around 19:06 with a prescription for oral amoxicillin.

Due to persistent vomiting, headache and inability to take oral medications he
presented to the  Via Christi ER at about 02:22 am. He was seen initially by ARNP
Daney who assumed and agreed with the previous diagnosis of strep throat and
noted that he had failed outpatient therapy. On arrival initial vital signs recorded
that he was hypertensive (BP 124/69), bradycardic (HR 69) and had low
respiratory rate (RR 16).  He was given a bolus of IV fluids, anti-nausea medication
(Zofran) and screening laboratories were obtained including complete blood
count and electrolytes. CBC did show elevated white cell count (21.6), chemistries
showed elevated glucose (189) and low $CO_2$ (21) but no evidence of dehydration
by chemistries (normal BUN/Cr).  Repeat strep testing was not performed.
Decision was made to recommend placement in the hospital under observation
status. ARNP Daney reportedly spoke with Dr. Bala (attending pediatric faculty
and hospitalist) who accepted patient for admission for the diagnosis of strep
throat with a plan for observation and oral antibiotics.  There are no records of

this transfer of care or sign out between ARNP Daney and Dr. Bala. Dr. C Hartpence (admitting intern) saw the patient in the ED around 6 am and did a very comprehensive admission history but records that he deferred a neurologic exam. Dr. Hartpence records that "REDACTED   is a previously healthy 5-year-old male who presented to the ED with nausea and vomiting. Pt was diagnosed with group A strep pharyngitis at Wesley ED at 6PM on Sunday and sent home with Amoxicillin 480 mg BID x10 days. Pt took one dose but was unable to keep it down, mother states he vomited 3 or 4 times after leaving Wesley. She was worried about him getting treatment for his strep and thought that he might be dehydrated, so she brought him to St. Francis ED. Pt's mother states that she is unsure when symptoms started because pt's sister recently had a tonsillectomy and she thinks pt was afraid that if he told his mom that his throat hurt that he would have to have surgery as well. **Nausea and vomiting started on Friday, intermittent throughout the weekend. On Sunday, pt complained of headache, dizziness, and worsening nausea and several episodes of emesis. Denies fevers, chills, weight loss, abdominal pain, or rash.**"  Dr. Hartpence wrote admit orders based on the diagnosis of strep throat and requested oral antibiotics.  Admit orders included orders for vital signs every hour but there is no follow up documentation if that was intentional or an error.   Dr. Hartpence reportedly reviewed the case by phone with Dr. Bala around 7:10 am but neither physician has any recollection or record of the conversation.  Dr. White (senior resident) reports examining the patient around 6:15 am and signs her note at 7:22 am.  She does report that patient was "*Seen by me at 0615. Per mom, he was **nauseated, dizzy and had a headache at home which is what prompted the hospital visit. He vomited every 30 minutes to an hour after receiving the amoxicillin**. He hasn't vomited since receiving Zofran. **He is very sleepy this morning and mom is worried about how sleepy he is** but she states he didn't sleep at all until getting meds in the ED around 3 AM. **On exam he is asleep but will wake to stimuli and rub his eyes/push examiner's hand away. Uvula midline, tonsils enlarged with some erythema but no obvious purulent exudate.**"

Nursing documentation of neurologic status is variable.  At 4:31 RN Whillock notes patient is alert and has a Glasgow score of 15.  At 6:35 AM RN Zoglman notes he is lethargic but has none listed under neurologic symptoms.  She also gives him a GCS of 15 and records no abnormality in tone with equal movement

of his upper and lower extremities. She also notes him to be "very sleepy from being up all night".

A medical student (Dumontier) saw the patient around 7am and signed a note at 0756 which was cosigned by the day intern Borick at 08:37 without changes. Dr. Borick possibly saw the patient briefly before 8am but the record is very unclear if she independently examined the patient herself. There is no documentation that Dr. Borick examined the patient herself as her note is simply an exact replication of the previously written medical student note which was also co-signed later in the day by the attending Dr Bala. There are no nursing notes that she was observed to be examining the patient. In addition, both the medical student and patient's mother could not state with certainty that Dr Borick independently examined the patient. Nurse Redburn stated that Dr Borick was "upset because she didn't wake him". What is certain is that the patient was never seen by any attending physician at any locations and had no other resident physician evaluations until about 1000 when both a rapid response and code were called. There are no recorded vital signs from 06:39 until after the code began. The patient was thought to be having seizures and was medicated, resuscitated, intubated, and transferred to PICU after an emergency CT scan. According to the chart the patient was subsequently found to have a posterior fossa/brainstem tumor with obstructive hydrocephalus and was also diagnosed with a stroke.

The inadequate and substandard medical care provided to REDACTED at both Wesley and Via Christi revolve around two issues; (1) What are the requirements to correctly diagnose strep throat in a 6 year old child and (2) What is the differential diagnosis for a 6 year old child with headache, vomiting, abnormal vital signs and an abnormal neurologic exam. For the reasons discussed below, it is my opinion to a reasonable degree of medical certainty that PA Bridget Grover, Dr. Faimon, Nurse Practitioner Daney-Chambers, Dr. Hartpence, Dr. Bala, Dr. White and Dr. Borick (collectively the providers) all deviated from the standard of care.

The diagnosis of strep throat for a school age child almost always requires a history of sore throat with findings of pharyngitis. Besides history of sore throat, there might be history of fever, swollen lymph glands, rash, exudates (pus) on the tonsils, and frequently is associated with vomiting, abdominal pain or headache.

If a patient has a history of sore throat plus a number of these findings by history or exam, a rapid strep test should be considered along with confirmatory culture. It is well known that between 5-15% of school age children carry the group A streptococcal germ (the cause of strep throat) and are not actually infected. Therefore, it is never recommended to do a strep screen on a child without a supporting history and physical findings. Slightly red throat as the only clinical finding in a vomiting child who did not complain either of fever or sore throat and who had a headache, would not be enough reason to obtain a strep screen or make a diagnosis of strep throat.

The diagnosis of increased intracranial pressure (increased ICP) can be difficult in the early stages. However, it is well known that with increased ICP in a child, there can be abnormalities of cranial nerve function such as eye findings, ocular movement abnormalities, balance difficulty, and vomiting without associated findings of acute gastroenteritis. It is well known that most brain tumors in children occur in the posterior fossa or brainstem obstructing CSF flow at the narrowest portion of the anatomic pathways causing elevated ICP. The complaint of the worst headache a child ever had in a patient who never previously complained of headache and had a few days of vomiting with balance abnormalities would raise strong suspicion for increased ICP and possible brain tumor or stroke. In addition, fundamental medical school teaching to all physicians of so called "Cushing Triad" (the findings of elevated BP, bradycardia and rapid or slow irregular breathing) is considered a classic finding for elevated ICP.

For this patient, all providers had the opportunity to agree or disagree with the initial incorrect diagnosis of strep throat. The medical records show that every provider who treated this child assumed (incorrectly) and believed he had strep throat based on incomplete history taking, inadequate physical diagnosis, and inability to formulate an appropriate differential diagnosis for his various symptoms.

I note multiple concerns regarding the initial ER care at Wesley Med Center. Based on the depositions I reviewed there is a claim that triage nurse information was not available nor reviewed by the treating provider (PA Grover). This is not the usual standard of care as triage information is a necessary part of all histories

and usually included in the chief complaint. The fact that there is no blood pressure measured in a child who was hypertensive at every subsequent measurement prior to his code suggests that the child would likely have been hypertensive on arrival at Wesley. If an abnormal blood pressure had been measured with the triage information of vomiting, dizzy, headache and unbalanced, there should have been concerns for an expanded differential diagnosis to include causes of elevated ICP and changed the approach to his evaluation. Obtaining a blood Pressure measurement has been the standard of care in all health care settings for children age 4 and up for both routine and urgent visits. (blood pressure is one of the basic VITAL SIGNS) The patient never reported fever and in fact denied fever. Neither the patient nor family ever reported sore throat. They did report history of headache, being dizzy, unbalanced and nausea and vomiting. PA Grover is the only provider in both institutions who reported sore throat over 24 hours and vomiting with fever, but she does not state clearly if this is what the parent told her or not. It is likely that she assumed these complaints existed and that Redacted 's symptoms could be explained by a poorly chosen lab test without looking at the entire constellation of reported symptoms. Her diagnosis of strep pharyngitis would have been more acceptable if patient presented with acute onset of fever, headache, sore throat and had physical findings of strep throat NONE OF WHICH ARE REPORTED in her notes. (I found it troubling that her diagnosis was not even supported by Wesley's written discharge instructions provided. These instructions listed the usual criteria to accurately diagnose strep throat and even discussed how carrier state can confuse the clinical picture). I would also find fault with the Wesley ER attending (Dr. Faimon) who failed in his duty when he reviewed the chart that same evening and did not pursue independently or with PA Grover why she felt patient had strep with lack of clinical findings and based on the unusual triage history and chief complaint reported.

Both PA Grover and Dr. Faimon should have considered an alternate diagnosis, with acute elevated ICP at the top of any differential diagnosis list. The diagnosis would be based on the history reported by the patient's mother, the history recorded in the medical record and the lack of an alternate diagnosis to plausibly explain his symptoms and findings. In such a situation a reasonable and prudent physician or physician's assistant should have ordered a stat CT brain. These

scans can be done without sedation, need minimal patient cooperation, do not require an IV and would take less than 15 minutes from ordering to completion in most acute care hospital emergency departments or free-standing emergency rooms.  For this patient the diagnosis could have been and should have been made at the initial medical encounter.

ARNP Chambers also made the false assumption that the patient only had a confirmed diagnosis of strep throat when he presented to Via Christi.  The fact that a patient returned for a second emergency room visit with worsening symptoms and within a few hours of a prior visit always warrants additional evaluation and closer attention to their history and a more comprehensive physical exam.  There was nothing recorded to suggest that a more comprehensive history and physical was obtained.  She also assumed that the patient had a confirmed diagnosis which was not supported by her own limited history or physical findings.  It is troubling that no repeat strep test was requested.  Perhaps the original Wesley test was a false positive and a repeat negative test would have raised even more suspicions that this was not a case of strep throat.  At Via Christi, the vital signs were taken on multiple occasions and they were never completely normal.  The medical record even highlights in **bold type** the abnormal vital signs at each measurement. Hypertension was never addressed. Bradycardia was never addressed. The labs obtained by ARNP Chambers had significant abnormalities that were not explained by the diagnosis of strep throat and were just felt to be "reactive" by other providers.  There were no abnormal physical findings supporting the diagnosis of strep pharyngitis. There were no findings of dehydration by exam or labs despite multiple providers comments about possible dehydration and need for IV fluids. There should have been a great concern by nursing, ARNP and physician staff for the alertness or more specifically the lack of alertness of this patient noted by multiple examining staff to be excessively sleepy and poorly arousable.  A concern for an alternate diagnosis to strep throat such as an intracranial process with elevated ICP should have been raised immediately after the initial Via Christi exam was completed by the ARNP and certainly after the initial MD exam by the resident MD Dr. Hartpence.  As already noted, "In such a situation a reasonable and prudent physician or physician's assistant (or ARNP) should have ordered a stat CT brain."

The evaluation by the intern (Dr Hartpence) reads like a case study of someone with increased ICP. Patient had 3 days of progressive symptoms including headache, dizziness and worsening emesis. There were no reports suggesting acute infectious process such as fever, sore throat, rash, abdominal pain or diarrhea. The ENT exam is essentially normal, and the patient has not yet been treated for presumed strep throat. The vital signs again are highlighted in bold type in the hospital chart as abnormal (the classic Cushing Triad) and all medical providers should have been suspicious of these abnormalities representing something more severe and complex than untreated strep throat. The abnormal labs would not usually be expected in a case of simple strep. Vomiting would cause hypoglycemia usually, not hyperglycemia. Vomiting with dehydration to cause symptoms would also have elevated BUN/Cr not normal results. Low CO2 representing metabolic acidosis is not consistent with strep throat. Elevated WBC count in a non-febrile patient without other concerns for invasive infection should have raised suspicion that other medical causes should be considered. There is never a reproducible or fully documented neurologic exam including a review of pupillary and eye movement findings which would have been very helpful to evaluate for ICP issues.

It is unfortunate that the senior resident on duty (Dr. White) did not follow up on her own observations of excessive sleepiness and lethargy in a patient with intractable vomiting and with headache. Her description of Redacted 's responses at her exam reads more like grimace and withdrawal responses of someone with depressed sensorium from intracranial pathology rather than a sleepy child. As she cosigned the intern note without additional or alternate differential diagnosis or plans of care (despite her own reported observations), it is clear she did not consider increased ICP at all as a concern. This was another missed opportunity to intervene and more thoroughly evaluate the patient for an intracranial process. A third year family medicine resident near the end of her training should have done a more detailed evaluation, created a more complete differential diagnosis to include concerns for intracranial processes, and questioned the prior reports or raised concerns to the attending physician. This did not take place.

The family medicine intern Dr. Borick was the last resident physician who may have examined the patient prior to the code. I have previously expressed doubt that she ever independently examined the patient. However, if she did examine

the patient it was extremely limited and a very inadequate exam of an unresponsive child.   Her brief note simply repeats many of the previous errors already noted in this report. There was an incorrect assumption that the patient had strep throat and no other differential diagnosis considered. There was ignorance of causes and explanations for various abnormal vital signs (highlighted in bold in the EMR) abnormal labs (also highlighted in bold) a complete lack of a neurologic exam, and a complete lack of ENT exam to support the reported admission diagnosis. Unfortunately for the patient, this was the very last missed opportunity to have ordered an emergency CT scan prior to the code.  Had Dr Borick done an appropriate and more complete exam or even reviewed the history in the medical record, she would have recognized the need to escalate his care by initiating  immediate contact with a pediatric attending or pediatric specialist to review the patient's findings and change the plan of care from "plan to discharge later today".   Unfortunately for the patient, the same can be stated regarding the evaluations and plans of care by Drs. Hartpence, White, and the attending Dr. Bala.

There are no comments or documentation by the three residents or advanced practitioners or any nursing staff of Dr. Bala having any specific questions or concerns about the patient or questions regarding plan of care or when he planned to examine the patient. It is not evident that Dr. Bala had formulated any alternate diagnosis for this patient after 2 independent handoffs from both ARNP Chambers and Dr. Hartpence. It is the responsibility of any admitting physician and especially for a teaching physician to have complete information at all handoffs. This would include a brief but thorough history with awareness of vital signs and knowing all appropriate physical findings and a review of any abnormal labs. The attending should then formulate a careful differential diagnosis.  That did not take place for this patient as there was no differential diagnosis besides the incorrect one of strep throat.

Dr. Bala failed in his responsibility to recognize that this patient had more complexity than just "failed outpatient therapy for strep throat".  Dr. Bala was the pediatric hospitalist attending and the most experienced pediatric provider who had two different opportunities to obtain transfer of care information. He was ultimately the physician responsible for the care of this patient. He failed to obtain a comprehensive history from the ARNP and residents, he failed to

respond to abnormal findings that would have been provided in 2 different handoffs and failed to formulate an appropriate differential diagnosis for the patient. Basic competency requirements of the American Board of Pediatrics for Infectious Diseases include the basic knowledge and understanding of Group A streptococcal infections. There are specific competencies under Neurology and Neurologic Disorders that list signs and symptoms of neurologic dysfunction including headache (differentiation, evaluation and treatment), altered level of consciousness and increased intracranial pressure. Dr. Bala failed to meet the basic competencies for these medical conditions which is required training in all pediatric residency programs and necessary knowledge for pediatric board certification.

In most institutions, it is customary for new patients to be seen first (usually on arrival) by an attending physician if they had not previously been evaluated by another attending physician. Dr. Bala should have seen the patient early in the morning of admission if he took call from home, or shortly after arrival to the pediatric floor but did not see REDACTED until a code was called around 10am.

For a pediatric hospitalist attending, especially a teaching attending, there are no simple admissions.  It is the responsibility of an attending MD to consider that every child admitted to a hospital may have a potentially life-threatening problem with some reasonable probability and look at the whole picture. This did not take place here.  At multiple intervention points along the care plan, an urgent or stat CT should have been requested which would have shown obstructive hydrocephalus, mass lesion and would have allowed immediate intervention by an experienced ICU staff for treatment of increased ICP in a controlled manner. This would most likely have prevented the cascade of life threating events that manifested around 1000 with the code situation.

All staff involved in the care of REDACTED failed to consider that strep throat is a self-limiting infection that should not cause such extreme symptoms. All staff involved failed to consider any alternate diagnosis for the history provided by his family to multiple providers in 2 different institutions.  There was no history of sore throat, fever or any "classic" findings of strep pharyngitis in a school age child. There was oversight in ignoring the most basic findings of repeatedly abnormal vital signs, unexplained lab abnormalities and failure to consider that

his repeatedly reported and observed symptoms of vomiting, headache, dizziness, unbalanced, and his presumed sleepiness and pushing away examiners were findings of an someone with elevated intracranial pressure. Finally, it is hard to understand how someone with such significant history, with abnormal neurologic findings, lack of supportive physical findings, abnormal vital signs and abnormal labs could be seen in 2 different hospital emergency departments and get admitted to a teaching facility without ever seeing an attending MD prior to a code situation.

These opinions are held to a reasonable degree of medical certainty. Furthermore, I reserved the right to revise or modify my opinions based upon receipt of additional information

Robert Dabrow MD FAAP July 22, 2019