IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| D.M., a minor, by and through his next friend and natural guardian, KELLI MORGAN,<br><br>                Plaintiff,<br><br>v.<br><br>WESLEY MEDICAL CENTER L.L.C.<br>d/b/a WESLEY MEDICAL CENTER-WOODLAWN;<br>WESLEY-WOODLAWN CAMPUS;<br>BRIDGET GROVER, PA-C;<br>DR. GREGORY FAIMON;<br>LISA JUDD, RN;<br>VIA CHRISTI HEALTH SYSTEMS d/b/a<br>VIA CHRISTI-ST. FRANCIS;<br>JENNIFER CHAMBERS-DANEY, APRN;<br>DR. BALA BHASKAR REDDY BHIMAVARAPU;<br>CEP AMERICA-KS, L.L.C.;<br>DR. CONNOR HARTPENCE;<br>DR. STEPHANIE WHITE;<br>DR. JAMIE BORICK; and<br>AARON KENT, RN;<br><br>                Defendants. | Case No. 18-CV-2158-KHV-KGG |

**ORDER APPROVING SETTLEMENT AND ATTORNEYS' FEES AND DISMISSING DEFENDANTS WESLEY MEDICAL CENTER, L.L.C. D/B/A WESLEY MEDICAL CENTER-WOODLAWN AND VIA CHRISTI HOSPITALS WICHITA, INC. D/B/A VIA CHRISTI-ST. FRANCIS**

This matter comes before the Court on August 6, 2020 for hearing for the Court to consider the approval of settlement of this case by Wesley Medical Center, L.L.C. d/b/a Wesley Medical Center-Woodlawn and Via Christi Hospitals Wichita, Inc. d/b/a Via Christi St. Francis ("Settling Defendants"), the approval of attorneys' fees to be paid or already paid to Plaintiff's counsel and counsel for the Settling Defendants, and for dismissal of all claims against the Settling Defendants.

The Court, reviewing the Amended Settlement, Release and Confidentiality Agreement, evidence from the parties, and hearing statements from counsel finds and orders:

1.      The settlement reached by the Plaintiff and the Settling Defendants evidenced by the Amended Settlement, Release and Confidentiality Agreement is valid, just, and equitable and in the best interest of minor child, D.M., and is, therefore, approved.

2.      Plaintiffs' attorneys' fees to be paid from the settlement as set forth in the parties' submissions are valid, just, and reasonable in accord with the requirements of K.S.A. § 7-121b and are hereby approved.

3.      The attorneys' fees paid by or on behalf of Via Christi Hospitals Wichita, Inc. d/b/a Via Christi-St. Francis in this action as set forth in the parties' submissions are valid, just, and reasonable in accord with the requirements of K.S.A. § 7-121b and are hereby approved.

4.      The attorneys' fees paid by or on behalf of Wesley Medical Center, L.L.C. d/b/a Wesley Medical Center-Woodlawn in this action as set forth in the parties' submissions are valid, just, and reasonable in accord with the requirements of K.S.A. § 7-121b and are hereby approved.

5.      The claims in this action against the Settling Defendants should be and hereby are dismissed with prejudice.

**IT IS SO ORDERED.**

**Dated:  8/10/2020**

**s/ Kathryn H. Vratil**
KATHRYN H. VRATIL
U.S. DISTRICT JUDGE
