IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| D.M., a minor, by and through his next friend and natural guardian, KELLI MORGAN, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| v. | ) ) | No. 18-2158-KHV |
| BRIDGET GROVER, PA-C; DR. GREGORY FAIMON; and DR. BALA BHASKAR REDDY BHIMAVARAPU, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER REGARDING TRIAL PROCEEDINGS**

Sequestration of Witnesses.  Pursuant to Rule 615, Fed. R. Evid., the Court orders that witnesses who have not yet testified be prohibited from listening to testimony of other witnesses by audio transmission from the courthouse and watching or listening to Zoom proceedings of the trial prior to their testimony.  Witnesses who have already testified are prohibited from communicating with prospective witnesses about any testimony or proceedings in the trial. Counsel are responsible for informing their witnesses of this order and enforcing it, and must promptly inform the Court of any violations.  For purposes of this order, "communications" include all forms of face-to-face, electronic, verbal or internet communications.

This sequestration order does not apply to communications between attorneys and witnesses and/or parties.

Trial Schedule.  The Court will inform the jury that it expects the trial last approximately four weeks.

Voir Dire: In questioning prospective jurors, counsel shall not ask questions about possible jury instructions or jurors' opinions about what the law is or ought to be; attempt to indoctrinate or adjust the attitudes of potential jurors; argue the case; engage in efforts to educate or influence the jury pool; make special efforts to establish rapport with prospective jurors; question jurors about anticipated jury instructions or theories of law, or whether jurors agree with them; appeal to "reptilian" theories discussed in the motions in limine; or allude to any matters which the Court has precluded in its rulings on the parties' motions in limine.

As part of the jury selection process, counsel should be prepared to briefly introduce themselves, say a few words about their law firm and legal practice, and introduce their clients. Counsel should also be prepared to identify by name, city of residence and occupation each witness they intend to call, in the order in which they expect to call them. Plaintiff will furnish this information to defense counsel by **5:00 p.m. on Sunday, February 14, 2021,** so that in describing their own list, defendants may eliminate duplicates.

**IT IS SO ORDERED**.

Dated this 9th day of February, 2021 at Kansas City, Kansas.

s/ Kathryn H. Vratil  
KATHRYN H. VRATIL  
United States District Judge